GERSON & SCHWARTZ, P.A.

July 17, 2017

**Certified Mail Return Receipt Requested**
**# 7015 1520 0002 5606 1227**
Carnival Cruise Lines
Loss Prevention Department
3655 NW 87 Avenue
Miami, FL 33178

| | | |
|---|---|---|
| **RE:** | **Our Client:** | **Karen Noon - Deceased** |
| | **Vessel:** | **Sensation** |
| | **Date of Loss:** | **July 8, 2017** |

Dear Sir or Madam:

Please be advised that the undersigned represents the above referenced individual.

This letter shall serve as my client's notice of intent to file a claim pursuant to the passenger ticket contract. Request is made that all future correspondence concerning this claim is directed to the undersigned.

This letter shall also serve as a formal request for you to provide my client's shipboard medical records, bills, reports, medical forms, video recordings, along with and copy of the stateroom account for the entire voyage.

Moreover, please provide a copy of United States Coast Guard Form 2692, together with all other accident and investigative materials, records, and reports in your possession.

Request is made that you provide us with this information within (20) days from the date of this letter. Failure to comply with this request within the time stated herein may result in a lawsuit filed against you. A signed Patient Authorization for the Release of Protected Health Information is enclosed.

Should you have any questions or comments, kindly notify me at once.

Very Truly Yours,

NICHOLAS I. GERSON

Enclosure
NIG/cb

EXHIBIT 1

1980 Coral Way ▪ Miami, Florida 33145-2624
Dade (305) 371-6000 ▪ Broward (954) 845-0535 ▪ Fax (305) 371-5749 ▪ Toll Free (877) 475-2905
www.injuryattorneyfla.com