**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 18-23181-CIV-WILLIAMS**

RANDALL NOON,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendants.

______________________________/

# ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation (DE 12) ("Report") recommending that Plaintiff's amended complaint (DE 16) be dismissed without prejudice. Plaintiff did not file objections to the Report and the time to do so has passed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 23) are **AFFIRMED AND ADOPTED**.
2. This action is **DISMISSED WITHOUT PREJUDICE**.
3. All pending motions are **DENIED AS MOOT**.
4. Plaintiff may file an amended complaint within 14 days from the date of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 19th day of February 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE