UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-CV-23181-WILLIAMS/TORRES

RANDALL NOON, as Personal
Representative of the Estate of
KAREN NOON, Deceased,

Plaintiff(s),

v.

CARNIVAL CORPORATION, a Panamanian
Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant(s).
_________________________________________/

**PLAINTIFF'S INITIAL DISCLOSURESPURSUANT TO**
**RULE 26(a)(1), FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff, RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, Deceased, by and through undersigned counsel and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure serves the following Initial Disclosures and states as follows:

**a. The name and, if known, the address and telephone number of each individual likely to have discoverable information -- along with the subjects of that information -- that the disclosing party may use to support the party's claims or defenses, unless the use would be solely for impeachment:**

a. The Plaintiff, Randall Noon (Liability/Damages)
c/o Gerson & Schwartz, P.A.
1980 Coral Way
Miami, FL 33145
(305) 371-6000

b. Juanita M. Noon (Liability/Damages)
3024 Fort Caroline Court



EXHIBIT
1

St. Augustine, FL 32092

c. Melissa Lenard Noon (Liability/Damages)
107 Orion Street
Apt E
Green Cove Springs, FL 32043

d. Rosel Solidum (Damages)
Ship Nurse
c/o Carnival Corporation

e. Jim Clark (Damages)
c/o Carnival Corporation

f. Officer I. Dominguez (Damages)
Miami Dade Police Department
9105 NW 25 Street
Miami, FL 33172

g. Officer L. Rivera (Damages)
Miami Dade Police Department
9105 NW 25 Street
Miami, FL 33172

h. Officer. I. McDonald (Damages)
Miami Dade Police Department
9105 NW 25 Street
Miami, FL 33172

i. Officer L. Patron (Damages)
Miami Dade Police Department
9105 NW 25 Street
Miami, FL 33172

j. Captain Guerra (Damages)
Miami Dade Fire Rescue
9300 NW 41 Street
Doral, FL 33178

k. German Obregon (Damages)
EMT-Paramedic
Miami Dade Fire Rescue
9300 NW 41 Street
Doral, FL 33178

l. David Orwick (Damages)
EMT-Paramedic
Miami Dade Fire Rescue
9300 NW 41 Street
Doral, FL 33178

m. Alexander Marco (Damages)
EMT-Paramedic
Miami Dade Fire Rescue
9300 NW 41 Street
Doral, FL 33178

n. Julio Puentes (Damages)
EMT-Paramedic
Miami Dade Fire Rescue
9300 NW 41 Street
Doral, FL 33178

o. Dr. Alexandre Cesar Ferreira (Damages)
Jackson Memorial Hospital
1611 NW 12 Ave
Miami, FL 33136

p. Dr. Fernando Edilberto Pedraza (Damages)
Jackson Memorial Hospital
1611 NW 12 Ave
Miami, FL 33136

q. Dr. Richard Lewis (Damages)
Jackson Memorial Hospital
1611 NW 12 Ave
Miami, FL 33136

r. Dr. Vasileios Karantalis (Damages)
Jackson Memorial Hospital
1611 NW 12 Ave
Miami, FL 33136

s. Dr. Felipe Munera (Damages)
Jackson Memorial Hospital
1611 NW 12 Ave
Miami, FL 33136

t. Dr. Jean-Claude Frank (Damages)
Jackson Memorial Hospital

1611 NW 12 Ave
Miami, FL 33136

u. Dr. Rachel Kennedy (Damages)
Jackson Memorial Hospital
1611 NW 12 Ave
Miami, FL 33136

v. Dr. Rosario Antonio Colombo (Damages)
Jackson Memorial Hospital
1611 NW 12 Ave
Miami, FL 33136

w. Dr. Amit Badiye (Damages)
Jackson Memorial Hospital
1611 NW 12 Ave
Miami, FL 33136

j - w were Plaintiff's medical provider, expected to testify as to Plaintiff's medical care, treatment and damages.

**b. A copy -- or a description by category and location -- of all documents, electronically stored information, and tangible things that the disclosing party has in the party's possession, custody, or control and may use to support the party's claims or defenses, unless the use would be solely for impeachment:**

a. Medical records, emergency hospital, admission records, bills and diagnostic films and records of all medical facilities and treating care for the injuries concerning the events described in the Complaint including liability and damages.

i. Miami Dade Fire Rescue
9300 NW 41 Street
Doral, FL 33178

ii. Miami Dade Police Department
9105 NW 25 Street
Miami, FL 33172

iii. Jackson Memorial Hospital
1611 NW 12 Ave
Miami, FL 33136

iv. BlueCross BlueShield of Michigan
232 S. Capitol Ave, L09A
Lansing, Michigan 48933

v. Carnival Cruise Lines shipboard records related to the use of 02 by Karen Noon

**c. A computation of each category of damages claimed by the disclosing party:**

a. Plaintiff's compensatory damages, including economic and non-economic losses.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th November 2018, I emailed the foregoing to all counsel of record or pro se parties identified on the attached Service List.

***s/PHILIP M. GERSON***
PHILIP M. GERSON
Florida Bar No. 127290
pgerson@gslawusa.com
filing@gslawusa.com
cbenedi@gslawusa.com
NICHOLAS I. GERSON
Florida Bar Number No. 0020899
ngerson@gslawusa.com
EDWARD S. SCHWARTZ
Florida Bar Number No. 346721
eschwartz@gslawusa.com
DAVID MARKEL
Florida Bar Number No. 78306
dmarkel@gslawusa.com
GERSON & SCHWARTZ, P.A.
Attorneys for Plaintiffs
1980 Coral Way
Miami, Florida 33145
Telephone: (305) 371-6000
Facsimile: (305) 371-5749

**SERVICE LIST**
CASE NO. 18-CV-23181-WILLIAMS/TORRES

**Nicholas I. Gerson, Esq.**
Florida Bar No. 20899
ngerson@gslawusa.com
**Philip M. Gerson, Esq.**
Florida Bar No.: 127290
pgerson@gslawusa.com
**Edward S. Schwartz , Esq.**
Florida Bar No. 346721
eschwartz@gslawusa.com
**David L. Markel, Esq.**
Florida Bar No. 78306
dmarkel@gslawusa.com
Gerson& Schwartz, P.A.
1980 Coral Way
Miami, Florida 33145
Telephone: (305) 371-6000
Facsimile: (305) 371-5749
***Attorneys for Plaintiff***

**Marc J. Schleir, Esq.**
Florida Bar No. 389064
E-mail: mschleit@fowler-white.com
**Christopher Knight, Esq.**
Florida Bar No. 607363
E-mail: Cknight @fowler-white.com
**Amanda A. Kessler, Esq.**
Florida Bar No. 60885
E-mail: akessler@fowler-white.com
**Andrew G. Tuttle, Esq.**
Florida Bar No. 118467
Email: atuttle@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
***Attorneys for Defendant***