UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 18-CV-23181-WILLIAMS/TORRES

RANDALL NOON, as Personal
Representative of the Estate of
KAREN NOON, Deceased,

Plaintiff(s),

v.

CARNIVAL CORPORATION, a Panamanian
Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant(s).
_______________________________________/

**NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES**

**NOTICE IS HEREBY GIVEN** that a copy of the Answers to Interrogatories propounded on December 13, 2018 to Plaintiff, by Defendant, CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINES was copies have been served on all parties listed on attached Service List on this 23rd day of January, 2019.

**s/PHILIP M. GERSON**
PHILIP M.. GERSON
Florida Bar No. 127290
pgerson@gslawusa.com
filing@gslawusa.com
cbenedi@gslawusa.com
GERSON & SCHWARTZ, P.A.
Attorneys for Plaintiff
1980 Coral Way
Miami, FL 33145-2624
Telephone: (305) 371-6000
Facsimile: (305) 371-5749



EXHIBIT
2

CASE NO. 18-CV-23181-WILLIAMS/TORRES

**SERVICE LIST**

Philip M. Gerson, Esq.
Florida Bar No. 127290
pgerson@gslawusa.com
Edward S. Schwartz , Esq.
Florida Bar No. 346721
eschwartz@gslawusa.com
Nicholas I. Gerson, Esq.
Florida Bar No. 20899
ngerson@gslawusa.com
David L. Markel, Esq.
dmarkel@gslawusa.com
Florida Bar No. 78306
Gerson& Schwartz, P.A.
1980 Coral Way
Miami, Florida 33145
Telephone: (305) 371-6000
Facsimile: (305) 371-5749
***Attorneys for Plaintiff***

Christopher E. Knight
Fla. Bar No. 607363
Email: cknight@fowler-white.com
Amanda G. Altman
Fla. Bar No. 60885
Email: aaltman@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
***Attorneys for Defendant***

Noon v. Carnival
Case No.: 18-CV-23181-WILLIAMS/TORRES

## PLAINTIFF'S ANSWER TO WRONGFUL DEATH INTERROGATORIES

1. State the full name, date of birth, social security number, driver's license number, height and weight, and street address at the time of death of the decedent and if the decedent has ever been known by any other name, the names used by the decedent and the circumstances behind the name change.

**ANSWER:** **Karen Rose Noon**
**DOB: 06/13/1961**
**SSN: 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**
**DL: N 500 461 744 442**
**Height: 5'4"**
**Address: 7087 Nash Highway, Clarksville, MI 48815**

2. Was the decedent married at the time of the subject incident, and if so, please state the name, present residence address, and telephone number of the person to whom she was married to at the time.

**ANSWER:** **Yes, decedent was married to Randall Lewis Noon, 7087 Nash Highway, Clarksville, MI 48815.**

3. List the names and addresses of all doctors, psychiatrists, psychologists, chiropractors or other members of the healing arts who treated the decedent in the 10 years preceding his/her death, giving in each instance and for each doctor the date of treatment, nature of treatment received, nature of illness for which treatment was given and if being claimed in this case, the sums of money paid or owing to the health care provider for their services.

**ANSWER:** **Sparrow Medical Group**
**107 N. Bridge Street**
**Saranac, Michigan 48881**
**Tel: 616.642.9408**

**Monitoring and treatment for diabetes and COPD and general medical needs.**

4. State whether or not the decedent had ever been admitted to, examined or treated at any hospital or institution and if your answer is in the affirmative, state the name of the hospital, the date of admission, reason for the admission, nature of the treatment given and if any sums of money have been paid or are owing to the institution, the amount in each instance.


GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 • Broward (954) 845-0535 • Fax (305) 371-5749 • Toll Free (877) 475-2905
www.injuryattorneyfla.com

**ANSWER: Unknown at this time.**

5. List the name and addresses of all pharmacies where the decedent had prescriptions filled in the past ten years.

**ANSWER: Walgreens
11980 Fulton St E
Lowell, MI 49331**

**Rite Aide
1401 West Main Street
Lowell, MI 49331**

**Medco Express Scripts
1 Express Way
St. Louis, MO 63121**

6. List the names, addresses, and policy numbers of any and all health insurance companies for which the decedent had been insured during the past ten years.

