Carnival

Ship Name: CARNIVAL SENSATION Voyage Number: SE 2017 07 03 005

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Direct Encounter ☐ | | | | |
| 7/5/2017 2123h | E186 | Phone Call ■<br>Direct Encounter ☐ | Got a call from a lady, apparently one her cabin mates was intoxicated and was having allergic reaction and already took Benadryl; She just called to ask if we have rubbing alcohol to apply on the skin. | Explained that we do not carry alcohol; Offered Hydrocortisone cream. | Refused as the guest Preferred alcohol. | Moriz Pink, Reyes RN 488997 |
| 7/6/2017 0014h | R235 | Phone Call ■<br>Direct Encounter ☐ | She apparently having ear pain started few days back but she was bothered with the pain thus opted to call and ask for some ear drops. | Encouraged to be seen to be assessed properly and have the right medication. Charges explained.<br><br>Explained the clinic hours. Advised that she can take any pain reliever to manage the pain. | Said that she can wait until the morning for the clinic hours.<br><br>Thankful. | Moriz Pink, Reyes RN 488997 |
| 7/7/2017 2300H | E150 | Phone Call ☐<br>Direct Encounter ☐ | Got a call from guest services that the said guest needs medical assistance Advise to come down to the medical center.<br><br>Came in the medical center accompanied by one lady. According to them their mother has a difficulty of breathing. | I advised them to bring their mother down to have a doctor's consultation For proper medical assessment and evaluation. | They Refused for consultation, as per them they only need oxygen for her mother since this was happened before and she just need and oxygen concentrator.<br><br>They opted to borrow oxygen concentrator and bought a nasal | Rosel Ursua RN |

tabbies EXHIBIT 1

EXHIBIT D1 7/11/19 [illegible]
PENGAD 800-631-6989

**Ship Name:** CARNIVAL SENSATION **Voyage Number:** SE 2017 07 03 005

Carnival

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | cannula.<br><br>Advised if they need medical assistance just phone 911. | |

Rev.00 – 12/30/2016