MRS. KAREN NOON

Ship: CARNIVAL SENSATION
Cabin: E150
Authorization Number: 7744
Booking Number: 6CF8J7
Sequence Number: 1

Cab Section:
Voyage: SE20170703005
Date: 8/9/2017
Time: 07:40:45 AM
Page: 1 of 2

| DATE | TIME | LOCATION/DESCRIPTION | RECEIPT | FOLIO | AMOUNT |
|---|---|---|---|---|---|
| 7/3/2017 | 10:33 AM | REFUNDABLE ONBOARD CREDITS | 63251360 | 7396 | -$11.51 |
| 7/3/2017 | 09:32 PM | PIXELS GALLERY | 109521 | 7396 | $53.91 |
| 7/3/2017 | 10:23 PM | MIRAGE BAR | 110172 | 7396 | $18.98 |
| 7/4/2017 | 04:45 PM | DUFRY - SATELLITE | 117015 | 7396 | $20.00 |
| 7/4/2017 | 06:24 PM | ECSTASY SERVICE BAR served in Main Dining Room | 117817 | 7396 | $15.53 |
| 7/4/2017 | 11:15 PM | ECSTASY SERVICE BAR | 120870 | 7396 | -$9.49 |
| 7/6/2017 | 03:01 AM | SERVICE GRATUITY | 600629 | 7396 | $64.75 |
| 7/7/2017 | 08:50 PM | MIRAGE BAR | 144585 | 7396 | $ .00 |
| 7/8/2017 | 12:56 AM | MIRAGE BAR | 147215 | 7396 | $ .00 |
| 7/8/2017 | 08:29 AM | CASH DEPOSIT | 63683128 | 7396 | -$352.73 |

| | |
|---|---|
| TOTAL CHARGES | $173.17 |
| LESS NON-REFUNDABLE ONBOARD CREDITS APPLIED | $0.00 |
| LESS NON-REFUNDABLE PROMOTIONAL ONBOARD CREDITS APPLIED | $0.00 |
| LESS REFUNDABLE ONBOARD CREDITS APPLIED | -$11.51 |
| LESS CASH DEPOSITS | -$352.73 |
| LESS SPA PRESALE CREDITS APPLIED | $0.00 |
| LESS SHORE-EX PRESALE CREDITS APPLIED | $0.00 |
| LESS CHARGES REFUNDED | -$9.49 |
| PLUS CASH REFUNDED | $0.00 |
| LESS CREDIT CARD PAYMENTS | |

NET BALANCE: -$200.56

Folio 7396 * MRS. KAREN NOON VIFP Club Number 66520154

(* Responsible Party)

CHARGES POSTED ON THIS STATEMENT ARE BASED ON TRANSACTIONS COMPLETED UNTIL THE TIME THE STATEMENT IS PRINTED. THESE FIGURES MAY NOT BE FINAL AND DO NOT INCLUDE TRANSACTIONS AFTER THE STATEMENT IS PRINTED.

EXPRESS DEPARTURE BILL: IF YOU HAVE A CREDIT CARD ON FILE WITH US, NO NEED TO CHECK OUT UNLESS YOU ARE OTHERWISE NOTIFIED IN WRITING. IF THERE ARE $10 OR MORE OF UNUSED FUNDS FROM YOUR CASH DEPOSIT,WE WILL MAIL A REFUND CHECK TO YOUR ADDRESS ON FILE. UNUSED FUNDS OF LESS THAN $10 WILL BE DONATED TO ST. JUDE CHILDREN'S RESEARCH HOSPITAL UNLESS OTHERWISE CLAIMED.

CONGRATS! YOU'RE A MEMBER OF CARNIVAL'S VIFP CLUB, OUR GUEST LOYALTY PROGRAM. IF THIS CRUISE QUALIFIES, YOU'VE EARNED CRUISE POINTS. PLEASE VISIT WWW.CARNIVAL.COM/VIFP TO UPDATE YOUR PROFILE, CHECK YOUR BALANCE AND MORE.

EXHIBIT
tabbies'
2