# Movement Report

| Photo | Name | Stateroom | Age | Nationality | Gender | Contact | Activity | Activity Count | Port | Location | Date/Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | KAREN NOON | E150 | 56 | CAN | F | 6163229272 | OnBoard | 1 | MIAMI | Embarkation | 7/3/2017 11:48:10 AM |
|  | KAREN NOON | E150 | 56 | CAN | F | 6163229272 | OnBoard | 2 | MIAMI | Embarkation | 7/3/2017 11:48:10 AM |
|  | KAREN NOON | E150 | 56 | CAN | F | 6163229272 | Ashore | 1 | OCHO RIOS | Deck 3 - Forward | 7/5/2017 10:18:36 AM |
|  | KAREN NOON | E150 | 56 | CAN | F | 6163229272 | OnBoard | 3 | OCHO RIOS | Deck 3 - Forward | 7/5/2017 1:03:07 PM |
|  | KAREN NOON | E150 | 56 | CAN | F | 6163229272 | Ashore | 2 | GRAND CAYMAN | Deck 3 - Forward | 7/6/2017 9:42:21 AM |
|  | KAREN NOON | E150 | 56 | CAN | F | 6163229272 | OnBoard | 4 | GRAND CAYMAN | Deck 3 - Forward | 7/6/2017 12:24:08 PM |
|  | KAREN NOON | E150 | 56 | CAN | F | 6163229272 | Ashore | 3 | MIAMI | Embarkation | 7/8/2017 8:42:43 AM |

EXHIBIT
tabbies
3