UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, deceased,

Plaintiffs,

v.

CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant.

CASE NO. 18-cv-23181-Williams/Torres

**NOTICE OF FILING DEPOSITION TRANSCRIPT OF JUANITA M. NOON, IN SUPPORT OF DEFENDANT'S MOTION FOR FINAL SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF LAW**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(f)(4) and S.D. L.R. 26.1(b), the deposition transcript of JUANITA M. NOON, taken on July 25, 2019, has been filed with the Clerk of this Court in support of Defendant's Motion for Final Summary Judgment and Supporting Memorandum of Law.

Respectfully submitted,

*/s/ Marc J. Schleier*
Christopher E. Knight
Fla. Bar No. 607363
Email: cknight@fowler-white.com
Marc J. Schleier
Fla. Bar No. 389064
Email: mschleier@fowler-white.com
Katina M. Hardee
Fla. Bar No. 16069
Email: khardee@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of August, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Marc J. Schleier*
Marc J. Schleier

**SERVICE LIST**

CASE NO. 18-cv-23181-Williams/Torres

Philip M. Gerson, Esq.
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, Florida 33145-2624
E-Mail: pgerson@gslawusa.com
filing@gslawusa.com
zdiaz@gslawusa.com
Telephone: (305) 371-6000
Facsimile: (305) 371-5749
RANDALL NOON , as Personal
Representative of the Estate of
KAREN NOON, deceased

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| RANDALL NOON, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KAREN NOON, DECEASED, PLAINTIFF | : | |
| VS | : | CASE NO. 18-CV-23181 WILLIAMS/TORRES |
| CARNIVAL CORPORATION, AS PANAMANIAN CORPORATION D/B/A CARNIVAL CRUISE LINES, DEFENDANT | : | |

| | |
|---|---|
| VIDEOTAPED DEPOSITION OF: | JUANITA M. NOON |
| TAKEN BY: | DEFENDANT |
| BEFORE: | TRACY L. LLOYD, RPR<br>NOTARY PUBLIC |
| | ANGELO DELMONTE, VIDEOGRAPHER |
| DATE: | JULY 25, 2019, 9:25 A.M. |
| PLACE: | 2550 KINGSTON ROAD, SUITE 217<br>YORK, PENNSYLVANIA |

APPEARANCES:
GERSON & SCHWARTZ, P.A.
BY: DAVID L. MARKEL, ESQUIRE
(APPEARING VIA TELECONFERENCE)
1980 CORAL WAY
MIAMI, FLORIDA 33145
(305) 371-6000

FOR - PLAINTIFF

FOWLER WHITE BURNETT, P.A.
BY: KATINA M. HARDEE, ESQUIRE
BRICKELL ARCH, FOURTEENTH FLOOR
1395 BRICKELL AVENUE
MIAMI, FLORIDA 33131
(305) 789-9200
FOR - DEFENDANT



TABLE OF CONTENTS

WITNESS


| WITNESS | EXAMINATION |
|---|---|
| JUANITA NOON | |
| BY MS. HARDEE | 5 |
| BY MR. MARKEL | -- |


(Transcript and errata sheet sent to Mr. Markel for the witness to read and sign.)



THE VIDEOGRAPHER: We are now on camera. This is DVD Number 1. The camera operator is Angelo Delmonte, and the court reporter is Tracy Lloyd. We are both representing the firm of Jeannie Reporting Service located at 28 West Flagler -- Flagler, Suite 610, Miami, Florida. The date today is July 25th, 2019. The time on the camera is now 9:25 -- 9:25.

We are assembled at 2550 Kingston Road in York, Pennsylvania for the purpose of taking the deposition of Juanita M. Noon in the matter of Noon v. Carnival Corporation. This deposition is being taken on behalf of the Defendant. Counsel, will you please introduce yourselves.

MR. MARKEL: David Markel on behalf of the Plaintiff.

MS. HARDEE: Katina Hardee on behalf of the Defendant Carnival.

THE VIDEOGRAPHER: The court reporter will now swear in the witness after which you may proceed.

THE COURT REPORTER: Would you raise your right hand.



JUANITA M. NOON, called as a witness, being sworn, testified as follows:

EXAMINATION

BY MS. HARDEE:

Q Can you state your name for the record, please?

A Juanita May Noon.

Q Juanita May Noon?

A Yes, ma'am.

Q Have you ever had a deposition before?

A No, ma'am.

Q Okay. I'm just going to go over some of the ground rules so you'll know and might help. Make you feel a little bit better. I can see that you're a little bit nervous.

So this is just an opportunity for me to ask you questions. If this case goes to trial, then I'll know what most likely you'll say then. Okay?

A (Nodding head.)

Q And the court reporter is taking down every word that we say. So sometimes it's hard when we are talking regular we might anticipate what each other is going to say and we might talk over each other,

Page 6

but that's very difficult for the court reporter to record.

So I'll try my best. Sometimes I cut off by accident, but I'll try my best to wait for you to finish your answer. And if you can likewise just wait for me to finish my question to you before you answer.

As well, we're having it recorded, so we do have to keep our voices up. And so if they can't hear, they might go like this indicating that you need to bring your voice level up. Okay?

A (Nodding head.)

Q Also I may ask you a question and you may shake your head yes or no. Even though it's being videotaped, it's also being recorded. So I may ask you to say yes or no. That way later on we're not arguing over did you say yes or did you no. Okay?

A Yes, ma'am.

Q Same thing with uh-huhs and nuh-uhs. They don't come out very well on the record, and she might record it as a yes when we think it's a no. So I may ask you to clarify yes or no, but I'm not trying to sway you way or the other to say yes or no.

Breaks, there may come a time where you need to use the restroom or just take a break, and that's

Page 7

fine. If I have a pending question, I will ask that you finish the answer to my question, and then we can take a break as long as you want. I understand that this is not a very -- this might be an emotional deposition for you to have to go through, and I understand if you want to take a break. That's -- I'll give you as many breaks as you need. Okay? Before we start, do you want us to get some tissues in case?

A No. I'm fine.

Q You're fine, okay. All right. Do you have any other questions before we start?

A No, ma'am.

Q All right. We'll get going then. Can you tell me what address you live at presently?

A [redacted].

Q And how long have you lived there?

A Since June.

Q And who lives there with you?

A My boyfriend.

Q Anyone else?

A No, ma'am.

Q Do you have any children?

A No, ma'am.

Q Where did you live prior to the Meadow Trail

Page 8

address?

A [redacted].

Q And how long did you live at Fort Caroline Court?

A About two or three years.

Q Okay. Were you living there at the time that you took the cruise with your family?

A Yes, ma'am.

Q And who did you live with there?

A My roommate and her children.

Q Anyone related to you?

A No, ma'am.

Q Any particular reason why you moved up to PA, Pennsylvania?

A Because my boyfriend's here.

Q Okay. So you followed him from -- from Florida?

A No.

Q Okay. So you had him before?

A Yeah.

Q Okay. All right.

A He's in the military, so.

Q Oh, okay.

A He just got out.

Page 9

Q Makes sense. Where did you go to school?

A Saranac in Ionia.

Q Where is that located?

A Michigan.

Q Okay. Is that where you're originally from?

A Yes.

Q Did you go to college?

A Yes.

Q What college did you go to?

A University of Detroit Mercy.

THE COURT REPORTER: Of what?

A Of Detroit Mercy.

BY MS. HARDEE:

Q Did you graduate from there?

A No.

Q How long did you go there?

A Two or three years.

Q What did you major in?

A The nursing program.

Q Do you have a nursing degree at all or --

A No, ma'am.

Q Okay. So you started your nursing?

A Yes, ma'am.

Q All right. And where do you work now?

A Which place?

Page 10

Q Do you work multiple jobs?
A Yes.
Q Okay. So tell me all of the --
A Hart Heritage.
Q Heritage?
A Hart Heritage.
Q Hart Heritage, okay. Is that a nursing home facility or --
A Yeah.
Q Okay.
A Assisted living.
Q Assisted living, okay. And what's your role there?
A Caregiver, aide.
Q Do you have any type of certificates? CPR or --
A Yes.
Q HHA?
A Yes.
Q Do you have HHA?
A Not for Pennsylvania, but for Florida.
Q Okay. Do you have any certificates that you have to have in Pennsylvania?
A I have my med tech.
Q Did you have to go to school to get that?

Page 11

A No. It's like a class. Then a medical assistant, too.
Q Are you certified in CPR?
A Yes, ma'am.
Q How long do you work there every week? Full-time? Part-time?
A Full-time.
Q More than 40 hours or --
A Generally.
Q You said that you had another job?
A Yes, ma'am.
Q And where's that at?
A Willow View.
Q Willow View?
A Yes, ma'am.
Q Is that another assisted living facility?
A Yes, ma'am.
Q And what's your position there?
A Resident aide, med tech.
Q How many hours do you work there a week?
A Right now it's part-time.
Q Less than 10 hours?
A About 18.
Q Okay. Do you work anywhere else?
A No, ma'am.

Page 12

Q And how long have you worked at Willow View?
A Since I moved here.
Q So since June?
A Yeah.
Q And the same for Hart Heritage?
A Yes, ma'am.
Q Where were you working at the time of the cruise?
A Senior Helpers and I think Allegro.
Q These are the same place agencies that your sister worked at?
A Yes.
Q Were you working at both of them at the same time?
A Yes.
Q And what were your positions there?
A The same. Resident aide, med tech.
Q And did you start there before your sister or did she get you the job?
A I was there first.
Q When did you begin Senior Helpers?
A Either 2015 or 2016. It was just shortly after I moved there.
Q And Allegro?
A It was either right during the cruise or

Page 13

right before it or after. I'm not quite sure.
Q When is the last time that you lived with your parents in Michigan?
A Technically I had residence there and at my grandmother's because I took care of my grandmother when she was sick, so it was at both, and that was 2003, and I did that for five years, four or five years.
Q That's from 2003 to 2008-ish?
A Yeah.
Q And then you moved to Florida?
A No.
Q Where did you move then?
A Colorado. I think that's Colorado.
Q Did you move there for your boyfriend as well?
A Yes.
Q Okay. And what did you -- did you work while you were living in Colorado?
A Yes.
Q Where did you work?
A Crap. Senior -- not Senior Helpers. Home Instead, Synergy, and another place. I don't remember the name.
THE COURT REPORTER: What was the

Page 14

first place? Homestead?
A Home Instead.
THE COURT REPORTER: Home Instead?
A Yes, ma'am.
BY MS. HARDEE:
Q Like Home Instead, like i-n-s-t-e-a-d?
A Yes, ma'am.
Q Okay. In your same type of position --
A Yes, ma'am.
Q -- resident aide? And when did you move from Colorado?
A I think it was June 2015.
Q And did you move down to Florida at that point?
A Yes, ma'am.
Q And you lived in St. Augustine at that time in Florida?
A First Jacksonville, then St. Augustine.
Q Okay. Almost the same.
A Kind of, yes. Just different.
Q True. I like St. Augustine better. Did you see your sister a lot when you lived there?
A Yes.
Q You saw her at work as well?
A No.

Page 15

Q You worked different schedules?
A Yes.
Q Okay. How close did you all live to each other?
A Well, when I moved to 3024, she moved to where she is now.
Q Okay. Let's talk about the cruise. How did you guys decide to take a cruise?
A We were sitting around discussing family vacations, and I don't know. We just decided to take a cruise.
Q You said that you were sitting around. What time of the year was -- was this?
A February.
Q Okay. February 2017?
A Yes.
Q Was this up in Michigan?
A My sister and my mom were in Michigan. I was not in Michigan.
Q You were in Florida?
A Yes.
Q So you were on the telephone?
A Yes.
Q Whose idea was it to take a cruise?
A I don't think I could pinpoint which one of

Page 16

us said it first, but --
Q Everyone was in agreement that a cruise was best?
A Yeah.
Q Any particular reason? You said family vacation.
A Yeah.
Q Was it to celebrate anything in particular?
A Other than my dad's birthday was the 12th, not really.
Q The 12th of July?
A Yes.
Q How did you find out about the Carnival cruise that you all took?
A My mom and I had taken a cruise the year prior, so we just Googled cruises and destinations and picked from the destinations.
Q Did you go on a Carnival cruise the year before?
A Yes, ma'am.
Q Where did you go?
A The Bahamas and then Key Largo or Key West. Key West.
Q And you said you and your mother both Googled cruises?

Page 17

A I don't think my mom did. I think Missy did there.
Q Misty. Is that --
A Melissa.
Q Melissa, okay. So if you say Misty, you mean Melissa?
A Missy.
Q Oh, Missy, okay.
A Yes, ma'am.
Q So you believe that she was the one that Googled and found the cruise?
A No. They were Googling, and so was I.
Q Okay. So all of --
A It was a joint effort.
Q It's a joint effort, okay.
A Yes.
Q So who finally located the Carnival cruise?
A I did.
Q Any particular reason why you all decided on this particular cruise?
A Because it's Jamaica and the Cayman Islands.
Q You all never been?
A Never been.
Q Okay.
A No.

Page 18

Q How did you book the cruise?
A The representative. We called one of the numbers.
Q One of the Carnival numbers?
A The one on the site we were on.
Q Do you remember if it was a Carnival website?
A No idea.
Q That's okay. And there may be questions I ask you that you can't recall, so it's okay to tell me that you don't remember if you don't.
A Yes, ma'am.
Q Who all went on the cruise?
A My mom, my dad, my sister, Eli and Sage, her two kids. Makayla, my niece, and me.
Q So it's your mom, your dad, your sister, her two children, Makayla?
A Sage and Eli.
Q Okay. And then Makayla the niece?
A Yes.
Q Did she live with your parents?
A No. She's back at her mom's.
Q And she is your brother's child?
A Yes.
Q Any particular reason why he didn't go?

Page 19

A He didn't have the money.
Q Okay. So each of you paid your own -- you own fare?
A Yes.
Q Tell me how everyone got from Michigan down to Florida.
A My mom, my dad, and Makayla flew down to Jacksonville.
Q Did they stay with you?
A They stayed at my sister's.
Q Do you remember when they arrived?
A On the 2nd.
Q And what time was that when they arrived?
A I'm not sure what time I picked them up.
Q Okay. Afternoon? Morning?
A I'm not sure.
Q Did you visit with them that -- that day?
A Yes, ma'am.
Q Where did you all go?
A We went to the beach. Then went out to dinner I think.
Q Jacksonville beach?
A No. Surfside.
Q Okay. And after dinner did you take them back to your sister's house?

Page 20

A We were all together.
Q Okay. Did you do anything after dinner?
A Visited.
Q Did you talk about your mom's health during that time?
A No.
Q How did your mom look at that -- on July 2nd?
A Great.
Q How long were you all out at the beach and dinner?
A A few hours.
Q After dinner where did you go?
A To my sister's.
Q Did you stay there for any length of time?
A We all stayed there.
Q So you spent the night?
A Yeah, because we left early in the morning.
Q When you said early in the morning, so you left early morning on July the 3rd to come to Miami?
A Yes.
Q About what time did you leave?
A 6 AM-ish.
Q Do you all drive in one car?
A Drove in two cars.

Page 21

Q Your car and Missy's car?
A Yes, ma'am.
Q Okay. Who was in your car?
A Makayla.
Q That's it?
A Yeah.
Q You and Makayla. And then everyone else was in your -- in Missy's car?
A Yes.
Q Did you make any stops on the way down?
A Gas stations and then to switch drivers.
Q Did you let Makayla drive or --
A My mom drove my car.
Q Okay.
A My dad drove my sister's car.
Q Do you remember at what point that was during the trip that you switched?
A I don't.
Q What time did you arrive in Miami?
A I'm not even sure. It was right before we had to be at the --
Q At the port.
A -- sign-in for the port.
Q So before we get into the dates that were spent on the cruise, tell me what you know about your

Page 22

mother's health.
A What do you mean?
Q Her history, her COPD. Were you aware that she had COPD?
A Yes, ma'am.
Q Okay. Do you know how long she suffered from COPD?
A A long time.
Q At the time of the cruise, do you know how her health was?
A She was fine.
Q How often did you talk to your mom?
A Multiple times a day.
Q Every day?
A Every day.
Q Did she also tell you how she was feeling?
A Yeah.
Q Okay. So let's go back a month before the cruise. How was her health?
A She was doing all right.
Q What does that mean, all right?
A She had lost a bunch of weight eating healthier, sleeping better.
Q What had sparked her to -- into losing weight and eating healthy?

