UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, deceased,

Plaintiffs,

v.

CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant.

CASE NO. 18-cv-23181-Williams/Torres

**NOTICE OF FILING DEPOSITION TRANSCRIPT OF MELISSA LENARD NOON, IN SUPPORT OF DEFENDANT'S MOTION FOR FINAL SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF LAW**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(f)(4) and S.D. L.R. 26.1(b), the deposition transcript of MELISSA LENARD NOON, taken on July 23, 2019, has been filed with the Clerk of this Court in support of Defendant's Motion for Final Summary Judgment and Supporting Memorandum of Law.

Respectfully submitted,

*/s/ Marc J. Schleier*
Christopher E. Knight
Fla. Bar No. 607363
Email: cknight@fowler-white.com
Marc J. Schleier
Fla. Bar No. 389064
Email: mschleier@fowler-white.com
Katina M. Hardee
Fla. Bar No. 16069
Email: khardee@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of August, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Marc J. Schleier*
Marc J. Schleier

**SERVICE LIST**

CASE NO. 18-cv-23181-Williams/Torres

Philip M. Gerson, Esq.
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, Florida 33145-2624
E-Mail: pgerson@gslawusa.com
filing@gslawusa.com
zdiaz@gslawusa.com
Telephone: (305) 371-6000
Facsimile: (305) 371-5749
RANDALL NOON , as Personal
Representative of the Estate of
KAREN NOON, deceased

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, deceased,
Plaintiff,
vs. CASE NO.: 18-cv-23181-WILLIAMS/TORRES
CARNIVAL CORPORATION, as Panamanian Corporation d/b/a CARNIVAL CRUISE LINES,
Defendant.

*******************************************************

VIDEOTAPED DEPOSITION OF: MELISSA LENARD

NOTICED AS: MELISSA LENARD NOON

DATE TAKEN: July 23, 2019

TIME: 11:08 a.m. to 1:28 p.m.

PLACE: St. Augustine Court Reporters
1510 North Ponce de Leon Boulevard
Suite A
St. Augustine, Florida

REPORTED BY: MELISSA SCHROEDER, RPR
Court Reporter and Notary Public

*******************************************************



APPEARANCES:

DAVID MARKEL, ESQUIRE
(via zoom)
Gerson & Schwartz, P.A.
1980 Coral Way
Miami, Florida 33145
On Behalf of the Plaintiff

KATINA M. HARDEE, ESQUIRE
Fowler White Burnett, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
On Behalf of the Defendant

ALSO PRESENT:
Dan Bishop, Videographer



INDEX


TESTIMONY OF MELISSA LENARD
Direct Examination by Ms. Hardee 5
CERTIFICATE OF OATH 114
CERTIFICATE OF REPORTER 115
ERRATA SHEET 116


EXHIBITS
(NONE)

STIPULATIONS

It is hereby agreed and so stipulated by and between the parties hereto, through their respective counsel, that the reading and signing of the transcript are expressly reserved by the Deponent.



THE VIDEOGRAPHER: This begins Media Unit Number 1 to the video-recorded deposition of Melissa Leonard [sic] Noon in the matter of Randall Noon, as personal representative of the Estate of Karen Noon, versus Carnival Corporation, being heard before the U.S. District Court, Southern District of Florida, Miami Division. Case Number is 18-cj-23181 [sic].

Today's deposition is being held at 1510 North Ponce de Leon Boulevard, Suite A, in St. Augustine, Florida, on July 23rd, year 2019. The time is approximately 11:08 a.m.

My name's Dan Bishop. I'm the videographer. The court reporter's Melissa Schroeder.

Counsel, will you please introduce yourselves, your affiliations, and then the witness will be sworn.

MR. MARKEL: David Markel on behalf of the plaintiff.

MS. HARDEE: Katina Hardee on behalf of the defendant, Carnival.

COURT REPORTER: If you'd raise your right hand for me, I'll swear you in.

(Whereupon, the witness was sworn in by the court reporter and responded "yes" to the oath.)

Page 5

COURT REPORTER: Thank you, ma'am.
WHEREUPON,
MELISSA LENARD,
having been first duly sworn, was called as a witness and testified as follows:
DIRECT EXAMINATION
BY MS. HARDEE:
Q. You might need to speak up just a little bit because she's writing down what you're saying and he's recording it as well.
Good morning. Can you state your name for the record for me, please?
A. Melissa Lenard.
Q. And as I stated earlier, I represent Carnival Cruise Lines.
Have you had a deposition taken before?
A. No.
Q. All right. So I'll just go over a couple of the, I guess you would say, rules of depos just so you'll be familiar. Okay?
A deposition is just an opportunity for us to ask questions about your knowledge about the lawsuit that's been brought by your father against Carnival relating to the death of your mother. This is essentially our opportunity to speak to you to find out

Page 6

what you might testify at trial.
In depositions, she's -- obviously to your left is the court reporter. She's taking down every word that we say today. And then we also have a videographer that's filming the deposition as well.
Any time that I ask you a question and you say "uh-huh" or "uh-uh" or nod your head, I might ask for you to give a verbal answer. That's so that plaintiff's attorney and I won't be arguing later if you said yes or no. So I'm not trying to sway or -- your answer one way or another but just trying to clarify for the record.
Also, any time you need to take a break, just let me know, and we'll be happy to do so. If there's a pending question, I will ask that you answer the question first, and then we can then proceed to take a break. All right?
I know that this is probably a rather difficult deposition for you to go through, and I apologize in -- from the beginning at the deposition so that if it gets emotional for you or if you need to take a break, please do feel free to tell me that you need to take a break. Okay?
A. Okay.
Q. Do you have any questions before we begin?
A. No.

Page 7

Q. Okay. What's your date of birth?
A. [redacted].
Q. And that makes you how old?
A. 34.
Q. Okay. I have problems with my age too; I can't remember.
Okay. Do you have any kids?
A. Yes.
Q. How many?
A. Two biological and two step.
Q. Okay. And what's the name of your children?
A. The biological or the step?
Q. Yes, your biological.
A. Sage and Elijah.
Q. Sage --
A. Correct.
Q. -- and Elijah?
And how old is Sage?
A. She just turned 11.
Q. And Elijah?
A. Nine.
Q. You said you had two stepchildren?
A. Correct.
Q. What are their names?
A. Luke and Owen.

Page 8

Q. How old is Luke?
A. 12.
Q. And Owen?
A. 11.
Q. You're married?
A. Correct.
Q. And what's your married last name? Is it Lenard or --
A. I kept my ex-husband's name.
Q. Okay.
A. I didn't take my husband's name.
Q. All right. And who are you married to?
A. Jason Geoghagan.
Q. Can you spell that for me?
A. G-e-o-g-h-a-g-a-n.
Q. Okay. So you're -- you go by Melissa Lenard?
A. Lenard, correct.
Q. Okay. Okay. And that's your previous married name?
A. Correct.
Q. And prior to that, you were known as Melissa Noon?
A. Correct.
Q. Okay. And where do you live, Ms. Lenard?
A. In Green Cove Springs, Florida.

Page 9

Q. And where is that located?
A. Do you want my address?
Q. Yes.
A. [redacted].
Q. And how long have you lived there?
A. Almost three years.
Q. So you were living there at the time you took the cruise?
A. Correct.
Q. Do you work?
A. Yes.
Q. And where do you work at?
A. Which job?
Q. Well, how many jobs do you have?
A. Three.
Q. Oh, wow. So tell me about each of them.
A. What do you want? The names?
Q. The names, uh-huh.
A. Allegro Assisted Living Facility.
Q. How long have you been there?
A. A month and a half.
Q. How many hours do you work there a week?
A. Varies.
Q. Varies? Less than ten, more than ten hours a

Page 10

week?
A. More than ten.
Q. And where else do you work?
A. Senior Helpers.
Q. How long have you worked there?
A. Almost three years.
Q. Are you full time there?
A. Full time at both places.
Q. Full time with working ten hours a week at --
A. I work 40, plus -- anywhere between 30 to 60 hours at Allegro. I work anywhere between 20 to 50 hours at Senior Helpers.
Q. A week?
A. Correct.
Q. Some long hours.
A. (Nods head.)
Q. And you said you had one other job?
A. Correct.
Q. What is it?
A. I'm a private nurse -- well, private home care.
Q. Home care?
A. (Nods head.)
Q. Okay. Are you an LPN or --
A. No. I'm a medical technician, plus an HHA.

Page 11

Q. You said an HHA?
A. HHA.
Q. Okay. And what does that stand for?
A. Home health aide.
Q. Okay. Did you have to go to school to get certificates for those?
A. I had to test for them, correct.
Q. Okay. Require any particular schooling?
A. Testing for it.
Q. All right. When did you first learn about taking the cruise in July of 2017?
A. When --
Q. In other words, whose -- whose idea was it to take the cruise?
A. Me and my mom's and my sister's.
Q. Okay. Any particular reason why you were taking the cruise? Birthday or anything like that?
A. We decided instead of doing Christmas that we'd do a cruise instead of spending so much money on the kids. And we were going to celebrate my dad's birthday because it was right close to when we were going to be on ship.
Q. When's his birthday?
A. July 13th.
Q. And when's your mom's birthday?

Page 12

A. June 12th.
Q. Okay. When did you start planning for the cruise? What month was it?
A. February.
Q. 2017?
A. Correct.
Q. How did you find out about this particular cruise?
A. We had a travel agency that my sister found.
Q. And your sister's Juanita?
A. Correct.
Q. Okay. Do you know what travel agency it was?
A. I don't remember.
Q. Okay. Did she handle all those details?
A. No.
Q. Who handled the details?
A. We all did on the phone.
Q. So all three of you were on the phone with the travel agent?
A. Well, actually, it was on speaker.
Q. Okay. You were all in different states or all together at the time?
A. No. We were all at my mom's house.
Q. And that was in Michigan?
A. Correct.

Page 13

Q. Was your dad involved in planning?
A. No.
Q. Did your dad know anything about the cruise?
A. He knew what we told him.
Q. What does that mean?
A. That he was going.
Q. And when did you tell him that he was going?
A. After we booked it.
Q. Okay. When did you end up booking the cruise?
A. I don't remember the date. It was in February.
Q. Was it on the -- on the call with the agent that day?
A. Correct.
Q. Okay. Was there anything particular about this cruise that you decided to take this one over another one?
A. Just the amount of time.
Q. The month, did you say?
A. The amount of time.
Q. Okay. So the length of the cruise?
A. Correct.
Q. Okay. I believe this was a four-day cruise; is that correct?
A. Four days, five nights.

Page 14

Q. Okay. And where did the cruise take you to?
A. Jamaica and the Grand Cayman Islands.
Q. Did everyone meet at your home in -- where did you say you lived? It's called Green Field Springs?
A. Green Cove Springs.
Q. Green Cove. Okay. Thank you.
Did everybody meet at your house prior to --
A. We went and picked up my parents at the airport and my niece.
Q. Okay. When was that?
A. The night before, so the 2nd.
Q. Okay. So July 2nd you picked your parents up, along with your niece, from --
A. Correct. The airport.
Q. In Miami?
A. No. Jacksonville Airport.
Q. Jacksonville. Okay.
What's your niece's name?
A. Makayla.
Q. And whose daughter is she?
A. My brother's.
Q. What's your brother's name?
A. Joseph.
Q. Okay. Tell me who all was on the cruise with you.

Page 15

A. My son, my daughter, my mom, my dad, my sister, my niece.
Q. Your son and daughter, you're referring to your biological son and daughter --
A. Correct.
Q. -- Sage and Elijah?
All right. And prior to going on the cruise, did you and your mom talk about her health at any time?
A. I talked to my mom all the time.
Q. How often did you talk to her?
A. A few times a week.
Q. Did she tell you how she was doing medically?
A. She was doing fine.
Q. And what does "fine" mean?
A. She was doing okay, she wasn't having any health problems.
Q. Were you aware that your mom suffered from COPD?
A. Yes.
Q. How long did you know that she suffered from COPD?
A. Since I was little.
Q. You grew up with your mother?
A. Correct.
Q. At what age did you move out?

Page 16

A. Which time?
Q. The first time.
A. I think when I was 16.
Q. And what was the reason for you moving out then?
A. I was helping one of my mom's friends babysit her children.
Q. And how long did you live out of the home?
A. I don't remember. For a couple of years on and off. I'd go back and forth in between my parents' and there.
Q. Okay. And then when did you move back in with them?
A. I think I said I went back and forth through the years. There's no way I can pinpoint -- there's not. I'm sorry.
Q. Well, did you live with them after you graduated from high school?
A. Never graduated.
Q. Okay. Did you get your GED?
A. No.
Q. So when's the last time you moved out of your parents' home?
A. When I moved to Florida.
Q. Okay. And when did you move to Florida?

Page 17

A. Three and a half, four years ago.
Q. Any particular reason why you moved here?
A. To get away.
Q. What were you getting away from?
A. Personal issues.
MR. MARKEL: Form.
BY MS. HARDEE:
Q. With your parents or --
A. With my son.
Q. Okay. Prior to going on the cruise, did you look on Carnival's website regarding the cruise?
A. No.
Q. Did you do any research about the cruise?
A. Before I booked it or before I got on?
Q. Before you booked it.
A. No.
Q. How did you learn about the details about the cruise?
A. From the travel agent.
Q. Prior to getting on the cruise, did you do any research about the cruise?
A. Didn't do research. We booked excursions.
Q. What excursions did you book?
A. Snorkeling on Jamaica on a glass boat and swimming with the stingrays on the Grand Cayman Islands.

Page 18

Q. Were these excursions for -- for everyone?
A. The first one was. And then the second one, just me, my sister, my children, and my niece went.
Q. So your parents did not go to that one?
A. No.
Q. Any particular reason why they didn't join you on that excursion?
A. My mom didn't want to do that one.
Q. Okay. Prior to getting on the cruise, at any time did you talk to your mom about whether she was feeling okay to take the cruise?
A. Yeah, she was -- I knew when my mom was sick and when she wasn't. She was fine.
Q. Can you elaborate on that?
A. We talked about her health, my health, everybody's health. That's what families do.
Q. When's the last time you talked to her about her health before getting on the cruise?
A. Before she came down.
Q. Okay. And what did you talk about?
A. How her headaches were, what she felt like.
Q. What did she tell you that she felt like?
A. She said she still had her headaches, but that was nothing new. She said she felt good.
Q. Okay. What about her breathing?

Page 19

A. Breathing was the same as it's always been.
Q. Did she always have difficulties breathing?
A. She had COPD. That's the meaning of COPD, shortness of breath, to a certain extent.
Q. Did you notice anything different about her breathing when she boarded on the cruise this time?
A. No, other than she was hot.
Q. She was complaining that she was hot?
A. Correct. Big weather change between Michigan and Florida.
Q. I bet. What's the -- I guess they're probably in the 60s at that point in time in July?
A. They were in the 50s.
Q. Oh, wow. Even -- okay. So I guess that is a big -- a big jump.
Did she make any other complaints other than being hot?
A. No.
Q. Okay. What did you all do after you picked your family up from the airport?
A. We went to my house -- no, they went -- they went to my sister's house and then my house.
Q. Juanita's house?
A. Correct.
Q. So at that time she was living in Spring Cove

Page 20

[sic] as well?
A. No. She lived in St. Augustine.
Q. Okay. And how long did they stay at your sister's home that evening?
A. I don't know. A few hours. They went out and did things and then came to my house.
Q. To -- out to dinner?
A. Honestly, I can't remember.
Q. Okay. Once she got to your house, they spent the night?
A. Yeah. We left in the morning to drive down to Miami.
Q. When she got to your house that night, did she make any comments about how she was feeling?
A. Tired. She went and laid down.
Q. What time did you all get up the next day?
A. 2:00 or 3:00 in the morning.
Q. And what time did she get home the night before from your sister's?
A. Around dinnertime. 7:00.
Q. Okay. That's what I was going to ask you. Dinnertime's different for everyone. Okay. 7:00.
Did she tell you why she was tired?
A. She just flew from Michigan. Pretty self-explanatory.

Page 21

Q. Well, I understand that, but did she indicate any other reason for being tired other than the travel?
A. No, just --
MR. MARKEL: Form.
THE WITNESS: -- travel.
BY MS. HARDEE:
Q. You got up at -- between 2:00 and 3:00 a.m.?
A. Correct.
Q. On the 3rd; is that correct?
A. Correct.
Q. Did you travel down to Miami on a bus or cars?
A. We drove.
Q. Drove. All in one vehicle?
A. Two.
Q. Who drove each vehicle?
A. I drove my truck and my sister drove her truck.
Q. Who rode in Juanita's truck?
A. My dad.
Q. And who else?
A. I can't remember if my kids rode with her or not.
Q. Okay. And then everyone else was in your vehicle?
A. Correct. Oh, my niece was in my sister's car.

Page 22

Q. So it's your dad, your niece, and your sister in her vehicle?
A. Correct.
Q. And then your kids?
A. I believe were in my car.
Q. With your mom?
A. We tried to switch at the rest stop.
Q. Okay. How long did it take you guys to get down to Miami?
A. I don't remember.
Q. Did you go straight to the port?
A. We stopped and ate, gas, rest stops to go to the bathroom.
Q. At any time did your mom indicate how she felt during the drive down?
A. No. She was fine. We sat and talked the whole drive.
Q. What did you guys talk about?
A. Life, everything.
Q. Did you talk about her health?
A. No.
Q. Your parents' relationship?
A. Sure. We talked about our lives, everything.
Q. How was your parents' relationship at that time?

Page 23

A. Fine.
Q. What does "fine" mean?
A. Good.
Q. Weren't having any arguments or issues at that time?
A. Just a married couple. There was really no argument. My mom was the boss.
Q. Did you know of any issues with your parents' relationship?
A. No. Past issues or current?
Q. Past issues.
A. As in what? Be specific.
Q. Any -- anything to do with his current girlfriend, Stacy Patton.
A. No.
Q. No?
A. Not even close.
Q. Okay. Do you know when he met her?
A. He's known her from the shop.
Q. Did your mom know her as well?
A. Did she know of my mom? I'm sure she did. Everybody knew my mom. She was a superior.
Q. Okay.
A. Supervisor.
Q. Okay.

Page 24

A. Sorry.
Q. Were they friends? Do you know?
A. No, they were not friends.
Q. Any particular reason?
A. My mom just didn't know her. I mean, she worked in the same shop.
Q. Okay. Were your parents having any current issues?
A. No.
Q. Do you remember when you got to the port, what time it was?
A. No. Maybe around 10:00 or 11:00. I'm not sure.
Q. Did you have any issues boarding the ship?
A. Any issues?
Q. Uh-huh.
A. No.
Q. Okay. Was your mom able to walk onto the ship?
A. Yeah.
Q. On July 3rd, did your mom make any complaints regarding issues with her breathing?
A. No.
Q. What did you all do that day on July 3rd once you got on the ship?

