UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, deceased,

Plaintiffs,

v.

CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant.

CASE NO. 18-cv-23181-Williams/Torres

**NOTICE OF FILING DEPOSITION TRANSCRIPT OF ROSEL URSUA, IN SUPPORT OF DEFENDANT'S MOTION FOR FINAL SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF LAW**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(f)(4) and S.D. L.R. 26.1(b), the deposition transcript of ROSEL URSUA, taken on July 1, 2019, has been filed with the Clerk of this Court in support of Defendant's Motion for Final Summary Judgment and Supporting Memorandum of Law.

Respectfully submitted,

*/s/ Marc J. Schleier*
Christopher E. Knight
Fla. Bar No. 607363
Email: cknight@fowler-white.com
Marc J. Schleier
Fla. Bar No. 389064
Email: mschleier@fowler-white.com
Katina M. Hardee
Fla. Bar No. 16069
Email: khardee@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of August, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Marc J. Schleier*
Marc J. Schleier

**SERVICE LIST**

CASE NO. 18-cv-23181-Williams/Torres

Philip M. Gerson, Esq.
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, Florida 33145-2624
E-Mail: pgerson@gslawusa.com
filing@gslawusa.com
zdiaz@gslawusa.com
Telephone: (305) 371-6000
Facsimile: (305) 371-5749
RANDALL NOON , as Personal
Representative of the Estate of
KAREN NOON, deceased

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-cv-23181-WILLIAMS/TORRES

RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, deceased,

Plaintiff,

-vs-

CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant.

_______________________________________/

DEPOSITION OF ROSEL URSUA
Pages 1 through 57

Monday, July 1, 2019
10:13 a.m. - 12:00 p.m.
1980 Coral Way
Miami, Florida 33145

Stenographically Reported By:
STEFANIE MENSCH, RPR, CRR
Registered Professional Reporter
Certified Realtime Reporter

APPEARANCES

On Behalf of the Plaintiff:
Gerson & Schwartz, P.A.
1980 Coral Way
Miami, Florida 33145
305.371.6000
pgerson@gslawusa.com
BY: PHILIP M. GERSON, ESQUIRE

On Behalf of the Defendant:
Fowler, White, Burnett, P.A.
1395 Brickell Avenue, Fourteenth Floor
Miami, Florida 33131
305.789.9200
cknight@fowler-white.com
gkoonce@fowler-white.com
BY: CHRISTOPHER M. KNIGHT, ESQUIRE
GEORGE E. KOONCE III, ESQUIRE

Also Present:
Kristina Chappelle, Notary Public,
State of Florida (via telephone)

Jose Omila, interpreter (via telephone)

INDEX OF PROCEEDINGS


| | Page |
|---|---|
| Deposition of Rosel Ursua | |
| Direct Examination by Mr. Gerson | 4 |
| Cross-Examination by Mr. Knight | 8 |
| Redirect Examination by Mr. Gerson | 45 |
| Certificate of Oath (Interpreter) | 53 |
| Certificate of Oath (Witness) | 54 |
| Certificate of Reporter | 55 |
| Witness Notification Letter | 56 |
| Errata Sheet | 57 |


EXHIBIT INDEX


| Number | Description | Page |
|---|---|---|
| 1 | Medical log | 13 |




Deposition taken before Stefanie Mensch, Registered Professional Reporter and Notary Public in and for the State of Florida at Large, in the above cause.

-------

MS. CHAPPELLE: Do you swear that your translation from English to Tagalog and Tagalog to English will be accurate and correct to the best of your ability?
THE INTERPRETER: I do.
THE COURT REPORTER: Do you swear that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth?
THE WITNESS: Yes, ma'am.
MR. GERSON: Okay. If we're ready to begin, before we start the questions, let me just say that by agreement, Carnival has produced this witness, who is off the ship today while it's in port, and that's how we got to be in my office for the deposition today. And we have agreed with Counsel to use the interpreter over the telephone since we were unable to find an interpreter in Miami or Fort Lauderdale who spoke this language.
THE WITNESS: Yes, sir. I understood it.
MR. KNIGHT: I think that was a preliminary statement that didn't need to get interpreted, but



that's okay.
Then we will proceed questions. Mr. Gerson's office chose to have someone over the telephone. I don't know if anybody was available local or not, but go ahead.
MR. GERSON: Okay.

DIRECT EXAMINATION

BY MR. GERSON:
Q. Please state your full name.
A. My name is Rosel Ursua.
Q. And you're employed by Carnival Cruise Lines?
A. Yes, sir.
Q. What is your job title or job position?
A. I am a nurse.
Q. And what is your nationality?
A. I am a Filipino.
Q. And what is your native language?
A. Tagalog, sir.
Q. And is it at your request that we're taking the deposition through this interpreter?
A. Yes, sir.
Q. Is it your feeling or your opinion that the deposition should be taken in your native language because you are more comfortable in that language than you are in English?



A. Yes, sir.
Q. Are you concerned that if you took the deposition in English only that you might make a mistake that could be harmful to Carnival and perhaps cost them money?
MR. KNIGHT: Objection to form.
A. Yes, sir. I am more comfortable speaking in Tagalog for this deposition.
BY MR. GERSON:
Q. But did you ask to do that because you were concerned that if you spoke in English and you made a mistake, it could be harmful to Carnival?
MR. KNIGHT: Objection to form.
A. Not necessarily, sir. It's just that I'm more comfortable speaking in Tagalog.
BY MR. GERSON:
Q. Okay. This case is a lawsuit in a federal court in the United States. Are you aware of that?
A. Yes, sir.
Q. And it involves the death of a woman by the name of Karen Noon. Are you aware of that?
A. I just learned about it, sir.
Q. The case is brought by Mrs. Noon's husband on behalf of himself, on behalf of Mrs. Noon's daughters, and on behalf of his estate.
A. Yes, sir. Okay. I know about it.

Q. And your deposition is being taken today because you've been identified as someone who was involved with members of the Noon family during the relevant events involved in this case.
A. Yes, sir, that is correct.
Q. Do you have an independent recollection of any dealings with Mr. Noon, Melissa Noon, Juanita Noon, or Karen Noon on the Carnival cruise ship in -- on July 7, 2017?
THE INTERPRETER: July 17, 2017, did you say, sir?
MR. GERSON: Yes.
MR. KNIGHT: I think he said July 7th.
MR. GERSON: I said July 7, 2017.
THE INTERPRETER: Oh, July 7, 2017.
A. Yes, sir. I remember that, the one that I wrote down.
BY MR. GERSON:
Q. Do you remember the events, or do you only remember that something was written in the Carnival records?
A. What I remember is what I wrote down in the Carnival report.
Q. Is there anything that is not written in the Carnival report that you remember?
A. No, sir. I can't remember anything else.



Q. Do you remember who provided the information to you that you wrote down in the Carnival record?
MR. KNIGHT: Objection. Form. Which portion of the record are you referring to? There's different portions, different people.
MR. GERSON: Any portion.
THE INTERPRETER: He's asking are you talking about what you wrote in the Carnival or the actual actions?
BY MR. GERSON:
Q. The actual interaction between you and any member of the Noon family.
A. Yes, sir. I was the one who wrote the report.
MR. GERSON: Second time now. I was willing to accept your representation that he had no independent recollection. If that's -- and I have no problem with -- off the record.
(Discussion off the record.)
BY MR. GERSON:
Q. Do you remember talking to Randall Noon?
A. Late in my report, yes. I did put it down in my report that I spoke to the family member.
Q. I know what's in your report. My question to you is: Do you remember Mr. Noon having a conversation with you?



A. I cannot really remember.
Q. Do you remember having any conversations with Juanita Noon?
A. I also cannot remember, sir.
Q. Do you remember having any conversations with Melissa Noon?
A. I also cannot remember, sir.
Q. Is it true that the only information that you can recall about this incident is what you wrote down in the Carnival record?
A. Yes, sir.
Q. It is true?
THE INTERPRETER: Yes, sir.
A. Yes, sir, it is true.
BY MR. GERSON:
Q. That's all the questions I have.

CROSS-EXAMINATION

BY MR. KNIGHT:
Q. Okay. I have a few questions for you. Mr. Ursua, you are a nurse on the Carnival Sensation?
THE INTERPRETER: I didn't get his name, sir.
MR. KNIGHT: Mr. -- well, his last name, Mr. Rosel.
THE INTERPRETER: R-o-s-e-l?
MR. KNIGHT: Correct. Mr. Interpreter, you're



supposed to interpret exactly what I ask. If I just say one word, then you're just going to say one word back. So let me start over my question so the court reporter can take this down properly, because she takes it down in English, and it wouldn't match up.
BY MR. KNIGHT:
Q. Are you presently a nurse on the Carnival Sensation?
A. Yes, sir.
Q. Were you a nurse on the Carnival Sensation in July of 2017?
A. What was written on the report, yes, sir.
Q. Okay. But do you recall in 2017, on your own, apart from the report, being a nurse on the Carnival Sensation?
A. Yes, sir.
Q. Okay. The Carnival Sensation, did it allow patients, back in 2017, to bring their own medication onto the ship?
A. Yes, sir.
Q. Okay. Does the Carnival Sensation allow patients to bring medical equipment onto the ship?
THE INTERPRETER: May you repeat, sir? Medical -- did you say equipment?
MR. KNIGHT: Correct.

A. Yes, sir.
BY MR. KNIGHT:
Q. Does Carnival allow patients to bring their own wheelchairs onto the ship?
A. Yes, sir.
Q. What about walkers, assistive walker devices?
A. Yes, sir.
Q. Does Carnival -- specifically on the Carnival Sensation, are passengers allowed, if they wish, to bring their own oxygen bottles and nasal cannulas on the ship?
A. Oxygen concentration, yes, sir.
Q. Okay. So I get a clear question, passengers in 2017 on the Sensation, while you were a nurse on the Sensation, were they allowed to bring their own oxygen concentrator machines onto the ship?
A. Yes, sir.
Q. Were they also allowed to bring oxygen bottles onto the ship?
A. I am not very sure, sir.
Q. Okay. Does Carnival also have wheelchairs available on the ship?
A. Yes, sir, they have.
Q. Do you know how many are available for passengers?
A. I do not know, sir.



Q. Okay. Do you have as many wheelchairs as there are passengers?
A. I am not sure, sir.
Q. Okay. That would be impossible, wouldn't it?
A. Yes, sir.
Q. Okay. Does Carnival have in its supply for available -- for availability for passengers walkers or assistive walking devices?
A. We do have walkers on board.
Q. Okay. How many does Carnival have on the Sensation?
A. I'm not sure, sir, how many we have.
Q. Okay. Just a few?
THE INTERPRETER: Can you repeat?
BY MR. KNIGHT:
Q. Just a few of them?
A. Yes, sir, just a few.
Q. Okay. Do you know whether or not Carnival has available for passengers, upon request, any oxygen bottles?
A. Asking for oxygen bottles? Is that the question?
Q. The question is: Are there available on the Carnival Sensation -- and let me focus on 2017. Were there available on the Carnival Sensation oxygen bottles for passenger use upon request? Bottles.
A. Yes, sir, we had oxygen bottles available.



Q. Okay. If so, did Carnival have any oxygen concentrators available on board the Sensation in July of 2017?
A. Yes, sir, they had.
Q. Did they have one or more than one aboard the Sensation available for passenger use?
A. All I know, sir, is they had one.
Q. For passengers that need oxygen, is oxygen available in the medical center in the IC Unit?
A. Yes, sir, we have inside the ICU unit.
Q. Does Carnival -- strike that.
If a patient comes to the medical center and there is a need for oxygen, will the oxygen be provided in the medical center unit?
THE INTERPRETER: Did you say to the patient?
MR. KNIGHT: I have no idea what your question just was.
THE INTERPRETER: The beginning of your question.
MR. KNIGHT: Let me just start over.
THE INTERPRETER: Yes. If the patient ...
MR. KNIGHT: No. I'm going to start over.
BY MR. KNIGHT:
Q. If a passenger comes to the medical center and requests -- and is examined and there is a need for oxygen, can oxygen be provided in the medical center?



A. Yes, sir.
Q. And how is that provided for passengers that seek care in the medical center?
A. If they request, we do have the concentrator oxygen.
Q. Do you have oxygen bottles in the medical center, where a patient which is examined in the medical center -- where the patient can receive oxygen in the treatment rooms?
A. Yes, sir.
Q. Okay. And is it through oxygen bottles in the treatment rooms that patients -- excuse me -- passengers are given oxygen if oxygen is needed?
A. Yes, sir.
Q. Okay. Looking at the medical record --
MR. KNIGHT: And we're going to mark this as Defense Exhibit No. 1, please, composite, two pages. One second, please.
(Defense Exhibit No. 1 was marked for identification.)
BY MR. KNIGHT:
Q. If you would please look at Defense Exhibit 1, which is a two-page exhibit. Do you see that exhibit?
A. (Without translation) Yes, sir.
Q. Is this a record from the Carnival Sensation? Is this a medical record from the Carnival Sensation?

MR. KNIGHT: Mr. Interpreter, are you still there?

THE INTERPRETER: I am still here, sir. I am just waiting whether you are talking to yourself or you want me to interpret.

MR. KNIGHT: I don't talk to myself very often, but I do sometimes.

THE INTERPRETER: I'm sorry. My apologies.

MR. KNIGHT: I do if interpreters don't respond. All right. Let's start this over again.

THE INTERPRETER: Please.

BY MR. KNIGHT:

Q. Mr. Rosel, I have handed to you Defense Exhibit No. 1, a two-page exhibit. Do you see it?

A. Yes, sir, I can see it.

Q. Okay. What is this exhibit?

THE INTERPRETER: Can you repeat, sir?

BY MR. KNIGHT:

Q. What is this exhibit?

A. This is the medical report that you are showing me.

Q. Okay.

MR. KNIGHT: I'm going to ask the question again because I heard the term "interaction log," and you just said, "A report you're showing me." So I'm not



feeling very trustworthy with your interpretation capabilities --

THE INTERPRETER: I do apologize.

MR. KNIGHT: -- because he gave you an English answer, and you gave back a different one from your language.

Where did you find this -- this person?

MR. GERSON: I didn't --

MR. KNIGHT: And note my objection relative to --

MR. GERSON: I'll stipulate this is a Carnival record. It's not in dispute.

MR. KNIGHT: Okay. But I just -- I may have my objection to the answers as they're coming out from this interpreter.