**ANSWER: Blue Cross Blue Shield of Michigan
600 E. Lafayette Blvd.
Detroit, MI 48226-2998
Member ID: MZO922256584**

7. Describe any and all infirmities and disabilities that the decedent had before the incident causing death, including any illness or disorders relative to his heart, nerves, nervous system, high blood pressure, diabetes, ulcer, sprain or strain of any part of his body, and give the dates, names and street address of treating or consulting doctors or hospitals.

**ANSWER: Diabetes, COPD**

**Sparrow Medical Group
107 N. Bridge Street
Saranac, Michigan 48881
Tel: 616.642.9408**

8. Excluding the incident which is the subject of this action, describe any and all accidents or personal injuries the decedent suffered, together with the date, time and place of such accident or personal injury and the names and street addresses of all parties involved.

**ANSWER: None.**

9. Have any written, oral, recorded, or any other form of statement been obtained by you, your attorneys, agents or employees from any person concerning any of the matters relating to this action and if so, list the name, street address, and telephone number of the person from whom the statement has been obtained, the date the statement was obtained, the name and the address of the person taking the statement, the present location of the statement and state whether or not the person from whom the statement was taken was provided with a copy of the statement.

**ANSWER: No. Crewmembers spoke with the Noon family during the incident.**

10. Has any person made an oral or written statement which might be considered an acknowledgment or admission of liability by a Defendant in this case, and if so, please state the name of the person making the statement, the date, time and place the statement was made, the exact words used by that person, the name and street address of the person to whom the statement was made, and the names and street addresses of all persons who heard the statement.

**ANSWER: No.**

11. Describe in detail, each act or omission on the part of this Defendant you contend constituted negligence that was either the sole or a contributing legal cause of the decedent's death and as to each act or omission, please list the name and street address of all persons having knowledge of the act or omission.

**ANSWER: See the specific, detailed allegations in the Amended Complaint regarding the multiple applicable acts and omissions of the Defendants' medical and non-medical crewmembers after the vessel reached port. See answer to Interrogatory 12 for persons with knowledge.**

12. List the names and street addresses of all persons who are believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues raised by the pleadings and specify the subject matter about which the witness has knowledge.

**ANSWER: Defendant, Defendant's employees onboard ship, Fire Rescue and ambulance**

**Personnel and Jackson Memorial Hospital doctors and nurses, and medical providers listed above. See Rule 26 disclosure incorporated by reference.**

13. Do you or your attorneys, agents, servants, or employees have any photographs or videos which are relevant to the issues of liability and damages presented by the Complaint and, if so, please state the name and street address of the person having possession of the photographs, the name and street address of the person or persons who took the photographs or videos, the date the photographs or videos were taken, the number of photographs or videos, and include a description of what is depicted in the photographs or videos.

**ANSWER: No.**

14. Did the decedent die testate and if so, state whether the will has been filed for probate, and if so, the date, name of court, title of action and file number, as well as, the names and addresses of all creditors to the estates and the amount owed by the decedent at the time of her death.

**ANSWER: Mrs. Noon died intestate.**

15. List the names, addresses, dates of employment, and rates of pay regarding all employers for whom the decedent worked during the last ten (10) years of her life.

**ANSWER: State of Michigan**
**Rate of Pay: $1,500.00 monthly**
**Dates of Employment: 2014-2017**

**Remaining information will be provided in a supplemental response.**

16. Has anything been paid or is anything payable from any third party for the damages listed in your answers to interrogatories? If so, state the amounts paid or payable, the name and address of the person or entity who paid or owes the amounts, and which third parties have or claim a right of subrogation.

**ANSWER: Miami Dade Fire Rescue**
**9300 NW 41 Street**
**Doral, FL 33178**
**Amounts: $628.20**

**Jackson Memorial Hospital**
**1611 NW 12 Ave**
**Miami, FL 33136**
**Amounts: $55,737.03**

**Carnival Cruise Line**
**Amounts: $302.25**

17. Please list the name and street address of survivors in this action as defined in the Florida Wrongful Death Act and as to each survivor making a claim in this case, please state in detail what support they claim to have lost as a result of the decedent's death (support includes contributions in kind, as well as money) and what services were performed for them by the decedent that will now by a necessary expense to them and for each item, the exact amount claimed, and a detailed accounting as to each individual survivor of how you arrived at this amount.