Page 23

A I'm not sure.
Q How much weight had she lost?
A It would be a guess, but I would say about 30 pounds.
Q How was her breathing the month before the cruise? Did you all talk about that?
A She was fine.
Q And you keep saying fine. Is she telling you that she's fine?
A Yes.
Q Okay. So you would ask her how she -- how her health is and she would say I'm fine?
A How she's doing, yes.
Q Did she ever elaborate further than I'm fine?
A No.
Q So she would always give you the same answer?
A No, because sometimes if she had a headache that day, she would tell me.
Q Okay. So she suffered from headaches as well?
A She did.
Q Daily headaches?
A It wasn't so much daily. It would be a

Page 24

couple times a week. Some were badder than others.
Q Did she smoke?
A She did.
Q How much did she smoke a day?
A About a half a pack.
Q Was she on any medications --
A She was.
Q -- at the time? What was she taking?
A She wasn't taking her Metformin anymore.
Q What was that for?
A She had diabetes, but then she was no longer suffering from that, so I think she took something for cholesterol.
Q Did her doctor take her off the Metformin for diabetes?
A Yes.
Q Okay. She didn't stop it herself?
A No, no.
Q Okay. And she was taking something for cholesterol?
A Cholesterol and then she had her headache medication, and then she had an inhaler in case she needed it.
Q How often did she use her inhaler?
A It just depended. If it was hot, she'd use

Page 25

it more, otherwise...
Q Is an inhaler something that she had as you were growing up over the years?
A Yes.
Q How often have you seen her use an inhaler?
A Not very often.
Q Now, the year before the cruise how often had you seen your mother?
A I hadn't. Christmas I think was the only time, and that was quick.
Q Christmas 2016?
A Yes.
Q You said it was quick?
A Yeah. I went to work. Went up there to visit for six hours and drove back. It was in Atlanta.
Q You went to Atlanta --
A Yeah.
Q -- for Christmas?
A Yes, ma'am.
Q Okay. So they came -- who was in Atlanta? Your brother?
A No. My mother's mother.
Q Ah, okay. So your grandmother, maternal grandmother?

Page 26

A Sure.
Q But you talked to her on the phone multiple times a day --
A Yes.
Q -- every day? Okay. So you said that she was -- that she was taking some cholesterol medicine, headache meds, and she had an inhaler with her. Did she take all those medications with her on the -- on the cruise?
A Yeah.
Q Okay. Did she have any steroid medications?
A I don't believe she had prednisone at that time.
Q Is that something that she's had in the past?
A Yes.
Q And what did she use it for?
A When she got pneumonia, it helped with her breathing.
Q Okay. You had indicated that your mom lost 30 pounds. Was she still overweight?
A By whose standards?
Q I guess the national standards.
A Yes.
Q Do you know what your mom weighed at the

Page 27

time of the cruise?
A 207.
Q And how -- what was her height?
A 5, 2.
Q Prior to going on the cruise, did you look on Carnival's website about the medical care that was offered on the ship?
A No.
Q Was that a concern before you all went on the ship if there would be someone to take care of your mother?
A No. We've taken a cruise before.
Q You said the one the year before; right?
A Yes, ma'am.
Q How many others have you taken?
A That would be my third.
Q Did your mom go with you each time?
A No, just two.
Q Okay. So this would have been her second cruise?
A Yes, ma'am.
Q On the Carnival ship?
A Yes, ma'am.
Q So the cruise left out of Miami on July the 3rd, 2017, and you were at sea that day?

Page 28

A Yes, ma'am.
Q Tell me what you all did.
A After you get on the ship, you take your stuff up to the -- it's like the lobby deck kind of, but they have a buffet for lunch. So we ate because you had to wait to get your rooms. And then when they opened the rooms, then we'd go to our rooms.
Q How long did you all stay in your room?
A Unpack. Get stuff situated. Get the kids their swimsuits and stuff.
Q And so you went to go swim after?
A Yeah.
Q And did everyone go together?
A Yes.
Q And how long did you all stay out at the pool?
A The pool, the lobby, the casino, all night pretty much.
Q So you never went back to your cabin --
A No.
Q -- that day?
A No.
Q Okay. What time did you eat dinner that evening?
A I think we have the 6 or 6:30 dinner.

Page 29

Q Now, who took care of the kids during the day? Did you all have them together or did you take turns taking care of them?
A Pretty much whoever wasn't doing something had the kids.
Q Okay. And I guess I need clarification. What does that mean, whoever wasn't doing something?
A They had a casino. Minors couldn't be in the casino.
Q So whoever wasn't in the casino at the time had kid duty, I guess you'd say?
A Yeah.
Q Okay. How did your mom look on July the 3rd?
A Good.
Q Okay. How was her breathing that day?
A She didn't have any problems.
Q No wheezing?
A No.
Q Wasn't pale?
A No.
Q Didn't make any complaints about not feeling well?
A No, ma'am.
Q What time did you all retire back to your

Page 30

cabins?
A I'm not even sure what time it was.
Q Was it after midnight?
A I know the pools I think were closed, so probably around 9:30, 10, before that.
Q Did everyone stay in their cabins once you got there at 9:30 or 10?
A I know I did. Not sure what everyone else did.
Q Okay. So you're not sure if your mom stayed in the cabin?
A I don't know. I wasn't in their room.
Q Okay. But she didn't tell you the next morning like we went back to the casino?
A I don't remember.
Q Okay. Was she smoking on the cruise?
A Yes.
Q Okay. About how many cigarettes a day was she smoking?
A We weren't smoking that much because you had to go to a certain area.
Q So was she smoking a half a pack, her usual?
A Probably less than.
Q Okay.
A I know I was, and we tended to go more than

Page 31

one of us at a time.
Q Would you say more than ten cigarettes?
A Maybe. I doubt it, but maybe.
Q Okay. Did your mom always go with you to smoke?
A Sometimes. Sometimes my sister would go.
Q Did your mom ever go --
A Or my dad.
Q So you all all smoke?
A Yes.
Q Okay. Did your mom ever go smoke by herself to your knowledge?
A Not that I know of.
Q Okay. The next day is July the 4th. Was there anything special going on on the ship for the 4th of July?
A I don't think so other than their music stuff they had up by the pools. I don't remember fireworks because I don't think there was any.
Q Okay. What time did you all get up that morning?
A I think I was up around 8, 8:30.
Q Did you all go have breakfast?
A Yeah.
Q Did you wake everyone up or did you wait for

Page 32

them to get up?
A I think one of the kids woke everybody up.
Q All right. So this day you're at sea as well?
A Yes, ma'am.
Q Okay. So what time do you think that you went to go eat breakfast?
A Probably around 9 at the latest.
Q And how long did you stay at breakfast?
A Half hour, 45 minutes.
Q Did you have anything planned that day?
A There really wasn't a plan. We're on vacation.
Q Okay. Some people plan. Some people don't. So just --
A We don't.
Q Okay. So just whatever you felt like doing. Did you all stay in a group all day or did you go your separate ways?
A Split off, come back together.
Q What did --
A Kayla and I walked the ship, so.
Q Who?
A Makayla and I.
Q Oh, okay, your niece. And how old is she?

Page 33

A At the time she was 15. She's 17 now.
Q All right. So what did your mom do on this day on 7/4?
A Probably the same thing we all did.
Q And what's that?
A We did the splash pads, pool, walk the ship, had cocktails.
Q Do you remember any of the bars that you stopped in?
A The tiki bars up by the pool.
Q How many drinks were you all having a day?
A I'd drink maybe one or two.
Q What about your mom?
A One or two.
Q All day?
A Pretty much.
Q What time was dinner this day?
A It's a set dinner.
Q Okay.
A 6, 6:30, but then they have buffet during the day, so whichever.
Q All right. So that's what you did for lunch?
A Yeah.
Q Or whenever you were hungry?

Page 34

A Yeah. There was no set times for that.
Q All right. How was your mom feeling on July the 4th?
A She was all right. I mean she said she had a headache, and that's nothing that's unusual.
Q Did she mention whether she took her medications?
A I'm pretty sure she did.
Q How was her appearance?
A She was fine. Looked normal.
Q How was her breathing?
A Pretty normal.
Q What does that mean, pretty normal?
A She breathes like she normally does which isn't my normal breathing, but it's normal for her.
Q Okay. And what is that? I mean can you hear her wheeze or you can hear her --
A She wasn't gasping or anything. Normal breathing for her.
Q I guess I'm trying to get a picture of what normal breathing is for her.
A I guess you can't really picture something you can't see.
Q But can you hear her breathing?
A Sometimes.

Page 35

Q Okay. Could you hear her on this particular day? Could you hear her breathing?
A Yeah.
Q How was her complexion?
A Normal.
Q She wasn't pale?
A Nuh-uh.
Q Okay. And how was her walking?
A Fine.
Q Was she having any difficulties walking?
A No.
Q After dinner what did you do that day?
A Probably the casino.
Q Same as with your mom?
A The whole family. I think Kayla was with the kids.
Q How late did you all stay out on the ship before you retired to your cabins?
A It was pretty late I think.
Q After midnight?
A Probably.
Q After 2 in the morning?
A I don't think it was after 2. I think Kayla got in just after I did. Missy went home I think before that because Kayla went to O2.

Page 36

Q What is that?
A The teen club.
Q Teen club, okay. So somewhere between midnight and 2?
A Yeah.
Q And your mom went back to the cabin at that approximate same time?
A I'm not sure when she went back. We weren't in the same room.
Q Okay. So she wasn't with you at this time?
A No.
Q Did you know -- when was the last time you saw your mom?
A Probably at the casino.
Q Okay. So what approximate time was that?
A I'm not sure. There wasn't clocks there.
Q Okay.
A You're on vacation. You don't think to look at the clock oh, it's this time.
Q Everybody always has their phones and looking.
A No.
Q No?
A Not at sea. Where you gonna call? There's no service.

Page 37

Q Well, you can get it, but, okay, so you didn't have any.
A No.
Q All right. So you didn't have any phones. So was -- was there daylight?
A No.
Q Okay. So you went to dinner between 6 and 6:30, and you mom went with you?
A Mm-hmm.
Q About how long did you stay at dinner?
A I'm not sure. Roughly 35, 40 minutes.
Q And then after that you went to the casino?
A Yeah.
Q Give me an approximation on how long that your mom stayed at the casino with you?
A Like I said, I don't know because I went home. We weren't in the same cabin.
Q Right, but you didn't go home between 12 and 2 a.m.?
A Yeah, so I don't know if she was or not.
Q When -- that's what I'm trying to pinpoint, the last time that you saw your mom, approximately what time it was?
A I don't know.
Q Was it before midnight?

A Probably. When you gamble, you don't gamble right on top of somebody else. There's different areas.
Q But you're on vacation with your family. You're probably paying attention to --
A No, not really.
Q -- to her. You weren't paying attention to her?
A Not really.
Q Did she complain this day about not feeling well other than the headaches?
A No.
Q All right. The next day you all were in Ocho Rios --
A Mm-hmm.
Q -- on July 5th? Did you have some excursions planned that day?
A Yes, ma'am.
Q And this was snorkeling, if I remember correctly?
A Yes, ma'am.
Q Did the whole family go?
A Yes, ma'am.
Q Including your mom?
A Yes, ma'am.



Q Did she snorkel?
A No.
Q She stayed on the boat?
A Yes.
Q What time did you all get up on this July 5th?
A It was early.
Q Before 8?
A Yeah. I think we could get off the ship at like 8:30, something like that.
Q So you were up really early?
A Yeah.
Q So you disembarked as soon as you could?
A Yes.
Q Had breakfast before?
A Yes.
Q All the family had breakfast?
A Not really sure. Everyone was running their own ways. Me and Makayla did.
Q Okay. Did you see your mom at breakfast?
A Yeah. I'm not sure if she'd just come there or if she did eat. I'm not sure.
Q Okay. So you're not sure if she ate breakfast that morning?
A We typically aren't early breakfast eaters.



Q Okay. So you would come back later --
A Yeah.
Q -- and eat the buffet?
A Or eat while we were out, yeah.
Q Okay. How was your mom's appearance on this day?
A She was good, just a little sweaty.
Q Did you ask her about why she was a little sweaty?
A She said she didn't feel good. I asked her if she wanted to stay. She said no.
Q You mean stay on the ship?
A Yeah. She said she would be fine.
Q How was her appearance?
A Just a little sweaty.
Q Okay. Was her skin pale or normal?
A Normal.
Q How was she walking that day?
A Good.
Q Normal walking?
A Yeah.
Q And what about her breathing?
A It's the same.
Q Is it harder than --
A No. It was the same.



Q Did you ask her if she wanted to go to the medical center?
A No.
Q How long was your excursion snorkeling?
A I think it was a couple hours.
Q And when you all got off the boat, did you go directly to the --
A No, ma'am.
Q You went shopping?
A Shopping.
Q Okay. Where did you all go shopping?
A Along the walk because you had to walk to get to the excursion.
Q Okay. So as you're walking to the excursion place, then you're just stopping and shopping?
A Yeah, because I don't think we had that van in Jamaica.
Q You're talking about the van that you had in the Grand Caymans?
A Yeah.
Q So when you were in Ocho Rios, you went walked -- you walked everywhere you went?
A Yeah.
Q About how far do you think you walked that day?

Page 42

A I couldn't even tell you how long that strip is. We hit all the little shops on the way.
Q Okay. You think it's more than a mile or --
A Probably about a mile.
Q Round trip or one way there and then a mile back?
A Probably round trip.
Q So during the snorkeling adventure, did you check on your mom periodically on the boat?
A We all swam around the boat.
Q Okay. So did you pretty likely go over to the boat and see if she was doing all right or --
A Taking pictures, yeah.
Q Okay. And how did she say that she was doing?
A She was feeling okay.
Q You said feeling okay. I mean --
A That's what she said, she was feeling okay.
Q But she had told you that she didn't feel well, but then she said --
A Yeah.
Q -- she's feeling okay?
A Yeah.
Q Did your mom usually tell you she's feeling okay even when she's not feeling okay?

Page 43

A Not typically. She's pretty blunt with what she needs.
Q Okay.
A She's --
Q Would normally tell you?
A Yeah.
Q Did you go shopping on the way back?
A Mm-hmm. Yes, ma'am.
Q Okay. What time did you all get back on the ship?
A I believe it was after lunch, probably around 12:30, 1:00 maybe.
Q Did you eat while you were out or did you --
A I didn't. I don't think Kayla did either. I think we ate on the ship.
Q And your mom and dad, did they eat on the ship as well?
A I think so.
Q So when you came back between 12:30 and 1, you all went to the buffet?
A We went to our rooms to unload our treasures.
Q What were your treasures? What you shopped for?
A Yeah.

Page 44

Q And then you went to eat lunch?
A Mm-hmm.
Q Everyone go to lunch?
A As far as I know.
Q Did your mom rest on this day? Take a nap?
A I think later before dinner.
Q Do you know how long of a nap she took that day or rest?
A I don't think she got back up. I think it was a little later like 7:30, 8:00, and she just got up in the morning.
Q So she had an early evening?
A Yeah.
Q Did she go gambling with you on this night?
A Earlier before that I think she did.
Q Okay. Did you all go dinner at the same time, 6, 6:30?
A Yeah. I don't think she went to dinner, though.
Q She stayed in the cabin?
A Yeah.
Q Any particular reason why she didn't go to dinner?
A No. She took her headache medicine and laid down.

Page 45

Q So she was having a headache?
A Yeah.
Q So you went to dinner between 6 and 6:30, and -- but your mom didn't go?
A I don't think she did.
Q Okay. So she would have been in her cabin prior to 6:00?
A No, because we go to the dinner thing. Me and Kayla went to the dinner, but I think they went to the buffet, the rest of them besides my mom. So I don't know what time they went to eat. So Kayla and I had left before they did.
Q So did -- when you say she didn't go to dinner, you mean that she didn't go to dinner with you?
A No.
Q But she went to dinner with the other --
A I don't know if she did.
Q Okay. So you don't know if she actually ate dinner that evening?
A Yeah. I don't think she did, but...
Q Did she make mention of the fact that she didn't eat dinner?
A Usually if she has a headache, she doesn't eat.

Q Okay. So the best -- to your recollection she would have went back to the cabin around 7:30 that evening and did not -- and retired for the rest of the night?
A Yeah.
Q Okay. Did you all go gambling that evening?
A I think we were up at the splash pad and swimming and mini golf.
Q Did you all drink alcohol on this day?
A I think I had a cocktail every day --
Q Okay.
A Pretty much.
Q And what about your mom?
A I don't remember seeing her with a drink.
Q Did she smoke on this day?
A Yeah.
Q Roughly ten cigarettes again as you mentioned before?
A Or less than.
Q Did you ever go back to the cabin and check on your mom this evening on July the 5th?
A Yeah.
Q What time?
A I think it was around 9, 9:30-ish because I had to grab something from the cabin. I think it was



my camera.
Q And what was she doing when you went in the cabin?
A Laying down.
Q Was she asleep or awake?
A I don't know if I woke her up when I came in. I'm not quiet.
Q Okay. Did you speak with her?
A Yeah. Laid down on the bed beside her and asked her what she was doing.
Q And what did she say?
A Taking a nap.
Q Did she say how she was feeling?
A I don't know. She was laughing at me because I always get like two inches from her face.
Q How was her appearance?
A Good. Her hair was everywhere.
Q What does that mean?
A Sticking up in all directions.
Q Like she had been sleeping?
A Sleeping.
Q Okay. What about her breathing?
A Sounded normal. She wasn't labored.
Q It wasn't belabored?
A Yeah. She wasn't labored or anything.



Q About how long did you stay in there with her?
A About 15 minutes.
Q And then you left and went back to the casino or wherever?
A Yeah. She kicked me out.
Q She kicked you out, okay. After that, did you go back and check on her after this trip at 9, 9:30?
A No.
Q When is the next time you saw your mom?
A In the morning.
Q Okay. So on July the 6th?
A Mm-hmm.
Q About what time?
A Probably around breakfast time.
Q Before 8?
A Probably before that.
Q So you all were in Ocho Rios or Grand Cayman? Sorry.
A Grand Cayman.
Q And did you get off the ship as soon as you could on this day as well?
A I think that one was a little later because I think our excursion was later in the afternoon.