Page 25

A. Went to our cabins.
Q. Who was in your cabin?
A. My sister and my kids.
Q. And who was in your parents' cabin?
A. My parents and my niece.
Q. And I just want to clarify, your brother did not attend the cruise?
A. No.
Q. Okay. Any particular reason why he wasn't on the cruise?
A. He couldn't afford it.
Q. So who paid for the cruise?
A. I paid for everything and then everybody paid me.
Q. So you split it all?
A. Yes.
Q. And who paid for Makayla?
A. My mom and dad.
Q. After you got to your cabins, tell me what you did that day on July 3rd.
A. Explored the boat, went to dinner.
Q. Did you all explore the boat together, or did you split up?
A. Yes, together.
Q. Okay. So how long did you all explore the

Page 26

boat for?
A. Until the casino opened.
Q. And what happened once the casino opened?
A. We played at the casino.
Q. Okay.
A. Took turns.
Q. Okay. Who was watching the children?
A. That's why we took turns.
Q. Okay. And how long did you stay in the casino? I know, obviously, you all took turns.
A. Periodically through the night till probably like midnight. I don't know. A long time, throughout the night.
Q. And so you said that you took -- all took turns.
A. Correct.
Q. Was -- how long would the length of each turn take?
A. Varied on how long my kids could take it. They wanted mommy time.
Q. Ah, okay. Were you in the casino at any time with your mother?
A. Quite often, yes.
Q. Okay. Was she enjoying herself?
A. Yes.

Page 27

Q. Playing the slots or cards?
A. Yes. Slots.
Q. Slots? Okay.
Did she look okay that night?
A. She looked fine.
Q. Okay. Did she make any comments about her COPD --
A. Nope.
Q. -- or any other health issues?
A. She had a headache. But there was a lot of noise in the casino.
Q. Right. But headaches were something that were normal for her?
A. That's very normal.
Q. Did she bring any medications with her on the cruise?
A. Her inhaler and I think some pills for her headaches.
Q. Did she have any steroids?
A. I don't think so.
Q. So around midnight, everyone went back to their cabin?
A. No. I went back to my cabin.
Q. Okay. With the kids?
A. My mom went before then, yes. My dad stayed

Page 28

because he was winning.
Q. Good reason.
All right. So your dad stayed in the casino until about what time? Do you know?
A. Wouldn't have a clue.
Q. I'm sorry?
A. Wouldn't have a clue.
Q. Okay. He didn't tell you the next morning or --
A. Nope.
Q. Okay. And what did your mom do the rest of the evening after --
A. She went to sleep.
Q. Okay. So she went back to her cabin at midnight as well?
A. Yes, we all -- we went to bed. My dad just didn't go to bed.
Q. Okay. So everyone retired back to their cabin except for your father?
A. Right.
Q. Okay.
A. We came up periodically to go smoke.
Q. And you said we smoke. Who was "we"?
A. Me and my sister.
Q. Okay. What about your mom?

Page 29

A. She smoked too.
Q. Did she get up during the evening after midnight to --
A. Maybe once --
Q. Okay.
A. -- that I seen.
Q. How often does she smoke during the day, how many cigarettes?
A. Probably half a pack. Depends if she's working.
Q. Okay.
A. Sometimes less.
Q. On the cruise, was she smoking about a half a pack a day?
A. Not even close.
Q. Okay. How much -- how many cigarettes do you think that she was smoking on the -- on the cruise?
A. Maybe ten. Five to ten. I'll say five to ten.
Q. Okay. Any reason the change?
A. You can only smoke in one spot.
Q. Okay. So she's kind of restricted?
A. Yeah.
Q. Okay. So now we're on July 4th. What time did you guys get up that morning?

Page 30

A. I don't remember.
Q. Did you have breakfast?
A. Yes.
Q. Okay. Did you all go together for breakfast?
A. Yes.
Q. So it was before noon?
A. Yes.
Q. Okay. So on July 4th, you guys were out at sea the whole day.
A. Correct.
Q. What did you do on the -- on the ship that day?
Was there anything special due to July 4th?
A. No.
Swimming, golf, water, splash pad, casino, food.
Q. And did your mom stay with you guys the whole time?
A. Yes.
Q. So about how long were you out of your cabin on July 4th?
A. Pretty much the whole day.
Q. Okay. Do you remember what time you retired?
A. I don't.
Q. Okay. Did you go to dinner that evening?

Page 31

A. Yes.
Q. Was it a sit-down dinner or --
A. Yes.
Q. Okay. Did your mom make any comments that day about not feeling well?
A. No.
Q. Did she look well?
A. Yes.
Q. How was her walking?
A. Fine.
Q. Did you all walk a lot that day around the ship?
A. I mean, you can only walk so far. It's a ship. But, I mean --
Q. It's a pretty big ship.
A. Well, you can only go so many places. We had kids. Casino, food, sit down and watch the kids play.
Q. Okay. Did you all do the same thing you did the day before, switch off with the kids so --
A. Pretty much.
Q. -- the two of you all could go to the casino?
A. Yes.
Q. So during the time your mother had the kids, what would she be doing with them?
A. She'd watch them at the splash park or pool.

Page 32

My kids weren't allowed to be alone.
Q. She ever make any comments to you about not feeling well that day or having difficulty breathing?
A. No.
Q. About what time did you all go to dinner?
A. I'm not sure. It was designated time. It was the same every night.
Q. So you weren't sure if it was the first or second seating?
A. Not sure.
Q. Okay. Was it -- do you remember if it was earlier in the evening or later?
A. Later, I think.
Q. Okay. How late did you stay out on July 4th before you went to -- back to the cabin?
A. Explain that more.
Q. What time did you go back to the cabin?
A. To stay?
Q. To stay, to go to sleep.
A. To go to sleep?
Q. Uh-huh.
A. I'm not sure because, same as during the day, when the kids went to bed, which they went to bed about 8:30, 9:00, somebody was always in the room with them.
Q. So you still alternated taking care of the

Page 33

children so you all --
A. Uh-huh. Correct, until I went to bed.
Q. Okay. And what time was that?
A. Couldn't tell you.
Q. Was it after midnight?
A. Could have been.
Q. Do you know what time your mother went to -- to bed that evening?
A. She got up throughout the night to check in on us.
Q. How many times?
A. Not sure.
Q. When you say "to check in," did she go find you on the ship or she'd come to --
A. Yes.
Q. Okay.
A. It wasn't hard to find.
Q. Okay. In the casino?
A. Correct.
Q. Okay. She wanted to see if Mr. Noon was winning again?
A. Pretty much.
Q. Or spending the winnings from the night before?
A. He did good.

Page 34

Q. Okay. Understood.
Did your mom go back to her cabin on July 4th at any time to --
A. Take a nap.
Q. -- take a nap?
A. Uh-huh.
Q. Uh-huh. How many times?
A. Once, I think. My kids went with her. They watched TV for a little while.
Q. Do you recall how long that was?
A. Maybe an hour, an hour and a half.
Q. Did she indicate anything to you about how she was feeling after her nap?
A. (Shakes head.)
Q. She made no comments at all that day?
A. Other than she had a headache. She always has a headache.
Q. Okay. Was she taking her medications as she was supposed to while she was on the cruise?
A. Yes.
Q. Was anybody watching her, making sure that she was taking her medications?
A. All she took was PRNs.
Q. Okay.
A. There's no set time.

Page 35

Q. What about her inhaler?
A. She takes it as needed.
Q. So on the 3rd, did she use her inhaler at all?
A. I don't think so.
Q. And what about on July the 4th, did she use her inhaler that day?
A. She might have used it in the morning. She might use the inhaler in the morning, but I wouldn't have seen that.
Q. Okay. Did she tell you that she used it?
A. No. I didn't ask.
Q. Was there any special activities that evening for the Fourth of July, any fireworks or anything like that that you saw?
A. I can't remember. I'm sure there was something, but honestly it was years ago.
Q. I understand it's two years.
A. (Nods head.)
Q. Okay. So on July the 5th, you reported in Ocho Rios?
A. Jamaica.
Q. Jamaica.
So you did an excursion that day; you went snorkeling?
A. Correct. Correct.

Page 36

Q. Is that where you went snorkeling?
A. We went shopping and then snorkeling.
Q. All right. What time did you leave the ship that morning? Let me back up. Strike that.
What time did you get up on July 5th?
A. We ate breakfast. Vacation, you don't look at clocks.
Q. I understand.
You all got up and went to breakfast together?
A. Yeah. One gets up, we get everybody up.
Q. Okay.
A. Kids are always up first.
Q. Of course.
Did your mom make any comment about how she was feeling that morning?
A. No.
Q. Do you know if she used her inhaler that morning?
A. I don't think so, but I'm not sure. I wasn't in her room.
Q. Understood.
Did she use it at any time during the day that --
A. Not that I witnessed.
Q. Okay. Did she ever tell you that she used it?

Page 37

A. No.
Q. Do you remember what time you left the ship that morning?
A. As soon as they let us out the boat.
Q. Okay. You're right there?
A. Uh-huh.
Q. Okay. Did you go straight to the place where you were doing the excursion for snorkeling?
A. No. I said we went shopping first.
Q. Went shopping. Okay.
How long did you shop before you went snorkeling?
A. We went to three stores.
Q. Did you purchase anything?
A. Yes.
Q. What did you get?
A. Key chains, bracelets, necklaces. My kids bought stuff. I think I got a bottle of alcohol.
Q. Okay. Some rum?
A. Banana rum.
Q. There you go.
What about your mom? Did she get anything?
A. Yes.
Q. What did she get?
A. Gifts for her clients.

Page 38

Q. These are for the elderly persons that she was taking care of?
A. Correct.
Q. Okay. What types of gifts did she purchase?
A. A hat for one -- or visor, and then I can't remember what she got for the other one.
Q. How far did you all walk that morning?
A. To the taxi, from the taxi into the stores, around the stores, into the taxi, and then to the boat.
Q. Okay. So how far was the distance between each -- each one when you got out and walked to the store? Was it less than a mile or just a few hundred feet or --
A. A few hundred feet.
Q. Okay.
A. I mean, you park and then the store's right there.
Q. So no extensive walking?
A. No.
Q. Any particular reason why you took taxis to each store rather than walking?
A. We only had so much time.
Q. Okay.
A. It was the same taxi.
Q. Oh, okay. So he just dropped you from one?

Page 39

A. He took us to the best stores, is how he put it.
Q. Okay. What time was your snorkeling excursion?
A. I'm not sure.
Q. So after you went to the three stores, then you went to the snorkeling excursion?
A. Correct.
Q. And how long was the snorkeling excursion?
A. I don't know.
Q. Okay. Don't know if it was a one-hour, two-hour?
A. I can't remember. A couple hours, I think.
Q. Did your mom snorkel that day?
A. No.
Q. So she went with you but she stayed on the boat?
A. Yeah.
Q. You're laughing.
A. She wasn't big on swimming.
Q. Oh, okay. Did she know how to swim or --
A. Yeah.
Q. Okay. She just didn't want to --
A. Yeah.
Q. Okay.

Page 40

A. She just wasn't big in swimming.
Q. Did they not have the little boards for you guys to use to -- to keep you afloat?
A. No, they didn't.
Q. No? Okay.
A. Uh-uh.
Q. Because that would make it a little bit more difficult to be in the water that long.
A. Yeah.
Q. Okay. How was your mom feeling once you all got on -- on the boat?
A. Okay.
Q. You say okay. Did you see any change in how she was feeling?
A. Well, she was feeling -- yeah, you could see that she was starting to feel a little something coming on.
Q. And you say -- I know that -- you said see something coming on. I mean, obviously you see her every day, you know what that means, but I don't. Can you explain that to me?
A. My mom has allergies and she gets bronchitis quite often. So you could tell when she was starting to get a little sick. Just the color of her skin, the way she looked, her eyes.

Q. Okay. So the color of her skin, was she getting paler or flushed or --
A. Just a little -- little lighter than her tan.
Q. All right. So she was tan?
A. Yeah.
Q. Okay. And you said that the -- the color of her eyes?
A. No. I said the look of her eyes.
Q. The look of her eyes. Sorry.
A. You know, like when you have allergies, your eyes get a little puffy.
Q. Okay. So around her eyes were puffy?
A. A little tiny bit. Like I said, it was just coming on.
Q. All right. Could you hear her wheezing or could you hear her --
A. She always wheezed a little bit.
Q. Okay.
A. That was the COPD.
Q. Was she -- was her breath more belabored that day?
A. A little from the heat, I think.
Q. Did the boat have a cover where she could sit under?
A. Yes.



Q. Okay. So she sat out under the cover the entire time?
A. Yes.
Q. You said that you -- you noticed physical changes in her, in her appearance and how she was feeling. Did she make any comments?
A. Just tired.
Q. Tired?
A. Just that she was thinking she was getting a cold.
Q. And these are things that she told you? She told --
A. Uh-huh.
Q. Okay. Did she request to go back to the ship?
A. No. It wasn't serious. She always would get sick here and there, colds, weather change.
Q. So it wasn't uncommon for her to get pneumonia or bronchitis?
A. Bronchitis.
MR. MARKEL: Form.
THE WITNESS: She'd get pneumonia here and there usually. She was doing really good for a while. Through the years, she'd get pneumonia.
BY MS. HARDEE:
Q. Okay. Through the years, she'd get pneumonia?



A. Yeah, but she -- before she passed away --
Q. Uh-huh.
A. -- that year, she was actually -- those -- the first -- those two years she was doing pretty good.
Q. And this is from -- so let's back up a little bit. In the last five years before she passed, how often would you see your mom?
A. Quite often, depending on if my kids were up there or not.
Q. So they went up there often to visit?
A. Then my parents kept them for six months.
Q. Okay.
A. So then I went up every month. And then we'd go up here and there as much as we could afford, and then they'd come down here.
Q. And when was it that they kept your children for six months? What year was that? Was it the year prior to her passing?
A. I want to say '16, because it was from Christmas through to the '17. To --
Q. So 2016?
A. 2016 through to the 2017.
Q. Okay. Which would have then led you coming up to their home in February when you all --
A. Correct.



Q. -- when you called the --
A. Correct.
Q. -- the travel agent?
A. Correct.
Q. Okay. So the last three years before she passed, you lived down here in Florida.
A. Correct.
Q. After your children came home in 2017, how often would you see your mom?
A. A couple times a year. I mean, it wasn't that much longer.
Q. Understood.
It would have been about a year and a half.
A. Yeah.
Q. And you said you talked to her on the phone?
A. All the time.
Q. Okay. Couple times a week? Once a week?
A. Oh, yeah.
Q. And based on what she told you, you believe that she was -- that her health was -- was good at the time --
A. Yes --
Q. -- the year before?
A. -- very much so.
Q. Did she always share with you how she was

Page 45

doing health-wise?
A. Yes.
Q. Was she honest with you about --
A. Oh, yes.
Q. Or did she hide --
A. Never tried to hide.
Q. Okay.
A. We took her to the doctors and stuff too. My mom was my everything.
Q. Understood.
A. Our family was extremely close.
Q. Okay. When you lived up in Michigan, you would take her to the doctor?
A. Correct. She'd get shots for her headaches and she couldn't drive.
Q. Was that to Dr. Schmidt?
A. Yes.
Q. Okay. Okay. So going back to July 5th -- I know we deviated just a little bit, but going back to July the 5th, she mentioned to you that she was tired and thought she had a cold coming on?
A. Yes.
Q. She was wheezing a little bit more than --
A. Yes.
Q. -- usual?

Page 46

Okay. Do you know what time you got back to the ship that afternoon?
A. I don't.
Q. Was it before lunchtime?
A. No, it couldn't have been before lunch.
Q. Okay. Did you eat lunch --
A. It had been after -- like around 3:00 or 4:00, I'm thinking.
Q. Okay.
A. I'm not positive, but --
Q. Understood.
Did you eat lunch on the island?
A. We ate when we came back. No.
Q. Okay. On the ship?
A. Uh-huh.
Q. Did she join you for lunch?
A. Yes.
Q. And what did you do when you -- after lunchtime?
A. I think we all rested.
Q. Everyone went back to the cabins?
A. I think so, yeah.
Q. For how long?
A. I'm not sure.
Q. Did your mom specifically request to go take a

Page 47

rest?
A. No. We were all tired. Snorkeling is a lot of work.
Q. Been a long day?
So how long did you -- did you rest that day?
A. I can't remember.
Q. Over an hour or --
A. I'm not sure. I know I napped.
Q. Okay. When you got up, did everyone get up at the same time or --
A. No. I think it varied. I'm not sure -- I don't think my parents got back up for a little while.
Q. So you went and did things on the ship while your parents remained resting?
A. We went and ate.
Q. Without your parents?
A. Yes.
Q. Okay. So by this time, it's dinnertime?
A. No. We just ate a lot.
Q. Okay. Understood. It's a cruise, right?
So you went and snacked?
A. Yes.
Q. It's all right. I would too.
So did -- did everyone reconvene for dinner --
A. Yes.

Page 48

Q. -- or -- or prior to that?
A. To dinner.
Q. Okay. So the next time you saw your parents was at dinnertime?
A. No. I -- we'd peek in. I asked them if they needed anything, stuff like that.
Q. Okay. How often did you do that?
A. Whenever we had to go change or come down to the room or -- it varied.
Q. And how did your mom seem at that time when you would check in with her each time?
A. Fine. Sleeping.
Q. Oh, so she was asleep?
A. She was -- well, on and off. Sometimes she would be dozing off or sometimes they'd be watching TV.
Q. Did she look any different than she did when she was out on the boat earlier?
A. No. No.
Q. Same condition?
A. Yeah.
Q. Okay. All right. So you went to dinner that evening?
A. Uh-huh.
Q. Later dinner; is that correct?
A. Uh-huh.

Q. Sit-down dinner?
A. Yes.
Q. How was your mom doing that evening with walking to dinner?
A. Fine.
Q. And how was she health-wise, as far as wheezing --
A. Other than just, you know, feeling like she's a little sick from the cold and said she thought she was getting a cold.
Q. Okay. Did she have any medication to take for her cold?
A. I don't think so.
Q. Okay. Did she ever say that she wanted to go to the medical clinic to be seen?
A. No.
Q. Did anyone suggest that she go be seen by -- by the doctor?
A. Not for a cold.
Q. Okay. Okay. So what did you all do that evening? Casinos again?
A. Probably.
Q. Did your mom stay out with you guys? Did you all alternate taking care of the kids?
A. I'm sure we alternated. We always alternated.



Q. Did your mom go to -- did she retire to her cabin earlier this evening?
A. I'm not sure. I know she did go -- go to the casino that night too.
Q. Okay. And how was her appearance that evening in the casino?
A. Other than a little bit tired, she looked -- still looked tired, she was fine.
Q. And she said she was fine?
A. Yeah. She was winning.
Q. Winning equals fine?
A. (Nods head.) Well, I mean, she was having fun, so --
Q. Okay. She was enjoying herself?
A. Yes.
Q. Despite her --
A. Yes.
Q. -- her cold and so forth?
Okay. How long did you all stay in the casino that night?
A. She didn't stay very long. We went off -- on and off.
Q. So what time did you -- did she retire to her cabin?
A. I'm not sure.