BY MR. KNIGHT:

Q. But again, what is the record that you are looking at? What is the log that you are looking at?

A. This is an interaction log that I'm looking at.

Q. Okay. What is an interaction log?

A. This is where we write the interaction with a guest that comes, whatever is needed, in there.

Q. Okay. Is an interaction log different from a medical record?

A. Yes, sir, it's different.

Q. Okay. Defendant's Composite Exhibit No. 1, that



is not a medical record; correct?

A. Yes, sir.

Q. This is a medical log.

A. Yes, sir.

Q. Looking at the log that's in front of you, whether they're dates, times, or information, the information on this log for the injuries beginning on 7/17/2017, are they yours?

A. Yes, sir.

Q. Please read us what the injuries are from the left to the right, and tell us what they are, starting from the left to the right.

THE INTERPRETER: One moment.

A. On the left is 2017 at -- July 7, 2017, 2300 hours.

BY MR. KNIGHT:

Q. Okay. Is that the time that you were writing the record into the log?

MR. KNIGHT: Strike that. Let me rephrase that.

BY MR. KNIGHT:

Q. 2300 hours, is that 11:00 p.m.?

A. Okay. I think it's the wrong interpretation. Can you repeat the question?

Q. Yes. 2300 hours, is that the same as 11:00 p.m. at night?



A. Yes, sir.

Q. Okay. Is the 2300 hours -- is that the time that you're writing into the log as opposed to the time that interactions or phone calls are occurring?

A. This is the hours that I wrote it into the log, sir.

Q. This is the time that you're making the entry into the log; correct?

A. Yes, sir.

Q. The next column, what is E150?

A. This is the cabin number.

Q. The cabin number of the passenger that's making a request?

A. Yes, sir.

Q. Two columns over, can you please read into the record what you wrote on --

MR. GERSON: Chris, don't skip the -- don't skip one off.

MR. KNIGHT: No, I'm going to go --

BY MR. KNIGHT:

Q. In this next column, can you read what you wrote in this next column right here? Can you read this for me, if this is what you wrote into the record at approximately 11:00 p.m. on July 7, 2017?

MR. GERSON: Objection. The document speaks for

itself.

BY MR. KNIGHT:

Q. Go ahead and read -- wait. If you'll please read into the record what you typed into this record at 2300 hours on July 7, 2017.

A. (In English) "Got a call from Guest Services that said guest needs medical assistance. Advised to come down to the medical center. Came in the medical center accompanied by" --

Q. Wait. Wait. Just the first paragraph. Okay? You wrote that in English?

A. Yes, sir.

Q. You feel comfortable writing in English?

A. Yes, sir.

Q. Okay. For this deposition, because it's questions outside of your normal routine as a nurse, you feel more comfortable with an interpreter?

A. Can you repeat, sir?

Q. Yes. You're writing on this record in English; is that correct?

A. (Answer not interpreted.)

Q. And you're comfortable writing in English; is that correct?

A. Yes, sir.

Q. Is the reason you wanted an interpreter for the



deposition that because questions are sometimes outside of your normal routine as a nurse when having to answer questions in a deposition?

MR. GERSON: Form.

A. Yes, sir.

BY MR. KNIGHT:

Q. Okay. This first paragraph that you write, "Got a call from Guest Services," to the left of that, there's a box that says "Phone call." Is there a reason you did or did not mark in that box?

THE INTERPRETER: Can you repeat, sir? I'm sorry. I was trying to follow what you're saying.

MR. KNIGHT: Yeah.

BY MR. KNIGHT:

Q. Looking at Defendant's Composite Exhibit No. 1, there is a column with a box next to the paragraph you just read.

MR. KNIGHT: Go ahead and interpret.

A. Yes, sir.

BY MR. KNIGHT:

Q. And that box says "Phone call"; is that correct?

A. Yes, sir.

Q. Okay. Is there a reason you did not check that box, why you didn't blacken in that box to say "Phone call"?



A. Yes, sir.

Q. And what is the reason?

A. Because there underneath, it is another box.

Q. Okay. And looking at the first paragraph, "Got a call from Guest Services," did you actually meet with Guest Services, or did you receive a phone call from Guest Services?

A. Just on the phone call, sir.

Q. Okay. The column to the left where it has "Phone call," and then below, "Direct encounter," is that for making an indication of your encounter with a passenger as opposed to Guest Services?

A. Yes, sir.

Q. Okay. The second paragraph that you've written, can you please read that to us.

MR. GERSON: Let me object to -- off the record for a second.

(Discussion off the record.)

BY MR. KNIGHT:

Q. Going back, I'll just describe it easier. On 7/7/2017, Column No. 3 is the column with the boxes for phone call and direct encounter; correct?

A. Yes, sir.

Q. Looking to the right of that into Column No. 4, the second paragraph, can you please write what you wrote



in --

MR. GERSON: Read, not write.

BY MR. KNIGHT:

Q. Excuse me. Will you read, please read, what you wrote into this log on July 7, 2017 at approximately 2300 hours.

A. (In English) "Came in the medical center accompanied by one lady. According to them, their mother has a difficulty of breathing."

Q. Okay. And is there a second page to this document?

A. Yes, sir.

Q. Okay. Is there anything else written in Column 4?

A. No more, sir.

Q. Okay. The boxes, going back to Column 3, the phone call and the direct encounter, is the direct encounter box shaded in? It looks -- is that shaded in?

A. Yes, sir, it's shaded.

Q. Okay. What does that shade -- shading that box in, what does that mean?

A. That means that I have spoken to the passenger.

Q. Okay. And from your writing, what passenger or passengers did you speak with?

THE WITNESS: (In English) Guest.

Page 22

THE INTERPRETER: Guest?
THE WITNESS: Guest. Guest, g-u-e-s-t.
THE INTERPRETER: G-u-e -- guest. Guest.
MR. KNIGHT: I'm going to --
THE INTERPRETER: Yes. Yes, I know. Sorry. I didn't understand. Sorry. Guest.
MR. KNIGHT: I am going to protest this interpreter for this. If the witness is having to spell out the word "guest" to him, I do not know if this person is qualified to do this interpretation. Just make my note -- I want to make my note on the record at this time.
MR. GERSON: It's just using the telephone. It's hard to hear. We're on a speaker phone. I'm sorry we don't have better technology here. I think it was just that he didn't hear it, not that he doesn't know what the word "guest means.
MR. KNIGHT: We've had several times when there's been a one-word answer and there's been a sentence, or there's been a sentence and there's been a one-word answer, so my level of confidence is not very good here.
THE INTERPRETER: Sir, sometimes the English language is interpreted with five words for one English language. You want me to be more precise. I

Page 23

have to -- it won't make any sense if I answer you word for word.
MR. KNIGHT: The rules of interpretation are the rules of interpretation.
THE INTERPRETER: Okay, sir. I understand.
MR. KNIGHT: I'm trying to make a record. Let me continue on.
THE INTERPRETER: No problem.
MR. KNIGHT: I'm not here for an argument with you here, Mr. Interpreter. I'm trying to understand why the witness is having to spell out in English the word for you. But we'll --
THE INTERPRETER: Because I couldn't hear the "guest," if it was "guest" or "yes" or whatever. If you're on the other side without looking at the documents, it's hard.
MR. KNIGHT: Right. Right. This is why you need to be here in person. My point exactly.
BY MR. KNIGHT:
Q. Okay. Going back to this, the direct encounter which you referred to, do you recall whether your direct encounter was with one person or with two persons?
A. I cannot remember, sir.
Q. Okay. Do you recall meeting with a male?
A. Yes, sir.

Page 24

THE INTERPRETER: One moment. Again, can you repeat?
BY MR. KNIGHT:
Q. Do you recall meeting with a man, a male?
A. Yes, sir.
Q. Okay.
A. When I was doing the medical records.
Q. Okay. Was that a white man or a black man or some other description of race?
A. I cannot remember, sir.
Q. Okay. The information which this man gave you was what?
A. They were asking for concentrated oxygen.
Q. Were there any oxygen concentrators available in the medical center on July 17 [sic], 2017 for passengers to borrow?
A. Yes, sir, we had them.
Q. Did the passenger request any instructions on how to use the oxygen concentrator?
A. I cannot recall, sir.
Q. Okay. Is the oxygen concentrator fairly easy to use?
A. Yes, sir, it's easy.
Q. Okay. Describe how it is used.
A. You just have to plug it into the wall, and then

Page 25

you turn it on, and then you adjust it on how strong you want it.
Q. Okay. What is the device that allows the oxygen to be used by the passenger? Is there another device?
A. Another what, sir?
Q. The oxygen concentrator, describe it. Is it a machine?
A. Yes, sir.
Q. How big is it?
A. I cannot describe exactly, sir. (Indicating)
Q. You're describing with your hand something that is about two feet tall?
A. (In English) Yeah. Two feet to three feet tall, maybe.
(Through the interpreter) Two feet to three feet.
Q. And how much, approximately, does it weigh?
A. About 15 kilograms.
Q. Okay. Is it on wheels?
A. Yes, sir, there are wheels.
Q. Okay. Does it come with its own tubing to be used to go into someone's respiratory system, or is there another medical device that is used with it?
A. No, sir, there is no tubing included.
Q. Okay. So is there another medical device that

Page 26

was needed with the oxygen concentrator?
A. Yes, sir, there is.
Q. Okay. Did the male that you do not remember the name of -- did the male also request any additional device in addition to the oxygen concentrator?
A. Okay. The gentleman asked for another equipment, which is --
THE INTERPRETER: I'm not sure the medical term he's saying.
THE WITNESS: Nasal cannula.
THE INTERPRETER: Did you get that, sir?
MR. KNIGHT: I think you have to interpret for the record.
THE WITNESS: I'm sorry.
MR. KNIGHT: I'm done. You want --
THE INTERPRETER: I don't know the medical term. I'm sorry.
MR. KNIGHT: It's fairly simple.
BY MR. KNIGHT:
Q. What was the other medical -- you're going to have to repeat it for the interpreter again. What was the name of the other medical device that the gentleman requested?
A. Nasal cannula.
MR. KNIGHT: Yes. Renew my objection to this

Page 27

interpreter.
BY MR. KNIGHT:
Q. Okay. What is a nasal cannula?
THE INTERPRETER: Medical -- I don't know medical terms. I am -- I do apologize.
MR. KNIGHT: That is not my question. My question is: What is a nasal cannula? Can you repeat that for the witness, please? Let me spell it for you. What is a nasal, n-a-s-a-l, cannula. Okay?
A. This is the tube that you connect to the concentrator going to the one who is using the oxygen concentrator.
BY MR. KNIGHT:
Q. Okay. Did this male guest request the purchase of a nasal cannula?
A. According to that, yes, sir.
MR. GERSON: What is "that"?
BY MR. KNIGHT:
Q. Are you saying according to your log or according to your memory, or both?
A. Both, sir.
Q. Okay. Was the purchase of the nasal cannula charged to the passenger's account?
A. Yes, sir.
Q. Was there any type of deposit required from the

Page 28

passenger in their borrowing of the oxygen canister?
A. Yes, sir, we had.
Q. Is that normal that a deposit is required for equipment that belongs to Carnival that would be returned?
A. Yes, sir.
Q. Did you ever have any conversations with the passenger that borrowed the oxygen concentrator to have his wife come to the medical center to be examined?
A. No, sir. He didn't bring her.
Q. No, I didn't ask whether he brought her or not. I asked you whether you asked. Did you advise them to bring her to the medical center?
A. Yes, sir.
Q. Okay. What was the reason you advised them to bring -- this passenger to bring his wife to the medical center?
A. And that is because, sir, for proper assessment and evaluation.
Q. This assessment, did you recommend it be done by a nurse or a doctor?
A. Doctor, sir.
Q. Okay. Did the patient agree to bring his wife to the medical center?
A. No, sir.
Q. Did the passenger refuse to bring his wife to the

Page 29

medical center for a consultation?
A. Yes, sir.
Q. Did he give you a reason why he refused to bring his wife to the medical center?
A. He said all he needed was the concentrator.
Q. Okay. Looking back at Defense Composite Exhibit No. 1, there is paragraph 1, 2 -- excuse me -- Column 1, 2, 3, 4. Did you write anything on July 7, 2017 at approximately 11:00 in the log in Column 5? That one.
A. (In English) This one.
Q. The writing in Column 5, is that your writing? Is that your entry?
A. Yes, sir.
Q. What did you write?
A. (In English) "I advised them to bring their mother down to have a doctor's consultation for proper medical assessment and evaluation."
MR. GERSON: For the record, the witness read that into evidence in English.
MR. KNIGHT: Okay. He already testified that he types and writes in English.
BY MR. KNIGHT:
Q. Relative to that entry, is that your entry?
A. Yes, sir, that's me.
Q. Is that entry consistent with what you just told

Page 30

us you remembered the patient -- strike that.
MR. KNIGHT: Strike that. Strike that. I'm asking a new question.
BY MR. KNIGHT:
Q. Is that paragraph that you just read consistent with what you just told us you recall the passenger telling you regarding their lack of need for a medical consultation?
A. Yes, sir. That one I remember.
Q. Okay. Going to the sixth column on the first page of the composite, and then I'll get to the second. Can you please tell us whether or not you were the person that typed in the written portion of the log in the sixth column for the entry for July 7, 2017 at approximately 2300 hours? Were you that person?
THE INTERPRETER: That's a long one, sir. Can you repeat that?
MR. KNIGHT: Yes. We'll break it up.
BY MR. KNIGHT:
Q. Please look at the sixth column of Composite Exhibit No. 1. Are you the person who wrote in this portion of the information in the log?
A. Yes, sir.
Q. Okay. Can you please read for us what you wrote in this portion of the log?

Page 31

A. (In English) "They refused for consultation, as per them, they only need oxygen for her mother since this was happened before, and she just need an oxygen concentrator. They opted to borrow oxygen concentrator and bought a nasal cannula. Advised if they need medical assistance, just phone 911."
Q. Starting with the "they," is the "they" the male passenger you earlier referred to and the lady who came with him to the medical center? Is that who you mean by the "they"?
THE INTERPRETER: Sir, can you repeat it?
MR. KNIGHT: Yes.
BY MR. KNIGHT:
Q. Looking at Column 6, the word "they."
THE INTERPRETER: The word what?
MR. KNIGHT: They, t-h-e-y.
BY MR. KNIGHT:
Q. Is the --
MR. KNIGHT: I don't have a question yet.
BY MR. KNIGHT:
Q. The word "they," does that refer to the male passenger you spoke about earlier along with a lady that accompanied him? Is that who the "they" refers to in Column 6?
A. Yes, sir.