**ANSWER:** **Randall Noon**
**7087 Nash Highway**
**Clarksville, MI 48815**

**In addition to all noneconomic losses, loss of income of decedent. Decedent handled financial affairs for the Noon household, which Plaintiff must now handle by himself or using substitute services.**

**Makayla Noon**
**678 N State St**
**Ionia, MI 48846**

**Sage May Lenard**
**107 Orion Street**
**Apt E**
**Green Cove Springs, FL 32043**

**Elijah Randall Lenard**
**107 Orion Street**
**Apt E**
**Green Cove Springs, FL 32043**

**Decedent's grandchildren being supported by decedent before her death.**



GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 • Broward (954) 845-0535 • Fax (305) 371-5749 • Toll Free (877) 475-2905
www.injuryattorneyfla.com

18. Give the name and street address of all banks, loan associations, savings and loans, brokerage firms, mortgage companies or brokers and other institutions, where the deceased had an account, or in which the deceased had a financial interest for the five (5) years preceding her death and identify each account with enough specificity to enable this Defendant to obtain the financial records.

**ANSWER:** **River Valley Credit Union**
**2500 W Main St**
**Lowell, MI 49331**

**Preferred Credit Union**
**3767 Sparks Dr**
**Grand Rapids, MI 49546**

**Fifth Third Bank**
**11915 Fulton St**
**Lowell, MI 49331**

**Chase Bank**
**455 Ada Dr SE**
**Ada, MI 49301**

**Navient**
**220 Lasley Ave**
**Wilkes-Barre, PA 18706**

**CarMax**
**4431 28th St**
**Kentwood, MI 49512**

19. Please list the amount of the decedent's personal expenses in each of the five (5) years preceding her death being specific as to the type of expense (i.e., clothing entertainment, food, etc.) and the amount spent each year on that expense.

**ANSWER:** **Clothing $500.00**
**Haircuts $200.00**
**Food $2,400.00**
**Cellular Phone $600.00**

**Other personal expenses are undetermined at this time.**


GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 • Broward (954) 845-0535 • Fax (305) 371-5749 • Toll Free (877) 475-2905
www.injuryattorneyfla.com

20. Please list all damages or incidental expenses (excluding pain and suffering) claimed in this action which have not been listed in your answers to the preceding interrogatories and as to each item of damage or incidental expense, state the name and street address of the person or entity to whom money has been paid or to whom money is owed on behalf of the decedent or her estate.

**ANSWER:** **Future loss of income from Karen Noon, at $1,500.00 monthly to retirement age. Also, Karen Noon's anticipated retirement benefits amount currently unknown.**

21. Was the decedent or any survivor making a claim in this action ever convicted of a crime which under the law was punishable by death or imprisonment in excess of one (1) year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction the specific crime and the date and place of conviction.

**ANSWER:** **No.**

22. Please list the name and street address of all persons who resided with the decedent during the five (5) years prior to her death.

**ANSWER:**

**Randall Noon**
**7087 Nash Highway**
**Clarksville, MI 48815**

**Juanita M. Noon**
**3024 Fort Caroline Court**
**St. Augustine, FL 32092**

**Melissa Lenard Noon**
**107 Orion Street**
**Apt E**
**Green Cove Springs, FL 32043**

**Sage May Lenard**
**107 Orion Street**
**Apt E**
**Green Cove Springs, FL 32043**

**Elijah Randall Lenard**
**107 Orion Street**
**Apt E**

**Green Cove Springs, FL 32043**

23. Do you intend to call any expert witnesses at the trial of this case? If so, state as to each witness the name and address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

**ANSWER: Undetermined at this time.**

24. Prior to her demise, did the decedent make any statement as to how the event sued upon occurred and if so, state the substance of the statement and the name and address of all persons who heard the statement.

**ANSWER: No.**