Q And this was swimming with the stingrays?
A Stingrays.
Q Did your mom go on that one?
A No, neither did my dad.
Q They weren't interested?
A No.
Q So what did they do while you all went to -- did the stingrays?
A Walked around.
Q So they did get off the ship?
A Yes.
Q Did they get off of the ship at the same time that you guys did?
A Yeah. We went to Harley Davidson, and then we went towards our excursion, and they just went walking around.
Q Now, you mentioned a car, a van. Did you have --
A So that's why I'm thinking it was in Jamaica because Cayman Islands was right off the port. We went left, and they went right, so.
Q So you think you had a van when you were --
A In Jamaica.
Q -- in Jamaica?
A Yeah.

Page 50

Q So you didn't walk that mile strip. You had a van drop you off?
A No. They took us somewhere and dropped us off, and then we walked up the rest of the part.
Q The way?
A Yeah.
Q Okay.
A Because I think that excursion was further out.
Q So swimming with the stingrays was right near the port?
A Yeah, right where we were at.
Q So your parents went to the Harley Davidson?
A We all did.
Q All did, okay. And how long was the excursion swimming with the stingrays?
A A couple hours.
Q Where did you all meet back up?
A On the ship.
Q Okay. So you didn't meet back out in the port?
A Nuh-uh.
Q Okay. On the ship where?
A I don't know if it was in the room or up by the dinner. I think it was -- I'm not sure because I

Page 51

know we had to unload everything, change, get the kids in dry clothes, so maybe it was the room.
Q Okay. Did you talk to your mom at that time?
A I don't think so. I had the kids.
Q Had you ate lunch yet?
A No. I think that's where we went.
Q Did everyone go?
A To the buffet.
Q Okay. And did your mom go to lunch with you guys?
A No.
Q Did she stay in her room?
A I don't know because I got the kids in my room, and we went up to eat from the room.
Q Okay. So when is the next time you saw your mom?
A After they came down from the casino. It was later in the evening.
Q After the 6:30 dinner?
A Yeah.
Q So she didn't go to dinner with you guys?
A No. We went to dinner.
Q You went to dinner?
A Yeah, so it was before the dinner because

Page 52

it's the captain's dinner.
Q Okay. So you all dressed up?
A Yeah.
Q How was your mom feeling that evening?
A Not so good.
Q Tell me what was going on.
A She was saying she was having a hard time breathing. She looked pale. Kind of thought she overdid it being out in the heat.
Q Was she out there for a long time or --
A Out with my dad.
Q Do you know how long she was out in the port?
A I don't because we were at our excursion.
Q Fair enough. So she was having a hard time breathing?
A Yeah.
Q She looked pale?
A Yeah.
Q Was she able to walk?
A I think so.
Q Did you ask her if she wanted to go to the -- I'm sorry?
A Sorry. I was just thinking.
Q Did you want to say something?

Page 53

A No thank you.
Q Okay. So did she eat dinner?
A Yeah.
Q How long did you all stay at dinner?
A 35, 45 minutes.
Q Did you ask her if she wanted to go to the medical center?
A No.
Q Did anyone else?
A Not that I know of.
Q Did she ever say I want to go to the medical center?
A No.
Q After dinner what did you guys do?
A Went and took pictures.
Q This is what Missy wanted to do?
A Yeah.
Q How long did you all stay out taking pictures around the ship?
A For a while.
Q Over an hour?
A Over an hour.
Q Did your mom go with you?
A Yes.
Q How was she feeling during that time that

Page 54

you were taking pictures?
A She was walking around.
Q Was she having a hard time walking?
A Not that I remember.
Q What about her breathing?
A She was still having a little problem.
Q What do you mean a little problem?
A Like you could hear it.
Q Was it worse than it was when you met up for dinner or the same?
A About the same.
Q After everyone took pictures, what did you all do next?
A I think they went to the casino.
Q Your mom and dad?
A My dad was already there.
Q Okay. So he liked the casino?
A Yeah.
Q Okay. So your dad was at the casino, and you all went to go take pictures around the ship?
A Yeah.
Q You, your mom, Missy, the kids, and Makayla?
A Yes.
Q Okay. And then you all met your dad back at the casino?

Page 55

A Yeah.
Q How long did you all stay at the casino?
A A little while.
Q Over two hours?
A No. We had all the kids. It wasn't that long.
Q An hour?
A Because near the casino is where you can smoke, so I think we met up and smoked.
Q And who all met up and smoked?
A Everyone.
Q Including your mom?
A Yeah.
Q Okay. Did she smoke about the same amount of cigarettes on this date?
A Pretty much.
Q Did she talk about how she was feeling at that time when you were smoking?
A Nuh-uh. No, she didn't.
Q Did you ask her how she was feeling?
A No. I think my dad did. She told him that she was doing better.
Q Did it appear that she was doing better?
A She wasn't sweating like she was.
Q Was she sweating at dinner?

Page 56

A No.
Q So the last time you saw her sweating was that morning?
A Yeah.
Q After you met up to go smoke, where did you all go after that?
A To get changed.
Q Out of your formal wear?
A Yeah.
Q Did your mom go back out with you guys?
A No. I think she stayed with the kids.
Q For the rest of the evening?
A Yeah, because Missy and I and my dad were at the casino.
Q Okay. At any point did your mom come to the casino later on?
A She may have come up to smoke.
Q Would she bring the kids or would she leave Makayla with the kids?
A Makayla.
Q Okay. So she didn't spend any significant time at the casino --
A No.
Q -- other than coming up to smoke and then going back to the cabin?

Page 57

A Yeah.
Q Okay. What time was it approximately when she went back to the cabin with the kids?
A I'm not really sure.
Q After 10?
A Maybe.
Q Before midnight?
A Yeah.
Q Let's take a quick break to go to the restroom.
A Okay.
THE VIDEOGRAPHER: The time is now 10:28, and we are going off camera.
(Recess.)
THE VIDEOGRAPHER: The time is now 10:38, and we are back on camera.
BY MS. HARDEE:
Q Juanita, I think that we were at the end of the evening on July 6th before we took a break. When is the next time you saw your mom after she retired to her cabin on July the 6th?
A In the morning.
Q About what time?
A Probably 8, 8:30.
Q And you were at sea that day?

Page 58

A Yes.
Q Was this to go to breakfast that you saw her?
A Yeah.
Q How did she look this morning?
A For some reason I'm thinking the captain's dinner was the 7th and not the 6th. Sorry.
Q That's okay. So everything you just told me was for the --
A I'm thinking it wasn't that night.
Q Confusing the 6th and the 7th. That's okay.
A Yeah, because we came on port on the 8th.
Q Correct.
A So the captain's dinner is the night before, so it's the 7th, not the 6th.
Q All right. So let's back up.
A Okay.
Q Okay. All right. So you get back from the excursion?
A Yeah.
Q Swimming with the stingrays?
A Yes.
Q And you get back on the ship. You go get changed into dry clothes?
A Mm-hmm.

Page 59

Q Take the kids to eat lunch. You don't see your mom until right before dinner that evening or were you confusing the day starting there?
A We got back from the Cayman Islands. Went through security. Went back to our rooms. I think we went to eat. I don't remember seeing my mom there. It was right around dinner time when I saw her.
Q Okay. All right. So on this night on July the 6th how was she looking when you saw her at dinner?
A I think we went to the buffet. She could tell she had a rough day, but she wasn't breathing labored. I think she rested is what they were saying after they got back from their walking trip.
Q Did she tell you where she went walking?
A Somewhere to have ice cream. I'm not really sure where that was.
Q Did she mention how long they were off the ship?
A They were back before we came back, so I'm not sure.
Q You said you could tell she had a rough day. What does that mean?
A She just wasn't her perky normal self.

Page 60

Q She looked tired?
A Tired.
Q What about the color of her skin? Was she pale or --
A No. She wasn't pale that night.
Q How was her breathing?
A It wasn't labored. It was pretty close to normal I guess.
Q Pretty close to normal for her?
A For her, yeah.
Q Up to this point has she used her inhaler?
A Not that I saw.
Q Okay. So she didn't use it on the 3rd?
A I don't think so.
Q She didn't use it on --
A I never saw it.
Q Okay. She didn't use it on the 4th?
A I never saw.
Q She didn't use it on the 5th?
A Not that I saw.
Q And she didn't use it on the 6th?
A She may have on the 6th. I'm not sure. I didn't see it.
Q Did she ever tell you that she --
A She never said it to me, so.

Page 61

Q Fair enough. All right. So what did you all do after you went to the buffet dinner?
A I think Kayla and I walked around. I think we went to the O2 for a minute to see what activities they had. She didn't stay. She went back later that night, but she didn't stay that time.
Q Where else did you all go?
A I think we met up with Missy and the kids, and I was with them. And then when I went to the casino is when Kayla went to the O2.
Q And where was your mom at this point?
A On the 6th?
Q Mm-hmm.
A She would have been at the casino with us.
Q Okay. How long did you all stay at the casino?
A For quite a while.
Q Did you have drinks that evening?
A I had one.
Q Alcohol?
A Yeah.
Q What about your mom?
A Yeah. She had one.
Q Smoke?
A Yeah.

Page 62

Q Same amount as before?
A Give or take.
Q Okay. And you said that you were in the casino for a while. Were you there until after midnight?
A I'm really not sure what time we left there.
Q Do you think it was early morning?
A It wasn't light out.
Q But after midnight?
A Probably around there.
Q And your mom stayed out with you the entire time?
A Yeah.
Q And what time -- so after you left the casino, did you all go back to --
A Our rooms.
Q -- the rooms?
A Yeah.
Q During the time that your mom was in the casino, how did she appear to you?
A Good. I think she was winning.
Q That's good.
A When we left, my dad was still there.
Q So you left your dad at the casino?
A Yes.

Page 63

Q So he must have been winning?
A He's always at the casino.
Q Did your mom make any other comments about how she was feeling?
A No. I told her goodnight and went to my room.
Q And that was the last you saw of her?
A Mm-hmm.
Q Okay. All right. So we're back to the 7th.
A Right. The real 7th.
Q The real 7th. So this was the night of the captain's dinner?
A Yes.
Q Okay. And I just -- this is the night that you were saying -- you had indicated not so good before?
A Right.
Q But it was really on the 7th when she was not --
A Right.
Q Not so good?
A Right.
Q Okay.
A I don't know why I thought it was on the 6th.

Page 64

Q That's okay. So you had indicated she had a hard time breathing on the 7th?
A Yeah.
Q She looked pale?
A Yep.
Q Okay. But she was able to walk?
A Yeah.
Q Okay.
A It wasn't until after dinner when it got bad. Like we did our pictures and stuff and then later on that evening.
Q Okay. So tell me after you went to take pictures around the ship, so that was you said over an hour?
A Mm-hmm.
Q You met up with your dad. You all went to smoke?
A Mm-hmm.
Q Is that correct for the 7th?
A Yeah.
Q Okay. So you had indicated that she was doing better, wasn't sweating like she was?
A Yeah.
Q Was that correct for the 7th?
A Yeah.

Page 65

Q Okay. So the last time you saw her sweating was that morning?
A Yeah.
Q Okay. After dinner you all changed out of your formal wear?
A Yeah.
Q And on the 7th is that when your mom stayed with the kids?
A No.
Q Okay.
A That's when I had stayed with the kids. Missy, my dad, and Missy or my mom were at the casino.
Q Okay. So on the 6th is that when your mom retired and took the kids?
A Yeah.
Q Okay. So I guess --
A No, no. It's a -- that's what's confusing me.
Q That's where I'm getting a little bit -- right. I'll let you clarify because you were there.
A Yeah.
Q So I'm not -- I'm not quite sure if you're saying that she stayed with the kids on the 6th or the 7th?

Page 66

A The 6th. The 7th she was with my dad and my sister at the casino.
Q Okay. So on the 6th you said she went to the casino.
A Mm-hmm.
Q She did go to the casino on the 6th.
A Mm-hmm.
Q She was winning?
A Mm-hmm.
Q But you all left?
A Mm-hmm.
Q And left your dad there?
A Yep.
Q Okay. And she went back to the room and watched the kids?
A I think so. I don't know if she took them swimming, too, which is quite a possibility.
Q Okay. And what did you do?
A Was at the casino.
Q So you went back to the casino?
A Mm-hmm.
Q All right. So on the 7th your mom did not stay with the kids. You stayed with the kids?
A Yeah.
Q All right. And your mom stayed out with

Page 67

Missy and your dad?
A Mm-hmm.
Q When is the next time you see your mom?
A On the 7th. It was --
Q Mm-hmm.
A It had to have been around 9:30, 10:00.
Q Okay. And how does she look at this time?
A She wasn't doing so well. She was sitting on the bed, and she said she couldn't catch her breath. She said she threw up.
Q What did you do at that point after she told you that she threw up?
A I asked her if she was okay, and she said she didn't feel like she was okay.
Q I'm sorry. She said she didn't feel like she was okay?
A She didn't feel like she was okay. I asked her what was going on. She said she just couldn't breathe right.
Q Did you ask her if she wanted to go to the medical center?
A I asked her at that point. She said no. She'd be fine because at that point it'd be the next morning we'd be home.
Q So she didn't want to go to the medical

Page 68

center because you were going to be home the next day?
A Yeah.
Q Or back to Miami?
A Back to Miami.
Q Is that what she said or is that --
A Yeah.
Q -- what you thought?
A No. She said we would be back tomorrow.
Q Okay. So what did you do once she said that she didn't want to go to the medical center?
A I asked her what she wanted to do. She wanted to get her pajamas on. So I helped her get her pajamas on.
Q Okay.
A And she sat on the bed. She was sweating and not breathing very well.
Q At any time did you call 911 or call guest services to ask for assistance with your mom?
A A little bit later when she was saying that she couldn't breathe and I suggested we call and see if we can get some oxygen or something. If you can't breath, get oxygen. So we ended up calling down to the med station.
Q Okay. Who called? You said we. You or --

Page 69

A Well, I was the one that called.
Q Okay.
A But my dad was there. My mom was there.
Q Okay. So did you call 911 or did you call guest services? Do you know what --
A We're on a ship.
Q I know.
A You can't really call 911.
Q Well, they have 911 on the ship.
A Oh.
Q Because it goes to them. So do you remember what --
A We called the med station.
Q Med station, okay.
A I would have remembered calling 911. That's not what I called.
Q Okay. So you called the med station. Who did you speak with?
A The person that was there.
Q Male or female?
A Male. Told them my mom wasn't breathing right, is there any way you guys had oxygen or anything that we could give her. They said that they had a concentrator that you could pick up, but there's a deposit so you have to bring the card thing

Page 70

so they could put it on your account.
Q Did they suggest that you bring your mom down?
A Nuh-uh.
Q Did you tell them that she was having difficulty?
A Yeah. I said she was having problems breathing, did they have oxygen.
Q Okay. Did you tell them that she didn't want to be seen?
A No. They never asked.
Q Okay. So after you spoke to this person, what did you do next?
A My dad and I went down to get it. He had to have his key card.
Q And who did you meet with?
A The guy that was there.
Q One of the nurses?
A I don't know. I never said.
Q Okay. Do you remember what he looked like?
A I don't.
Q Is he black? White?
A A black gentleman.
Q Did he have an American accent or --
A I'm not sure.

Page 71

Q You don't remember any other details?
A I wasn't paying attention.
Q All right. Tell me what your conversation was with him.
A He said that there was a nasal canula and a mask one, so we got the nasal one. He took my dad's card, put it on the card, and we left. Took it back up to the room.
Q Did you know how to use it?
A Yeah.
Q How did you know how to use the oxygen concentrator?
A I've used several of them with residents, clients.
Q Has your mom ever used one?
A Yeah. I think for like a month, a couple, like five or seven years ago before that. She got pneumonia really bad.
Q Okay. So you took the oxygen concentrator back up to -- to the room?
A Mm-hmm.
Q Describe the oxygen concentrator for me, what it looked like.
A It's a box about this big. Has dials on it, and you hook the oxygen, the nasal canula, up to it.

Page 72

It blows through the liquid thing.
Q And is it portable or do you have to --
A No. You plug it in.
Q -- plug it in?
A Concentrators you plug in the wall.
Q Okay. About what time were you back to the room after you got the oxygen concentrator?
A I'm guessing around 10:30.
Q Did you help your mom get the nasal canula on and turn the oxygen concentrator on?
A Yes.
Q Okay. Is there any dials on it?
A Yes.
Q Okay. What did you turn it to?
A Two.
Q To number two?
A Mm-hmm.
Q Why number two?
A I don't know. That's what normal people put it on, I guess. I don't know.
Q Is that something that you learned through your experience or your work?
A That's just what she told me to put it on.
Q Your mom told you to put it on number two?
A Yeah.