Q. Before midnight?
A. I'm sure. I'm sure she came back though. She'd come back, you know. Same thing as the night before.
Q. Okay.
A. She didn't sleep all through the night. She'd come and visit us and -- make sense?
Q. So you all would stay in the casino till the early morning hours?
A. Sometimes.
Q. Okay. I mean, it's -- it's okay to say. I'm just trying to get a feel for --
A. Yeah.
Q. -- what you were doing. I mean, that's probably what everybody was doing. I mean --
A. Yeah.
Q. Okay. So she wouldn't stay with you the whole time, but she'd come and check in --
A. No, she never did. She didn't --
Q. -- come play for an hour or so --
A. Yeah.
Q. -- then go back to her cabin, then come back and join you guys?
A. Yeah.
Q. Okay. So that would just go on and off that



evening?
A. Yeah. I mean, she'd eventually stop and stay in bed, but --
Q. Okay. But you're not sure if that was 3:00 in the morning or 4:00 in the morning?
A. No, couldn't tell you.
Q. Okay. But it was the early morning hours?
A. I couldn't tell you. There's no windows, like it -- I couldn't tell you. I'm not sure.
Q. Okay. So the next day --
A. Am I allowed to drink?
Q. Yeah. We'll take a break. You want to take a break? I need to go to the restroom anyways, so --
A. Okay.
Q. -- it's a good time to take a break.
THE VIDEOGRAPHER: We're off -- we're off the record at 12:00 noon.
(A break was taken from 12:00 p.m. to 12:09 p.m.)
THE VIDEOGRAPHER: We're back on the record at 12:09.
BY MS. HARDEE:
Q. Ms. Leonard, I think we --
A. Lenard.
Q. Lenard. Sorry. I believe we left off, we

were getting to July the 6th, where I believe this day you all went to Grand Cayman; is that correct?
A. Correct.
Q. Okay. And you had an excursion that day as well?
A. Correct.
Q. I believe you said that day that -- swimming with the stingrays?
A. Uh-huh. Correct.
Q. Okay. Prior to that excursion, did you all do anything as the group?
A. No. We didn't have time.
Q. Okay. So what time did you all get up on July the 6th?
A. We had breakfast.
Q. I understand that -- okay. You had breakfast. Sometime before noon?
A. Yes.
Q. Okay. Did you get off on the ship as soon as they told you you could go that day as well?
A. Yes. Yes.
Q. Did your mom go with you?
A. Yes.
Q. Okay. You indicated that you didn't have time. Was this a short excursion?



A. It was -- like we didn't have much time from when they let us off the boat to make it to the -- the next boat.
Q. To get to your excursion?
A. Correct.
Q. Okay. So you went straight from the boat to the boat that you needed to go to --
A. Yes.
Q. Okay. And your -- your mom went with you?
A. No.
Q. She did not go with you?
A. No.
Q. She got off the boat, but she didn't go --
A. Her and my dad went walking around.
Q. Okay. So they stayed on the island while you all went and did your --
A. Yes. Correct.
Q. -- swimming with the stingrays?
A. Correct.
Q. Okay. How was your mom feeling --
A. Not good.
Q. -- on that -- not good? And can you explain to me what you mean by "not good"?
A. Really tired, really short of breath.
Q. Are you okay?



A. Uh-huh.
Q. Okay. Did you notice anything different about her physical appearance this morning?
A. She was whiter, paler.
Q. Anything else? What about her breathing?
A. It was hard for her.
Q. Difficult?
A. Yeah.
Q. So she was having difficulty breathing?
A. Uh-huh.
Q. More than usual?
A. Yes.
Q. And it was worse than the day before?
A. Yes.
Q. Did she use her inhaler that day?
A. I didn't witness it, but I'm sure she did.
Q. Did she ever tell you that she used her inhaler?
A. Not that I can remember -- yes. I take that back.
Q. It's okay.
A. Yeah, she did, because we asked her.
Q. And that was the morning --
A. Yes.
Q. -- before the excursion?



A. Yes. Sorry.
Q. That's okay. Any time I ask you a question and it comes back to you, feel free to let me know. Okay?
How many times did she use her inhaler?
A. I'm not sure. She just said she used her inhaler.
Q. She used it. Okay.
Okay. And she stayed on the island and went walking around shopping with your father?
A. Correct.
Q. How long was the swimming with the stingray excursion?
A. The whole time until we went back to the boat. We stopped -- on the way back, we went to a couple of stores and met my parents and then went to a couple of more stores and then went back, so --
Q. Do you know how long the swimming with the stingrays excursion was?
A. I don't. Hour and a half, two hours maybe.
Q. Okay. So an hour and a half to two hours?
A. Correct.
Q. Okay. When you first met up with your -- with your parents, how did your mom look at that point?
A. Tired.

Page 57

Q. Worse than she looked that morning?
A. Correct.
Q. Did anyone suggest that she go to the medical center?
A. She said that she thought after she felt better -- or after she took a nap and stuff, she'd feel better. She got -- she gets sick. And it was getting close to being done, the cruise.
Q. Okay. So I guess I'm trying to understand that. So she didn't -- she didn't think that it was serious at this point?
A. She didn't think it was serious, no.
Q. She didn't want to ruin the cruise by going to the medical center?
A. No. She just didn't think it was serious.
MR. MARKEL: Form.
BY MS. HARDEE:
Q. Okay. So once you met up with -- with your parents, you went to a couple more shops?
A. Yeah, right there by the boat.
Q. Okay. So just right off the port?
A. Yeah.
Q. Okay. And then how long did you stay?
A. Not very --
Q. Less than an hour?

Page 58

A. Yes.
Q. Now, and you mentioned that your mom stated that she thought after she took a nap that she'd feel better. So did she go back to her cabin --
A. Yes.
Q. -- at that point when you got back on the boat?
A. Yes.
Q. Did anyone go with her?
A. I think my dad.
Q. How long were they in their cabin?
A. I'm not sure.
Q. An hour? More than an hour? The rest of the evening?
A. I'm not sure. I went and hung out with my kids.
Q. Okay. When's the next time you saw your mom?
A. Dinner.
Q. And this was the later dinner again?
A. Yes.
Q. Did she meet you down at dinner, or did you meet her at the cabin?
A. Cabin.
Q. How did she appear at that point?
A. Not good. Sick.

Page 59

Q. Anything change about her physical appearance at that point?
A. No, not more than it was earlier in the day.
Q. Okay. So resting didn't seem to -- to have helped?
A. No.
Q. She was still having difficulty breathing?
A. Correct.
Q. Still pale?
A. (Nods head.)
Q. And she was having headaches at this point too?
A. She didn't -- she had a headache, but it wasn't as bad as it normally was --
Q. Okay.
A. -- because she had just got up from her nap.
Q. Okay.
A. Usually that helps a little bit.
Q. And did she mention about using her inhaler again?
A. No.
Q. At this point in time, did anyone suggest that she go to the medical center to be seen?
A. She didn't want to. She said it wasn't -- she'd be fine.

Page 60

Q. Did she walk to dinner this night?
A. Yes.
Q. How was her walking that evening? Was she able to walk fine?
A. Slower.
Q. Slower? How much slower? Significantly slower than she usually walks?
A. Yes.
Q. Did anyone assist her with walking?
A. No.
Q. No one held her hand or hold her up to walk?
A. (Shakes head.)
Q. At this point, did you get a wheelchair, or was she able to make it to dinner this evening?
A. That was -- what was the date?
Q. We're on July 6th.
A. And the cruise ended on the 7th, right?
Q. On the 8th.
A. So then she was --
Q. The morning of the 8th was when you disembarked.
A. Okay. So she was walking -- she was walking slower, but she was still walking. She went and had dinner and everything.
Q. Okay.

Page 61

A. It was the next night that she --
Q. Okay. So on this particular night after dinner, did you all proceed to go to the casino again?
A. Some of us did.
Q. Okay. And who was "some of us"?
A. My dad, me. My sister would come here and there. I think my mom came a couple of times.
Q. How long did she stay out?
A. Not very long. She played a little bit and then went back -- went back to her room.
Q. Like less than an hour each time or --
A. Yeah.
Q. Was she watching the kids or was someone else?
A. They were with my niece --
Q. Okay.
A. -- or my sister, whichever was not at the casino.
Q. Oh, Makayla?
A. Yes.
Q. Okay. How old is she?
A. She's 17.
Q. 17. Okay. For some reason I was thinking that she was a little bit younger. Okay.
So she would be watching them sometimes as well?

Page 62

A. Yeah.
Q. Okay. After dinner, did your mom -- or, excuse me, during dinner did your mom make any comments about how she was feeling?
A. No.
Q. Did anyone try to encourage her to go the medical center again?
A. She said she'd be fine.
Q. So someone did encourage her or --
A. I asked her if she was going to the doctors, and she said, no, she'd be fine.
Q. And that was at dinner?
A. Uh-huh.
Q. Do you know what time your mother went to retire in her cabin for the final time that evening?
A. I don't.
Q. Was it after midnight?
A. No. It was before midnight.
Q. Okay. Before 10:00?
A. I'm not sure.
Q. When you went back -- what time did you go back to your cabin for the final time that evening or that morning?
A. I'm not sure. I got up through the night.
Q. And why did you get up through the night?

Page 63

A. Couldn't sleep.
Q. Why was that?
A. Because I'm a night person.
Q. Okay. And you're used to working at night?
A. Yes.
Q. Okay. Did you check in on your mom?
A. No. She was sleeping.
Q. Okay. Did she ever get up during the evening to go smoke?
A. Not after she went to bed the final time.
Q. Okay. So we're up to July 7th. On this day is -- you're at sea?
A. Correct.
Q. Coming back to Miami?
A. Correct.
Q. Same thing that morning? Everyone got up and went to breakfast together?
A. Yes.
Q. How was your mom on this day?
A. Not feeling good.
Q. How did she look to you on this day?
A. Pale.
Q. Paler than the day before?
A. Yeah.
Q. How was her breathing?

Page 64

A. Worse.
Q. Could you tell that she was struggling?
A. It wasn't as bad until the evening. Till like -- well, late afternoon.
Q. So when she -- when you saw her that morning, was her breathing the same as it was the evening before?
A. Yeah. It wasn't --
Q. Wasn't any better?
A. She could still breathe, but she wasn't as -- wasn't worse.
Q. So it was about the same?
A. Yeah.
Q. And then throughout the day, it got worse?
A. Yeah.
Q. Was she able to walk to breakfast?
A. Yes.
Q. Did anyone assist her with walking?
A. Not that I remember.
Q. Was her walking slower than the day before?
A. A little bit, but not as -- not bad.
Q. Did anyone suggest to her that morning that she should go to the medical center?
A. I don't think so.
Q. What did everyone do after breakfast?
A. I went and hung out with my kids.

Page 65

Q. And what did your mom do?
A. She came with us for a little bit, and then she went back to the room.
Q. How long did she stay with you that morning?
A. Not that long. She stayed in the room most of the time.
Q. So she stayed with you less than an hour that day?
A. Yes.
Q. So she stayed in her cabin for the majority of July 7th?
A. Correct. We went to dinner.
Q. Did she -- what about lunch? Did she come out for lunch?
A. She wasn't hungry.
Q. Did anyone bring her anything to --
A. I offered to bring her food. She didn't want anything.
Q. Did anyone ask her again if she should go to medic?
A. No.
Q. No one did or she said no?
A. No one did.
Q. Okay. So everyone left her to rest in the room?

Page 66

A. My dad stayed with her.
Q. Did he stay with her the whole day?
A. No.
Q. How long did he stay with her that day?
A. I'm not sure.
Q. Off and on?
A. Yes.
Q. Did everyone go to lunch together except for your mother?
A. No. Me and my kids went, my sister and my niece went, and my parents were in the room.
Q. Okay. About what time was that?
A. I couldn't tell you.
Q. It's okay.
So you just hung out on the ship that day, went to the splash pad, whatever, with the kids?
A. Correct.
Q. Checked in periodically with your mom?
A. Correct.
Q. She wasn't hungry for lunch?
A. Correct.
Q. And she didn't say anything about wanting to go to the medical center?
A. No.
Q. Okay. So you had mentioned that you went to

Page 67

dinner?
A. Yes.
Q. Okay. Did everyone go to dinner that evening?
A. Yeah. It was the captain dinner.
Q. So you had dinner with the captain?
A. Well, you dressed up in formal wear.
Q. Uh-huh. Did your mom dress up that evening?
A. Yes.
Q. Is this the later dinner again?
A. Yes.
Q. Was she able to walk to dinner?
A. Yes.
Q. How did she look to you that evening?
A. Pale.
Q. Paler than before?
A. Yes.
Q. What about her breathing?
A. She was having problems breathing.
Q. Can you describe that for me, please?
A. She could breathe, but it was -- you could hear the wheezing and shortness of breath.
Q. Did anyone at dinner suggest that she go to the medical center?
A. Not to my knowledge.
Q. Did she make any mention herself of wanting to

Page 68

go see the medical -- medical doctor?
A. No. No.
Q. How long were you all at dinner?
A. Hour.
Q. Did your mom stay the entire time?
A. Yes.
Q. Did she eat?
A. Not really.
Q. Did anyone take dinner back to the cabin for her?
A. She was with us.
Q. But -- I know, but you said that she didn't really eat. When you went back, did you take any food?
A. We didn't go back after.
Q. You didn't go back? Where did you go?
A. We went and took pictures.
Q. And where did you go take pictures?
A. Around the boat.
Q. You want to take a break?
A. (Nods head.)
Q. Okay.
THE VIDEOGRAPHER: We're off the record at 12:28.
(A break was taken from 12:28 p.m. to 12:34 p.m.)

THE VIDEOGRAPHER: We're back on the record at 12:34.
BY MS. HARDEE:
Q. I believe that we left off with that you went around the boat taking pictures?
A. Correct.
Q. Okay. Any particular reason for taking pictures that evening?
A. Because I wanted the pictures.
Q. Okay. You're all dressed up that evening?
A. Yes.
Q. How many photos did you take that evening around the boat?
A. Lots.
Q. Okay. So how long did you all stay out taking photographs?
A. At least an hour and a half.
Q. And how was your mom doing during this time?
A. Putting on a brave face. Because I wanted it, so she was going to do it.
Q. And I hate to ask you, but -- because I think I know what you mean, but putting on -- you say "putting on a brave face."
A. She wasn't feeling well. She really didn't want to do it.



Q. Did she tell you that she didn't want to do it?
A. No, but she just wasn't feeling up to it and I knew it.
Q. Okay. After the pictures, what did you all do next?
A. She went to her room.
Q. Did anyone go with her?
A. We went and seen my dad in the casino first.
Q. I'm sorry. I got a little bit confused. You said she went to her room by herself?
A. No. We went to see my dad first, and then she went to her room.
Q. Oh, okay. So your dad didn't go around with the --
A. No. He didn't want -- he wasn't big on pictures.
Q. Okay. So it was your niece, your children, your sister, you, and your mom?
A. Correct.
Q. Okay. And so then you all stopped by the casino to see your father?
A. Yes.
Q. And how long were you in the casino to see him?



A. Not long. My mom left pretty quickly.
Q. 30 minutes? Less?
A. A lot less. She just -- we just stopped in, then she went to the room.
Q. Did she go by herself, or did someone walk with her?
A. I think my sister walked with her.
Q. So Juanita went with her?
A. Yes.
Q. So it was just Juanita and your mom?
A. And the kids, they all went back, because I stayed in the casino with my dad.
Q. Okay. Did your mom come out for the rest of the evening?
A. She came out an hour or two later. She wasn't doing good.
Q. And you said she came out to the casino?
A. Yes.
Q. Okay. Did she tell you she wasn't doing good or --
A. She could barely walk. So, I mean, it was hard for her to walk. She got really winded. So I got her a wheelchair.
Q. Okay. Did she come down there by herself or was Juanita with her?



A. Yes. By herself.
Q. All right. So you went and got her a wheelchair?
A. I went right there and I asked the bartender at the casino, and they called and got a wheelchair brought up for her.
Q. Did you ask her if she wanted to go see someone in the medical center?
A. She didn't want to go. Yes, we asked.
Q. You and your father?
A. Correct. Well, me. My dad just stood there trying to comfort her.
Q. Okay. So you asked her if she wanted to go to the medical center; she said no?
A. Correct.
Q. Did she want to go back to her room or stay with -- with you?
A. She went and said that she needed to get the money off her card because it was the last night, so her and my dad did that.
Q. So your dad wheeled her in the wheelchair --
A. Correct.
Q. -- to guest services?
A. To the cash out.
Q. Okay. To get the money off of her card?

Page 73

A. Correct.
Q. From the casino?
A. Correct. Her winnings.
Q. How much did she have? Do you know?
A. I don't know.
Q. So after they got the money off the card, where -- where did they go?
A. We all walked back to the room.
Q. Okay. So they came back to the casino to get you after that?
A. No. We all --
Q. Oh, you all went?
A. Yeah.
Q. I apologize.
A. It was right there.
Q. Okay. So you got the wheelchair?
A. Right here. Yeah.
Q. Uh-huh.
A. Got the wheelchair. It's like literally like right there.
Q. Just a few feet away?
A. Yeah. To get the --
Q. All right. So prior to going back to the room, she said she wanted to get the money off the card?
A. Right, because you have to get it off --

Page 74

Q. Prior to --
A. Yes.
Q. -- disembarking?
A. Yes.
Q. Okay. So you got the money off the card. How long did that take?
A. Not very long. There was like two people standing in line in front of them.
Q. So 20 minutes or less?
A. Less.
Q. Less than 20 minutes?
A. Correct.
Q. Less than 10 minutes?
A. I'd say about 10 minutes.
Q. So then you walked her back to the cabin?
A. Me and my dad did.
Q. Well, wheeled her back to the cabin?
A. Yeah, my dad did.
Q. Describe for me how she looked at this point once you get back to the cabin.
A. Not good. Just very pale, struggling to breathe even in the wheelchair. She just wasn't doing well.
Q. Did you ask her to go to medical?
A. Yeah. She didn't want to. She said she'd be

Page 75

fine; we were getting off the boat tomorrow.
Q. Is this generally how your mom --
A. Very stubborn. But she didn't know --
Q. Is there oftentimes where she didn't feel well but she wouldn't necessarily go to the doctor?
A. She would go to the doctor -- her doctor if she wasn't feeling well --
Q. Uh-huh.
A. -- and it got to a certain point. She'd call up her doctors, they'd get her right in.
Q. Okay. So do you think that it was that she didn't want to see someone that she didn't know on the ship?
MR. MARKEL: Form.
THE WITNESS: No. I think that she thought that she'd be fine until we got off the ship.
BY MS. HARDEE:
Q. Okay. So what happens once you get her back to the cabin?
A. Her and my dad and my niece and my sister stayed in that room, and I stayed in my room with my kids.
Q. Okay. So it was Juanita, Makayla, and your dad that stayed with your mom?
A. Correct.

Page 76

Q. And so Juanita changed rooms so she could watch after your mom?
A. Correct.
Q. About what time was this?
A. I couldn't tell you.
Q. When's the next time you see your mom?
A. In the morning.
Q. Okay. So were you aware that your dad went to the medical center to get --
A. Not until the morning and I went in there and she was on oxygen.
Q. Okay. So what did they tell you about the oxygen?
A. That they called last night and got the oxygen.
Q. Was it your mom that wanted the oxygen?
A. I'm not sure -- I don't think so.
MR. MARKEL: Form.
BY MS. HARDEE:
Q. Who was it?
MR. MARKEL: Form.
THE WITNESS: I'm not sure because I wasn't there.
BY MS. HARDEE:
Q. Okay. Did Juanita tell you anything about

Page 77

anything that had happened the night before?
A. No.
Q. Did she explain to you or tell you that they went to the medical center?
A. She just -- they -- they all told me that they went and got oxygen. And I asked my mom how she was doing.
Q. Do you know if your mom had indicated that she wanted to go to medical the night before after you left?
A. I'm not sure.
Q. So about what time do you see your mom on July 8th?
A. 6:00. Around 6:00.
Q. Describe how she's doing at this point.
A. Could have been 5:30. 5:30, 6:00.
Q. Okay.
A. She was doing better.
Q. Describe how she was doing better.
A. She was breathing better. She looked better.
Q. And how did she look better?
A. She had better color.
Q. Color to her skin?
A. Uh-huh. Correct.
Q. Did you still have the wheelchair?
A. Yeah. It was in the room.