Page 32

Q. In your conversation with the passenger, did he tell you that the need for an oxygen concentrator had happened before with his wife?
A. Yes, sir. That's what I put in the notes.
Q. Okay. The next paragraph in Column 6, the "they," is the "they" the male you earlier described and the female that accompanied him?
A. Yes, sir.
Q. Okay. You wrote, "They opted to borrow oxygen concentrator and bought a nasal cannula." Do you see that?
A. Yes, sir.
Q. Did you use the word "opted" because it was a decision they made to borrow a concentrator as opposed to having the wife come to the medical center?
MR. GERSON: Object to the form.
MR. KNIGHT: Okay.
THE INTERPRETER: Can you repeat the question, please?
MR. KNIGHT: Yeah, let me just repeat it.
BY MR. KNIGHT:
Q. The word "opted," o-p-t-e-d, that you used in the second paragraph of Column 6, why did you use the word "opted"? What were they opting for or not?
THE INTERPRETER: Did you use the word optic, sir, o-p-t-i-c?

Page 33

MR. KNIGHT: No. I spelled it for you. O-p-t-e-d, opted.
THE INTERPRETER: Okay.
MR. KNIGHT: Do you need me to repeat the question for you?
THE INTERPRETER: Yes.
BY MR. KNIGHT:
Q. Looking once again at Defense No. 1, Column 6, second paragraph, you used the word "opted." The term starts "They opted." Why did you --
THE INTERPRETER: Yes, sir.
BY MR. KNIGHT:
Q. Why did you use the word "opted"? What were they opting for or opting out of?
THE INTERPRETER: I'm lost. I'm sorry.
MR. KNIGHT: Okay. Once again, I don't believe this interpreter is qualified for this deposition.
THE INTERPRETER: Yes, sir. I don't think so. I agree that --
MR. KNIGHT: Sir, I'm not arguing. I'm making a record for the court so they can make their own interpretation at a later time if need be.
THE INTERPRETER: I know. I do apologize.
MR. KNIGHT: And I don't need you to argue back with me. Okay. I will try again.

THE INTERPRETER: Just spell it out for me because optic -- because here I can hear "optic." Optic.
MR. KNIGHT: I spelled it for you. I'll spell it for you a third time.
THE INTERPRETER: O, Oscar. P as in Paul.
MR. KNIGHT: T as in Tom, E as in Edward, D as in David.
THE INTERPRETER: Opted?
MR. KNIGHT: Opted. Do you understand the word "opted" in English?
THE INTERPRETER: Uh-huh.
MR. KNIGHT: Do you? Tell me what it means.
MR. GERSON: Who are we talking to, the interpreter?
MR. KNIGHT: The interpreter. The interpreter.
What does the word "opted" mean, Mr. Interpreter?
THE INTERPRETER: Can you just spell it for me, sir?
MR. KNIGHT: O-p-t-e-d.
THE INTERPRETER: P as in Paul, T as in Tom.
MR. KNIGHT: O as in Oscar, P as in Paul, T as in Tom, E as in Edward, D as in David.
THE INTERPRETER: Opted. That's not a common word in Filipino. I do apologize.



MR. KNIGHT: Do you know what the word means?
THE INTERPRETER: No, sir.
MR. KNIGHT: Okay. I don't know what we're going to do with this deposition. I don't think this interpreter is qualified if he doesn't know common words such as "opted," and it's part of the record here. So I don't believe you got a qualified interpreter, Mr. Gerson, for this deposition.
BY MR. KNIGHT:
Q. Okay. Let me try to ask a different question. Okay? And I still want that question answered at some point.
Looking at the second paragraph of Column 6, the sentence says "They opted to borrow oxygen concentrator and bought a nasal cannula." Do you see that?
A. Yes, sir. Yes, sir, I can see it.
Q. Can you tell us what you meant by what you wrote in Column 6 of Exhibit 1?
MR. GERSON: Object to the form. Speaks for itself.
BY MR. KNIGHT:
Q. The second paragraph.
A. (In English) "They opted to borrow oxygen concentrator and bought a nasal cannula."
(Through the interpreter) So it was opted by the



gentleman that they decided that they wanted to borrow the oxygen concentration and buy a nasal cannula.
Q. Okay. Did the passenger tell you he wanted to do this rather than bring his wife to the medical center?
MR. GERSON: Form. Chris, I objected to the form.
MR. KNIGHT: Okay.
A. Yes, sir, that is what they decided.
BY MR. KNIGHT:
Q. Okay. What was the reason the passenger told you he did not want to bring his wife -- what was the reason the passenger gave you -- strike that. Let's start over.
What was the reason the passenger gave you for not wanting to bring his wife to the medical center?
A. What is written here is because it had happened before, and all they need is the oxygen.
Q. Okay. Does this refresh your recollection and is also what you recall?
A. That is what is written, sir.
Q. Okay. And is it also -- after reading it, does it refresh your recollection and is what you recall?
A. Yes, sir.
Q. Okay. Go to the last paragraph in Column 6, page 2. Okay. Read that to yourself right now, and then let me ask you, after reading that to yourself, if that



helps refresh your recollection of any other advice you gave this passenger regarding his wife and her need for the oxygen concentrator.
A. (In English) "Advised if they need medical assistance, just phone 911."
MR. GERSON: Again, reading in English.
BY MR. KNIGHT:
Q. Okay. Is this something that you told the passenger and the lady that accompanied him?
THE INTERPRETER: Can you repeat, sir?
MR. KNIGHT: Yes.
BY MR. KNIGHT:
Q. What you just told us, did you tell the passenger and the lady that accompanied him that if they needed medical assistance, all they needed to do was dial 911?
MR. GERSON: Object to the form.
A. Yes, sir.
BY MR. KNIGHT:
Q. Did you ever inform the passenger that visited you on July 7, 2017 what to do if he needed medical assistance for his wife?
A. Yes, sir. To dial 911.
Q. And you told that to both the male passenger and the lady that accompanied him?
A. Yes, sir.

Q. And this was the passenger that was -- that told you he was staying in Cabin E-150, Column 2?
A. Yes, sir.
Q. According to your log, did this -- and any review of medical records, did this passenger, his wife, or the other lady ever return to the medical center?
A. I do not recall, sir.
Q. Okay. Does your medical log reflect that they ever returned to the medical center?
A. Yes, sir, it's written.
Q. I don't think you understand my question. Is there any indication on this medical log that the passenger who visited you, his daughter -- or, excuse me, the lady who came with him, or anyone else, that they ever returned to the medical center?
A. I do not recall, sir, and it's not written there.
Q. Okay. If they would have returned, would you have entered it into the medical log or into the ship's medical record?
A. Yes, sir.
Q. Okay. And in reviewing the log in front of you here today for July 7, 2017, it does not indicate that the passenger, the passenger's wife, or the lady accompanying him ever returned; is that correct?
A. Yes, sir, correct.



Q. Okay. Is there any indication in this medical log or any medical records that you reviewed that anyone from Cabin E-150, including but not limited to the male that visited you at the medical center, the lady who came with him, or his wife, ever called 911 during this voyage of the Sensation, which was, I believe, from the 5th of July or the 4th of July through the 8th of July 2017? Is there any indication of any passenger from Room E-150 requesting assistance or calling 911?
MR. GERSON: Form.
A. No, sir, there is no indication on there.
BY MR. KNIGHT:
Q. Looking at the last column, Column 7. Do you see that column on Defense Composite Exhibit No. 1?
A. Yes, sir.
Q. What is written in that column?
A. It is my name, my title, and my signature.
Q. Is what we see there a photocopy that you recognize as a photocopy of your signature?
A. Yes, sir.
Q. Okay. And does that indicate that the -- what has been typed into Columns 1, 2, 3, 4, 5, and 6 are entries that were made by you in this log?
A. (In English) Yes, sir.
Q. And that is both for page 1 and page 2 of the



exhibit; is that correct?
A. Yes, sir.
Q. Okay.
A. That is correct.
Q. Does reading this log help refresh your recollection relative to what occurred on this day and your interaction with this passenger?
A. Yes, sir. Yeah, I can remember that.
Q. Prior to this July --
MR. GERSON: 2017.
MR. KNIGHT: Yeah. I'm trying to get the total dates.
BY MR. KNIGHT:
Q. The July 3rd through 8th cruise on the Sensation, do you ever recall, prior to that time, a passenger requesting to borrow either an oxygen concentrator or oxygen bottle?
A. Yes, sir, I remember. There was also a request.
Q. When -- strike that.
Have there been occasions where passengers have requested oxygen concentrators or oxygen bottles, and there were none in the inventory to allow them to borrow?
A. I do not remember, sir.
Q. Okay. Do you recall whether the two passengers, the male and the lady that came to the medical center,



whether at any time, they ever requested assistance with disembarkation from the ship?
A. No, sir, I don't remember.
Q. If assistance had been requested by you, would you ask the family members to come to the medical center?
MR. GERSON: Form.
THE INTERPRETER: Can you repeat that, sir?
MR. KNIGHT: I'll ask a different question.
BY MR. KNIGHT:
Q. If these passengers needed medical assistance, were you available on July 8th to provide assistance if requested?
MR. GERSON: Form.
A. I do not remember, sir, because of our duties.
BY MR. KNIGHT:
Q. Okay. On the Sensation in 2017, and specifically July 8, 2017, would someone be on call at all times for the medical center for the benefit of passengers if they had a request to be examined?
MR. GERSON: Object to the form.
A. Can you repeat the question, sir?
BY MR. KNIGHT:
Q. Yes. On the Carnival Sensation, are nurses and doctors available on call 24 hours a day?
A. Yes, sir.

Q. Would that include the morning of July 8, 2017, which was the day of disembarkation for this particular cruise?
A. Yes, sir.
Q. If any passenger had requested assistance from you on July 8th, would you put it either on the medical log or in the medical record?
MR. GERSON: Form.
A. Yes, sir.
BY MR. KNIGHT:
Q. Do you have any indication from the medical log that any passengers requested medical assistance from you on July 8, 2017?
A. No, sir, I cannot remember that.
Q. Okay. Is there anything indicated in the log, that you entered into the log, that any passenger contacted you relative to needing equipment or any assistance on July 8, 2017?
A. No, sir, there's none.
Q. If someone had contacted you regarding assistance with medical devices on July 8th, would you have entered that contact into the log, the medical log?
MR. GERSON: Form.
A. Yes, sir.



BY MR. KNIGHT:
Q. Okay. Were you involved at any time with the return of the medical concentrator --
MR. GERSON: Oxygen concentrator.
MR. KNIGHT: Excuse me. Thank you.
BY MR. KNIGHT:
Q. Were you involved at any time with the return of the oxygen concentrator to the medical center?
A. No, sir. I don't recall.
Q. Is a request for oxygen concentrators the same as requests for wheelchairs or other assistive devices? Those requests, are they made through Guest Services?
A. Wheelchairs, Guest Services, sir.
Q. Yes. And passengers also make requests for oxygen concentrators through Guest Services, who contact the medical center; is that correct?
MR. GERSON: Form.
A. Yes, sir, that is correct.
BY MR. KNIGHT:
Q. Let me reask the question because there was an objection.
Can passengers -- do passengers request --
MR. GERSON: I'll withdraw the objection. Just keep going. I'll withdraw the objection.
MR. KNIGHT: Okay.



BY MR. KNIGHT:
Q. Do passengers request to borrow oxygen concentrators through the Guest Services desk?
A. Yes, sir, that is correct.
Q. Okay. That's all I have. Thank you.
THE INTERPRETER: Could I have a toilet break, sir?
MR. GERSON: Sure.
MR. KNIGHT: Do you have any more questions?
MR. GERSON: I do.
(A break was taken from 11:37 a.m. to 11:42 a.m.)
MR. KNIGHT: Let me put one thing on the record just real quick. Composite Exhibit 1 is my copy.
MR. GERSON: I have a clean copy.
MR. KNIGHT: I was going to say, can we replace that? On page 2, it's got my underline. So you have a clean copy.
MR. GERSON: The highlighting didn't come out.
MR. KNIGHT: Oh, it's got the underlining.
MR. GERSON: It does.
MR. KNIGHT: Do you mind?
MR. GERSON: I don't care.
All right. Mr. Interpreter, if you're ready to go, this is Phil Gerson again. I'm ready to go, and the microphone has been passed back to me. I'm going



to ask the witness a few more questions. Okay?
THE INTERPRETER: Thank you, sir.
REDIRECT EXAMINATION
BY MR. GERSON:
Q. On July 7, 2017, what were the hours of the medical center on the ship?
A. 8:00 p.m. to 8:00 a.m. The normal hours -- the normal hours of the medical center, sir, is 8:00 a.m. to 8:00 p.m., but on that day, I cannot exactly remember what time the medical center was open.
Q. Do you have any reason to believe that the hours were different on that day from what they ordinarily would be?
A. No, sir. It's normally the same time every day.
Q. And after 8:00 p.m., is it true that there is no doctor that is in the medical center on duty?
A. If there are no patients, there's no doctor.
Q. Okay. What was the doctor on duty at the time? Or not -- strike that.
MR. GERSON: I'm going to start over.
BY MR. GERSON:
Q. Who was the doctor who was on call at that time?
A. I cannot remember anymore which doctor.
Q. How many were there on the ship?
A. Only one, sir.

Page 46

Q. Is it your understanding of Carnival's policy that any passenger can get an oxygen concentrator just by asking?
MR. KNIGHT: Objection to form.
THE INTERPRETER: I'm sorry. You have something else to say?
A. Okay. That question is very hypothetical, sir.
BY MR. GERSON:
Q. Well, what is your understanding of what is necessary, if anything, for a passenger to get an oxygen concentrator?
A. If they're asking, sir.
Q. So any passenger can ask, and if it's available in the inventory, Carnival's policy is to give it to the passenger merely because they asked? Is that what you're saying?
A. Yes, sir. Anybody, if they borrow.
Q. And is it your understanding that supplemental oxygen provided through a concentrator can make the difference between life and death?
MR. KNIGHT: Objection to form. Note my objection. Go ahead.
A. That's a hypothetical question, sir. I cannot answer.