Page 73

Q Okay. After you hooked her up to the oxygen concentrator, did you stay in the room that evening?
A Yes.
Q Did you stay in there to take care of her?
A Yeah.
Q How did she do through the night?
A About 45 minutes after putting it on she got better. Breathing was normal. She stopped being sweaty. She was resting comfortably.
Q You said breathing normal. Still breathing normal for her?
A Yeah, for her, but --
Q Okay. Was it belabored any?
A No.
Q Okay.
A Like it took 45 minutes and it was like she was normal, back to where she was. She wasn't sweating. Wasn't pale. Her color got -- came back.
Q Now, do you know how she came to have the wheelchair?
A I wasn't there for that.
Q Okay. Were you told anything about it?
A Just that they got her a wheelchair.
Q Do you know why they got her a wheelchair?
A Something about she wasn't breathing --

Page 74

wasn't able to walk and breathe or something.
Q So while Missy and her dad and her were at the casino --
A Yeah.
Q -- she started feeling ill and couldn't walk and breathe?
A Yeah.
Q Did you all keep the wheelchair that evening?
A It was in the room.
Q Did she continue to -- to vomit?
A After the oxygen, no.
Q Did she vomit more than once?
A I think twice because she had told me that she had vomited and I seen her vomit once.
Q Did she have any other -- notice any other symptoms or did she tell you anything else other than the sweating, she vomited at least twice?
A No.
Q She was pale and having difficulty breathing?
A That was it.
Q And couldn't walk?
A Yeah.
Q Okay. So on July the 8th what time do you

Page 75

get up?
A We were up early because they called around 7 saying that they were coming to pick the concentrator back up because they had to have it for their records or whatever, all their equipment back.
Q I'm sorry. Let me back up to July the 7th. After she was on the oxygen concentrator for 45 minutes, did you turn the oxygen concentrator off?
A No.
Q Did she stay on the oxygen concentrator the entire night?
A Yeah.
Q At the number two?
A Mm-hmm.
Q And you stayed in the cabin the entire night with her?
A Yes, ma'am.
Q Did she get up at all once you got back into the cabin and put her on the oxygen?
A Later that night she got up to go pee, but went back to bed.
Q Okay. She didn't vomit at that point?
A No.
Q She was okay. Did you watch her?
A Yeah. I watched her. She walked fine to

Page 76

the bathroom. Sat on the toilet, went pee, got up, washed her hands, and went back to bed.
Q And how did she say she was feeling at that point?
A Better. She wasn't labored. She wasn't breathing heavy from walking there. It helped.
Q Okay. And about what time was that?
A I'm not really sure because it was in the middle of the night.
Q Is that the only time she got up?
A Yes.
Q And about what time did your dad come in from the casino?
A He went to bed shortly after we got the oxygen.
Q Okay.
A Because we had to drive in the morning.
Q So he stayed in the cabin as well?
A Mm-hmm.
Q Okay. So around 7 you said someone called about the oxygen concentrator?
A Yeah, that they had to have it back, and they were sending somebody.
Q Okay. Did you talk to them or did your dad?
A I talked to them.

Page 77

Q Was it a male or female?
A Honestly at this time I don't remember who it was. I just remember they were saying that they had to have it back because they had to account for all their equipment.
Then I asked them okay, so what are we supposed to do, do you have the portable ones. They said they don't have any that could leave the ship. I said okay, then I guess we're going to go to the ER as soon as we get off the ship, and it wasn't much longer somebody was back or at the door because the door was open because we were packing.
Q You mean the door was ajar?
A Yeah. We left it open because between our room and Missy's room we were packing, and the kids were running back and forth.
Q Okay. Did you ask the person that you spoke with to arrange for an ambulance to meet your mom --
A No.
Q -- port side?
A No. We had our cars. We were just going to drive or have our pick-up people drop us off.
Q Okay. And you asked for a portable concentrator --
A Yeah.

Page 78

Q -- and they said they didn't have one?
A It's an O2 tank.
Q O2 tank, okay.
A Yeah.
Q And they said they didn't have one?
A They didn't have one that could leave the ship.
Q Did you ask them -- I'm kind of confused on what you mean by they didn't have one that could leave ship.
A Yeah. They said they didn't have one they could give us because they couldn't leave the ship. It's their equipment. Just like I had to have the concentrator back because they had to account for their --
Q Did you ask him if you could use the oxygen -- the O2 bottle until she disembarked?
A They didn't have anything for us they said.
Q I'm just trying to figure out what the scenario was.
A Right. I didn't understand it, but...
Q So they didn't have any available?
A Is what they said.
Q Okay. And I'm just trying to figure out the exact words that they told you. So they didn't have

Page 79

any O2 bottles available?
A They didn't have anything available.
Q And by that you mean anything, O2 bottles or a portable concentrator?
A That's what I understood it as.
Q Okay. What -- about what time did you leave the cabin?
A It was probably about 7:30 by the time everyone was packed and ready and got everything.
Q Okay. And did you all go eat breakfast?
A No. I don't think we did.
Q Where did you go when you left the cabin?
A The desk where you check out.
Q Who checked out for your mom?
A My mom checked out for my mom and my dad and Makayla.
Q So she physically paid?
A Yes, ma'am.
Q Okay. With a credit card?
A Cash.
Q Cash, okay. Cash from her winnings that she --
A I'm not sure.
Q You're not sure, okay.
A She always has money squirreled away.

Page 80

Q Gotcha. So how long were you at the desk to check out?
A I think there was like eight or nine people ahead of us. I checked out before they did.
Q Was your mom in the wheelchair at this point?
A Yes.
Q And she had been in the wheelchair from the time that you left the cabin?
A Yes.
Q About how long did -- you said there was about eight or nine people.
A Yeah.
Q How long did you have to wait before you cashed out?
A I'm not really sure. 20, 30 minutes maybe. I'm not sure.
Q How was your mom doing in that 20 to 30 minutes?
A She was fine for a while, and by the time we got up to the counter she started sweating again.
MS. HARDEE: We'll change the tape.
THE VIDEOGRAPHER: The time is now 11:04, and this concludes DVD Number 1.
(Recess.)

Page 81

THE VIDEOGRAPHER: The time is now 11:20, and this is the beginning of DVD Number 2.
BY MS. HARDEE:
Q Okay, Juanita. Before we took our break to change the tape, you had indicated that you all had gone -- after leaving the cabin, you all had gone to the desk to check out, and your mom paid cash for her -- I guess for her taxes and so forth?
A Yes, ma'am.
Q There were about eight to nine people ahead of you, and it took about 20 to 30 minutes. Your mom was in a wheelchair during that time --
A Yes, ma'am.
Q -- from the time that she left the cabin, and you had indicated that she was doing fine for a while.
A Yeah.
Q Please tell me what you mean by that.
A She was just like she was at the night, and the oxygen helped. She wasn't sweating, breathing heavy, nothing.
Q Okay. And for -- when did that change?
A About the time she went to check out. She started getting sweaty.
Q What about her breathing?

Page 82

A It was becoming more labored.
Q Did she ask to go to the medical center?
A No. We were about to get off the ship.
Q Did you ask anyone to arrange for an ambulance to meet you port side?
A No.
Q Did you ask for assistance in getting your mom off the ship?
A About the time she wasn't feeling well, the desk lady asked if she was okay, and I said not really, she is having trouble breathing. We kind of need to get off the ship now to go to the ER. She said that she had to talk to somebody.
She went to the desk and then came back out to where we were. She had a walkie talkie. She was talking to somebody telling them that we needed to get off the ship.
Q Do you remember what she looked like?
A Dark hair, curly. Other than that, no.
Q American accent?
A I couldn't tell you.
Q Was she Caucasian?
A I think so.
Q Young? Older?
A Older.

Page 83

Q And did someone come to assist you?
A No. She had talked to somebody, and then she talked to anybody else. They said they had to get someone to come push her off the ship in the wheelchair.
Q When did someone come?
A It felt like forever. I'm not even sure how long it took them, but we had to sit there and wait by the desk because you couldn't get off the ship because when you push the button, it wouldn't stop at your floor. They only put it to the floor that is disembarking. So on our floor we couldn't get an elevator.
Q So how did you get her down?
A They got somebody to come up and take us down.
Q They you mean Carnival?
A Yes.
Q Okay. So prior to getting to the desk where you check out, you had to have someone help you all get down?
A To get off the ship.
Q To get off the ship?
A Is what they said, yes.
Q Okay. But when you left the cabin to the

Page 84

point where you checked out, you were able to maneuver the wheelchair yourselves?
A Yeah.
Q Okay. I know you said it felt like forever. Do you know how -- was it --
A It was like --
Q -- 20 minutes?
A About, probably.
Q Where was Missy during this time?
A Off somewhere else.
Q Okay. Did you all get in a fight that morning?
A We did.
Q What were you fighting about?
A She's my sister, and it happens a lot.
Q I understand.
A I have no idea.
Q I have four siblings so I understand fighting. Was it anything about the trip? Your mom?
A No, just Missy. The normal fight for us.
Q What's the normal fight?
A You spend too much time with a sibling, and you need a break.
Q Okay. So just everything?
A Yeah.

Page 85

Q So she went off?
A Yeah, with her kids.
Q All right. So she wasn't privy to the conversation that you were having with --
A No.
Q -- the Carnival personnel?
A I don't think so.
Q Okay. Was your dad there?
A Yes.
Q Okay. What was he doing during the time that you were talking to the Carnival personnel?
A Sitting with my mom.
Q Sitting?
A Yeah.
Q Was there somewhere for him to sit?
A It's right by the lobby. Like the desk, then there's a lobby area, then the elevators.
Q Okay. During the time that you're talking to the Carnival personnel, do you ask them to have an ambulance waiting for you port side?
A No.
Q Do you ask them to call 911 at any time?
A No.
Q Does your mom ask?
A No.

Page 86

Q What about your dad?
A I don't think so.
Q Okay. So you wait for someone to come take you and your mom off the ship?
A Right.
Q Okay. And someone comes and wheels her off the ship?
A Yes.
Q Okay. While she's being wheeled off of the ship, how was she looking at that point?
A Not good. Very pale.
Q Explain.
A When we got to the customs desk, they asked her for her passport. She handed them her cruise ID. I don't think she really understood what they were asking her.
Q She wasn't comprehending?
A I don't think at that point she was.
Q Did you have to help her get her --
A Yes. Her passport?
Q Mm-hmm. Okay. Did you ask her at that time if she wanted medical assistance?
A We were headed to the ER. We kept telling them we need to get off the ship, we're going to the ER. She's not breathing well.

Page 87

Q Okay. Did you tell them to call 911 at that point --
A No.
Q -- when she became --
A No, because they pulled straight out the door. Customs is right here, and then the door to the exit, and they dropped us off right there by the door at the little seat and left.
Q It's only a couple hundred feet?
A Yeah.
Q Okay.
A We got there, and then our ride was pulling up as we were coming out.
Q Did you talk to the Carnival personnel that was wheeling the chair?
A No. They left.
Q Okay. But as he was wheeling you down to the port side, did you have a conversation with him?
A I don't think so.
Q Did your dad?
A I don't think so.
Q Did your mom?
A I don't think so.
Q So it was your plan the entire time to get your mom off the ship, get her onto the shuttle, and

Page 88

ask the shuttle driver to take her to the hospital?
A Or if that wasn't the case, they couldn't, we had our cars, too.
Q Okay. So then you were just going to Google?
A Yeah, where to go.
Q Okay.
A But we didn't make it that far.
Q Understood. So he wheels your mom down port side?
A Mm-hmm.
Q Right up to the shuttle --
A No.
Q -- or where?
A Up to the bench that's right outside the door.
Q So she gets out of the wheelchair and sits on the bench?
A Yeah.
Q How long did she sit on the bench?
A Like two minutes because the guy pulled up and started loading our luggage, and then we got in.
Q Where were you seated in the shuttle?
A The driver's seat, then my dad, my mom. I sat behind them with Kayla, and then Missy was coming

Page 89

in to get in, so I got out and got in the front so she had room to get in.
Q I apologize. He sneezed so I couldn't hear the first part of what you said. I'm sorry.
A I have no idea. I'm sorry.
THE COURT REPORTER: I didn't hear it either. I was going to stop her, too.
MS. HARDEE: Okay.
A I'm sorry.
MS. HARDEE: That's okay. So she didn't get it either.
A What was the last part you got?
THE COURT REPORTER: When it says where were you seated in the shuttle, then I have my mom, I sat behind them with Kayla.
A Okay.
THE COURT REPORTER: I didn't get what you said before my mom.
A Okay. Then I moved in front so that Missy could get in the back.
BY MS. HARDEE:
Q Okay. So when you go into the shuttle, which side of the shuttle were you sitting on?
A It's a van. There's only one side. Like you get in the door and you just get in.

Page 90

Q Okay. So it had a side opening door?
A Yes.
Q Okay. So it wasn't one that you step into --
A Not really.
Q -- from the beginning -- from the --
A The beginning, yeah.
Q By the driver?
A Yeah.
Q All right. So the doors opened in the middle of the van?
A Yes.
Q And how did you all get in the van? Did you have like a -- did they have like a stair that came down to let you in?
A I think the ledge met the door.
Q Oh, okay. So it was low?
A Yeah.
Q All right. So you got into the van. There's rows. Which row did you get into?
A I got into the second row.
Q Okay. What about your mom?
A My dad and my mom were in the front row.
Q Okay. Was this van only taking your family?

Page 91

A I'm not sure how it works because a lot of people parked there.
Q Okay.
A Where we parked.
Q Fair enough. How did you find out about this shuttle?
A Online.
Q Did you find it online or --
A I probably did.
Q Okay. Do you still have the information for the shuttle?
A I don't. I looked.
Q Okay. So your mom's on the second row?
A First row.
Q And you dad -- first row, excuse me. And then your dad's on the first row, too?
A Mm-hmm.
Q And then Makayla is?
A Beside me.
Q Right. And Missy's children?
A Just were getting in, so I got out and got in the front seat.
Q Right. So they could get in the second seat?
A Yeah.

Page 92

Q Okay. What is your mom doing at that point?
A That's when I turned around and -- sorry.
Q Do you want to take a break?
A No. She was clenched, and it kind of look like she was having a seizure. Sorry.
Q It's okay. You don't need to apologize.
A I'm sorry.
Q That's okay. Don't -- you don't have to apologize. Do you want to take a break?
A No. I'm okay.
Q Okay. All right. What did you do after that?
A I got out of the car. Grabbed a hold of her. My dad got the back side of her, and we got her out to the bench where she was at. She wasn't breathing. A nurse had walked up, told me I'm a nurse, I can help. So then she checked, and she wasn't breathing. Her heart wasn't beating. So she started compressions, and I was doing the mouth-to-mouth part. And it was like a time before the fire people came, and then they took over and put a hose in her mouth and did the CPR part.
Q Do you know who called 911?
A I don't.

Page 93

Q Okay. Did you ever leave your mom's side?
A No.
Q Okay. You said that there was a nurse. Did you get her name?
A I don't know her name.
Q So she just happened to be someone that was disembarking?
A Yeah.
Q Did you ride with EMS?
A No. My dad did.
Q Okay.
A And then Makayla rode with the fire department.
Q Was there a difficulty time giving your mom CPR?
A Did I get her breathing is what you're asking?
Q Mm-hmm.
A No, I did not.
Q Okay. Did you have any issues with getting her neck tilted back due to her --
A No.
Q -- surgery?
A No. Her chest would rise.
Q How long did you do mouth-to-mouth?

A Until the fire department came.
Q Did you ever switch doing compressions?
A No.
Q Do you know where your father was during this time?
A No.
Q Do you know where Missy was?
A No.
Q Makayla and the kids?
A No.
Q How did you get to the hospital?
A The shuttle driver who took our luggage, they took it, and then they dropped us off.
Q Us meaning Missy and the kids?
A Me, Missy, and the kids.
Q Okay. About how long after they took your mom did you get to the hospital?
A I don't even know because it took them a minute to get her heart back because they got her stable before they left. Then they left, and then the driver pulled up and he took us.
Q Prior to you leaving, did you talk to any police personnel?
A Probably.
Q You don't recall?



A No.
Q Did you speak to EMS?
A Yeah. I told them that she wasn't breathing. I don't know.
Q Did you speak to anyone to tell them what had happened prior to her going into cardiac arrest?
A Probably.
Q Do you remember who you talked to?
A No idea.
Q Did your sister talk to anyone?
A I don't know.
Q At the scene?
A I don't know.
Q Once you got to the hospital, did you speak to anyone?
A The hospital people?
Q Mm-hmm. Did you speak to a doctor?
A At some point the doctor.
Q What did you talk to the doctor about?
A What was going on.
Q What did you tell him?
A I asked him like if she was breathing on her own, what had happened, what made her do that.
Q And what did he tell you?
A As far as they could tell that she was



deprived of oxygen too long. And when that happens, your heart shuts down.
Q And how was she deprived of oxygen too long? Over the days of the cruise?
A I don't understand other than the fact they said that when you have COPD, if you use oxygen and then you take away, your body can't breathe without it.
Q How did she -- she's had to use the concentrator before for a month; correct?
A Under the doctor, yes.
Q Right. And that was taken away from her?
A It wasn't taken away. They --
Q They stopped it?
A They used its course for when she had pneumonia.
Q Do you remember what doctor it was that told you this?
A No.
Q So the doctor told you that when you have COPD that you can't take oxygen away?
A Yeah.
Q Or what happens?
A I was guessing the situation. I don't know. I wasn't really catching everything he was saying.