Page 78

Q. Was she able to walk?
A. She was. She had walked to the bathroom.
Q. Was she walking normal at that point?
A. Not normal, but it was much better than what she was.
Q. Okay. Did she still need the wheelchair?
A. Yes.
Q. Did she indicate that she wanted the wheelchair?
A. Yes, because it helped her.
Q. Were you in the room when guest services called regarding the oxygen concentrator?
A. No. I came in a little bit after, like maybe ten minutes after.
Q. Did she still have the oxygen concentrator at that point?
A. Yes.
Q. Okay.
A. But they were getting ready -- they were getting it put up.
Q. What -- what do you mean?
A. They were getting it ready. They had told me when I came in that they called and said they needed it back.
Q. Okay. So how long had your mom been off the

Page 79

oxygen concentrator?
A. Not that long. They came and went in, they were giving it back, and then we were all packed up and ready. So then we stood outside maybe -- we were loading it all up to -- to transport it to where we needed to be. She wasn't off it too long, I don't think.
Q. So you took the oxygen concentrator back to someone?
A. No, I did not.
Q. Okay.
A. I said they called and then they came and got it.
Q. Who's "they"? Who --
A. The ship.
Q. The ship called and said they needed the concentrator?
A. The ship called, yes.
Q. Okay.
A. But I was not there during that time.
Q. Understood.
A. I just --
Q. This is what you're being told by your sister?
A. This is what -- and my mom.
Q. And your mom. Okay.

Page 80

So did -- to your knowledge, did your mom use the oxygen concentrator all night?
A. Yes.
Q. And when you came in the room between 5:30 and 6:00 --
A. She was still on it.
Q. -- she was still on it?
At about what time did she stop using it?
A. I'm not sure. When I came back in, she said that they said -- well, I asked what they were doing, and she said they wanted the oxygen back.
Q. Okay. So you had left the room?
A. Yes, I had to go back. My kids were in the room and we had to finish getting our stuff together.
Q. Okay. All right. So how long was it before you went back in the room? Less than an hour?
A. Oh, yeah.
Q. Less than 30 minutes?
A. I'm not sure. I know it was way less than an hour.
Q. Okay. And I'm not meaning to pressure you; I'm just trying to get a time line.
A. I know. I just --
Q. And I know it's --
A. There was a lot going on.

Page 81

Q. Understood.
All right. Do you have any interaction with anyone from Carnival that comes to get the oxygen concentrator?
A. No.
Q. Did you see them come get the oxygen concentrator?
A. No. No.
Q. So by the time you got back into the room, the oxygen concentrator had already left the room?
A. No.
Q. So you came in between 5:30 and 6:00 --
A. Yes.
Q. -- and she was on it?
A. And she was on it.
Q. Uh-huh. And then --
A. And then I went back to my room.
Q. Correct.
A. So I came back --
Q. Again?
A. -- to talk to them, and they said that they had called back and said they were taking it. Then I had went back to my room.
Q. Uh-huh. And then the next time you came in --
A. By the next time I came in --

Page 82

Q. Then it was gone?
A. -- it was gone.
Q. All right.
A. Yeah. Because we were getting ready to head on out.
Q. Understood. Thank you for clarifying.
All right. When you leave the cabin, is your mom walking, or is she in the wheelchair?
A. Wheelchair.
Q. Did you ask your mom if she wanted to go see someone in medical before she left the ship?
A. No. No, I did not.
Q. Did she indicate that she wanted to see someone in medical?
A. No. We figured we were going to go right after to the doctors soon as we got off the ship.
Q. Okay. So did you already have the plan to take her to the --
A. Yes.
Q. What was the plan?
A. As soon as we got off the ship, to find a doctor to take her to, whether it's emergency room or whatever.
Q. Did anyone in your family ever ask Carnival to call EMS or 9-1-1 to have an ambulance?

Page 83

A. Not to my knowledge. I wasn't with them the whole time.
Q. I'm sorry?
A. I wasn't with them the whole time.
Q. Okay. When you leave the cabin, where do you go?
A. We walked towards where you have to pay for your taxes, your gratuity.
Q. When you get there, is it -- is there a big line or -- describe it --
A. It's packed.
Q. -- for me.
A. It was very busy.
Q. Okay. About --
A. Stood in line for a good, I don't know, 20 minutes or so.
Q. How was your mom doing -- doing during this time?
A. Her breathing started to get worse. Started to lose the color of her skin again. It started going pale. Started sweating.
Q. Did you ask her if she wanted to go to see someone in medical?
A. No. I was fighting with my sister.
Q. What were you fighting with your sister about?

Page 84

A. I don't know. Something stupid.
Q. Nothing over your mom?
A. No.
Q. Okay. Did you ask anyone from Carnival to call EMS?
A. I did not.
Q. Did your sister?
A. I wasn't standing there. I paid for my stuff, and then I went and got in line. They -- my mom was paying for her stuff.
Q. So your mom was okay enough to pay for her -- for her taxes?
A. She gave them the card. She was with my sister.
Q. She gave who? Carnival?
A. Yeah, the desk where you pay.
Q. Uh-huh. Okay. While she was paying for her -- for her taxes and gratuity, did anyone say anything to Carnival about getting an EMS?
A. I'm not sure. I walked away.
Q. You walked away. Okay. Where did you walk away to?
A. The line that you had to stand in to get off the boat.
Q. Did anyone ask for your mom to be let off the

Page 85

ship early?
A. Yes.
Q. Who?
A. My sister.
Q. Do you recall who she asked?
A. The person that was standing there, the lady. Because when they came -- when they came back from the thing -- I don't know what went on when they were there, because I was already standing in line, but then they came over and stood in line. And they came over and was on a walkie-talkie thingy.
Q. Someone from Carnival?
A. Yes.
Q. Can you describe her for me?
A. I don't remember.
Q. You said it was a lady?
A. She was a white girl, I think.
Q. A white?
A. Caucasian.
Q. Okay. That's all right.
Young? Old? In her 20s, 30s?
A. Maybe 20s or 30s.
Q. Do you remember seeing a name badge on her?
A. She had one. I didn't pay attention to it.
Q. Understood.

Page 86

Okay. And what was being said over the walkie-talkie?
A. I'm not really sure. She was -- they were talking to my mom and my sister. And my sister was like, "My mom needs to get off -- get off the ship." My sister was louder than everybody else.
Q. What does that mean?
A. She was frustrated and upset and she voiced it.
Q. Okay. She was frustrated and upset at what at this point?
A. That she wanted to get my mom off the ship.
Q. Did you ever hear Juanita ask for an ambulance?
A. No.
Q. Did you ever ask -- hear her ask for medical attention for your mom?
A. I'm not sure. They were talking. I only caught the parts where she was loud.
Q. So you weren't standing next to her?
A. No.
Q. How far away were you?
A. I'm not good at measurements. I don't know. The size of this table. I don't know.
Q. About 8 feet?

Page 87

A. Sure.
Q. Okay. So how long did -- were you standing in line before they came to get your mom off the ship?
A. I got off the ship before my mom did.
Q. How did you get off the ship before she did?
A. I followed the line. Because I was fighting with my sister, I wasn't -- I didn't stay with them.
Q. Okay. So you left -- you left them behind with whatever they were doing?
A. Yes.
Q. Okay. So you were the first one off the ship from your family?
A. And my kids.
Q. Okay. And where did you go when you got off the ship?
A. Through customs or -- I don't know if it's customs, through the people.
Q. And how long did that take you?
A. They end up -- I was in customs, and they ended up coming by me finally and went through.
Q. Okay. So they actually went past you at some point at that point?
A. At that point after the boat -- after I had already gotten off the boat, walked down the ramp into the customs area.

Page 88

Q. Uh-huh.
A. They ended up -- I was sitting there talking to them, and then they come by and went through.
Q. Okay. Can you tell me how long that approximately was?
A. I'm not sure.
Q. Less than five minutes?
A. I couldn't -- honestly, I can't -- at that point, I can't tell you.
Q. Okay. Did you have a chance to look at your mom as she came by?
A. Yeah.
Q. Did you speak to her?
A. No.
Q. How did she look?
A. Not good. Pretty bad.
Q. Can you describe that for me, please?
A. Dripping sweat, extremely pale, just really struggling to breathe.
Q. Once you go through customs, do you meet up with them?
A. They were already in the van. And the van stopped for me and the kids to get in.
Q. Okay. I'm sorry. Back up just a minute. When you see her being pushed past you, is it someone

Page 89

from Carnival or is it Juanita or your father?
A. I can't remember.
Q. So you can't recall who was pushing your mom?
A. No.
Q. Do you recall seeing someone other than your sister and your father with your mom?
A. My niece.
Q. Anyone else? Anyone from Carnival?
A. I can't remember.
Q. So once you get outside, she's already on -- on the shuttle?
A. Correct.
Q. And then you get on the shuttle?
A. Started to get on the shuttle.
Q. And tell me what you mean by that.
A. We went to get in, and they took our luggage, and then everybody was scooching over, and then my mom started shaking.
Q. You want to take a break?
A. Nope. I want to get this done.
Q. Okay. And I'm sorry to have to ask you this, but what do you mean by "shaking"? Was she having --
A. Convulsing.
Q. -- like a seizure?
Convulsing. Did you try to talk to her at

Page 90

that point?
A. Yeah.
Q. And what did you say to her?
A. Just, "Mom, are you okay?"
Q. What was your dad doing during this time?
A. Trying to get her to wake up.
Q. So she was nonresponsive?
A. Yes.
Q. Did she have her eyes open?
A. Oh, God. No.
Q. Her eyes were closed?
A. Yeah.
Q. What was Juanita doing?
A. Trying to wake her up.
Q. When you say "trying to wake her up," are you all --
A. Just seeing if she was okay. I mean, everybody was.
Q. Were you touching her or --
A. Yes.
Q. Okay. Were you shaking her or holding her down?
A. No. Trying to -- I don't know. I don't know. I don't know.
Q. Okay. How did she get off the van?

Page 91

A. They carried her off.
Q. Who's "they"?
A. My dad and the other passengers.
Q. Describe for me what happens next, please.
A. They put her on a bench, and my sister starts doing CPR. And a nurse came over that said she was a nurse, and she helped do CPR. She was unresponsive. She wasn't -- she wasn't waking up.
Q. Is your sister a nurse?
A. No.
Q. She just knows CPR?
A. Yes.
Q. And what are you doing during this time?
A. Holding on to my kids.
Q. Do you stand there the whole time?
A. Yes.
Q. Okay. And the children are watching?
A. Yes.
Q. Who calls 9-1-1?
A. I think the police officer that was there.
Q. From the time that you all took her off of the shuttle to the bench, how long did it take before the police officer arrived?
A. Couldn't tell you.
Q. What about EMS?

Page 92

A. I'm not sure.
Q. Did you assist with CPR?
A. No.
Q. Did you talk to any police officers?
A. I can't remember.
Q. Did you talk to EMS?
A. I don't think so.
Q. Did you talk to anyone at Carnival?
A. No, absolutely not.
Q. I'm sorry?
A. No.
Q. Did you have any conversation with anyone on scene about what had happened leading up to your mom --
A. No.
Q. -- going into -- no?
A. Not that I know of. Not that I can remember. I don't know.
Q. And I just want to back up. A few minutes earlier you said that there was a plan to get your mom to a doctor.
A. Yeah, we were going to go to the emergency room as soon as we got off the boat.
Q. Okay. So were you going to have a shuttle take you there, or were you going to go back to your vehicles?

Page 93

A. We were going to ask if they would because we didn't know where it was.
Q. Okay. So your vehicles were being kept somewhere else?
A. Yes.
Q. And do you recall where the vehicles were being kept?
A. I'm not sure. Someplace off port. It wasn't at port.
Q. Nearby?
A. Five or seven minutes.
Q. Okay. So the plan was to ask if the shuttle would take you to the hospital?
A. Yes.
Q. If they couldn't --
A. If not, we would get our vehicles and GPS it.
Q. Okay. What happened next once they started CPR?
A. When who started CPR?
Q. Your sister and the nurse.
A. Nothing. She was unresponsive.
Q. Did she ever regain consciousness?
A. They got her pulse back and -- the fire rescue did.
Q. And what happened once they got her pulse

Page 94

back?
A. They put her in the ambulance.
Q. Did you go with her?
A. My niece and my dad rode with her, and me and my sister and my kids went in the shuttle, and he took us to the hospital.
Q. So the shuttle took you directly to the hospital?
A. Yes.
Q. How did you find out about this shuttle service to take you to the -- the cruise?
A. Looked up shuttles for the cruise line.
Q. You did?
A. One of us did. I think it was me.
Q. Do you know the name of the shuttle?
A. I don't remember.
Q. Do you have any paperwork regarding the shuttle service?
A. Not that I would still have. And if I did, the lawyer would have it.
Q. You provided the lawyer paperwork regarding the cruise?
A. Everybody did.
Q. Okay.
A. My whole family did.

Page 95

Q. What happens once you get to the hospital?
A. We found my mom, found out what room she's in, where did they have her.
Q. Was she able to speak with you?
A. No. She never regained consciousness. She had a pulse and breathing but no consciousness.
Q. Was it your father that made the decision to take her off of life support?
A. No. We all did.
Q. You all did? Okay.
Did someone talk to you about that?
A. Me and my dad and my sister talked together.
Q. And what was the decision?
A. That my mom wouldn't want to live on life support.
Q. So when was the hospital informed to take her off of life support?
A. They talked to us. They told us what our options were, what could be possible outcomes.
Q. And what did they tell you?
A. That her kidneys were shutting down, everything was shutting down, and she was without oxygen for too long for -- to come back.
Q. You mentioned that she was without oxygen too long to come back.

Page 96

A. Correct.
Q. Did they explain to you how long she was without oxygen?
A. Yes.
Q. What did they tell you?
A. Just -- I don't remember the exact time --
Q. It's okay.
A. -- frame. They just said the amount of time that she was without oxygen that -- before they could resuscitate her was too long to not have brain damage.
Q. Did he tell you that she definitely did have brain damage?
A. Couldn't say definitely, but reasonably if you're without -- he said, "If you're without oxygen for so long, you have brain damage."
Q. Okay. So what day was it that she was taken off of life support?
A. That we planned on taking her off life support?
Q. Uh-huh.
A. The day she died?
Q. Yes.
A. On the 9th.
Q. Okay. So July 9th?
A. Yes.

Page 97

Q. So what day did you go back home?
A. What do you mean?
Q. After your mother passed away on July the 9th in Miami here -- in, Miami, Florida, when did you return to your home?
A. I think we stayed down there a week. We had to wait.
Q. So you stayed in a hotel?
A. Correct.
Q. Do you remember where?
A. I don't.
Q. I'm sorry to pry, but what was the purpose for staying for a week?
A. To get her body to have her cremated, to have everything done that we needed done to bring her home.
Q. All right. So you had her cremated in Miami and then took her ashes back?
A. Correct.
Q. And those went with your father?
A. We left the day before that they were back, me and my kids and my niece, so that way my sister and dad could go to the funeral home and take care of that and then I could pack and get ready to go to Michigan.
Q. Okay. So you didn't go back to your home in Florida; you went to Michigan?

Page 98

A. I went to my house in Florida --
Q. Uh-huh.
A. -- to pack and get situated and get an oil change and get -- I ended up getting a tire -- flat tire on the way back, so I had to get that fixed before the drive to Michigan.
Q. And how long did you stay in Michigan?
A. A month.
Q. Did your mom provide you with any type of financial support?
A. Be more specific.
Q. Did she give you money for your rent, for food, clothing?
A. When? Through the years of my life? I'm 30 some years old.
Q. The last ten years.
A. Yes.
Q. How often? Did you rely on that support every month?
A. Sometimes. I was a single mom for ten years.
Q. How much would she give you?
A. Depend on what I needed.
Q. On average what would she give you a month?
A. A month? It wasn't every month. It would vary. Like, she helped me get in the -- my house when

Page 99

we moved down here. She let us borrow the money for that. She'd give me money if I was short for rent or if the kids needed anything.
Q. Okay. And you said "borrow." You'd pay it back?
A. Most of the time, if she'd let me.
Q. So after you were there for a month in Michigan, you came back to Florida?
A. Correct.
Q. Did you ever talk to your sister regarding the cruise and what happened with your mom?
A. All the time.
Q. What were your conversations with Juanita?
A. As in what?
Q. As to what happened, whose fault it was.
A. That it was the cruise's fault. They wouldn't let her off the boat. If they wouldn't have took her oxygen, from what the doctor said to us in the hospital, it all made sense.
Q. How? How is that -- how is it the cruise's fault?
A. Because the doctor said, because she had COPD, that giving her the oxygen and having her have it for that long and then taking it away from her, her body was used to breathing -- having the oxygen. So when you

Page 100

took it away, the -- didn't know how to breathe, is pretty much how they put it.
Q. She had the oxygen less than -- than six hours.
A. I'm not a doctor. That's what they told us.
MR. MARKEL: Form.
BY MS. HARDEE:
Q. Okay. So you believe it's the cruise's fault that your mom passed away?
A. Correct.
MR. MARKEL: Form.
BY MS. HARDEE:
Q. Not the fact that your mom never saw the medical clinic?
A. No. She wasn't a doctor.
Q. Okay.
A. You had --
Q. But she never went to -- to the medical clinic?
A. Correct.
Q. And how many times did you all ask her if she wanted to go to the medical clinic?
A. A few.
Q. And each time, she denied wanting to go to the medical clinic?

Page 101

A. Correct. She didn't think it was that bad.
Q. Okay. At any time when they were getting off ship, did your father ever ask for EMS to be called?
A. I wouldn't know.
Q. Did he ever tell you that he asked for EMS to be called?
A. No.
Q. Did your sister ever tell you that she asked for EMS to be called?
A. No. She told them that she -- we wanted off the ship so we could get my mom help or she wanted -- yeah. Makes sense.
Q. Did she ever tell you after -- after the cruise what her conversation was with anyone at Carnival?
A. She said that she told the people that she wanted -- she needed to get my mom off the ship, she needed help, and they said that they had to have a person push them off the ship.
Q. Did she ever tell you that she told them to call 9-1-1?
A. No.
Q. Ask for fire rescue?
A. Not to my knowledge.
Q. Ask for any medical services or attention?

Page 102

A. I think she asked for portable oxygen. She said she asked for portable oxygen.
Q. And what was she told regarding the portable oxygen?
A. That she couldn't have it.
Q. That she couldn't have it or they didn't have it?
A. That they didn't have it.
Q. To your knowledge, did anyone at Carnival ever ask if they could call 9-1-1 for your mother?
A. No.
Q. Or get an ambulance for your mother?
A. Not that I know of.
Q. Have you had any other conversations with your sister regarding the cruise and what happened with your mother?
A. We try not to talk about it.
Q. Do you ever have any conversations with your father regarding the incident?
A. He felt guilty.
Q. Why did he feel guilty?
A. He said he should have made them get her off the ship.
Q. Should have made them get her off the ship when, at what point?