Page 47

BY MR. GERSON:
Q. Is it your understanding that supplemental oxygen, when requested, is needed to help a patient breathe -- help a passenger breathe?
MR. KNIGHT: Objection to form.
A. Depending on the patients. Depending on the patient, and I cannot answer because I haven't seen the patient.
BY MR. GERSON:
Q. Well, would you give an oxygen concentrator to any passenger for any reason other than difficulty breathing?
A. It all depends, sir, because we need to see the patient first before we give it.
Q. Okay. Well, in this case, you gave it without seeing the patient; correct?
A. It was requested by the family because they asked for it.
Q. Well, didn't you just tell me that you wouldn't give it out to somebody, according to Carnival's policies, unless you saw the patient?
MR. KNIGHT: Move to strike. He didn't use the word "policy." Object to the form.
A. I didn't really say that, sir. I just said that we give it because -- if it's needed, if they cannot

Page 48

breathe.
BY MR. GERSON:
Q. Well, was it needed in this case?
A. As far as I remember, sir, yeah, they asked for it because they needed it. Whatever I put in the log, sir.
Q. Okay. Are you familiar with Carnival's procedure to arrange for an ambulance in port to take a sick passenger to a hospital?
THE INTERPRETER: Okay. The question, sir, could you repeat? Is he aware of the procedure? Is that what you said?
MR. GERSON: Yes.
BY MR. GERSON:
Q. Are you aware of -- are you familiar with the Carnival procedure to arrange for an ambulance in port to take a sick passenger to a hospital?
A. Yes, sir.
Q. Do you inform the man and the woman who came to the medical center on July 7, 2017 of that procedure?
A. I don't recall that, sir.
Q. Are you familiar with the Carnival procedure for providing a priority disembarkation for sick or injured patients who need shoreside medical care at a hospital?
A. Yes, sir.
Q. Did you inform the man or woman who came to --

Page 49

man and woman who came to the medical center on July 7, 2017, referenced in your log, of this procedure?
A. I do not recall, sir.
Q. Do you feel that during this deposition, the manner in which the interpretation was done over the telephone was confusing to you so that you did not understand the questions?
MR. KNIGHT: I'm going to object.
A. Yeah, it started, but then when he repeated himself, I understood exactly.
MR. KNIGHT: Note my objection is on the actual interpretation of the answers in addition to that.
BY MR. GERSON:
Q. Did you understand the questions in two languages, English and Tagalog, in this deposition?
A. Yes, sir.
Q. Did the interpreter accurately and correctly state your answers given in Tagalog?
MR. KNIGHT: Objection.
A. Sir, can you repeat the question?
BY MR. GERSON:
Q. Yes. Was the interpretation correct as you heard it in the deposition today?
MR. KNIGHT: Objection. Form.
A. Yes. When I asked you to repeat it, I do

understand.

MR. GERSON: Okay. That's all the questions that I have.

Mr. Interpreter, please interpret this.

BY MR. GERSON:

Q. Under the rules, you have a right to read and sign the transcript of the deposition when it's prepared, or you can waive that right. Since your attorney is here, I assume he will give you advice about what to do.

MR. KNIGHT: The witness will read.

MR. GERSON: I think we got the answer from Counsel.

MR. KNIGHT: Yeah. I can put on the record the witness will read, but thank you.

THE INTERPRETER: Thank you.

MR. GERSON: Okay. Mr. Interpreter, thank you. Oh, Mr. Interpreter, before you go, I would just like you to tell us on the record what your qualifications and credentials are for being an interpreter of the Tagalog-to-English conversation.

THE INTERPRETER: Sure. Sure, sir. I am a community leader here in Tampa, Florida. I am the director of the Philippine Cultural Foundation. I have been asked to speak for the court about 20 years ago.



And I've never been intended to be an interpreter, but they have brought me here, there, and everywhere in depositions, and many companies have called for my services because I speak five languages of the 85 different dialects that the Philippines have. I work with the Philippine embassy and also with the U.S. government -- Philippine government in the past.

So I live here now in Tampa, and I just conveniently happen to be available when -- because I'm retired, when all these interpreter company calls me, and I tell them, "I'll do my best."

MR. GERSON: Have you served as an interpreter in the United States District Court in the past?

THE INTERPRETER: Yes, sir. Two times, yes. For the same -- same cases with Carnival Cruise Lines and a lot of depositions, Key West, and they brought me to Miami. They brought me to -- with different cruise lines and all that. And sometimes it's very difficult for me when it involves medical terms. I do apologize.

MR. GERSON: Okay. Thank you very much.

MR. KNIGHT: Thank you.

THE INTERPRETER: Thank you. Am I finished?

MR. GERSON: Yes.



THE INTERPRETER: Thank you.

MR. GERSON: We're going to disconnect now.

------

(The deposition was concluded at 12:00 p.m.)

(Reading and signing of the deposition was not waived by the witness and all parties.)



CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, Stefanie Mensch, Registered Professional Reporter, Notary Public, State of Florida, certify that Rosel Ursua personally appeared before me on the 1st day of July 2019, and was duly sworn.

Signed this 9th day of July 2019.

Stefanie R. Mensch

STEFANIE MENSCH, RPR, CRR
Notary Public, State of Florida
Commission No.: GG230855
Commission Expires: July 21, 2022

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, Stefanie Mensch, Registered Professional Reporter, certify that I was authorized to and did stenographically report the deposition of Rosel Ursua, pages 1 through 52; that a review of the transcript was requested; and that the transcript is a true record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Dated this 9th day of June 2019.

Stefanie R. Mensch

Stefanie Mensch, RPR, CRR
Registered Professional Reporter
Certified Realtime Reporter



WITNESS NOTIFICATION LETTER

July 10, 2019
Mr. Rosel Ursua
c/o Christopher Knight, Esq.
Fowler, White, Burnett, P.A.
1395 Brickell Avenue, Fourteenth Floor
Miami, Florida 33131

In Re: Randal Noon vs. Carnival Corporation
Deposition taken on July 9, 2019
U.S. Legal Support Job No. 1943931

The transcript of the above proceeding is now available for your review.

Please call to schedule an appointment between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday, at a U.S. Legal Support office located nearest you.

Please complete your review within 30 days.

Very truly yours,
Stefanie R. Mensch

Stefanie Mensch, RPR, CRR
Registered Professional Reporter
U.S. Legal Support, Inc.
One SE Third Avenue, Suite 1250
Miami, Florida 33131
(305) 373-8404

CC: Via Transcript
Philip Gerson, Esq.



ERRATA SHEET
DO NOT WRITE ON THE TRANSCRIPT-ENTER CHANGES ON THIS PAGE
IN RE: Randal Noon vs. Carnival Corporation
Rosel Ursua
July 9, 2019
U.S. Legal Job No. 1943931

| Page No. | Line No. | Change | Reason |
|---|---|---|---|
| | | | |

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct.

__________ Date

__________ Rosel Ursua

**1**

**1** 13:17,19,21 14:14 15:25 19:15 29:7 30:21 33:8 35:18 39:14, 22,25 44:13
**11:00** 16:21, 24 17:24 29:9
**11:37** 44:11
**11:42** 44:11
**12:00** 52:4
**15** 25:18
**17** 6:10 24:15

**2**

**2** 29:7 36:24 38:2 39:22,25 44:16
**20** 50:24
**2017** 6:9,10, 13,14 9:11, 13,18 10:13 11:22 12:3 16:14 17:24 18:5 21:5 24:15 29:8 30:14 37:20 38:22 39:7 40:10 41:16, 17 42:1,13,18 45:5 48:19 49:2
**2300** 16:15, 21,24 17:2 18:5 21:6 30:15
**24** 41:24

**3**

**3** 20:21 21:16 29:8 39:22
**3rd** 40:14

**4**

**4** 20:24 21:14 29:8 39:22
**4th** 39:7

**5**

**5** 29:9,11 39:22
**5th** 39:6

**6**

**6** 31:14,24 32:5,22 33:8 35:13,18 36:23 39:22

**7**

**7** 6:8,13,14 16:14 17:24 18:5 21:5 29:8 30:14 37:20 38:22 39:13 45:5 48:19 49:1
**7/17/2017** 16:8
**7/7/2017** 20:21
**7th** 6:12

**8**

**8** 41:17 42:1, 13,18
**85** 51:5
**8:00** 45:7,8, 9,15
**8th** 39:7 40:14 41:11 42:6,21

**9**

**911** 31:6 37:5,15,22 39:5,9

**A**

**a.m.** 44:11 45:7,8
**ability** 3:8
**aboard** 12:5
**about** 3:11 5:21,25 7:8 8:9 10:6 25:12,18 31:22 50:9,24
**above** 3:3
**accept** 7:15
**accompanied** 18:9 21:8 31:23 32:7 37:9,14,24
**accompanying** 38:23
**according** 21:8 27:16,19 38:4 47:20
**account** 27:23
**accurate** 3:7
**accurately** 49:17
**actions** 7:9
**actual** 7:8,11 49:11
**actually** 20:5
**addition** 26:5 49:12
**additional** 26:4
**adjust** 25:1
**advice** 37:1 50:9
**advise** 28:11
**advised** 18:7 28:14 29:15 31:5 37:4
**after** 36:20, 25 45:15
**again** 14:10, 23 15:16 24:1 26:21 33:8, 16,25 37:6 44:24
**ago** 50:25
**agree** 28:22 33:19
**agreed** 3:19
**agreement** 3:16
**ahead** 4:5 18:3 19:18 46:22
**all** 8:16 12:7 14:10 29:5 36:16 37:15 41:17 44:5,23 47:13 50:2 51:11,19 52:6
**allow** 9:17,21 10:3 40:22
**allowed** 10:9, 14,17
**allows** 25:3
**along** 31:22
**already** 29:20
**also** 8:4,7 10:17,20 26:4 36:18,20 40:18 43:14 51:6
**am** 4:14,16 5:6 10:19 11:3 14:3 22:7 27:5 50:21,22 51:24
**ambulance** 48:7,15
**and** 3:2,6,7, 12,17,19 4:11,15,17,19 5:4,10,19,23 6:1 7:11,16

9:5 10:10 11:22 12:12, 23,24 13:2, 11,16 14:24 15:5,9 16:11 18:3,22 19:18,21 20:2,4,10,22 21:10,17,23 22:19,20 24:25 25:1,17 28:17,18 29:17,21 30:11 31:3,4, 8 32:6,10 33:24 35:6, 11,14,24 36:2,16,17, 20,21,24 37:2,9,14,23 38:1,4,16,21 39:17,21,22, 25 40:6,21,25 41:16,23 43:14 44:24 45:15 46:13, 18,20 47:7 48:18 49:1, 15,17 50:6,19 51:1,2,3,6,9, 12,16,17,19 52:5,6

**another** 20:3 25:4,5,23,25 26:6

**answer** 15:5 18:21 19:2 22:19,21 23:1 46:24 47:7 50:11

**answered** 35:11

**answers** 15:13 49:12,18

**any** 6:6 7:6, 11 8:2,5 11:19 12:1 23:1 24:14,18 26:4 27:25 28:6 37:1 38:4,12 39:1, 2,8 41:1 42:5,11,12, 16,17 43:2,7 44:9 45:11 46:2,13 47:11

**anybody** 4:4 46:17

**anymore** 45:23

**anyone** 38:14 39:2

**anything** 6:23,25 21:13 29:8 42:15 46:10

**apart** 9:14

**apologies** 14:8

**apologize** 15:3 27:5 33:23 34:25 51:21

**approximately** 17:23 21:5 25:17 29:9 30:14

**are** 3:11 4:24 5:2,17,20 7:4,7 8:20 9:7 10:9,23 11:2,21 13:13 14:1,4,20 15:16,17 16:8,10,11 17:4 19:1 23:3 25:20 27:19 30:21 34:14 39:22 41:23 43:12 45:17 48:6, 14,21 50:19

**argue** 33:24

**arguing** 33:20

**argument** 23:9

**arrange** 48:7, 15

**as** 6:2 11:1 13:16 15:13 16:24 17:3 18:16 19:2 20:11 31:1 32:13 34:6,7, 21,22,23 35:6 39:19 43:10 48:4 49:22 51:13

**ask** 5:9 9:1 14:23 28:10 35:10 36:25 41:5,8 45:1 46:13

**asked** 26:6 28:11 46:15 47:17 48:4 49:25 50:24

**asking** 7:7 11:20 24:13 30:3 46:3,12

**assessment** 28:17,19 29:17

**assistance** 18:7 31:6 37:5,15,21 39:9 41:1,4, 10,11 42:5, 12,17,20

**assistive** 10:6 11:8 43:11

**assume** 50:9

**at** 3:3 4:19 13:15,21 15:17,18 16:5,14,25 17:23 18:4 19:15 20:4 21:5 22:12 23:15 29:6,8 30:14,20 31:14 33:8,22 35:11,13 39:4,13 41:1, 17 43:2,7 45:18,22 48:23 52:4

**attorney** 50:8

**availability** 11:7

**available** 4:4 10:21,23 11:7,19,21, 23,25 12:2,6, 9 24:14 41:11,24 46:13 51:10

**aware** 5:17,20 48:10,14

**B**

**back** 9:3,18 15:5 20:20 21:16 23:20 29:6 33:24 44:25

**because** 4:23 5:9 6:1 9:4 14:24 15:4 18:15 19:1 20:3 23:13 28:17 32:12 34:2 36:15 41:14 43:20 46:15 47:7, 13,17,25 48:5 51:4,10

**been** 6:2 22:19,20 39:22 40:20 41:4 44:25 50:24 51:1

**before** 3:1,15 31:3 32:3 36:16 47:14 50:17

**begin** 3:14

**beginning** 12:18 16:7

**behalf** 5:23, 24

**being** 6:1 9:14 50:19

**believe** 33:16 35:7 39:6 45:11
**belongs** 28:4
**below** 20:10
**benefit** 41:18
**best** 3:7 51:12
**better** 22:15
**between** 7:11 46:20
**big** 25:9
**black** 24:8
**blacken** 19:24
**board** 11:9 12:2
**borrow** 24:16 31:4 32:9,13 35:14,23 36:1 40:16,22 44:2 46:17
**borrowed** 28:7
**borrowing** 28:1
**both** 27:20,21 37:23 39:25
**bottle** 40:17
**bottles** 10:10,17 11:19,20,23, 24,25 13:6,11 40:21
**bought** 31:5 32:10 35:15, 24
**box** 19:9,10, 16,21,24 20:3 21:18,20
**boxes** 20:21 21:16
**break** 30:18 44:6,11
**breathe** 47:4 48:1
**breathing** 21:9 47:12
**bring** 9:18,22 10:3,9,14,17 28:9,12,15, 22,25 29:3,15 36:4,11,14
**brought** 5:22 28:10 51:2, 17,18
**but** 3:12,25 4:4 5:9 9:13 14:7 15:12,16 23:12 39:3 45:9 49:9 50:14 51:2
**buy** 36:2
**by** 3:15 4:8, 11 5:8,15,19, 22 6:17 7:10, 19 8:15,18 9:6 10:2 11:15 12:22 13:20 14:12, 18 15:15 16:16,20 17:20 18:2,9 19:6,14,20 20:19 21:3,8 23:19 24:3 25:4 26:19 27:2,13,18 28:19 29:22 30:4,19 31:9, 13,17,20 32:20 33:7,12 35:9,17,21,25 36:9 37:7,12, 18 39:12,23 40:13 41:4,9, 15,22 42:10 43:1,6,19 44:1 45:4,21 46:2,8 47:1, 9,17 48:2,13 49:13,21 50:5 52:6