Q Okay. So from the time that you left the -- your cabin, and you said it was about 7:30 in the morning?
A Yeah, about 7, 7:30 because they came at 7, and we had finished packing.
Q Okay.
A I think we checked out -- I think the paper said like 8:30 or 8:40.
Q So she had been off of oxygen for about an hour?
A They picked it up at 7.
Q At 7?
A Yeah.
Q And you left the room at about 7:30?
A Yeah.
Q So she was off of oxygen from 7 to about 8:40?
A Yeah. Then still when we got off the ship, she didn't have it.
Q Who made the decision to take your mom off of life support?
A I told my dad we had to.
Q And why is that?
A The doctor said she had no brain activity, and my mom has always said she would not be on life

Page 98

support.
Q After her death, how long did you stay in Miami?
A They have a 72-hour hold. Then we had to get her cremated because we couldn't fly her up and she wanted to be cremated anyways. So it was like four or five days between the 8th and when we left.
Q And where did you stay?
A The Red Roof Inn.
Q In where? The Red Roof Inn in Miami?
A Yeah.
Q And who -- you said your mom was cremated?
A Yes.
Q Does your father have her ashes?
A I have her ashes.
Q You do? Why you and not your dad?
A Because it's my turn.
Q It's your turn. You take turns?
A Yeah.
Q Okay.
A Because we all have one of these and then the box that she's in.
Q Okay. Did you go back up to Michigan?
A Yeah.
Q So from Miami you went to Michigan?

Page 99

A From Miami we went to St. Augustine to Missy's. Picked them up, and then we drove up to Michigan from there.
Q Okay. So Missy didn't stay down here?
A No. She stayed. The last night she went back to take the kids up, unload, pack bags for them to go.
Q Okay. How long did you stay in Michigan?
A I don't know. I was there until the end of August.
Q Did your mom support you financially?
A What do you mean?
Q Did she give you money for mortgage? For rent? Food?
A Has she? Yes.
Q She has, but did you rely on her financially for support every month?
A From June and July -- May, June, and July of that year, yes, because I wasn't working. She gave me money.
Q Why weren't you working?
A I wasn't working. I was off work at that time.
Q Medical reasons or were you let go or --
A I'm sorry?

Page 100

Q For medical reasons?
A Yeah.
Q Did you pay your mom back for the money that she gave you for May, June, and July?
A No. She passed away.
Q Okay. So she had already given you money before the cruise for July?
A (Nodding head.)
Q How much did she give you?
A 4,000 between --
Q Total?
A Yeah.
Q Between May, June, and July?
A Yeah.
Q Have you paid your dad back that money?
A I did.
Q When did your dad sell his house?
A I'm not really sure on the exact date.
Q Okay. Do you remember what year it was?
A I think it was this year or last year. 2018, I think.
Q Okay. To your knowledge when did he start seeing Stacey Patton?
A Six months or eight months after.
Q Six to eight months after your mom passed

Page 101

away?
A Mm-hmm.
Q Do you know when he moved in with Stacey?
A Right before he sold the house.
Q Have you --
A He couldn't afford the house.
Q Why was that?
A Because he and my mom would pay the bills. But without my mom's income, he couldn't.
Q Did you know how much your mom brought in a month?
A Close to 2,000 a month, and that was at the State of Michigan job through Medicaid. Then I don't remember if she was still working at Home Instead or not. I think she was because they called.
Q Okay. Did you know Stacey before he started seeing her? Had you met her before?
A No. Well, I may have because I visited my mom at work because they work at the same place, but no.
Q Were Stacey and her friends?
A My mom was friends with a lot of people.
Q Okay.
A She was very well loved.
Q Understood. But you never had an

Page 102

opportunity to meet her before your dad started seeing her?
A Like I said, if I did, I don't know. I met so many people that worked with my mom.
Q Have you met her since your mom passed?
A Yes.
Q How many times?
A They came down to Florida.
Q When was that?
A During my dad's deposition.
Q How do you feel about him seeing her?
A His own choice.
Q Are they still seeing each other?
A As far as I know.
Q All right. So after your mom passed away, did -- did you talk to your dad about the events on the cruise and your mom not feeling well?
A I'm sure we've had that conversation.
Q Okay. And what did you all talk about specifically?
A What happened.
Q Did you ever say we should have taken her to the medical center?
A Yeah.
Q We should have called -- asked them to call

Page 103

911?
A Yep.
Q Asked them to call an ambulance for her?
A Yep.
Q Did you talk to your sister about the same things?
A I'm sure.
Q Okay. Have you ever been arrested?
A Yes.
Q What for?
A For throwing a pop bottle at a car.
Q Throwing what?
A Throwing a pop bottle at a car.
Q Okay. Was this when you were a teenager or --
A Yep.
Q Okay.
A Then I stole a sweater once or twice.
Q Were you convicted of those crimes?
A Probably.
Q Okay. Did you go to juvenile or did you have probation?
A Probation.
Q Okay. As an adult have --
A I was 17 or 18 at the time.

Page 104

Q So you were prosecuted as an adult?
A Yes, yes.
Q Okay. Do you have any felonies?
A No.
Q That you've been convicted of?
A No.
MR. HARDEE: Okay. I think that's all the questions I have. I'd like to look over my notes just real quick to make sure that I don't have any further questions. Do you just want to take like a two-minute break?
THE VIDEOGRAPHER: The time is now 11 -- 11:46, and we are going off camera.
(Recess.)
THE VIDEOGRAPHER: The time is now 11:47, and we are back on camera.
BY MS. HARDEE:
Q Juanita, how was your parents' relationship the last five years prior to taking this cruise?
A Fine.
Q What do you mean by fine? Did they get in fights? Did your mom ever talk to you -- you said you talked to her daily?
A Right.
Q Multiple times a day. Did she ever tell you

Page 105

how her relationship was with your father?
A Yeah. They were married.
Q Understood.
A Did they have arguments? I'm sure.
Q Did they ever talk about getting divorced?
A No.
Q Okay. So how was their relationship in the two months leading up to the cruise?
A Fine.
Q Had they ever separated during their marriage?
A Before the cruise my dad hit a deer with my mom's car. She was so livid. They argued about that. I remember that, but no.
Q Okay. So while you were growing up, you've never seen them separated at any time during their marriage?
A No.
Q Okay. Never talked about divorce with you?
A No.
Q Okay.
A Why? Are they supposed to be getting a divorce?
Q No, no. I'm just asking.
A I'm like --

Page 106

Q Just being inquisitive.
A Okay.
MS. HARDEE: That's all the questions I have.
MR. MARKEL: I don't have any questions. She'll read.
MS. HARDEE: Thank you.
THE VIDEOGRAPHER: The time is now 11:49, and this concludes the deposition.
(The deposition was concluded at 11:49 a.m.)

Page 107

COMMONWEALTH OF PENNSYLVANIA )
) SS.
COUNTY OF YORK )

I, Tracy L. Lloyd, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania and County of York, do hereby certify that the foregoing testimony was taken before me at the time and place hereinbefore set forth, and that it is the testimony of:

JUANITA M. NOON

I further certify that said witness was by me duly sworn to testify the whole and complete truth in said cause; that the testimony then given was reported by me stenographically, and subsequently transcribed under my direction and supervision; and that the foregoing is a full, true and correct transcript of my original shorthand notes.

I further certify that I am not counsel for nor related to any of the parties to the foregoing cause, nor employed by them or their attorneys, and am not interested in the subject matter or outcome thereof.

Dated at York, Pennsylvania, this 4th day of August, 2019.

Tracy L. Lloyd, Notary Public
Registered Professional Reporter

(The foregoing certification does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying reporter.)

My Commission expires:
April 21, 2023

**A**

**a.m** 1:17 37:19 106:11
**able** 52:20 64:6 74:1 84:1
**accent** 70:24 82:20
**accident** 6:4
**account** 70:1 77:4 78:14
**activities** 61:4
**activity** 97:24
**address** 7:15 8:1
**adult** 103:24 104:1
**adventure** 42:8
**afford** 101:6
**afternoon** 19:15 48:25
**agencies** 12:10
**ago** 71:17
**agreement** 16:2
**Ah** 25:24
**ahead** 80:4 81:10
**aide** 10:14 11:19 12:17 14:10
**ajar** 77:13
**alcohol** 46:9 61:20
**Allegro** 12:9,24
**AM-ish** 20:23
**ambulance** 77:18 82:5 85:20 103:3
**American** 70:24 82:20
**amount** 55:14 62:1
**and/or** 107:22
**Angelo** 1:16 4:3
**answer** 6:5,7 7:2 23:18
**anticipate** 5:24
**anybody** 83:3
**anymore** 24:9
**anyways** 98:6
**apologize** 89:3 92:7,10
**appear** 55:23 62:20
**appearance** 34:9 40:5,14 47:16
**APPEARAN...** 2:1
**APPEARING** 2:3
**apply** 107:21
**approximate** 36:7,15
**approximately** 37:22 57:2
**approximation** 37:14
**April** 107:24
**ARCH** 2:7
**area** 30:21 85:17
**areas** 38:3
**argued** 105:13
**arguing** 6:17
**arguments** 105:4
**arrange** 77:18 82:4
**arrest** 95:6
**arrested** 103:8
**arrive** 21:19
**arrived** 19:11,13
**ashes** 98:14,15
**asked** 40:10 47:10 67:13,17 67:22 68:12 70:11 77:6,23 82:10 86:13 95:22 102:25 103:3
**asking** 86:16 93:17 105:24
**asleep** 47:5
**assembled** 4:9
**assist** 83:1
**assistance** 68:19 82:7 86:22
**assistant** 11:2
**assisted** 10:11 10:12 11:16
**ate** 28:5 39:23 43:15 45:19 51:6
**Atlanta** 25:16 25:17,21
**attention** 38:5,7 71:2
**attorneys** 107:14
**August** 99:10 107:16
**Augustine** 8:2 14:16,18,21 99:1
**available** 78:22 79:1,2
**AVENUE** 2:8
**awake** 47:5
**aware** 22:3

**B**

**back** 18:22 19:25 22:18 25:15 28:19 29:25 30:14 32:20 36:6,8 40:1 42:6 43:7 43:9,19 44:9 46:2,20 48:4,8 50:18,20 54:24 56:10,25 57:3 57:16 58:16,18 58:23 59:4,5 59:15,21,21 61:5 62:15 63:9 66:14,20 68:4,5,9 71:7 71:20 72:6 73:17,18 75:4 75:5,6,18,21 76:2,22 77:4 77:11,16 78:14 82:14 89:20 92:15 93:21 94:19 98:23 99:6 100:3,15 104:16
**bad** 64:10 71:18
**badder** 24:1
**bags** 99:6
**Bahamas** 16:22
**bars** 33:8,10
**bathroom** 76:1
**beach** 19:20,22 20:10
**beating** 92:19
**becoming** 82:1
**bed** 47:9 67:9 68:16 75:21 76:2,14
**beginning** 81:2 90:6,7
**behalf** 4:13,15 4:17
**belabored** 47:24 73:13
**believe** 17:10 26:12 43:11
**bench** 88:15,18 88:20 92:16
**best** 6:3,4 16:3 46:1
**better** 5:16 14:21 22:23 55:22,23 64:22 73:8 76:5
**big** 71:24
**bills** 101:8
**birthday** 16:9
**bit** 5:16,17 65:20 68:20
**black** 70:22,23
**blows** 72:1
**blunt** 43:1
**boat** 39:3 41:6 42:9,10,12
**body** 96:7
**book** 18:1
**bottle** 78:17 103:11,13
**bottles** 79:1,3
**box** 71:24 98:22
**boyfriend** 7:20 13:15
**boyfriend's** 8:16
**brain** 97:24
**break** 6:25 7:3,6 57:9,19 81:4 84:23 92:4,10 104:11
**breakfast** 31:23 32:7,9 39:15 39:17,20,24,25 48:16 58:2 79:10
**breaks** 6:24 7:7
**breath** 67:10 68:23
**breathe** 67:19 68:21 74:1,6 96:7
**breathes** 34:14
**breathing** 23:5 26:19 29:16 34:11,15,19,21 34:24 35:2 40:22 47:22 52:8,16 54:5 59:13 60:6 64:2 68:17 69:21 70:8 73:8,10,10,25 74:21 76:6 81:20,25 82:11 86:25 92:17,19 93:16 95:4,22
**BRICKELL** 2:7 2:8
**bring** 6:11 56:18 69:25 70:2
**brother** 25:22
**brother's** 18:23
**brought** 101:10
**buffet** 28:5 33:20 40:3 43:20 45:10 51:9 59:12 61:2
**bunch** 22:22
**BURNETT** 2:6
**button** 83:10

**C**

**cabin** 28:19 30:11 36:6 37:17 44:20 45:6 46:2,20 46:25 47:3 56:25 57:3,21 75:15,19 76:18 79:7,12 80:9 81:6,14 83:25 97:2
**cabins** 30:1,6 35:18
**call** 36:24 68:18 68:18,21 69:4 69:4,8 85:22 87:1 102:25 103:3
**called** 5:1 18:2 68:25 69:1,13 69:16,17 75:2 76:20 92:24 101:15 102:25
**calling** 68:23 69:15
**camera** 4:2,2,7 47:1 57:13,16 104:13,16
**canula** 71:5,25 72:9
**captain's** 52:1 58:6,14 63:12
**car** 20:24 21:1,1 21:3,8,13,15 49:17 92:14 103:11,13 105:13
**card** 69:25 70:15 71:7,7 79:19
**cardiac** 95:6
**care** 13:5 27:6 27:10 29:1,3 73:4
**Caregiver** 10:14
**Carnival** 1:8,9 4:12,18 16:13 16:18 17:17 18:4,6 27:22 83:17 85:6,11 85:19 87:14
**Carnival's** 27:6
**Caroline** 8:2,4
**cars** 20:25 77:21 88:3
**case** 1:7 5:19 7:9 24:22 88:2
**cash** 79:20,21,21 81:7
**cashed** 80:15
**casino** 28:17 29:8,9,10 30:14 35:13 36:14 37:12,15 48:5 51:18 54:14,17,19,25 55:2,8 56:14 56:16,22 61:10 61:14,16 62:4 62:15,20,24 63:2 65:13 66:2,4,6,19,20 74:3 76:13
**catch** 67:9
**catching** 96:25
**Caucasian** 82:22
**cause** 107:10,14
**Cayman** 17:21 48:20,21 49:20 59:4
**Caymans** 41:19
**celebrate** 16:8
**center** 41:2 53:7 53:12 67:21 68:1,11 82:2 102:23
**certain** 30:21
**certificates** 10:15,22
**certification** 107:21
**certified** 11:3
**certify** 107:5,9 107:13
**certifying** 107:23
**chair** 87:15
**change** 51:1 80:22 81:5,22
**changed** 56:7 58:24 65:4
**check** 42:9 46:20 48:8 79:13 80:2 81:7,23 83:20
**checked** 79:14 79:15 80:4 84:1 92:18 97:7
**chest** 93:24
**child** 18:23
**children** 7:23 8:11 18:17 91:20
**choice** 102:12
**cholesterol** 24:13,20,21 26:6
**Christmas** 25:9 25:11,19
**cigarettes** 30:18 31:2 46:17 55:15
**clarification** 29:6
**clarify** 6:22 65:21
**class** 11:1
**clenched** 92:5
**clients** 71:14
**clock** 36:19
**clocks** 36:16
**close** 15:3 60:7,9 101:12
**closed** 30:4
**clothes** 51:2 58:24
**club** 36:2,3
**cocktail** 46:10
**cocktails** 33:7
**college** 9:7,9
**color** 60:3 73:18
**Colorado** 13:14 13:14,19 14:11
**come** 6:20,24 20:20 32:20 39:21 40:1 56:15,17 76:12 83:1,4,6,15 86:3
**comes** 86:6
**comfortably** 73:9
**coming** 56:24 75:3 87:13 88:25
**comments** 63:3
**Commission** 107:24
**Commonwealth** 107:1,4
**complain** 38:10
**complaints** 29:22
**complete** 107:9
**complexion** 35:4
**comprehending** 86:17
**compressions** 92:20 94:2
**concentrator** 69:24 71:12,19 71:22 72:7,10 73:2 75:4,7,8 75:10 76:21 77:24 78:14 79:4 96:10
**Concentrators** 72:5
**concern** 27:9
**concluded** 106:10
**concludes** 80:24 106:9
**confused** 78:8
**confusing** 58:11 59:3 65:18
**CONTENTS** 3:1
**continue** 74:11
**control** 107:22
**conversation** 71:3 85:4 87:18 102:18
**convicted** 103:19 104:5
**COPD** 22:3,4,7 96:6,21
**CORAL** 2:3
**Corporation** 1:8 1:8 4:12
**correct** 58:13 64:19,24 96:10 107:11
**correctly** 38:20
**counsel** 4:13 107:13
**counter** 80:21
**County** 107:2,4
**couple** 24:1 41:5 50:17 71:16 87:9
**course** 96:15
**court** 1:1 4:3,19 4:22 5:22 6:1 8:2,5 9:11 13:25 14:3 89:6,13,17
**CPR** 10:15 11:3 92:23 93:15
**Crap** 13:22
**cream** 59:17
**credit** 79:19
**cremated** 98:5,6 98:12
**crimes** 103:19
**cruise** 1:9 8:8 12:8,25 15:7,8 15:11,24 16:2 16:14,15,18 17:11,17,20 18:1,13 21:25 22:9,19 23:6 25:7 26:9 27:1 27:5,12,20,24 30:16 86:14 96:4 100:7 102:17 104:19 105:8,12
**cruises** 16:16,25
**curly** 82:19