Page 103

A. When they were sitting there waiting, when she was getting worse and worse.
Q. The last day?
A. Yes.
Q. Okay.
MS. HARDEE: All right. We're going to go ahead and switch the tape, if you want to take a quick break.
THE VIDEOGRAPHER: We're off the record at 1:15, end of Media Unit Number 1.
(A break was taken from 1:15 p.m. to 1:16 p.m.)
THE VIDEOGRAPHER: We're back on the record at 1:16, beginning of Media Unit Number 2.
BY MS. HARDEE:
Q. Okay. You indicated that your father felt guilty because he should have made them get her off the ship. This period of time that you're talking about, this is the last day of the cruise; is that correct?
A. Yeah --
Q. Okay.
A. -- when they wouldn't get her off the ship and made her stay.
Q. What other conversations have you had with your father regarding the incident?

Page 104

A. Not too many. It messed up him up pretty bad.
Q. Okay. How did it mess him up?
A. He changed like -- kind of like I lost my dad when I lost my mom.
Q. What do you mean by that?
A. For a long time he was like a shell, didn't want to do anything, didn't -- didn't eat. He lost a lot of weight. A lot of weight.
Q. In the year after the incident, how often have you seen your father?
A. Once or twice a year.
Q. I'm sorry to ask, but how do you -- how do you know that he lost a lot of weight?
A. When he came down, he was really skinny.
Q. He came down here to see you in Florida?
A. Uh-huh.
Q. Okay.
A. And I went up there to help.
Q. The month after?
A. Huh?
Q. You said you went up --
A. No. I went up after that.
Q. Okay. When was that?
A. I helped him go through the house. Then when he was going to sell the house, I helped him --

Page 105

Q. Okay.
A. -- I went back up and helped him have a yard sale to get rid of things.
Q. And why was he selling the house?
A. He couldn't afford it.
Q. Was your mom working at the time of the incident?
A. My mom had multiple jobs, multiple clients.
Q. Do you know how much money she was making a month?
A. I don't.
Q. A year?
A. I don't --
Q. It's okay.
A. -- not off the top of my head.
Q. That's all right.
I know we mentioned earlier in the deposition about Stacy Patton. When did your father start seeing Stacy romantically?
A. Romantically? Honestly, I'm not sure because I don't think -- didn't know it was romantic until not that long ago.
Q. When did you find out that they were seeing each other?
A. Well, I met her, but my dad was just lonely

Page 106

and couldn't -- it was someone to spend time with, someone to help him live, want to live, a friend.
Q. So he sold the house and moved in with Stacy?
A. Right.
Q. And when did he sell the house?
A. Not that long ago. Like six months ago, seven months ago. I'm not really sure.
Q. Was he already living with Stacy before he sold the house?
A. No. He lived in his house, because we visited him.
Q. Once or twice?
A. Uh-huh.
Q. But you don't know what he was doing in the -- in the interim?
A. What?
Q. You don't know what he was doing in the interim?
A. What do you mean?
Q. When you weren't there.
A. I talked to him.
Q. Okay.
A. My niece visited every weekend.
Q. Your niece Makayla?
A. Uh-huh.

Page 107

Q. Visited him in the home every weekend?
A. Uh-huh. We talked to him quite often. The kids would call him.
Q. Okay. So to your knowledge, when did he move in with Stacy?
A. After -- right before he sold the house.
Q. Right before he sold?
A. (Nods head.)
Q. How long did he live with her before he sold the house?
A. Not that long.
Q. One month? Two months?
A. I'm not sure. I can't state to that.
Q. Okay.
A. I just know it wasn't that long before he sold the house.
Q. When did you become aware that they were seeing each other romantically?
A. I'm not really sure. I can't pinpoint a date.
Q. Was it before he sold the house?
A. Yes.
Q. And how do you feel about their relationship?
A. I think my dad doesn't want to be alone. He's never been alone his entire life. He's always had someone take care of him.

Page 108

Q. Is your dad still living with Stacy?
A. Yes.
Q. And who all lives in -- in that home? Is there anyone else that lives with Stacy and your father?
A. Her son.
Q. What's his name?
A. I don't know. Daniel, I think.
Q. Okay. Have you seen your father this year?
A. Yes.
Q. When did you last see him?
A. When he came down for his deposition.
Q. Did he stay with you?
A. Yes.
Q. How was he doing?
A. He gained some weight back.
Q. That's a good thing.
A. (Nods head.)
Q. Seemed healthy, happy?
A. Not really.
Q. How's that?
A. Let's see. After my mom, he had a double stroke. He had surgery after surgery.
Q. Surgery after surgery due to the stroke?
A. No. They were different surgeries. He had blockage in his leg. Then he had a couple surgeries on

Page 109

his wrists and hands.
Q. Is your father still working?
A. He's on disability.
Q. Due to the stroke?
A. He was for -- after the stroke, but then he went back to work. Then he had surgery again. Then was off on disability. Then went back to work, and then he was off for surgery again. And then -- and he's been off since his hand surgeries. He goes back soon.
Q. So he's not totally disabled; he's just on --
A. No.
Q. Okay.
A. No.
Q. He's on a leave --
A. Yeah.
Q. -- from -- from work?
A. He gets disability.
Q. Okay. And disability from who? The government or --
A. From his job.
Q. -- from work?
A. From his job.
Q. Okay. So he has disability insurance, is what you're saying?
A. Yes. Yeah.

Page 110

Q. Okay. I know you said several times throughout the deposition "the shop." Is this the -- do you know where he works?
A. Magna Donnelly.
Q. Okay. Same place that he's worked for --
A. Magna. It changes names.
Q. -- 20 something --
A. Yeah.
Q. Okay.
A. My mom worked there for a decade, and my dad's worked there for eons.
Q. All right. Okay. And I'm sorry to have to ask you this, but I always have to ask this at the end: Have you ever been convicted of any crimes involving dishonesty?
A. What?
Q. A crime of dishonesty: Theft, forgery, fraud.
A. Sure --
Q. Okay.
A. -- when I was a child. Juvenile. Never been in trouble since then.
Q. So no felonies?
A. No.
Q. Okay. But just some felony -- I mean, excuse me, juvenile charges?

Page 111

A. Yeah. I got caught stealing tampons.
Q. Okay.
A. That sounds horrible.
Q. You were under 18?
A. Oh, yeah.
Q. Okay.
A. I think I was like 14, 15.
Q. Besides your juvenile record, have you ever been arrested?
A. Never been in handcuffs, never been to jail.
Q. So we previously had your deposition scheduled for June the 18th of 2019 --
A. Correct.
Q. -- and you no-showed; you didn't come to that depo.
A. Correct.
Q. What was the reason?
A. I had training at work that I had to do to work. I sent a paper to my lawyer, whatever.
Q. Okay. Now, I know you have three different jobs, so which job was it that you --
A. Allegro.
Q. Allegro?
A. Uh-huh.
Q. And what type of training was it?

Page 112

A. Relias training.
Q. What is that?
A. To get certifications for Alzheimer's, dementia, things like that.
Q. Okay. And when did you know about that you were going to have to attend that training?
A. Two days before the training.
Q. Okay.
A. Or maybe one day. I had just gotten the job, but I had to do that training to work. And they only have so many -- you have to do the training and then orientation, and you had to do it like that. So I only had so long to do it before I could do orientation.
Q. And when did you get the job with Allegro?
A. A day or two before.
Q. Okay. So your deposition was scheduled to be on June 18th. So you were hired on June 16th?
A. My first day of work was June 18th. My first day of training was June 18th. So they put that as my official hire date --
Q. Okay.
A. -- but I was hired two days before that.
Q. Did you tell them that you had a deposition scheduled for that day?
A. Yes.

Q. And they said...
A. "It's up to you. You can wait till the next month or do it now." I needed to do it -- be hired in as soon as possible.
Q. So if you didn't do the training, you wouldn't have been hired at that point?
A. I would have been hired, but I couldn't start work for --
Q. You couldn't work? Okay.
A. -- until the next one, which is usually a couple weeks or a month later.
Q. Okay.
MS. HARDEE: Okay. I have no further questions.
MR. MARKEL: I have no questions. Thank you.
MS. HARDEE: Thank you. You're free to go. Well, read or waive? You have an option to -- Mr. Markel, do you want to help her out here? She has an option to read or waive.
MR. MARKEL: Yeah. She'll read.
MS. HARDEE: All right. She'll read.
THE VIDEOGRAPHER: This concludes the videotaped deposition of Melissa Lenard. The time is approximately 1:28 p.m. on July 23rd, year 2019.
(Deposition was concluded.)

CERTIFICATE OF REPORTER

STATE OF FLORIDA )
)
COUNTY OF ST. JOHNS)

I, Melissa Schroeder, Registered Professional Reporter, CERTIFY that I was authorized to and did stenographically report the foregoing proceedings; that a review of the transcript was requested, and that the transcript is a true and complete record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

Dated this 31st day of July, 2019, in St. Johns County, Florida.

______________________
Melissa Schroeder,
Registered Professional Reporter

CERTIFICATE OF OATH

STATE OF FLORIDA )
)
COUNTY OF ST. JOHNS)

I, Melissa Schroeder, Registered Professional Reporter, Notary Public, State of Florida, certify that the witness named herein personally appeared before me and was duly sworn on the 23rd day of July, 2019.

WITNESS my hand and official seal this 31st day of July, 2019.

______________________
Melissa Schroeder, RPR
Registered Professional Reporter
Notary Public, State of Florida
Commission No. GG 265752
Expires: November 2, 2022

ERRATA SHEET

IN RE: RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, deceased, Plaintiff, vs.
CARNIVAL CORPORATION, as Panamanian Corporation d/b/a CARNIVAL CRUISE LINES, Defendant.
CASE NO.: 18-cv-23181-Williams/Torres
Deposition of Melissa Lenard, taken July 23, 2019

| Page | Line | Change |
| --- | --- | --- |
| ___ | ___ | ______________________ |
| ___ | ___ | ______________________ |
| ___ | ___ | ______________________ |
| ___ | ___ | ______________________ |
| ___ | ___ | ______________________ |
| ___ | ___ | ______________________ |
| ___ | ___ | ______________________ |
| ___ | ___ | ______________________ |
| ___ | ___ | ______________________ |
| ___ | ___ | ______________________ |
| ___ | ___ | ______________________ |
| ___ | ___ | ______________________ |
| ___ | ___ | ______________________ |
| ___ | ___ | ______________________ |
| ___ | ___ | ______________________ |

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

__________ ______________________
Date Signature

**A**

**a.m** 1:16 4:12 21:7
**able** 24:18 60:4 60:14 64:15 67:11 78:1 95:4
**absolutely** 92:9
**action** 115:16,17
**activities** 35:12
**address** 9:2
**affiliations** 4:16
**afford** 25:11 43:14 105:5
**afloat** 40:3
**afternoon** 46:2 64:4
**age** 7:5 15:25
**agency** 12:9,12
**agent** 12:19 13:12 17:19 44:3
**ago** 17:1 35:16 105:22 106:6,6 106:7
**agreed** 3:15
**Ah** 26:21
**ahead** 103:7
**aide** 11:4
**airport** 14:9,14 14:16 19:20
**alcohol** 37:18
**Allegro** 9:20 10:11 111:22 111:23 112:14
**allergies** 40:22 41:10
**allowed** 32:1 52:11
**alternate** 49:24
**alternated** 32:25 49:25,25
**Alzheimer's** 112:3
**ambulance** 82:25 86:14 94:2 102:12
**amount** 13:18 13:20 96:8
**answer** 6:8,10 6:14
**anybody** 34:21
**anyways** 52:13
**Apartment** 9:4
**apologize** 6:19 73:14
**appear** 58:24
**appearance** 42:5 50:5 55:3 59:1
**APPEARAN...** 2:1
**appeared** 114:9
**approximately** 4:12 88:5 113:24
**Arch** 2:9
**area** 87:25
**arguing** 6:9
**argument** 23:7
**arguments** 23:4
**arrested** 111:9
**arrived** 91:23
**ashes** 97:17
**asked** 48:5 55:22 62:10 72:4,9,13 77:6 80:10 85:5 101:5,8 102:1 102:2
**asleep** 48:13
**assist** 60:9 64:17 92:2
**Assisted** 9:20
**ate** 22:12 36:6 46:13 47:15,19
**attend** 25:7 112:6
**attention** 85:24 86:17 101:25
**attorney** 6:9 115:14,16
**Augustine** 1:17 1:19 4:10 20:2
**authorized** 115:7
**Avenue** 2:9
**average** 98:23
**aware** 15:17 76:8 107:17

**B**

**B** 3:8
**babysit** 16:6
**back** 16:10,12 16:14 27:21,23 28:14,18 32:15 32:17 34:2 36:4 42:14 43:5 45:18,19 46:1,13,21 47:12 51:2,3 51:22,22 52:20 55:20 56:3,14 56:15,17 58:4 58:6 61:10,10 62:21,22 63:14 65:3 68:9,13 68:14,15 69:1 71:11 72:16 73:8,9,23 74:15,17,20 75:18 78:24 79:3,8 80:9,11 80:13,16 81:9 81:17,19,22,23 85:7 88:24 92:18,24 93:23 94:1 95:23,25 97:1,17,20,24 98:5 99:5,8 103:13 105:2 108:15 109:6,7 109:9
**bad** 59:14 64:3 64:20 88:16 101:1 104:1
**badge** 85:23
**Banana** 37:20
**barely** 71:21
**bartender** 72:4
**based** 44:19
**bathroom** 22:13 78:2
**bed** 28:16,17 32:23,23 33:2 33:8 52:3 63:10
**beginning** 6:19 103:14
**begins** 4:1
**behalf** 2:6,11 4:18,20
**belabored** 41:20
**believe** 13:23 22:5 44:19 52:25 53:1,7 69:4 100:8
**bench** 91:5,22
**best** 39:1
**bet** 19:11
**better** 57:6,7 58:4 64:8 77:17,18,19,19 77:20,21 78:4
**big** 19:9,15,15 31:15 39:20 40:1 70:16 83:9
**biological** 7:10 7:12,13 15:4
**birth** 7:1
**birthday** 11:17 11:21,23,25
**Bishop** 2:13 4:13
**bit** 5:8 40:7 41:13,17 43:6 45:19,23 50:7 59:18 61:9,23 64:20 65:2 70:10 78:13
**blockage** 108:25
**boarded** 19:6
**boarding** 24:14
**boards** 40:2
**boat** 17:24 25:21 25:22 26:1 37:4 38:9 39:17 40:11 41:23 48:17 54:2,3,6,7,13 56:14 57:20 58:7 68:18 69:5,13 75:1 84:24 87:23,24 92:22 99:17
**body** 97:14 99:24
**book** 17:23
**booked** 13:8 17:14,15,22
**booking** 13:9
**borrow** 99:1,4
**boss** 23:7
**bottle** 37:18
**bought** 37:18
**Boulevard** 1:18 4:10
**bracelets** 37:17
**brain** 96:10,12 96:15
**brave** 69:19,23
**break** 6:12,16 6:21,22 52:12 52:13,15,18 68:19,24 89:19 103:8,11
**breakfast** 30:2,4 36:6,9 53:15 53:16 63:17 64:15,24
**breath** 19:4 41:20 54:24 67:21
**breathe** 64:9 67:20 74:22 88:19 100:1
**breathing** 18:25 19:1,2,6 24:22 32:3 55:5,9 59:7 63:25 64:6 67:17,18 77:19 83:19 95:6 99:25
**Brickell** 2:9,9
**bring** 27:15 65:16,17 97:15
**bronchitis** 40:22 42:18,19

**brother** 25:6
**brother's** 14:21 14:22
**brought** 5:23 72:6
**Burnett** 2:8
**bus** 21:11
**busy** 83:13

**C**

**cabin** 25:2,4 27:22,23 28:14 28:18 30:20 32:15,17 34:2 50:2,24 51:22 58:4,11,22,23 62:15,22 65:10 68:9 74:15,17 74:20 75:19 82:7 83:5
**cabins** 25:1,19 46:21
**call** 13:12 75:9 82:25 84:5 101:21 102:10 107:3
**called** 5:4 14:4 44:1 72:5 76:14 78:12,23 79:12,16,18 81:22 101:3,6 101:9
**calls** 91:19
**captain** 67:4,5
**car** 21:25 22:5
**card** 72:19,25 73:6,24 74:5 84:13
**cards** 27:1
**care** 10:21,22 32:25 38:2 49:24 97:22 107:25
**Carnival** 1:8,9 4:5,21 5:14,23 81:3 82:24 84:4,15,19 85:12 89:1,8 92:8 101:15 102:9 116:3,3
**Carnival's** 17:11
**carried** 91:1
**cars** 21:11
**Case** 1:7 4:7 116:4
**cash** 72:24
**casino** 26:2,3,4 26:10,21 27:11 28:3 30:15 31:17,21 33:18 50:4,6,19 51:8 61:3,17 70:9 70:22,24 71:12 71:17 72:5 73:2,9
**Casinos** 49:21
**Caucasian** 85:19
**caught** 86:19 111:1
**Cayman** 14:2 17:25 53:2
**celebrate** 11:20
**center** 57:4,14 59:23 62:7 64:22 66:23 67:23 72:8,14 76:9 77:4
**certain** 19:4 75:9
**CERTIFICA...** 3:4,4 114:1 115:1
**certificates** 11:6
**certifications** 112:3
**certify** 114:8 115:7,13
**chains** 37:17
**chance** 88:10
**change** 19:9 29:20 40:13 42:16 48:8 59:1 98:4 116:6
**changed** 76:1 104:3
**changes** 42:5 110:6
**charges** 110:25
**check** 33:9,13 48:11 51:18 63:6
**Checked** 66:18
**child** 110:20
**children** 7:11 16:7 18:3 26:7 33:1 43:16 44:8 70:18 91:17
**Christmas** 11:18 43:20
**cigarettes** 29:8 29:16
**clarify** 6:11 25:6
**clarifying** 82:6
**clients** 37:25 105:8
**clinic** 49:15 100:14,19,22 100:25
**clocks** 36:7
**close** 11:21 23:17 29:15 45:11 57:8
**closed** 90:11
**clothing** 98:13
**clue** 28:5,7
**cold** 42:10 45:21 49:9,10,12,19 50:18
**colds** 42:16
**color** 40:24 41:1 41:6 77:21,22 83:20
**come** 33:14 43:15 48:8 51:3,7,18,20 51:22 61:6 65:13 71:13,24 81:6 88:3 95:23,25 111:14
**comes** 56:3 81:3
**comfort** 72:12
**coming** 40:16,19 41:14 43:23 45:21 63:14 87:20
**comment** 36:14
**comments** 20:14 27:6 31:4 32:2 34:15 42:6 62:3
**Commission** 114:19
**complaining** 19:8
**complaints** 19:16 24:21
**complete** 115:10
**concentrator** 78:12,15 79:1 79:8,17 80:2 81:4,7,10
**concluded** 113:25
**concludes** 113:22
**condition** 48:19
**confused** 70:10
**connected** 115:16
**consciousness** 93:22 95:5,6
**conversation** 92:12 101:14
**conversations** 99:13 102:14 102:18 103:24
**convicted** 110:14
**Convulsing** 89:23,25
**COPD** 15:18,21 19:3,3 27:7 41:19 99:22
**Coral** 2:4
**Corporation** 1:8 1:8 4:5 116:3,3
**correct** 7:16,23 8:6,17,20,23 9:10 10:14,18 11:7 12:6,11 12:25 13:14,22 13:24 14:14 15:5,24 19:9 19:24 21:8,9 21:10,25 22:3 26:16 30:10 33:2,19 35:25 35:25 38:3 39:8 43:25 44:2,4,7 45:14 48:24 53:2,3,6 53:9 54:5,17 54:19 56:11,22 57:2 59:8 63:13,15 65:12 66:17,19,21 69:6 70:20 72:11,15,22 73:1,3 74:12 75:25 76:3 77:23 81:18 89:12 96:1 97:9,18 99:9 100:10,20 101:1 103:19 111:13,16
**counsel** 3:17 4:15 115:14,16
**County** 114:4 115:4,20
**couple** 5:18 16:9 23:6 39:13 44:10,17 56:15 56:16 57:19 61:7 108:25 113:11
**course** 36:13
**court** 1:1,17,20 4:6,14,22,25 5:1 6:3
**Cove** 8:25 9:4 14:5,6 19:25
**cover** 41:23 42:1
**CPR** 91:6,7,11 92:2 93:18,19
**cremated** 97:14 97:16