**C**

**cabin** 17:11, 12 38:2 39:3
**call** 18:6 19:8,9,21,25 20:5,6,8,10, 22 21:17 41:17,24 45:22
**called** 39:5 51:4
**calling** 39:9
**calls** 17:4 51:11
**came** 18:8 21:7 31:8 38:14 39:4 40:25 48:18, 25 49:1
**can** 8:8 9:4 11:14 12:25 13:8 14:15,17 16:23 17:15, 21,22 18:18 19:11 20:15, 25 24:1 27:7 30:12,16,24 31:11 32:17 33:21 34:2,18 35:16,17 37:10 40:8 41:7,21 43:22 44:15 46:2, 13,19 49:20 50:8,13
**can't** 6:25
**canister** 28:1
**cannot** 8:1,4, 7 23:23 24:10,20 25:10 42:14 45:9,23 46:23 47:7,25
**cannula** 26:10,24 27:3,7,9,15, 22 31:5 32:10 35:15,24 36:2
**cannulas** 10:10
**capabilities** 15:2
**care** 13:3 44:22 48:23
**Carnival** 3:16 4:11 5:4,11 6:8,19,22,24 7:2,8 8:10,20 9:7,10,14,17, 21 10:3,8,20 11:6,10,18, 22,23 12:1,11 13:24,25 15:10 28:4 41:23 48:15, 21 51:16
**Carnival's** 46:1,14 47:20 48:6
**case** 5:16,22 6:4 47:15 48:3
**cases** 51:16
**cause** 3:3
**center** 12:9, 12,14,23,25 13:3,6,7 18:8 21:7 24:15 28:8,12,16,23 29:1,4 31:9 32:14 36:4,14 38:6,9,15 39:4 40:25 41:5,18 43:8, 16 45:6,8,10, 16 48:19 49:1
**CHAPPELLE** 3:5
**charged** 27:23
**check** 19:23
**chose** 4:3
**Chris** 17:17 36:5
**clean** 44:14, 17

**clear** 10:12
**column** 17:10, 21,22 19:16 20:9,21,24 21:14,16 29:7,9,11 30:10,14,20 31:14,24 32:5,22 33:8 35:13,18 36:23 38:2 39:13,14,16
**columns** 17:15 39:22
**come** 18:7 25:21 28:8 32:14 41:5 44:18
**comes** 12:12, 23 15:21
**comfortable** 4:24 5:6,14 18:13,17,22
**coming** 15:13
**common** 34:24 35:5
**community** 50:22
**companies** 51:3
**company** 51:11
**composite** 13:17 15:25 19:15 29:6 30:11,20 39:14 44:13
**concentrated** 24:13
**concentration** 10:11 36:2
**concentrator** 10:15 13:4 24:19,21 25:6 26:1,5 27:11, 12 28:7 29:5 31:4 32:2,10, 13 35:14,24 37:3 40:16 43:3,4,8 46:2,11,19 47:10
**concentrators** 12:2 24:14 40:21 43:10, 15 44:3
**concerned** 5:2,10
**concluded** 52:4
**confidence** 22:21
**confusing** 49:6
**connect** 27:10
**consistent** 29:25 30:5
**consultation** 29:1,16 30:8 31:1
**contact** 42:22 43:15
**contacted** 42:16,20
**continue** 23:7
**conveniently** 51:10
**conversation** 7:24 32:1 50:20
**conversations** 8:2,5 28:6
**copy** 44:13, 14,17
**correct** 3:7 6:5 8:25 9:25 16:1 17:8 18:20,23 19:21 20:22 38:24,25 40:1,4 43:16, 18 44:4 47:16 49:22
**correctly** 49:17
**cost** 5:4
**could** 5:3,11 44:6 48:9
**couldn't** 23:13
**Counsel** 3:19 50:12
**court** 3:10 5:16 9:3 33:21 50:24 51:14
**credentials** 50:19
**CROSS-EXAMINATION** 8:17
**cruise** 4:11 6:8 40:14 42:3 51:16,18
**Cultural** 50:23

**D**

**dates** 16:6 40:12
**daughter** 38:13
**daughters** 5:23
**David** 34:8,23
**day** 40:6 41:24 42:2 45:9,12,14
**dealings** 6:7
**death** 5:19 46:20
**decided** 36:1, 8
**decision** 32:13
**Defendant's** 15:25 19:15
**defense** 13:17,19,21 14:13 29:6 33:8 39:14
**Depending** 47:6
**depends** 47:13
**deposit** 27:25 28:3
**deposition** 3:1,18 4:20, 23 5:2,7 6:1 18:15 19:1,3 33:17 35:4,8 49:4,15,23 50:7 52:4,5
**depositions** 51:3,17
**describe** 20:20 24:24 25:6,10
**described** 32:6
**describing** 25:11
**description** 24:9
**desk** 44:3
**device** 25:3, 4,23,25 26:4, 22
**devices** 10:6 11:8 42:21 43:11
**dial** 37:15,22
**dialects** 51:5
**did** 5:9 6:10 7:21 9:17,24 12:1,5,15 15:7 19:9,10, 23 20:5,6 21:24 24:18 26:3,4,11 27:14 28:6, 11,19,22,25 29:3,8,14 32:1,12,22,24 33:10,13 36:3,11 37:13,19 38:4,5 48:25 49:6,14,17

**didn't** 3:25 8:21 15:8 19:24 22:6,16 28:9,10 44:18 47:19,22,24
**difference** 46:20
**different** 7:4,5 15:5, 22,24 35:10 41:8 45:12 51:5,18
**difficult** 51:19
**difficulty** 21:9 47:11
**direct** 4:7 20:10,22 21:17 23:20, 21
**director** 50:23
**disconnect** 52:2
**discussion** 7:18 20:18
**disembarkation** 41:2 42:2 48:22
**dispute** 15:11
**District** 51:14
**do** 3:5,9,10 5:9 6:6,18 7:1,20,24 8:2,5 9:13 10:23,25 11:1,9,18 13:4,6,22 14:7,9,14 15:3 22:9,10 23:21,24 24:4 26:3 27:5 32:10 33:4,23 34:10,13,25 35:1,4,15 36:3 37:15,20 38:7,16 39:13 40:15,23,24 41:14 42:11 43:22 44:2,9, 10,21 45:11 48:18 49:3,4, 25 50:9 51:12,20
**doctor** 28:20, 21 45:16,17, 18,22,23
**doctor's** 29:16
**doctors** 41:24
**document** 17:25 21:11
**documents** 23:16
**does** 9:21 10:3,8,20 11:6,10 12:11 21:20,21 25:17,21 31:21 34:17 36:17,20 38:8,22 39:21 40:5 44:20
**doesn't** 22:16 35:5
**doing** 24:7
**don't** 4:4 14:6,9 17:17 22:15 26:16 27:4 31:19 33:16,18,24 35:3,4,7 38:11 41:3 43:9 44:22 48:20
**done** 26:15 28:19 49:5
**down** 6:16,21 7:2,21 8:9 9:4,5 18:8 29:16
**during** 6:3 39:5 49:4
**duties** 41:14
**duty** 45:16,18

**E**

**E-150** 38:2 39:3,8
**E150** 17:10
**earlier** 31:8, 22 32:6
**easier** 20:20
**easy** 24:21,23
**Edward** 34:7, 23
**either** 40:16 42:6
**else** 6:25 21:13 38:14 46:6
**embassy** 51:6
**employed** 4:11
**encounter** 20:10,11,22 21:17,18 23:20,22
**English** 3:6,7 4:25 5:3,10 9:5 15:4 18:6,11,13, 19,22 21:7,25 22:23,25 23:11 25:13 29:10,15,19, 21 31:1 34:11 35:23 37:4,6 39:24 49:15
**entered** 38:18 42:16,21
**entries** 39:23
**entry** 17:7 29:12,23,25 30:14
**equipment** 9:22,24 26:6 28:4 42:17
**estate** 5:24
**evaluation** 28:18 29:17
**events** 6:3,18
**ever** 28:6 37:19 38:6,9, 14,24 39:5 40:15 41:1
**every** 45:14
**everywhere** 51:3
**evidence** 29:19
**exactly** 9:1 23:18 25:10 45:9 49:10
**EXAMINATION** 4:7 45:3
**examined** 12:24 13:7 28:8 41:19
**excuse** 13:12 21:4 29:7 38:13 43:5
**exhibit** 13:17,19,21, 22 14:13,14, 16,19 15:25 19:15 29:6 30:21 35:18 39:14 40:1 44:13

**F**

**fairly** 24:21 26:18
**familiar** 48:6,14,21
**family** 6:3 7:12,22 41:5 47:17
**far** 48:4
**federal** 5:16
**feel** 18:13,17 49:4
**feeling** 4:22 15:1
**feet** 25:12, 13,15,16

**female** 32:7
**few** 8:19 11:13,16,17 45:1
**Filipino** 4:16 34:25
**find** 3:20 15:7
**finished** 51:24
**first** 18:10 19:7 20:4 30:10 47:14
**five** 22:24 51:4
**Florida** 3:3 50:22
**focus** 11:22
**follow** 19:12
**for** 3:2,18 5:7 8:19 10:23 11:6,7, 19,20,23 12:6,8,13,24 13:2,19 16:7 17:22,25 18:15,25 20:10,17,21 22:8,24 23:2, 9,12 24:13,15 26:6,12,21 27:8 28:3,17 29:1,16,18 30:7,14,24 31:1,2 32:2, 23 33:1,5,14, 17,21 34:1,4, 5,18 35:8,19 36:13 37:2,21 38:22 39:25 41:17,18 42:2 43:10,11,14 46:10 47:11, 18 48:4,7,15, 21,22 50:19, 24 51:4,15,20
**form** 5:5,12 7:3 19:4 32:15 35:19 36:5,6 37:16 39:10 41:6, 13,20 42:8,23 43:17 46:4,21 47:5,23 49:24
**Fort** 3:21
**Foundation** 50:23
**from** 3:6 9:14 13:24,25 15:5,13,22 16:10,11 18:6 19:8 20:5,6 21:23 27:25 39:3,6,8 41:2 42:5,11,12 44:11 45:12 50:11
**front** 16:5 38:21
**full** 4:9

**G**

**G-U-E** 22:3
**g-u-e-s-t** 22:2
**gave** 15:4,5 24:11 36:12, 13 37:2 47:15
**gentleman** 26:6,22 36:1
**Gerson** 3:14 4:6,8 5:8,15 6:11,13,17 7:6,10,14,19 8:15 15:8,10 17:17,25 19:4 20:16 21:2 22:13 27:17 29:18 32:15 34:14 35:8,19 36:5 37:6,16 39:10 40:10 41:6,13,20 42:8,23 43:4, 17,23 44:8, 10,14,18,20, 22,24 45:4, 20,21 46:8 47:1,9 48:2, 12,13 49:13, 21 50:2,5,11, 16 51:13,22, 25 52:2
**Gerson's** 4:2
**get** 3:25 8:21 10:12 26:11 30:11 40:11 46:2,10
**give** 3:11 29:3 46:14 47:10,14,20, 25 50:9
**given** 13:13 49:18
**go** 4:5 17:19 18:3 19:18 25:22 36:23 44:24 46:22 50:17
**going** 9:2 12:21 13:16 14:23 17:19 20:20 21:16 22:4,7 23:20 26:20 27:11 30:10 35:3 43:24 44:15, 25 45:20 49:8 52:2
**good** 22:21
**got** 3:18 18:6 19:7 20:4 35:7 44:16,19 50:11
**government** 51:7
**guest** 15:21 18:6,7 19:8 20:5,6,12 21:25 22:1,2, 3,6,9,17 23:14 27:14 43:12,13,15 44:3

**H**

**had** 7:15 11:25 12:4,7 22:18 24:17 28:2 32:2 36:15 41:4,18 42:5,20
**hand** 25:11
**handed** 14:13
**happen** 51:10
**happened** 31:3 32:3 36:15
**hard** 22:14 23:16
**harmful** 5:4, 11
**has** 3:16 11:18 20:9 21:9 39:22 44:25
**have** 3:19 4:3 6:6 7:16 8:16,19 10:20,22 11:1,6,9,10, 12 12:1,5,10, 16 13:4,6 14:13 15:12 21:22 22:15 23:1 24:25 26:12,21 28:6,7 29:16 31:19 38:17, 18 40:20 42:11,21 44:5,6,9,14, 16 45:11 46:5 50:3,6,24 51:2,3,6,13
**haven't** 47:7
**having** 7:24 8:2,5 19:2 22:8 23:11 32:14

**he** 6:12 7:15 15:4 22:16 28:9,10 29:3, 5,20 32:1 35:5 36:3,11 37:20 38:2 47:22 48:10 49:9 50:9
**he's** 7:7 26:9
**hear** 22:14,16 23:13 34:2
**heard** 14:24 49:22
**help** 40:5 47:3,4
**helps** 37:1
**her** 28:9,10, 12 31:2 37:2
**here** 14:3 17:22 22:15, 22 23:9,10,18 34:2 35:7 36:15 38:22 50:8,22 51:2, 9
**highlighting** 44:18
**him** 22:9 31:9,23 32:7 37:9,14,24 38:14,24 39:5
**himself** 5:23 49:10
**his** 5:24 8:21,22 28:7, 15,22,25 29:4 32:3 36:4,11, 14 37:2,21 38:5,13 39:5
**hospital** 48:8,16,23
**hours** 16:15, 21,24 17:2,5 18:5 21:6 30:15 41:24 45:5,7,8,11
**how** 3:17 10:23 11:10, 12 13:2 24:18,24 25:1,9,17 45:24
**husband** 5:22
**hypothetical** 46:7,23