**customs** 86:13 87:6
**cut** 6:3

D

**D/B/A** 1:9
**dad** 18:14,16 19:7 21:15 31:8 43:16 49:4 52:11 54:15,16,19,24 55:21 56:13 62:23,24 64:16 65:12 66:1,12 67:1 69:3 70:14 74:2 76:12,24 79:15 85:8 86:1 87:20 88:24 90:23 91:15 92:15 93:10 97:22 98:16 100:15,17 102:1,16 105:12
**dad's** 16:9 71:6 91:16 102:10
**daily** 23:24,25 104:23
**Dark** 82:19
**date** 1:17 4:6 55:15 100:18
**Dated** 107:16
**dates** 21:24
**David** 2:2 4:15
**Davidson** 49:14 50:13
**day** 19:17 22:13 22:14,15 23:20 24:4 26:3,5 27:25 28:21 29:2,16 30:18 31:14 32:3,11 32:18 33:3,11 33:15,17,21 35:2,12 38:10 38:13,17 40:6 40:18 41:25 44:5,8 46:9,10 46:15 48:23 57:25 59:3,13 59:23 68:2 104:25 107:16
**daylight** 37:5
**days** 96:4 98:7
**death** 98:2
**DECEASED** 1:5
**decide** 15:8
**decided** 15:10 17:19
**decision** 97:20
**deck** 28:4
**deer** 105:12
**Defendant** 1:10 1:13 2:10 4:13 4:18
**degree** 9:20
**Delmonte** 1:16 4:3
**Delta** 7:16
**department** 93:13 94:1
**depended** 24:25
**deposit** 69:25
**deposition** 1:12 4:11,12 5:12 7:5 102:10 106:9,10
**deprived** 96:1,3
**Describe** 71:22
**desk** 79:13 80:1 81:7 82:10,14 83:9,19 85:16 86:13
**destinations** 16:16,17
**details** 71:1
**Detroit** 9:10,12
**diabetes** 24:11 24:15
**dials** 71:24 72:12
**different** 14:20 15:1 38:2
**difficult** 6:1
**difficulties** 35:10
**difficulty** 70:6 74:20 93:14
**dinner** 19:21,24 20:2,11,13 28:23,25 33:17 33:18 35:12 37:7,10 44:6 44:16,18,23 45:3,8,9,14,14 45:17,20,23 50:25 51:20,22 51:23,24,25 52:1 53:2,4,14 54:10 55:25 58:7,14 59:2,7 59:11 61:2 63:12 64:9 65:4
**direct** 107:22
**direction** 107:11
**directions** 47:19
**directly** 41:7
**discussing** 15:9
**disembarked** 39:13 78:17
**disembarking** 83:12 93:7
**DISTRICT** 1:1 1:1
**DIVISION** 1:2
**divorce** 105:19 105:23
**divorced** 105:5
**doctor** 24:14 95:17,18,19 96:11,17,20 97:24
**doing** 22:20 23:13 29:4,7 32:17 42:12,15 47:2,10 55:22 55:23 64:22 67:8 80:18 81:15 85:10 92:1,20 94:2
**door** 77:11,12 77:13 87:6,6,8 88:16 89:25 90:1,16
**doors** 90:10
**doubt** 31:3
**dressed** 52:2
**drink** 33:12 46:9 46:14
**drinks** 33:11 61:18
**drive** 20:24 21:12 76:17 77:22
**driver** 88:1 90:8 94:12,21
**driver's** 88:24
**drivers** 21:11
**drop** 50:2 77:22
**dropped** 50:3 87:7 94:13
**drove** 20:25 21:13,15 25:15 99:2
**dry** 51:2 58:24
**due** 93:21
**duly** 107:9
**duty** 29:11
**DVD** 4:2 80:24 81:2

E

**E** 3:2
**Earlier** 44:15
**early** 20:18,19 20:20 39:7,11 39:25 44:12 62:7 75:2
**eat** 28:23 32:7 39:22 40:3,4 43:13,16 44:1 45:11,23,25 51:15 53:2 59:1,6 79:10
**eaters** 39:25
**eating** 22:22,25
**effort** 17:14,15
**eight** 80:3,12 81:10 100:24 100:25
**either** 12:22,25 43:14 89:7,11
**elaborate** 23:14
**elevator** 83:13
**elevators** 85:17
**Eli** 18:14,18
**emotional** 7:4
**employed** 107:14
**EMS** 93:9 95:2
**ended** 68:23
**entire** 62:11 75:11,15 87:24
**equipment** 75:5 77:5 78:13
**ER** 77:9 82:12 86:23,25
**errata** 3:6
**ESQUIRE** 2:2,7
**ESTATE** 1:5
**evening** 28:24 44:12 45:20 46:3,6,21 51:19 52:4 56:12 57:19 59:2 61:18 64:11 73:2 74:9
**events** 102:16
**everybody** 32:2 36:20
**exact** 78:25 100:18
**EXAMINATI...** 3:3 5:4
**excursion** 41:4 41:13,14 48:25 49:15 50:8,16 52:14 58:19
**excursions** 38:17
**excuse** 91:15
**exit** 87:7
**experience** 72:22
**expires** 107:24
**Explain** 86:12

**F**

**face** 47:15
**facility** 10:8 11:16
**fact** 45:22 96:5
**Fair** 52:15 61:1 91:5
**family** 8:8 15:9 16:5 35:15 38:4,22 39:17 90:25
**far** 41:24 44:4 88:8 95:25 102:14
**fare** 19:3
**father** 94:4 98:14 105:1
**February** 15:14 15:15
**feel** 5:16 40:10 42:19 67:14,15 67:17 102:11
**feeling** 22:16 29:22 34:2 38:10 42:16,17 42:18,22,24,25 47:13 52:4 53:25 55:17,20 63:4 74:5 76:3 82:9 102:17
**feet** 87:9
**felonies** 104:3
**felt** 32:17 83:7 84:4
**female** 69:20 77:1
**fight** 84:11,20 84:21
**fighting** 84:14 84:19
**fights** 104:22
**figure** 78:19,24
**finally** 17:17
**financially** 99:11,16
**find** 16:13 91:5 91:8
**fine** 7:1,10,11 22:11 23:7,8,9 23:12,15 34:10 35:9 40:13 67:23 75:25 80:20 81:15 104:20,21 105:9
**finish** 6:5,6 7:2
**finished** 97:5
**fire** 92:22 93:12 94:1
**fireworks** 31:19
**firm** 4:4
**first** 12:20 14:1 14:18 16:1 89:4 91:14,15 91:16
**five** 13:7,7 71:17 98:7 104:19
**Flagler** 4:5,6
**flew** 19:7
**floor** 2:7 83:11 83:11,12
**Florida** 1:1 2:4,8 4:6 8:3,18 10:21 13:11 14:13,17 15:20 19:6 102:8
**fly** 98:5
**followed** 8:17
**follows** 5:2
**Food** 99:14
**foregoing** 107:5 107:11,13,21
**forever** 83:7 84:4
**formal** 56:8 65:5
**Fort** 8:2,4
**forth** 77:16 81:8 107:6
**found** 17:11
**four** 13:7 84:18 98:7
**FOURTEEN...** 2:7
**FOWLER** 2:6
**friends** 101:21 101:22
**front** 89:1,19 90:23 91:22
**full** 107:11
**Full-time** 11:6,7
**further** 23:14 50:8 104:10 107:9,13

**G**

**gamble** 38:1,1
**gambling** 44:14 46:6
**Gas** 21:11
**gasping** 34:18
**Generally** 11:9
**gentleman** 70:23
**GERSON** 2:2
**getting** 65:20 81:24 82:7 83:19 91:21 93:20 105:5,22
**give** 7:7 23:17 37:14 62:2 69:23 78:12 99:13 100:9
**given** 100:6 107:10
**giving** 93:14
**go** 5:14 6:10 7:5 9:1,7,9,16 10:25 16:18,21 18:25 19:19 20:13 22:18 27:17 28:7,11 28:13 30:21,25 31:4,6,7,11,23 32:7,18 37:18 38:22 41:1,7 41:11 42:11 43:7 44:3,14 44:16,22 45:4 45:8,13,14 46:6,20 48:8 49:3 51:8,10 51:22 52:22 53:6,11,23 54:20 56:5,6 56:10 57:9 58:2,23 61:7 62:15 66:6 67:20,25 68:11 75:20 77:9 79:10,12 82:2 82:12 88:6 89:22 98:23 99:7,24 103:21
**goes** 5:19 69:11
**going** 5:14,25 7:14 27:5 31:15 52:6 56:25 57:13 67:18 68:1 77:9,21 86:24 88:4 89:7 95:6 95:20 104:13
**golf** 46:8
**gonna** 36:24
**good** 29:15 40:7 40:10,19 47:17 52:5 62:21,22 63:15,21 86:11
**goodnight** 63:5
**Google** 88:5
**Googled** 16:16 16:25 17:11
**Googling** 17:12
**Gotcha** 80:1
**grab** 46:25
**Grabbed** 92:14
**graduate** 9:14
**Grand** 41:19 48:19,21
**grandmother** 13:5 25:24,25
**grandmother's** 13:5
**Great** 20:9
**ground** 5:15
**group** 32:18
**growing** 25:3 105:15
**guess** 23:3 26:23 29:6,11 34:20 34:22 60:8 65:17 72:20 77:9 81:8
**guessing** 72:8 96:24
**guest** 68:18 69:5
**guy** 70:17 88:21
**guys** 15:8 49:13 51:11,22 53:14 56:10 69:22

**H**

**hair** 47:17 82:19
**half** 24:5 30:22 32:10
**hand** 4:23
**handed** 86:14
**hands** 76:2
**happened** 93:6 95:6,23 102:21
**happens** 84:15 96:1,23
**hard** 5:23 52:7 52:15 54:3 64:2
**Hardee** 2:7 3:4 4:17,17 5:6 9:13 14:5 57:17 80:22 81:3 89:8,10 89:21 104:7,17 106:3,7
**harder** 40:24
**Harley** 49:14 50:13
**Hart** 10:4,6,7 12:5
**head** 5:21 6:12 6:14 100:8
**headache** 23:19 24:21 26:7 34:5 44:24 45:1,24
**headaches** 23:21 23:24 38:11
**headed** 86:23
**health** 20:4 22:1 22:10,19 23:12
**healthier** 22:23
**healthy** 22:25

**hear** 6:10 34:17 34:17,24 35:1 35:2 54:8 89:3 89:6
**heart** 92:19 94:19 96:2
**heat** 52:9
**heavy** 76:6 81:21
**height** 27:3
**help** 5:15 72:9 83:20 86:19 92:18
**helped** 26:18 68:13 76:6 81:20
**Helpers** 12:9,21 13:22
**hereinbefore** 107:5
**Heritage** 10:4,5 10:6,7 12:5
**HHA** 10:18,20
**history** 22:3
**hit** 42:2 105:12
**hold** 92:14 98:4
**home** 10:7 13:22 14:2,3,6 35:24 37:17,18 67:24 68:1 101:14
**Homestead** 14:1
**Honestly** 77:2
**hook** 71:25
**hooked** 73:1
**hose** 92:23
**hospital** 88:1 94:11,17 95:14 95:16
**hot** 24:25
**hour** 32:10 53:21,22 55:7 64:14 97:10
**hours** 11:8,20,22 20:12 25:15 41:5 50:17 55:4
**house** 19:25 100:17 101:4,6
**hundred** 87:9
**hungry** 33:25

**I**

**i-n-s-t-e-a-d** 14:6
**ice** 59:17
**ID** 86:14
**idea** 15:24 18:8 84:17 89:5 95:9
**ill** 74:5
**inches** 47:15
**Including** 38:24 55:12
**income** 101:9
**indicated** 26:20 63:15 64:1,21 81:5,15
**indicating** 6:10
**information** 91:10
**inhaler** 24:22,24 25:2,5 26:7 60:11
**Inn** 98:9,10
**inquisitive** 106:1
**interested** 49:5 107:14
**introduce** 4:14
**Ionia** 9:2
**Islands** 17:21 49:20 59:4
**issues** 93:20
**it'd** 67:23

**J**

**Jacksonville** 14:18 19:8,22
**Jamaica** 17:21 41:17 49:19,23 49:24
**Jeannie** 4:4
**job** 11:10 12:19 101:13
**jobs** 10:1
**joint** 17:14,15
**Juanita** 1:12 3:3 4:11 5:1,9,10 57:18 81:4 104:18 107:7
**July** 1:17 4:7 16:11 20:7,20 27:24 29:13 31:14,16 34:2 38:16 39:5 46:21 48:13 57:19,21 59:9 74:25 75:6 99:18,18 100:4 100:7,13
**June** 7:18 12:3 14:12 99:18,18 100:4,13
**juvenile** 103:21

**K**

**KAREN** 1:5
**Katina** 2:7 4:17
**Kayla** 32:22 35:15,23,25 43:14 45:9,11 61:3,10 88:25 89:15
**keep** 6:9 23:8 74:8
**kept** 86:23
**key** 16:22,22,23 70:15
**kicked** 48:6,7
**kid** 29:11
**kids** 18:15 28:9 29:1,5 32:2 35:16 51:2,5 51:14 54:22 55:5 56:11,18 56:19 57:3 59:1 61:8 65:8 65:11,15,24 66:15,23,23 77:15 85:2 94:9,14,15 99:6
**kind** 14:20 28:4 52:8 78:8
82:11 92:5
**Kingston** 1:18 4:9
**know** 5:15,20 15:10 21:25 22:6,9 26:25 30:4,8,12,25 31:13 36:12 37:16,20,24 44:4,7 45:11 45:18,19 47:6 47:14 50:24 51:1,14 52:12 53:10 63:24 66:16 69:5,7 70:19 71:9,11 72:19,20 73:19 73:24 84:4,5 92:24 93:5 94:4,7,18 95:4 95:11,13 96:24 99:9 101:3,10 101:16 102:3 102:14
**knowledge** 31:12 100:22

**L**

**L** 1:14 2:2 107:3 107:19
**labored** 47:23 47:25 59:14 60:7 76:5 82:1
**lady** 82:10
**laid** 44:24 47:9
**Largo** 16:22
**late** 35:17,19
**latest** 32:8
**laughing** 47:14
**Laying** 47:4
**leading** 105:8
**learned** 72:21
**leave** 20:22 56:18 77:8 78:6,10,12 79:6 93:1
**leaving** 81:6 94:22
**ledge** 90:16
**left** 20:18,20 27:24 45:12 48:4 49:21 62:6,14,23,24 66:10,12 71:7 77:14 79:12 80:9 81:14 83:25 87:8,16 94:20,20 97:1 97:14 98:7
**length** 20:15
**let's** 15:7 22:18 57:9 58:16
**level** 6:11
**life** 97:21,25
**light** 62:8
**liked** 54:17
**likewise** 6:5
**LINES** 1:9
**liquid** 72:1
**little** 5:16,17 40:7,8,15 42:2 44:10 48:24 54:6,7 55:3 65:20 68:20 87:8
**live** 7:15,25 8:4 8:10 15:3 18:21
**lived** 7:17 13:2 14:16,22
**lives** 7:19
**livid** 105:13
**living** 8:7 10:11 10:12 11:16 13:19
**Lloyd** 1:14 4:4 107:3,19
**loading** 88:22
**lobby** 28:4,17 85:16,17
**located** 4:5 9:3 17:17
**long** 7:3,17 8:4 9:16 11:5 12:1 20:10 22:6,8 28:8,15 32:9

37:10,14 41:4 42:1 44:7 48:1 50:15 52:10,12 53:4,18 55:2,6 59:19 61:15 80:1,11,14 83:8 88:20 93:25 94:16 96:1,3 98:2 99:8
**longer** 24:11 77:11
**look** 20:7 27:5 29:13 36:18 58:5 67:7 92:5 104:8
**looked** 34:10 52:8,18 60:1 64:4 70:20 71:23 82:18 91:12
**looking** 36:21 59:10 86:10
**losing** 22:24
**lost** 22:22 23:2 26:20
**lot** 14:22 84:15 91:1 101:22
**loved** 101:24
**low** 90:17
**luggage** 88:22 94:12
**lunch** 28:5 33:23 43:11 44:1,3 51:6,10 59:1