**crime** 110:17
**crimes** 110:14
**cruise** 1:9 5:15 9:9 11:11,14 11:17,19 12:3 12:8 13:3,9,16 13:21,23 14:1 14:24 15:7 17:10,11,13,18 17:20,21 18:9 18:11,18 19:6 25:7,10,12 27:16 29:13,17 34:19 47:20 57:8,13 60:17 94:11,12,22 99:11 101:14 102:15 103:19 116:3
**cruise's** 99:16 99:20 100:8
**current** 23:10 23:13 24:7
**customs** 87:16 87:17,19,25 88:20

**D**

**D** 3:1
**d/b/a** 1:8 116:3
**dad** 13:1,3 15:1 21:19 22:1 25:18 27:25 28:3,16 54:14 58:10 61:6 66:1 70:9,12 70:14 71:12 72:11,20,21 74:16,18 75:20 75:24 76:8 90:5 91:3 94:4 95:12 97:21 104:3 105:25 107:23 108:1
**dad's** 11:20 110:10
**damage** 96:10 96:12,15
**Dan** 2:13 4:13
**Daniel** 108:7
**date** 1:15 7:1 13:10 60:15 107:19 112:20 116:25
**Dated** 115:19
**daughter** 14:20 15:1,3,4
**David** 2:3 4:18
**day** 13:13 20:16 24:24 25:20 29:7,14 30:9 30:12,22 31:4 31:11,19 32:3 32:22 34:15 35:6,23 36:22 39:14 40:20 41:21 47:4,5 52:10 53:1,4,7 53:20 55:13,15 59:3 63:11,19 63:21,23 64:13 64:19 65:8 66:2,4,15 96:16,21 97:1 97:20 103:3,19 112:9,15,18,19 112:24 114:10 114:13 115:19
**days** 13:25 112:7,22
**de** 1:18 4:10
**death** 5:24
**decade** 110:10
**deceased** 1:5 116:2
**decided** 11:18 13:16
**decision** 95:7,13
**declare** 116:22
**defendant** 1:10 2:11 4:21 116:3
**definitely** 96:11 96:13
**dementia** 112:4
**denied** 100:24
**Depend** 98:22
**depending** 43:8
**Depends** 29:9
**depo** 111:15
**Deponent** 3:18
**depos** 5:19
**deposition** 1:13 4:2,9 5:16,21 6:5,18,19 105:17 108:11 110:2 111:11 112:16,23 113:23,25 116:5
**depositions** 6:2
**describe** 67:19 74:19 77:14,18 83:10 85:14 88:17 91:4
**designated** 32:6
**desk** 84:16
**Despite** 50:16
**details** 12:14,16 17:17
**deviated** 45:19
**died** 96:21
**different** 12:21 19:5 20:22 48:16 55:2 108:24 111:20
**difficult** 6:18 40:8 55:7
**difficulties** 19:2
**difficulty** 32:3 55:9 59:7
**dinner** 20:7 25:21 30:25 31:2 32:5 47:24 48:2,21 48:24 49:1,4 58:18,19,21 60:1,14,24 61:3 62:2,3,12 65:12 67:1,3,4 67:5,9,11,22 68:3,9
**dinnertime** 20:20 47:18 48:4
**Dinnertime's** 20:22
**Direct** 3:3 5:6
**directly** 94:7
**disability** 109:3 109:7,17,18,23
**disabled** 109:10
**disembarked** 60:21
**disembarking** 74:3
**dishonesty** 110:15,17
**distance** 38:10
**District** 1:1,1 4:6,7
**Division** 1:2 4:7
**doctor** 45:13 49:18 68:1 75:5,6,6 82:22 92:20 99:18,22 100:5,15
**doctors** 45:8 62:10 75:10 82:16
**document** 116:23
**doing** 11:18 15:12,13,15 31:24 37:8 42:22 43:4 45:1 49:3 51:14,15 69:18 71:16,19 74:22 77:7,14,17,18 80:10 83:17,17 87:9 90:5,13 91:6,13 106:14 106:17 108:14
**Donnelly** 110:4
**double** 108:21
**dozing** 48:15
**Dr** 45:16
**dress** 67:7
**dressed** 67:6 69:10
**drink** 52:11
**Dripping** 88:18
**drive** 20:11 22:15,17 45:15 98:6
**dropped** 38:25
**drove** 21:12,13 21:15,16,16
**due** 30:13 108:23 109:4
**duly** 5:4 114:10

**E**

**E** 3:1,8 9:4
**earlier** 5:14 32:12 48:17 50:2 59:3 92:19 105:17
**early** 51:9 52:7 85:1
**eat** 46:6,12 68:7 68:13 104:7
**elaborate** 18:14
**elderly** 38:1
**Elijah** 7:14,17 7:20 15:6
**emergency** 82:22 92:21
**emotional** 6:20
**employee** 115:14,15
**EMS** 82:25 84:5 84:19 91:25 92:6 101:3,5,9
**encourage** 62:6 62:9
**ended** 60:17 87:20 88:2 98:4
**enjoying** 26:24 50:14
**entire** 42:2 68:5 107:24
**eons** 110:11
**equals** 50:11
**ERRATA** 3:5 116:1
**ESQUIRE** 2:3,8
**essentially** 5:25

**Estate** 1:4 4:5 116:2
**evening** 20:4 28:12 29:2 30:25 32:12 33:8 35:12 48:22 49:3,21 50:2,5 52:1 58:14 60:3,14 62:15,22 63:8 64:3,6 67:3,7 67:13 69:8,10 69:12 71:14
**eventually** 52:2
**everybody** 14:7 23:22 25:13 36:10 51:15 86:6 89:17 90:18 94:23
**everybody's** 18:16
**ex-husband's** 8:9
**exact** 96:6
**Examination** 3:3 5:6
**excursion** 18:7 35:23 37:8 39:4,7,9 53:4 53:10,25 54:4 55:25 56:13,19
**excursions** 17:22,23 18:1
**excuse** 62:3 110:24
**Expires** 114:19
**explain** 32:16 40:21 54:22 77:3 96:2
**explore** 25:22,25
**Explored** 25:21
**expressly** 3:18
**extensive** 38:18
**extent** 19:4
**extremely** 45:11 88:18
**eyes** 40:25 41:7 41:8,9,11,12 90:9,11

**F**

**face** 69:19,23
**Facility** 9:20
**fact** 100:13
**facts** 116:23
**familiar** 5:20
**families** 18:16
**family** 19:20 45:11 82:24 87:12 94:25
**far** 31:13 38:7 38:10 49:6 86:22
**father** 5:23 28:19 56:10 70:22 72:10 89:1,6 95:7 97:19 101:3 102:19 103:16 103:25 104:10 105:18 108:4,8 109:2
**fault** 99:15,16 99:21 100:8
**February** 12:4 13:11 43:24
**feel** 6:21 40:16 51:12 56:3 57:6 58:3 75:4 102:21 107:22
**feeling** 18:11 20:14 31:5 32:3 34:13 36:15 40:10,14 40:15 42:6 49:8 54:20 62:4 63:20 69:24 70:3 75:7
**feet** 38:13,14 73:21 86:25
**felonies** 110:22
**felony** 110:24
**felt** 18:21,22,24 22:14 57:5 102:20 103:16
**Field** 14:4
**fighting** 83:24 83:25 87:6
**figured** 82:15
**filming** 6:5
**final** 62:15,22 63:10
**finally** 87:20
**financial** 98:10
**financially** 115:17
**find** 5:25 12:7 33:13,17 82:21 94:10 105:23
**fine** 15:13,14 18:13 22:16 23:1,2 27:5 31:10 48:12 49:5 50:8,9,11 59:25 60:4 62:8,11 75:1 75:16
**finish** 80:14
**fire** 93:23 101:23
**fireworks** 35:13
**first** 5:4 6:15 11:10 16:2 18:2 32:8 36:12 37:9 43:4 56:23 70:9,12 87:11 112:18,18
**five** 13:25 29:18 29:18 43:6 88:7 93:11
**fixed** 98:5
**flat** 98:4
**flew** 20:24
**Floor** 2:9
**Florida** 1:1,19 2:5,10 4:7,11 8:25 9:5 16:24 16:25 19:10 44:6 97:4,25 98:1 99:8 104:15 114:3,8 114:18 115:3 115:20
**flushed** 41:2
**followed** 87:6
**follows** 5:5
**food** 30:16 31:17 65:17 68:13 98:13
**foregoing** 115:8 116:23
**forgery** 110:17
**Form** 17:6 21:4 42:20 57:16 75:14 76:18,21 100:6,11
**formal** 67:6
**forth** 16:10,14 50:18
**found** 12:9 95:2 95:2
**four** 13:25 17:1
**four-day** 13:23
**Fourteenth** 2:9
**Fourth** 35:13
**Fowler** 2:8
**frame** 96:8
**fraud** 110:17
**free** 6:21 56:3 113:16
**friend** 106:2
**friends** 16:6 24:2,3
**front** 74:8
**frustrated** 86:8 86:10
**full** 10:7,8,9
**fun** 50:13
**funeral** 97:22
**further** 113:13 115:13

**G**

**G-e-o-g-h-a-g-...** 8:15
**gained** 108:15
**gas** 22:12
**GED** 16:20
**generally** 75:2
**Geoghagan** 8:13
**Gerson** 2:4
**getting** 17:4,20 18:9,18 41:2 42:9 49:10 53:1 57:7 75:1 78:19,20,22 80:14 82:4 84:19 98:4 101:2 103:2
**GG** 114:19
**gifts** 37:25 38:4
**girl** 85:17
**girlfriend** 23:14
**give** 6:8 98:12 98:21,23 99:2
**giving** 79:3 99:23
**glass** 17:24
**go** 5:18 6:18 8:16 11:5 16:10 18:4 22:11,12 28:17 28:22 30:4,25 31:16,21 32:5 32:17,19,20 33:13 34:2 37:7,21 42:14 43:14 46:25 48:8 49:14,17 50:1,3,3 51:22 51:25 52:13 53:20,22 54:7 54:11,13 57:3 58:4,9 59:23 61:3 62:6,21 63:9 64:22 65:19 66:8,23 67:3,22 68:1 68:14,15,15,17 70:8,14 71:5 72:7,9,13,16 73:7 74:24 75:5,6 77:9 80:13 82:10,15 83:6,22 87:14 88:20 92:21,24 94:3 97:1,22 97:23,24

100:22,24 103:6 104:24 113:16
**God** 90:10
**goes** 109:9
**going** 11:20,22 13:6,7 15:7 17:10 20:21 45:18,19 57:13 62:10 69:20 73:23 80:25 82:15 83:20 92:15,21,23,24 93:1 103:6 104:25 112:6
**golf** 30:15
**good** 5:11 18:24 23:3 28:2 33:25 42:22 43:4 44:20 52:15 54:21,22 54:23 58:25 63:20 71:16,19 74:21 83:15 86:23 88:16 108:16
**gotten** 87:24 112:9
**government** 109:19
**GPS** 93:16
**graduated** 16:18 16:19
**Grand** 14:2 17:25 53:2
**gratuity** 83:8 84:18
**Green** 8:25 9:4 14:4,5,6
**grew** 15:23
**group** 53:11
**guess** 5:19 19:11 19:14 57:9
**guest** 72:23 78:11
**guilty** 102:20,21 103:17
**guys** 22:8,18
29:25 30:8,17 40:3 49:23 51:23

**H**

**H** 3:8
**half** 9:22 17:1 29:9,13 34:11 44:13 56:20,21 69:17
**hand** 4:23 60:11 109:9 114:12
**handcuffs** 111:10
**handle** 12:14
**handled** 12:16
**hands** 109:1
**happened** 26:3 77:1 92:13 93:17,25 99:11 99:15 102:15
**happens** 75:18 91:4 95:1
**happy** 6:13 108:18
**hard** 33:17 55:6 71:22
**Hardee** 2:8 3:3 4:20,20 5:7 17:7 21:6 42:24 52:22 57:17 69:3 75:17 76:19,24 100:7,12 103:6 103:15 113:13 113:16,21
**hat** 38:5
**hate** 69:21
**head** 6:7 10:16 10:23 34:14 35:18 50:12 59:10 60:12 68:20 82:4 105:15 107:8 108:17
**headache** 27:10 34:16,17 59:13
**headaches** 18:21
18:23 27:12,18 45:14 59:11
**health** 11:4 15:8 15:16 18:15,15 18:16,18 22:20 27:9 44:20
**health-wise** 45:1 49:6
**healthy** 108:18
**hear** 41:15,16 67:21 86:13,16
**heard** 4:6
**heat** 41:22
**held** 4:9 60:11
**help** 101:11,18 104:18 106:2 113:18
**helped** 59:5 78:10 91:7 98:25 104:24 104:25 105:2
**Helpers** 10:4,12
**helping** 16:6
**helps** 59:18
**hereto** 3:16
**HHA** 10:25 11:1 11:2
**hide** 45:5,6
**high** 16:18
**hire** 112:20
**hired** 112:17,22 113:3,6,7
**hold** 60:11
**holding** 90:21 91:14
**home** 10:20,22 11:4 14:3 16:8 16:23 20:4,18 43:24 44:8 97:1,5,15,22 97:24 107:1 108:3
**honest** 45:3
**honestly** 20:8 35:16 88:8 105:20
**horrible** 111:3
**hospital** 93:13
94:6,8 95:1,16 99:18
**hot** 19:7,8,17
**hotel** 97:8
**hour** 34:11,11 47:7 51:20 56:20,21 57:25 58:13,13 61:11 65:7 68:4 69:17 71:15 80:16,20
**hours** 9:23,25 10:9,11,12,15 20:5 39:13 51:9 52:7 56:20,21 100:4
**house** 12:23 14:7 19:21,22 19:22,23 20:6 20:9,13 98:1 98:25 104:24 104:25 105:4 106:3,5,9,10 107:6,10,16,20
**How's** 108:20
**Huh** 104:20
**hundred** 38:12 38:14
**hung** 58:15 64:25 66:15
**hungry** 65:15 66:20
**husband's** 8:11

**I**

**idea** 11:13
**incident** 102:19 103:25 104:9 105:7
**indicate** 21:1 22:14 34:12 78:8 82:13
**indicated** 53:24 77:8 103:16
**informed** 95:16
**inhaler** 27:17 35:1,3,6,8 36:17 55:15,18
56:5,7 59:19
**insurance** 109:23
**interaction** 81:2
**interested** 115:17
**interim** 106:15 106:18
**introduce** 4:15
**involved** 13:1
**involving** 110:14
**island** 46:12 54:15 56:9
**Islands** 14:2 17:25
**issues** 17:5 23:4 23:8,10,11 24:8,14,15,22 27:9

**J**

**Jacksonville** 14:16,17
**jail** 111:10
**Jamaica** 14:2 17:24 35:21,22
**Jason** 8:13
**job** 9:14 10:17 109:20,22 111:21 112:9 112:14
**jobs** 9:15 105:8 111:21
**Johns** 114:4 115:4,20
**join** 18:6 46:16 51:23
**Joseph** 14:23
**Juanita** 12:10 71:8,10,25 75:23 76:1,25 86:13 89:1 90:13 99:13
**Juanita's** 19:23 21:18
**July** 1:15 4:11 11:11,24 14:12

19:12 24:21,24 25:20 29:24 30:8,13,21 32:14 34:2 35:5,13,19 36:5 45:18,20 53:1,14 60:16 63:11 65:11 77:12 96:24 97:3 113:24 114:10,13 115:19 116:5
**jump** 19:15
**June** 12:1 111:12 112:17 112:17,18,19
**juvenile** 110:20 110:25 111:8

**K**

**Karen** 1:5 4:5 116:2
**Katina** 2:8 4:20
**keep** 40:3
**kept** 8:9 43:11 43:16 93:3,7
**Key** 37:17
**kidneys** 95:21
**kids** 7:7 11:20 21:21 22:4 25:3 26:19 27:24 31:17,17 31:19,23 32:1 32:23 34:8 36:12 37:17 43:8 49:24 58:16 61:13 64:25 66:10,16 71:11 75:22 80:13 87:13 88:23 91:14 94:5 97:21 99:3 107:3
**kind** 29:22 104:3
**knew** 13:4 18:12 23:22 70:4
**know** 6:13,17 12:12 13:3 15:20 20:5 23:8,18,20,21 24:2,5 26:10 26:12 28:4 33:7 36:17 39:10,11,21 40:18,20 41:10 45:19 46:1 47:8 49:8 50:3 51:3 56:3,18 62:14 68:12 69:22 73:4,5 75:3,12 77:8 80:19,23,24 83:15 84:1 85:8 86:23,24 87:16 90:23,23 90:24 92:16,17 93:2 94:15 100:1 101:4 102:13 104:13 105:9,17,21 106:14,17 107:15 108:7 110:1,3 111:20 112:5
**knowledge** 5:22 67:24 80:1 83:1 101:24 102:9 107:4
**known** 8:21 23:19
**knows** 91:11