**I**

**I'LL** 15:10 20:20 30:11 34:4 41:8 43:23,24 51:12
**I'M** 5:13 11:12 12:21 14:8,23,25 15:18 17:19 19:11 22:4,14 23:6,9,10 26:8,14,15,17 30:2 33:15,20 40:11 44:24, 25 45:20 46:5 49:8 51:11
**I'VE** 51:1
**IC** 12:9
**ICU** 12:10
**idea** 12:16
**identification** 13:19
**identified** 6:2
**if** 3:14 4:4 5:2,10 7:16 9:1 10:9 12:1,12,20,23 13:4,13,21 14:9 17:23 18:3 22:8,9 23:1,14 31:5 33:22 35:5 36:25 37:4, 14,20 38:17 41:4,10,11,18 42:5,20 44:23 45:17 46:10, 12,13,17 47:25
**impossible** 11:4
**in** 3:2,3,17, 18,21 4:23,24 5:3,6,10,14, 16,17 6:4,8, 19,21,23 7:2, 8,21,23 8:9 9:5,10,13,18 10:12 11:6 12:2,9,13,25 13:3,6,7,8,11 15:11,21 16:5 17:21,22 18:6,8,11,13, 19,22 19:3, 10,24 21:1,7, 13,18,21,25 23:11,18 24:14 25:13 26:5 28:1 29:9,10,11, 15,19,21 30:13,21,22, 25 31:1,23 32:1,4,5,21 34:6,7,11,21, 22,23,25 35:18,23 36:23 37:4,6 38:2,21 39:1, 16,23,24 40:22 41:16 42:7,15 45:16 46:14 47:15 48:3,5,7,15 49:2,5,12,14, 15,18,23 50:22 51:3,7, 9,13,14
**incident** 8:9
**include** 42:1
**included** 25:24
**including** 39:3
**independent** 6:6 7:15
**indicate** 38:22 39:21
**indicated** 42:15
**Indicating** 25:10
**indication** 20:11 38:12 39:1,8,11 42:11
**inform** 37:19 48:18,25
**information** 7:1 8:8 16:6, 7 24:11 30:22
**injured** 48:22
**injuries** 16:7,10
**inside** 12:10
**instructions** 24:18
**intended** 51:1
**interaction** 7:11 14:24 15:18,19,20, 22 40:7
**interactions** 17:4
**interpret** 9:1 14:5 19:18 26:12 50:4
**interpretation** 15:1 16:22 22:10 23:3,4 33:22 49:5, 12,22
**interpreted** 3:25 18:21 22:24
**interpreter** 3:9,19,21 4:20 6:10,14 7:7 8:13,21, 24,25 9:23 11:14 12:15, 18,20 14:1,3,

8,11,17 15:3, 14 16:13 18:17,25 19:11 22:1,3, 5,8,23 23:5, 8,10,13 24:1 25:15 26:8, 11,16,21 27:1,4 30:16 31:11,15 32:17,24 33:3,6,11,15, 17,18,23 34:1,6,9,12, 15,16,17,18, 21,24 35:2,5, 8,25 37:10 41:7 44:6,23 45:2 46:5 48:9 49:17 50:4,15,16, 17,19,21 51:2,11,13, 15,24 52:1

**interpreters** 14:9

**into** 16:18 17:3,5,8,15, 23 18:4 20:24 21:5 24:25 25:22 29:19 38:18 39:22 42:16,22

**inventory** 40:22 46:14

**involved** 6:2, 4 43:2,7

**involves** 5:19 51:20

**is** 3:16 4:10, 13,15,17,19, 22 5:16,22 6:1,5,21,23 7:24 8:8,9, 12,14 11:20, 21 12:7,8,13, 24 13:2,7,11, 13,22,24 14:16,19,20 15:10,16,17, 18,19,20,21, 22 16:1,3,14, 17,21,24 17:2,5,7,10, 11,23 18:20, 22,25 19:9, 16,21,23 20:2,3,10,21 21:10,13,17, 18 22:8,10, 21,24 23:11, 17 24:21,24 25:3,4,6,9, 12,19,22,23, 24,25 26:2,7 27:3,6,7,9, 10,11,17 28:3,17 29:7, 11,12,23,25 30:5 31:7,9, 18,23 32:6 33:17 35:5 36:8,15,16, 17,19,20,21 37:8 38:11,24 39:1,7,11,16, 17,18,25 40:1,4 42:15 43:10,16,18 44:4,13,24 45:8,15,16 46:1,7,9,14, 15,18 47:2,3 48:10 49:11 50:8

**it** 3:23 4:19, 22 5:11,19, 21,25 7:21 8:8,12,14 9:5,17 11:4 13:11 14:14, 15 17:5 20:3, 9,20 21:18 22:15,16 23:1,14 24:24,25 25:1,2,6,9, 17,19,21,23 26:21 27:8 28:19 30:18 31:11 32:12, 19 33:1 34:1, 4,13,18 35:16,25 36:15,20,21 38:18,22 39:17 42:6 44:20 45:15 46:1,14,18 47:2,13,14, 15,17,18,20, 25 48:3,5 49:9,23,25 51:20

**it's** 3:17 5:13 15:11,24 16:22 18:15 21:19 22:13 23:16 24:23 26:18 35:6 38:10,16 44:16,19 45:14 46:13 47:25 50:7 51:19

**its** 11:6 25:21

**itself** 18:1 35:20

J

**job** 4:13

**Juanita** 6:7 8:3

**July** 6:8,10, 12,13,14 9:11 12:2 16:14 17:24 18:5 21:5 24:15 29:8 30:14 37:20 38:22 39:7 40:9,14 41:11,17 42:1,6,13,18, 21 45:5 48:19 49:1

**just** 3:15 5:13,21 9:1,2 11:13,16,17 12:17,19 14:4,25 15:12 18:10 19:16 20:8,20 22:11,13,16 24:25 29:25 30:5,6 31:3,6 32:19 34:1,18 37:5,13 43:23 44:13 46:2 47:19,24 50:17 51:9

K

**Karen** 5:20 6:8

**keep** 43:24

**Key** 51:17

**kilograms** 25:18

**KNIGHT** 3:24 5:5,12 6:12 7:3 8:18,22, 25 9:6,25 10:2 11:15 12:16,19,21, 22 13:16,20 14:1,6,9,12, 18,23 15:4,9, 12,15 16:16, 19,20 17:19, 20 18:2 19:6, 13,14,18,20 20:19 21:3 22:4,7,18 23:3,6,9,17, 19 24:3 26:12,15,18, 19,25 27:2,6, 13,18 29:20, 22 30:2,4,18, 19 31:12,13, 16,17,19,20

32:16,19,20 33:1,4,7,12, 16,20,24 34:4,7,10,13, 16,20,22 35:1,3,9,21 36:7,9 37:7, 11,12,18 39:12 40:11, 13 41:8,9,15, 22 42:10 43:1,5,6,19, 25 44:1,9,12, 15,19,21 46:4,21 47:5, 22 49:8,11, 19,24 50:10, 13 51:23
**know** 4:4 5:25 7:23 10:23,25 11:18 12:7 22:5,9,16 26:16 27:4 33:23 35:1,3, 5

**L**

**lack** 30:7
**lady** 21:8 31:8,22 37:9, 14,24 38:6, 13,23 39:4 40:25
**language** 3:22 4:17,23,24 15:6 22:24,25
**languages** 49:15 51:4
**Large** 3:3
**last** 8:22 36:23 39:13
**Late** 7:21
**later** 33:22
**Lauderdale** 3:21
**lawsuit** 5:16
**leader** 50:22
**learned** 5:21
**left** 16:11, 12,14 19:8 20:9
**let** 3:15 9:3 11:22 12:19 16:19 20:16 23:6 27:8 32:19 35:10 36:25 43:20 44:12
**Let's** 14:10 36:12
**level** 22:21
**life** 46:20
**like** 50:17
**limited** 39:3
**lines** 4:11 51:16,19
**live** 51:9
**local** 4:4
**log** 14:24 15:17,18,19, 22 16:3,5,7, 18 17:3,5,8 21:5 27:19 29:9 30:13, 22,25 38:4,8, 12,18,21 39:2,23 40:5 42:6,11,15, 16,22 48:5 49:2
**long** 30:16
**look** 13:21 30:20
**looking** 13:15 15:17,18 16:5 19:15 20:4,24 23:15 29:6 31:14 33:8 35:13 39:13
**looks** 21:18
**lost** 33:15
**lot** 51:17

**M**

**ma'am** 3:13
**machine** 25:7
**machines** 10:15
**made** 5:10 32:13 39:23 43:12
**make** 5:3 22:11 23:1,6 33:21 43:14 46:19
**making** 17:7, 12 20:11 33:20
**male** 23:24 24:4 26:3,4 27:14 31:7,21 32:6 37:23 39:3 40:25
**man** 24:4,8,11 48:18,25 49:1
**manner** 49:5
**many** 10:23 11:1,10,12 45:24 51:3
**mark** 13:16 19:10
**marked** 13:19
**match** 9:5
**may** 9:23 15:12
**maybe** 25:14
**me** 3:15 9:3 11:22 12:19 13:12 14:5, 21,25 16:19 17:22 20:16 21:4 22:25 23:6 27:8 29:7,24 32:19 33:4,25 34:1, 13,18 35:10 36:25 38:13 43:5,20 44:12,25
47:19 51:2, 12,17,18,20
**mean** 21:21 31:9 34:17
**means** 21:22 22:17 34:13 35:1
**meant** 35:17
**medical** 9:22, 24 12:9,12, 14,23,25 13:3,6,7,15, 25 14:20 15:23 16:1,3 18:7,8 21:7 24:7,15 25:23,25 26:8,16,20,22 27:4 28:8,12, 15,23 29:1,4, 17 30:7 31:5, 9 32:14 36:4, 14 37:4,15,20 38:5,6,8,9, 12,15,18,19 39:1,2,4 40:25 41:5, 10,18 42:6,7, 11,12,21,22 43:3,8,16 45:6,8,10,16 48:19,23 49:1 51:20
**medication** 9:18
**meet** 20:5
**meeting** 23:24 24:4
**Melissa** 6:7 8:6
**member** 7:11, 22
**members** 6:3 41:5
**memory** 27:20
**Mensch** 3:1
**merely** 46:15

**Miami** 3:21 51:18
**microphone** 44:25
**might** 5:3
**mind** 44:21
**mistake** 5:3, 11
**moment** 16:13 24:1
**money** 5:4
**more** 4:24 5:6,13 12:5 18:17 21:15 22:25 44:9 45:1
**morning** 42:1
**mother** 21:8 29:16 31:2
**Move** 47:22
**Mr** 3:14,24 4:2,6,8 5:5, 8,12,15 6:7, 11,12,13,17 7:3,6,10,14, 19,24 8:15, 18,20,22,23, 25 9:6,25 10:2 11:15 12:16,19,21, 22 13:16,20 14:1,6,9,12, 13,18,23 15:4,8,9,10, 12,15 16:16, 19,20 17:17, 19,20,25 18:2 19:4,6,13,14, 18,20 20:16, 19 21:2,3 22:4,7,13,18 23:3,6,9,10, 17,19 24:3 26:12,15,18, 19,25 27:2,6, 13,17,18 29:18,20,22 30:2,4,18,19 31:12,13,16, 17,19,20 32:15,16,19, 20 33:1,4,7, 12,16,20,24 34:4,7,10,13, 14,16,17,20, 22 35:1,3,8, 9,19,21 36:5, 7,9 37:6,7, 11,12,16,18 39:10,12 40:10,11,13 41:6,8,9,13, 15,20,22 42:8,10,23 43:1,4,5,6, 17,19,23,25 44:1,8,9,10, 12,14,15,18, 19,20,21,22, 23 45:4,20,21 46:4,8,21 47:1,5,9,22 48:2,12,13 49:8,11,13, 19,21,24 50:2,4,5,10, 11,13,16,17 51:13,22,23, 25 52:2
**Mrs** 5:22,23
**MS** 3:5
**much** 25:17 51:22
**my** 3:18 4:10 7:21,23 9:3 14:8 15:9,12 22:11,21 23:18 26:25 27:6 38:11 39:17 44:13, 16 46:21 49:11 51:4,12
**myself** 14:6

**N**

**n-a-s-a-l** 27:9
**name** 4:9,10 5:19 8:21,22 26:4,22 39:17
**nasal** 10:10 26:10,24 27:3,7,9,15, 22 31:5 32:10 35:15,24 36:2
**nationality** 4:15
**native** 4:17, 23
**necessarily** 5:13
**necessary** 46:10
**need** 3:25 12:8,13,24 23:17 30:7 31:2,3,5 32:2 33:4,22,24 36:16 37:2,4 47:13 48:23
**needed** 13:13 15:21 26:1 29:5 37:14, 15,20 41:10 47:3,25 48:3, 5
**needing** 42:17
**needs** 18:7
**never** 51:1
**new** 30:3
**next** 17:10, 21,22 19:16 32:5
**night** 16:25
**no** 6:25 7:15, 16 12:16,21 13:17,19 14:14 15:25 17:19 19:15 20:21,24 21:15 23:8 25:24 28:9, 10,24 29:7 30:21 33:1,8 35:2 39:11,14 41:3 42:14,19 43:9 45:14, 15,17
**none** 40:22 42:19
**Noon** 5:20 6:3,7,8 7:12, 20,24 8:3,6
**Noon's** 5:22, 23
**normal** 18:16 19:2 28:3 45:7,8
**normally** 45:14
**not** 4:4 5:13 6:23 10:19,25 11:3,12,18 14:25 15:11 16:1 18:21 19:10,23 21:2 22:9,16,21 23:9 26:3,8 27:6 28:10 30:12 32:23 33:20 34:24 36:11,14 38:7,16,22 39:3 40:23 41:14 45:19 49:3,6 52:5
**Notary** 3:2
**note** 15:9 22:11 46:21 49:11
**notes** 32:4
**nothing** 3:12
**now** 7:14 36:24 51:9 52:2
**number** 17:11, 12