**M**

**M** 1:12 2:7 4:11 5:1 107:7
**ma'am** 5:11,13 6:18 7:13,22 7:24 8:9,13 9:21,23 11:4 11:11,15,17,25 12:6 14:4,7,9 14:15 16:20 17:9 18:12 19:18 21:2 22:5 25:20 27:14,21,23 28:1 29:24 32:5 38:18,21 38:23,25 41:8 43:8 75:17 79:18 81:9,13
**major** 9:18
**Makayla** 18:15 18:17,19 19:7 21:4,7,12 32:24 39:19 54:22 56:19,20 79:16 91:18 93:12 94:9
**male** 69:20,21 77:1
**maneuver** 84:2
**Markel** 2:2 3:5,6 4:15,15 106:5
**marriage** 105:11 105:17
**married** 105:2
**mask** 71:6
**maternal** 25:24
**matter** 4:11 107:14
**Meadow** 7:16,25
**mean** 17:6 22:2 22:21 29:7 34:4,13,16 40:12 42:17 45:14 47:18 54:7 59:24 77:13 78:9 79:3 81:18 83:17 99:12 104:21
**meaning** 94:14
**means** 107:22
**med** 10:24 11:19 12:17 68:24 69:13,14,17
**Medicaid** 101:13
**medical** 11:1 27:6 41:2 53:7 53:11 67:21,25 68:11 82:2 86:22 99:24 100:1 102:23
**medication** 24:22
**medications** 24:6 26:8,11 34:7
**medicine** 26:6 44:24
**meds** 26:7
**meet** 50:18,20 70:16 77:18 82:5 102:1
**Melissa** 17:4,5,6
**mention** 34:6 45:22 59:19
**mentioned** 46:18 49:17
**Mercy** 9:10,12
**met** 54:9,24 55:9 55:10 56:5 61:8 64:16 90:16 101:17 102:3,5
**Metformin** 24:9 24:14
**Miami** 1:2 2:4,8 4:6 20:20 21:19 27:24 68:4,5 98:3,10 98:25 99:1
**Michigan** 9:4 13:3 15:17,18 15:19 19:5 98:23,25 99:3 99:8 101:13
**middle** 76:9 90:11
**midnight** 30:3 35:20 36:4 37:25 57:7 62:5,9
**mile** 42:3,4,5 50:1
**military** 8:23
**mini** 46:8
**Minors** 29:8
**minute** 61:4 94:19
**minutes** 32:10 37:11 48:3 53:5 73:7,16 75:8 80:16,19 81:11 84:7 88:21
**Missy** 17:1,7,8 35:24 53:16 54:22 56:13 61:8 65:12,12 67:1 74:2 84:9 84:20 88:25 89:19 94:7,14 94:15 99:4
**Missy's** 21:1,8 77:15 91:20 99:2
**Misty** 17:3,5
**Mm-hmm** 37:9 38:15 43:8 44:2 48:14 58:25 61:13 63:8 64:15,18 66:5,7,9,11,21 67:2,5 71:21 72:17 75:14 76:19 86:21 88:11 91:17 93:18 95:17 101:2
**mom** 15:18 16:15 17:1 18:14,16 19:7 20:7 21:13 22:12 26:20,25 27:17 29:13 30:10 31:4,7 31:11 33:2,13 34:2 35:14 36:6,13 37:8 37:15,22 38:24 39:20 42:9,24 43:16 44:5 45:4,10 46:13 46:21 48:11 49:3 51:3,10 51:17 52:4 53:23 54:15,22 55:12 56:10,15 57:20 59:2,6 61:11,22 62:11 62:19 63:3 65:7,12,14 66:22,25 67:3 68:19 69:3,21 70:2 71:15 72:9,24 77:18 79:14,15,15 80:5,18 81:7 81:11 82:8 84:19 85:12,24 86:4 87:22,25 88:9,24 89:15 89:18 90:22,23 92:1 93:14 94:17 97:20,25 98:12 99:11 100:3,25 101:8 101:10,19,22 102:4,5,15,17 104:22
**mom's** 18:22 20:4 40:5 91:13 93:1 101:9 105:13
**money** 19:1 79:25 99:13,20 100:3,6,15
**month** 22:18 23:5 71:16 96:10 99:17 101:11,12
**months** 100:24 100:24,25 105:8
**morning** 19:15 20:18,19,20 30:14 31:21 35:22 39:24 44:11 48:12 56:3 57:22 58:5 62:7 65:2 67:24 76:17 84:12 97:3

**mortgage** 99:13
**mother** 16:24 25:8,23 27:11
**mother's** 22:1 25:23
**mouth** 92:23
**mouth-to-mou...** 92:21 93:25
**move** 13:13,15 14:10,13
**moved** 8:14 12:2 12:23 13:11 15:5,5 89:19 101:3
**multiple** 10:1 22:13 26:2 104:25
**music** 31:17

**N**

**N** 3:2
**name** 5:7 13:24 93:4,5
**nap** 44:5,7 47:12
**nasal** 71:5,6,25 72:9
**national** 26:23
**near** 50:11 55:8
**neck** 93:21
**need** 6:11,24 7:7 29:6 82:12 84:23 86:24 92:7
**needed** 24:23 82:16
**needs** 43:2
**neither** 49:4
**nervous** 5:17
**never** 17:22,23 28:19 60:16,18 60:25 70:11,19 101:25 105:16 105:19
**niece** 18:15,19 32:25
**night** 20:17 28:17 44:14 46:4 58:10,14 59:9 60:5 61:6 63:11,14 73:6 75:11,15,20 76:9 81:19 99:5
**nine** 80:3,12 81:10
**Nodding** 5:21 6:12 100:8
**Noon** 1:4,5,12 3:3 4:11,12 5:1 5:9,10 107:7
**normal** 34:10,12 34:13,15,15,18 34:21 35:5 40:16,17,20 47:23 59:25 60:8,9 72:19 73:8,10,11,17 84:20,21
**normally** 34:14 43:5
**Notary** 1:15 107:4,19
**notes** 104:8 107:12
**notice** 74:16
**Nuh-uh** 35:7 50:22 55:19 70:4
**nuh-uhs** 6:19
**number** 4:2 72:16,18,24 75:13 80:24 81:2
**numbers** 18:3,4
**nurse** 92:17,18 93:3
**nurses** 70:18
**nursing** 9:19,20 9:22 10:7

**O**

**O2** 35:25 61:4 61:10 78:2,3 78:17 79:1,3
**Ocho** 38:14 41:21 48:19
**offered** 27:7
**oh** 8:24 17:8 32:25 36:19 69:10 90:17
**okay** 5:14,20 6:11,17 7:7,11 8:7,17,20,22 8:24 9:5,22 10:3,7,10,12 10:22 11:24 13:18 14:8,19 15:3,7,15 17:5 17:8,13,15,24 18:9,10,19 19:2,15,24 20:2 21:3,14 22:6,18 23:11 23:21 24:17,19 25:21,24 26:5 26:11,20 27:19 28:23 29:6,13 29:16 30:10,13 30:16,18,24 31:4,11,14,20 32:6,14,17,25 33:19 34:16 35:1,8 36:3,10 36:15,17 37:1 37:7 39:20,23 40:1,5,16 41:11,14 42:3 42:11,14,16,17 42:18,22,25,25 43:3,9 44:16 45:6,19 46:1,6 46:11 47:8,22 48:7,13 50:7 50:15,20,23 51:3,10,16 52:2 53:2 54:17,19,24 55:14 56:15,21 57:2,11 58:8 58:11,17,18 59:9 60:13,17 61:15 62:3 63:9,14,23 64:1,6,8,12,21 65:1,4,10,14 65:17 66:3,14 66:18 67:7,13 67:14,16,17 68:10,15,25 69:2,4,14,17 70:9,12,20 71:19 72:6,12 72:14 73:1,13 73:15,22 74:25 75:22,24 76:7 76:16,20,24 77:6,9,17,23 78:3,24 79:6 79:10,19,21,24 81:4,22 82:10 83:19,25 84:4 84:11,24 85:8 85:10,18 86:3 86:6,9,21 87:1 87:11,17 88:4 88:7 89:8,10 89:16,19,22 90:1,3,17,22 90:24 91:3,10 91:13 92:1,7,9 92:11,12 93:1 93:3,11,20 94:16 97:1,6 98:20,23 99:4 99:8 100:6,19 100:22 101:16 101:23 102:19 103:8,14,17,21 103:24 104:3,7 105:7,15,19,21 106:2
**old** 32:25
**Older** 82:24,25
**once** 30:6 68:10 74:13,15 75:18 95:14 103:18
**ones** 77:7
**online** 91:7,8
**open** 77:12,14
**opened** 28:7 90:10
**opening** 90:1
**operator** 4:2
**opportunity** 5:18 102:1
**original** 107:12
**originally** 9:5
**outcome** 107:14
**outside** 88:15
**overdid** 52:9
**overweight** 26:21
**oxygen** 68:22,23 69:22 70:8 71:11,19,22,25 72:7,10 73:1 74:12 75:7,8 75:10,19 76:15 76:21 78:17 81:20 96:1,3,6 96:21 97:9,16

**P**

**P.A** 2:2,6
**PA** 7:16 8:15
**pack** 24:5 30:22 99:6
**packed** 79:9
**packing** 77:12 77:15 97:5
**pad** 46:7
**pads** 33:6
**paid** 19:2 79:17 81:7 100:15
**pajamas** 68:13 68:14
**pale** 29:20 35:6 40:16 52:8,18 60:4,5 64:4 73:18 74:20 86:11
**PANAMANI...** 1:8
**paper** 97:7
**parents** 13:3 18:21 50:13
**parents'** 104:18
**parked** 91:2,4
**part** 50:4 89:4 89:12 92:21,23

**part-time** 11:6 11:21
**particular** 8:14 16:5,8 17:19 17:20 18:25 35:1 44:22
**parties** 107:13
**passed** 100:5,25 102:5,15
**passport** 86:14 86:20
**Patton** 100:23
**pay** 100:3 101:8
**paying** 38:5,7 71:2
**pee** 75:20 76:1
**pending** 7:1
**Pennsylvania** 1:18 4:10 8:15 10:21,23 107:1 107:4,16
**people** 32:14,14 72:19 77:22 80:3,12 81:10 91:2 92:22 95:16 101:22 102:4
**periodically** 42:9
**perky** 59:25
**person** 69:19 70:12 77:17
**PERSONAL** 1:4
**personnel** 85:6 85:11,19 87:14 94:23
**phone** 26:2
**phones** 36:20 37:4
**physically** 79:17
**pick** 69:24 75:3
**pick-up** 77:22
**picked** 16:17 19:14 97:11 99:2
**picture** 34:20,22
**pictures** 42:13 53:15,19 54:1 54:12,20 64:10 64:13
**pinpoint** 15:25 37:21
**place** 1:18 9:25 12:10 13:23 14:1 41:15 101:19 107:5
**Plaintiff** 1:6 2:5 4:16
**plan** 32:12,14 87:24
**planned** 32:11 38:17
**please** 4:14 5:8 81:18
**plug** 72:3,4,5
**pneumonia** 26:18 71:18 96:16
**point** 14:14 21:16 56:15 60:11 61:11 67:11,22,23 75:22 76:4 80:6 84:1 86:10,18 87:2 92:2 95:18
**police** 94:23
**pool** 28:16,17 33:6,10
**pools** 30:4 31:18
**pop** 103:11,13
**port** 21:22,23 49:20 50:11,21 52:13 58:12 77:20 82:5 85:20 87:18 88:9
**portable** 72:2 77:7,23 79:4
**position** 11:18 14:8
**positions** 12:16
**possibility** 66:17
**pounds** 23:4 26:21
**prednisone** 26:12
**presently** 7:15
**pretty** 28:18 29:4 33:16 34:8,12,13 35:19 42:11 43:1 46:12 55:16 60:7,9
**prior** 7:25 16:16 27:5 45:7 83:19 94:22 95:6 104:19
**privy** 85:3
**probably** 30:5 30:23 32:8 33:4 35:13,21 36:14 38:1,5 42:4,7 43:11 48:16,18 57:24 62:10 79:8 84:8 91:9 94:24 95:7 103:20
**probation** 103:22,23
**problem** 54:6,7
**problems** 29:17 70:7
**proceed** 4:21
**Professional** 107:3,20
**program** 9:19
**prosecuted** 104:1
**Public** 1:15 107:4,19
**pulled** 87:5 88:21 94:21
**pulling** 87:12
**purpose** 4:10
**push** 83:4,10
**put** 70:1 71:7 72:19,23,24 75:19 83:11 92:22
**putting** 73:7

**Q**

**question** 6:6,13 7:1,2
**questions** 5:19 7:12 18:9 104:8,10 106:3 106:6
**quick** 25:10,13 57:9 104:9
**quiet** 47:7
**quite** 13:1 61:17 65:23 66:17

**R**

**raise** 4:22
**RANDALL** 1:4
**read** 3:6 106:6
**ready** 79:9
**real** 63:10,11 104:9
**really** 16:10 32:12 34:22 38:6,9 39:11 39:18 57:4 59:17 62:6 63:18 69:8 71:18 76:8 80:16 82:11 86:15 90:5 96:25 100:18
**reason** 8:14 16:5 17:19 18:25 44:22 58:6
**reasons** 99:24 100:1
**recall** 18:10 94:25
**Recess** 57:14 80:25 104:14
**recollection** 46:1
**record** 5:7 6:2 6:20,21
**recorded** 6:8,15
**records** 75:5
**Red** 98:9,10
**Registered** 107:3,20
**regular** 5:24
**related** 8:12 107:13
**relationship** 104:18 105:1,7
**rely** 99:16
**remember** 13:24 18:6,11 19:11 21:16 30:15 31:18 33:8 38:19 46:14 54:4 59:6 69:11 70:20 71:1 77:2,3 82:18 95:8 96:17 100:19 101:14 105:14
**remembered** 69:15
**rent** 99:14
**reported** 107:10
**reporter** 4:3,19 4:22 5:22 6:1 9:11 13:25 14:3 89:6,13 89:17 107:4,20 107:23
**Reporting** 4:5
**representative** 1:4 18:2
**representing** 4:4
**reproduction** 107:22
**residence** 13:4
**resident** 11:19 12:17 14:10
**residents** 71:13
**rest** 44:5,8 45:10 46:3 50:4 56:12
**rested** 59:14
**resting** 73:9
**restroom** 6:25 57:10
**retire** 29:25
**retired** 35:18 46:3 57:20 65:15
**ride** 87:12 93:9
**right** 4:23 7:11

7:14 8:22 9:24 11:21 12:25 13:1 21:20 22:20,21 27:13 32:3 33:2,22 34:2,4 37:4,18 38:2,13 42:12 49:20,21 50:10 50:12 58:16,18 59:2,7,9 61:1 63:9,10,17,20 63:22 65:21 66:22,25 67:19 69:22 71:3 78:21 85:3,16 86:5 87:6,7 88:12,15 90:10 90:19 91:20,23 92:12 96:12 101:4 102:15 104:24
**Rios** 38:14 41:21 48:19
**rise** 93:24
**Road** 1:18 4:10
**rode** 93:12
**role** 10:12
**Roof** 98:9,10
**room** 28:8 30:12 36:9 50:24 51:2,13,15,15 63:6 66:14 71:8,20 72:7 73:2 74:10 77:15,15 89:2 97:14
**roommate** 8:11
**rooms** 28:6,7,7 43:21 59:5 62:16,17
**rough** 59:13,23
**Roughly** 37:11 46:17
**round** 42:5,7
**row** 90:20,21,23 91:13,14,15,16
**rows** 90:20
**RPR** 1:14
**rules** 5:15
**running** 39:18 77:16

**S**

**S** 3:2,2
**Sage** 18:14,18
**Saranac** 9:2
**sat** 68:16 76:1 88:25 89:15
**saw** 14:24 36:13 37:22 48:11 51:16 56:2 57:20 58:2 59:7,10 60:12 60:16,18,20 63:7 65:1
**saying** 23:8 52:7 59:14 63:15 65:24 68:20 75:3 77:3 96:25
**says** 89:13
**scenario** 78:20
**scene** 95:12
**schedules** 15:1
**school** 9:1 10:25
**SCHWARTZ** 2:2
**sea** 27:25 32:3 36:24 57:25
**seat** 87:8 88:24 91:22,24
**seated** 88:23 89:14
**second** 27:19 90:21 91:13,23
**security** 59:5
**see** 5:16 14:22 34:23 39:20 42:12 59:1 60:23 61:4 67:3 68:21
**seeing** 46:14 59:6 100:23 101:17 102:2 102:11,13
**seen** 25:5,8
70:10 74:15 105:16
**seizure** 92:6
**self** 59:25
**sell** 100:17
**sending** 76:23
**Senior** 12:9,21 13:22,22
**sense** 9:1
**sent** 3:6
**separate** 32:19
**separated** 105:10,16
**service** 4:5 36:25
**services** 68:19 69:5
**set** 33:18 34:1 107:5
**seven** 71:17
**shake** 6:14
**she'd** 24:25 39:21 67:23
**She'll** 106:6
**sheet** 3:6
**ship** 27:7,10,22 28:3 31:15 32:22 33:6 35:17 39:9 40:12 43:10,15 43:17 48:22 49:10,12 50:19 50:23 53:19 54:20 58:23 59:20 64:13 69:6,9 77:8,10 78:7,10,12 82:3,8,12,17 83:4,9,22,23 86:4,7,10,24 87:25 97:18
**shopped** 43:23
**shopping** 41:9 41:10,11,15 43:7
**shops** 42:2
**shorthand** 107:12
**shortly** 12:22 76:14
**shuts** 96:2
**shuttle** 87:25 88:1,12,23 89:14,22,23 91:6,11 94:12
**sibling** 84:22
**siblings** 84:18
**sick** 13:6
**side** 77:20 82:5 85:20 87:18 88:10 89:23,24 90:1 92:15 93:1
**sign** 3:6
**sign-in** 21:23
**significant** 56:21
**sister** 12:11,18 14:22 15:18 18:14,16 31:6 66:2 84:15 95:10 103:5
**sister's** 19:10,25 20:14 21:15
**sit** 83:8 85:15 88:20
**site** 18:5
**sits** 88:17
**sitting** 15:9,12 67:8 85:12,13 89:23
**situated** 28:9
**situation** 96:24
**six** 25:15 100:24 100:25
**skin** 40:16 60:3
**sleeping** 22:23 47:20,21
**smoke** 24:2,4 31:5,9,11 46:15 55:9,14 56:5,17,24 61:24 64:17
**smoked** 55:9,10
**smoking** 30:16 30:19,20,22
55:18
**sneezed** 89:3
**snorkel** 39:1
**snorkeling** 38:19 41:4 42:8
**sold** 101:4
**somebody** 38:2 76:23 77:11 82:13,16 83:2 83:15
**soon** 39:13 48:22 77:10
**sorry** 48:20 52:23,24 58:7 67:15 75:6 89:4,5,9 92:3,6 92:8 99:25
**Sounded** 47:23
**SOUTHERN** 1:1
**sparked** 22:24
**speak** 47:8 69:18 95:2,5 95:14,17
**special** 31:15
**specifically** 102:20
**spend** 56:21 84:22
**spent** 20:17 21:25
**splash** 33:6 46:7
**Split** 32:20
**spoke** 70:12 77:17
**squirreled** 79:25
**SS** 107:1
**St** 8:2 14:16,18 14:21 99:1
**stable** 94:20
**Stacey** 100:23 101:3,16,21
**stair** 90:14
**standards** 26:22 26:23
**start** 7:8,12 12:18 100:22