**L**

**L** 3:13
**lady** 85:6,16
**laid** 20:15
**late** 32:14 64:4
**laughing** 39:19
**lawsuit** 5:22
**lawyer** 94:20,21 111:19
**leading** 92:13
**learn** 11:10 17:17
**leave** 36:3 82:7 83:5 109:14
**led** 43:23
**left** 6:3 20:11 37:2 52:25 65:24 69:4 71:1 77:9 80:12 81:10 82:11 87:8,8 97:20
**leg** 108:25
**Lenard** 1:13,14 3:2 5:3,13 8:8 8:16,17,24 52:24,25 113:23 116:5
**length** 13:21 26:17
**Leon** 1:18 4:10
**Leonard** 4:3 52:23
**let's** 43:5 108:21
**life** 22:19 95:8 95:14,17 96:17 96:18 98:14 107:24
**lighter** 41:3
**line** 74:8 80:22 83:10,15 84:9 84:23 85:9,10 87:3,6 94:12 116:6
**Lines** 1:9 5:15 116:3
**literally** 73:19
**little** 5:8 15:22 34:9 40:2,7,16 40:24 41:3,3 41:11,13,17,22 43:5 45:19,23 47:12 49:9 50:7 59:18 61:9,23 64:20 65:2 70:10 78:13
**live** 8:24 16:8,17 95:14 106:2,2 107:9
**lived** 9:6 14:4 20:2 44:6 45:12 106:10
**lives** 22:23 108:3 108:4
**living** 9:8,20 19:25 106:8 108:1
**loading** 79:5
**located** 9:1
**lonely** 105:25
**long** 9:6,21 10:5 10:15 15:20 16:8 20:3 22:8 25:25 26:9,12 26:17,19 30:20 34:10 37:11 39:9 40:8 46:23 47:4,5 50:19,21 56:12 56:18 57:23 58:11 61:8,9 65:4,5 66:4 68:3 69:15 70:24 71:1 74:6,7 78:25 79:2,6 80:15 87:2,18 88:4 91:22 95:23,25 96:2,10,15 98:7 99:24 104:6 105:22 106:6 107:9,11 107:15 112:13
**longer** 44:11
**look** 17:11 27:4 31:7 36:6 41:8 41:9 48:16 56:24 63:21 67:13 77:20 88:10,15
**looked** 27:5 40:25 50:7,8 57:1 74:19 77:19 94:12
**lose** 83:20
**lost** 104:3,4,7,13
**lot** 27:10 31:11 47:2,19 71:3 80:25 104:8,8 104:13
**Lots** 69:14
**loud** 86:19
**louder** 86:6
**LPN** 10:24
**luggage** 89:16
**Luke** 7:25 8:1
**lunch** 46:5,6,12 46:16 65:13,14 66:8,20
**lunchtime** 46:4 46:19

**M**

**M** 2:8
**ma'am** 5:1
**Magna** 110:4,6
**majority** 65:10
**Makayla** 14:19 25:17 61:18 75:23 106:24
**making** 34:21 105:9
**Markel** 2:3 4:18 4:18 17:6 21:4 42:20 57:16 75:14 76:18,21 100:6,11 113:15,18,20
**married** 8:5,7 8:12,18 23:6
**matter** 4:3
**mean** 13:5 15:14 23:2 24:5 31:13,14 38:16 40:19 44:10 50:12 51:11,14 51:15 52:2 54:23 69:22 71:21 78:21 86:7 89:15,22 90:17 97:2 104:5 106:19 110:24
**meaning** 19:3 80:21
**means** 40:20

**measurements** 86:23
**Media** 4:1 103:10,14
**medic** 65:20
**medical** 10:25 49:15 57:3,14 59:23 62:7 64:22 66:23 67:23 68:1,1 72:8,14 74:24 76:9 77:4,9 82:11,14 83:23 86:16 100:14 100:18,22,25 101:25
**medically** 15:12
**medication** 49:11
**medications** 27:15 34:18,22
**meet** 14:3,7 58:21,22 88:20
**Melissa** 1:13,14 1:20 3:2 4:3,14 5:3,13 8:16,22 113:23 114:7 114:17 115:6 115:24 116:5
**mention** 59:19 67:25
**mentioned** 45:20 58:2 66:25 95:24 105:17
**mess** 104:2
**messed** 104:1
**met** 23:18 56:16 56:23 57:18 105:25
**Miami** 1:2 2:5 2:10 4:7 14:15 20:12 21:11 22:9 63:14 97:4,4,16
**Michigan** 12:24 19:9 20:24 45:12 97:23,25 98:6,7 99:8
**midnight** 26:12 27:21 28:15 29:3 33:5 51:1 62:17,18
**mile** 38:12
**minute** 88:24
**minutes** 71:2 74:9,11,13,14 78:14 80:18 83:16 88:7 92:18 93:11
**mom** 15:1,8,9,17 18:8,10,12 22:6,14 23:7 23:20,21,22 24:5,18,21 25:18 27:25 28:11,25 30:17 31:4 34:2 36:14 37:22 39:14 40:10,22 43:7 44:9 45:9 46:25 48:10 49:3,23 50:1 53:22 54:9,20 56:24 58:2,17 61:7 62:2,3 63:6,19 65:1 66:18 67:7 68:5 69:18 70:19 71:1,10 71:13 75:2,24 76:2,6,16 77:6 77:8,11 78:25 79:24,25 80:1 82:8,10 83:17 84:2,9,11,25 86:4,5,12,17 87:3,4 88:11 89:3,6,17 90:4 92:13,19 95:2 95:14 98:9,20 99:11 100:9,13 101:11,17 104:4 105:6,8 108:21 110:10
**mom's** 11:15,25 12:23 16:6
**mommy** 26:20
**money** 11:19 72:19,25 73:6 73:24 74:5 98:12 99:1,2 105:9
**month** 9:22 12:3 13:19 43:13 98:8,19,23,24 98:24 99:7 104:19 105:10 107:12 113:3 113:11
**months** 43:11,17 106:6,7 107:12
**morning** 5:11 20:11,17 28:8 29:25 35:7,8 36:4,15,18 37:3 38:7 51:9 52:5,5,7 55:3 55:23 57:1 60:20 62:23 63:16 64:5,21 65:4 76:7,10
**mother** 5:24 15:23 26:22 31:23 33:7 62:14 66:9 97:3 102:10,12 102:16
**move** 15:25 16:12,25 107:4
**moved** 16:22,24 17:2 99:1 106:3
**moving** 16:4
**multiple** 105:8,8

**N**

**N** 3:1,13
**name** 5:11 7:11 8:7,9,11,19 14:18,22 85:23 94:15 108:6
**name's** 4:13
**named** 114:9
**names** 7:24 9:18 9:19 110:6
**nap** 34:4,5,13 57:6 58:3 59:16
**napped** 47:8
**Nearby** 93:10
**necessarily** 75:5
**necklaces** 37:17
**need** 5:8 6:12,20 6:21 52:13 78:6
**needed** 35:2 48:6 54:7 72:18 78:23 79:6,16 97:15 98:22 99:3 101:17,18 113:3
**needs** 86:5
**never** 16:19 45:6 51:19 95:5 100:13,18 107:24 110:20 111:10,10
**new** 18:24
**niece** 14:9,13 15:2 18:3 21:25 22:1 25:5 61:14 66:11 70:18 75:20 89:7 94:4 97:21 106:23,24
**niece's** 14:18
**night** 14:11 20:10,13,18 26:11,13 27:4 32:7 33:9,23 50:4,20 51:3,6 60:1 61:1,2 62:24,25 63:3 63:4 72:19 76:14 77:1,9 80:2
**nights** 13:25
**Nine** 7:21
**no-showed** 111:14
**nod** 6:7
**Nods** 10:16,23 35:18 50:12 59:10 68:20 107:8 108:17
**noise** 27:11
**nonresponsive** 90:7
**noon** 1:4,5,14 4:3,4,5 8:22 30:6 33:20 52:17 53:17 116:2,2
**Nope** 27:8 28:10 89:20
**normal** 27:13,14 78:3,4
**normally** 59:14
**North** 1:18 4:9
**Notary** 1:20 114:8,18
**notes** 115:11
**notice** 19:5 55:2
**noticed** 1:14 42:4
**November** 114:19
**Number** 4:2,8 103:10,14
**nurse** 10:20 91:6 91:7,9 93:20

**O**

**O** 3:13
**oath** 3:4 4:25 114:1
**obviously** 6:2 26:10 40:19
**Ocho** 35:20
**offered** 65:17
**officer** 91:20,23
**officers** 92:4
**official** 112:20 114:12
**oftentimes** 75:4
**Oh** 9:17 19:14 21:25 38:25

39:21 44:18 45:4 48:13 61:18 70:14 73:12 80:17 90:10 111:5
**oil** 98:3
**okay** 5:20 6:22 6:23 7:1,5,7,11 8:10,16,18,18 8:24 10:24 11:3,5,8,16 12:2,12,14,21 13:9,15,21,23 14:1,6,10,12 14:17,24 15:15 16:12,20,25 17:10 18:9,11 18:20,25 19:14 19:19 20:3,9 20:21,22 21:23 22:8 23:18,23 23:25 24:7,18 25:9,25 26:5,7 26:9,21,24 27:3,4,6,24 28:8,11,14,18 28:21,25 29:5 29:11,16,20,22 29:24 30:4,8 30:23,25 31:4 31:18 32:11,14 33:3,16,18,20 34:1,18,24 35:10,19 36:11 36:25 37:5,7 37:10,19 38:4 38:10,15,23,25 39:3,11,21,23 39:25 40:5,10 40:12,13 41:1 41:6,12,18 42:1,14,25 43:12,23 44:5 44:17 45:7,12 45:18,18 46:1 46:6,9,14 47:9 47:18,20 48:3 48:7,21 49:11 49:14,20,20 50:5,14,19 51:5,11,11,17 51:25 52:4,7 52:10,14 53:4 53:10,13,16,19 53:24 54:6,9 54:15,20,25 55:2,21 56:2,4 56:8,9,21,23 57:9,18,21,23 58:17 59:4,15 59:17 60:22,25 61:2,5,15,20 61:22,23 62:2 62:19 63:4,6,8 63:11 65:24 66:12,14,25 67:3 68:21 69:7,10,15 70:5,14,18,21 71:13,19,24 72:13,25 73:9 73:16 74:5 75:11,18,23 76:8,12,25 77:16 78:6,18 78:25 79:11,19 79:25 80:12,15 80:21 82:17 83:5,14 84:4 84:11,17,21 85:20 86:1,10 87:2,8,11,14 87:21 88:4,10 88:24 89:21 90:4,17,21,25 91:17 92:23 93:3,12,17 94:24 95:10 96:7,16,24 97:24 99:4 100:8,16 101:2 103:5,16,21 104:2,17,23 105:1,14 106:22 107:4 107:14 108:8 109:12,18,23 110:1,5,9,12 110:19,24 111:2,6,20 112:5,8,16,21 113:9,12,13
**old** 7:3,18 8:1 61:20 85:21 98:15
**once** 20:9 24:24 26:3 29:4 34:8 40:10 44:17 57:18 74:20 75:18 88:20 89:10 93:17,25 95:1 104:11 106:12
**one-hour** 39:11
**open** 90:9
**opened** 26:2,3
**opportunity** 5:21,25
**option** 113:17 113:19
**options** 95:19
**orientation** 112:12,13
**Orion** 9:4
**outcomes** 95:19
**outside** 79:4 89:10
**Owen** 7:25 8:3
**oxygen** 76:11,13 76:15,16 77:6 78:12,15 79:1 79:8 80:2,11 81:3,6,10 95:22,24 96:3 96:9,14 99:18 99:23,25 100:3 102:1,2,4

**P**

**P** 3:13
**P.A** 2:4,8
**p.m** 1:16 52:18 52:19 68:24,25 103:11,12 113:24
**pack** 29:9,14 97:23 98:3
**packed** 79:3 83:11
**pad** 30:15 66:16
**Page** 116:6
**paid** 25:12,13,13 25:17 84:8
**pale** 59:9 63:22 67:14 74:21 83:21 88:18
**paler** 41:2 55:4 63:23 67:15
**Panamanian** 1:8 116:3
**paper** 111:19
**paperwork** 94:17,21
**parents** 14:8,12 17:8 18:4 24:7 25:5 43:11 47:12,14,16 48:3 56:16,24 57:19 66:11
**parents'** 16:10 16:23 22:22,24 23:8 25:4
**park** 31:25 38:16
**particular** 11:8 11:16 12:7 13:15 17:2 18:6 24:4 25:9 38:20 61:2 69:7
**parties** 3:16 115:14
**parties'** 115:15
**parts** 86:19
**passed** 43:1,6 44:6 97:3 100:9
**passengers** 91:3
**passing** 43:18
**Patton** 23:14 105:18
**pay** 83:7 84:11 84:16 85:24 99:4
**paying** 84:10,17
**peek** 48:5
**penalties** 116:22
**pending** 6:14
**people** 74:7 87:17 101:16
**period** 103:18
**periodically** 26:11 28:22 66:18
**perjury** 116:22
**person** 63:3 85:6 101:19
**personal** 1:4 4:4 17:5 116:2
**personally** 114:9
**persons** 38:1
**phone** 12:17,18 44:15
**photographs** 69:16
**photos** 69:12
**physical** 42:4 55:3 59:1
**picked** 14:8,12 19:19
**pictures** 68:16 68:17 69:5,8,9 70:5,17
**pills** 27:17
**pinpoint** 16:15 107:19
**place** 1:17 37:7 110:5
**places** 10:8 31:16
**plaintiff** 1:6 2:6 4:19 116:2
**plaintiff's** 6:8
**plan** 82:17,20 92:19 93:12
**planned** 96:18
**planning** 12:2 13:1
**play** 31:17 51:20
**played** 26:4 61:9

**Playing** 27:1
**please** 4:15 5:12 6:21 67:19 88:17 91:4
**plus** 10:10,25
**pneumonia** 42:17,21,23,25
**point** 19:12 56:24 57:11 58:6,24 59:2 59:11,22 60:13 74:19 75:9 77:14 78:3,16 86:11 87:22,22 87:23 88:9 90:1 102:25 113:6
**police** 91:20,23 92:4
**Ponce** 1:18 4:10
**pool** 31:25
**port** 22:11 24:10 57:21 93:8,9
**portable** 102:1,2 102:3
**positive** 46:10
**possible** 95:19 113:4
**PRESENT** 2:13
**pressure** 80:21
**pretty** 20:24 30:22 31:15,20 33:22 43:4 71:1 88:16 100:2 104:1
**previous** 8:18
**previously** 111:11
**prior** 8:21 14:7 15:7 17:10,20 18:9 43:18 48:1 53:10 73:23 74:1
**private** 10:20,20
**PRNs** 34:23
**probably** 6:17 19:11 26:11 29:9 49:22 51:15
**problems** 7:5 15:16 67:18
**proceed** 6:15 61:3
**proceedings** 115:8
**Professional** 114:7,18 115:6 115:24
**provide** 98:9
**provided** 94:21
**pry** 97:12
**Public** 1:20 114:8,18
**puffy** 41:11,12
**pulse** 93:23,25 95:6
**purchase** 37:14 38:4
**purpose** 97:12
**push** 101:19
**pushed** 88:25
**pushing** 89:3
**put** 39:1 78:20 91:5 94:2 100:2 112:19
**putting** 69:19,22 69:22

**Q**

**question** 6:6,14 6:15 56:2
**questions** 5:22 6:24 113:14,15
**quick** 103:8
**quickly** 71:1
**quite** 26:23 40:23 43:8 107:2

**R**

**raise** 4:22
**ramp** 87:24
**Randall** 1:4 4:4 116:2
**read** 113:17,19 113:20,21 116:22
**reading** 3:17
**ready** 78:19,22 79:4 82:4 97:23
**really** 23:6 42:22 54:24,24 68:8,13 69:24 71:22 86:3 88:18 104:14 106:7 107:19 108:19
**reason** 11:16 16:4 17:2 18:6 21:2 24:4 25:9 28:2 29:20 38:20 61:22 69:7 111:17
**reasonably** 96:13
**recall** 34:10 85:5 89:3,5 93:6
**reconvene** 47:24
**record** 5:12 6:11 52:17,20 68:22 69:1 103:9,13 111:8 115:10
**recording** 5:10
**referring** 15:3
**regain** 93:22
**regained** 95:5
**regarding** 17:11 24:22 78:12 94:17,21 99:10 102:3,15,19 103:25
**Registered** 114:7,18 115:6 115:24
**relating** 5:24
**relationship** 22:22,24 23:9 107:22
**relative** 115:13 115:15
**Relias** 112:1
**rely** 98:18
**remained** 47:14
**remember** 7:6 12:13 13:10 16:9 20:8 21:21 22:10 24:10 30:1,23 32:11 35:15 37:2 38:6 39:13 47:6 55:19 64:18 85:15,23 89:2 89:9 92:5,16 94:16 96:6 97:10
**rent** 98:12 99:2
**report** 115:8
**reported** 1:20 35:19
**reporter** 1:20 3:4 4:22,25 5:1 6:3 114:8,18 115:1,7,24
**reporter's** 4:14
**Reporters** 1:17
**represent** 5:14
**representative** 1:4 4:4 116:2
**request** 42:14 46:25
**requested** 115:9
**Require** 11:8
**rescue** 93:23 101:23
**research** 17:13 17:21,22
**reserved** 3:18
**respective** 3:16
**responded** 4:25
**rest** 22:7,12 28:11 47:1,5 58:13 65:24 71:13
**rested** 46:20
**resting** 47:14 59:4
**restricted** 29:22
**restroom** 52:13
**resuscitate** 96:10
**retire** 50:1,23 62:15
**retired** 28:18 30:23
**return** 97:4
**review** 115:9
**rid** 105:3
**right** 4:22 5:18 6:16 8:12 11:10,21 15:7 27:12 28:3,20 36:3 37:5 38:16 41:4,15 47:20,23 48:21 57:20,21 60:17 72:2,4 73:15 73:17,20,23,25 75:10 80:15 81:2 82:3,7,15 85:20 97:16 103:6 105:16 106:4 107:6,7 110:12 113:21
**Rios** 35:20
**Road** 9:4
**rode** 21:18,21 94:4
**romantic** 105:21
**romantically** 105:19,20 107:18
**room** 32:24 36:20 48:9 61:10 65:3,5 65:25 66:11 70:7,11,13 71:4 72:16 73:8,24 75:21 75:21 77:25 78:11 80:4,12 80:14,16 81:9 81:10,17,23 82:22 92:22 95:2
**rooms** 76:1
**RPR** 1:20 114:17
**ruin** 57:13