**nurse** 4:14 8:20 9:7,10, 14 10:13 18:16 19:2 28:20
**nurses** 41:23

**O**

**o-p-t-e-d** 32:21 33:2 34:20
**o-p-t-i-c** 32:25
**object** 20:16 32:15 35:19 37:16 41:20 47:23 49:8
**objected** 36:5
**objection** 5:5,12 7:3 15:9,13 17:25 26:25 43:21, 23,24 46:4, 21,22 47:5 49:11,19,24
**occasions** 40:20
**occurred** 40:6
**occurring** 17:4
**of** 3:3,7 5:17,19,20, 23,24 6:3,6 7:3,12 9:11 11:16 12:2,18 16:5 17:12 18:16 19:1,8 20:11,24 21:9 22:21 23:3,4 24:9 26:4,22 27:15,22,25 28:1 30:7,11, 13,20,22,25 32:22 33:14 35:6,13,18 37:1 38:5,21 39:6,7,8,19, 25 41:14,18 42:1,2 43:3,7 45:5,8 46:1,9 48:10,14,19 49:2,12 50:7, 19,23 51:5,17 52:5
**off** 3:17 7:17,18 17:18 20:16,18
**office** 3:18 4:3
**often** 14:6
**Oh** 6:14 44:19 50:17
**okay** 3:14 4:1,6 5:16,25 8:19 9:13,17, 21 10:12,20 11:1,4,6,10, 13,18 12:1 13:11,15 14:16,22 15:12,19,22, 25 16:17,22 17:2 18:10,15 19:7,23 20:4, 9,14 21:10, 13,16,20,23 23:5,20,24 24:6,8,11,21, 24 25:3,19, 21,25 26:3,6 27:3,9,14,22 28:14,22 29:6,20 30:10,24 32:5,9,16 33:3,16,25 35:3,10,11 36:3,7,10,17, 20,23,24 37:8 38:8,17,21 39:1,21 40:3, 24 41:16 42:15 43:2,25 44:5 45:1,18 46:7 47:15 48:6,9 50:2, 16 51:22
**on** 5:22,23,24 6:8 8:20 9:7, 10,12,13,14 10:8,10,13,21 11:9,10,21, 22,23 12:2 16:7,14 17:16,24 18:5,19 20:8, 20 21:5 22:11,14 23:7,15 24:15,18 25:1,19 29:8 30:10 37:20 38:12 39:11, 14 40:6,14 41:11,16,17, 23,24 42:6, 13,17,21 44:12,16 45:5,6,9,12, 16,18,22,24 47:6 48:19 49:1,11 50:13,18
**once** 33:8,16
**one** 6:15 7:13 9:2 12:5,7 13:18 15:5 16:13 17:18 21:8 22:24 23:22 24:1 27:11 29:9,10 30:9,16 44:12 45:25
**one-word** 22:19,20
**only** 5:3 6:18 8:8 31:2 45:25
**onto** 9:18,22 10:4,15,18
**open** 45:10
**opinion** 4:22
**opposed** 17:3 20:12 32:13
**opted** 31:4 32:9,12,21,23 33:2,9,10,13 34:9,10,11, 17,24 35:6, 14,23,25
**optic** 32:24 34:2,3
**opting** 32:23 33:14
**or** 3:21 4:4, 13,22 6:7,18 7:8 11:7,18 12:5 14:4 16:6 17:4 19:9 20:6 21:23 22:19 23:14,22 24:8 25:22 27:19, 20 28:10,20 30:12 32:23 33:14 38:5, 13,14,18,23 39:2,5,7,9 40:16,21 42:7,17 43:11 45:19 48:22, 25 50:8
**ordinarily** 45:12
**Oscar** 34:6,22
**other** 23:15 24:9 26:20,22 37:1 38:6 43:11 47:11
**our** 41:14
**out** 15:13 22:9 23:11 33:14 34:1 44:18 47:20
**outside** 18:16 19:1
**over** 3:20 4:3 9:3 12:19,21 14:10 17:15 36:12 45:20 49:5

**own** 9:13,18 10:3,10,14 25:21 33:21
**oxygen** 10:10, 11,14,17 11:19,20,23, 25 12:1,8,13, 24,25 13:5,6, 8,11,13 24:13,14,19, 21 25:3,6 26:1,5 27:11 28:1,7 31:2, 3,4 32:2,9 35:14,23 36:2,16 37:3 40:16,17,21 43:4,8,10,15 44:2 46:2,10, 19 47:3,10

**P**

**p.m.** 16:21,24 17:24 45:7,9, 15 52:4
**page** 21:10 30:11 36:24 39:25 44:16
**pages** 13:17
**paragraph** 18:10 19:7,16 20:4,14,25 29:7 30:5 32:5,22 33:9 35:13,22 36:23
**part** 35:6
**particular** 42:2
**parties** 52:6
**passed** 44:25
**passenger** 11:24 12:6,23 17:12 20:11 21:22,23 24:18 25:4 28:1,7,15,25 30:6 31:8,22 32:1 36:3,10, 12,13 37:2,9, 13,19,23 38:1,5,12,23 39:8 40:7,15 42:5,16 46:2, 10,13,15 47:4,11 48:8, 16
**passenger's** 27:23 38:23
**passengers** 10:9,12,24 11:2,7,19 12:8 13:2,12 21:24 24:15 40:20,24 41:10,18 42:12 43:14, 22 44:2
**past** 51:8,14
**patient** 12:12,15,20 13:7,8 28:22 30:1 47:3,7, 8,14,16,21
**patients** 9:18,21 10:3 13:12 45:17 47:6 48:23
**Paul** 34:6,21, 22
**people** 7:5
**per** 31:2
**perhaps** 5:4
**person** 15:7 22:10 23:18, 22 30:12,15, 21
**persons** 23:22
**Phil** 44:24
**Philippine** 50:23 51:6,7
**Philippines** 51:5
**phone** 17:4 19:9,21,24 20:6,8,9,22 21:17 22:14 31:6 37:5
**photocopy** 39:18,19
**please** 4:9 13:17,18,21 14:11 16:10 17:15 18:3 20:15,25 21:4 27:8 30:12, 20,24 32:18 50:4
**plug** 24:25
**point** 23:18 35:12
**policies** 47:20
**policy** 46:1, 14 47:23
**port** 3:17 48:7,15
**portion** 7:3,6 30:13,22,25
**portions** 7:5
**position** 4:13
**precise** 22:25
**preliminary** 3:24
**prepared** 50:7
**presently** 9:7
**prior** 40:9,15
**priority** 48:22
**problem** 7:16 23:8
**procedure** 48:6,10,15, 19,21 49:2
**proceed** 4:2
**produced** 3:16
**Professional** 3:2
**proper** 28:17 29:16
**properly** 9:4
**protest** 22:7
**provide** 41:11
**provided** 7:1 12:13,25 13:2 46:19
**providing** 48:22
**Public** 3:2
**purchase** 27:14,22
**put** 7:21 32:4 42:6 44:12 48:5 50:13

**Q**

**qualifications** 50:18
**qualified** 22:10 33:17 35:5,7
**question** 7:23 9:3 10:12 11:20,21 12:16,18 14:23 16:23 27:6,7 30:3 31:19 32:17 33:5 35:10,11 38:11 41:8,21 43:20 46:7,23 48:9 49:20
**questions** 3:15 4:2 8:16,19 18:16 19:1,3 44:9 45:1 49:7,14 50:2
**quick** 44:13

**R**

**R-O-S-E-L** 8:24
**race** 24:9
**Randall** 7:20

**rather** 36:4
**read** 16:10 17:15,21,22 18:3 19:17 20:15 21:2,4 29:18 30:5,24 36:24 50:6, 10,14
**reading** 36:20,25 37:6 40:5 52:5
**ready** 3:14 44:23,24
**real** 44:13
**really** 8:1 47:24
**reask** 43:20
**reason** 18:25 19:9,23 20:2 28:14 29:3 36:10,11,13 45:11 47:11
**recall** 8:9 9:13 23:21,24 24:4,20 30:6 36:18,21 38:7,16 40:15,24 43:9 48:20 49:3
**receive** 13:8 20:6
**recognize** 39:19
**recollection** 6:6 7:16 36:17,21 37:1 40:6
**recommend** 28:19
**record** 7:2,4, 17,18 8:10 13:15,24,25 15:11,16,23 16:1,18 17:16,23 18:4,19 20:16,18 22:12 23:6 26:13 29:18 33:21 35:6 38:19 42:7 44:12 50:13, 18
**records** 6:20 24:7 38:5 39:2
**REDIRECT** 45:3
**refer** 31:21
**referenced** 49:2
**referred** 23:21 31:8
**referring** 7:4
**refers** 31:23
**reflect** 38:8
**refresh** 36:17,21 37:1 40:5
**refuse** 28:25
**refused** 29:3 31:1
**regarding** 30:7 37:2 42:20
**Registered** 3:1
**relative** 15:9 29:23 40:6 42:17
**relevant** 6:3
**remember** 6:15,18,19, 21,24,25 7:1, 20,24 8:1,2, 4,5,7 23:23 24:10 26:3 30:9 40:8,18, 23 41:3,14 42:14 45:9,23 48:4
**remembered** 30:1
**Renew** 26:25
**repeat** 9:23 11:14 14:17 16:23 18:18 19:11 24:2 26:21 27:7 30:17 31:11 32:17,19 33:4 37:10 41:7,21 48:10 49:20, 25
**repeated** 49:9
**rephrase** 16:19
**replace** 44:15
**report** 6:22, 24 7:13,21, 22,23 9:12,14 14:20,25
**reporter** 3:2, 10 9:4
**representation** 7:15
**request** 4:19 11:19,24 13:4 17:13 24:18 26:4 27:14 40:18 41:19 43:10,22 44:2
**requested** 26:23 40:21 41:1,4,12 42:5,12 47:3, 17
**requesting** 39:9 40:16
**requests** 12:24 43:11, 12,14
**required** 27:25 28:3
**respiratory** 25:22
**respond** 14:9
**retired** 51:11
**return** 38:6 43:3,7
**returned** 28:4 38:9,14,17,24
**review** 38:4
**reviewed** 39:2
**reviewing** 38:21
**right** 14:10 16:11,12 17:22 20:24 23:17 36:24 44:23 50:6,8
**Room** 39:8
**rooms** 13:9,12
**Rosel** 4:10 8:23 14:13
**routine** 18:16 19:2
**rules** 23:3,4 50:6

S

**said** 6:12,13 14:25 18:7 29:5 47:24 48:11
**same** 16:24 43:10 45:14 51:16
**saw** 47:21
**say** 3:15 6:10 9:2,24 12:15 19:24 44:15 46:6 47:24
**saying** 19:12 26:9 27:19 46:16
**says** 19:9,21 35:14
**second** 7:14 13:18 20:14, 17,25 21:10 30:11 32:22 33:9 35:13,22
**see** 13:22 14:14,15 32:10 35:15, 16 39:13,18 47:13
**seeing** 47:16

**seek** 13:2
**seen** 47:7
**Sensation** 8:20 9:8,10, 15,17,21 10:9,13,14 11:11,22,23 12:2,6 13:24, 25 39:6 40:14 41:16,23
**sense** 23:1
**sentence** 22:19,20 35:14
**served** 51:13
**services** 18:6 19:8 20:5,6, 7,12 43:12, 13,15 44:3 51:4
**several** 22:18
**shade** 21:20
**shaded** 21:18, 19
**shading** 21:20
**she** 9:4 31:3
**ship** 3:17 6:8 9:19,22 10:4, 10,15,18,21 41:2 45:6,24
**ship's** 38:18
**shoreside** 48:23
**should** 4:23
**showing** 14:20,25
**sic** 24:15
**sick** 48:7,16, 22
**side** 23:15
**sign** 50:7
**signature** 39:17,19
**signing** 52:5
**simple** 26:18
**since** 3:20 31:2 50:8
**sir** 3:23 4:12,18,21 5:1,6,13,18, 21,25 6:5,10, 15,25 7:13 8:4,7,11,13, 14,21 9:9,12, 16,20,23 10:1,5,7,11, 16,19,22,25 11:3,5,12,17, 25 12:4,7,10 13:1,10,14,23 14:3,15,17 15:24 16:2,4, 9 17:1,6,9,14 18:12,14,18, 24 19:5,11, 19,22 20:1,8, 13,23 21:12, 15,19 22:23 23:5,23,25 24:5,10,17, 20,23 25:5,8, 10,20,24 26:2,11 27:16,21,24 28:2,5,9,13, 17,21,24 29:2,13,24 30:9,16,23 31:11,25 32:4,8,11,25 33:11,18,20 34:19 35:2,16 36:8,19,22 37:10,17,22, 25 38:3,7,10, 16,20,25 39:11,15,20, 24 40:2,8,18, 23 41:3,7,14, 21,25 42:4,9, 14,19,24 43:9,13,18 44:4,7 45:2, 8,14,25 46:7, 12,17,23 47:13,24 48:4,5,9,17, 20,24 49:3, 16,20 50:21 51:15
**sixth** 30:10, 13,20
**skip** 17:17
**so** 9:3 10:12 12:1 14:25 22:21 25:25 33:18,21 35:7,25 44:16 46:13 49:6 51:9
**some** 24:9 35:11
**somebody** 47:20
**someone** 4:3 6:2 41:17 42:20
**someone's** 25:22
**something** 6:19 25:11 37:8 46:5
**sometimes** 14:7 19:1 22:23 51:19
**sorry** 14:8 19:12 22:5,6, 14 26:14,17 33:15 46:5
**speak** 21:24 50:24 51:4
**speaker** 22:14
**speaking** 5:6, 14
**speaks** 17:25 35:19
**specifically** 10:8 41:16
**spell** 22:9 23:11 27:8 34:1,4,18
**spelled** 33:1 34:4
**spoke** 3:21 5:10 7:22 31:22
**spoken** 21:22
**start** 3:15 9:3 12:19,21 14:10 36:12 45:20
**started** 49:9
**starting** 16:11 31:7
**starts** 33:10
**state** 3:3 4:9 49:18
**statement** 3:25
**States** 5:17 51:14
**staying** 38:2
**Stefanie** 3:1
**still** 14:1,3 35:11
**stipulate** 15:10
**strike** 12:11 16:19 30:1,2 36:12 40:19 45:19 47:22
**strong** 25:1
**such** 35:6
**supplemental** 46:18 47:2
**supply** 11:6
**supposed** 9:1
**sure** 10:19 11:3,12 26:8 44:8 50:21
**swear** 3:5,10
**system** 25:22