**started** 9:22 74:5 80:21 81:24 88:22 92:20 101:16 102:1
**starting** 59:3
**state** 5:7 101:13
**STATES** 1:1
**station** 68:24 69:13,14,17
**stations** 21:11
**stay** 19:9 20:15 28:8,15 30:6 32:9,18 35:17 37:10 40:11,12 48:1 51:13 53:4,18 55:2 61:5,6,15 66:23 73:2,4 75:10 98:2,8 99:4,8
**stayed** 19:10 20:16 30:10 37:15 39:3 44:20 56:11 62:11 65:7,11 65:24 66:23,25 75:15 76:18 99:5
**stenographica...** 107:10
**step** 90:3
**steroid** 26:11
**Sticking** 47:19
**stingrays** 49:1,2 49:8 50:10,16 58:21
**stole** 103:18
**stop** 24:17 83:10 89:7
**stopped** 33:9 73:8 96:14
**stopping** 41:15
**stops** 21:10
**straight** 87:5
**strip** 42:1 50:1
**stuff** 28:4,9,10 31:18 64:10
**subject** 107:14
**subsequently** 107:10
**suffered** 22:6 23:21
**suffering** 24:12
**suggest** 70:2
**suggested** 68:21
**Suite** 1:18 4:6
**supervision** 107:11,22
**support** 97:21 98:1 99:11,17
**supposed** 77:7 105:22
**sure** 13:1 19:14 19:16 21:20 23:1 26:1 30:2 30:8,10 34:8 36:8,16 37:11 39:18,21,22,23 50:25 57:4 59:18,22 60:22 62:6 65:23 70:25 76:8 79:23,24 80:16 80:17 83:7 91:1 100:18 102:18 103:7 104:9 105:4
**Surfside** 19:23
**surgery** 93:23
**swam** 42:10
**sway** 6:23
**swear** 4:20
**sweater** 103:18
**sweating** 55:24 55:25 56:2 64:22 65:1 68:16 73:18 74:18 80:21 81:20
**sweaty** 40:7,9,15 73:9 81:24
**swim** 28:11
**swimming** 46:8 49:1 50:10,16 58:21 66:17
**swimsuits** 28:10
**switch** 21:11 94:2
**switched** 21:17
**sworn** 5:2 107:9
**symptoms** 74:17
**Synergy** 13:23

**T**

**T** 3:2
**TABLE** 3:1
**take** 6:25 7:3,6 15:8,10,24 19:24 24:14 26:8 27:10 28:3 29:2 44:5 54:20 57:9 59:1 62:2 64:12 73:4 83:15 86:3 88:1 92:4,10 96:7,21 97:20 98:18 99:6 104:10
**taken** 1:13 4:13 16:15 27:12,15 96:12,13 102:22 107:5
**talk** 5:25 15:7 20:4 22:12 23:6 51:3 55:17 76:24 82:13 87:14 94:22 95:10,19 102:16,19 103:5 104:22 105:5
**talked** 26:2 76:25 83:2,3 95:8 104:23 105:19
**talkie** 82:15
**talking** 5:24 41:18 82:16 85:11,18
**tank** 78:2,3
**tape** 80:22 81:5
**taxes** 81:8
**tech** 10:24 11:19 12:17
**Technically** 13:4
**teen** 36:2,3
**teenager** 103:14
**TELECONF...** 2:3
**telephone** 15:22
**tell** 7:15 10:3 18:10 19:5 21:25 22:16 23:20 28:2 30:13 42:1,24 43:5 52:6 59:13,16,23 60:24 64:12 70:5,9 71:3 74:17 81:18 82:21 87:1 95:5,21,24,25 104:25
**telling** 23:8 82:16 86:23
**ten** 31:2 46:17
**tended** 30:25
**testified** 5:2
**testify** 107:9
**testimony** 107:5 107:6,10
**thank** 53:1 106:7
**thereof** 107:15
**thing** 6:19 33:4 45:8 69:25 72:1
**things** 103:6
**think** 6:21 12:9 13:14 14:12 15:25 17:1,1 19:21 24:12 25:9 28:25 30:4 31:17,19 31:22 32:2,6 35:15,19,23,23 35:24 36:18 39:9 41:5,16 41:24 42:3 43:14,15,18 44:6,9,9,15,18 45:5,9,21 46:7 46:10,24,25 48:24,25 49:22 50:8,25 51:5,7 52:21 54:14 55:9,21 56:11 57:18 59:5,12 59:14 60:14 61:3,3,8 62:7 62:21 66:16 71:16 74:14 79:11 80:3 82:23 85:7 86:2,15,18 87:19,21,23 90:16 97:7,7 100:20,21 101:15 104:7
**thinking** 49:19 52:24 58:6,10
**third** 27:16
**thought** 52:8 63:24 68:8
**three** 8:6 9:17
**threw** 67:10,12
**throwing** 103:11 103:12,13
**tiki** 33:10
**tilted** 93:21
**time** 4:7 6:24 8:7 12:7,14 13:2 14:16 15:13 19:13,14 20:5 20:15,22 21:19 22:8,9 24:8 25:10 26:13 27:1,17 28:23 29:10,25 30:2 31:1,20 32:6 33:1,17 36:7 36:10,12,15,19 37:22,23 39:5 43:9 44:17 45:11 46:23 48:11,15,16 49:13 51:4,16 52:7,10,15

53:25 54:3 55:18 56:2,22 57:2,12,15,20 57:23 59:7 61:6 62:6,12 62:14,19 64:2 65:1 67:3,7 68:18 72:6 74:25 76:7,10 76:12 77:2 79:6,8 80:9,20 80:23 81:1,12 81:14,23 82:9 84:9,22 85:10 85:18,22 86:21 87:24 92:21 93:14 94:5 97:1 99:23 103:25 104:12 104:15 105:16 106:8 107:5
**times** 22:13 24:1 26:3 34:1 102:7 104:25
**tired** 60:1,2
**tissues** 7:8
**today** 4:6
**toilet** 76:1
**told** 42:19 55:21 58:8 63:5 67:11 69:21 72:23,24 73:22 74:14 78:25 92:17 95:3 96:17,20 97:22
**tomorrow** 68:9
**top** 38:2
**Total** 100:11
**Tracy** 1:14 4:3 107:3,19
**Trail** 7:16,25
**transcribed** 107:11
**transcript** 3:6 107:12
**treasures** 43:22 43:23
**trial** 5:19
**trip** 21:17 42:5,7 48:8 59:15 84:19
**trouble** 82:11
**true** 14:21 107:11
**truth** 107:9
**try** 6:3,4
**trying** 6:22 34:20 37:21 78:19,24
**turn** 72:10,14 75:8 98:17,18
**turned** 92:3
**turns** 29:3 98:18
**twice** 74:14,18 103:18
**two** 8:6 9:17 18:15,17 20:25 27:18 33:12,14 47:15 55:4 72:15,16,18,24 75:13 88:21 105:8
**two-minute** 104:11
**type** 10:15 14:8
**typically** 39:25 43:1

**U**

**uh-huhs** 6:19
**understand** 7:3 7:6 78:21 84:16,18 96:5
**understood** 79:5 86:15 88:9 101:25 105:3
**UNITED** 1:1
**University** 9:10
**unload** 43:21 51:1 99:6
**Unpack** 28:9
**unusual** 34:5
**use** 6:25 24:24 24:25 25:5 26:17 60:13,15 60:17,19,21 71:9,11 78:16 96:6,9
**usual** 30:22
**usually** 42:24 45:24

**V**

**v** 4:12
**vacation** 16:6 32:13 36:18 38:4
**vacations** 15:10
**van** 41:16,18 49:17,22 50:2 89:24 90:11,13 90:19,24
**VIDEOGRAP...** 1:16 4:1,19 57:12,15 80:23 81:1 104:12,15 106:8
**videotaped** 1:12 6:15
**View** 11:13,14 12:1
**visit** 19:17 25:15
**visited** 20:3 101:18
**voice** 6:11
**voices** 6:9
**vomit** 74:11,13 74:15 75:22
**vomited** 74:15 74:18
**VS** 1:7

**W**

**W** 3:2
**wait** 6:4,6 28:6 31:25 80:14 83:8 86:3
**waiting** 85:20
**wake** 31:25
**walk** 33:6 41:12 41:12 50:1 52:20 64:6 74:1,5,23
**walked** 32:22 41:22,22,24 49:9 50:4 61:3 75:25 92:17
**walkie** 82:15
**walking** 35:8,10 40:18,20 41:14 49:16 54:2,3 59:15,16 76:6
**wall** 72:5
**want** 7:3,6,8 52:25 53:11 67:25 68:11 70:10 92:4,10 104:10
**wanted** 40:11 41:1 52:22 53:6,16 67:20 68:12,13 86:22 98:6
**washed** 76:2
**wasn't** 23:25 24:9 29:4,7,10 29:20 30:12 32:12 34:18 35:6 36:10,16 47:23,24,25 55:5,24 58:10 59:13,25 60:5 60:7 62:8 64:9 64:22 67:8 69:21 71:2 73:17,18,21,25 74:1 76:5,5 77:10 81:20 82:9 85:3 86:17 88:2 90:3 92:16,19 92:19 95:3 96:13,25 99:19 99:22
**watch** 75:24
**watched** 66:15 75:25
**way** 2:3 6:16,23 21:10 42:2,5 43:7 50:5 69:22
**ways** 32:19 39:19
**We'll** 7:14 80:22
**we're** 6:8,16 32:12 63:9 69:6 77:9 86:24
**we've** 27:12 102:18
**wear** 56:8 65:5
**website** 18:7 27:6
**week** 11:5,20 24:1
**weighed** 26:25
**weight** 22:22,25 23:2
**went** 18:13 19:20,20 25:14 25:14,17 27:9 28:11,19 30:14 32:7 35:24,25 36:6,8 37:7,8 37:12,16 41:9 41:21,22 43:20 43:21 44:1,18 45:3,9,9,11,17 46:2 47:2 48:4 49:7,14,15,15 49:21,21 50:13 51:7,15,23,24 53:15 54:14,20 57:3 59:4,5,6 59:12,16 61:2 61:4,5,9,10 63:5 64:12,16 66:3,14,20 70:14 75:21 76:1,2,14 81:23 82:14 85:1 98:25 99:1,5
**weren't** 30:20 36:8 37:17 38:7 49:5 99:21
**West** 4:5 16:22 16:23
**wheelchair**

73:20,23,24 74:8 80:5,8 81:12 83:5 84:2 88:17
**wheeled** 86:9
**wheeling** 87:15 87:17
**wheels** 86:6 88:9
**wheeze** 34:17
**wheezing** 29:18
**whichever** 33:21
**White** 2:6 70:22
**WILLIAMS/...** 1:7
**Willow** 11:13,14 12:1
**winning** 62:21 63:1 66:8
**winnings** 79:21
**witness** 3:6 4:20 5:1 107:9
**woke** 32:2 47:6
**word** 5:23
**words** 78:25
**work** 9:24 10:1 11:5,20,24 13:18,21 14:24 25:14 72:22 99:22 101:19 101:19
**worked** 12:1,11 15:1 102:4
**working** 12:7,13 99:19,21,22 101:14
**works** 91:1
**worse** 54:9
**wouldn't** 83:10

**X**

**Y**

**yeah** 8:21 10:9 12:4 13:10 16:4,7 20:18 21:6 22:17 25:14,18 26:10 28:12 29:12 31:24 33:24 34:1 35:3 36:5 37:13,20 39:9 39:12,21 40:2 40:4,13,21 41:16,20,23 42:13,21,23 43:6,25 44:13 44:18,21 45:2 45:21 46:5,16 46:22 47:9,25 48:6 49:14,25 50:6,12 51:21 51:25 52:3,17 52:19 53:3,17 54:18,21 55:1 55:13 56:4,9 56:13 57:1,8 58:4,12,20 60:10 61:21,23 61:25 62:13,18 64:3,7,20,23 64:25 65:3,6 65:16,22 66:24 68:3,7 70:7 71:10,16 72:25 73:5,12 74:4,7 74:24 75:12,25 76:22 77:14,25 78:4,11 80:13 81:17 84:3,25 85:2,14 87:10 88:6,19 90:7,9 90:18 91:25 93:8 95:3 96:22 97:4,13 97:15,18 98:11 98:19,24 100:2 100:12,14 102:24 105:2
**year** 15:13 16:15 16:18 25:7 27:13 99:19 100:19,20,20
**years** 8:6 9:17 13:7,8 25:3 71:17 104:19
**Yep** 64:5 66:13
103:2,4,16
**York** 1:18 4:10 107:2,4,16
**Young** 82:24

**Z**

**0**

**1**

**1** 4:2 43:19 80:24
**1:00** 43:12
**10** 11:22 30:5,7 57:5
**10:00** 67:6
**10:28** 57:13
**10:30** 72:8
**10:38** 57:16
**11** 104:13
**11:04** 80:24
**11:20** 81:2
**11:46** 104:13
**11:47** 104:16
**11:49** 106:9,10
**12** 37:18
**12:30** 43:12,19
**12th** 16:9,11
**1395** 2:8
**15** 33:1 48:3
**17** 33:1 103:25
**17314** 7:16
**18** 11:23 103:25
**18-CV-23181** 1:7
**1980** 2:3

**2**

**2** 27:4 35:22,23 36:4 37:19 81:2
**2,000** 101:12
**20** 80:16,18 81:11 84:7
**2003** 13:7,9
**2008-ish** 13:9
**2015** 12:22 14:12
**2016** 12:22 25:11
**2017** 15:15 27:25
**2018** 100:21
**2019** 1:17 4:7 107:16
**2023** 107:24
**207** 27:2
**21** 107:24
**216** 7:16
**217** 1:18
**25** 1:17
**2550** 1:18 4:9
**25th** 4:7
**28** 4:5
**2nd** 19:12 20:8

**3**

**30** 23:4 26:21 80:16,18 81:11
**3024** 8:2 15:5
**305** 2:4,9
**32092** 8:3
**33131** 2:8
**33145** 2:4
**35** 37:11 53:5
**371-6000** 2:4
**3rd** 20:20 27:25 29:14 60:13

**4**

**4,000** 100:10
**40** 11:8 37:11
**45** 32:10 53:5 73:7,16 75:7
**4th** 31:14,16 34:3 60:17 107:16

**5**

**5** 3:4 27:4
**5th** 38:16 39:6 46:21 60:19

**6**

**6** 20:23 28:25 33:20 37:7 44:17 45:3
**6:00** 45:7
**6:30** 28:25 33:20 37:8 44:17 45:3 51:20
**610** 4:6
**6th** 48:13 57:19 57:21 58:7,11 58:15 59:10 60:21,22 61:12 63:25 65:14,24 66:1,3,6

**7**

**7** 75:3 76:20 97:4,4,11,12 97:16
**7/4** 33:3
**7:30** 44:10 46:2 79:8 97:2,4,14
**72-hour** 98:4
**789-9200** 2:9
**7th** 58:7,11,15 63:9,10,11,18 64:2,19,24 65:7,25 66:1 66:22 67:4 75:6

**8**

**8** 31:22 39:8 48:17 57:24
**8:00** 44:10
**8:30** 31:22 39:10 57:24 97:8
**8:40** 97:8,17
**8th** 58:12 74:25 98:7

**9**

**9** 32:8 46:24 48:8
**9:25** 1:17 4:8,8
**9:30** 30:5,7 48:9 67:6
**9:30-ish** 46:24
**911** 68:18 69:4,8 69:9,15 85:22

87:1 92:24
103:1