**rules** 5:19
**rum** 37:19,20

**S**

**S** 3:8,13,13
**Sage** 7:14,15,18 15:6
**sale** 105:3
**sat** 22:16 42:1
**saw** 35:14 48:3 58:17 64:5 100:13
**saying** 5:9 109:24
**scene** 92:13
**scheduled** 111:11 112:16 112:24
**Schmidt** 45:16
**school** 11:5 16:18
**schooling** 11:8
**Schroeder** 1:20 4:14 114:7,17 115:6,24
**Schwartz** 2:4
**scooching** 89:17
**sea** 30:9 63:12
**seal** 114:12
**seating** 32:9
**second** 18:2 32:9
**see** 33:20 40:13 40:15,18,19 43:7 44:9 68:1 70:12,22,24 72:7 75:12 76:6 77:11 81:6 82:10,13 83:22 88:25 104:15 108:10 108:21
**seeing** 85:23 89:5 90:17 105:18,23 107:18
**seen** 29:6 35:9 49:15,17 59:23 70:9 104:10 108:8
**seizure** 89:24
**self-explanatory** 20:25
**sell** 104:25 106:5
**selling** 105:4
**Senior** 10:4,12
**sense** 51:7 99:19 101:12
**sent** 111:19
**serious** 42:15 57:11,12,15
**service** 94:11,18
**services** 72:23 78:11 101:25
**set** 34:25
**seven** 93:11 106:7
**Shakes** 34:14 60:12
**shaking** 89:18 89:22 90:21
**share** 44:25
**she'd** 31:25 33:14 42:21,23 42:25 45:14 51:3,6,18 52:2 57:6 58:3 59:25 62:8,11 74:25 75:9,16 99:2,6
**She'll** 113:20,21
**SHEET** 3:5 116:1
**shell** 104:6
**ship** 11:22 24:14 24:19,25 30:11 31:12,14,15 33:14 36:3 37:2 42:14 46:2,14 47:13 53:19 66:15 75:13,16 79:15 79:16,18 82:11 82:16,21 85:1 86:5,12 87:3,4 87:5,11,15 101:3,11,17,19 102:23,24 103:18,22
**shop** 23:19 24:6 37:11 110:2
**shopping** 36:2 37:9,10 56:10
**shops** 57:19
**short** 53:25 54:24 99:2
**shortness** 19:4 67:21
**shots** 45:14
**shutting** 95:21 95:22
**shuttle** 89:11,13 89:14 91:22 92:23 93:12 94:5,7,10,15 94:18
**shuttles** 94:12
**sic** 4:3,8 20:1
**sick** 18:12 40:24 42:16 49:9 57:7 58:25
**Signature** 116:25
**Significantly** 60:6
**signing** 3:17
**single** 98:20
**sister** 12:9 15:2 18:3 21:16 22:1 25:3 28:24 61:6,16 66:10 70:19 71:7 75:20 79:23 83:24,25 84:7,14 85:4 86:4,4,6 87:7 89:6 91:5,9 93:20 94:5 95:12 97:21 99:10 101:8 102:15
**sister's** 11:15 12:10 19:22 20:4,19 21:25
**sit** 31:17 41:23
**sit-down** 31:2 49:1
**sitting** 88:2 103:1
**situated** 98:3
**six** 43:11,17 100:4 106:6
**size** 86:24
**skin** 40:24 41:1 77:22 83:20
**skinny** 104:14
**sleep** 28:13 32:19,20 51:6 63:1
**sleeping** 48:12 63:7
**slots** 27:1,2,3
**slower** 60:5,6,6 60:7,23 64:19
**smoke** 28:22,23 29:7,21 63:9
**smoked** 29:1
**smoking** 29:13 29:17
**snacked** 47:21
**snorkel** 39:14
**snorkeling** 17:24 35:24 36:1,2 37:8,12 39:3,7,9 47:2
**sold** 106:3,9 107:6,7,9,15 107:20
**somebody** 32:24
**Someplace** 93:8
**son** 15:1,3,4 17:9 108:5
**soon** 37:4 53:19 82:16,21 92:22 109:9 113:4
**sorry** 16:16 24:1 28:6 41:9 52:25 56:1 70:10 83:3 88:24 89:21 92:10 97:12 104:12 110:12
**sounds** 111:3
**Southern** 1:1 4:7
**speak** 5:8,25 88:13 95:4
**speaker** 12:20
**special** 30:13 35:12
**specific** 23:12 98:11
**specifically** 46:25
**spell** 8:14
**spend** 106:1
**spending** 11:19 33:23
**spent** 20:9
**splash** 30:15 31:25 66:16
**split** 25:15,23
**spot** 29:21
**Spring** 19:25
**Springs** 8:25 9:5 14:4,5
**St** 1:17,19 4:10 20:2 114:4 115:4,20
**Stacy** 23:14 105:18,19 106:3,8 107:5 108:1,4
**stand** 11:3 84:23 91:15
**standing** 74:8 84:8 85:6,9 86:20 87:2
**start** 12:2 105:18 113:7
**started** 83:19,19 83:20,21 89:14 89:18 93:17,19
**starting** 40:16 40:23
**starts** 91:5
**state** 5:11 107:13 114:3,8 114:18 115:3
**stated** 5:14 58:2 116:23

**states** 1:1 12:21
**stay** 20:3 26:9 30:17 32:14,18 32:19 49:23 50:19,21 51:8 51:17 52:2 57:23 61:8 65:4 66:2,4 68:5 69:15 72:16 87:7 98:7 103:23 108:12
**stayed** 27:25 28:3 39:16 54:15 56:9 65:5,7,10 66:1 71:12 75:21,21 75:24 97:6,8
**staying** 97:13
**stealing** 111:1
**stenographic** 115:11
**stenographica...** 115:8
**step** 7:10,12
**stepchildren** 7:22
**steroids** 27:19
**stingray** 56:12
**stingrays** 17:25 53:8 54:18 56:19
**stipulated** 3:15
**stood** 72:11 79:4 83:15 85:10
**stop** 22:7 52:2 80:8
**stopped** 22:12 56:15 70:21 71:3 88:23
**stops** 22:12
**store** 38:12,21
**store's** 38:16
**stores** 37:13 38:8,9 39:1,6 56:16,17
**straight** 22:11 37:7 54:6
**Strike** 36:4
**stroke** 108:22,23 109:4,5
**struggling** 64:2 74:21 88:19
**stubborn** 75:3
**stuff** 37:18 45:8 48:6 57:6 80:14 84:8,10
**stupid** 84:1
**suffered** 15:17 15:20
**suggest** 49:17 57:3 59:22 64:21 67:22
**Suite** 1:18 4:10
**superior** 23:22
**Supervisor** 23:24
**support** 95:8,15 95:17 96:17,19 98:10,18
**supposed** 34:19
**sure** 22:23 23:21 24:13 32:6,8 32:10,22 33:12 34:21 35:15 36:19 39:5 46:24 47:8,11 49:25 50:3,25 51:2,2 52:4,9 55:16 56:6 58:12,15 62:20 62:24 66:5 76:17,22 77:10 80:9,19 84:20 86:3,18 87:1 88:6 92:1 93:8 105:20 106:7 107:13,19 110:18
**surgeries** 108:24 108:25 109:9
**surgery** 108:22 108:22,23,23 109:6,8
**sway** 6:10
**swear** 4:23
**sweat** 88:18
**sweating** 83:21
**swim** 39:21
**swimming** 17:25 30:15 39:20 40:1 53:7 54:18 56:12,18
**switch** 22:7 31:19 103:7
**sworn** 4:17,24 5:4 114:10

**T**

**T** 3:8,13,13
**table** 86:24
**take** 6:12,15,20 6:22 8:11 11:14 13:16 14:1 18:11 22:8 26:18,19 34:4,5 45:13 46:25 49:11 52:12,12,15 55:19 68:9,13 68:17,19 69:12 74:6 82:18,22 87:18 89:19 91:22 92:24 93:13 94:11 95:8,16 97:22 103:7 107:25
**taken** 1:15 5:16 52:18 68:24 96:16 103:11 116:5
**takes** 35:2
**talk** 15:8,10 18:10,20 22:18 22:20 81:21 89:25 92:4,6,8 95:11 99:10 102:17
**talked** 15:9 18:15,17 22:16 22:23 44:15 95:12,18 106:21 107:2
**talking** 86:4,18
88:2 103:18
**tampons** 111:1
**tan** 41:3,4
**tape** 103:7
**taxes** 83:8 84:12 84:18
**taxi** 38:8,8,9,24
**taxis** 38:20
**technician** 10:25
**tell** 6:21 9:17 13:7 14:24 15:12 18:22 20:23 25:19 28:8 33:4 35:10 36:25 40:23 52:6,8,9 55:17 64:2 66:13 70:1 71:19 76:5,12 76:25 77:3 88:4,9 89:15 91:24 95:20 96:5,11 101:5 101:8,13,20 112:23
**ten** 9:25,25 10:2 10:9 29:18,18 29:19 78:14 98:16,20
**test** 11:7
**testified** 5:5
**testify** 6:1
**TESTIMONY** 3:2
**Testing** 11:9
**Thank** 5:1 14:6 82:6 113:15,16
**Theft** 110:17
**they'd** 43:15 48:15 75:10
**thing** 31:18 51:3 63:16 85:8 108:16
**things** 20:6 42:11 47:13 105:3 112:4
**thingy** 85:11
**think** 16:3,14 27:17,20 29:17 32:13 34:8 35:4 36:19 37:18 39:13 41:22 46:20,22 47:11,12 49:13 52:23 57:10,12 57:15 58:10 61:7 64:23 69:21 71:7 75:11,15 76:17 79:7 85:17 91:20 92:7 94:14 97:6 101:1 102:1 105:21 107:23 108:7 111:7
**thinking** 42:9 46:8 61:22
**thought** 45:21 49:9 57:5 58:3 75:15
**three** 9:7,16 10:6 12:18 17:1 37:13 39:6 44:5 111:20
**till** 26:11 51:8 64:3 113:2
**time** 1:16 4:11 6:6,12 9:8 10:7 10:8,9 12:22 13:18,20 15:8 15:9 16:1,2,22 18:10,17 19:6 19:12,25 20:16 20:18 22:14,25 23:5 24:11 26:12,20,21 28:4 29:24 30:18,23 31:23 32:5,6,17 33:3 33:7 34:3,25 36:3,5,22 37:2 38:22 39:3 42:2 44:16,21 46:1 47:10,18 48:3,10,11

50:23 51:18 52:15 53:12,13 53:25 54:1 56:2,14 58:17 59:22 61:11 62:14,15,21,22 63:10 65:6 66:12 68:5 69:18 76:4,6 77:11 79:20 80:8,22 81:9 81:24,25 83:2 83:4,18 90:5 91:13,15,21 96:6,8 99:6,12 100:24 101:2 103:18 104:6 105:6 106:1 113:23
**times** 15:11 33:11 34:7 44:10,17 56:5 61:7 100:21 110:1
**tiny** 41:13
**tire** 98:4,4
**tired** 20:15,23 21:2 42:7,8 45:20 47:2 50:7,8 54:24 56:25
**today** 6:4
**Today's** 4:9
**told** 13:4 42:11 42:12 44:19 53:20 77:5 78:22 79:23 95:18 100:5 101:10,16,20 102:3
**tomorrow** 75:1
**top** 105:15
**totally** 109:10
**touching** 90:19
**training** 111:18 111:25 112:1,6 112:7,10,11,19 113:5
**transcript** 3:17 115:9,10
**transport** 79:5
**travel** 12:9,12 12:19 17:19 21:2,5,11 44:3
**trial** 6:1
**tried** 22:7 45:6
**trouble** 110:21
**truck** 21:16,17 21:18
**true** 115:10 116:23
**try** 62:6 89:25 102:17
**trying** 6:10,11 51:12 57:9 72:12 80:22 90:6,14,15,23
**turn** 26:17
**turned** 7:19
**turns** 26:6,8,10 26:15
**TV** 34:9 48:15
**twice** 104:11 106:12
**two** 7:10,10,22 21:14 31:21 35:17 43:4 56:20,21 71:15 74:7 107:12 112:7,15,22
**two-hour** 39:12
**type** 98:9 111:25
**types** 38:4

**U**

**U** 3:13
**U.S** 4:6
**uh-huh** 6:7 9:19 24:16 32:21 33:2 34:6,7 37:6 42:13 43:2 46:15 48:23,25 53:9 55:1,10 62:13 67:7 73:18 75:8 77:23 81:16,24 84:17 88:1 96:20 98:2 104:16 106:13,25 107:2 111:24
**uh-uh** 6:7 40:6
**uncommon** 42:17
**understand** 21:1 35:17 36:8 53:16 57:9
**Understood** 34:1 36:21 44:12 45:10 46:11 47:20 79:21 81:1 82:6 85:25
**Unit** 4:1 103:10 103:14
**UNITED** 1:1
**unresponsive** 91:7 93:21
**upset** 86:8,10
**use** 35:3,5,8 36:22 40:3 55:15 56:5 80:1
**usual** 45:25 55:11
**usually** 42:22 59:18 60:7 113:10

**V**

**Vacation** 36:6
**van** 88:22,22 90:25
**varied** 26:19 47:11 48:9
**Varies** 9:24,25
**vary** 98:25
**vehicle** 21:13,15 21:24 22:2
**vehicles** 92:25 93:3,6,16
**verbal** 6:8
**versus** 4:5
**video-recorded** 4:2
**videographer** 2:13 4:1,13 6:5 52:16,20 68:22 69:1 103:9,13 113:22
**videotaped** 1:13 113:23
**visit** 43:10 51:7
**visited** 106:10 106:23 107:1
**visor** 38:5
**voiced** 86:8
**vs** 1:7 116:2

**W**

**wait** 97:7 113:2
**waiting** 103:1
**waive** 113:17,19
**wake** 90:6,14,15
**waking** 91:8
**walk** 24:18 31:11,13 38:7 60:1,4,11 64:15 67:11 71:5,21,22 78:1 84:21
**walked** 38:11 71:7 73:8 74:15 78:2 83:7 84:20,21 87:24
**walkie-talkie** 85:11 86:2
**walking** 31:9 38:18,21 49:4 54:14 56:10 60:3,9,22,22 60:23 64:17,19 78:3 82:8
**walks** 60:7
**want** 9:2,18 18:8 25:6 39:23 43:19 52:12 57:13 59:24 65:17 68:19 69:25 70:1,16 72:9,16 74:25 75:12 89:19,20 92:18 95:14 103:7 104:7 106:2 107:23 113:18
**wanted** 26:20 33:20 49:14 69:9,19 72:7 72:13 73:24 76:16 77:9 78:8 80:11 82:10,13 83:22 86:12 100:22 101:10,11,17
**wanting** 66:22 67:25 100:24
**wasn't** 15:15 18:13 25:9 33:17 36:19 39:20 40:1 42:15,17 44:10 59:14,24 64:3 64:7,8,9,10 65:15 66:20 69:24 70:3,16 71:15,19 74:22 75:7 76:22 79:6 83:1,4 84:8 87:7 91:8 91:8 93:8 98:24 100:15 107:15
**watch** 31:17,25 76:2
**watched** 34:9
**watching** 26:7 34:21 48:15 61:13,24 91:17
**water** 30:15 40:8
**way** 2:4 6:10 16:15 40:24 56:15 80:19 97:21 98:5
**we'll** 6:13 52:12
**we're** 29:24 52:16,16,20 60:16 63:11

68:22 69:1 103:6,9,13
**wear** 67:6
**weather** 19:9 42:16
**website** 17:11
**week** 9:23 10:1,9 10:13 15:11 44:17,17 97:6 97:13
**weekend** 106:23 107:1
**weeks** 113:11
**weight** 104:8,8 104:13 108:15
**went** 14:8 16:14 18:3 19:21,21 19:22 20:5,15 25:1,21 27:21 27:23,25 28:13 28:14,16 32:15 32:23,23 33:2 33:7 34:8 35:23 36:1,2,9 37:9,10,11,13 39:6,7,16 43:10,13 46:21 47:13,15,21 48:21 50:21 53:2 54:6,9,14 54:16 56:9,14 56:15,16,17 57:19 58:15 60:23 61:10,10 62:14,21 63:10 63:17 64:25 65:3,12 66:10 66:11,16,25 68:13,16 69:4 70:7,9,11,12 70:13 71:4,8 71:11 72:2,4 72:18 73:12 76:8,10 77:4,6 79:2 80:16 81:17,23 84:9 85:8 87:20,21 88:3 89:16
94:5 97:19,25 98:1 100:18 104:18,21,22 105:2 109:6,7
**weren't** 23:4 32:1,8 86:20 106:20
**wheelchair** 60:13 71:23 72:3,5,21 73:16,19 74:22 77:24 78:6,9 82:8,9
**wheeled** 72:21 74:17
**wheezed** 41:17
**wheezing** 41:15 45:23 49:7 67:21
**when's** 11:23,25 16:22 18:17 58:17 76:6
**whichever** 61:16
**white** 2:8 85:17 85:18
**whiter** 55:4
**WILLIAMS/...** 1:7
**winded** 71:22
**windows** 52:8
**winning** 28:1 33:21 50:10,11
**winnings** 33:23 73:3
**witness** 4:16,24 5:5 21:5 42:21 55:16 75:15 76:22 114:9,12
**witnessed** 36:24
**word** 6:4
**words** 11:13
**work** 9:11,13,23 10:3,10,11 47:3 109:6,7 109:16,21 111:18,19 112:10,18 113:8,9
**worked** 10:5 24:6 110:5,10 110:11
**working** 10:9 29:10 63:4 105:6 109:2
**works** 110:3
**worse** 55:13 57:1 64:1,10 64:13 83:19 103:2,2
**wouldn't** 28:5,7 35:8 51:17 75:5 95:14 99:16,17 101:4 103:22 113:5
**wow** 9:17 19:14
**wrists** 109:1
**writing** 5:9

**X**

**X** 3:1,8

**Y**

**yard** 105:2
**yeah** 18:12 20:11 24:20 29:23 36:10 39:18,22,24 40:9,15 41:5 43:1 44:14,18 46:22 48:20 50:10 51:13,16 51:21,24 52:2 52:12 55:8,22 57:20,22 61:12 62:1 63:24 64:7,12,14 67:4 73:13,17 73:22 74:18,25 77:25 80:17 82:4 84:16 88:12 90:2,12 92:21 101:12 103:20 109:15 109:25 110:8 111:1,5 113:20
**year** 4:11 43:3
43:17,17 44:10 44:13,23 104:9 104:11 105:12 108:8 113:24
**years** 9:7 10:6 16:9,15 17:1 35:16,17 42:23 42:25 43:4,6 44:5 98:14,15 98:16,20
**Young** 85:21
**younger** 61:23

**Z**

**zoom** 2:3

**0**

**1**

**1** 4:2 103:10
**1:15** 103:10,11
**1:16** 103:12,14
**1:28** 1:16 113:24
**10** 74:13,14
**10:00** 24:12 62:19
**107** 9:4
**11** 7:19 8:4
**11:00** 24:12
**11:08** 1:16 4:12
**114** 3:4
**115** 3:4
**116** 3:5
**12** 8:2
**12:00** 52:17,18
**12:09** 52:19,21
**12:28** 68:23,24
**12:34** 68:25 69:2
**12th** 12:1
**1395** 2:9
**13th** 11:24
**14** 111:7
**15** 111:7
**1510** 1:18 4:9
**16** 16:3 43:19
**16th** 112:17
**17** 43:20 61:21 61:22
**18** 111:4
**18-cj-23181** 4:8
**18-cv-23181-** 1:7
**18-cv-23181-...** 116:4
**18th** 111:12 112:17,18,19
**1980** 2:4

**2**

**2** 103:14 114:19
**2:00** 20:17 21:7
**20** 10:11 74:9,11 83:16 110:7
**2016** 43:21,22
**2017** 11:11 12:5 43:22 44:8
**2019** 1:15 4:11 111:12 113:24 114:10,13 115:19 116:5
**2022** 114:19
**20s** 85:21,22
**23** 1:15 116:5
**23rd** 4:11 113:24 114:10
**265752** 114:19
**2nd** 14:11,12

**3**

**3:00** 20:17 21:7 46:7 52:4
**30** 10:10 71:2 80:18 98:15
**30s** 85:21,22
**31st** 114:12 115:19
**32043** 9:5
**33131** 2:10
**33145** 2:5
**34** 7:4
**3rd** 21:9 24:21 24:24 25:20 35:3

**4**

**4:00** 46:7 52:5
**40** 10:10

**4th** 29:24 30:8 30:13,21 32:14 34:2 35:5

**5**

**5** 3:3
**5:30** 77:15,15 80:4 81:12
**50** 10:12
**50s** 19:13
**5th** 35:19 36:5 45:18,20

**6**

**6:00** 77:13,13,15 80:5 81:12
**60** 10:10
**60s** 19:12
**6th** 53:1,14 60:16

**7**

**7:00** 20:20,22
**7th** 60:17 63:11 65:11

**8**

**8** 86:25
**8:30** 32:24
**8th** 60:18,20 77:12

**9**

**9-1-1** 82:25 91:19 101:21 102:10
**9/27/84** 7:2
**9:00** 32:24
**9th** 96:23,24 97:3