T

**t-h-e-y** 31:16
**Tagalog** 3:6 4:18 5:7,14 49:15,18

**Tagalog-to-english** 50:20
**take** 9:4 48:7,16
**taken** 3:1 4:23 6:1 44:11
**takes** 9:5
**taking** 4:19
**talk** 14:6
**talking** 7:7, 20 14:4 34:14
**tall** 25:12,13
**Tampa** 50:22 51:9
**technology** 22:15
**telephone** 3:20 4:3 22:13 49:6
**tell** 16:11 30:12 32:2 34:13 35:17 36:3 37:13 47:19 50:18 51:12
**telling** 30:6
**term** 14:24 26:8,16 33:9
**terms** 27:5 51:20
**testified** 29:20
**testimony** 3:11
**than** 4:24 12:5 36:4 47:11
**thank** 43:5 44:5 45:2 50:14,15,16 51:22,23,24 52:1
**that** 3:5,10, 15,24,25 4:19,22,24 5:2,3,9,10, 13,17,20 6:5, 15,19,23,24 7:2,15,22 8:8 11:4,20 12:8, 11 13:2,12,22 14:20 15:16, 17,18,21,25 16:17,19,21, 24 17:2,3,5,7 18:7,11,20,23 19:1,7,8,9, 10,21,23,24 20:10,14,15, 24 21:18,20, 21,22 22:16 24:8 25:3,11, 23,25 26:3, 11,22 27:6,8, 10,16,17 28:3,4,7,17 29:9,11,12, 19,20,23,25 30:1,2,5,9, 13,15,17 31:9,21,22,23 32:2,7,10,21 33:19 35:11, 15 36:1,8,12, 19,24,25 37:8,9,14,19, 23,24 38:1,8, 12,14,22,24 39:2,4,14,16, 18,21,23,25 40:1,4,8,15, 19,25 41:7 42:1,12,14, 16,22 43:16, 18 44:4,16 45:9,11,12, 15,16,19,22 46:2,7,15,18 47:2,19,24 48:10,19,20 49:4,6,12 50:2,8 51:5, 19
**that's** 3:17 4:1 7:16 8:16 16:5 17:12 29:24 30:16 32:4 34:24 44:5 46:23 50:2
**their** 9:18 10:3,10,14 21:8 28:1 29:15 30:7 33:21
**them** 5:4 11:16 21:8 24:17 28:11, 14 29:15 31:2 40:22 51:12
**then** 4:2 9:2 20:10 24:25 25:1 30:11 36:24 49:9
**there** 6:23 11:1,21,22 12:13,24 14:2 15:21 19:9, 16,23 20:3 21:10,13 24:14 25:4, 20,22,24,25 26:2 27:25 29:7 38:12,16 39:1,8,11,18 40:18,20,21 42:15 43:20 45:15,17,24 51:2
**there's** 7:4 19:8 22:18, 19,20 42:19 45:17
**these** 41:10 51:11
**they** 10:9,14, 17,22 12:4,5, 7 13:4 16:8, 11 24:13 31:1,2,4,5,7, 10,14,16,21, 23 32:6,9,13, 23 33:10,13, 21 35:14,23 36:1,8,16 37:4,14,15 38:8,14,17 41:1,18 43:12 45:12 46:15, 17 47:17,25 48:4,5 51:2, 17,18
**they're** 15:13 16:6 46:12
**thing** 44:12
**think** 3:24 6:12 16:22 22:15 26:12 33:18 35:4 38:11 50:11
**third** 34:5
**this** 3:16,21 4:20 5:7,16 6:4 8:9 9:4 13:16,24,25 14:10,16,19, 20 15:7,10, 14,18,20 16:3,7 17:5, 7,11,21,22,23 18:4,15,19 19:7 21:5,10 22:7,8,10,12 23:17,20 24:11 26:25 27:10,14 28:15,19 29:10 30:21, 25 31:2 33:17 35:4,8 36:4, 17 37:2,8 38:1,4,5,12 39:1,5,23 40:5,6,7,9 42:2 44:24 47:15 48:3 49:2,4,15 50:4
**Those** 43:11
**three** 25:13, 15
**through** 4:20 13:11 25:15

35:25 39:7 40:14 43:12, 15 44:3 46:19
**time** 7:14 16:17 17:2,3, 7 22:12 33:22 34:5 40:15 41:1 43:2,7 45:10,14,18, 22
**times** 16:6 22:18 41:17 51:15
**title** 4:13 39:17
**to** 3:6,7,11, 14,18,19,20, 25 4:3 5:4,5, 9,11,12 7:1, 4,14,20,22,23 9:1,2,18,22 10:3,9,14,17 12:12,15,21, 23 13:16 14:4,5,6,13, 23 15:9,13 16:11,12 17:3,19 18:7, 8 19:2,8,12, 16,24 20:9, 12,15,16,24 21:8,10,16,22 22:4,7,8,9, 10,11,14,25 23:1,6,10,11, 18,20,21 24:15,19,21, 25 25:4,13, 15,21,22 26:5,12,20, 21,25 27:10, 11,16,19,20, 23 28:4,7,8, 11,12,14,15, 22,25 29:3,4, 15,16,23 30:10,11 31:4,8,9,21, 23 32:9,13, 14,15 33:4,24 34:14 35:4, 10,14,19,23 36:1,3,4,5, 11,14,23,24, 25 37:15,16, 20,22,23 38:4,6,9,15 39:3 40:6,9, 11,15,16,22, 25 41:5,11, 19,20 42:17 43:8 44:2,11, 15,23,24,25 45:1,7,8,11, 20 46:4,6,10, 14,21 47:3,5, 10,13,20,22, 23 48:7,8,15, 16,18,25 49:1,6,8,12, 25 50:6,9,18, 24 51:1,10, 17,18 52:2
**today** 3:17,18 6:1 38:22 49:23
**toilet** 44:6
**told** 29:25 30:6 36:10 37:8,13,23 38:1
**Tom** 34:7,21, 23
**took** 5:2
**total** 40:11
**transcript** 50:7
**translation** 3:6 13:23
**treatment** 13:8,12
**true** 8:8,12, 14 45:15
**trustworthy** 15:1
**truth** 3:11,12
**try** 33:25 35:10
**trying** 19:12 23:6,10 40:11
**tube** 27:10
**tubing** 25:21, 24
**turn** 25:1
**two** 13:17 17:15 23:22 25:12,13,15 40:24 49:14 51:15
**two-page** 13:22 14:14
**type** 27:25
**typed** 18:4 30:13 39:22
**types** 29:21

**U**

**U.S.** 51:7
**Uh-huh** 34:12
**unable** 3:20
**Under** 50:6
**underline** 44:16
**underlining** 44:19
**underneath** 20:3
**understand** 22:6 23:5,10 34:10 38:11 49:7,14 50:1
**understanding** 46:1,9,18 47:2
**understood** 3:23 49:10
**unit** 12:9,10, 14
**United** 5:17 51:14
**unless** 47:21
**up** 9:5 30:18
**upon** 11:19,24
**Ursua** 4:10 8:20
**us** 16:10,11 20:15 30:1,6, 12,24 35:17 37:13 50:18
**use** 3:19 11:24 12:6 24:19,22 32:12,22,24 33:13 47:22
**used** 24:24 25:4,22,23 32:21 33:9
**using** 22:13 27:11

**V**

**very** 10:19 14:6 15:1 22:21 46:7 51:19,22
**visited** 37:19 38:13 39:4
**voyage** 39:5

**W**

**wait** 18:3,10
**waiting** 14:4
**waive** 50:8
**waived** 52:5
**walker** 10:6
**walkers** 10:6 11:7,9
**walking** 11:8
**wall** 24:25
**want** 14:5 22:11,25 25:2 26:15 35:11 36:11
**wanted** 18:25 36:1,3

**wanting** 36:14
**was** 3:24 4:4 6:2,19 7:13, 14 9:12 12:17 13:19 19:12 22:15 23:14, 22 24:7,8,12 26:1,20,21 27:22,25 28:14 29:5 31:3 32:12 35:25 36:10, 11,13 37:15 38:1,2 39:6 40:18 42:2 43:20 44:11, 15 45:10,18, 22 47:17 48:3 49:5,6,22 52:4,5
**we** 3:15,18, 19,20 4:2 11:9,12,25 12:10 13:4 15:20 22:14 24:17 28:2 34:14 39:18 44:15 47:13, 14,25 50:11
**we'll** 23:12 30:18
**we're** 3:14 4:19 13:16 22:14 35:3 52:2
**We've** 22:18
**weigh** 25:17
**well** 8:22 46:9 47:10, 15,19 48:3
**were** 3:20 5:9 9:10 10:13, 14,17 11:22 16:17 24:13, 14 30:12,15 32:23 33:13 39:23 40:22 41:11 43:2,7 45:5,12,24
**West** 51:17
**what** 4:13,15, 17 6:21 7:8 8:9 9:1,12 10:6 12:16 14:16,19 15:16,17,19 16:10,11 17:10,16,21, 23 18:4 19:12 20:2,25 21:4, 20,21,23 22:17 24:12 25:3,5 26:20, 21 27:3,7,9, 17 28:14 29:14,25 30:6,24 31:15 32:4,23 33:13 34:13,17 35:1,3,17 36:8,10,11, 13,15,18,19, 21 37:13,20 39:16,18,21 40:6 45:5,9, 12,18 46:9,15 48:11 50:9,18
**what's** 7:23
**whatever** 15:21 23:14 48:5
**wheelchairs** 10:4,20 11:1 43:11,13
**wheels** 25:19, 20
**when** 19:2 22:18 24:7 40:19 47:3 49:9,25 50:7 51:10,11,20
**where** 13:7,8 15:7,20 20:9 40:20
**whether** 11:18 14:4 16:6 23:21 28:10, 11 30:12
40:24 41:1
**which** 7:3 13:7,22 23:21 24:11 26:7 39:6 42:2 45:23 49:5
**while** 3:17 10:13
**white** 24:8
**who** 3:16,21 6:2 7:1,13 27:11 30:21 31:8,9,23 34:14 38:13, 14 39:4 43:15 45:22 48:18, 23,25 49:1
**whole** 3:12
**why** 19:24 23:11,17 29:3 32:22 33:10, 13
**wife** 28:8,15, 22,25 29:4 32:3,14 36:4, 11,14 37:2,21 38:5,23 39:5
**will** 3:7,11 4:2 12:13 21:4 33:25 50:9,10,14
**willing** 7:14
**wish** 10:9
**with** 3:19 6:2,7 7:17,24 8:2,5 15:1,20 18:17 19:16 20:5,11,21 21:24 22:24 23:9,22,24 24:4 25:11, 21,23 26:1 28:6 29:25 30:6 31:7,9, 22 32:1,3 33:25 35:4 38:14 39:5 40:7 41:1
42:21 43:2,7 48:6,14,21 51:6,7,16,18
**withdraw** 43:23,24
**without** 13:23 23:15 47:15
**witness** 3:13, 16,23 21:25 22:2,8 23:11 26:10,14 27:8 29:18 45:1 50:10,14 52:6
**woman** 5:19 48:18,25 49:1
**won't** 23:1
**word** 9:2 22:9,17 23:2, 12 31:14,15, 21 32:12,21, 22,24 33:9,13 34:10,17,25 35:1 47:23
**words** 22:24 35:6
**work** 51:6
**would** 11:4 13:21 28:4 38:17 41:4,17 42:1,6,21 45:12 47:10 50:17
**wouldn't** 9:5 11:4 47:19
**write** 15:20 19:7 20:25 21:2 29:8,14
**writes** 29:21
**writing** 16:17 17:3 18:13, 19,22 21:23 29:11
**written** 6:19, 23 9:12 20:14 21:13 30:13 36:15,19 38:10,16 39:16

**wrong** 16:22
**wrote** 6:15,21 7:2,8,13 8:9 17:5,16,21,23 18:11 20:25 21:5 30:21,24 32:9 35:17

**Y**

**yeah** 19:13 25:13 32:19 40:8,11 48:4 49:9 50:13
**years** 50:24
**yes** 3:13,23 4:12,21 5:1, 6,18,25 6:5, 11,15 7:13,21 8:11,13,14 9:9,12,16,20 10:1,5,7,11, 16,22 11:5, 17,25 12:4, 10,20 13:1, 10,14,23 14:15 15:24 16:2,4,9,24 17:1,9,14 18:12,14,19, 24 19:5,19,22 20:1,13,23 21:12,19 22:5 23:14,25 24:5,17,23 25:8,20 26:2, 25 27:16,24 28:2,5,13 29:2,13,24 30:9,18,23 31:12,25 32:4,8,11 33:6,11,18 35:16 36:8,22 37:11,17,22, 25 38:3,10, 20,25 39:15, 20,24 40:2,8, 18 41:23,25 42:4,9,24 43:14,18 44:4 46:17 48:12, 17,24 49:16, 22,25 51:15, 25
**yet** 31:19
**you** 3:5,10,11 4:24 5:2,3,9, 10,17,20 6:6, 10,18,24 7:1, 2,4,7,8,11, 20,23,24,25 8:2,5,8,9,19, 20 9:7,10,13, 23,24 10:13, 23 11:1,14,18 12:15 13:6, 21,22 14:1,4, 5,13,14,17, 20,24 15:4,5, 7,16,17 16:5, 17,23 17:15, 16,21,22,23 18:4,11,13, 16,18,25 19:7,9,11,16, 23,24 20:5,6, 15,25 21:4,24 22:25 23:1, 10,12,17,21, 24 24:1,4,11, 25 25:1 26:3, 11,12,15 27:7,9,10,19 28:6,11,14,19 29:3,8,14,25 30:1,5,6,7, 12,15,17,21, 24 31:8,9,11, 22 32:2,6,9, 10,12,17,21, 22,24 33:1,4, 5,9,10,13,24 34:4,5,10,13, 18 35:1,7,15, 17 36:3,10, 12,13,18,21, 25 37:1,8,10, 13,19,20,23 38:2,11,13, 17,21 39:2,4, 13,18,23 40:15,24 41:4,5,7,11, 21 42:6,11, 12,16,17,20, 21 43:2,5,7 44:5,9,16,21 45:2,11 46:5 47:10,15,19, 21 48:6,10, 11,14,18,21, 25 49:4,6,14, 20,22,25 50:6,8,9,14, 15,16,17,18 51:13,22,23, 24 52:1
**you'll** 18:3
**you're** 4:11 8:25 9:2 14:25 17:3,7 18:19,22 19:12 23:15 25:11 26:20 44:23 46:15
**you've** 6:2 20:14
**your** 3:5,8 4:9,13,15,17, 19,22,23 6:1 7:15,23 9:13 12:16,18 15:1,5 18:16 19:2 20:11 21:23 23:21 25:11 27:19, 20 29:11,12, 23 32:1 36:17,21 37:1 38:4,8 39:19 40:5,6 46:1, 9,18 47:2 49:2,18 50:8, 18
**yours** 16:8
**yourself** 14:4 36:24,25