UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, deceased,

Plaintiffs,

v.

CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant.

CASE NO. 18-cv-23181-Williams/Torres

**NOTICE OF FILING DEPOSITION TRANSCRIPT OF SUZANNE VAZQUEZ, IN SUPPORT OF DEFENDANT'S MOTION FOR FINAL SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF LAW**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(f)(4) and S.D. L.R. 26.1(b), the deposition transcript of SUZANNE VAZQUEZ, taken on July 9, 2019, has been filed with the Clerk of this Court in support of Defendant's Motion for Final Summary Judgment and Supporting Memorandum of Law.

Respectfully submitted,

*/s/ Marc J. Schleier*
Christopher E. Knight
Fla. Bar No. 607363
Email: cknight@fowler-white.com
Marc J. Schleier
Fla. Bar No. 389064
Email: mschleier@fowler-white.com
Katina M. Hardee
Fla. Bar No. 16069
Email: khardee@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of August, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Marc J. Schleier*
Marc J. Schleier

**SERVICE LIST**

CASE NO. 18-cv-23181-Williams/Torres

Philip M. Gerson, Esq.
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, Florida 33145-2624
E-Mail: pgerson@gslawusa.com
filing@gslawusa.com
zdiaz@gslawusa.com
Telephone: (305) 371-6000
Facsimile: (305) 371-5749
RANDALL NOON , as Personal
Representative of the Estate of
KAREN NOON, deceased

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 18-CV-23181-Williams/Torres

RANDALL NOON, as Personal
Representative of the Estate
of KAREN NOON, Deceased,

Plaintiff,

-vs-

CARNIVAL CORPORATION, a Panamanian
Corporation d/b/a CARNIVAL CRUISE
LINES,

Defendant.
_______________________________________/

VIDEO DEPOSITION OF SUZANNE VAZQUEZ, ESQUIRE

Pages 1-127

July 9, 2019
11:01 a.m - 1:32 p.m.
1980 Coral Way
Miami, FL 33133

Stenographically Reported by
Paul Cunningham, FPR
Florida Professional Reporter

APPEARANCES:

On behalf of the Plaintiff
GERSON & SCHWARTZ, P.A.
BY: PHILIP GERSON, ESQUIRE
1980 Coral Way
Miami, FL 33145
Pgerson@gslawusa.com

On behalf of the Defendant
FOWLER WHITE BURNETT, P.A.
BY: CHRISTOPHER KNIGHT, ESQUIRE
1395 Brickell Avenue, 14th Floor
Miami, FL 33131
Cknight@fowler-white.com

I N D E X


| Witness | Direct | Cross |
|---|---|---|
| Suzanne Vazquez, Esq. | 3 | |

Exhibits Marked for I.D.

| Exhibit | Description | Page # |
|---|---|---|
| No. 1 | Depo Notice | 121 |
| No. 2 | Responses & Objections | 121 |
| No. 3 | Verified Answers | 122 |
| No. 4 | Hess Procedures 1608 | 122 |
| No. 5 | Medical Centre Fees | 15 |
| No. 6 | Picture of Insurance Sign | 21 |
| No. 7 | Wheelchair Control Policy | 28 |
| No. 8 | Embarkation Incident Report | 44 |
| No. 9 | Embarkation Incident Report | 44 |
| No. 10 | Wheelchair Rental Agreement | 56 |
| No. 11 | Americans with Disabilities Doc. | 56 |
| No. 12 | Hess Procedures 1608 | 84 |
| No. 13 | 7-7-17 E-mail Composite | 117 |
| No. 14 | 7-8-19 Letter | 122 |




Deposition taken before Paul Cunningham, Florida Professional Reporter and Notary Public in and for the State of Florida at Large in the above cause.

******

THE COURT REPORTER: Raise your right hand please.

Do you swear the testimony you are about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: Yes.

Suzanne Vazquez, Esquire, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. P. GERSON:

Q. Good morning.
A. Good morning.
Q. Please state your name and professional address.
A. Suzanne Brown Vazquez, and it's 3655 Northwest 87th Avenue in Doral, Florida 33178.
Q. And we know that you're employed by Carnival, since you're appearing as the corporate representative today. Tell us for the record what



your job title is.
A. My title is director of claims and staff counsel.
Q. Okay. Now just explain in everyday language what that means, what your responsibilities are.
A. I generally oversee all guest-related lawsuits and claims and I also assist the business with operational guidance as staff counsel.
Q. Okay. How many people do you supervise in the claims part of your job?
A. I directly supervise 11.
Q. Okay. And are -- you're a lawyer, are you not?
A. I am.
Q. How many of the 11 people that you supervise are lawyers?
A. None.
Q. Okay. Are you a member of the Florida bar?
A. Yes.
Q. Since?
A. 1997 I passed the bar, I think. It was January 1st, 1998, I was sworn in.
Q. And how long have you been with Carnival?
A. Fifteen years.
Q. Did you -- I guess that still leaves a few



years going back to graduation. Did you have other work as a lawyer before you went to work for Carnival?
A. Yes.
Q. Tell me what that was.
A. I started my career as a prosecutor. I interned at the State Attorney's Office during law school and then was hired as a prosecutor right out of law school, and I worked there for about four-and-a-half years.

I then left the State Attorney's Office in Dade County and got a job with a defense firm called Wilson and Elser in downtown Miami. I was there for about three years in mostly insurance defense and some maritime work, which caused me to have some cases involving Carnival and it led to my in-house offer at Carnival.
Q. Okay. Now, you've given many corporate representative depositions in the past, have you not?
A. Yes.
Q. So you understand that you're answering for the corporation and not for yourself as an individual?
A. I do.
Q. All of the questions that are going to be

Page 6

asked today relate in reference to the Carnival Sensation voyage, I believe it began on July the 3rd of 2017 and ended on July the 8th of 2017. So for context, even though I may not include all those words in every question, I just want to make sure the record is clear that that's the ship and that's the time frame that we're talking about when we reference policies and procedures and things like that, not just events. So you understand that I'm sure.

A. Yes.

Q. Okay. Tell me first what the relationship is between Carnival and the onboard physicians?

A. The physicians are independent contractors that serve three- to six-month intervals on the ships and they -- they rotate.

Q. Okay. And when you say they are independent contractors, are you saying that that is in contrast with being an employee?

A. It is legally, yes.

Q. So according to Carnival, the doctors are not employees of Carnival, they are independent contractors?

A. Correct.

Q. Is the Carnival-doctor relationship disclosed to passengers in the ticket contract on

Page 7

your website or in some other written disclosure?

A. Yes.

Q. Tell me where that appears.

A. In the ticket contract.

Q. Okay. Does it appear elsewhere as well?

A. I assume it's in FAQ's and somewhere on the website, but I didn't research that specifically for today.

Q. Okay. Is there a notice posted in the ship's medical center?

A. I do not know that.

Q. Is there a policy for making oral disclosure to the passengers about what the relationship is between Carnival and the physicians?

A. There's no written policy. I assume if someone asked the physician what their legal status was as either an employee, agent, or independent contractor, they would have that discussion, but it's not policy to discuss it.

Q. Okay. Do you agree that most passengers simply assume that the doctor works for the cruise ship, since the doctor is put on the ship by the cruise line?

MR. KNIGHT: Objection to form.

THE WITNESS: I wouldn't know what people

Page 8

assume or don't assume.

BY MR. P. GERSON:

Q. Isn't it important to Carnival to understand what the passengers's mindset is about the various services that are made available onboard a ship?

MR. KNIGHT: Objection to form.

THE WITNESS: Yes, absolutely.

BY MR. P. GERSON:

Q. So the doctors are considered officers of the ship, aren't they?

A. They are.

Q. They wear officer uniforms?

A. At times.

Q. At least on some ships their pictures are posted in public places along with the pictures of other officers --

A. I have not --

Q. -- isn't that so?

A. I have not seen that, but it's possible.

Q. Is the formulary of medicines that are carried in the medical center decided on by Carnival shore side or by the onboard doctors?

A. Shore side.

Q. And the medical equipment that's carried onboard, is that -- is the decision as to what the

Page 9

equipment will be and what the policies will be concerning the equipment decided by Carnival officials shore side or by the doctors onboard?

A. Well, it's kind of in tandem with what the capacity of the vessel will hold in the medical center and the passenger capacity. So each of the ships meets or exceeds the ACEP guidelines for cruise medical facilities. So it's in compliance with that regulation or that guideline but some of the smaller ships may not hold the same equipment as some of the larger ships hold, or have as many beds and birthing and triage areas, et cetera.

Q. Okay. I understand that. First of all, by ACEP, you're referring to the American College of Emergency Physicians Medical Guidelines for cruise ships that Carnival voluntarily agrees to follow and observe?

A. Correct.

Q. But what I'm getting at is whether the medical equipment which is onboard is determined by the shore side officials of Carnival or by the onboard doctors?

A. I think it's mostly done shore side for the fleet, depending on what that particular vessel can hold.

Page 10

Q. Okay. With respect to this particular vessel and it's okay to generalize if it applies -- if the answer applies to this, as well as other ships of the same class, or by some other measure, but what are the hours of operation of the medical center on the Sensation?
A. I don't know what the exact hours of operation were back in 2017. It might be on -- let me just look really quick.
Q. Let me see if I can shorten this by telling you this: There was a nurse who gave a deposition a week ago and he was actually onboard the ship and here on a short leave for his deposition and he told us that the medical center closed at 8:00 p.m. So far as you know, would that be an accurate and a correct answer?
A. For the regular hours, that would be reasonable.
Q. And the regular hours means that there's a physician who is in the medical center during the regular hours, but after the regular hours, there is no physician who's in the medical center?
A. No. The physician may not be in the medical center at all times but medical care is available 24 hours a day on the vessel. If the ship is in

Page 11

port, the doctor, or one doctor would be on the ship, maybe another doctor is ashore, but always available for, you know, consultations as needed.
There would be someone manning the medical center during the regular hours of operation, but I don't know that a doctor is always present there. They're just a phone call away, though. It's a ship. They can be there in just a few minutes.
Q. Well, I understand that. But what I got from the nurse's deposition, and I want to know if this is the policy, is that after 8:00 o'clock, the doctor is not stationed there in the facility. I'm not questioning that you may be able to summon the doctor under some set of circumstances but my question is simply: Isn't it true that the doctor is only present in the medical center during the official hours that the medical center is open that ends at 8:00 p.m.?
A. I think the only time medical staff are manning the medical center are during regular operational hours. And then after hours if medical assistance is needed, they have a phone that if anyone dials 911 or anyone goes to guest services saying they need medical care, they contact either the nurse and/or doctor as needed and they meet them

Page 12

in the medical center and open it for the guest --
Q. And what --
A. -- or the crew member.
Q. I'm sorry. I didn't mean to interrupt.
A. That's okay.
Q. What were the -- what was the staffing of doctors and nurses on the Sensation at the relevant time?
A. You mean during that cruise?
Q. Yes.
A. I believe there was one doctor and three nurses onboard, but I could be mistaken. I didn't look at the roster for all of the nurses. I know that Rosel Ursua was one of the nurses.
Q. And what are the credentials that are required for a doctor to work on a cruise ship?
A. I don't know the exact checklist or the protocols. I did not research that, since they're not relevant to the case. There was no --
MR. KNIGHT: I will object. That is not part of the description in the notice, but go ahead and answer if you can.
THE WITNESS: I mean, generally, I know that the ACEP guidelines cover what the emergency physician and training that they should have.

Page 13

And I know they meet or exceed those guidelines. And they work very closely in tandem with wherever the manning agency is that we're obtaining the doctors to verify their credentialing, but I don't know the exact credentialing for the doctors or the nurses for that matter.
BY MR. P. GERSON:
Q. Does Carnival hold out its -- the doctors that it provides in its medical centers as specialists in pulmonary medicine, cardiology, internal medicine, or any other specialization?
A. I don't know. Again, there was no doctor consult in this case. And there was no notice or area in the depo notice that I saw to research what the representations are regarding doctors.
Q. So you're telling me that they may hold themselves out as experts or specialists in these categories of medical practice or they may not, you just don't know?
MR. KNIGHT: Objection to form. Are you asking what each -- what a doctor may say to a patient or are you asking about what Carnival --
BY MR. P. GERSON:
Q. What Carnival represents?

Page 14

A. Yeah, I did not research that for this 30 (b)(6) deposition.
Q. So does that mean that you don't know?
A. I don't really know. I know generally.
Q. Now, there's a fee schedule that is in the topics by the way --
MR. KNIGHT: And she brought a copy.
BY MR. P. GERSON:
Q. -- for medical services -- and I think I saw that in the documents that you produced today. So let's see if I can find that and we'll mark it.
By the way we premarked three exhibits and we'll talk about those next.
THE COURT REPORTER: Actually, it will be five. We did four.
BY MR. P. GERSON:
Q. So let me show you this document that Mr. Night gave me today and ask you if you can identify that?
A. This is a photograph of the sign that used to be posted outside of the medical centers on Carnival's fleet.
Q. This one would have been there on the Sensation on the day in question?
A. That's what I'm told by my research. The

Page 15

fees have changed over time and now the signs are no longer there. But this is apparently what was in place in July of 2017.
Q. Let's mark that.
THE COURT REPORTER: That will be number 5.
(Thereupon, the document was marked for I.D.)
BY MR. P. GERSON:
Q. There is a far more extensive listing of the services that can be provided on a Carnival ship, besides what's here; correct?
A. Yes.
Q. In Exhibit 5?
A. Absolutely, yes.
Q. Exhibit 5 is simply the sign that was outside for public display that says an initial consultation is $125?
A. For a physician, yes.
Q. And then if there's an after hours physician consultation, it says $150. Is that simply a $25 premium for coming in after hours or does that get added to the 125?
A. I think it's just the additional $25 to the hourly fee --
Q. So is there --

Page 16

A. For the consult fee. I'm sorry.
Q. If the passenger is there during the regular business hours, it's $125. If the passenger asks for a consultation after regular business hours, it's $150?
A. Back in 2017, that is correct.
Q. Is there another price list that is much more comprehensive?
A. I'm sure they have one somewhere in shore side in the medical department. It's not something that would be available to the guests necessarily, it's not something they publish, but we could probably create one for you. I'm sure they have some measure of what -- what each canula would be charged, each prescription medication or over-the-counter medication, et cetera.
MR. KNIGHT: Note my objection to relevance if this is something you want to have, because, obviously, this passenger was never seen in the medical center.
BY MR. P. GERSON:
Q. I know but it's Carnival's position that apparently she should have been. So I'm entitled to explore what the dynamics of such an encounter would have been.

Page 17

So what you're telling me is that there are additional charges for medicines?
A. Yes.
Q. And for nasal cannulas are the two examples that you gave?
A. Yes.
Q. That would also apply to x-rays, would it not?
A. X-rays might be free of charge, I'm not 100 percent sure. I didn't review each of the pricings, but --
Q. Labs?
A. Labs I do believe, just like a hospital, just like any medical center would have customary charges for items.
Q. Without attempting to be exhaustive about it, there is a long list of set charges for different medical services and products?
A. I assume it's somewhere within the database within Sea Care as they're populating the invoices. I've never seen a list. And I don't know that there's the ability to print out a comprehensive, but I can just look in the database onboard and find the fee, probably. But I've never seen --
Q. So --

Page 18

A. -- a comprehensive list.
Q. So Carnival could produce that if --
MR. KNIGHT: Carnival could create it.
THE WITNESS: I think Carnival could create one for you if it was necessary for a comprehensive list that you require. I think I could put that together for you.
BY MR. P. GERSON:
Q. Well, these fees are for medical services are charged to the passengers; correct?
A. Most of the time. It depends on the circumstances, but yes.
Q. And how are they determined? Who does the billing?
A. Like I explained, I think they're set within Sea Care, which is a database that governs the EMH, the health record onboard basically for guest and crew. I think they are within that. They live within Sea Care.
Q. So are you telling me then that if you identify a particular medical service or supply, that the system will automatically find what it costs and put that on the bill --
A. Correct.
Q. -- you don't have such a list, per se?

Page 19

A. I have not seen that list exactly, but I think that we could probably create it out of the database. And I'm sure someone has the data shore side that we could compile for you, if it became --
MR. KNIGHT: Or if it's relevant. Objection.
BY MR. P. GERSON:
Q. So certainly we agree that the only information that would be available to the passengers about what those charges might be is what is in Exhibit 5?
A. No. All they have to do is ask if they were, you know, concerned about it or cared. I mean, most people that need treatment just want to get the treatment, but I think the conversation probably takes place all of the time between the medical staff and the patient as to what the fees would be if they were concerned about it. They would tell them.
Q. So the medical staff then knows what this schedule of services and products would be?
MR. KNIGHT: Objection to form. Knows or can look up?
THE WITNESS: I don't know what each individual person on the medical staff might know or not know. But it certainly -- that

Page 20

information is available to them if they don't know it from the top of their head, they can look it up.
BY MR. P. GERSON:
Q. Okay. The doctors work in a fee sharing arrangement with Carnival according to their contract, do they not?
A. No.
Q. No?
A. No.
Q. Did they at one time?
A. I don't think so, no. They get a salary. They don't -- we don't fee share. I mean, we obviously collect a fee to see the doctor in order to pay their contractor salary but there's no fee sharing.
Q. There's no split revenue --
A. Correct.
Q. -- split or division between the doctor and the cruise line?
A. Correct.
Q. Off the record.
(Thereupon, there was a discussion off the record.)
BY MR. P. GERSON:

Page 21

Q. Okay. Okay. Now, I also asked about insurance. Carnival knows that most United States health insurance companies don't cover medical services or supplies that are provided outside of the United States; does it not?
MR. KNIGHT: Object to form.
THE WITNESS: Yes.
BY MR. P. GERSON:
Q. And somewhere here there was a disclosure. Okay. Let's mark this as number 6. Can you identify Exhibit 6?
A. Yes, this is a copy of another sign that is posted inside of the medical centers onboard the ships back in July of 2017.
(Thereupon, the document was marked for I.D.)
BY MR. P. GERSON:
Q. Okay. So Exhibit 6 says that Carnival does not accept private insurance --
A. Correct.
Q. -- from the passengers in payment for medical services or supplies provided onboard?
A. Correct.
Q. But I asked you a few moments ago, is it -- and I don't think there's any misunderstanding, but I

Page 22

just wanted to distinguish that --
A. Okay.
Q. -- answer from what's on Exhibit 6 and that question and answer was: Whether Carnival understands that most private health insurance plans in the United States will not cover or reimburse passengers for their medical charges outside of the country?
MR. KNIGHT: Objection to form.
THE WITNESS: Thank you for clarifying. Because, no, that's not the case. Actually, many insurance policies will allow you to then submit it privately, the bills that you paid on Carnival. It depends on your own policy and whether you got travel insurance policies. There's many med pay provisions in those policies for travel. And depending on what healthcare coverage you have, you may be able to just simply submit the receipt from Carnival or any care rendered in any of the ports of call through your insurance to get reimbursed for that. It depends on your insurance plan.
BY MR. P. GERSON:
Q. Apart from specially purchased travel insurance applicable to a particular voyage or

Page 23

vacation, doesn't Carnival generally understand that onboard medical charges are not reimbursable under most U.S. health insurance plans?
MR. KNIGHT: Object to form.
THE WITNESS: I don't think that's necessarily true. I think there's some plans that don't and some plans that do.
BY MR. P. GERSON:
Q. Okay. But Carnival does understand that there's some likelihood that a passenger will have to pay out of pocket for any medical services that are charged onboard a Carnival cruise?
A. Again, depending on what type of coverage they have, they're probably going to be responsible for deductibles and co-pays for sure. But other than that, it could be completely covered. Such as an air ambulances are routinely covered, even though you are in the middle of Mexico. Blue Cross Blue Shield, United, all of those fees are a lot of times covered now.
Q. Now, the way that the billing works, is that the charges are simply posted to the sign and sale account for each passenger and that would appear on their statement that they get when they get off the ship or that's e-mailed to them later as they may

Page 24

have elected?
A. Correct. The guests -- all guests know that the only way to charge anything or pay for anything on the ship, is through that account.
Q. And in order to board the ship, and have that account, a passenger must have a valid credit card that is provided to Carnival at the beginning or prior to the voyage?
A. No, not necessarily. They can have a cash account if they prefer. They don't have to put a credit card.
Q. They have to put up a cash deposit then?
A. Correct.
Q. How much of a deposit is required?
A. I don't know what the requirement is, quite frankly for the fleet.
Q. Just in general concerning the medical services that are provided onboard Carnival ships, would you say that they're analogous to what a hospital emergency room would provide in contrast with specialized medical services that we might obtain on land?
MR. KNIGHT: Objection to form.
THE WITNESS: No, not at all. It's very distinct, different circumstance.

Page 25

BY MR. P. GERSON:
Q. How are they the same, and how are they different?
A. It's really simply a medical center to -- for the care and convenience of the guests and to try to stabilize a guest that's -- who's in an emergent situation until they can get them shore or off the ship. It's fairly limited.
But again, basic guidelines kind of go through that, how unique it is to have a medical center on a cruise ship and what the capabilities and the guidelines for care should be. As well as the equipment. But there's an x-ray machine. There's, you know, blood testing, glucose testing, oxygen tanks, et cetera but they certainly couldn't do emergency surgery the way you could at Jackson.
Q. Well, I wasn't comparing it to the emergency room at Jackson, but let's talk about a lower level of emergency care. Jackson, of course, is the major trauma center here in Miami-Dade County and provides the most extensive emergency services of anyone, but there are smaller neighborhood-type hospitals. Would you say that their emergency rooms are analogous to what Carnival provides?
MR. KNIGHT: Objection to form. Calls for

Page 26

speculation.
THE WITNESS: No, no. I would say it's more kin to a walk-in clinic, that you would get.
BY MR. P. GERSON:
Q. Okay. So this is a very popular thing nowadays, where years ago we didn't have those but now we have these walk-in clinics or some of them are called urgent care centers. Would you analogize what Carnival provides on its ships to an urgent care center here in Miami-Dade County?
A. I think that's a closer analogy than an emergency room at a hospital shore side.
Q. Okay. All right. I'd like to talk with you a little bit about Carnival's policies for durable medical equipment that's provided to passengers, okay?
So what is the durable medical equipment that is available on the Sensation for the relevant time?
A. You mean inside the medical center?
Q. Medical equipment that would be provided to the passenger. Not medical equipment that would be used by the physicians and nurses.
A. It's very limited. You can request in advance medical equipment to be brought onboard and

Page 27

it gets approved by our special care team who looks at special needs and what the equipment is and whether it would be a fire hazard or a danger or a potential, you know, problem either for the guest or other guests or crew. And then as far as what might be lent to a guest for just concern and convenience, wheelchairs are available. We like for our guest to requests wheelchairs in advance and rent them separately so that it's a more controlled environment. But we obviously have them if there's something that arises onboard, we will lend out wheelchairs to the guests.
We also give glucose monitors for diabetics or, you know, to manage underlying comorbidities and as you know in this case, on occasion they'll give an oxygen concentrator to a guest or crew member, if needed.
Q. And are these forms of medical equipment rented to the guests?
A. Not really. I mean they're lent to them, but they do get a deposit for them so that we make sure they get back the expensive medical equipment that's being used.
Q. So there's no fee for use --
A. Correct.

Page 28

Q. -- of the equipment?
A. Right. But it's out of convenience.
Q. It's simply a deposit so that you're protected in case the equipment is not returned or is damaged?
A. Correct.
Q. Okay. I believe there's a document that was produced today.
MR. KNIGHT: We also have if you are looking for the charges, it was in the nurse's deposition the other day.
BY MR. P. GERSON:
Q. No, that's not what I'm looking for. Thank you, though. Okay. Let's mark this as Exhibit 7.
(Thereupon, the document was marked for I.D.)
BY MR. P. GERSON:
Q. So I asked you a few moments ago, Ms. Vazquez, about the equipment that was provided and so we made reference to some diabetes monitoring equipment, wheelchairs, oxygen concentrators, there's other medical equipment that is provided, is there not?
A. Probably. I don't have an exhaustive list, but there's probably other things that they would

Page 29

loan out to a guest if needed or if requested.
Q. Walkers?
A. Yes.
Q. Canes?
A. I --
Q. Crutches?
A. I -- there definitely are crutches. I'm not sure about walkers or canes but probably.
Q. Scooters?
A. No. Those are rented in advance. Those have to be reserved and rented in advance and brought onboard. I don't believe we rent out any scooters.
Q. Orthopedic braces for knees, or backs, wrists, or elbows, or things like that?
A. Probably, yes.
Q. Slings?
A. Some of those would probably be for a charge, I'm guessing; but, again, I don't have a comprehensive list of either pricing and/or items available.
Q. Okay. Now, Exhibit 7, which we got today, is a document entitled: Procedure for Wheelchair Control Policy.
Are you familiar with that?
A. So I received this yesterday from guest

Page 30

services. It's the first time I seen it. And they were fairly certain that it was no longer in HESS, and I checked and it's not. And we're not sure if it was still living within our HESS database in 2017. So I submitted it to counsel. I didn't have time to discuss it, but nonetheless, this revision says it was in effect in 2009. And I can't say for certain when it was no longer in effect. Now the way that wheelchairs, works a little bit differently whether you request it in advance and have a rental agreement with another company and bring it onboard, whether you get one from guest services or whether you get one from the medical center. So there's different ways. We just try to make it as convenient for guests as possible.
Q. So you're telling me that Exhibit 7 is outdated?
A. It is present day, here in 2019. I'm not sure whether it was in play in July of 2017. And as of the time of this deposition, I was unable to verify with anyone and I spoke to lots of people, including the director of guest services.
Q. We've had the deposition date for quite a while.
MR. KNIGHT: Actually, not that long.

Page 31

BY MR. P. GERSON:
Q. Two weeks, at least.
MR. KNIGHT: She has gone and done the search.
BY MR. P. GERSON:
Q. Okay.
A. There's no way to say --
Q. -- is there going to be another written policy that's applicable to this case?
A. I mean, we can talk about what happened in this case and what the procedures were onboard. I do know that in 2017, there were different avenues to go through to get a wheelchair and for wheelchair assistance.
So to the extent that we want to talk about this document, that's fine. I just can't verify that it was in place in July of 2017.
Q. Well, if it wasn't in place at the time in question, would there be another written policy and procedure that was in place at that time?
A. I am told no. And I checked myself physically within the HESS database.
So policies and procedures used to be held in a different type of database. They have, within the last several years probably five or six years,

Page 32

and taken over by basically corporate or All Brands Group and then there's individual line policies within HESS.
So everything now lives within the database. This document is no longer there. And there is no real wheelchair policy that I found within that, subject to the three HESS procedures that we produced that might discuss a wheelchair. There's no wheelchair procedure that lives in HESS any longer.
Q. Okay. Let's clarify for the record what HESS is?
A. Okay. It's the -- it stands for Health Environmental Safety and Security. It's just an acronym that we use for a database. We have to have a program in place, all cruise lines have to under the ISM code, which is basically maritime law that mandates that cruise lines have certain policies and procedures for safety and security of the guests and crew.
Q. Okay. So you're referring to the International Safety Management code under ISM?
A. Yes, correct.
Q. And under the ISM, in order to comply with its requirements, Carnival has this H-E-S-S acronym --

Page 33

A. Right.
Q. -- system?
A. So ISM requires you to have a safety management system, an SMS. Carnival went a little bit step further and did HESSMS, initially, Health Environmental Safety and Security. So it wasn't just for security, we realized, you know, we want health regulations, environmental regulations, safety and security regulations. So that -- it's just something that they designed, the cruise line designed, to better themselves.
Q. Okay. So if this -- if Exhibit 7 is no longer the policy, why was the policy changed and what is the policy now?
A. I don't know why they would have just taken it out, other than it really didn't fall under Health Environmental Safety and Security to the level that it needed a policy. I mean, the bottom line is: We have wheelchairs onboard and we want to give them to any guest or crew member that needs them to ambulate around the ship. So, you know, why make up a four page policy, when, you know, you know what the outcome is going to be.
Q. Okay.
A. So I think that's probably the reason.

Page 34

Q. So was this policy in effect on the cruise that my client went on?
A. Again, I don't think so, but I don't know. So --
Q. But I want to ask you about this specific -- you've answered that in general.
A. Yes.
Q. Now I want to ask you about some of the specific things.
A. Okay. Can I see a copy while you do that? Do you have another copy for me?
Q. You know, this is the only one I have, is what you just gave me. But I'll get a couple --
A. Oh, I might have one. Because he gave me a stack. I'm sorry.
Q. Do you have another one?
A. It's probably here.
Q. -- that's fine. I am happy to make a copy of anything that you --
MR. KNIGHT: Just for reference, we brought copies for everybody here.
THE WITNESS: Thank you.
MR. KNIGHT: You are welcome.
THE WITNESS: Okay.
MR. KNIGHT: For your convenience, though,

Page 35

we brought you a copy --
THE WITNESS: Right.
MR. KNIGHT: And us a copy --
THE WITNESS: Perfect.
MR. KNIGHT: Of the documents produced last night, the other documents were previously produced. And I may have those too, if you need those at a later time.
MR. P. GERSON: They weren't. You know, I just have to -- I can't let your comment about what's previously produced.
MR. KNIGHT: I even --
MR. P. GERSON: -- what you gave me are 950 pages of medical records that I already have and I probably gave to you in the first place, but I don't want to argue about it. I just don't want the record to --
MR. KNIGHT: And I will disagree with you on the record. While you were not here I was with the paralegal and she has the date when it was sent to you. I have copies if you need it.
MR. P. GERSON: Okay. All right. We'll deal with that later.
BY MR. P. GERSON:
Q. So under procedure 1.1, it says there's

Page 36

three inventories. One is for guest rental, one's for emergency use, and one is specially for embarkation, debarkation?
A. Right. That's what it says.
Q. So are you saying that you don't rent them anymore, that now they're just provided gratis?
A. No. So now most of the rentals are done up front and before the cruise, so that's a whole separate program for guest access. So anyone that anticipates the need for a wheelchair or has their own wheelchair, goes through the special needs desk and that's organized.
There may still be -- and in 2017, there may still have been other wheelchairs that could be rented, but I think most of them onboard were just given out gratis, as a convenience when needed by them. So if a guest comes to guest services and says, you know, "my elderly mother is having trouble ambulating, we would like a wheelchair for her convenience and comfort." They would probably just give her that wheelchair for use without a rental fee.
Q. How do we find out what was the case concerning my client?
A. Well, we know that they weren't charge for

Page 37

the rental fee. There's no -- they didn't pay for the wheelchair. The wheelchair was just given to them gratis on the last night of the cruise because Mrs. Noon was apparently having trouble going up and down the levels and going in and out of the venues onboard the ship.
Q. So these policies concerning the wheelchair and inventories basically are to make sure that there are wheelchairs available for emergencies to make sure that there are wheelchairs available for embarkation and debarkation as may be needed?
A. And not even emergencies, just as a convenience to the guests. But there's also a pretty robust program up front for the rental of wheelchairs, if you anticipate you're going to be in one the entire cruise. We encourage guests to, if they need any type of mobility assistance, to contact us in advance so that we can assist them with that.
Q. Okay. In the last two or three minutes I've read through Exhibit 7, which I hasn't seen before today. Drawing your attention to page two, section three, this relates to the rental return procedure. And paragraph four is the debarkation wheelchair procedure.
I would assume that the return procedure

Page 38

would be the same whether you charged the passenger for it as this exhibit contemplates, or whether as you've explained in this case, it was provided gratis; is that correct?
A. I mean, obviously if a wheelchair belongs to Carnival and/or shore side's rental company, you're going to want to get that back from the guest before they fly home to Michigan.
Q. Okay. Now, what is the applicable procedure if the guest needs the wheelchair in order to debark the ship?
A. They will wheel them out to the curb wherever they need, you know, to get them assistance and obviously if they're not able to ambulate from there, they're going to need to rent a wheelchair or we have to call an ambulance or get them assistance afterwards.
Q. Well, does Carnival have a policy or a procedure to accommodate a guest who needs the wheelchair to get into an ambulance?
A. We would wheel them right to the ambulance and the paramedics would put them in the ambulance, of course.
Q. Okay. So taking the wheelchair off of the ship in order to get to emergency medical services is

Page 39

something that is contemplated under the Carnival procedures?
A. Yes, they would absolutely be able to accommodate that, but if they're truly going into an ambulance, they may put them on a stretcher well before that. Take them off, you know, in a stretcher rather than a wheelchair, but yes, either one of those would be possible.
Q. Okay.
MR. KNIGHT: Objection to form. I am not sure that they was the ambulance or are people.
THE WITNESS: Right. The paramedics would come onboard, obviously.
BY MR. P. GERSON:
Q. Okay. We'll straighten out this confusion later. But you and I understand each other.
MR. KNIGHT: I just want the record to be clear.
BY MR. P. GERSON:
Q. So in the --
MR. KNIGHT: I get confused a lot.
BY MR. P. GERSON:
Q. -- in the situation where the guest needs the wheelchair in order to get into emergency vehicle or get to the responders, emergency responders,

Page 40

Carnival's procedure contemplates that it would make the wheelchair available by sending a crewman off the ship with the passenger, and the crewman would simply bring the wheelchair back when the passenger didn't need it anymore?
A. Hypothetically that could be the scenario.
Q. Well, is that a policy that the ship had? Did my client have a right to have an expectation that the wheelchair would be provided to get her into an ambulance if that's what was needed?
MR. KNIGHT: Objection to form.
THE WITNESS: If there was an emergent situation that Carnival was advised of that 911 needed to be called and an ambulance needed to be called. I would think most likely the paramedics would come onboard and get her there. That's what customarily happens. That was not done here, hypothetically, yes, that's, you know, I think what the policy would be.
If it's a situation where a guest for their comfort or convenience or ambulatory needs, needs to be wheeled out to the curb and then put into their taxi, their transport van, or their own car, then they would do that as well. So it's just reasonable under the circumstances; right?

Page 41

So if a guest is saying, you know, she needs to continue sitting in the wheelchair, she doesn't want to walk off the gangway, we would wheel her out to wherever she needs to go.
In this case, Ms. Noon was going with her family and grandchildren in a transport van to go back to their car. And so they put her right in front of the van, the van arrived and they put her in the van.
BY MR. P. GERSON:
Q. How do you know what you just said?
A. Your -- the client, Mr. Randall Noon, testified to it and I believe it's in the embarkation summary on July 8th. And then some of the e-mails back and forth with the care team.
Q. So in this case, it's your understanding that a wheelchair was provided to Mrs. Noon?
A. On the last night of the cruise on July 7th, the family said that during that -- well, they were a little confused. There was some -- in the testimony of Mr. Noon, it was unclear whether it was on the last port day in Grand Cayman or whether the last sea day. But everyone seems consistent that they got the wheelchair on the last night, which was a sea day. So he does not know whether it was in the afternoon

Page 42

or the evening. But they wanted to -- it was just easier for her to get around that way, so they got a wheelchair from guest services sometime during the day of the 7th, or evening of the 7th.

Q. Do you have information about the circumstances of their getting the wheelchair, other than what Mr. Noon testified to in his deposition?

A. No, I don't believe we do.

Q. Carnival has no written record documenting the providing the wheelchair at the time or the circumstances of doing that, does it?

A. They keep a log onboard, just a written log, and they no longer have it. They normally keep it for a voyage or two and it just -- it rolls over. So no, they don't have a record of when it was picked up and et cetera.

Q. So there is no written record --

A. Not that I could find.

Q. -- of a wheelchair being given to the Noon family or what the reasons stated were for needing the wheelchair or anything else about the deployment of the wheelchair to the Noon family?

MR. KNIGHT: Objection to form. It would be whether the log would state the reason.

THE WITNESS: Mr. Noon testified that they

Page 43

just -- that Wanita, the daughter, just went down to guest services to get the wheelchair. He wasn't sure whether she picked it up and wheeled it back or whether housekeeping brought it to her. But they brought it to the cabin so that they could wheel her around as needed.

BY MR. P. GERSON:

Q. Well, I know what Mr. Noon said. What I'm asking you as the corporate representative is what Carnival knows about the circumstances of the deployment of the wheelchair and its return?

A. We have no reason to disbelieve Mr. Noon. And I don't think there's any dispute that she -- they asked for a wheelchair and they got a wheelchair on the last night of the cruise.

Q. Okay. But do you know what -- is there any documentation of the wheelchair being given to them or the wheelchair being returned?

MR. KNIGHT: Objection to form. Asked and answered.

THE WITNESS: Documentation. There's the notes in the embarkation logs and the e-mails about the circumstances following it, that she had gotten a wheelchair, but there's no log and there's also no charge. So it was definitely

Page 44

done free of charge, you know, as a -- as a courtesy to the Noons. For her comfort and convenience on the last day.

BY MR. P. GERSON:

Q. Okay. All right. I guess we need to talk about these documents at this point.

Why don't you mark that.

(Thereupon, the document was marked for I.D.)

A. I never saw 1 through 4.

MR. KNIGHT: He hasn't brought them out yet. He has them flipped over. I'm guessing the log, the notice, et cetera.

MR. P. GERSON: Mark this one as 9.

(Thereupon, the documents were marked for I.D.)

BY MR. P. GERSON:

Q. Okay. These were provided to me today, Exhibits 8 and 9.

Let me show them to you and ask you if you can identify and tell us what they are?

A. These are the embarkation logs for both ends of the Noon's cruise. So every embarkation and debarkation day, which happens on the same day, they create a log or a report.

Page 45

Q. Not sure I understand. Is this a log or report that's specific to the Noons --

A. No.

Q. -- or is this some ship document that refers generally to the beginning and the end of the cruise?

A. It's a shore side document at the embarkation desk that they create and prepare every embarkation, debarkation day.

Q. Which is which?

A. So 9 is for July 3rd when the Noons boarded and 8 is July 8th, when they disembarked.

Q. Okay. And is the format for these documents the same or is it different for debarkation as compared to embarkation?

A. It's really called an embarkation report, but it reports on the debarkation process. Because embarkation obviously can't start until all of the guests have disembarked from the previous cruise.

Q. Okay.

A. So it's really one living document. And many things can be put in there. I think it's a word document that they have, that they're able to put things in and then they have attachments, that they go as needed.

Page 46

Q. Okay. The embarkation one is 8 or 9?
A. 9. Their embarkation day is 9.
MR. KNIGHT: "They" being the Noons?
THE WITNESS: The Noons. I'm sorry.
Subject cruise; right.
BY MR. P. GERSON:
Q. What are POI's?
A. Where are you looking? I'm not sure.
Q. You don't know?
A. Hu-huh.
Q. D-1's, D-2's, do you know what those are?
A. I don't. Embarkation code. I am not sure. Maybe it's port officer, I don't know.
Q. So Exhibit 9 is entitled: Embarkation Incident Report. Does that refer to something -- some particular event?
A. No. It's just what they call it. I mean, it is the event. The event of embarkation and debarkation but...
Q. But there's no specific incident, like someone -- some passenger having an experience that needed to be documented?
A. If a passenger had an incident, it would probably be noted within this report, but it's not necessary that there's is any special problems. It's

Page 47

a routine document that they prepare every embarkation and debarkation day.
Q. And so as far as you know as the corporate representative, is all of the data contained in this report accurate and complete?
A. I mean, it's a true and correct copy of the report as it was generated back then. Whether it's accurate information I could not say. I didn't prepare it.
Q. Okay. Now, this page here that has some redactions, what is that?
A. Those would be probably other guests not related to your clients and they were just personal information that they redacted out.
Q. As it relates to --
A. -- meaning the lawyers for Carnival redacted.
Q. -- cabin changes?
A. Right. It probably contained PII, personal identifying information.
Q. And what is this page?
A. It looks like this is a visitor's list. So these are people that were coming onboard just for a limited time. Either have lunch or with their families, et cetera, and then they disembark before

Page 48

the ship leaves. We have to keep a record of those people.
Q. Guest logistics, cash drop log, what would that be?
A. Guest logistics, cash drop log, can I see it?
Q. Sure.
A. It may be a customs thing for gambling winnings, et cetera. They have kind of report back winnings to CBP. I'm not 100 percent sure, but I think that's what this is.
Q. This isn't here because my client's name is on the list, is it?
A. What?
Q. This copy was not produced because my client's name was on the list?
A. Is on this list?
Q. Is on the list of -- there's no Noons on this list; right?
A. Right. They should have probably redacted the names. There's not really any PII except for their names, there's no date of birth or anything.
Q. I'm just trying to establish it's not relevant to my client, so we can move on.
A. None of that, and in fact, I looked, there's

Page 49

nothing. I mean, I can tell you that there's nothing in Exhibit 9 that references any member of the Noon party --
Q. Okay.
A. -- that I could find or definitely not Mrs. Noon.
Oh, you know, this might be actually people that are paying cash deposits on their sale and sign account.
MR. KNIGHT: Referring to?
THE WITNESS: Referring to that cash drop log. It might be also people paying cash for their sale and sign account.
MR. KNIGHT: Okay. I just want the record to reflect what you're talking about.
THE WITNESS: Right. Yeah.
BY MR. P. GERSON:
Q. Let me have a look back at --
A. 8.
Q. Number 8, yeah. So number 8 is the embarkation incident report, again, like number 9, it doesn't refer to any particular incident, it simply is the --
A. What they call it.
Q. -- the embarkation at the end of the cruise

Page 50

for the next group; right?
A. It also references what time debarkation started, what time the former guests -- I mean, yeah, debarked --
Q. So --
A. -- cleared customs, et cetera.
Q. So according to this, alongside means at the pier --
A. Right.
Q. -- tied up at 7:48 a.m. --
A. Yeah.
Q. -- is what it says?
A. Well, we pulled up alongside at 7:45, we actually made contact with the gangway and -- right.
Q. No. You're looking at a different document than me, I think, aren't you?
A. I shouldn't be. I'm looking at July 8th; right?
Q. Yeah.
A. Yeah, July 8th.
Q. Okay. July 8, 2017, of the gangway was connected at 8:00 a.m.?
A. Yes. CBP cleared us at 8:00 a.m. and debarkation started at 8:11.
Q. Okay. CBP is Customs Border Patrol?

Page 51

A. That's correct.
Q. And then what is the box at the bottom of the first page, POI's, D-1's, D-2's?
A. I don't know. You asked me about that. I don't know. I mean, there's CBP officers -- there are types of agents that I think were either -- I don't know what D-1's or D-2's are. I could find out for you, but I just never looked at that.
Q. So the earliest time that anybody could have debarked the ship would have been 8:11 a.m.?
A. Correct. That's when debarkation began.
Q. And if you look at page three, there is a reference to my client.
A. Yes.
Q. And it says: Karen Noon booking, and I guess that is her booking number, debarked the Sensation. Once outside of the terminal she was not feeling well and fire rescue was dispatched.
Where does this information come from?
A. It would have been one of the embarkation officers that puts it in. There's a lot of embarkation agents, obviously, in the port that day. So I'm not sure who actually one typed it.
Q. Do you know which one or what the source of the information was to the person who documented this

Page 52

information?
A. No. Although it does say prepared by Daniel Lamonte here.
Q. Who's he?
A. Probably a guest logistics agents, a disembarkation agent. But I can't be sure. See at the bottom of that same page, it says: Prepared by.
Q. Yes.
A. It looks like that's the typed document, so I'm not sure.
Q. Okay. But you don't know? Carnival doesn't know what his source of information would have been for what is written on page three of Exhibit 8?
A. What his source of information? I mean, they were at the port when Ms. Noon collapsed and fire rescue was called. So many -- many port agents probably saw that.
Q. But do you know where the guy, Mr. Lamonte, got the information that he wrote on page three of Exhibit 8?
A. No. I don't know if it was personal knowledge and he witnessed it himself, or if he got it secondhand. I don't know.
Q. Okay.
A. Or if he even wrote that but...

Page 53

Q. Now, if you turn to page -- page seven?
A. Mine aren't numbered so let me just count them.
Q. Well, mine aren't either. But I just counted them.
A. Okay. This schedule here on the debarkation for July 8, 2017, gives us the numbers of people that are onboard the ship -- passengers who are on the ship and who have left the ship at the specified times listed. Exactly, yes it does.
Q. So the debarkation began...
A. At 8:11.
Q. At 8:11 and by 8:30, there were 240 passengers off and 2,427 still on?
A. Correct.
Q. And then at 9:00, there were 831 off and 1,823 still on?
A. That's correct.
Q. And so on until 10:44, when the passengers were completely debarked?
A. That's correct.
Q. Now, some parts of this document report of international transportation of currency, cabin changes, name changes, denied boarding watch log, none of that has anything to do with the Noon family;

Page 54

does it?
A. No. I mean, other than the statistical data, they were obviously one of the first people off here.
Q. Right. And then there's information of people who were denied boarding and that has nothing to do with the Noon family; correct?
A. Right. That relates to embarkation for the next cruise.
Q. And the same with the standbys and...
A. Correct.
Q. Going to the last few pages of the document, what is this page?
A. That's the same thing we referenced earlier. It looks like the guest visitors for the day, the ship visitors that were not sailing, but they go onboard, they'll have lunch, visit with family members and then debark. Or wedding guests, sometimes there are wedding guests.
Q. And the last page of Exhibit 8 is a document with the Carnival name and logo and then it says wheelchair assistance log. Someone has kind of pencilled in some of the letters; do you see that?
A. Yes.
Q. And that --

Page 55

A. It's scribbled.
Q. It's dated July 8, 2017?
A. Correct.
Q. And does that apply to the embarking guest or the debarking guest --
A. Yes --
Q. -- or both or neither?
A. These are the people that had requested wheelchair assistance to board.
Q. For the next cruise?
A. For the next cruise; right.
Q. So there should be such a document in Exhibit 9 that we already looked at?
A. Yes.
Q. It's not there for Exhibit 9; is it?
A. Yes, I saw it. It's on --
Q. Yes. I take it back. I see it.
A. Yeah.
Q. Right. Okay. But all of the names are redacted?
A. Yes.
MR. KNIGHT: Because they're not --
MR. P. GERSON: So that would mean that the Noon family is not on this list?
THE WITNESS: Right. I don't think that

Page 56

was --
MR. KNIGHT: We would not have redacted it.
MR. P. GERSON: I know but I need to just make a record. Okay.
MR. KNIGHT: We would love to find out that they were already in a wheelchair.
MR. P. GERSON: Okay. So before -- wait a minute, let me go to the next -- let's mark the next document. The next two documents actually --
(Thereupon, the documents were marked for I.D.)
BY MR. P. GERSON:
Q. Okay. Two more documents that were also produced this morning at the beginning of the deposition have been marked as Exhibit 10, which is entitled: Wheelchair Rental Agreement; and Exhibit 11, which is a multiple page document entitled: Americans With Disabilities.
A. Yes.
Q. So tell me what the applicability of the wheelchair rental agreement is?
A. To this case, none.
Q. Because there was no charge for the wheelchair?

Page 57

A. Right. And -- yes; correct.
Q. But was this the policy that was in effect at the time generally that --
A. Generally, yes. So I'm glad you used the word generally; because this printout, the ADA Guidelines and this rental agreement, is what's in place today.
MR. KNIGHT: ADA Guidelines, meaning Exhibit 11.
THE WITNESS: I'm sorry.
MR. KNIGHT: Well, he didn't mark on here.
THE WITNESS: Okay. So 10 and 11 are in place today. But may not have been in their entirety back in a place in July of 2017, but we do know that wheelchairs were available for rental in 2017. I just don't know if the pricing was the same, the vendors were the same, et cetera.
BY MR. P. GERSON:
Q. But in the material respects for this case concerning the policies rather than the rental amounts or things like that, this Exhibit 11 is what was in effect for the subject cruise, so far as you know?
A. I was told by the guest services director

Page 58

that this was created after July of 2017, she's pretty sure. However, we did have a lot of ADA policies and procedures back then, it's just, this is the only one that anyone can access now. This is the way the document reads now.
Q. Well, it's a 36 page document?
A. Yes, there was --
Q. Well, can I rely on -- in this litigation on this as being the Carnival policies and procedures applicable to my client's cruise?
A. I don't think so. We were not asked to produce the ADA policies. I just as I was preparing for the deposition and information was coming in, I wanted to be as forthcoming as possible with what was being given to me. So I gave it to counsel and so they produced it last night.
Q. Well, Ms. Vazquez, you're hardly a volunteer with all due respect. We didn't have the name of the document to ask for, but we did ask for the substance of what's contained in this document, which is your procedures concerning wheelchairs and oxygen tanks, which are certainly relevant to this case.
A. Well, an oxygen tank is not relevant to this case, she didn't receive an oxygen tank. But I would agree with you that she received a wheelchair.

Page 59

Q. Well, it just says oxygen. It doesn't say tank.
MR. KNIGHT: If you go to it, it deals with oxygen tanks, it doesn't deal with concentrator.
MR. P. GERSON: Right.
THE WITNESS: A concentrator is not a tank. It's not oxygen.
BY MR. P. GERSON:
Q. Well, that notwithstanding, we did ask for the substance of the supplemental oxygen policies that Carnival had at the time and I just want to know if I can rely on Exhibit 11 as being the policies concerning the durable medical equipment that was provided to my client?
MR. KNIGHT: The answer is none as to oxygen concentrator. There's not a policy with an oxygen concentrator.
THE WITNESS: Right.
MR. KNIGHT: Out of an abundance of caution, we gave you this for whatever aide it may be as it relates to broad discovery.
THE WITNESS: What I asked was --
MR. KNIGHT: As I mentioned on the telephone yesterday.
THE WITNESS: In trying to be as thorough as

Page 60

I could for this deposition, I asked both the guest services manager onboard and the shore side director who oversees all of guest services, to get me any and all wheelchair procedures that would have been in effect in July of 2017. And they said that there was no written procedure. It was taken out of HESS. That these are the procedures generally that we follow. Everyone knows. Here's a -- there's a rental agreement that's in place, but these numbers might have changed. This was created after July of 2017.
MR. KNIGHT: "This" being Exhibit 11.
THE WITNESS: The ADA Exhibit 11 was created after July of 2017. So it was not in effect. This was not even a created document at that time. And the formal procedure that we went over earlier, which I believe was Exhibit -- the wheelchair procedure from 2009.
BY MR. P. GERSON:
Q. Exhibit 7.
A. Exhibit 7 also wasn't necessarily in effect back then. So I can discuss generally because I spent a lot of time on the phone with them yesterday trying to understand why we wouldn't have a written policy. And they're like, it's just not -- it's not

Page 61

something that they need. They all know how to do their jobs and function properly. There is a wheelchair agreement. They know how to do this in advance. The special needs desk does that. That's not relevant to this case, because as we know, they didn't request a wheelchair in advance.
MR. KNIGHT: "They" being the Noons.
THE WITNESS: During embarkation, they didn't need any assistance, until the last night of the cruise and then a wheelchair was given to them gratis, free of charge, as a courtesy.
BY MR. P. GERSON:
Q. So what you're telling me is that the procedure for wheelchair control Exhibit 7, predated the relevant cruise and was not in effect and that Exhibit 11, which also deals with wheelchair procedures, postdated the relevant cruise and was not in effect at the time?
A. Yet. That was not created yet. However just because there's not a written policy that we could say was a living Carnival official corporate document on July of 2017, that doesn't mean we can't discuss exactly what the wheelchair procedures were that were in play on the Sensation on the subject cruise.

Page 62

Q. But there was no written policy on the date of this incident?
MR. KNIGHT: Object to form. Asked and answered.
THE WITNESS: Obviously the 2009 version existed. It just didn't -- it no longer lived as a HESS procedure, it was no longer an official corporate policy or procedure that needed to be living within the database. But the ships still pretty much operated under that premise. There's many different avenues.
As the ADA has developed, as crew ships have been trying to be more compliant with the ADA. Our ADA considerations have grown considerably from 2009 to 2018, when that document was. So it's sort of a morphosis, you know, that's happened over this past ten years.
BY MR. P. GERSON:
Q. Okay. So Exhibit 11 is a formal written policy that was adopted in 2018?
A. I think it was 2018. I was not able to get an exact date.
Q. The exact date notwithstanding, it was after the Noon incident on the Carnival Sensation?
A. Correct.

Page 63

Q. Okay. Before we digress into a discussion of the documents that were produced this morning and some clarification questions about their applicability, we were talking about Carnival's policies for durable medical equipment provided to passengers. And I had asked you what the equipment was and you had answered my questions about what the equipment was.
A. Or some of them.
Q. Some of them; right.
A. I don't know all of them.
Q. What we didn't get to was what supplemental breathing aids or equipment were available at the time, so tell me what they were.
A. In the medical center or to be used in a guest cabin?
Q. Either.
A. They do have portable oxygen tanks. They would not allow them in a guest cabin, because they can be explosive, obviously. They can start a fire or explosion. They would give those in the medical center. There are portable ones, however, if they need to get to an emergency situation with a guest onboard. But they would not be given to the guest in a cabin.

Page 64

The concentrators, there's a couple onboard the ship. They try to keep them in the medical center, but to the extent that a guest wants it for either asthma or to make themselves more comfortable, or they have C.O.P.D. or like whatever your client was, they will give them as a convenience to the guest, if needed.
Q. Okay.
A. The preference would be to monitor them in the medical center. But if they don't need medical center, or they just want to sleep better with oxygen, they would allow them to use the concentrator. They would give them the nasal cannulas, they would make them purchase those, obviously, because they're not reusable. You wouldn't want to use someone else's canula. So they make them purchase those.
Q. Okay. So thank you for that explanation. And I understand the distinction you're making between oxygen tanks, those are the green tanks of various sizes that everybody has seen now and then, and oxygen concentrators, which are a mechanical device that compresses oxygen so that the person using the machine is breathing a higher concentration of oxygen than room air?

Page 65

A. A concentrator, right, is just a compressor that takes the air from the outside, removes the nitrogen so it's more pure O2.
Q. Okay. How many of those were onboard?
A. On the Sensation, there's at least two.
Q. Okay.
A. Different ships have different sizings of medical equipment and different --
Q. Is there any documented record of the oxygen concentrator being dispensed to my client?
A. Any what?
Q. Any written record?
A. Yes.
Q. What is that?
A. There is a guest interaction log between a nurse who was called after hours by Mr. Noon and his daughter Wanita, and there is a receipt for the deposit amount for the concentrator and the purchase for the cannulas of I think a couple of dollars.
Q. Okay. So you're referring to the interaction between Rosel Ursua and the Noon family?
A. Yes.
Q. We took his deposition about a week ago, so --
A. I understand.

Page 66

Q. -- we know what he -- do you have any information about that encounter beyond what he said in his deposition?
A. Only the written record, yes.
Q. Okay. So is it -- is it Carnival's understanding that that oxygen concentrator was given to the Noon family from the medical center in the late evening hours of July the 7th?
A. I believe Wanita Noon went to guest services to say that her mother was having difficulty breathing and would prefer to get an 02 concentrator, which the guest services agent then called 911, the nurse. The nurse told them come down to the medical center, if she's having trouble breathing.
When they came down, they didn't bring the patient, they didn't bring Mrs. Noon, it was just Wanita and Mr. Noon. They said that she didn't need medical assistance, she didn't want to see the doctor, she just wanted the concentrator. That she used it before, she knew how to operate it, and so as a convenience to the guest, she gave them a concentrator to use for the evening.
Q. Okay. And that was sometime approximately in the 10 to 11 o'clock hour on the night before the cruise ended?

Page 67

A. I believe it was at 2300 hours, at 11:00 p.m.
Q. Okay. And how about the wheelchair, wasn't Mrs. Noon provided a wheelchair as well?
A. Earlier in the day.
Q. Do you know when?
A. No. We don't have a log of it anywhere onboard any longer. We searched thoroughly. Mr. Noon testified he wasn't sure what time it was that Wanita went down to get the wheelchair. It was sometime in the afternoon or before the evening.
Q. Does Carnival know that -- that oxygen concentrations are disbursed through the machine in liters per minute?
MR. KNIGHT: Objection to form.
BY MR. P. GERSON:
Q. Units?
A. I'm sure someone at Carnival knows that. I don't personally know that. Did I research, no. I am not a doctor, and it's not my area of expertise.
Q. But doesn't -- but you're here as Carnival today --
A. Someone at Carnival probably knows that. The doctors shore side and ship probably understands the mechanics of the 02 concentrator better than I

Page 68

do.
Q. And Carnival understands that the dosages are different depending upon what the particular patient's needs might be?
MR. KNIGHT: Object to form. I don't think there's a dosage.
THE WITNESS: I'm not sure. I don't know that to be true.
BY MR. P. GERSON:
Q. Okay. According to Carnival's policy, can oxygen concentrators be dispensed by lay persons?
A. According to Carnival's policy, yes.
Q. So --
A. Depending on the circumstance.
Q. So no medical training or need to go to the medical center is necessary; correct?
A. Well, Carnival can't require anyone to seek medical treatment; right. So if they're faced with a family member saying my mother would be more comfortable tonight with oxygen, she doesn't need to see a doctor, she doesn't want to see a doctor, and she refuses to come to the medical center, but she has C.O.P.D. and she'd sleep better with a concentrator. They'll -- depending on the circumstances, I can see why they would give her a

Page 69

concentrator.
Q. Okay. So there's no medical documentation from the home physician, just the request is enough, from Carnival to dispense it?
A. Under those circumstances, yes. Not dispense it, but allow them to use it for their comfort and convenience.
Q. Now, is the -- the -- the use of oxygen concentrators described in the policies set forth in Exhibit 11?
A. I don't know. I haven't read it thoroughly. I saw a lot about oxygen tanks and concentrated oxygen that guests might want try to bring onboard. There's a lot of discussion about that, and how that should happen for safety reasons. I didn't see anything related to concentrators. But I didn't commit the whole thing to memory or read it verbatim.
Q. Well, take a look and tell me if this covers the situation that we have in this case, which is the dispensation of a oxygen concentrator to a passenger?
MR. KNIGHT: Objection to form. With regard to oxygen tank procedures as mentioned before.
THE WITNESS: It's going to take me awhile. I'm on page 5 of 36.
BY MR. P. GERSON:

Page 70

Q. Well, it's on page 10 I think.
MR. KNIGHT: Attorney, while you're doing that, I'm going to hit the bathroom.
THE WITNESS: Okay.
BY MR. P. GERSON:
Q. We can take a ten. We've been on the record for a while. I'm okay with that if you -- would you like some coffee?
(Thereupon, there was a brief recess.)
(Off the video record at 12:20 p.m.)
BY MR. P. GERSON:
Q. Have you had an opportunity to review --
A. I have.
Q. -- Exhibit 11?
A. I have.
Q. Particularly page 10, bold paragraph B: Oxygen?
A. Yes.
Q. And does that paragraph -- does that section of the exhibit pertain to oxygen concentrators or only the pure oxygen --
A. Right. Not concentrators.
Q. -- green tanks?
A. Yeah. Just oxygen not concentrators.
Q. This is not relevant at all to the use of

Page 71

oxygen concentrators?
A. Correct. It does not reference it at all in that section.
Q. Now, the policy of loaning oxygen concentrators to passengers without any medical evaluation or medical justification for it, is that the policy of the physician who was on the ship or that's the policy of Carnival?
A. It's not really a policy. The preference would obviously be for the patient to come in and get evaluated if the patient felt like they needed to be evaluated and that she refused here to come down to the medical center. So I think the nurse was faced with, you know, the decision to either allow her to use the concentrator for her convenience and comfort for the evening or not. And the company allows the medical staff to make that decision.
Q. Is -- so this was just the decision of Rosel Ursua?
A. There is no written procedure. And it's really up to, you know, the circumstances onboard and they just take every case as they would find it, I guess. She refused medical care. The patient never came down, so there was no medical care rendered. There was no medical consult. However, the daughter

Page 72

and the husband said that she just would feel better using some -- a concentrator for the evening. She has longstanding C.O.P.D. and potentially asthma. She has an inhaler. And that she had used a concentrator before and it helped her. And in fact, we know Mr. Noon said she slept better that night with the concentrator than she had the entire cruise and that she did feel better and sleep better with it. So I mean...
Q. So the information that you just gave me about what happened on the cruise involving the Noon family, that all comes from Mr. Noon's deposition rather than from something a Carnival crew person or employee told you?
A. No. Ursua testified to it, that he repeatedly told them, if she needs help, why don't you bring her down to the medical center. She needs to see the doctor and they said she doesn't need to see the doctor, she doesn't want to see the doctor, but she would sleep better with an O2 concentrator, so that's why he lent it to them for the evening.
Q. Okay. So you're relying on the -- for the answers you've just given, you're relying on the deposition testimony of Mr. Noon and of Mr. Ursua?
A. Two of the three eye witnesses, yes.

Page 73

Q. And who -- the third eye witness being the daughter?
A. Wanita.
Q. So you don't have information. Carnival has no information --
MR. KNIGHT: And documents.
THE WITNESS: Right. And the documents; right.
BY MR. P. GERSON:
Q. But there is no -- there is no written procedure for the dispensation of oxygen concentrators; isn't that what we've established here?
A. Correct, right.
Q. Now, doesn't Carnival know that oxygen -- supplemental oxygen from oxygen concentrators is used to treat life threatening conditions?
MR. KNIGHT: Object to form.
THE WITNESS: It's not supplemental oxygen really. It's a concentrated form of O2, but I think it's common sense that it could aid in certain medical, underlying conditions, such as asthma, C.O.P.D. --
BY MR. P. GERSON:
Q. Well, do people that breathe --

A. -- a cold.
Q. -- normally need concentrated oxygen, according to Carnival?
MR. KNIGHT: Objection to form.
THE WITNESS: Well, ask all the people in Vegas that do it routinely just to wake up, I mean. O2 is kind of a very popular, what do you call it, more of a trend and certain cruise lines have actually added it as a spa service onboard their ships. Carnival even looked into doing that at some point, so O2 supplementation isn't just used to treat medical conditions. It can assist, obviously, in treating medical conditions and we have them in the medical center for that reason, but O2 concentrators and indeed pure O2 oxygen is actually used in social settings and also just therapeutic settings for people that breathe fine that just want the extra burst of energy and to feel better.
BY MR. P. GERSON:
Q. So you're suggesting that oxygen concentrators can be used recreationally?
MR. KNIGHT: Object to form. That's not what she's saying.
THE WITNESS: It's -- well, I mean, O2 maybe



not concentrators, but O2 is given in certain states for a charge without a doctor's supervision. So I mean, you see it in Vegas, you see it in like a lot of the nightclubs. A lot of the places on South Beach now have it. Where O2 is available to -- pure oxygen to increase -- I don't know. Your question was: Isn't it only to treat underlying medical conditions? Or people that aren't -- it's only given to people that are not breathing normally? And that's not the case but...
BY MR. P. GERSON:
Q. Well, at the time, was Carnival's policy to dispense oxygen concentrators to people who did not have a medical need for it?
MR. KNIGHT: Objection, form.
THE WITNESS: Well, in this case they were not able to assess. She didn't give anyone the ability. She denied and refused treatment and her family was requesting it saying that she would feel better and sleep better with it and that she was accustomed to using it, she knew how to use it and that she had an underlying condition which could benefit from a use of a concentrator. And she had this condition for



over 30 years, well managed apparently. So the decision was made to let them use the unit for the evening.
BY MR. P. GERSON:
Q. So Carnival's understanding was that this was for a medical need, not recreational use to be able to enhance -- strike the last couple of words.
End it at recreational. I'll restate the question.
So in this case, Carnival's understanding was that Mrs. Noon wanted it to meet a medical need; correct?
MR. KNIGHT: Object to form. As to what the definition of medical is.
THE WITNESS: It's not actually that Mrs. Noon wanted, meaning the decedent. It was actually that Wanita thought that her mother would do better with the oxygen. And apparently she was right, because Mr. Noon testified that she did sleep better and she breathed better and she -- it did help her chronic underlying C.O.P.D. that evening, which was progressively, apparently, getting worse throughout the cruise.
BY MR. P. GERSON:
Q. Well, you gave us some examples, like



nightclubs of people using oxygen as a recreational therapy. I'm just trying to distinguish in this case whether Carnival was making oxygen available recreationally or if it only would make it available for a medical need?
MR. KNIGHT: Objection to form. As to the possibilities.
THE WITNESS: It also -- Carnival did not make oxygen available to her. They gave a concentrator, which all it does is compress the air and gives -- removes the nitrogen from the air and gives you a higher concentration of the O2. So it's not the same as providing medical oxygen. However, in this case, the only information that was given to nurse Ursua after hours, on the evening of July 7th, was that Wanita's mother had underlying C.O.P.D., she wasn't breathing as well as she'd like to be and that she thought a concentrator could help her. Meaning Wanita thought that she needed it and that's what Mr. Noon testified to as well, that Wanita thought "mom would do better if we got her concentrator." So when they went to the guest services desk, they didn't initially go even to the medical center, they just went to guest

Page 78

services as they'd done for the wheelchair, to say "hey, do you have a concentrator that we can borrow?" And she was like "if your mother is not breathing correctly, we need to call 911." Which she did. And then the nurse picked up and the nurse said bring the patient down to the medical center. And the nurse went down to medical center, but Mrs. Noon refused. She said "I'm fine." And that's what Mr. Noon testified to, and Mrs. Noon did not think she needed medical care or assistance. She didn't want anyone making a fuss over she and she felt like she was okay. But Wanita felt that she would aid from the use of a concentrator. So Wanita and Mr. Noon went down and borrowed one.

BY MR. P. GERSON:

Q. What was Carnival's policy about using oxygen concen -- about loaning oxygen concentrators to patients who did not have a medical need for it?

A. They probably would not do it, under the circumstances, but, again, it's facts and circumstances related. So with some of this durable equipment that might otherwise require a prescription or a doctor's care, such as glucose strips, they will

Page 79

depending on the circumstances, for the care and convenience and comfort of the guest or crew, provide those limited items. I don't think it's a common occurrence, but clearly you haven't alleged that it was a bad occurrence here either. So and Mr. Noon said that it was the right thing to do, because she felt better that night. When she refused to get medical care, it was the next best thing.

Q. Did -- does Carnival agree that the oxygen concentrator was medically necessary for Mrs. Noon?

A. I don't think Carnival has an opinion on that, where we can render her care afterwards. And I think the facts and circumstances of this case are being borne out now in discovery. And what her underlying medical condition was, I'm not prepared to discuss today.

We can only take it at face value what the Noons, Mr. Noon has said is that his wife had chronic C.O.P.D., potentially asthma and was a pack-a-day smoker for 30 years. And that she did at least once a year suffer from pneumonia. Some those limited facts the company now knows that only as a course of this lawsuit.

Q. So Carnival didn't know those facts at the time that the oxygen concentrator was dispensed to

Page 80

the Noon family?

A. Correct. Mrs. Noon nor no one in the Noon family contacted special needs in advance of the cruise. No one let us know that she might need or have special needs such as the wheelchair assistance or needs use of concentrator oxygen and in fact Mr. Noon testified that she was actually fine when she boarded, that over the course of the cruise she just started getting a little more shortness of breath. But then nobody thought it was that serious because she'd been dealing with C.O.P.D. for 30 years and continued to smoke. So Carnival wouldn't have had any of that knowledge because they didn't -- the Noon family didn't give Carnival the opportunity to assist her, and they did not seek medical treatment onboard the ship, which would have then maybe borne our some of those facts and underlying comorbidities.

Q. And medical treatment is not a prerequisite to getting an oxygen concentrator according to Carnival's policies; correct?

MR. KNIGHT: Objection to form. Asked and answered.

THE WITNESS: Depending on the facts and circumstances, it's obviously preferable. But in this circumstance, Mrs. Noon refused to seek

Page 81

medical care. She didn't want to call the doctor. They didn't want to come -- she wouldn't even come to the medical center herself after repeated request, so I don't know what more Carnival was expected to do. They can't force a patient to receive medical care.

BY MR. P. GERSON:

Q. What is Carnival's position about what Mrs. Noon should have done, given that it was 11 o'clock at night on the last night of the cruise and she was going to be disembarking in a major city like Miami, Florida on the following morning?

A. Well, it depends. If she felt like her condition was bad enough, she should have come to the medical center and let the doctor monitor her through the night and possibly use real O2. I don't know. She -- but she obviously felt like she was going to be okay. And the next morning, they obviously felt like everything was going to be okay. There was no emergent situation that they brought to the attention of anyone onboard the ship. At no time did anyone call 911. At no time did anyone ask to call 911. And it wasn't until she actually collapsed in a transport van that someone actually thought to call 911.

Page 82

Q. Does Carnival agree that supplemental oxygen via concentrator is a life-sustaining therapy?
MR. KNIGHT: Objection to form.
THE WITNESS: I would not say it is a life sustaining. I would say it would aide in breathing, it can aide in breathing, but I don't know if it's life sustaining.
BY MR. P. GERSON:
Q. Well, isn't breathing a life sustaining --
A. If you want to get into semantics.
MR. KNIGHT: Let him finish the question so I can get an objection because it's argumentative.
BY MR. P. GERSON:
Q. Isn't breathing a life-sustaining function?
MR. KNIGHT: Object to form.
THE WITNESS: I would agree with you that concentrators can assist in breathing.
BY MR. P. GERSON:
Q. Okay. Okay. The next thing I'd like to talk with you about is Carnival's policy for disembarking sick or injured passengers. Does Carnival retain the right to disembark passengers who are sick and injured even if the passenger wants to stay onboard?

Page 83

A. Yes.
Q. And how is the decision made by Carnival to disembark a passenger when medically necessary?
A. It's case by case.
Q. Are there written standards or guidelines that articulate this policy?
A. Yes.
Q. Have they been produced here today?
A. I believe so. Some of them.
Q. Okay. Let's see what we -- oh, here they are.
MR. KNIGHT: I have the procedures over here somewhere. Is that the same one or are those two different ones?
MR. P. GERSON: This is everything you gave me today.
MR. KNIGHT: Right. No I'm just saying is this is 1608 right here? I think you've got two different ones.
MR. P. GERSON: There's HESS procedures. And there's two --
MR. KNIGHT: You've got the 1608.
THE WITNESS: Oh, okay.
MR. P. GERSON: Yeah. Yeah. Okay. So let's mark this as Exhibit 12.

Page 84

(Thereupon, the document was marked for I.D.)
BY MR. P. GERSON:
Q. Is Exhibit 12 the written policy that you just referred to?
A. It's one of the policies you referred to.
Q. Okay. This exhibit contains two documents that you produced, 1608 --
A. Okay.
Q. And the second one is --
A. It's a composite then, okay.
Q. -- 1612 I believe --
A. Okay.
Q. Is it? Is that right?
A. Yes.
Q. Okay. And these have a date on them of 11/20/18. Does that mean that these were not in effect at the time of the subject cruise?
A. I think that's usually the last revision date. So this would have been in effect, I'm pretty sure.
Q. You're pretty sure --
A. Date July 9, 2015. So I think this was in effect in July of 2017.
Q. Okay.

Page 85

A. And I think this is still how it lives. It's printed 11/20/20 -- this was still in effect as of 11/20/2018.
Q. Okay.
A. The date that it --
Q. -- but was it in effect on July the 7th --
A. If you look down where it say --
Q. -- of 2017?
A. If you look down under HESS procedures where it says medical 1612, you'll see a date to the right there, right before the Carnival icon. It says: Date July 9, 2015. That's the date that it was implemented or added into the HESS database. And it was printed on 11/20/2018. If there had been revisions before then, we would have seen them on this document. So --
Q. Okay.
A. -- this was in effect on July of 2017.
Q. Okay. And what's the difference between these two documents?
A. They're just procedures for if medical debarkation is warranted during a cruise and then procedures for trying to confirm if a shore side facility can handle the patient's care.
So hypothetically if you are sailing on your

Page 86

way to Cozumel and a person has a medical emergency, there's a lot of back and forth going on with the Coast Guard or air ambulances or medical facilities shore side to see who can accommodate the guest's condition.

Q. Okay. So 1608 deals with the criteria for needing a medical disembarkation and 1612 provides the assistance protocols for providing that --

A. Right so it's up to --

Q. -- debarkation?

A. -- the doctor, the treating doctor onboard whether disembarkation is warranted. And with various considerations for disembarkation there's a lot of logistics, obviously behind either air transport off the vessel or speeding the vessel up to the next port of call and making sure that port of call can accommodate in a hospital setting, what the patient needs.

Q. Does getting an expedited debarkation require the approval of the Carnival doctor onboard?

A. The policy says that it'll be determined by the doctor whether the patient needs disembarkation. And then the doctor would then coordinate with the captain and then all the various parties to make that happen.

Page 87

Q. So you're telling me that for someone to get a priority in expedited debarkation, it requires approval of the ship doctor?

MR. KNIGHT: Objection to form.

Are you talking about when they're in port when they're in sea?

BY MR. P. GERSON:

Q. When they're in port?

A. In port, no. In port if there's a medical emergency, they would probably just take them off the ship immediately and take them to an emergency facility.

Q. So in this setting, they were in port in --

A. They were in Miami.

Q. -- Miami, we know that.

A. So these are not really -- none of this is relevant. They never saw a doctor. They didn't seek treatment. There was no 911. There was no emergent situation. She was not feeling well and in a wheelchair, but there was no 911 call so to speak. No doctor was ever summoned. But they did ask, according to Mr. Noon, that morning after they checked out of the guest services desk and settled their sale and sign account, et cetera; they did ask a woman came over, a guest services agent came over

Page 88

and asked them if she was feeling okay. Because she saw her sitting in the wheelchair and they said we need to get her off -- we want to get her off the ship. So she called on the system -- the P.A. system to have somebody take her out quickly, which they did. We know she was one of the first people to debark. But at no time did the family state there's an emergency, or call 911, or we need to get her to the hospital immediately, please call, summon an ambulance. It was, leave us here we're going to take the transport van to go get our car and then maybe we'll take her to the medical center, shore side.

Q. Now, what is the source of this information that you've just given me about the Carnival crew member being involved in their debarkation process?

A. Mr. Noon's testimony.

Q. And is there any other record or source for that information that you have, that Carnival has, besides what Mr. Noon said in his deposition?

A. No. I mean, other than, right, the records that we've already discussed, but no.

Q. Now, are you telling me that unless there is doctor involvement on the ship, that the procedures in Exhibit 12 are not applicable?

MR. KNIGHT: Object to form.

Page 89

THE WITNESS: If -- if you're in the home port, right, and you've cleared customs, then there -- none of these procedures matter because you're just going to get that -- a patient who's in an emergent situation. Not this situation, but in an emergent situation that you knew about, if someone comes to Carnival, they're going to call an ambulance and a stretcher's going to come on and get her in less than five minutes.

BY MR. P. GERSON:

Q. Okay. But you didn't -- I don't think --

A. So you don't have to deal --

Q. You didn't answer my question.

A. -- about logistics or transport. You just call 911 because you have American shore side emergency first responders ready and available to take them to the nearest hospital. Whether that's in Miami, where this particular incident happened, or another American port. In foreign ports sometimes it's a little more complicated.

Q. We're talking about --

A. Miami.

Q. -- the port of Miami?

A. Correct.

Q. The subject cruise and the incident --

Page 90

A. Correct.
Q. -- related to my client.
A. Yes.
Q. In that setting in order to get an expedited debarkation, was involvement by the ship's physician required under Carnival policy?
A. No. If they would have just come at any time and said "we need an ambulance." An ambulance would have been summoned. The doctor most likely on the ship would have also come in the interim before the paramedics got there. But at the port of Miami CBP and the paramedics would have been there within five minutes. So it would be a very short window.
Q. So Carnival does have a policy to arrange for an ambulance in advance?
MR. KNIGHT: Object to form.
THE WITNESS: It's common sense that anyone at any time would call 911 if there was any emergency situation, such as someone having a heart attack or someone not being able to breathe.
BY MR. P. GERSON:
Q. Well, that's in an urgent event situation, I think what you've told me about using the example of a heart attack. We have someone in this case, who

Page 91

was a chronic sufferer of a disease that compromises breathing.
A. Yes.
Q. She was at the point where she asked for and did receive supplemental breathing assistance with the oxygen concentrator?
MR. KNIGHT: Objection. There's no record to that regard being requested.
THE WITNESS: There is actually records just the opposite of that, that she refused to see a doctor. Said she was fine and her own husband said they weren't worried. She'd been dealing with this for 30 years. They had no cause for alarm. Especially that morning when she had done better. Then when they got to the guest services desk, she was feeling unwell, and they were like, maybe we should get mom to a medical center. But at no time, did they think it was an emergency situation. They thought they had time to go down, unload grandchildren, unload luggage, load everyone in a transport van to go to their car in an off-site parking garage and then maybe take mom somewhere.
So at no time did anyone notify Carnival that there was an emergency situation to call

Page 92

911. And by their own admission, by the time they realized it was a real problem, unfortunately, it was too late. And it's very sad, but Carnival had no knowledge to do anything superior than the Noons did on the day in question.
BY MR. P. GERSON:
Q. Well, did Carnival come to the state room and remove the wheelchair and the oxygen concentrator?
A. They let her keep the wheelchair. The oxygen concentrator they took and the wheelchair she used to disembark and I believe it was a porter. I don't know if it was an embark -- we have no record of who pushed her out. But the testimony is that an assistant came to take her off in the wheelchair, down the gangway. We do that for many passengers every embarkation and debarkation day. And then they waited for the transport van.
Q. Do you know who the crewman was who wheeled her off the ship?
A. No. That's what I just testified to. We don't have a record of who was called.
MR. KNIGHT: And testified earlier in the deposition too.

Page 93

BY MR. P. GERSON:
Q. Is there anyway for you to find out who that was, that you haven't explored yet?
MR. KNIGHT: Asked and answered.
THE WITNESS: No. I feel like I've explored every angle. I spoken with the ship and shore side to see if possibly there's a copy in the computer, and they said they don't keep them more than a couple of voyages.
BY MR. P. GERSON:
Q. And was that the same crewman who took the oxygen concentrator from Mrs. Noon?
A. Very doubtful.
Q. Do you know who the crewman was who took the oxygen concentrator?
A. No. Most likely it would have been somebody from housekeeping, but that's the way it normally works. The porters or the housekeepers they would usually do those types of tasks getting things out of cabins.
Q. So you -- you don't know who that person was?
A. No.
Q. And is there any record that documents the return of the oxygen concentrator?

Page 94

A. Sort of. I mean, they refunded the deposit on a sale and sign account. So obviously, they got the concentrator back onboard the ship.
Q. But there's no record of the return of the concentrator, other than the charge that was -- that debited the deposit?
A. Right. There's no log. I mean, there wouldn't be a log of that.
Q. So I assume then that Carnival does not know what conversation may have taken place between any members of the Noon family and the person who retrieved the oxygen concentrator?
A. Except for Mr. Noon testified to that, but yes. Other than Mr. Noon's testimony, we don't have further testimony. I believe Wanita didn't show up for the deposition.
Q. Well, that's not exactly so, but I'm not going to argue with you. But I do want to just note that I don't agree with that.
Carnival's policy for disembarkation of sick or injured passengers does include arranging for ambulance or fire rescue for transport to a local hospital; does it not?
A. Yes. If at any time someone says we need 911, we need an ambulance, somebody will summon an

Page 95

ambulance and there would be a record of that.
Q. And Carnival can when needed before this it has made such arrangements so that there's an ambulance ready and available at the pier, at the time the ship docks; right?
A. Absolutely. If we know that somebody has a medical condition and they're being treated in the medical center, et cetera, absolutely they would do that. They do it all of the time.
Q. And that's -- when those arrangements are made, they are done with the port agent; correct?
A. Not in Miami. Probably not, no.
Q. Tell me -- explain what you mean by that.
A. In Miami, once you're in the home port, you just call 911. You just call CBP, get an ambulance quick and the ambulance is there in five minutes. Now, if you're in Ensenada, you're going have to go through a port agent and deal with, you know --
Q. What is a port agent for the record?
A. Port agents assist us, I mean, there are home agents in home ports, they're just basically a contractor that assists us with logistics of transport, logistics of passengers and crew, et cetera.
Q. So they're the agent of the cruise line, not

Page 96

the agent of the passenger; correct?
A. They're nobody's agent. They're really -- it's just what they've always been called. I mean, in the legal sense, they're not an agent. They're just someone that assists with logistics between shipboard and shore side.
Q. And they're hired and paid for by Carnival; right?
A. Yes, I believe they're on contract.
Q. And the purpose of that port agent system is to have someone on land that the ship can communicate with, in order to meet any needs that might arise once the ship gets to the port, among other things too --
A. Yeah.
Q. -- but including what I've just said?
A. That is one of the many functions of a port agent.
Q. And you're actually required to have a port agent in every port, are you not?
A. I think so, yes.
Q. And so --
A. CBP requires it.
Q. And you do have them in the port of Miami?
A. Yes.

Page 97

Q. And did at the time.
Now, can the passenger onboard contact the port agent?
A. No. They would just ask us to do it, I guess. But they wouldn't even know what a port agent is. I mean, they would say what they need. "I need an ambulance."
Q. So Carnival knows that the passengers, I'm sure there are some exceptions, but Carnival knows that the passengers in general, don't have any idea what a port agent is or what their function is?
A. I mean, we don't know what an person's individual knowledge is. But it's more of an industry term and we understand that logistics need to take place, especially in foreign ports of call. Those -- these hypotheticals are really not in play in home support, especially in Miami.
Q. Now, does Carnival also have procedures for accompanying a sick or injured passenger to a hospital and then returning -- escorting or accompanying and then returning to the ship?
A. Yes, we have an entire team dedicated to that when the circumstances warranted.
Q. Is there any reason that you know of why that couldn't have been done in this case?

Page 98

A. It would have been done, had anyone let us know that Mrs. Noon was in distress or needed immediate medical attention. Had anyone let us know that, things would have gone very differently that day. Unfortunately, that didn't happen.

Q. Does Carnival have a procedure that would have provided for use of the wheelchair and the oxygen concentrator until Mrs. Noon had been turned over to shore side medical personnel?

A. If Carnival knew hypothetically that a guest was in distress, was in a life-threatening situation, needed immediate medical assistance, they would simply, in the port of Miami, hypothetically, they would simply call 911 and have fire rescue respond and provide those services.

Q. But my question was: Does Carnival -- did Carnival have a procedure for Mrs. Noon to have kept her oxygen concentrator and her wheelchair until she was in the hands of medical personnel?

A. Neither of them were her items. They were borrowed from Carnival. No one -- the patient never became a patient. She didn't request any medical assistance or care. Nor did she advise anyone that she needed those things and the family clearly didn't think that she needed them in an emergent situation;

Page 99

right? They simply asked for someone to wheel her off the ship, which they did.

Q. My question is: Did Carnival have a procedure under which Mrs. Noon, had she requested it, would have been able to keep the oxygen concentrator and the wheelchair off the ship until such time as she was in the hands of medical personnel?

A. There are no portable medical concentrators onboard. They're -- they have to be plugged in to an outlet, so there's no portable O2 concentrator. If somebody needs that type of care, they need to be in an ambulance on the way to the hospital. They need to say "call 911." No one from the Noon family thought that she was in that position. And no one told Carnival that.

Q. I understand you're arguing what you think the facts of the case are to me and I'm simply trying to --

MR. KNIGHT: Is this a question or you going to argue?

MR. P. GERSON: No, I'm not going to argue with this witness. Certainly not this witness.

MR. KNIGHT: Stick with a question. You started with "I understand." That didn't sound

Page 100

like a question.

BY MR. P. GERSON:

Q. Okay. So what I'm getting at is: Isn't there a procedure had Carnival been asked, for Mrs. Noon to have kept her oxygen concentrator until she got to -- into the hands of qualified medical personnel?

A. There's no portable oxygen concentrator and there's nothing that can leave the ship. It's the property of the ship, right, as is the wheelchair. If someone needs medical assistance, then they -- we need to be contacting a shore side medical facility and an ambulance to come and get the guest; right? I mean, it's -- that -- it would bely common sense to think that a person is in that type of urgent care mode and need and simply just wheel them out and hope the concentrator keeps working. You see what I'm saying? If they need medical assistance, then you need to call fire rescue and have that assistance arrive or call the doctor onboard, and that didn't happen.

Q. Are you telling me that that concentrator wouldn't work if it wasn't plugged into wall current?

A. It has to be plugged into a wall current, is what I am saying.

Page 101

Q. There's no portable version of it?

A. Right.

Q. That will work on a battery or some other way until you can be turned over to someone else?

A. Not onboard the ships.

Q. Okay. And in this case, was the wheelchair used to transport Mrs. Noon until she got to the van?

A. The van was not there yet and the family took her out and put her on a bench waiting for the van, which I guess arrived moments later.

Q. What is the source of that information?

A. Mr. Noon.

Q. Okay. That's not something that you learned from any record or from any conversation with a Carnival crewman who may have escorted her off?

A. No one disputes that she was wheeled out in a wheelchair and placed on a bench, while her family packed up the van. And then she got in the van and unfortunately, that's where she had an event.

Q. Is there any information that you have that the Carnival policies and procedures for disembarkation -- for expedited disembarkation of sick or injured passengers was communicated to any member of the Noon family?

A. I'm sorry. Repeat your question.

Q. Read it back.
(Thereupon, the question was read back by the reporter.)
MR. KNIGHT: Objection to form. Not applicable.
THE WITNESS: I don't have any evidence that that was the case, no.
BY MR. P. GERSON:
Q. Okay. Do you have any information that the ability -- that Carnival had a policy or procedure to arrange for an ambulance to be at the pier for expedited transportation to a local hospital, that was communicated to the Noon family?
MR. KNIGHT: Objection to form. Not applicable.
THE WITNESS: It's not applicable and it's common sense that if you need medical care and you're in the United States you call 911. At any time during the cruise, they could have called 911 and had the doctor see Mrs. Noon. That never happened, unfortunately. And on the debarkation morning, it never happened. No one asked for an ambulance. No one asked for immediate assistance. They did ask to go ahead and get her off, after one of our crew members asked "are you



feeling okay?" And she's like "fine, but, yeah we want to get mom off. Can you get us -- can you speed us up?" She calls and has a porter come pick her up. That's all they asked for, and that's exactly what they got.
BY MR. P. GERSON:
Q. I'm -- I understand you're giving me your view of the facts. My question, and I'd like you to just answer the question is: Whether any member of the Noon family was told that there was a procedure to have an ambulance waiting shore side when the ship docked?
MR. KNIGHT: Objection to the form. Asked and answered.
THE WITNESS: They never spoke to anyone on the ship about any such circumstance nor was that circumstance communicated to Carnival. So we have -- the only evidence we have of what happened, except for the shipboard records on the day in question, is Mr. Noon's own testimony who said they asked for somebody to come and push her off the ship and somebody came and wheeled her down and put her on a bench.
BY MR. P. GERSON:
Q. Okay. Mrs. Vazquez, thank you for relating



your understanding of what happened in the case.
A. I'm --
Q. Is there any evidence that Carnival communicated its policy of being able to have an ambulance waiting shore side to the Noon family? They did or they didn't?
A. There's no evidence --
MR. KNIGHT: Object to form.
THE WITNESS: -- it's common sense that they would know that they could call 911 or that anyone would call 911 if someone was in distress and needed medical assistance.
BY MR. P. GERSON:
Q. Did Carnival call the port agent or call 911 locally in the port of Miami to obtain assistance for Mrs. Noon?
A. The first time that assistance was called was after she collapsed in the transport van off the premises. And I don't know who made that call. Mr. Noon doesn't know who made that call. I don't know if it was somebody in the Noon family with their cellphones, or if it was another passenger or a Carnival employee. We don't know who called 911. The 911 logs I believe were destroyed after 90 days they're gone, right, or 30 days?



MR. KNIGHT: I don't know the exact time, I just know that --
THE WITNESS: And I don't think the paramedics report said who actually made the 911 call.
BY MR. P. GERSON:
Q. Okay. My question is: Did Carnival make a 911 call to Miami-Dade or City of Miami fire rescue to get an ambulance for Mrs. Noon?
A. As I just testified --
Q. Just answer.
A. -- I have no idea. We don't know who called. So I don't know.
Q. But you don't know that Carnival did?
A. We don't know that they did or they didn't. Someone called 911 at 9:00 and at 9:05, the ambulance was there, we know that.
Q. But you have no evidence that Carnival made that call or made any call to 911?
MR. KNIGHT: Objection to form. Asked and answered.
THE WITNESS: Asked and answered; right.
BY MR. P. GERSON:
Q. Okay. Does Carnival contend that Mrs. Noon herself was negligent in this case?

Page 106

A. Yes.
Q. What were her acts of negligence?
A. Failure to use reasonable care for her own safety, her own well-being.
Q. What specifically are the facts that you say supports that claim?
A. So far in the litigation and we're early on, we haven't even answered the Complaint yet, I don't believe. But she failed to seek medical assistance when perhaps it was clear, it should have been clear, that she needed it. She refused to go to the doctor, even though the nurse repeatedly and guest services said "you need to bring her down." She told her family "I'm fine." And maybe she was feeling fine and this was an emergent situation that nobody could have predicted. But if anyone was in a position to prevent this, it was the Noons, not Carnival. So I -- it's tragic. It's sad. It's heart breaking. But nonetheless, it's very clear that if there's negligence here, it's on the part of the family for failing to take it more seriously, her underlying health condition.
Q. Tell me what the acts of negligence Carnival contends were committed by Mrs. Noon?
MR. KNIGHT: Objection to form. Just asked

Page 107

and answered.
BY MR. P. GERSON:
Q. It wasn't really answered. She went on and on to talk about the family. I want to know what Mrs. Noon did that you claim was negligent?
MR. KNIGHT: Can I have the answer read back from the prior question?
(Thereupon, the question referred to was read back by the reporter.)
MR. KNIGHT: The first half of the question was relative to Mrs. Noon and the second one the family.
BY MR. P. GERSON:
Q. So does that answer contain a complete listing of the acts of negligence of Mr. Noon according to Carnival -- Mrs. Noon according to Carnival?
MR. KNIGHT: Objection to form. Discovery is still ongoing.
THE WITNESS: No.
MR. P. GERSON: No?
THE WITNESS: Discovery is early on and many things remain unclear.
MR. P. GERSON: There's nothing early on about this case. Discovery ends in a couple of

Page 108

weeks, at the end of July.
MR. KNIGHT: We still have a Motion to Dismiss pending out there.
MR. P. GERSON: Well, I know but the Court hasn't ruled on that motion.
MR. KNIGHT: And we have depositions that were set. We have depositions that set before that witnesses that did not show up for. There's discovery ongoing in this case.
MR. P. GERSON: I agree there's further discovery but the suggestion that somehow we're early on in this case --
MR. KNIGHT: We are early on in discovery.
MR. P. GERSON: -- is not -- discovery is almost done.
MR. KNIGHT: Give us Wanita and her sister earlier, I guess we could get more done. We need to take them in order.
MR. P. GERSON: Well, I don't want to argue about the logistics of why that didn't happen. But this is not -- this case is not in the early stage.
MR. KNIGHT: I don't know who you're arguing to.
BY MR. P. GERSON:

Page 109

Q. Okay. So have you told me all of the acts of negligence that Carnival knows of now that it attributes to Mrs. Noon?
A. Probably not. I mean, if you look at it, her underlying health condition was caused by 30 years of chronic pack-a-day smoking. She had a 30-year C.O.P.D. condition, that was apparently either uncontrolled or not well managed. She was having pneumonia bouts at least once a year and getting shots for that.
She had multiple comorbidities, including diabetes, which she was noncompliant in her medication. All of those underlying acts and failure to use due care for her own well-being, caused and contributed and were the cause and factor here that caused her death.
And it's extremely sad. And my heart goes out to Wanita, and Melissa, and Randall. It is terrible that grandchildren lost their grandmother. It's all very tragic. But the only person that really could've prevented this, would have been Mrs. Noon herself. And she just didn't seek any medical treatment. And it's possible she didn't know she needed it. But if she doesn't seek the treatment, how can she expect someone to render it?

Page 110

Q. Do you consider --
A. Yes, I consider that negligent.
Q. Okay. And that's everything you know of so far; right?
A. I have not read all of her medical records to say that. I think other facts and circumstances will be borne out. And I think when Carnival answers the Complaint and does its affirmative defenses and lays things out more clearly, at the end of discovery, I think we'll know a little bit more.
Q. So you want to give another corporate rep deposition at that time, is that what you're saying?
A. I can certainly supplement an answer to an interrogatory. Because I think that was your request. I think that was one of the answers to interrogatories; correct?
Q. I still don't have any answers --
A. Exactly.
Q. -- to the interrogatories?
A. Because we haven't answered the Complaint. So I would be happy to do that for you.
Q. What does answering the Complaint have to do with giving factual discovery answers?
Do you contend that any other person or organization was guilty of negligence which

Page 111

contributed substantially to Karen Noon's death?
A. Yes. And, again, it breaks my heart to say it, but Mr. Noon and the daughters could've done a lot more. And if they thought their mother was in distress, they should have done more.
They can't rely and now point the finger at a company for not doing what they were in the position to do themselves.
Q. So you feel it's their fault that she did not get a more effective intervention?
MR. KNIGHT: Object to form. Misstates what she said.
THE WITNESS: I think that had they used due care for their own mother's well-being, if they saw her in distress that morning, if they thought things could escalate to this, then they should have done more and they should have called 911 and they should have taker her to a medical center, they should have summoned the doctor. Any of those things. It's very possible that none of them knew. Mr. Noon even testified "we thought she was going to be fine. She's been dealing with this for 30 years." Nobody could have predicted this, so how in the world could Carnival been able to predict it? It's just not

Page 112

reasonable. It's sad but not reasonable.
BY MR. P. GERSON:
Q. My question was: Whether Carnival contends that any other person or organization was guilty of negligence that contributed substantially to Mrs. Noon's death? And you answered making reference to her husband and her children. Let me ask you specifically if Carnival claims that there was any negligence on any part of the Miami-Dade Police Department?
A. I do not believe we have facts or circumstances to substantiate that.
Q. How about the Miami-Dade Fire Department or EMT's?
A. Miami-Dade was the first fire rescue team to arrive and then they sent her to City of Miami, right, and then to Jackson, is that --
Q. Well, they were there first but she was transported by the City of Miami, to answer your question, even though we have the order backwards here. I'm trying to be helpful and cooperative with you too as you are with me. So my question is: Does Carnival contend that the Miami-Dade Fire Department, EMT's were guilty of negligence, which contributed substantially to the death of Karen Noon?

Page 113

MR. KNIGHT: Object to form. Premature.
THE WITNESS: I do not believe at this time we have any evidence. I don't believe Miami-Dade fire rescue personnel have been deposed or City of Miami fire rescue has been deposed or anyone from Jackson Hospital medical team. So at this time, have no evidence of any of those three parties's negligence.
BY MR. P. GERSON:
Q. And how about the doctors and nurses at Jackson Memorial Hospital?
A. I tried to add that in to my answer in the last one, so you wouldn't have to answer (sic) those questions. But no, not at this time, no.
Q. Does -- do Carnival's policies and procedures -- I'm almost done -- do they provide for a doctor accompanying a sick or injured passenger off the ship to accompany the passenger to a local hospital?
A. In Miami, that would not be necessary. In other ports, depending on the circumstances, that might happen. If it's a two doctor ship, if a doctor can stay on board to make sure that there's a doctor there, that might happen. More often I've seen a nurse go with --

Q. Okay.
A. -- in the transport vehicle.
Q. That was my next question. So the policies do contemplate a nurse travelling with a sick or injured patient until their in a hospital and turned over to --
MR. KNIGHT: Outside of Miami. I just want to make sure you don't misstate her earlier answer.
BY MR. P. GERSON:
Q. Well, is there a different policy for Miami and other ports? Or are you simply saying that it may not be necessary in Miami, as much as it is necessary in another port?
A. I would say that it's not a policy per se. Based on the facts and circumstances, and we leave it up to the medical staff and the medical professionals on board to the make that determination. When there is a guest or crew member in the medical center's care. That wasn't the case here, but under those hypothetical circumstances, I would agree with you that it would be more likely that that could happen in a foreign point of call and very unlikely for it to happen in a local American port.
Q. Why would it be unlikely for it to have



gone -- occurred in that manner? Utilizing that policy in the port of Miami?
A. Because in the port of Miami it wouldn't be necessary. We would call fire rescue paramedics. Well-trained paramedics would board and grab the guest and get them to the nearest medical center, usually Jackson in the port of Miami.
Q. Now, you've made numerous references to the fact that Mrs. Noon did not seek out the services of the physician who was onboard the ship at the time. What specifically would that doctor have done to benefit Mrs. Noon between 10:45 p.m. on the evening of July the 7th and 9:30 a.m. on the 8th when she arrived at Jackson Memorial Hospital?
MR. KNIGHT: Objection to form.
THE WITNESS: Unfortunately we'll never have the opportunity to know that. I mean, there was no -- there was no consultation, the doctor never got to evaluate her and make the medical determination. I'm not a medical doctor. We can only speculate what -- what could have been done.
BY MR. P. GERSON:
Q. So Carnival has no specific answer to that question? What could have been done for a patient who had chronic long-standing C.O.P.D., given this



presentation "I need a wheelchair. I need an oxygen concentrator"?
MR. KNIGHT: Object to the form --
MR. P. GERSON: -- for the time frame I referenced in my previous question.
MR. KNIGHT: Objection to the form. We'll defer to our medical experts that will be retained in the case. It's not the function of the corporate representative to respond to those questions.
THE WITNESS: Hypothetically, there's many, many things that potentially could have happened or could have taken place.
BY MR. P. GERSON:
Q. Can you give me some examples?
A. Sure. They could have put her on actual O2 in the medical center and monitored her throughout the night. If they did an oxygen test and knew that her oxygen was really low, they probably would have sped up the ship a little bit, tried to clear customs a little earlier, and had an ambulance waiting for her. And they could have accessed how critical she was, but we didn't get that opportunity.
Q. Does -- does Carnival contend that there was any onboard intervention that would have eliminated



the need for supplemental oxygen or concentrated oxygen?
A. Carnival doesn't have any medical knowledge as to the guest, other than the medical records that we've obtained since this litigation. There was no medical consult onboard. She was never seen by a nurse or a physician in the medical context. So it would all be speculative.
Q. There's a series of e-mails here and there's some documents that are attached to them, they refer to something called the care team. I'm going to ask the reporter to mark this as Exhibit 13, composite.
A. Mine is in a different order I think. Thank you.
(Thereupon, the document was marked for I.D.)
BY MR. P. GERSON:
Q. For the record. I've shown the composite exhibit to the witness.
A. Okay. This one is in the back. It's flipped around. Yes.
Q. Okay. Tell me what Exhibit 13 is.
A. This is a composite of various e-mails going back and forth with embarkation, Carnival's care team staff, following Mrs. Noon's collapse outside of the

Page 118

port on July 8th.
Q. Okay. There are no e-mails that refer to her medical condition at any time prior to her disembarking the ship, are there?
A. There's some comments, apparently she got a wheelchair assistance but it was just like in the moment in that emergency situation.
Q. Show me where --
A. The supervisor was --
Q. What are you referring to?
MR. KNIGHT: He's asking for e-mails that occurred prior to --
THE WITNESS: Oh, yeah. No.
MR. KNIGHT: -- disembarking.
THE WITNESS: No, no, no. Everything after is just speculation. "How is she doing? What happened? She collapsed?" You know, they wheeled her outside. Ten minutes later they were calling an ambulance service.
The care team is an organization that Carnival started like 10 or 15 years ago for situations where someone has a medical emergency or a death in the family, something that needs to coordinate ship board family members flying in or are people getting off the ship, like you talked

Page 119

about Ensenada or in a foreign port. Our care team would fly in to take care of the family members who might be staying at a hotel or hospital waiting for their loved one to recover, et cetera.
So they're always activated in circumstances like this, even if it's after the fact. It would be the care team that would sort follow up with the family day-to-day.
BY MR. P. GERSON:
Q. So they're kind of social support?
A. Yeah.
Q. Like a social worker, not a medical provider?
A. Correct. They do depending on -- they'll coordinate with the medical coordinators for care, but obviously that wasn't necessary.
Q. And these e-mails only refer to post-hoc conversations about what had happened before?
A. Exactly. And it was sort of the back and forth with the care team. Apparently Mrs. Noon's grandson, she had given him a teddy bear onboard or something and in the confusion when --
Q. I read about that.
A. Yeah.

Page 120

Q. I'm not interested in that.
A. We got him the teddy bear and sent a care package.
MR. KNIGHT: Finish your response.
THE WITNESS: Yeah, so anyway. So Wanita really wanted to get that teddy bear back for her son. So we found it -- housekeeping found it and then they subsequently mailed it to the family. Just that's all these are.
BY MR. P. GERSON:
Q. Okay. Who are the people having the conversation with the Noons in this e-mail chain?
A. There's several people. And I don't know that they all had conversations with the Noons. Most likely it would have only been the care team. Amanda Lopez is a member of the care team, so it looks like she was in contact with Wanita. And then also Katie Benson, who's shore side support for Carnival, had a conversation with Wanita.
Q. Is that the port agent, shore side support?
A. No. They're just like guest logistics, embarkation staff. They have different titles but -- there's another -- they were communicating with the ship obviously to try to get the bear. Israel Cruz is also on this chain. He's a manager for the care

Page 121

team. Mostly it's Amanda and Israel it looks like had conversations and contact with Wanita, along with Katie Benson who's that shore side support.
Oh, wait and there's also a Brian Williams in guest medical, guest logistics and support group who spoke with Wanita on -- following the cruise.
Q. Okay.
A. And I'm sorry, another one is Nick Carrera.
Q. Who's he?
A. Another member of the family support care team.
Q. Okay. I just want to make a reference to a few documents that were marked as exhibits that we haven't really spent any time talking about, nor are we going to.
A. Good.
Q. Exhibit 1 is the notice of taking this deposition.
MR. KNIGHT: That's the re-notice, I assume the one for today.
BY MR. P. GERSON:
Q. Yes. Yes. And it contains the topics list as well as a duces tecum list.
A. Yes.
Q. And Exhibit 2 is the Carnival response to

Page 122

the plaintiff's request for production dated May 23. Exhibit 3 is Carnival's answers to interrogatories dated May 23, 2019. And I'm going to finally mark a letter dated July 8, 2019, this will be Exhibit 14. This letter was e-mailed to us at 11:55 p.m. last night objecting to everything that we had requested.

MR. KNIGHT: That's not true. I objected to --

MR. P. GERSON: The letter -- the letter, I said the letter objects to everything. Not the documents you brought have been requested well before now. But I'm not going to argue with you about that. These things are in the record now. And so I do want to find out are you going to answer these three or four interrogatories, or do I need a hearing on it?

MR. KNIGHT: I'll get back to you as soon as I get to the office and find out what has been produced, what hasn't, what's been answered, and what hasn't. And anything we can resolve makes a lot more sense.

MR. P. GERSON: Okay. All right. I don't think I have anymore questions.

MR. KNIGHT: I have no questions. The witness will read and if you've got a couple of

Page 123

minutes.

MR. P. GERSON: Yeah, let me correct something.

THE WITNESS: Okay.

MR. P. GERSON: There have been depositions of all of these fire rescue people taken.

THE WITNESS: Oh, I'm sorry. I didn't know that. I wasn't provided those.

MR. P. GERSON: And in fact --

THE WITNESS: My counsel didn't give me all of those.

THE COURT REPORTER: Going off the video record at 1:32 p.m.)

(Thereupon, the deposition was concluded at 1:32 p.m.)

Page 124

CERTIFICATE OF OATH

I, Paul Cunningham, Florida Professional Reporter, Notary Public, State of Florida certify that Suzanne Vazquez, Esquire, personally appeared before me on July 9, 2019 and was duly sworn.

Signed this 16th day of July, 2019.

Paul Cunningham, FPR
Notary Public, State of Florida
Commission No: GG100673
Commission Expires: June 22, 2021

Page 125

CERTIFICATE OF REPORTER

STATE OF FLORIDA )
) SS:
COUNTY OF MIAMI-DADE )

I, Paul Cunningham, Florida Professional Reporter, certify that I was authorized to and did stenographically report the deposition of Suzanne Vazquez, Esquire, pages 1 through 127; that a review of the transcript was requested; and that the transcript is a true record of my stenographic notes to the best of my ability.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Dated this 16th day of July, 2019.

PAUL CUNNINGHAM, FPR
FLORIDA PROFESSIONAL REPORTER

Page 126

WITNESS NOTIFICATION LETTER

July 16, 2019
Suzanne Brown Vazquez, Esquire
C/O: Christopher Knight, Esquire
1395 Brickell Avenue, 14th Floor
Miami, FL 33131

In re: Randall Noon/Estate of Karen Noon vs.
Carnival Corporation
U.S. Legal Support No. 1964064

The transcript of the above-referenced proceeding is now available for your review.

Please call to schedule an appointment between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday, at a U.S. Legal Support office located nearest you.

Any corrections you wish to make to the transcript should be made on the errata sheet. Please do not write on the transcript itself.

Please complete your review within 21 days.

Sincerely,
Paul Cunningham, FPR
U.S. Legal Support, Inc.
One S.E. Third Avenue, Suite 1250
Miami, FL 33131
(305) 373-8404
cc via transcript
(Philip Gerson, Esq.)

Page 127

ERRATA SHEET

DO NOT WRITE ON THE TRANSCRIPT - ENTER CHANGES HERE

IN RE: (Randall Noon/Estate of Karen Noon vs.
Carnival Corporation)
(Suzanne Vazquez, Esq.)
(7-9-2019)

Page # Line # Correction

________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________

_Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

________________ ____________________
Date Suzanne Vazquez, Esq.

**$**

**$125** 15:17 16:3
**$150** 15:20 16:5
**$25** 15:20,23

**(**

**(b)(6)** 14:2

**0**

**02** 66:11 74:11 75:1,5

**1**

**1** 44:10 121:17
**1,823** 53:17
**1.1** 35:25
**10** 56:16 57:12 66:24 70:1,16 118:21
**100** 17:10 48:10
**10:44** 53:19
**10:45** 115:12
**11** 4:11,15 56:18 57:9, 12,22 59:12 60:12,13 61:16 62:19 66:24 69:10 70:14 81:9
**11/20/18** 84:17
**11/20/20** 85:2
**11/20/2018** 85:3,14
**11:00** 67:1
**11:55** 122:5
**12** 83:25 84:4 88:24
**125** 15:22
**12:20** 70:10
**13** 117:12,22
**14** 122:4
**15** 118:21
**1608** 83:18,22 84:8 86:6
**1612** 84:12 85:10 86:7
**1997** 4:21
**1998** 4:22
**1:32** 123:13, 18
**1st** 4:22

**2**

**2** 121:25
**2,427** 53:14
**2009** 30:7 60:18 62:5,15
**2015** 84:23 85:12
**2017** 6:3 10:8 15:3 16:6 21:14 30:4,19 31:12,17 36:13 50:21 53:7 55:2 57:14,16 58:1 60:5,11,14 61:22 84:24 85:8,18
**2018** 62:15, 20,21
**2019** 30:18 122:3,4
**23** 122:1,3
**2300** 67:1
**24** 10:25
**240** 53:13

**3**

**3** 122:2
**30** 14:1 76:1 79:20 80:11 91:13 104:25 109:6 111:23
**30-year** 109:7
**33178** 3:22
**36** 58:6 69:24
**3655** 3:21
**3rd** 6:2 45:11

**4**

**4** 44:10

**5**

**5** 15:5,13,15 19:11 69:24

**6**

**6** 21:10,11,18 22:3

**7**

**7** 28:14 29:21 30:16 33:12 37:20 60:20, 21 61:14
**7:45** 50:13
**7:48** 50:10
**7th** 41:18 42:4 66:8 77:16 85:6 115:13

**8**

**8** 44:19 45:12 46:1 49:19,20 50:21 52:13, 20 53:7 54:20 55:2 122:4
**831** 53:16
**87th** 3:22
**8:00** 10:14 11:11,18 50:22,23
**8:11** 50:24 51:10 53:12, 13
**8:30** 53:13
**8th** 6:3 41:14 45:12 50:17, 20 115:13 118:1

**9**

**9** 44:14,19 45:11 46:1,2, 14 49:2,21 55:13,15 84:23 85:12
**90** 104:24
**911** 11:23 40:13 66:12 78:4 81:22,25 87:18,20 88:8 89:15 90:18 92:1 94:25 95:15 98:14 99:14 102:18, 20 104:10,11, 14,23,24 105:4,8,16,19 111:17
**950** 35:13
**9:00** 53:16 105:16
**9:05** 105:16
**9:30** 115:13

**A**

**a.m.** 50:10, 22,23 51:10 115:13

**ability** 17:22 75:19 102:10
**able** 11:13 22:18 38:14 39:3 45:23 62:21 75:18 76:7 90:20 99:5 104:4 111:25
**about** 3:8 5:9,14 6:7 7:13 8:4 13:23 14:13 17:16 19:10, 13,18 21:1 25:18 26:14 28:19 29:8 31:10,15 34:5,8 35:10, 16 42:5,21 43:10,23 44:6 49:15 51:4 63:3,4,7 65:23 66:2 67:3 69:12,14 72:11 78:17, 18 81:8 82:21 87:5 88:14 89:6,14,21 90:24 103:16 107:4,25 108:20 112:13 113:10 119:1, 19,24 121:14 122:13
**above** 3:4
**absolutely** 8:7 15:14 39:3 95:6,8
**abundance** 59:19
**accept** 21:19
**access** 36:9 58:4
**accessed** 116:22
**accommodate** 38:19 39:4 86:4,17
**accompany** 113:18
**accompanying** 97:19,21 113:17
**according** 6:20 20:6 50:7 68:10,12 74:3 80:19 87:22 107:16
**account** 23:23 24:4,6,10 49:9,13 87:24 94:2
**accurate** 10:15 47:5,8
**accustomed** 75:22
**ACEP** 9:7,14 12:24
**acronym** 32:14,25
**activated** 119:6
**acts** 106:2,23 107:15 109:1, 13
**actual** 116:16
**actually** 10:12 14:14 22:11 30:25 49:7 50:14 51:23 56:10 74:9,16 76:15,17 80:7 81:23,24 91:9 96:19 105:4
**ADA** 57:5,8 58:2,12 60:13 62:12,14
**add** 113:12
**added** 15:22 74:9 85:13
**additional** 15:23 17:2
**address** 3:20
**admission** 92:1
**adopted** 62:20
**advance** 26:25 27:8 29:10,11 30:10 37:18 61:4,6 80:3 90:15
**advise** 98:23
**advised** 40:13
**affirmative** 110:8
**after** 10:21 11:11,21 15:19,21 16:4 58:1 60:11,14 62:23 65:16 77:15 81:3 87:22 102:25 104:18,24 118:15 119:7
**afternoon** 41:25 67:11
**afterwards** 38:17 79:12
**again** 13:13 23:13 25:9 29:18 34:3 49:21 78:22 111:2
**agency** 13:3
**agent** 7:17 52:6 66:12 87:25 95:11, 18,19,25 96:1,2,4,10, 18,20 97:3,5, 11 104:14 120:20
**agents** 51:6, 22 52:5,16 95:20,21
**ago** 10:12 21:24 26:6 28:18 65:23 118:21
**agree** 7:20 19:8 58:25 79:9 82:1,17 94:19 108:10 114:21
**agreement** 30:10 56:17, 22 57:6 60:9 61:3
**agrees** 9:16
**ahead** 12:22 102:24
**aid** 73:21 78:13
**aide** 59:20 82:5,6
**aids** 63:13
**air** 23:16 64:25 65:2 77:11,12 86:3,14
**alarm** 91:14
**all** 4:6 5:25 6:4 9:13 10:24 12:13 19:12,16 23:19 24:2,24 26:13 32:2,15 35:22 44:5 45:18 47:4 55:19 58:18 60:3,4 61:1 63:11 70:25 71:2 72:12 74:5 77:10 86:24 95:9 103:4 109:1, 13,20 110:5 117:8 120:9, 14 122:22 123:6,10
**alleged** 79:4
**allow** 22:12 63:19 64:12 69:6 71:14
**allows** 71:16
**almost** 108:15 113:16
**along** 8:15 121:2

**alongside** 50:7,13
**already** 35:14 55:13 56:6 88:21
**also** 4:7 17:7 21:1 27:13 28:9 37:13 43:25 49:12 50:2 56:14 60:21 61:16 74:17 77:8 90:10 97:18 120:18,25 121:4
**Although** 52:2
**always** 11:2,6 96:3 119:6
**am** 4:14 31:21 34:18 39:10 46:12 67:20 100:25
**Amanda** 120:16 121:1
**ambulance** 38:16,20,21,22 39:5,11 40:10,14 88:10 89:8 90:8,15 94:22,25 95:1,4,15,16 97:7 99:13 100:13 102:11,23 103:11 104:5 105:9,16 116:21 118:19
**ambulances** 23:17 86:3
**ambulate** 33:20 38:14
**ambulating** 36:19
**ambulatory** 40:21
**American** 9:14 89:15,19 114:24
**Americans** 56:19
**among** 96:13
**amount** 65:18
**amounts** 57:22
**analogize** 26:8
**analogous** 24:19 25:23
**analogy** 26:11
**and** 3:2,3,9,13,19,21,23 4:2,7,12,23 5:8,9,12,13,14,16,22 6:3,6,8,12,15,16 7:6,14 8:24 9:1,6,11,12,16 10:2,12,13,15,19 11:10,21,25 12:1,2,7,11,15,22,25 13:1,2,14 14:7,9,11,12,18 15:1,19 17:4,18,21,23 18:13,17,22 19:3,17,20 20:19 21:9,25 22:3,4,14,17 23:7,15,22,23 24:5 25:2,5,11,20 26:23,25 27:2,5,6,8,14,18 28:20 29:11 30:1,3,7,10,11,19,21 31:3,11,13,19,21,23 32:1,2,5,13,17,18,23 33:5,6,8,13,17,19 35:3,7,14,18,20 36:2,8,12,13,17,20 37:4,5,8,11,12,23 38:14,22 39:16 40:3,14,16,22 41:6,7,8,13,14,15 42:13,14,16 43:3,11,13,14,19,22,24 44:2,19,20,21,23 45:5,8,12,13,21,24 46:18 47:2,3,5,6,13,21,25 48:25 49:8,13 50:14,23 51:2,12,15,18 52:15,22 53:9,13,14,16,19 54:5,6,10,18,20,21,25 55:4 56:17 57:1,6,12 58:3,9,13,15,21 59:11 60:2,4,5,16,25 61:2,10,15,17 62:3 63:2,6,7 64:19,21,22 65:8,16,17,18,21 66:11,17,20,23 67:3,20,24 68:2,21,23 69:7,12,14,18 70:19 71:10,12,15,16,20,21 72:1,3,4,5,8,18,24 73:1,6,7 74:8,14,15,16,19 75:10,19,21,23,25 76:18,20 77:11,12,18,20 78:3,5,7,9,10,12,14,15,22 79:1,2,5,12,13,14,19,20 80:6,12,15,17,18,21,23 81:10,15,16,18,23 82:24 83:2,21 84:10,16 85:1,13,19,22 86:1,2,7,12,16,23,24 87:11,19,23,24 88:1,2,11,17 89:2,8,9,16,25 90:8,12 91:4,11,16,22 92:1,3,9,12,13,18,24 93:4,6,8,11,24 94:2,11 95:1,2,4,7,10,16,18,23 96:6,7,10,19,22,24 97:1,14,20,21 98:7,14,15,18,24 99:6,15,18 100:8,13,16,19,20 101:6,8,9,17,18,21 102:16,17,20,21,24 103:1,3,4,8,14,21,22,23 104:12,19 105:3,16,20,22 106:7,12,14,15 107:1,3,11,22 108:6,16 109:9,13,14,15,17,18,22,23 110:3,6,7,8 111:2,3,4,6,17,18 112:6,7,16,17,21 113:10,15 114:5,12,16,17,23 115:5,6,13,19 116:17,18,21,

22 117:9,24 119:18,20,23 120:2,7,13,17 121:1,2,4,5, 8,22,25 122:3,14,18, 19,20,25 123:9
**and/or** 11:25 29:19 38:6
**angle** 93:6
**another** 11:2 16:7 21:12 30:11 31:8,19 34:11,16 89:19 104:22 110:11 114:14 120:23 121:8, 10
**answer** 10:3, 16 12:22 22:3,4 59:15 89:13 103:9 105:11 107:6, 14 110:13 112:19 113:12,13 114:9 115:23 122:15
**answered** 34:6 43:20 62:4 63:7 80:22 93:4 103:14 105:21,22 106:8 107:1,3 110:20 112:6 122:19
**answering** 5:21 110:22
**answers** 72:23 110:7,15,17, 23 122:2
**anticipate** 37:15
**anticipates** 36:10
**any** 13:12 17:14 21:25 22:19,20 23:11 29:12 32:9 33:20 37:17 43:13, 16 46:25 48:21 49:2,22 60:4 61:9 65:9,11,12 66:1 67:8 71:5 80:13 88:17 90:7,18 93:24 94:10, 24 96:12 97:10,24 98:22 101:14, 20,23 102:6, 9,18 103:9,16 104:3 105:19 109:22 110:17,24 111:20 112:4, 8,9 113:3,7 116:25 117:3 118:3 121:14
**anybody** 51:9
**anymore** 36:6 40:5 122:23
**anyone** 11:23 25:21 30:21 36:9 58:4 68:17 75:18 78:11 81:21, 22 90:17 91:24 98:1,3, 23 103:15 104:11 106:16 113:5
**anything** 24:3 34:19 42:21 48:22 53:25 69:16 92:4 122:20
**anyway** 93:2 120:5
**anywhere** 67:7
**Apart** 22:24
**apparently** 15:2 16:23 37:4 76:1,18, 23 109:7 118:5 119:21
**appear** 7:5 23:23
**appearing** 3:24
**appears** 7:3
**applicability** 56:21 63:4
**applicable** 22:25 31:9 38:9 58:10 88:24 102:5, 15,16
**applies** 10:2, 3
**apply** 17:7 55:4
**approval** 86:20 87:3
**approved** 27:1
**approximately** 66:23
**are** 3:8 4:5, 12,16,18 5:25 6:13,16,17, 20,21 8:5,9, 11,14,20 10:5 11:19,20 12:15 13:16, 21,23 15:1 17:1,4 18:9, 10,13,18,20 21:4 23:2,11, 17,19,22 24:18 25:2, 22,23 26:7 27:7,18 28:9 29:7,10,24 34:23 35:13 36:5,7 37:8, 9,10 39:11 44:21,22 46:7,8,11 47:23 49:8 51:6,7 53:8 54:19 55:8,19 57:12 58:22 60:7 63:22 64:20,22 67:13 68:3 75:9 79:13 82:24 83:5, 11,13 85:25 87:5,16 88:22,24 95:10,11,20 96:20 97:9,16 99:9,18 100:22 102:25 106:5 108:13 112:22 114:12 117:10 118:2, 4,10,25 120:9,11 121:14 122:13,14
**area** 13:15 67:20
**areas** 9:12
**aren't** 8:10 50:16 53:2,4 75:9
**argue** 35:16 94:18 99:21, 22 108:19 122:12
**arguing** 99:17 108:23
**argumentative** 82:13
**arise** 96:12
**arises** 27:11
**around** 33:21 42:2 43:6 117:21
**arrange** 90:14 102:11
**arrangement** 20:6
**arrangements** 95:3,10
**arranging** 94:21
**arrive** 100:20 112:16

**arrived** 41:8 101:10 115:14
**articulate** 83:6
**as** 3:13,24 4:8 5:2,6,8, 22 7:5,17 8:25 9:10,11 10:3,15 11:3, 25 13:10,18 17:20 19:17 21:10 23:16, 25 25:12 27:5,15 28:14 30:14,15,19 36:16 37:11, 12 38:2 40:24 43:6,9 44:1, 14 45:14,25 47:3,7,15 56:16 57:23 58:9,12,14 59:12,15,20, 23,25 61:5,11 62:6,12 64:6 66:20 67:4,21 69:22 71:22 73:22 74:9 76:13 77:1,6, 13,18,21 78:1,25 79:22 80:5 83:25 85:2 90:19 99:7 100:10 105:10 112:22 114:13 117:4, 12 121:13,23 122:17
**ashore** 11:2
**ask** 14:18 19:12 34:5,8 44:20 58:19 59:9 74:5 81:22 87:21, 24 97:4 102:24 112:7 117:11
**asked** 6:1 7:16 21:1,24 28:18 43:14, 19 51:4 58:11 59:22 60:1 62:3 63:6 80:21 88:1 91:4 93:4 99:1 100:4 102:22,23,25 103:4,13,21 105:20,22 106:25
**asking** 13:22, 23 43:9 118:11
**asks** 16:3
**assess** 75:18
**assist** 4:7 37:18 74:13 80:15 82:18 95:20
**assistance** 11:22 31:14 37:17 38:13, 16 54:22 55:9 61:9 66:18 78:11 80:5 86:8 91:5 98:12,23 100:11,18,19 102:24 104:12,15,17 106:9 118:6
**assistant** 92:16
**assists** 95:22 96:5
**assume** 7:6, 15,21 8:1 17:19 37:25 94:9 121:19
**asthma** 64:4 72:3 73:23 79:19
**at** 3:3 5:7,17 8:13,14 9:19 10:14,24 11:18 12:7,13 20:11 24:7,24 25:16,18 26:12 27:2 31:2,18,20 35:8 42:10 44:6 45:7 49:18,25 50:7,10,13, 15,17,22,23, 24 51:2,8,12 52:6,15 53:9, 12,13,16 55:13 56:15 57:3 59:11 60:15 61:18 63:13 65:5 67:1,18,23 70:10,25 71:2 74:11 75:13 76:8 79:17, 20,24 81:10, 21,22 84:18 88:7 90:7,11, 18 91:4,18,24 94:24 95:4 97:1 100:3 102:11,18 105:16 108:1 109:4,9 110:9,12 111:6 113:2, 6,10,14 115:10,14 118:3 119:3 122:5 123:13, 17
**attached** 117:10
**attachments** 45:24
**attack** 90:20, 25
**attempting** 17:16
**attention** 37:21 81:20 98:3
**Attorney** 70:2
**Attorney's** 5:7,11
**attributes** 109:3
**automatically** 18:22
**available** 8:5 10:24 11:2 16:11 19:9 20:1 26:18 27:7 29:20 37:9,10 40:2 57:15 63:13 75:6 77:3,4,9 89:16 95:4
**Avenue** 3:22
**avenues** 31:12 62:11
**away** 11:7
**awhile** 69:23

B

**back** 5:1 10:8 16:6 21:14 27:22 38:7 40:4 41:7,15 43:4 47:7 48:9 49:18 55:17 57:14 58:3 60:22 86:2 94:3 102:1,2 107:6,9 117:20,24 119:20 120:6 122:17
**backs** 29:13
**backwards** 112:20
**bad** 79:5 81:14
**bar** 4:18,21
**Based** 114:16
**basic** 25:9
**basically** 18:17 32:1,16 37:8 95:21
**bathroom** 70:3

**battery** 101:3
**Beach** 75:5
**bear** 119:22 120:2,6,24
**became** 19:4 98:22
**because** 16:18 22:11 34:14 37:3 45:17 48:12,15 55:22 56:24 57:5 60:22 61:5,20 63:19 64:15 76:19 79:6 80:11,13 82:12 88:1 89:3,15 110:14,20 115:3
**beds** 9:11
**been** 3:12 4:23 14:23 16:23,25 36:14 51:10,20 52:12 56:16 57:13 60:5 62:13 70:6 80:11 83:8 84:20 85:14 90:9,12 91:12 93:16 96:3 97:25 98:1,8 99:5 100:4 106:10 109:21 111:22,25 113:4,5 115:21,24 120:15 122:11,18,19 123:5
**before** 3:1 5:2 36:8 37:20 38:7 39:6 47:25 56:7 63:1 66:20,24 67:11 69:22 72:5 85:11,15 90:10 95:2 108:7 119:19 122:12
**began** 6:2 51:11 53:11
**beginning** 24:7 45:5 56:15
**behind** 86:14
**being** 6:18 27:23 42:19 43:17,18 46:3 58:9,15 59:12 60:12 61:7 65:10 73:1 79:14 88:15 90:20 91:8 95:7 104:4
**believe** 6:2 12:11 17:13 28:7 29:12 41:13 42:8 60:17 66:9 67:1 83:9 84:12 92:13 94:15 96:9 104:24 106:9 112:11 113:2,3
**belongs** 38:5
**bely** 100:14
**bench** 101:9,17 103:23
**benefit** 75:24 115:12
**Benson** 120:18 121:3
**besides** 15:11 88:19
**best** 79:8
**better** 33:11 64:11 67:25 68:23 72:1,6,8,20 74:19 75:21 76:18,20 77:22 79:7 91:15
**between** 6:12 7:14 19:16 20:19 64:20 65:15,21 85:19 94:10 96:5 115:12
**beyond** 66:2
**bill** 18:23
**billing** 18:14 23:21
**bills** 22:13
**birth** 48:22
**birthing** 9:11
**bit** 26:14 30:9 33:5 110:10 116:20
**blood** 25:14
**Blue** 23:18
**board** 24:5 55:9 113:23 114:18 115:5 118:24
**boarded** 45:11 80:8
**boarding** 53:24 54:6
**bold** 70:16
**booking** 51:15,16
**Border** 50:25
**borne** 79:14 80:16 110:7
**borrow** 78:3
**borrowed** 78:15 98:21
**both** 44:22 55:7 60:1
**bottom** 33:18 51:2 52:7
**bouts** 109:9
**box** 51:2
**braces** 29:13
**Brands** 32:2
**breaking** 106:18
**breaks** 111:2
**breath** 80:10
**breathe** 73:25 74:18 90:21
**breathed** 76:20
**breathing** 63:13 64:24 66:11,14 75:10 77:18 78:4 82:6,9,15,18 91:2,5
**Brian** 121:4
**brief** 70:9
**bring** 30:11 40:4 66:15,16 69:13 72:17 78:6 106:13
**broad** 59:21
**brought** 14:7 26:25 29:11 34:20 35:1 43:4,5 44:11 81:20 122:11
**Brown** 3:21
**burst** 74:18
**business** 4:7 16:3,4
**but** 3:10 7:7,18 8:19 9:9,19 10:4,21,24 11:2,5,9,14 12:12,21 13:5 15:2 16:12,22 17:11,22,24 18:12 19:1,15,25 20:15 21:24,25 23:9,15 25:9,13,15,18,21 26:6 27:10,21 28:2,25 29:8,18 30:6 34:3,5,13 35:15 36:15 37:13 39:4,7,16 41:23 42:1 43:5,16,24 45:17 46:19,

20,24 48:10 51:8 52:6,11, 18,25 53:4 54:16 55:19 56:3 57:2,13, 14,20 58:19, 24 60:10 62:1,9 63:24 64:3,10 67:21 68:22 69:6,16 72:20 73:10, 20 74:15 75:1,11 78:8, 13,22 79:4 80:10,24 81:17 82:6 85:6 87:20,21 88:7,21 89:6, 11 90:11 91:17 92:4,15 93:17 94:4, 13,17,18 96:16 97:5,9, 13 98:16 103:1 105:14, 18 106:9,16, 19 108:4,11, 21 109:20,24 111:3 112:1, 18 113:14 114:20 116:23 118:6 119:17 120:22 122:12

**by** 3:16,23 7:22 8:2,8, 21,22 9:2,3, 13,20,21 10:4,10 13:8, 24 14:6,8,12, 16,25 15:8 16:21 18:8 19:7 20:4,25 21:8,17 22:23 23:8 25:1 26:4,23 27:1 28:12,17 31:1,5 32:1 35:24 36:16 39:14,19,22 40:2 41:10 43:7 44:4,17 46:6 49:17 52:2,7 53:13 56:13 57:19, 25 59:8 60:19 61:12 62:18 65:16 67:16 68:9,11 69:25 70:5,11 73:9, 24 74:20 75:12 76:4,24 78:16 81:7 82:8,14,19 83:2,4 84:3 86:21 87:7 89:10 90:5,22 92:1,7 93:1, 10 95:13 96:7 100:2 102:2,8 103:6,24 104:13 105:6, 23 106:24 107:2,9,13 108:25 109:5 112:2,19 113:9 114:10 115:22 116:14 117:6,17 119:10 120:10 121:21

## C

**C.O.P.D.** 64:5 68:23 72:3 73:23 76:22 77:17 79:19 80:11 109:7 115:25

**cabin** 43:5 47:18 53:23 63:16,19,25

**cabins** 93:20

**call** 11:7 22:20 38:16 46:17 49:24 74:8 78:4 81:1,22,24 86:16,17 87:20 88:8,9 89:8,15 90:18 91:25 95:15 97:15 98:14 99:14 100:19, 20 102:18 104:10,11,14, 19,20 105:5, 8,19 114:23 115:4

**called** 5:12 26:8 40:14,15 45:16 52:16 65:16 66:12 88:4 92:23 96:3 102:19 104:17,23 105:13,16 111:17 117:11

**calling** 118:19

**calls** 25:25 103:3

**came** 66:15 71:24 87:25 92:16 103:22

**can** 9:24 10:10 11:8 12:22 14:11, 18 15:10 17:23 19:22 20:2 21:10 24:9 25:7 26:24 31:10 34:10 37:18 44:21 45:22 48:5,24 49:1 58:4,8 59:12 60:22 63:20 68:10,25 70:6 74:12,22 78:2 79:12,17 82:6,12,18 85:24 86:4,17 95:2 96:11 97:2 100:9 101:4 103:2 107:6 109:25 110:13 113:23 115:20 116:15 122:20

**can't** 30:7 31:16 35:10 45:18 52:6 61:22 68:17 81:5 111:6

**canes** 29:4,8

**cannulas** 17:4 64:14 65:19

**canula** 16:14 64:16

**capabilities** 25:11

**capacity** 9:5, 6

**captain** 86:24

**car** 40:24 41:7 88:11 91:21

**card** 24:7,11

**cardiology** 13:11

**care** 10:24 11:24 17:20 18:16,19 22:19 25:5, 12,19 26:8,9 27:1 41:15 71:23,24 78:11,25 79:1,8,12 81:1,6 85:24 98:23 99:12 100:15 102:17 106:3 109:14 111:14 114:20 117:11,24 118:20 119:1, 2,8,16,21 120:2,15,16, 25 121:10

**cared** 19:13

**career** 5:6

**Carnival** 3:24 4:23 5:3,16, 17 6:1,12,20,

21 7:14 8:3, 21 9:2,16,21 13:9,23,25 15:10 18:2,3, 4 20:6 21:2, 18 22:4,14,19 23:1,9,12 24:7,18 25:24 26:9 32:24 33:4 38:6,18 39:1 40:13 42:9 43:10 47:17 52:11 54:21 58:9 59:11 61:21 62:24 67:12, 18,21,23 68:2,17 69:4 71:8 72:13 73:4,15 74:3, 10 77:3,8 79:9,11,24 80:12,14 81:5 82:1,23 83:2 85:11 86:20 88:14,18 89:7 90:6,14 91:24 92:4,8 94:9 95:2 96:7 97:8,9,18 98:6,10,16, 17,21 99:3,16 100:4 101:15, 21 102:10 103:17 104:3, 14,23 105:7, 14,18,24 106:17,23 107:16,17 109:2 110:7 111:25 112:3, 8,23 115:23 116:24 117:3 118:21 120:19 121:25

**Carnival's** 14:22 16:22 26:14 40:1 63:4 66:5 68:10,12 75:13 76:5,10 78:17 80:20 81:8 82:21 94:20 113:15 117:24 122:2

**Carnival-doctor** 6:24

**Carrera** 121:8

**carried** 8:21, 24

**case** 12:19 13:14 22:11 27:15 28:4 31:9,11 36:23 38:3 41:5,16 56:23 57:20 58:22,24 61:5 69:19 71:22 75:10,17 76:10 77:2,14 79:13 83:4 90:25 97:25 99:18 101:6 102:7 104:1 105:25 107:25 108:9,12,21 114:20 116:8

**cases** 5:16

**cash** 24:9,12 48:3,5 49:8, 11,12

**categories** 13:19

**cause** 3:4 91:13 109:15

**caused** 5:15 109:5,14,16

**caution** 59:19

**Cayman** 41:22

**CBP** 48:10 50:23,25 51:5 90:12 95:15 96:23

**cellphones** 104:22

**center** 7:10 8:21 9:6 10:5,14,20, 22,24 11:5, 16,17,20 12:1 16:20 17:14 25:4,11,20 26:10,20 30:13 63:15, 22 64:3,10,11 66:7,14 68:16,22 71:13 72:17 74:14 77:25 78:7,8 81:3, 15 88:12 91:17 95:8 111:19 115:6 116:17

**center's** 114:19

**centers** 13:10 14:21 21:13 26:8

**certain** 30:2, 7 32:17 73:22 74:8 75:1

**certainly** 19:8,25 25:15 58:22 99:23 110:13

**cetera** 9:12 16:16 25:15 42:16 44:13 47:25 48:9 50:6 57:18 87:24 95:8,24 119:5

**chain** 120:12, 25

**changed** 15:1 33:13 60:11

**changes** 47:18 53:24

**charge** 17:9 24:3 29:18 36:25 43:25 44:1 56:24 61:11 75:2 94:5

**charged** 16:14 18:10 23:12 38:1

**charges** 17:2, 15,17 19:10 22:7 23:2,22 28:10

**checked** 30:3 31:21 87:23

**checklist** 12:17

**children** 112:7

**chronic** 76:21 79:18 91:1 109:6 115:25

**circumstance** 24:25 68:14 80:25 103:16, 17

**circumstances** 11:14 18:12 40:25 42:6,11 43:10,23 68:25 69:5 71:21 78:22, 23 79:1,13 80:24 97:23 110:6 112:12 113:21 114:16,21 119:7

**city** 81:11 105:8 112:16, 19 113:4

**claim** 106:6 107:5

**claims** 4:2,7, 10 112:8

**clarification** 63:3

**clarify** 32:10

**clarifying** 22:10

**class** 10:4

**clear** 6:6 39:18 106:10, 19 116:20

**cleared** 50:6, 23 89:2
**clearly** 79:4 98:24 110:9
**client** 34:2 36:24 40:8 41:12 48:24 51:13 59:14 64:5 65:10 90:2
**client's** 48:12,16 58:10
**clients** 47:13
**clinic** 26:3
**clinics** 26:7
**closed** 10:14
**closely** 13:2
**closer** 26:11
**co-pays** 23:15
**Coast** 86:3
**code** 32:16,21 46:12
**coffee** 70:8
**cold** 74:1
**collapse** 117:25
**collapsed** 52:15 81:23 104:18 118:17
**collect** 20:14
**College** 9:14
**come** 39:13 40:16 51:19 66:13 68:22 71:10,12 81:2,3,14 89:8 90:7,10 92:8 100:13 103:4,21
**comes** 36:17 72:12 89:7
**comfort** 36:20 40:21 44:2 69:7 71:15 79:2
**comfortable** 64:4 68:20
**coming** 15:21 47:23 58:13
**comment** 35:10
**comments** 118:5
**commit** 69:17
**committed** 106:24
**common** 73:21 79:3 90:17 100:14 102:17 104:9
**communicate** 96:11
**communicated** 101:23 102:13 103:17 104:4
**communicating** 120:23
**comorbidities** 27:14 80:17 109:11
**companies** 21:3
**company** 30:11 38:6 71:16 79:22 111:7
**compared** 45:15
**comparing** 25:17
**compile** 19:4
**Complaint** 106:8 110:8, 20,22
**complete** 47:5 107:14
**completely** 23:16 53:20
**compliance** 9:8
**compliant** 62:13
**complicated** 89:20
**comply** 32:23
**composite** 84:11 117:12, 18,23
**comprehensive** 16:8 17:22 18:1,6 29:19
**compress** 77:10
**compresses** 64:23
**compressor** 65:1
**compromises** 91:1
**computer** 93:8
**concen** 78:18
**concentrated** 69:12 73:20 74:2 117:1
**concentration** 64:24 77:12
**concentrations** 67:13
**concentrator** 27:16 59:4,6, 16,17 64:13 65:1,10,18 66:6,11,19,22 67:25 68:24 69:1,20 71:15 72:2,5,7,20 75:25 77:10, 19,23 78:2,14 79:10,25 80:6,19 82:2 91:6 92:10,12 93:12,15,25 94:3,5,12 98:8,18 99:6, 11 100:5,8, 17,22 116:2
**concentrators** 28:21 64:1,22 68:11 69:9,16 70:20,22,24 71:1,5 73:12, 16 74:15,22 75:1,14 78:19 82:18 99:9
**concern** 27:6
**concerned** 19:13,18
**concerning** 9:2 24:17 36:24 37:7 57:21 58:21 59:13
**concluded** 123:17
**condition** 75:24,25 79:15 81:14 86:5 95:7 106:22 109:5, 7 118:3
**conditions** 73:17,22 74:12,13 75:8
**confirm** 85:23
**confused** 39:21 41:20
**confusion** 39:15 119:23
**connected** 50:22
**consider** 110:1,2
**considerably** 62:15
**considerations** 62:14 86:13
**considered** 8:9
**consistent** 41:23
**consult** 13:14 16:1 71:25 117:6
**consultation** 15:17,20 16:4 115:18
**consultations** 11:3

**contact** 11:24 37:17 50:14 97:2 120:17 121:2
**contacted** 80:3
**contacting** 100:12
**contain** 107:14
**contained** 47:4,19 58:20
**contains** 84:7 121:22
**contemplate** 114:4
**contemplated** 39:1
**contemplates** 38:2 40:1
**contend** 105:24 110:24 112:23 116:24
**contends** 106:24 112:3
**context** 6:4 117:7
**continue** 41:2
**continued** 80:12
**contract** 6:25 7:4 20:7 96:9
**contractor** 7:18 20:15 95:22
**contractors** 6:13,17,22
**contrast** 6:17 24:20
**contributed** 109:15 111:1 112:5,24
**control** 29:23 61:14
**controlled** 27:9
**convenience** 25:5 27:6 28:2 34:25 36:16,20 37:13 40:21 44:3 64:6 66:21 69:7 71:15 79:2
**convenient** 30:14
**conversation** 19:15 94:10 101:14 120:12,19
**conversations** 119:19 120:14 121:2
**cooperative** 112:21
**coordinate** 86:23 118:24 119:16
**coordinators** 119:16
**copies** 34:21 35:21
**copy** 14:7 21:12 34:10, 11,18 35:1,3 47:6 48:15 93:7
**corporate** 3:24 5:18 32:1 43:9 47:3 61:21 62:8 110:11 116:9
**corporation** 5:22
**correct** 6:23 9:18 10:16 15:11 16:6 18:10,24 20:18,21 21:20,23 24:2,13 27:25 28:6 32:22 38:4 47:6 51:1,11 53:15,18,21 54:7,11 55:3 57:1 62:25 68:16 71:2 73:14 76:12 80:2,20 89:24 90:1 95:11 96:1 110:16 119:15 123:2
**correctly** 78:4
**costs** 18:22
**could** 12:12 16:12 18:2,3, 4,7 19:2,4 23:16 25:16 36:14 40:6 42:18 43:6 47:8 49:5 51:7,9 60:1 61:21 73:21 75:24 77:19 102:19 104:10 106:15 108:17 111:16,23,24 114:22 115:21,24 116:12,13,16, 22
**could've** 109:21 111:3
**couldn't** 25:15 97:25
**counsel** 4:3,8 30:5 58:15 123:10
**count** 53:2
**counted** 53:5
**country** 22:8
**County** 5:12 25:20 26:10
**couple** 34:13 64:1 65:19 76:7 93:9 107:25 122:25
**course** 25:19 38:23 79:22 80:8
**Court** 3:6 14:14 15:5 108:4 123:12
**courtesy** 44:2 61:11
**cover** 12:24 21:3 22:6
**coverage** 22:18 23:13
**covered** 23:16,17,19
**covers** 69:18
**Cozumel** 86:1
**create** 16:13 18:3,4 19:2 44:25 45:8
**created** 58:1 60:11,13,15 61:19
**credentialing** 13:5,6
**credentials** 12:15
**credit** 24:6, 11
**crew** 12:3 18:18 27:5,16 32:19 33:20 62:12 72:13 79:2 88:14 95:23 102:25 114:19
**crewman** 40:2, 3 92:20 93:11,14 101:15
**criteria** 86:6
**critical** 116:22
**Cross** 23:18
**cruise** 7:21, 23 9:7,15 12:9,16 20:20 23:12 25:11 32:15,17 33:10 34:1

36:8 37:3,16 41:18 43:15 44:23 45:6,19 46:5 49:25 54:9 55:10,11 57:23 58:10 61:10,15,17, 25 66:25 72:7,11 74:8 76:23 80:4,8 81:10 84:18 85:22 89:25 95:25 102:19 121:6
**crutches** 29:6,7
**Cruz** 120:24
**Cunningham** 3:1
**curb** 38:12 40:22
**currency** 53:23
**current** 100:23,24
**customarily** 40:17
**customary** 17:14
**customs** 48:8 50:6,25 89:2 116:20

D

**D-1's** 46:11 51:3,7
**D-2's** 46:11 51:3,7
**Dade** 5:12
**damaged** 28:5
**danger** 27:3
**Daniel** 52:3
**data** 19:3 47:4 54:3
**database** 17:19,23
18:16 19:3 30:4 31:22,24 32:4,14 62:9 85:13
**date** 30:23 35:20 48:22 62:1,22,23 84:16,20,23 85:5,10,12
**dated** 55:2 122:1,3,4
**daughter** 43:1 65:17 71:25 73:2
**daughters** 111:3
**day** 10:25 14:24 28:11 30:18 41:22, 23,24 42:4 44:3,24 45:9 46:2 47:2 51:22 54:15 67:5 92:5,18 98:5 103:20
**day-to-day** 119:9
**days** 104:24, 25
**deal** 35:23 59:4 89:12 95:18
**dealing** 80:11 91:12 111:23
**deals** 59:3 61:16 86:6
**death** 109:16 111:1 112:6, 25 118:23
**debark** 38:10 54:18 88:7
**debarkation** 36:3 37:11,23 44:24 45:9, 14,17 46:19 47:2 50:2,24 51:11 53:6,11 85:22 86:10, 19 87:2 88:15 90:5 92:18 102:21
**debarked** 50:4 51:10,16 53:20
**debarking** 55:5
**debited** 94:6
**decedent** 76:16
**decided** 8:21 9:2
**decision** 8:25 71:14,17,18 76:2 83:2
**dedicated** 97:22
**deductibles** 23:15
**defense** 5:12, 14
**defenses** 110:8
**defer** 116:7
**definitely** 29:7 43:25 49:5
**definition** 76:14
**denied** 53:24 54:6 75:19
**department** 16:10 112:10, 13,23
**depending** 9:24 22:17 23:13 68:3, 14,24 79:1 80:23 113:21 119:15
**depends** 18:11 22:14,21 81:13
**deployment** 42:21 43:11
**depo** 13:15
**deposed** 113:4,5
**deposit** 24:12,14 27:21 28:3 65:18 94:1,6
**deposition** 3:1 10:11,13 11:10 14:2 28:10 30:20, 23 42:7 56:16 58:13 60:1 65:23 66:3 72:12,24 88:19 92:25 94:16 110:12 121:18 123:17
**depositions** 5:19 108:6,7 123:5
**deposits** 49:8
**described** 69:9
**description** 12:21
**designed** 33:10
**desk** 36:11 45:8 61:4 77:24 87:23 91:16
**destroyed** 104:24
**determination** 114:18 115:20
**determined** 9:20 18:13 86:21
**developed** 62:12
**device** 64:23
**diabetes** 28:20 109:12
**diabetics** 27:13
**dials** 11:23

**did** 4:25 5:1 12:18 14:1,15 20:11 33:5 40:8 58:2,19 59:9 67:19 72:8 75:14 76:20,21 77:8 78:5,10,19 79:9,20 80:15 81:21,22 87:21,24 88:6,7 91:5, 18,24 92:5,8 97:1 98:16,23 99:2,3 102:24 104:6,14 105:7,14,15 107:5 108:8 111:9 115:9 116:18
**didn't** 7:7 12:4,12 17:10 26:6 30:5 33:16 37:1 40:4 47:8 57:11 58:18, 24 61:6,9 62:6 63:12 66:15,16,17, 18 69:15,16 75:18 77:24 78:11 79:24 80:13,14 81:1,2 87:17 89:11,13 94:15 98:5, 22,24 99:25 100:20 104:6 105:15 108:20 109:22,23 116:23 123:7, 10
**difference** 85:19
**different** 17:17 24:25 25:3 30:13 31:12,24 45:14 50:15 62:11 65:7,8 68:3 83:14,19 114:11 117:13 120:22
**differently** 30:9 98:4
**difficulty** 66:10
**digress** 63:1
**DIRECT** 3:15
**directly** 4:11
**director** 4:2 30:22 57:25 60:3
**Disabilities** 56:19
**disagree** 35:18
**disbelieve** 43:12
**disbursed** 67:13
**disclosed** 6:25
**disclosure** 7:1,12 21:9
**discovery** 59:21 79:14 107:18,22,25 108:9,11,13, 14 110:10,23
**discuss** 7:19 30:6 32:8 60:22 61:23 79:16
**discussed** 88:21
**discussion** 7:18 20:23 63:1 69:14
**disease** 91:1
**disembark** 47:25 82:23 83:3 92:13
**disembarkation** 52:6 86:7,12, 13,22 94:20 101:22
**disembarked** 45:12,19
**disembarking** 81:11 82:22 118:4,14
**Dismiss** 108:3
**dispatched** 51:18
**dispensation** 69:20 73:11
**dispense** 69:4,6 75:14
**dispensed** 65:10 68:11 79:25
**display** 15:16
**dispute** 43:13
**disputes** 101:16
**distinct** 24:25
**distinction** 64:19
**distinguish** 22:1 77:2
**distress** 98:2,11 104:11 111:5, 15
**division** 20:19
**do** 3:8 4:9 5:24 7:11,20 17:13 19:12 20:7 23:7 25:15 27:21 31:11 34:10, 11,16 36:23 40:24 41:11 42:5,8 43:16 46:11 51:24 52:18 53:25 54:7,23 57:15 61:1,3 63:18 66:1 67:6 68:1 73:25 74:6,7 76:18 77:22 78:2,21 79:6 81:5 92:4,17,20 93:14,19 94:18 95:8,9 96:24 97:4 102:9 110:1, 21,22,24 111:8 112:11 113:2,15,16 114:4 119:15 122:14,15
**docked** 103:12
**docks** 95:5
**doctor** 7:21, 22 11:1,2,6, 12,14,15,25 12:11,16 13:13,22 20:14,19 66:19 67:20 68:21 72:18, 19 81:2,15 86:11,20,22, 23 87:3,17,21 88:23 90:9 91:11 100:20 102:20 106:11 111:19 113:17,22,23 115:11,18,20
**doctor's** 75:2 78:25
**doctors** 6:20 8:9,22 9:3,22 12:7 13:4,6, 9,16 20:5 67:24 113:10
**document** 14:17 15:6 21:15 28:7,15 29:22 31:16 32:5 44:8 45:4,7,21,23 47:1 50:15 52:9 53:22 54:12,20 55:12 56:9,18 58:5,6,19,20

60:15 61:22 62:16 84:1 85:16 117:15
**documentation** 43:17,21 69:2
**documented** 46:22 51:25 65:9
**documenting** 42:9
**documents** 14:10 35:5,6 44:6,15 45:13 56:9,11,14 63:2 73:6,7 84:7 85:20 93:24 117:10 121:13 122:11
**does** 7:5 13:9 14:3 15:21 18:13 21:5,18 23:9 38:18 41:25 42:11 46:15 51:19 52:2 53:10 54:1 55:4 61:4 67:12 70:19 71:2 77:10 79:9 82:1,22 84:17 86:19 90:14 94:9,21,23 97:18 98:6,16 105:24 107:14 110:8,22 112:22 113:15 116:24
**doesn't** 23:1 41:2 49:22 52:11 59:1,4 61:22 67:21 68:20,21 72:18,19 73:15 104:20 109:24 117:3
**doing** 42:11 70:2 74:10 111:7 118:16
**dollars** 65:19
**don't** 8:1 10:7 11:6 12:17 13:5, 13,20 14:3,4 17:21 18:25 19:23 20:1, 12,13 21:3,25 23:5,7 24:10, 15 28:24 29:12,18 33:15 34:3 35:16 36:5 42:8,15 43:13 44:7 46:9,12, 13 51:4,5,7 52:11,21,23 55:25 57:16 58:11 63:11 64:10 67:7,19 68:5,7 69:11 72:16 73:4 75:7 79:3,11 81:4,16 82:6 89:11,12 92:14,23 93:8,21 94:14,19 97:10,12 102:6 104:19, 20,23 105:1, 3,12,13,14,15 106:8 108:19, 23 110:17 113:3 114:8 120:13 122:22
**done** 9:23 31:3 36:7 40:17 44:1 78:1 81:9 91:14 95:11 97:25 98:1 108:15,17 111:3,5,17 113:16 115:11,21,24
**Doral** 3:22
**dosage** 68:6
**dosages** 68:2
**doubtful** 93:13
**down** 37:5 43:1 66:13,15 67:10 71:12, 24 72:17 78:6,7,15 85:7,9 91:20 92:17 103:23 106:13
**downtown** 5:13
**Drawing** 37:21
**drop** 48:3,5 49:11
**duces** 121:23
**due** 58:18 109:14 111:13
**duly** 3:13
**durable** 26:14,17 59:13 63:5 78:23
**during** 5:7 10:20 11:5, 16,20 12:9 16:2 41:19 42:3 61:8 85:22 102:19
**dynamics** 16:24

**E**

**e-mail** 120:12
**e-mailed** 23:25 122:5
**e-mails** 41:14 43:22 117:9, 23 118:2,11 119:18
**each** 9:6 13:22 16:14, 15 17:10 19:23 23:23 39:16
**earlier** 54:14 60:17 67:5 92:24 108:17 114:8 116:21
**earliest** 51:9
**early** 106:7 107:22,24 108:12,13,21
**easier** 42:2
**effect** 30:7,8 34:1 57:2,23 60:5,14,21 61:15,18 84:18,20,24 85:2,6,18
**effective** 111:10
**either** 7:17 11:24 27:4 29:19 39:7 47:24 51:6 53:4 63:17 64:4 71:14 79:5 86:14 109:8
**elbows** 29:14
**elderly** 36:18
**elected** 24:1
**eliminated** 116:25
**else** 42:21 101:4
**else's** 64:16
**Elser** 5:13
**elsewhere** 7:5
**embark** 92:14
**embarkation** 36:3 37:11 41:13 43:22 44:22,23 45:8,9,15,16, 18 46:1,2,12, 14,18 47:2 49:21,25 51:20,22 54:8 61:8 92:18 117:24 120:22
**embarking** 55:4

**emergencies** 37:9,12
**emergency** 9:15 12:24 24:20 25:16, 17,19,21,23 26:12 36:2 38:25 39:24, 25 63:23 86:1 87:10,11 88:8 89:16 90:19 91:18,25 118:7,22
**emergent** 25:6 40:12 81:20 87:18 89:5,6 98:25 106:15
**EMH** 18:16
**employed** 3:23
**employee** 6:18 7:17 72:14 104:23
**employees** 6:21
**EMT's** 112:14, 24
**encounter** 16:24 66:2
**encourage** 37:16
**end** 45:5 49:25 76:8 108:1 110:9
**ended** 6:3 66:25
**ends** 11:18 44:22 107:25
**energy** 74:19
**enhance** 76:7
**enough** 69:3 81:14
**Ensenada** 95:17 119:1
**entire** 37:16 72:7 97:22
**entirety** 57:14
**entitled** 16:23 29:22 46:14 56:17, 19
**environment** 27:10
**environmental** 32:13 33:6,8, 17
**equipment** 8:24 9:1,2, 10,20 25:13 26:15,17,21, 22,25 27:2, 18,22 28:1,4, 19,21,22 59:13 63:5,6, 8,13 65:8 78:24
**escalate** 111:16
**escorted** 101:15
**escorting** 97:20
**especially** 91:14 97:15, 17
**Esquire** 3:12
**establish** 48:23
**established** 73:12
**evaluate** 115:19
**evaluated** 71:11,12
**evaluation** 71:6
**even** 6:4 23:17 35:12 37:12 52:25 60:15 74:10 77:24 81:3 82:24 97:5 106:8,12 111:21 112:20 119:7
**evening** 42:1, 4 66:8,22 67:11 71:16 72:2,21 76:3, 22 77:16 115:12
**event** 46:16, 18 90:23 101:19
**events** 6:9
**ever** 87:21
**every** 6:5 44:23 45:8 47:1 71:22 92:18 93:6 96:20
**everybody** 34:21 64:21
**everyday** 4:4
**everyone** 41:23 60:8 91:21
**everything** 32:4 81:19 83:15 110:3 118:15 122:6, 10
**evidence** 102:6 103:18 104:3,7 105:18 113:3, 7
**exact** 10:7 12:17 13:5 62:22,23 105:1
**exactly** 19:1 53:10 61:23 94:17 103:5 110:18 119:20
**EXAMINATION** 3:15
**examined** 3:13
**example** 90:24
**examples** 17:4 76:25 116:15
**exceed** 13:1
**exceeds** 9:7
**except** 48:21 94:13 103:19
**exceptions** 97:9
**exhaustive** 17:16 28:24
**exhibit** 15:13,15 19:11 21:11, 18 22:3 28:14 29:21 30:16 33:12 37:20 38:2 46:14 49:2 52:13,20 54:20 55:13, 15 56:16,18 57:9,22 59:12 60:12,13,17, 20,21 61:14, 16 62:19 69:10 70:14, 20 83:25 84:4,7 88:24 117:12,19,22 121:17,25 122:2,4
**exhibits** 14:12 44:19 121:13
**existed** 62:6
**expect** 109:25
**expectation** 40:8
**expected** 81:5
**expedited** 86:19 87:2 90:4 101:22 102:12
**expensive** 27:22
**experience** 46:21
**expertise** 67:20
**experts** 13:18 116:7

**explain** 4:4 95:13
**explained** 18:15 38:3
**explanation** 64:18
**explore** 16:24
**explored** 93:3,5
**explosion** 63:21
**explosive** 63:20
**extensive** 15:9 25:21
**extent** 31:15 64:3
**extra** 74:18
**extremely** 109:17
**eye** 72:25 73:1

**F**

**face** 79:17
**faced** 68:18 71:13
**facilities** 9:8 86:3
**facility** 11:12 85:24 87:12 100:12
**fact** 48:25 72:5 80:6 115:9 119:8 123:9
**factor** 109:15
**facts** 78:22 79:13,22,24 80:17,23 99:18 103:8 106:5 110:6 112:11 114:16
**factual** 110:23
**failed** 106:9
**failing** 106:21
**failure** 106:3 109:13
**fairly** 25:8 30:2
**fall** 33:16
**familiar** 29:24
**families** 47:25
**family** 41:6, 19 42:20,22 53:25 54:7,17 55:24 65:21 66:7 68:19 72:12 75:20 80:1,3,14 88:7 94:11 98:24 99:14 101:8,17,24 102:13 103:10 104:5,21 106:14,20 107:4,12 118:23,24 119:2,9 120:8 121:10
**FAQ's** 7:6
**far** 10:15 15:9 27:5 47:3 57:23 106:7 110:4
**fault** 111:9
**fee** 14:5 15:24 16:1 17:24 20:5, 13,14,15 27:24 36:22 37:1
**feel** 72:1,8 74:19 75:21 93:5 111:9
**feeling** 51:18 87:19 88:1 91:16 103:1 106:14
**fees** 15:1 18:9 19:17 23:19
**felt** 71:11 78:12,13 79:7 81:13,17,18
**few** 4:25 11:8 21:24 28:18 54:12 121:13
**Fifteen** 4:24
**finally** 122:3
**find** 14:11 17:23 18:22 36:23 42:18 49:5 51:7 56:5 71:22 93:2 122:14, 18
**fine** 31:16 34:18 74:18 78:9 80:7 91:11 103:1 106:14 111:22
**finger** 111:6
**finish** 82:11 120:4
**fire** 27:3 51:18 52:16 63:20 94:22 98:14 100:19 105:8 112:13, 15,23 113:4,5 115:4 123:6
**firm** 5:12
**first** 3:12 6:11 9:13 30:1 35:15 51:3 54:3 88:6 89:16 104:17 107:10 112:15,18
**five** 14:15 31:25 89:9 90:13 95:16
**fleet** 9:24 14:22 24:16
**flipped** 44:12 117:21
**Florida** 3:2, 3,22 4:18 81:12
**fly** 38:8 119:2
**flying** 118:24
**follow** 9:16 60:8 119:9
**following** 43:23 81:12 117:25 121:6
**follows** 3:14
**for** 3:3,25 5:2,9,13,21, 22 6:3 7:7, 12,21 9:7,15, 23 10:13,17 11:3 12:1,13, 16 13:6 14:1, 9 15:6,16,18, 21 16:1,3,13 17:2,4,15,17 18:5,7,9,17 19:4 21:15,21 22:7,10,17,21 23:11,15,23 24:3,16 25:5, 12,25 26:14, 18 27:4,6,7, 13,21,24 28:10,13,15 29:13,17,22 30:7,14,23 31:13 32:10, 12,14,18 33:7 34:11,20,21, 25 36:1,2,9, 10,19,21,25 37:1,9,10,14 38:2 40:20 42:2,14,20 43:14 44:2,8, 15,22 45:11, 13,14 47:16, 23 48:8,21 49:12 50:1 51:8 52:13 53:7 54:8,15 55:10,11,15

56:11,24 57:15,20,23 58:13,19 59:9,20 60:1 61:14 63:5 64:3,18 65:17,18,19 66:22 69:6,15 70:7 71:6,10, 15,16 72:2, 21,22 73:11 74:14,17 75:2,15,25 76:2,6 77:5 78:1,20 79:1, 10,20 80:11 82:21 84:1 85:21,23 86:6,8,13 87:1 88:17 90:15 91:4,13 92:17,19 93:2 94:13,16,20, 21,22 95:19 96:7 97:18 98:7,17 99:1 100:4 101:9, 21,22 102:11, 22,23 103:4, 19,21,25 104:15 105:9 106:3,20 108:8 109:10, 14 110:21 111:7,14,23 113:16 114:11,23,25 115:24 116:4, 21 117:1,15, 18 118:11,21 119:4,16 120:6,18,25 121:20 122:1

**force** 81:5

**foreign** 89:19 97:15 114:23 119:1

**form** 7:24 8:6 13:21 19:21 21:6 22:9 23:4 24:23 25:25 39:10 40:11 42:23 43:19 62:3 67:15 68:5 69:21 73:18, 20 74:4,23 75:16 76:13 77:6 80:21 82:3,16 87:4 88:25 90:16 102:4,14 103:13 104:8 105:20 106:25 107:18 111:11 113:1 115:15 116:3,6

**formal** 60:16 62:19

**format** 45:13

**former** 50:3

**forms** 27:18

**formulary** 8:20

**forth** 41:15 69:9 86:2 117:24 119:21

**forthcoming** 58:14

**found** 32:6 120:7

**four** 14:15 33:21 37:23 122:15

**four-and-a-half** 5:10

**frame** 6:7 116:4

**frankly** 24:16

**free** 17:9 44:1 61:11

**from** 11:10 20:2 21:21 22:3,19,24 29:25 30:12, 13 38:7,14 42:3 45:19 51:19 60:18 62:15 65:2 66:7 69:3,4 72:12,13 73:16 75:24 77:11 78:13 79:21 93:12, 17 98:21 99:14 101:14 107:7 113:6

**front** 36:8 37:14 41:8

**function** 61:2 82:15 97:11 116:8

**functions** 96:17

**further** 33:5 94:15 108:10

**fuss** 78:12

G

**gambling** 48:8

**gangway** 41:3 50:14,21 92:17

**garage** 91:22

**gave** 10:11 14:18 17:5 34:13,14 35:13,15 58:15 59:20 66:21 72:10 76:25 77:9 83:15

**general** 24:17 34:6 97:10

**generalize** 10:2

**generally** 4:6 12:23 14:4 23:1 45:5 57:3,4,5 60:8,22

**generated** 47:7

**GERSON** 3:16 8:2,8 13:8,24 14:8,16 15:8 16:21 18:8 19:7 20:4,25 21:8,17 22:23 23:8 25:1 26:4 28:12,17 31:1,5 35:9, 13,22,24 39:14,19,22 41:10 43:7 44:4,14,17 46:6 49:17 55:23 56:3,7, 13 57:19 59:5,8 60:19 61:12 62:18 67:16 68:9 69:25 70:5,11 73:9,24 74:20 75:12 76:4,24 78:16 81:7 82:8,14,19 83:15,20,24 84:3 87:7 89:10 90:22 92:7 93:1,10 99:22 100:2 102:8 103:6, 24 104:13 105:6,23 107:2,13,21, 24 108:4,10, 14,19,25 112:2 113:9 114:10 115:22 116:4,14 117:17 119:10 120:10 121:21 122:9,22 123:2,5,9

**get** 15:21 19:14 20:12 22:21 23:24 25:7 26:3 27:21,22 30:12 31:13 34:13 38:7,

13,16,20,25 39:21,24,25 40:9,16 42:2 43:2 60:4 62:21 63:12, 23 66:11 67:10 71:10 79:7 82:10,12 87:1 88:3,8, 11 89:4,9 90:4 91:17 95:15 100:13 102:24 103:2 105:9 108:17 111:10 115:6 116:23 120:6, 24 122:17,18

**gets** 27:1 96:13

**getting** 9:19 42:6 76:23 80:9,19 86:19 93:19 100:3 109:10 118:25

**give** 3:9 27:13,15 33:19 36:21 63:21 64:6,13 68:25 75:18 80:14 108:16 110:11 116:15 123:10

**given** 5:18 36:16 37:2 42:19 43:17 58:15 61:10 63:24 66:6 72:23 75:1,9 77:15 81:9 88:14 115:25 119:22

**gives** 53:7 77:11,12

**giving** 103:7 110:23

**glad** 57:4

**glucose** 25:14 27:13 78:25

**go** 12:21 25:9 31:12 41:4,6 45:25 54:16 56:8 59:3 68:15 77:24 88:11 91:19, 21 95:17 102:24 106:11 113:25

**goes** 11:23 36:11 109:17

**going** 5:1,25 23:14 31:8 33:23 37:4,5, 15 38:7,15 39:4 41:5 54:12 69:23 70:3 81:11, 17,19 86:2 88:10 89:4,7, 8 94:18 95:17 99:20,22 111:22 117:11,23 121:15 122:3, 12,14 123:12

**gone** 31:3 98:4 104:25 115:1

**Good** 3:17,18 121:16

**got** 5:12 11:9 22:15 29:21 41:23 42:2 43:14 52:19, 22 77:22 83:18,22 90:11 91:15 94:2 100:6 101:7,18 103:5 115:19 118:5 120:2 122:25

**gotten** 43:24

**governs** 18:16

**grab** 115:5

**graduation** 5:1

**Grand** 41:22

**grandchildren** 41:6 91:20 109:19

**grandmother** 109:19

**grandson** 119:22

**gratis** 36:6, 16 37:3 38:4 61:11

**green** 64:20 70:23

**group** 32:2 50:1 121:5

**grown** 62:14

**Guard** 86:3

**guess** 4:25 44:5 51:16 71:23 97:5 101:10 108:17

**guessing** 29:18 44:12

**guest** 11:23 12:1 18:17 25:6 27:4,6, 7,16 29:1,25 30:12,22 33:20 36:1,9, 17 38:7,10,19 39:23 40:20 41:1 42:3 43:2 48:3,5 52:5 54:15 55:4,5 57:25 60:2,3 63:16, 19,23,24 64:3,7 65:15 66:9,12,21 77:23,25 79:2 87:23,25 91:15 98:10 100:13 106:12 114:19 115:6 117:4 120:21 121:5

**guest's** 86:4

**guest-related** 4:6

**guests** 16:11 24:2 25:5 27:5,12,19 30:15 32:18 37:13,16 45:19 47:12 50:3 54:18,19 69:13

**guidance** 4:8

**guideline** 9:9

**guidelines** 9:7,15 12:24 13:1 25:9,12 57:6,8 83:5

**guilty** 110:25 112:4,24

**guy** 52:18

**H**

**H-E-S-S** 32:24

**had** 30:23 40:7 43:24 46:23 55:8 59:11 63:6,7 70:12 72:4,7 75:23,25 77:17 79:18 80:13 85:14 91:13,14,19 92:4 98:1,3,8 99:4 100:4 101:19 102:10,20 109:6,11 111:13 115:25 116:21 119:19,22 120:14,19 121:2 122:6

**half** 107:10

**hand** 3:6

**handle** 85:24

**hands** 98:19 99:7 100:6

**happen** 69:15 86:25 98:5 100:21 108:20 113:22,24 114:22,24
**happened** 31:10 62:17 72:11 89:18 102:21,22 103:19 104:1 116:12 118:17 119:19
**happens** 40:17 44:24
**happy** 34:18 110:21
**hardly** 58:17
**has** 19:3 31:3 32:24 35:20 36:10 42:9 44:12 47:10 53:25 54:6,22 62:12 64:21 68:23 72:3,4 73:4 79:11,18 86:1 88:18 95:3,6 100:24 103:3 113:5 115:23 118:22 122:18
**hasn't** 37:20 44:11 108:5 122:19,20
**have** 4:23 5:1,15,19 7:18 8:17,19 9:11 11:22 12:25 14:23 15:1 16:9,13, 18,23,25 17:14 18:25 19:1,12 22:18 23:10,14 24:1,5,6,9, 10,12 25:10 26:6,7 27:10 28:9,24 29:11,18 30:5,10 31:24 32:14,15,17 33:3,15,19 34:11,12,14, 16 35:7,10, 14,21 36:14 38:16,18 40:8 42:5,13,15 43:12 45:19, 23,24 47:24 48:1,9,20 49:18 51:9, 10,20 52:12 53:9 54:17 56:2,16 57:13 58:2,18 60:5, 10,24 62:13, 14 63:18 64:5 65:7 66:1 67:7 69:19 70:12,13,15 73:4 74:9,14 75:5,15 78:2, 19 80:5,12,16 81:9,14 83:8, 12 84:16,20 85:15 88:5,18 89:12,15 90:7,9,10,12, 14,25 92:14, 23 93:16 94:10,14 95:17 96:11, 19,24 97:10, 18,22,25 98:1,4,6,7, 14,17 99:3,5, 10 100:5,19 101:15,20 102:6,9,19 103:11,18 104:4 105:12, 18 106:10,16 107:6 108:2, 6,7 109:1,21 110:5,17,22 111:5,17,18, 19,24 112:11, 20 113:3,4,7, 13 114:25 115:11,16,21, 24 116:12,13, 16,19,22,25 117:3 120:15, 22 122:11,23, 24 123:5
**haven't** 69:11 79:4 93:3 106:8 110:20 121:14
**having** 3:12 36:18 37:4 46:21 66:10, 14 90:19 109:9 120:11
**hazard** 27:3
**he** 10:12,13 34:14 41:25 43:2 44:11,12 52:4,19,22,25 57:11 66:1,2 67:9 72:15,21 121:9
**He's** 118:11 120:25
**head** 20:2
**health** 18:17 21:3 22:5 23:3 32:12 33:5,7,16 106:22 109:5
**healthcare** 22:17
**hearing** 122:16
**heart** 90:20, 25 106:18 109:17 111:2
**held** 31:23
**help** 72:16 76:21 77:19
**helped** 72:5
**helpful** 112:21
**her** 36:19,21 40:9,16 41:3, 5,7,9 42:2 43:5,6 44:2 51:16 66:10 68:25 71:14, 15 72:5,17 75:20 76:17, 21 77:9,19,22 79:12,14 80:15 81:13, 15 88:2,3,5, 8,12 89:9 91:11 92:11, 15,16,21 98:18,20 99:1 100:5 101:9, 15,17 102:24 103:4,21,22, 23 106:2,3,4, 13,21 108:16 109:5,12,14, 16 110:5 111:15,18 112:7,16 114:8 115:19 116:16,17,19, 22 118:3,18 120:6
**here** 10:13 15:11 21:9 25:20 26:10 30:18 34:17, 21 35:19 40:18 47:10 48:12 52:3 53:6 54:4 57:11 67:21 71:12 73:13 79:5 83:8,10, 12,18 88:10 106:20 109:15 112:21 114:20 117:9
**Here's** 60:9
**herself** 81:3 105:25 109:22
**HESS** 30:2,4 31:22 32:3,7, 9,11 60:7 62:7 83:20 85:9,13

**HESSMS** 33:5
**hey** 78:2
**higher** 64:24 77:12
**him** 82:11 119:22 120:2
**himself** 52:22
**hired** 5:8 96:7
**his** 10:13 42:7 52:12,14 65:16,23 66:3 79:18 88:19
**hit** 70:3
**hold** 9:5,10, 11,25 13:9,17
**home** 38:8 69:3 89:1 95:14,21 97:17
**hope** 100:16
**hospital** 17:13 24:20 26:12 86:17 88:9 89:17 94:23 97:20 99:13 102:12 113:6,11,19 114:5 115:14 119:4
**hospitals** 25:22
**hotel** 119:3
**hour** 66:24
**hourly** 15:24
**hours** 10:5,7, 17,19,21,25 11:5,17,21 15:19,21 16:3,4 65:16 66:8 67:1 77:16
**housekeepers** 93:18
**housekeeping** 43:4 93:17 120:7
**how** 4:9,15,23 18:13 24:14 25:2,10 36:23 41:11 61:1,3 65:4 66:20 67:3 69:14 75:22 83:2 85:1 109:25 111:24 112:13 113:10 116:22 118:16
**however** 58:2 61:19 63:22 71:25 77:14
**Hu-huh** 46:10
**husband** 72:1 91:11 112:7
**hypothetical** 114:21
**hypothetically** 40:6,18 85:25 98:10,13 116:11
**hypotheticals** 97:16

**I**

**I'D** 26:13 82:20 103:8
**I'LL** 34:13 76:8 122:17
**I'M** 6:9 9:19 11:12 12:4 14:25 16:1,9, 13,23 17:9 19:3 28:13 29:7,18 30:18 34:15 43:8 44:12 46:4,8 48:10,23 50:17 51:23 52:10 57:4,10 67:18 68:7 69:24 70:3,7 77:2 78:8 79:15 83:17 84:20 94:17 97:8 99:18,22 100:3,17 101:25 103:7 104:2 106:14 112:21 113:16 115:20 117:11 120:1 121:8 122:3,12 123:7
**I'VE** 17:21,24 37:19 93:5 96:16 113:24 117:18
**I.D.** 15:7 21:16 28:16 44:9,16 56:12 84:2 117:16
**icon** 85:11
**idea** 97:10 105:12
**identify** 14:19 18:21 21:10 44:21
**identifying** 47:20
**if** 7:15 10:2, 3,10,25 11:10,21,22 12:22 14:11, 18 15:19 16:2,3,18 18:2,5,20 19:4,5,12,17 20:1 24:10 27:10,16 28:9 29:1 30:3 31:18 33:12 35:7,21 36:17 37:15,16 38:5,10,14 39:4 40:10, 12,20 41:1 44:20 46:23 51:12 52:21, 22,25 53:1 57:16 59:3,12 63:22 64:7,10 66:14 68:18 69:18 70:7 71:11 72:16 77:4,22 78:3 81:13 82:7, 10,24 85:7,9, 14,21,23,25 87:9 88:1 89:1,7 90:7, 18 92:14 93:7 94:24 95:6,17 98:10 99:11 100:11,18,23 102:17 104:11,21,22 106:16,19 109:4,24 111:4,14,15 112:8 113:22 116:18 119:7 122:25
**immediate** 98:3,12 102:23
**immediately** 87:11 88:9
**implemented** 85:13
**important** 8:3
**in** 3:3,22 4:4,9,22 5:11,13,14,19 6:1,5,17,25 7:1,4,6,9 8:15,21 9:4, 5,8 10:8,20, 22,23,25 11:8,12,16 12:1,21 13:2, 10,11,14,15, 18 14:5,10,24 15:2,3,13,21 16:6,9,10,19 17:23 19:10 20:5,14 21:14,21 22:6,16,20 23:18 24:5, 17,20 25:6,20 26:10,24 27:8,15 28:4,

10 29:10,11 30:2,4,7,8, 10,18,19 31:10,12,17, 18,20,24 32:9,15,23 34:1,6 35:15 36:13 37:5, 15,18,19 38:3,10,22,25 39:6,20,23,24 41:2,5,6,7,9, 13,16,20,22, 25 42:7 43:22 45:22,24 47:4 48:25 49:2 51:21,22 54:23 55:12 56:6 57:2,6, 12,13,14,16, 20,23 58:8, 13,20 59:25 60:5,10,14,21 61:3,6,15,18, 24 62:20 63:15,19,21, 24 64:2,9 66:3,7,24 67:5,11,13 69:9,19 71:2, 10 72:5 73:21 74:5,13,14,16 75:1,3,4,17 76:10 77:2,14 79:14 80:2,3, 6,24 81:11,23 82:5,6,18 84:17,20,23, 24 85:2,6,18 86:17 87:2,5, 6,8,9,13,14, 19 88:2,15, 19,24 89:1,5, 6,9,17,19 90:4,10,15, 23,25 91:21 92:5,16,24 93:7 95:7,12, 14,16,17,21 96:4,12,20,24 97:10,15,16, 17,25 98:2, 11,13,19,25 99:7,10,12,15 100:15 101:6, 16,18 102:18 103:20 104:1, 11,15,18,21 105:25 106:7, 16 107:25 108:9,12,13, 18,21 109:12 111:4,7,15,24 113:12,20 114:2,5,13, 14,19,23,24 115:1,2,3,7 116:5,8,17 117:7,13,20 118:6,7,23,24 119:1,2,6,23 120:1,12,17 121:5 122:13 123:9

**in-house** 5:16

**incident** 46:15,20,23 49:21,22 62:2,24 89:18,25

**include** 6:4 94:21

**including** 30:22 96:16 109:11

**increase** 75:6

**indeed** 74:15

**independent** 6:13,16,21 7:17

**individual** 5:23 19:24 32:2 97:13

**industry** 97:14

**information** 19:9 20:1 42:5 47:8,14, 20 51:19,25 52:1,12,14,19 54:5 58:13 66:2 72:10 73:4,5 77:15 88:13,18 101:11,20 102:9

**inhaler** 72:4

**initial** 15:16

**initially** 33:5 77:24

**injured** 82:22,24 94:21 97:19 101:23 113:17 114:5

**inside** 21:13 26:20

**insurance** 5:14 21:2,3, 19 22:5,12, 15,21,22,25 23:3

**interaction** 65:15,21

**interested** 120:1

**interim** 90:10

**internal** 13:12

**international** 32:21 53:23

**interned** 5:7

**interrogatories** 110:16,19 122:2,15

**interrogatory** 110:14

**interrupt** 12:4

**intervals** 6:14

**intervention** 111:10 116:25

**into** 38:20 39:4,24 40:9, 22 63:1 74:10 82:10 85:13 100:6,23,24

**inventories** 36:1 37:8

**invoices** 17:20

**involved** 88:15

**involvement** 88:23 90:5

**involving** 5:16 72:11

**is** 4:1,2 6:6, 12,17,19,24 7:9,12,13,22 8:4,20,25 9:19,20 10:20,21,24, 25 11:2,6,11, 12,15,17,22 12:20 13:3 14:5,20 15:2, 9,15,17,20,25 16:2,6,7,18 17:1,17 18:16 19:10,12 20:1 21:12,24 23:21 24:4,7, 14,15 25:10, 19 26:5,17,18 27:2 28:4,22 29:22 30:16, 18 31:8 32:5, 11,16 33:12, 14,18,23 34:12 36:1,2, 18 37:23 38:4,9,25 39:1 40:7 41:1 42:17 43:9,16 45:1, 4,10,11,12, 13,14 46:1,2, 14,18,25 47:4,11,21,22 48:11,12,13, 17,18 49:20,

23 50:12,25 51:2,12,16 52:13 54:13, 20 55:15,24 56:16,18,22 57:6,22 58:3, 4,20,23 59:6, 15 61:2,13 62:19 64:24 65:1,9,14,15, 17 66:5 68:16 69:3,8,19 70:25 71:6, 18,20 73:10, 16 74:7,16 75:1,6 76:14 77:10 78:3 79:18 80:18 81:8 82:2,4, 21 83:2,13, 15,17,18 84:4,10,14 85:1,22 86:12 87:16 88:13, 17,22 91:9 92:15 93:2,24 95:16,19 96:10,17 97:6,11,13,24 99:3,20 100:3,10,15, 24 101:11,20 103:9,20 104:3 105:7 107:19,22 108:14,21 109:18 110:12 112:17,22 114:11,13,19 117:13,20,22, 23 118:16,20 120:16,20,25 121:8,17,25 122:2

**ISM** 32:16,21, 23 33:3

**isn't** 8:3,18 11:15 48:12 73:12 74:11 75:7 82:9,15 100:3

**Israel** 120:24 121:1

**it** 4:21 5:16 6:2,19 7:5,19 8:3 10:2,8 11:15 12:1 13:10 14:11, 14 15:20 17:7,17 18:3, 5,11,22 19:2, 4,13,18,25 20:2,3 21:5, 24 22:13,14, 21 23:16 25:10,17 27:1,3 28:10 30:1,2,3,5,6, 8,10,11,14, 18,19 31:17, 18 32:12 33:6,16,18 35:16,20,21, 25 36:4 38:2, 3 40:1,5 41:13,21,25 42:1,11,13, 14,15,23 43:3,4,5,23, 25 45:14,17 46:17,18,23 47:7,9,15,19, 22 48:6,8,13 49:12,21,22, 24 50:2,12 51:15,20,21, 23 52:2,7,9, 21,22,23 53:10 54:1, 15,21 55:15, 16,17 56:2 58:15,16 59:1,3,4,20, 21 60:7,14 62:6,7,21,23 64:3 66:5,16, 20 67:1,7,9, 10 69:4,6,11, 17 71:2,6,22 72:5,9,15,21 73:21 74:6,8, 9,12 75:3,4, 5,7,15,20,21, 22,23 76:8, 11,16,21 77:4,8,10,20 78:20,21 79:4,6,8,17 80:10 81:9, 13,23 82:4,5, 6 84:14 85:1, 5,6,7,10,11, 12,13 87:2 88:10 90:13 91:18 92:2,3, 13,14 93:16, 17 94:23 95:2,9 96:23 97:4 98:1 99:5 100:14, 23,24 101:1 102:1,22 104:21,22 106:10,11,17, 21 107:3 109:2,4,18, 24,25 111:2, 3,25 114:12, 13,16,22,23, 25 115:3 117:7 118:6 119:8,20 120:7,8,15,16 121:1,22 122:16

**it'll** 86:21

**it's** 3:21 7:6,18 8:19 9:4,8,23 10:2 11:7 15:23 16:3,4,10,12, 22 17:19 19:5 24:24 25:4,8 26:2,24 27:9 28:2,3 30:1,3 32:12,13 33:9 34:17 40:20, 24 41:13,16 45:7,16,21,22 46:13,17,24, 25 47:6,7 48:23 55:1,2, 15,16 58:3,6 59:7 60:25 62:16 65:3 67:20 69:23 70:1 71:9,20 73:19,20,21 74:25 75:9 76:15 77:13 78:22 79:3 80:24 82:7,12 83:4 84:6,11 85:2 86:9 89:20 90:17 92:3 96:3 97:13 100:9, 14 102:16 104:9 106:18, 19,20 109:17, 20,23 111:9, 20,25 112:1 113:22 114:15 116:8 117:20 119:7 121:1

**items** 17:15 29:19 79:3 98:20

**its** 13:9,10 26:9 32:24 43:11 104:4 110:8

J

**Jackson** 25:16,18,19 112:17 113:6, 11 115:7,14

**January** 4:22

**job** 4:1,10 5:12

**jobs** 61:2

**July** 6:2,3 15:3 21:14

30:19 31:17 41:14,18 45:11,12 50:17,20,21 53:7 55:2 57:14 58:1 60:5,11,14 61:22 66:8 77:16 84:23, 24 85:6,12,18 108:1 115:13 118:1 122:4
**just** 4:4 6:5, 9 10:9 11:7,8 13:20 15:23 17:13,14,23 19:14 22:1,18 24:17 27:6 30:14 31:16 32:13 33:6,9, 15 34:13,20 35:10,16 36:6,15,20 37:2,12 39:17 40:25 41:11 42:1,12,14 43:1 46:17 47:13,23 48:23 49:14 51:8 53:2,4 56:3 57:16 58:3,12 59:1, 11 60:25 61:20 62:6 64:11 65:1 66:16,19 69:3 70:24 71:18, 22 72:1,10,23 74:6,12,17,18 77:2,25 80:9 83:17 84:5 85:21 87:10 88:14 89:4,14 90:7 91:9 92:22 94:18 95:15,21 96:3,5,16 97:4 100:16 103:9 105:2, 10,11 106:25 109:22 111:25 114:7 118:6, 16 120:9,21 121:12
**justification** 71:6

**K**

**Karen** 51:15 111:1 112:25
**Katie** 120:18 121:3
**keep** 42:12,13 48:1 64:2 92:11 93:8 99:5
**keeps** 100:17
**kept** 98:17 100:5
**kin** 26:3
**kind** 9:4 25:9 48:9 54:22 74:7 119:11
**knees** 29:13
**knew** 66:20 75:22 89:6 98:10 111:21 116:18
**KNIGHT** 7:24 8:6 12:20 13:21 14:7 16:17 18:3 19:5,21 21:6 22:9 23:4 24:23 25:25 28:9 30:25 31:3 34:20, 23,25 35:3,5, 12,18 39:10, 17,21 40:11 42:23 43:19 44:11 46:3 49:10,14 55:22 56:2,5 57:8,11 59:3, 15,19,23 60:12 61:7 62:3 67:15 68:5 69:21 70:2 73:6,18 74:4,23 75:16 76:13 77:6 80:21 82:3, 11,16 83:12, 17,22 87:4 88:25 90:16 91:7 92:24 93:4 99:20,24 102:4,14 103:13 104:8 105:1,20 106:25 107:6, 10,18 108:2, 6,13,16,23 111:11 113:1 114:7 115:15 116:3,6 118:11,14 120:4 121:19 122:7,17,24
**know** 3:23 7:11,25 10:7, 15 11:3,6,10 12:13,17,23 13:1,5,13,20 14:3,4 16:22 17:21 19:13, 23,24,25 20:2 24:2,15 25:14 27:4,14,15 31:12 33:7, 15,21,22 34:3,12 35:9 36:18,25 38:13 39:6 40:18 41:1, 11,25 43:8,16 44:1 46:9,11, 13 47:3 49:7 51:4,5,7,24 52:11,12,18, 21,23 56:3 57:15,16,24 59:11 61:1,3, 5 62:17 63:11 66:1 67:6,12, 19 68:7 69:11 71:14,21 72:6 73:15 75:7 79:24 80:4 81:4,16 82:7 87:15 88:6 92:14,20 93:14,21 94:9 95:6,18 97:5, 12,24 98:2,3 104:10,19,20, 21,23 105:1, 2,12,13,14, 15,17 107:4 108:4,23 109:23 110:3, 10 115:17 118:17 120:13 123:7
**knowledge** 52:22 80:13 92:4 97:13 117:3
**knows** 19:19, 21 21:2 43:10 60:9 67:18,23 79:22 97:8,9 109:2

**L**

**Labs** 17:12,13
**Lamonte** 52:3, 18
**land** 24:22 96:11
**language** 4:4
**Large** 3:3
**larger** 9:11
**last** 31:25 35:5 37:3,19 41:18,22,24 43:15 44:3 54:12,20 58:16 61:9 76:7 81:10 84:19 113:13

122:5
**late** 66:8 92:3
**later** 23:25 35:8,23 39:16 101:10 118:18
**law** 5:7,9 32:16
**lawsuit** 79:23
**lawsuits** 4:7
**lawyer** 4:12 5:2
**lawyers** 4:16 47:16
**lay** 68:11
**lays** 110:9
**learned** 101:13
**least** 8:14 31:2 65:5 79:20 109:9
**leave** 10:13 88:10 100:9 114:16
**leaves** 4:25 48:1
**led** 5:16
**left** 5:11 53:9
**legal** 7:16 96:4
**legally** 6:19
**lend** 27:11
**lent** 27:6,20 72:21
**less** 89:9
**let** 10:8,10 14:17 35:10 44:20 49:18 53:2 56:8 76:2 80:4 81:15 82:11 92:11 98:1,3 112:7 123:2
**let's** 14:11 15:4 21:10 25:18 28:14 32:10 56:8 83:10,25
**letter** 122:4,5,9,10
**letters** 54:23
**level** 25:18 33:17
**levels** 37:5
**life** 73:17 82:4,7,9
**life-sustaining** 82:2,15
**life-threatening** 98:11
**like** 6:8 17:13,14 18:15 26:13 27:7 29:14 36:19 46:20 47:22 49:21 52:9 54:15 57:22 60:25 64:5 70:8 71:11 75:4 76:25 77:18 78:3,12 81:11,13,17,19 82:20 91:16 93:5 100:1 103:1,8 118:6,21,25 119:7,13 120:17,21 121:1
**likelihood** 23:10
**likely** 40:15 90:9 93:16 114:22 120:15
**limited** 25:8 26:24 47:24 79:3,21
**line** 7:23 20:20 32:2 33:10,18 95:25
**lines** 32:15,17 74:8
**list** 16:7 17:17,21 18:1,6,25 19:1 28:24 29:19 47:22 48:13,16,17,18,19 55:24 121:22,23
**listed** 53:10
**listing** 15:9 107:15
**liters** 67:14
**litigation** 58:8 106:7 117:5
**little** 26:14 30:9 33:4 41:20 80:9 89:20 110:10 116:20,21
**live** 18:18
**lived** 62:6
**lives** 32:4,9 85:1
**living** 30:4 45:21 61:21 62:9
**load** 91:20
**loan** 29:1
**loaning** 71:4 78:18
**local** 94:22 102:12 113:18 114:24
**locally** 104:15
**log** 42:12,24 43:24 44:12,25 45:1 48:3,5 49:12 53:24 54:22 65:15 67:7 94:7,8
**logistics** 48:3,5 52:5 86:14 89:14 95:22,23 96:5 97:14 108:20 120:21 121:5
**logo** 54:21
**logs** 43:22 44:22 104:24
**long** 4:23 17:17 30:25
**long-standing** 115:25
**longer** 15:2 30:2,8 32:5,9 33:13 42:13 62:6,7 67:8
**longstanding** 72:3
**look** 10:9 12:13 17:23 19:22 20:2 49:18 51:12 69:18 85:7,9 109:4
**looked** 48:25 51:8 55:13 74:10
**looking** 28:9,13 46:8 50:15,17
**looks** 27:1 47:22 52:9 54:15 120:17 121:1
**Lopez** 120:16
**lost** 109:19
**lot** 23:19 39:21 51:21 58:2 60:23 69:12,14 75:4 86:2,14 111:4 122:21
**lots** 30:21
**love** 56:5
**loved** 119:4
**low** 116:19
**lower** 25:18
**luggage** 91:20
**lunch** 47:24 54:17

## M

**machine** 25:13 64:24 67:13
**made** 8:5 28:20 50:14 76:2 83:2 95:3,11 104:19,20 105:4,18,19 115:8
**mailed** 120:8
**major** 25:19 81:11
**make** 6:5 27:21 30:14 33:21 34:18 37:8,9 40:1 56:4 64:4,14, 17 71:17 77:4,9 86:24 105:7 113:23 114:8,18 115:19 121:12
**makes** 122:20
**making** 7:12 64:19 77:3 78:12 86:16 112:6
**manage** 27:14
**managed** 76:1 109:8
**management** 32:21 33:4
**manager** 60:2 120:25
**mandates** 32:17
**manner** 115:1
**manning** 11:4, 20 13:3
**many** 4:9,15 5:18 9:11 22:11,16 45:22 52:16 62:11 65:4 92:17 96:17 107:22 116:11,12
**maritime** 5:15 32:16
**mark** 14:11 15:4 21:10 28:14 44:7,14 56:8 57:11 83:25 117:12 122:3
**marked** 15:6 21:15 28:15 44:8,15 56:11,16 84:1 117:15 121:13
**material** 57:20
**matter** 13:7 89:3
**may** 6:4 9:10 10:23 11:13 13:17,19,22 22:18 23:25 35:7 36:13 37:11 39:5 48:8 57:13 59:20 94:10 101:15 114:13 122:1,3
**maybe** 11:2 46:13 74:25 80:16 88:11 91:17,22 106:14
**me** 5:5,15 6:11 7:3 10:9,10 13:17 14:17,18 17:1 18:20 30:16 34:11,13,14 35:13 44:18, 20 49:18 50:16 51:4 53:2 56:8,21 58:15 60:4 61:13 63:14 69:18,23 72:10 83:16 87:1 88:14,22 90:24 95:13 99:18 100:22 103:7 106:23 109:1 112:7, 22 116:15 117:22 118:8 123:2,10
**mean** 12:4,9, 23 14:3 19:13 20:13 26:20 27:20 31:10 33:18 38:5 46:17 47:6 49:1 50:3 51:5 52:14 54:2 55:23 61:22 72:9 74:7,25 75:3 84:17 88:20 94:1,7 95:13, 20 96:3 97:6, 12 100:14 109:4 115:17
**meaning** 47:16 57:8 76:16 77:20
**means** 4:5 10:19 50:7
**measure** 10:4 16:14
**mechanical** 64:22
**mechanics** 67:25
**med** 22:16
**medical** 7:10 8:21,24 9:5, 8,15,20 10:5, 14,20,22,23, 24 11:4,16, 17,19,20,21, 24 12:1 13:10,19 14:9,21 16:10,20 17:14,18 18:9,21 19:16,19,24 21:3,13,22 22:7 23:2,11 24:17,21 25:4,10 26:15,17,20, 21,22,25 27:18,22 28:22 30:13 35:14 38:25 59:13 63:5, 15,21 64:2,10 65:8 66:7,13, 18 68:15,16, 18,22 69:2 71:5,6,13,17, 23,24,25 72:17 73:22 74:12,13,14 75:8,15 76:6, 11,14 77:5, 13,25 78:6,7, 10,19 79:8,15 80:15,18 81:1,3,6,15 85:10,21 86:1,3,7 87:9 88:12 91:17 95:7,8 98:3, 9,12,19,22 99:7,9 100:6, 11,12,18 102:17 104:12 106:9 109:23 110:5 111:18 113:6 114:17, 19 115:6,19, 20 116:7,17 117:3,4,6,7 118:3,22 119:13,16 121:5
**medically** 79:10 83:3
**medication** 16:15,16 109:13
**medicine** 13:11,12
**medicines** 8:20 17:2

**meet** 11:25 13:1 76:11 96:12
**meets** 9:7
**Melissa** 109:18
**member** 4:18 12:3 27:16 33:20 49:2 68:19 88:15 101:24 103:9 114:19 120:16 121:10
**members** 54:18 94:11 102:25 118:24 119:3
**Memorial** 113:11 115:14
**memory** 69:17
**mentioned** 59:23 69:22
**Mexico** 23:18
**Miami** 5:13 81:12 87:14, 15 89:18,22, 23 90:11 95:12,14 96:24 97:17 98:13 104:15 105:8 112:16, 19 113:5,20 114:7,11,13 115:2,3,7
**Miami-dade** 25:20 26:10 105:8 112:9, 13,15,23 113:3
**Michigan** 38:8
**middle** 23:18
**might** 10:8 17:9 19:10,24 24:21 27:5 32:8 34:14 49:7,12 60:10 68:4 69:13 78:24 80:4 96:12 113:22, 24 119:3
**mindset** 8:4
**mine** 53:2,4 117:13
**minute** 56:8 67:14
**minutes** 11:8 37:19 89:9 90:13 95:16 118:18 123:1
**misstate** 114:8
**Misstates** 111:11
**mistaken** 12:12
**misunderstanding** 21:25
**mobility** 37:17
**mode** 100:16
**mom** 77:22 91:17,23 103:2
**moment** 118:7
**moments** 21:24 28:18 101:10
**monitor** 64:9 81:15
**monitored** 116:17
**monitoring** 28:20
**monitors** 27:13
**more** 15:9 16:8 26:2 27:9 56:14 62:13 64:4 65:3 68:19 74:8 80:9 81:4 89:20 93:8 97:13 106:21 108:17 110:9,10 111:4,5,10,17 113:24 114:22 122:21
**morning** 3:17, 18 56:15 63:2 81:12,18 87:22 91:14 102:22 111:15
**morphosis** 62:16
**most** 7:20 18:11 19:14 21:2 22:5 23:3 25:21 36:7,15 40:15 90:9 93:16 120:14
**mostly** 5:14 9:23 121:1
**mother** 36:18 66:10 68:19 76:17 77:17 78:3 111:4
**mother's** 111:14
**motion** 108:2, 5
**move** 48:24
**Mr** 3:16 7:24 8:2,6,8 12:20 13:8,21,24 14:7,8,16,18 15:8 16:17,21 18:3,8 19:5, 7,21 20:4,25 21:6,8,17 22:9,23 23:4, 8 24:23 25:1, 25 26:4 28:9, 12,17 30:25 31:1,3,5 34:20,23,25 35:3,5,9,12, 13,18,22,24 39:10,14,17, 19,21,22 40:11 41:10, 12,21 42:7, 23,25 43:7,8, 12,19 44:4, 11,14,17 46:3,6 49:10, 14,17 52:18 55:22,23 56:2,3,5,7,13 57:8,11,19 59:3,5,8,15, 19,23 60:12, 19 61:7,12 62:3,18 65:16 66:17 67:9, 15,16 68:5,9 69:21,25 70:2,5,11 72:6,12,24 73:6,9,18,24 74:4,20,23 75:12,16 76:4,13,19,24 77:6,21 78:9, 15,16 79:5,18 80:7,21 81:7 82:3,8,11,14, 16,19 83:12, 15,17,20,22, 24 84:3 87:4, 7,22 88:16, 19,25 89:10 90:16,22 91:7 92:7,24 93:1, 4,10 94:13,14 99:20,22,24 100:2 101:12 102:4,8,14 103:6,13,20, 24 104:8,13, 20 105:1,6, 20,23 106:25 107:2,6,10, 13,15,18,21, 24 108:2,4,6, 10,13,14,16, 19,23,25 111:3,11,21 112:2 113:1,9 114:7,10 115:15,22 116:3,4,6,14 117:17

118:11,14 119:10 120:4, 10 121:19,21 122:7,9,17, 22,24 123:2, 5,9
**Mrs** 37:4 41:17 49:6 66:16 67:4 76:11,16 78:8,10 79:10 80:2,25 81:9 93:12 98:2,8, 17 99:4 100:5 101:7 102:20 103:25 104:16 105:9,24 106:24 107:5, 11,16 109:3, 22 112:6 115:9,12 117:25 119:21
**Ms** 28:19 41:5 52:15 58:17
**much** 16:7 24:14 62:10 114:13
**multiple** 56:18 109:11
**must** 24:6
**my** 4:2 5:6,16 11:14 14:25 16:17 34:2 36:18,24 40:8 48:12,15,24 51:13 58:10 59:14 63:7 65:10 67:20 68:19 89:13 90:2 98:16 99:3 103:8 105:7 109:17 111:2 112:3, 22 113:12 114:3 116:5 123:10
**myself** 31:21

**N**

**name** 3:19 48:12,16 53:24 54:21 58:18
**names** 48:21, 22 55:19
**nasal** 17:4 64:13
**nearest** 89:17 115:6
**necessarily** 16:11 23:6 24:9 60:21
**necessary** 18:5 46:25 68:16 79:10 83:3 113:20 114:13,14 115:4 119:17
**need** 11:24 19:14 35:7,21 36:10 37:17 38:13,15 40:5 44:5 56:3 61:1,9 63:23 64:10 66:17 68:15,20 72:18 74:2 75:15 76:6,11 77:5 78:4,20 80:4 88:3,8 90:8 94:24,25 97:6,14 99:12,13 100:12,16,18, 19 102:17 106:13 108:17 116:1 117:1 122:16
**needed** 11:3, 22,25 27:17 29:1 33:18 36:16 37:11 40:10,14 43:6 45:25 46:22 62:8 64:7 71:11 77:20 78:10 95:2 98:2,12,24,25 104:12 106:11 109:24
**needing** 42:20 86:7
**needs** 27:2 33:20 36:11 38:10,19 39:23 40:21 41:1,4 61:4 68:4 72:16,17 80:3,5,6 86:18,22 96:12 99:12 100:11 118:23
**negligence** 106:2,20,23 107:15 109:2 110:25 112:5, 9,24 113:8
**negligent** 105:25 107:5 110:2
**neighborhood-type** 25:22
**neither** 55:7 98:20
**never** 16:19 17:21,24 44:10 51:8 71:23 87:17 98:21 102:20, 22 103:15 115:16,18 117:6
**next** 14:13 50:1 54:9 55:10,11 56:8,9 79:8 81:18 82:20 86:16 114:3
**Nick** 121:8
**night** 14:18 35:6 37:3 41:18,24 43:15 58:16 61:9 66:24 72:6 79:7 81:10,16 116:18 122:6
**nightclubs** 75:4 77:1
**nitrogen** 65:3 77:11
**no** 7:15 10:22,23 12:19 13:13, 14 15:1 19:12 20:8,9,10,12, 15,17 22:11 24:9,24 26:2 27:24 28:13 29:10 30:2,8 31:7,21 32:5, 8 33:12 36:7 37:1 42:8,9, 13,15,17 43:12,24,25 45:3 46:17,20 48:18,22 50:15 52:2,21 54:2 56:24 60:6 62:1,6,7 67:7,19 68:15 69:2 71:20, 24,25 72:15 73:5,10 80:2, 4 81:19,21,22 83:17 87:9, 18,20,21 88:7,20,21 90:7 91:7,13, 18,24 92:4, 14,22 93:5, 16,23 94:4,7 95:12 97:4 98:21 99:9, 11,14,15,22 100:8 101:1, 16 102:7,22, 23 104:7 105:12,18 107:20,21 113:7,14

115:18,23 117:5 118:2, 13,15 120:21 122:24
**nobody** 80:10 106:15 111:23
**nobody's** 96:2
**noncompliant** 109:12
**none** 4:17 48:25 53:25 56:23 59:15 87:16 89:3 111:21
**nonetheless** 30:6 106:19
**Noon** 37:4 41:5,12,17,21 42:7,19,22,25 43:8,12 49:2, 6 51:15 52:15 53:25 54:7 55:24 62:24 65:16,21 66:7,9,16,17 67:4,9 72:6, 11,24 76:11, 16,19 77:21 78:8,9,10,15 79:5,10,18 80:1,2,7,14, 25 81:9 87:22 88:19 93:12 94:11,13 98:2,8,17 99:4,14 100:5 101:7,12,24 102:13,20 103:10 104:5, 16,20,21 105:9,24 106:24 107:5, 11,15,16 109:3,22 111:3,21 112:25 115:9, 12
**Noon's** 44:23 72:12 88:16 94:14 103:20 111:1 112:6 117:25 119:21
**Noons** 44:2 45:2,11 46:3, 4 48:18 61:7 79:18 92:5 106:17 120:12,14
**nor** 80:2 98:23 103:16 121:14
**normally** 42:13 74:2 75:10 93:17
**Northwest** 3:22
**not** 4:13 5:19,22 6:4, 8,21 7:11,19 8:17,19 9:10 10:23 11:12, 13 12:18,19, 20 13:19 14:1 16:10,12 17:8,9 19:1, 25 20:7 21:5, 19 22:6,11 23:2 24:9,24 26:22 27:20 28:4,13,23 29:7 30:3,18, 25 35:19 37:12 38:14 39:10 40:17 41:25 42:18 45:1 46:8,12, 24 47:8,12 48:10,15,21, 23 49:5 51:17,23 52:10 54:16 55:15,22,24 56:2 57:13 58:11,23 59:6,7,16 60:14,15,25 61:5,15,17, 19,20 62:21 63:19,24 64:15 67:20 68:7 69:5 70:22,24,25 71:2,9,16 73:19 74:23 75:1,10,14,18 76:6,15 77:8, 13 78:3,10, 19,21 79:15 80:15,18 82:4 84:17 87:16, 19 88:24 89:5 90:20 94:9, 17,23 95:12, 25 96:4,20 97:16 99:22, 23 101:5,8,13 102:4,14,16 106:17 108:8, 14,21 109:4,8 110:5 111:7, 10,25 112:1, 11 113:2,14, 20 114:13,15 115:9,20 116:8 119:13 120:1 122:7, 10,12
**Notary** 3:2
**note** 16:17 94:18
**noted** 46:24
**notes** 43:22
**nothing** 3:10 49:1 54:6 100:9 107:24
**notice** 7:9 12:21 13:14, 15 44:13 121:17
**notify** 91:24
**notwithstanding** 59:9 62:23
**now** 4:4 5:18 14:5 15:1 21:1 23:20,21 26:7 29:21 30:8 32:4 33:14 34:8 36:6,7 38:9 47:10 53:1,22 58:4,5 64:21 69:8 71:4 73:15 75:5 79:14,22 88:13,22 95:17 97:2,18 109:2 111:6 115:8 122:12, 13
**nowadays** 26:6
**number** 15:5 21:10 49:20, 21 51:16
**numbered** 53:2
**numbers** 53:7 60:10
**numerous** 115:8
**nurse** 10:11 11:25 65:16 66:13 71:13 77:15 78:5,6, 7 106:12 113:25 114:4 117:7
**nurse's** 11:10 28:10
**nurses** 12:7, 12,13,14 13:6 26:23 113:10

O

**o'clock** 11:11 66:24 81:10
**O2** 65:3 67:25 72:20 73:20 74:7,15,25 77:13 81:16 99:11 116:16
**object** 12:20 21:6 23:4 62:3 68:5 73:18 74:23

76:13 82:16 88:25 90:16 104:8 111:11 113:1 116:3
**objected** 122:7
**objecting** 122:6
**objection** 7:24 8:6 13:21 16:17 19:6,21 22:9 24:23 25:25 39:10 40:11 42:23 43:19 67:15 69:21 74:4 75:16 77:6 80:21 82:3,12 87:4 91:7 102:4,14 103:13 105:20 106:25 107:18 115:15 116:6
**objects** 122:10
**observe** 9:17
**obtain** 24:22 104:15
**obtained** 117:5
**obtaining** 13:4
**obviously** 16:19 20:14 27:10 38:5,14 39:13 45:18 51:22 54:3 62:5 63:20 64:15 71:10 74:13 80:24 81:17,18 86:14 94:2 119:17 120:24
**occasion** 27:15
**occurred** 115:1 118:12
**occurrence** 79:4,5
**of** 3:3 4:2, 10,15,18 5:9, 25 6:3,21 8:9,15,20 9:4,5,6,9,10, 13,14,21 10:4,5,7 11:5,14 12:6, 13,14,21 13:19 14:20, 21 15:3,9 16:14,24 17:9,10,17 18:11 19:2, 16,20 20:2 21:4,12,13,14 22:7,20 23:11,13,18, 19 24:14 25:5,9,19,21 26:7 27:18 28:1,2 29:17, 19 30:19,20, 21,22 31:17, 24 32:18 34:8,19 35:5, 14 36:7,15 37:3,5,14,17 38:23,24 39:7 40:13 41:8, 14,18,21 42:4,6,11,15, 19,22 43:10, 11,15,17 44:1,23 45:5, 18 46:18 47:4,6 48:1, 9,18,22,25 49:2,25 50:21 51:2,6,17,20, 21,24 52:7, 12,13,14,19 53:7,22,23,25 54:3,5,12,20, 22,23 55:19 56:15,21 57:14 58:1,2, 18,20 59:10, 19 60:3,5,7, 11,14,23 61:10,11,22 62:2,16 63:2, 9,10,11 64:20,25 65:4,7,9,19 66:8 67:7,20, 25 69:8,14, 20,24 70:20, 25 71:4,7,8, 18 72:24,25 73:11,20 74:7,8,18 75:4,24 76:7, 14 77:1,12,16 78:14,23 79:2,13,22 80:3,6,8,9, 13,17 81:10, 21 83:9 84:6, 16,18,24 85:3,8,18 86:2,14,16,20 87:3,16,23 88:6,13 89:3, 23 90:11,24 91:1,10 92:15,23 93:9,19,25 94:1,4,8,11, 20 95:1,9,22, 23,25 96:1, 10,17,24 97:13,15,24 98:7,13,19,20 99:7,12,18 100:6,10,15 101:1,11,22, 24 102:25 103:8,9,18 104:1,4,15 105:8 106:2, 20,23 107:10, 15,25 108:1, 20 109:1,2,6, 13 110:3,5,9, 15,25 111:20, 21 112:4,9, 16,19,24,25 113:5,7 114:7,23 115:2,3,7,9, 13 116:8 117:9,23,25 119:2,11,20 120:16 121:10,17 122:25 123:6, 11
**off** 20:22,23 23:24 25:7 38:24 39:6 40:2 41:3 53:14,16 54:3 70:10 86:15 87:10 88:3 92:16,21 99:2,6 101:15 102:25 103:2, 22 104:18 113:17 118:25 123:12
**off-site** 91:22
**offer** 5:17
**office** 5:7,11 122:18
**officer** 8:12 46:13
**officers** 8:9, 16 51:5,21
**official** 11:17 61:21 62:7
**officials** 9:3,21
**often** 113:24
**oh** 34:14 49:7 83:10,23 118:13 121:4 123:7
**okay** 4:4,9, 12,18 5:18 6:11,16 7:5, 9,20 9:13

10:1,2 12:5 20:5 21:1,10, 18 22:2 23:9 26:5,13,16 28:7,14 29:21 31:6 32:10, 12,20 33:12, 24 34:10,24 35:22 37:19 38:9,24 39:9, 15 43:16 44:5,18 45:13,20 46:1 47:10 49:4,14 50:21,25 52:11,24 53:6 55:19 56:4,7, 14 57:12 62:19 63:1 64:8,18 65:4, 6,20 66:5,23 67:3 68:10 69:2 70:4,7 72:22 78:13 81:18,19 82:20 83:10, 23,24 84:7,9, 11,13,16,25 85:4,17,19 86:6 88:1 89:11 100:3 101:6,13 102:9 103:1, 25 105:7,24 109:1 110:3 114:1 117:20, 22 118:2 120:11 121:7, 12 122:22 123:4

**on** 6:2,3,14, 25 7:6,22 8:14,21 9:24 10:5,8,13,25 11:1 12:7,16 14:21,23,24 15:10 18:11, 23 19:24 22:3,13,14, 17,22 23:13, 23 24:4,22 25:11 26:9,18 27:15 34:1,2 35:18 37:3 39:5 41:14, 18,21,24 43:15 44:3,24 45:17 48:13, 16,17,18,24 49:8 52:13,19 53:6,8,14,17, 19 55:16,24 57:11 58:8 59:12,23 60:23 61:22, 24 62:1,24 65:5 66:24 68:14,24 69:24 70:1,6 71:7 72:11, 22,23 75:5 77:16 79:1,11 80:23 81:10, 12 84:16 85:6,14,15, 18,25 86:2 88:4,23 89:9 90:9 92:5 94:2 96:9,11 99:13 101:3, 9,17 102:21 103:15,19,23 106:7,20 107:3,4,22,24 108:5,12,13 112:9 113:21, 23 114:16,18 115:12,13 116:16 118:1 119:15 120:25 121:6 122:16

**onboard** 6:12 8:5,22,25 9:3,20,22 10:12 12:12 17:23 18:17 21:13,22 23:2,12 24:18 26:25 27:11 29:12 30:11 31:11 33:19 36:15 37:6 39:13 40:16 42:12 47:23 53:8 54:17 60:2 63:24 64:1 65:4 67:8 69:13 71:21 74:9 80:16 81:21 82:25 86:11, 20 94:3 97:2 99:10 100:20 101:5 115:10 116:25 117:6 119:22

**once** 51:17 79:20 95:14 96:13 109:9

**one** 11:1 12:11,14 14:23 16:9,13 18:5 20:11 30:12,13 34:12,14,16 36:1,2 37:16 39:7 44:14 45:21 46:1 51:20,23,24 54:3 58:4 78:15 80:2,4 83:13 84:6,10 88:6 96:17 98:21 99:14, 15 101:16 102:22,23,25 107:11 110:15 113:13 117:20 119:4 121:8, 20

**one's** 36:1

**ones** 63:22 83:14,19

**ongoing** 107:19 108:9

**only** 11:16,19 19:8 24:3 34:12 58:4 66:4 70:21 75:7,9 77:4, 14 79:17,22 103:18 109:20 115:21 119:18 120:15

**open** 11:17 12:1

**operate** 66:20

**operated** 62:10

**operation** 10:5,8 11:5

**operational** 4:8 11:21

**opinion** 79:11

**opportunity** 70:12 80:14 115:17 116:23

**opposite** 91:10

**or** 7:1,17 8:1,22 9:3,7, 9,11,21 10:4 11:1,23 12:3, 17 13:1,6,12, 14,18,19,23 15:21 16:15 18:21 19:5, 13,21,25 20:19 21:4,22 22:6,19,25 23:25 24:3,7 25:7 26:7 27:3,4,5,14, 16 28:4 29:1, 8,13,14 30:12 31:25 32:1 33:20 36:10 37:19 38:2, 15,16,18 39:11,25 40:21,23 41:22 42:1,4, 10,14,20,21 43:4,18 44:25 45:1,4,14

46:1 47:24 48:22 49:5 51:7,24 52:22,25 54:18 55:5,7 57:22 62:8 63:9,13,15,21 64:4,5,11 67:11 68:15 69:17 70:20 71:6,7,16 72:13 75:8 77:4 78:11,25 79:2 80:4,6 82:22 83:5,13 85:13 86:3,15 88:8,17 89:14,18 90:20 93:18 94:21,22 97:11,19,20 98:2,23 99:20 100:20 101:3, 14,23 102:10 104:6,10,14, 22,25 105:8, 15,19 109:8 110:24 112:4, 11,13 113:4, 5,17 114:4, 12,19 116:13 117:1,7 118:21,23,24 119:1,3,22 122:15

**oral** 7:12

**order** 20:14 24:5 32:23 38:10,25 39:24 90:4 96:12 108:18 112:20 117:13

**organization** 110:25 112:4 118:20

**organized** 36:12

**Orthopedic** 29:13

**other** 5:1 7:1 8:16 10:3,4 13:12 23:15 27:5 28:11, 22,25 33:16 35:6 36:14 39:16 42:6 47:12 54:2 88:17,20 94:5,14 96:13 101:3 110:6, 24 112:4 113:21 114:12 117:4

**otherwise** 78:24

**our** 27:1,7 30:4 62:14 80:17 88:11 102:25 116:7 119:1

**out** 5:8 13:9, 18 17:22 19:2 23:11 27:11 28:2 29:1,12 33:16 36:16, 23 37:5 38:12 39:15 40:22 41:4 44:11 47:14 51:7 56:5 59:19 60:7 79:14 87:23 88:5 92:15 93:2,19 100:16 101:9, 16 108:3 109:18 110:7, 9 115:9 122:14,18

**outcome** 33:23

**outdated** 30:17

**outlet** 99:11

**outside** 14:21 15:16 21:4 22:7 51:17 65:2 114:7 117:25 118:18

**over** 15:1 32:1 42:14 44:12 60:16 62:17 76:1 78:12 80:8 83:12 87:25 98:9 101:4 114:6

**over-the-counter** 16:15

**oversee** 4:6

**oversees** 60:3

**own** 22:14 36:11 40:23 91:11 92:1 103:20 106:3, 4 109:14 111:14

**oxygen** 25:14 27:16 28:21 58:21,23,24 59:1,4,7,10, 15,17 63:18 64:12,20,22, 23,25 65:9 66:6 67:12 68:11,20 69:8,12,13, 20,22 70:17, 20,21,24 71:1,4 73:11, 15,16,19 74:2,16,21 75:6,14 76:18 77:1,3,9,14 78:18 79:9,25 80:6,19 82:1 91:6 92:9,12 93:12,15,25 94:12 98:8,18 99:5 100:5,8 116:1,18,19 117:1,2

**P**

**P.A.** 88:4

**p.m.** 10:14 11:18 67:2 70:10 115:12 122:5 123:13, 18

**pack-a-day** 79:19 109:6

**package** 120:3

**packed** 101:18

**page** 33:22 37:21 47:10, 21 51:3,12 52:7,13,19 53:1 54:13,20 56:18 58:6 69:24 70:1,16

**pages** 35:14 54:12

**paid** 22:13 96:7

**paragraph** 37:23 70:16, 19

**paralegal** 35:20

**paramedics** 38:22 39:12 40:15 90:11, 12 105:4 115:4,5

**parking** 91:22

**part** 4:10 12:21 106:20 112:9

**particular** 9:24 10:1 18:21 22:25 46:16 49:22 68:3 89:18

**Particularly** 70:16

**parties** 86:24

**parties's** 113:8

**parts** 53:22

**party** 49:3

**passed** 4:21

**passenger** 9:6 16:2,3,19 23:10,23 24:6 26:22 38:1 40:3,4 46:21, 23 69:20 82:24 83:3 96:1 97:2,19 104:22 113:17,18
**passengers** 6:25 7:13,20 18:10 19:9 21:21 22:7 26:15 53:8, 14,19 63:6 71:5 82:22,23 92:17 94:21 95:23 97:8,10 101:23
**passengers's** 8:4
**past** 5:19 62:17
**patient** 13:23 19:17 66:16 71:10,11,23 78:6 81:6 86:18,22 89:4 98:21,22 114:5 115:24
**patient's** 68:4 85:24
**patients** 78:19
**Patrol** 50:25
**Paul** 3:1
**pay** 20:15 22:16 23:11 24:3 37:1
**paying** 49:8, 12
**payment** 21:21
**pencilled** 54:23
**pending** 108:3
**people** 4:9,15 7:25 19:14 30:21 39:11 47:23 48:2 49:7,12 53:7 54:3,6 55:8 73:25 74:5,17 75:8,9,14 77:1 88:6 118:25 120:11,13 123:6
**per** 18:25 67:14 114:15
**percent** 17:10 48:10
**Perfect** 35:4
**perhaps** 106:10
**person** 19:24 51:25 64:23 72:13 86:1 93:21 94:11 100:15 109:20 110:24 112:4
**person's** 97:12
**personal** 47:13,19 52:21
**personally** 67:19
**personnel** 98:9,19 99:8 100:7 113:4
**persons** 68:11
**pertain** 70:20
**phone** 11:7,22 60:23
**photograph** 14:20
**physically** 31:22
**physician** 7:16 10:20, 22,23 12:25 15:18,19 69:3 71:7 90:5 115:10 117:7
**physicians** 6:12,13 7:14 9:15 26:23
**pick** 103:4
**picked** 42:15 43:3 78:5
**pictures** 8:14,15
**pier** 50:8 95:4 102:11
**PII** 47:19 48:21
**place** 15:3 19:16 31:17, 18,20 32:15 35:15 57:7, 13,14 60:10 94:10 97:15 116:13
**placed** 101:17
**places** 8:15 75:5
**plaintiff's** 122:1
**plan** 22:22
**plans** 22:5 23:3,6,7
**play** 30:19 61:24 97:16
**please** 3:7,19 88:9
**plugged** 99:10 100:23,24
**pneumonia** 79:21 109:9
**pocket** 23:11
**POI's** 46:7 51:3
**point** 44:6 74:11 91:4 111:6 114:23
**Police** 112:9
**policies** 6:8 9:1 22:12,15, 16 26:14 31:23 32:3,17 37:7 57:21 58:3,9,12 59:10,12 63:5 69:9 80:20 84:6 101:21 113:15 114:3
**policy** 7:12, 15,19 11:11 22:14 29:23 31:9,19 32:6 33:13,14,18, 22 34:1 38:18 40:7,19 57:2 59:16 60:25 61:20 62:1,8, 20 68:10,12 71:4,7,8,9 75:13 78:17 82:21 83:6 84:4 86:21 90:6,14 94:20 102:10 104:4 114:11,15 115:2
**popular** 26:5 74:7
**populating** 17:20
**port** 11:1 41:22 46:13 51:22 52:15, 16 86:16 87:5,8,9,13 89:2,19,23 90:11 95:11, 14,18,19,20 96:10,13,17, 19,20,24 97:3,5,11 98:13 104:14, 15 114:14,24 115:2,3,7 118:1 119:1 120:20
**portable** 63:18,22 99:9,11 100:8 101:1
**porter** 92:13 103:3

**porters** 93:18
**ports** 22:20 89:19 95:21 97:15 113:21 114:12
**position** 16:22 81:8 99:15 106:16 111:8
**possibilities** 77:7
**possible** 8:19 30:15 39:8 58:14 109:23 111:20
**possibly** 81:16 93:7
**post-hoc** 119:18
**postdated** 61:17
**posted** 7:9 8:15 14:21 21:13 23:22
**potential** 27:4
**potentially** 72:3 79:19 116:12
**practice** 13:19
**predated** 61:14
**predict** 111:25
**predicted** 106:16 111:24
**prefer** 24:10 66:11
**preferable** 80:24
**preference** 64:9 71:9
**premarked** 14:12
**Premature** 113:1
**premise** 62:10
**premises** 104:19
**premium** 15:21
**prepare** 45:8 47:1,9
**prepared** 52:2,7 79:15
**preparing** 58:12
**prerequisite** 80:18
**prescription** 16:15 78:24
**present** 11:6, 16 30:18
**presentation** 116:1
**pretty** 37:13 58:2 62:10 84:20,22
**prevent** 106:17
**prevented** 109:21
**previous** 45:19 116:5
**previously** 35:6,11
**price** 16:7
**pricing** 29:19 57:16
**pricings** 17:11
**print** 17:22
**printed** 85:2, 14
**printout** 57:5
**prior** 24:8 107:7 118:3, 12
**priority** 87:2
**private** 21:19 22:5
**privately** 22:13
**probably** 16:13 17:24 19:2,15 23:14 28:24,25 29:8,15,17 31:25 33:25 34:17 35:15 36:20 46:24 47:12,19 48:20 52:5,17 67:23,24 78:21 87:10 95:12 109:4 116:19
**problem** 27:4 92:2
**problems** 46:25
**procedure** 29:22 31:20 32:9 35:25 37:22,24,25 38:9,19 40:1 60:6,16,18 61:14 62:7,8 71:20 73:11 98:6,17 99:4 100:4 102:10 103:10
**procedures** 6:8 31:11,23 32:7,18 39:2 58:3,9,21 60:4,8 61:17, 23 69:22 83:12,20 85:9,21,23 88:23 89:3 97:18 101:21 113:16
**process** 45:17 88:15
**produce** 18:2 58:12
**produced** 14:10 28:8 32:7 35:5,7, 11 48:15 56:15 58:16 63:2 83:8 84:8 122:19
**production** 122:1
**products** 17:18 19:20
**professional** 3:2,19
**professionals** 114:17
**program** 32:15 36:9 37:14
**progressively** 76:22
**properly** 61:2
**property** 100:10
**prosecutor** 5:6,8
**protected** 28:4
**protocols** 12:18 86:8
**provide** 24:20 79:2 98:15 113:16
**provided** 15:10 21:4,22 24:7,18 26:15,21 28:19,22 36:6 38:3 40:9 41:17 44:18 59:14 63:5 67:4 98:7 123:8
**provider** 119:14
**provides** 13:10 25:20, 24 26:9 86:7
**providing** 42:10 77:13 86:8
**provisions** 22:16
**public** 3:2

8:15 15:16
**publish** 16:12
**pulled** 50:13
**pulmonary** 13:11
**purchase** 64:14,17 65:18
**purchased** 22:24
**pure** 65:3 70:21 74:15 75:6
**purpose** 96:10
**push** 103:21
**pushed** 92:15
**put** 7:22 18:7,23 24:10,12 38:22 39:5 40:22 41:7,8 45:22,23 101:9 103:23 116:16
**puts** 51:21

**Q**

**qualified** 100:6
**question** 6:5 11:15 14:24 22:4 31:19 75:7 76:9 82:11 89:13 92:6 98:16 99:3,20,24 100:1 101:25 102:2 103:8, 9,20 105:7 107:7,8,10 112:3,20,22 114:3 115:24 116:5
**questioning** 11:13
**questions** 5:25 63:3,7 113:14 116:10 122:23,24
**quick** 10:9 95:16
**quickly** 88:5
**quite** 24:15 30:23

**R**

**Raise** 3:6
**Randall** 41:12 109:18
**rather** 39:7 57:21 72:13
**re-notice** 121:19
**read** 37:20 69:11,17 102:1,2 107:6,9 110:5 119:24 122:25
**reads** 58:5
**ready** 89:16 95:4
**real** 32:6 81:16 92:2
**realized** 33:7 92:2
**really** 10:9 14:4 25:4 27:20 33:16 45:16,21 48:21 71:9,21 73:20 87:16 96:2 97:16 107:3 109:21 116:19 120:6 121:14
**reason** 33:25 42:24 43:12 74:15 97:24
**reasonable** 10:18 40:25 106:3 112:1
**reasons** 42:20 69:15
**receipt** 22:19 65:17
**receive** 58:24 81:6 91:5
**received** 29:25 58:25
**recess** 70:9
**record** 3:25 6:6 18:17 20:22,24 32:10 35:17, 19 39:17 42:9,15,17 48:1 49:14 56:4 65:9,12 66:4 70:6,10 88:17 91:7 92:14,23 93:24 94:4 95:1,19 101:14 117:18 122:13 123:13
**records** 35:14 88:20 91:9 103:19 110:5 117:4
**recover** 119:4
**recreational** 76:6,8 77:1
**recreationally** 74:22 77:4
**redacted** 47:14,17 48:20 55:20 56:2
**redactions** 47:11
**refer** 46:15 49:22 117:10 118:2 119:18
**reference** 6:1,7 28:20 34:20 51:13 71:2 112:6 121:12
**referenced** 54:14 116:5
**references** 49:2 50:2 115:8
**referred** 84:5,6 107:8
**referring** 9:14 32:20 49:10,11 65:20 118:10
**refers** 45:5
**reflect** 49:15
**refunded** 94:1
**refused** 71:12,23 75:19 78:8 79:7 80:25 91:10 106:11
**refuses** 68:22
**regard** 69:21 91:8
**regarding** 13:16
**regular** 10:17,19,21 11:5,20 16:2, 4
**regulation** 9:9
**regulations** 33:8,9
**reimbursable** 23:2
**reimburse** 22:6
**reimbursed** 22:21
**relate** 6:1
**related** 47:13 69:16 78:23 90:2
**relates** 37:22 47:15 54:8 59:21
**relating** 103:25
**relationship** 6:11,24 7:13

**relative** 107:11
**relevance** 16:17
**relevant** 12:7,19 19:5 26:18 48:24 58:22,23 61:5,15,17 70:25 87:17
**rely** 58:8 59:12 111:6
**relying** 72:22,23
**remain** 107:23
**remove** 92:9
**removes** 65:2 77:11
**render** 79:12 109:25
**rendered** 22:20 71:24
**rent** 27:8 29:12 36:5 38:15
**rental** 30:10 36:1,21 37:1, 14,22 38:6 56:17,22 57:6,16,21 60:9
**rentals** 36:7
**rented** 27:19 29:10,11 36:15
**rep** 110:11
**Repeat** 101:25
**repeated** 81:4
**repeatedly** 72:16 106:12
**report** 44:25 45:2,16 46:15,24 47:5,7 48:9 49:21 53:22 105:4
**reporter** 3:2, 6 14:14 15:5 102:3 107:9 117:12 123:12
**reports** 45:17
**representations** 13:16
**representative** 3:25 5:19 43:9 47:4 116:9
**represents** 13:25
**request** 26:24 30:10 61:6 69:3 81:4 98:22 110:15 122:1
**requested** 29:1 55:8 91:8 99:4 122:6,11
**requesting** 75:20
**requests** 27:8
**require** 18:6 68:17 78:24 86:20
**required** 12:16 24:14 90:6 96:19
**requirement** 24:15
**requirements** 32:24
**requires** 33:3 87:2 96:23
**rescue** 51:18 52:16 94:22 98:14 100:19 105:8 112:15 113:4,5 115:4 123:6
**research** 7:7 12:18 13:15 14:1,25 67:19
**reserved** 29:11
**resolve** 122:20
**respect** 10:1 58:18
**respects** 57:20
**respond** 98:14 116:9
**responders** 39:25 89:16
**response** 120:4 121:25
**responsibilities** 4:5
**responsible** 23:14
**restate** 76:8
**retain** 82:23
**retained** 116:8
**retrieved** 94:12
**return** 37:22, 25 43:11 93:25 94:4
**returned** 28:4 43:18
**returning** 97:20,21
**reusable** 64:15
**revenue** 20:17
**review** 17:10 70:12
**revision** 30:6 84:19
**revisions** 85:15
**right** 3:6 5:8 26:13 28:2 33:1 35:2,22 36:4 38:21 39:12 40:8,25 41:7 44:5 46:5 47:19 48:19,20 49:16 50:1,9, 14,18 54:5,8 55:11,19,25 57:1 59:5,18 63:10 65:1 68:18 70:22 73:7,8,14 76:19 79:6 82:23 83:17, 18 84:14 85:10,11 86:9 88:20 89:2 94:7 95:5 96:8 99:1 100:10,13 101:2 104:25 105:22 110:4 112:17 122:22
**robust** 37:14
**rolls** 42:14
**room** 24:20 25:18 26:12 64:25 92:8
**rooms** 25:23
**Rosel** 12:14 65:21 71:19
**roster** 12:13
**rotate** 6:15
**routine** 47:1
**routinely** 23:17 74:6
**ruled** 108:5

S

**sad** 92:4 106:18 109:17 112:1
**safety** 32:13, 18,21 33:3,6, 8,17 69:15 106:4
**said** 41:11,19 43:8 60:6 66:2,17 72:1, 6,18 78:6,8 79:6,18 88:2, 19 90:8 91:11,12 93:8

96:16 103:21 105:4 106:13 111:12 122:10
**sailing** 54:16 85:25
**salary** 20:12, 15
**sale** 23:22 49:8,13 87:24 94:2
**same** 9:10 10:4 25:2 38:1 44:24 45:14 52:7 54:10,14 57:17 77:13 83:13 93:11
**saw** 13:15 14:10 44:10 52:17 55:16 69:12 87:17 88:2 111:15
**say** 6:16 13:22 24:19 25:23 26:2 30:7 31:7 47:8 52:2 59:1 61:21 66:10 78:2 82:4,5 85:7 97:6 99:14 106:5 110:6 111:2 114:15
**saying** 6:17 11:24 36:5 41:1 68:19 74:24 75:20 83:17 100:18, 25 110:12 114:12
**says** 15:16,20 21:18 30:6 35:25 36:4,18 50:12 51:15 52:7 54:21 59:1 85:10,11 86:21 94:24
**scenario** 40:6
**schedule** 14:5 19:20 53:6
**school** 5:8,9
**scooters** 29:9,12
**scribbled** 55:1
**sea** 17:20 18:16,19 41:22,24 87:6
**search** 31:4
**searched** 67:8
**second** 84:10 107:11
**secondhand** 52:23
**section** 37:21 70:19 71:3
**security** 32:13,18 33:6,7,9,17
**see** 10:10 14:11 20:14 34:10 48:5 52:6 54:23 55:17 66:18 68:21,25 69:15 72:18, 19 75:3,4 83:10 85:10 86:4 91:10 93:7 100:17 102:20
**seek** 68:17 80:15,25 87:17 106:9 109:22,24 115:9
**seems** 41:23
**seen** 8:19 16:19 17:21, 24 19:1 30:1 37:20 64:21 85:15 113:24 117:6
**semantics** 82:10
**sending** 40:2
**Sensation** 6:2 10:6 12:7 14:24 26:18 51:17 61:24 62:24 65:5
**sense** 73:21 90:17 96:4 100:14 102:17 104:9 122:21
**sent** 35:21 112:16 120:2
**separate** 36:9
**separately** 27:9
**series** 117:9
**serious** 80:10
**seriously** 106:21
**serve** 6:14
**service** 18:21 74:9 118:19
**services** 8:5 11:23 14:9 15:10 17:18 18:9 19:20 21:4,22 23:11 24:18,21 25:21 30:1, 12,22 36:17 38:25 42:3 43:2 57:25 60:2,3 66:9, 12 77:24 78:1 87:23,25 91:15 98:15 106:12 115:9
**set** 11:14 17:17 18:15 69:9 108:7
**setting** 86:17 87:13 90:4
**settings** 74:16,17
**settled** 87:23
**seven** 53:1
**several** 31:25 120:13
**share** 20:13
**sharing** 20:5, 16
**she** 14:7 16:23 31:3 35:20 41:1,2, 4 43:3,13,23 51:17 58:24, 25 66:17,18, 19,20,21 68:20,21,22 71:12,23 72:1,2,4,6,7, 8,16,17,18, 19,20 75:18, 19,20,22,23, 25 76:19,20, 21 77:17,19, 20 78:3,5,8, 10,11,12,13 79:6,7,20 80:4,7,8 81:1,2,11,13, 14,17,23 87:19 88:1,4, 6 91:4,10,11, 14,16 92:12 98:18,22,23, 24,25 99:4,7, 15 100:6 101:7,16,18, 19 103:3 104:18 106:9, 11,13,14 107:3 109:6, 8,11,12,22, 23,24,25 111:9,12,22 112:18 115:13 116:22 117:6 118:5,16,17 119:22 120:17
**she'd** 68:23 77:18 80:11 91:12
**she's** 58:1 66:14 74:24 103:1 111:22

**Shield** 23:18
**ship** 6:6 7:22 8:5,10 10:12, 25 11:1,7 12:16 15:10 23:25 24:4,5 25:8,11 33:21 37:6 38:11,25 40:3,7 45:4 48:1 51:10 53:8,9 54:16 64:2 67:24 71:7 80:16 81:21 87:3,11 88:4,23 90:10 92:21 93:6 94:3 95:5 96:11,13 97:21 99:2,6 100:9,10 103:11,16,22 113:18,22 115:10 116:20 118:4,24,25 120:24
**ship's** 7:10 90:5
**shipboard** 96:6 103:19
**ships** 6:14 8:14 9:7,10, 11,16 10:3 21:14 24:18 26:9 62:9,12 65:7 74:10 101:5
**shore** 8:22,23 9:3,21,23 16:9 19:3 25:7 26:12 38:6 45:7 60:2 67:24 85:23 86:4 88:12 89:15 93:6 96:6 98:9 100:12 103:11 104:5 120:18,20 121:3
**short** 10:13 90:13
**shorten** 10:10
**shortness** 80:9
**shots** 109:10
**should** 12:25 16:23 25:12 48:20 55:12 69:15 81:9,14 91:17 106:10 111:5,16,17, 18,19
**shouldn't** 50:17
**show** 14:17 44:20 94:15 108:8 118:8
**shown** 117:18
**sic** 113:13
**sick** 82:22,24 94:20 97:19 101:23 113:17 114:4
**side** 8:22,23 9:3,21,23 16:10 19:4 26:12 45:7 60:2 67:24 85:23 86:4 88:12 89:15 93:7 96:6 98:9 100:12 103:11 104:5 120:18,20 121:3
**side's** 38:6
**sign** 14:20 15:15 21:12 23:22 49:8,13 87:24 94:2
**signs** 15:1
**simply** 7:21 11:15 15:15, 20 22:18 23:22 25:4 28:3 40:3 49:22 98:13, 14 99:1,18 100:16 114:12
**since** 3:24 4:20 7:22 12:18 117:5
**sister** 108:16
**sitting** 41:2 88:2
**situation** 25:7 39:23 40:13,20 63:23 69:19 81:20 87:19 89:5,6 90:19, 23 91:19,25 98:11,25 106:15 118:7
**situations** 118:22
**six** 31:25
**six-month** 6:14
**sizes** 64:21
**sizings** 65:7
**sleep** 64:11 68:23 72:8,20 75:21 76:20
**slept** 72:6
**Slings** 29:16
**smaller** 9:9 25:22
**smoke** 80:12
**smoker** 79:20
**smoking** 109:6
**SMS** 33:4
**so** 5:21 6:3, 9,20 8:9,18 9:6,8 10:14 13:17 14:3, 11,17 15:25 16:23 17:1,25 18:2,20 19:8, 19 20:12 21:18 26:5,17 27:9,21,24 28:3,18,20 29:25 30:5, 13,16 31:15, 23 32:4,20 33:3,6,9,12, 21,25 34:1,3, 4 35:25 36:5, 7,8,9,17 37:7,18 38:24 39:20 40:24 41:1,7,16,25 42:2,14,17 43:5,25 44:23 45:11,21 46:14 47:3,22 48:24 49:20 50:5,7 51:9, 23 52:9,16 53:2,11,19 55:12,23 56:7,21 57:4, 12,23 58:11, 15 60:14,22 61:13 62:16, 19 63:14 64:16,18,23 65:3,20,24 66:5,20 68:13,15,18 69:2 71:13, 18,24 72:9, 10,21,22 73:4 74:11,21 75:3 76:1,5,10 77:13,23 78:14,23 79:5,24 80:12 81:4 82:11 83:9,24 84:20,23 85:16,25 86:6,9 87:1, 13,16,20 88:4 89:12 90:13, 14 91:24 93:21 94:2,9, 17 95:3,25 96:21,22 97:8 99:11 100:3 103:17 105:13 106:7,17

107:14 109:1 110:3,11,21 111:9,24 112:22 113:6, 13 114:3 115:23 117:7 119:6,11 120:5,7,16 122:14
**social** 74:16 119:11,13
**some** 5:15 7:1 8:14 9:9,10 10:4 11:14 16:13 23:6,7, 10 26:7 28:20 29:17 34:8 41:14,20 45:4 46:16,21 47:10 53:22 54:23 63:3,9, 10 70:8 72:2 74:11 76:25 78:23 79:21 80:17 83:9 97:9 101:3 116:15 117:10 118:5
**somebody** 88:5 93:16 94:25 95:6 99:12 103:21,22 104:21
**somehow** 108:11
**someone** 7:16 11:4 19:3 46:21 54:22 64:16 67:18, 23 81:24 87:1 89:7 90:19, 20,25 94:24 96:5,11 99:1 100:11 101:4 104:11 105:16 109:25 118:22
**something** 16:10,12,18 27:11 33:9 39:1 46:15 61:1 72:13 101:13 117:11 118:23 119:23 123:3
**sometime** 42:3 66:23 67:11
**sometimes** 54:19 89:19
**somewhere** 7:6 16:9 17:19 21:9 83:13 91:23
**son** 120:7
**soon** 122:17
**sorry** 12:4 16:1 34:15 46:4 57:10 101:25 121:8 123:7
**sort** 62:16 94:1 119:8,20
**sound** 99:25
**source** 51:24 52:12,14 88:13,17 101:11
**South** 75:5
**spa** 74:9
**speak** 87:20
**special** 27:1, 2 36:11 46:25 61:4 80:3,5
**specialists** 13:11,18
**specialization** 13:12
**specialized** 24:21
**specially** 22:24 36:2
**specific** 34:5,9 45:2 46:20 115:23
**specifically** 7:7 106:5 112:8 115:11
**specified** 53:9
**speculate** 115:21
**speculation** 26:1 118:16
**speculative** 117:8
**sped** 116:20
**speed** 103:3
**speeding** 86:15
**spent** 60:23 121:14
**split** 20:17, 19
**spoke** 30:21 103:15 121:6
**spoken** 93:6
**stabilize** 25:6
**stack** 34:15
**staff** 4:2,8 11:19 19:16, 19,24 71:17 114:17 117:25 120:22
**staffing** 12:6
**stage** 108:22
**standards** 83:5
**standbys** 54:10
**stands** 32:12
**start** 45:18 63:20
**started** 5:6 50:3,24 80:9 99:25 118:21
**state** 3:3,19 5:7,11 42:24 88:7 92:8
**stated** 42:20
**statement** 23:24
**states** 21:2,5 22:6 75:2 102:18
**stationed** 11:12
**statistical** 54:2
**status** 7:16
**stay** 82:25 113:23
**staying** 119:3
**step** 33:5
**Stick** 99:24
**still** 4:25 30:4 36:13,14 53:14,17 62:9 85:1,2 107:19 108:2 110:17
**straighten** 39:15
**stretcher** 39:5,6
**stretcher's** 89:8
**strike** 76:7
**strips** 78:25
**subject** 32:7 46:5 57:23 61:24 84:18 89:25
**submit** 22:12, 19
**submitted** 30:5
**subsequently** 120:8
**substance** 58:19 59:10
**substantially** 111:1 112:5, 25
**substantiate** 112:12
**such** 16:24 18:25 23:16 55:12 73:22 78:25 80:5 90:19 95:3 99:7 103:16

**suffer** 79:21
**sufferer** 91:1
**suggesting** 74:21
**suggestion** 108:11
**summary** 41:14
**summon** 11:13 88:9 94:25
**summoned** 87:21 90:9 111:19
**superior** 92:5
**supervise** 4:9,11,15
**supervision** 75:3
**supervisor** 118:9
**supplement** 110:13
**supplemental** 59:10 63:12 73:16,19 82:1 91:5 117:1
**supplementation** 74:11
**supplies** 21:4,22
**supply** 18:21
**support** 97:17 119:11 120:18,20 121:3,5,10
**supports** 106:6
**sure** 6:5,9 16:9,13 17:10 19:3 23:15 27:22 29:8 30:3,19 37:8,10 39:11 43:3 45:1 46:8,12 48:7,10 51:23 52:6,10 58:2 67:9,18 68:7 84:21,22 86:16 97:9 113:23 114:8 116:16
**surgery** 25:16
**sustaining** 82:5,7,9
**Suzanne** 3:12,21
**swear** 3:8
**sworn** 3:13 4:22
**system** 18:22 33:2,4 88:4 96:10

**T**

**take** 39:6 55:17 69:18,23 70:6 71:22 79:17 87:10,11 88:5,10,12 89:17 91:22 92:16 97:15 106:21 108:18 119:2
**taken** 3:1 32:1 33:15 60:7 94:10 116:13 123:6
**taker** 111:18
**takes** 19:16 65:2
**taking** 38:24 121:17
**talk** 14:13 25:18 26:13 31:10,15 44:5 82:21 107:4
**talked** 118:25
**talking** 6:7 49:15 63:4 87:5 89:21 121:14
**tandem** 9:4 13:2
**tank** 58:23,24 59:2,6 69:22
**tanks** 25:15 58:21 59:4 63:18 64:20 69:12 70:23
**tasks** 93:19
**taxi** 40:23
**team** 27:1 41:15 97:22 112:15 113:6 117:11,24 118:20 119:2,8,21 120:15,16 121:1,11
**tecum** 121:23
**teddy** 119:22 120:2,6
**telephone** 59:23
**tell** 3:25 5:5 6:11 7:3 19:18 44:21 49:1 56:21 63:14 69:18 95:13 106:23 117:22
**telling** 10:10 13:17 17:1 18:20 30:16 61:13 87:1 88:22 100:22
**ten** 62:17 70:6 118:18
**term** 97:14
**terminal** 51:17
**terrible** 109:19
**test** 116:18
**testified** 3:13 41:13 42:7,25 67:9 72:15 76:19 77:21 78:9 80:7 92:22,24 94:13 105:10 111:21
**testimony** 3:8 41:20 72:24 88:16 92:15 94:14,15 103:20
**testing** 25:14
**than** 23:15 26:11 33:16 39:7 42:7 50:16 54:2 57:21 64:25 67:25 72:7,13 88:20 89:9 92:5 93:9 94:5,14 117:4
**thank** 22:10 28:13 34:22 64:18 103:25 117:13
**that** 3:23 4:5,15,25 5:5,21,25 6:6,7,8,9,14,17 7:3,7,11,18,20,21 8:5,18,19,20,25 9:8,9,13,16,24 10:14,15,17,19 11:6,9,11,13,15,17,22 12:9,14,15,18,20,23,25 13:3,7,10,15,17 14:1,3,5,10,11,17,19,20 15:4,5,10,15,16,20,21 16:6,7,11,22 17:1,5,7,21 18:2,6,7,16,18,20,21,23 19:1,2,4,8,9,14,25 21:2,4,12,18 22:1,3,5,13,21 23:1,7,9,10,11,16,21,23,24 24:2,4,6,7,18,19,21

25:10,23
26:3,18,21,22
27:9,11,21
28:3,7,19,22,
25 29:14,24
30:2,8,16,25
31:12,15,16,
20 32:6,7,8,
9,14,16,17
33:9,10,17,20
34:2,6,10,19
35:14,23
36:5,6,9,14,
21,25 37:8,
10,18,25
38:4,7 39:1,
4,6,11 40:1,
6,7,9,13,17,
24 41:17,19,
23 42:2,11,
18,25 43:1,5,
13,23 44:7
45:4,8,23,24
46:15,21,25
47:1,10,11,
14,23 48:4,25
49:1,2,5,8,11
51:4,6,8,9,
16,21,22
52:7,17,19,25
53:7,25 54:6,
8,16,23,25
55:4,8,13,23,
25 56:5,14
57:2,3,15,22
58:1,4,25
59:9,11,13
60:4,6,7,8,
15,16 61:1,4,
13,15,19,20,
22,24 62:8,
10,15,20 63:2
64:3,18,21,23
65:2,14 66:2,
6,10,17,19,23
67:10,12,18,
19,23 68:2,8
69:13,14,19
70:3,7,19
71:3,6,12,17
72:1,4,6,8,
10,12,15
73:12,15,21,
25 74:6,11,
14,17,18,21
75:9,20,22,23
76:5,11,15,
17,19,22
77:15,16,19,
20,21 78:2,
13,24 79:4,6,
7,9,12,18,20,
22,25 80:4,7,
8,10,13 81:9,
20,24 82:1,17
83:6,13 84:4,
8,14,17 85:5,
12 86:8,16,
21,24 87:1,
15,22 88:14,
18,21,22,23
89:4,6 90:4,
17 91:1,8,10,
14,25 92:15,
17 93:2,3,11,
21,24 94:5,8,
9,13,19 95:1,
3,6,9,13,22
96:5,10,11,
12,17 97:8,
10,14,23,24,
25 98:2,4,5,
6,10,23,25
99:12,15,16,
25 100:9,14,
15,19,20,22
101:3,11,13,
16,20 102:6,
7,9,10,12,17,
20 103:10,16
104:3,9,10,
17,19,20
105:2,14,15,
17,18,19,24
106:5,6,11,
15,19 107:5,
14 108:5,6,7,
8,11,20
109:2,7,10,
15,19,20
110:2,6,12,
14,15,21,24
111:9,13,15,
20 112:4,5,8,
12,17,23
113:12,20,21,
23,24 114:3,
12,15,18,20,
22 115:1,9,
11,17,23
116:7,12,18,
23,24,25
117:4,10
118:2,7,11,
20,23 119:8,
17,24 120:1,
6,14,20
121:3,13
122:6,13
123:8

**that's** 6:6
8:24 12:5
14:25 22:11
23:5,25 25:6
26:11,15
27:23 28:13
31:9,16 33:25
34:18 36:4,8,
12 40:10,16,
18 45:2 48:11
51:1,11 52:9
53:18,21
54:14 60:10
61:4 62:17
71:8 72:21
74:23 75:10
77:21 78:9
84:19 85:12
89:17 90:23
92:22 93:17
94:17 95:10
101:13,19
103:4,5 110:3
120:9 121:19
122:7

**their** 7:16
8:14 13:4
20:2,6,15
22:7 23:24
25:23 36:10
40:20,23 41:7
42:6 46:2
47:24 48:22
49:8,13 57:13
61:2 63:3
69:6 74:10
87:24 88:15
91:21 92:1
97:11 104:21
109:19 111:4,
9,14 114:5
119:4

**them** 11:25
19:18 20:1
23:25 25:7
26:7 27:8,10,
20,21 33:19,
20 36:5,15,17
37:3,18
38:12,13,16,
21,22 39:5,6
43:17 44:11,
12,20 53:3,5
60:23 61:11
63:9,10,11,19
64:2,6,9,12,
13,14,17
66:13,21 69:6
72:16,21
74:14 76:2
83:9 84:16
85:15 87:10,
11 88:1 89:17
93:8 96:24
98:20,25
100:16 108:18
111:21 115:6
117:10

**themselves**
13:18 33:11
64:4 111:8

**then** 5:8,11
11:21 15:19
18:20 19:19
22:12 24:12
27:5 32:2

40:22,24 41:14 45:24 47:7,25 51:2 53:16 54:5, 18,21 58:3 60:22 61:10 64:21 66:12 78:5 80:10,16 84:11 85:15, 22 86:23,24 88:11 89:2 91:15,22 92:18 94:9 97:20,21 100:11,18 101:18 111:16 112:16,17 120:8,17

**therapeutic** 74:17

**therapy** 77:2 82:2

**there** 5:9,13 7:9,12 10:11, 21 11:4,6,8, 12 12:11,19 13:13,14 14:23 15:2,9, 25 16:2,7 17:1,17 20:23 21:9 25:22 28:22 29:7 31:8,12,19 32:5 36:13 37:8,10 38:15 40:12,16 41:20 42:17 43:16 45:22 51:5,12 53:13,16 54:19 55:12, 15 56:24 58:7 60:6 61:2 62:1 63:22 65:9,15,17 70:9 71:20, 24,25 73:10 81:19 83:5 85:11,14 87:18,20 88:17,22 89:3 90:11,12,18 91:9,25 93:2, 24 94:7 95:1, 16,20 97:9,24 99:9 100:4 101:8,20 103:10 104:3 105:17 108:3 112:8,18 113:24 114:11,18 115:17,18 116:24 117:5 118:2,4 123:5

**there's** 7:15 10:19 14:5 15:19 17:22 20:15,17 21:25 22:16 23:6,10 25:13 27:10,24 28:7,21,25 30:13 31:7 32:2,8 35:25 37:1,13 43:13,21,24, 25 46:20,25 48:18,21,22, 25 49:1 51:5, 21 54:5 59:16 60:9 61:20 62:10 64:1 65:5 68:6 69:2,14 83:20,21 86:2,13 87:9 88:7 91:7 93:7 94:4,7 95:3 99:11 100:8,9 101:1 104:7 106:19 107:24 108:8, 10 113:23 116:11 117:9 118:5 120:13, 23 121:4

**thereupon** 15:6 20:23 21:15 28:15 44:8,15 56:11 70:9 84:1 102:2 107:8 117:15 123:17

**these** 13:18 18:9 26:7 27:18 37:7 44:6,18,22 45:13 47:23 55:8 60:7,10 84:16,17 85:20 87:16 89:3 97:16 119:18 120:9 122:13,15 123:6

**they** 6:15,16, 21 7:18 8:10, 11,12 11:8, 22,24,25 12:25 13:1,2, 17,19 16:9, 12,13 18:13, 18 19:12,17, 18 20:1,2,7, 11,12,13 23:14,24,25 24:9,10,12 25:2,7,15 27:21,22 28:25 30:1 31:24 33:10, 15 35:9 36:20,25 37:1,17 38:8, 12,13 39:3,5, 11 40:24 41:7,8,19,23 42:1,2,12,13, 15,25 43:5,6, 14 44:21,24 45:8,12,23,24 46:3,17 47:1, 13,14,25 48:9,20 49:24 52:15 54:3,16 56:6 58:16 60:6 61:1,3, 5,7,8 63:14, 18,19,20,21, 22,24 64:2,5, 6,10,11,12, 13,14,16 66:15,16,17 68:25 71:11, 22 72:18 75:17 77:9, 23,24,25 78:21,25 80:13,15 81:2,5,18,20 83:8,10 87:10,13,14, 17,21,22,24 88:2,5 90:7 91:12,13,15, 16,18,19 92:2,11,12,18 93:8,18 94:1, 2 95:8,9,11 97:4,5,6 98:12,13,20 99:1,2,10,12, 13 100:11,18 102:19,24 103:4,5,15,21 104:6,9,10 105:15 111:4, 5,6,7,13,14, 15,16,17,18, 19 112:16,18 113:16 116:16,18,19, 22 117:10 118:17,18 119:15 120:8, 14,22,23

**they'd** 78:1

**they'll** 27:15 54:17 68:24 119:15

**they're** 11:7 12:18 17:20 18:15 23:14 24:19 27:20

36:6 38:14,15 39:4 45:23 55:22 60:25 64:15 68:18 85:21 87:5,6, 8 89:7 95:7, 21,25 96:2,4, 7,9 99:10 104:25 119:6, 11 120:21

**they've** 96:3

**thing** 26:5 48:8 54:14 69:17 79:6,8 82:20

**things** 6:8 28:25 29:14 34:9 45:22,24 57:22 93:19 96:13 98:4,24 107:23 110:9 111:16,20 116:12 122:13

**think** 4:21 9:23 11:19 14:9 15:23 18:4,6,15,18 19:2,15 20:12 21:25 23:5,6 26:11 33:25 34:3 36:15 40:15,19 43:13 45:22 48:11 50:16 51:6 55:25 58:11 62:21 65:19 68:5 70:1 71:13 73:21 78:10 79:3,11,13 83:18 84:19, 23 85:1 89:11 90:24 91:18 96:21 98:25 99:17 100:15 105:3 110:6, 7,10,14,15 111:13 117:13 122:23

**third** 73:1

**this** 10:1,3, 10,11 11:11 13:14 14:1, 17,20,23 15:2 16:18,19 19:19 21:10, 12 26:5 27:15 28:14 29:25 30:6,20 31:9, 11,16 32:5,24 33:12 34:1,5, 12 37:22 38:2,3 39:15 41:5,16 44:6, 14 45:1,4 46:24 47:4, 10,21,22 48:11,12,15, 17,19 49:7 50:7 51:19,25 53:6,22 54:13 55:24 56:15, 23 57:2,5,6, 20,22 58:1,3, 4,8,9,20,22, 23 59:20 60:1,11,12,15 61:3,5 62:2, 17 63:2 69:18,19 70:25 71:18 75:17,25 76:5,10 77:2, 14 78:23 79:13,23 80:25 83:6, 15,18,25 84:7,20,23 85:1,2,16,18 87:13,16 88:13 89:5,18 90:25 91:13 95:2 97:25 99:20,23 101:6 105:25 106:15,17 107:25 108:9, 12,21 109:21 111:16,23,24 113:2,6,14 115:25 117:5, 12,20,23 119:7 120:12, 25 121:17 122:4,5

**thorough** 59:25

**thoroughly** 67:8 69:11

**those** 6:4 13:1 14:13 19:10 22:16 23:19 26:6 29:10,17 35:7,8 39:8 46:11 47:12 48:1 63:21 64:14,17,20 65:4 69:5 79:3,21,24 80:17 83:13 93:19 95:10 97:16 98:15, 24 109:13 111:20 113:7, 13 114:20 116:9 123:8, 11

**though** 6:4 11:7 23:17 28:14 34:25 106:12 112:20

**thought** 76:17 77:19,20,22 80:10 81:24 91:19 99:15 111:4,15,22

**threatening** 73:17

**three** 5:14 12:11 14:12 32:7 36:1 37:19,22 51:12 52:13, 19 72:25 113:7 122:15

**three-** 6:14

**through** 22:20 24:4 25:10 31:13 36:11 37:20 44:10 67:13 81:15 95:18

**throughout** 76:23 116:17

**ticket** 6:25 7:4

**tied** 50:10

**time** 6:7 11:19 12:8 15:1 18:11 19:16 20:11 26:19 30:1,5, 20 31:18,20 35:8 42:10 47:24 50:2,3 51:9 57:3 59:11 60:16, 23 61:18 63:14 67:9 75:13 79:25 81:21,22 84:18 88:7 90:8,18 91:18,19,24 92:1 94:24 95:5,9 97:1 99:7 102:19 104:17 105:1 110:12 113:2, 7,14 115:10 116:4 118:3 121:14

**times** 8:13 10:24 23:19 53:10

**title** 4:1,2

**titles** 120:22

**to** 3:8 5:1,2, 15,16,25 6:1, 5,14,20,25 7:13,19,24 8:3,6,25 9:14,16 10:1,

2,3 11:10,13, 23 12:4,16,19 13:4,15,21,22 14:21 15:22, 23 16:11,17, 18,23 17:7, 16,22 18:10 19:9,12,14, 17,21 20:1,6, 14 21:6 22:1, 9,12,18,21,25 23:4,10,14, 22,25 24:3,5, 7,8,10,12,19, 23 25:4,5,6, 10,17,23,25 26:3,9,13,15, 21,25 27:6,7, 12,14,16,19, 20 28:20 29:1,11 30:5, 14,20,21 31:7,8,9,12, 13,15,23 32:7,14,15, 20,23 33:3, 10,17,19,20, 23 34:5,8,18 35:10,15,16, 17,21 36:17 37:2,8,9,13, 15,16,17,21, 22 38:5,7,8, 10,12,13,14, 15,16,19,20, 21,25 39:3, 10,17,24,25 40:8,9,11,14, 22 41:1,3,4, 6,7,13,17 42:1,2,7,19, 22,23 43:2,4, 5,12,17,19 44:2,5,18,20 45:2,5,15,23 46:15,22 47:13,15 48:1,10,23,24 49:10,11,15, 22 50:7 51:13,25 53:1,25 54:7, 8,12 55:4,9 56:3,5,8,23 58:10,11,14, 15,19,22,23 59:3,11,14, 15,21,25 60:3,24 61:1, 3,5,10 62:3, 8,13,15,21 63:5,12,15, 23,24 64:2,3, 4,6,9,11,12, 16 65:10,20 66:7,9,10,11, 13,18,20,21, 22,24 67:10, 15 68:5,8,10, 12,15,17,20, 21,22 69:4,6, 13,16,17,20, 21,22,23 70:3,12,20,25 71:5,10,11, 12,14,17,21 72:15,17,18, 19,21 73:17, 18 74:3,4,6, 12,19,23 75:6,7,9,13, 14,18,22,23 76:2,6,7,11, 13 77:2,6,9, 15,18,21,23, 24,25 78:1,4, 6,7,9,19 79:6,7,15,25 80:12,14,19, 21,25 81:1,2, 3,5,6,11,14, 17,19,20,22, 24 82:3,10, 16,20,23,24 83:2 84:5,6 85:10,23 86:1,4,9,15, 24 87:1,4,11, 20,22 88:3,5, 6,8,10,11,12, 25 89:4,7,8, 12,16,17 90:2,4,14,16, 20 91:8,10, 15,17,19,21, 25 92:4,8,13, 16,22 93:2,7 94:13,18,22 95:17 96:11, 12,13,19 97:4,15,19, 21,22 98:9,17 99:1,5,10,12, 13,14,18,19, 21,22 100:5, 6,12,13,14, 19,24 101:4, 7,23 102:4, 10,11,12,13, 14,24 103:2, 8,11,13,15, 17,21 104:4, 5,8,15 105:8, 9,19,20 106:3,9,11, 13,16,21,25 107:4,8,11, 16,18 108:2, 18,19,24 109:3,14,18, 25 110:6,11, 13,15,19,21, 22 111:1,2,8, 11,16,18,22, 25 112:5,7, 12,15,16,17, 19,21,25 113:1,12,13, 18,23 114:6, 8,17,18,24,25 115:6,8,11, 15,17,19,23 116:3,6,7,9, 20 117:4,10, 11,12,19 118:2,3,10, 12,23 119:2, 4,18 120:6,8, 24 121:12,15, 25 122:2,3,5, 6,7,10,12,14, 17,18

**today** 3:25 6:1 7:8 14:10,18 28:8 29:21 37:21 44:18 57:7,13 67:22 79:16 83:8,16 121:20

**together** 18:7

**told** 10:13 14:25 31:21 57:25 66:13 72:14,16 90:24 99:16 103:10 106:13 109:1

**tonight** 68:20

**too** 35:7 92:3,25 96:14 112:22

**took** 65:23 92:12 93:11, 14 101:9

**top** 20:2

**topics** 14:6 121:22

**tragic** 106:18 109:20

**training** 12:25 68:15

**transport** 40:23 41:6 81:24 86:15 88:11 89:14 91:21 92:19 94:22 95:23 101:7 104:18 114:2

**transportation** 53:23 102:12

**transported** 112:19

**trauma** 25:20
**travel** 22:15, 17,24
**travelling** 114:4
**treat** 73:17 74:12 75:8
**treated** 95:7
**treating** 74:13 86:11
**treatment** 19:14,15 68:18 75:19 80:15,18 87:18 109:23, 25
**trend** 74:8
**triage** 9:12
**tried** 113:12 116:20
**trouble** 36:18 37:4 66:14
**true** 11:15 23:6 47:6 68:8 122:7
**truly** 39:4
**truth** 3:9,10
**try** 25:5 30:14 64:2 69:13 120:24
**trying** 48:23 59:25 60:24 62:13 77:2 85:23 99:18 112:21
**turn** 53:1
**turned** 98:8 101:4 114:5
**two** 17:4 31:2 37:19,21 42:14 56:9,14 65:5 72:25 83:13,18,21 84:7 85:20 113:22
**type** 23:13 31:24 37:17 99:12 100:15
**typed** 51:23 52:9
**types** 51:6 93:19

**U**

**U.S.** 23:3
**unable** 30:20
**unclear** 41:21 107:23
**uncontrolled** 109:8
**under** 11:14 23:2 32:15, 21,23 33:16 35:25 39:1 40:25 62:10 69:5 78:21 85:9 90:6 99:4 114:20
**underlying** 27:14 73:22 75:8,23 76:21 77:17 79:15 80:17 106:21 109:5,13
**understand** 5:21 6:9 8:3 9:13 11:9 23:1,9 39:16 45:1 60:24 64:19 65:25 97:14 99:17, 25 103:7
**understanding** 41:16 66:6 76:5,10 104:1
**understands** 22:5 67:24 68:2
**unfortunately** 92:3 98:5 101:19 102:21 115:16
**uniforms** 8:12
**unique** 25:10
**unit** 76:2
**United** 21:2,5 22:6 23:19 102:18
**Units** 67:17
**unless** 88:22
**unlikely** 114:23,25
**unload** 91:20
**until** 25:7 45:18 53:19 61:9 81:23 98:8,18 99:6 100:5 101:4,7 114:5
**unwell** 91:16
**up** 19:22 20:3 24:12 33:21 36:7 37:4,14 42:15 43:3 50:10,13 71:21 74:6 78:5 86:9,15 94:15 101:18 103:3,4 108:8 114:17 116:20 119:9
**upon** 68:3
**urgent** 26:8,9 90:23 100:15
**Ursua** 12:14 65:21 71:19 72:15,24 77:15
**us** 3:25 10:14 35:3 37:18 44:21 50:23 53:7 76:25 80:4 88:10 95:20,22 97:4 98:1,3 103:2, 3 108:16 122:5
**use** 27:24 32:14 36:2,21 64:12,16 66:22 69:6,8 70:25 71:15 75:23,24 76:2,6 78:14 80:6 81:16 98:7 106:3 109:14
**used** 14:20 26:23 27:23 31:23 57:4 63:15 66:20 72:4 73:16 74:12,16,22 92:13 101:7 111:13
**using** 64:24 72:2 75:22 77:1 78:18 90:24
**usually** 84:19 93:19 115:7
**Utilizing** 115:1

**V**

**vacation** 23:1
**valid** 24:6
**value** 79:17
**van** 40:23 41:6,8,9 81:24 88:11 91:21 92:19 101:7,8,10,18 104:18
**various** 8:4 64:21 86:13, 24 117:23
**Vazquez** 3:12, 21 28:19 58:17 103:25
**Vegas** 74:6 75:3
**vehicle** 39:24 114:2
**vendors** 57:17
**venues** 37:5
**verbatim** 69:17

**verify** 13:4 30:21 31:16
**version** 62:5 101:1
**very** 13:2 24:24 26:5,24 74:7 90:13 92:3 93:13 98:4 106:19 109:20 111:20 114:23
**vessel** 9:5,24 10:2,25 86:15
**via** 82:2
**video** 70:10 123:12
**view** 103:8
**visit** 54:17
**visitor's** 47:22
**visitors** 54:15,16
**voluntarily** 9:16
**volunteer** 58:17
**voyage** 6:2 22:25 24:8 42:14
**voyages** 93:9

W

**wait** 56:7 121:4
**waited** 92:19
**waiting** 101:9 103:11 104:5 116:21 119:4
**wake** 74:6
**walk** 41:3
**walk-in** 26:3, 7
**walkers** 29:2, 8
**wall** 100:23, 24
**Wanita** 43:1 65:17 66:9,17 67:10 73:3 76:17 77:20, 22 78:13,14 94:15 108:16 109:18 120:5, 17,19 121:2,6
**Wanita's** 77:17
**want** 6:5 11:10 16:18 19:14 31:15 33:7,19 34:5, 8 35:16 38:7 39:17 41:3 49:14 59:11 64:11,16 66:18 68:21 69:13 72:19 74:18 78:11 81:1,2 82:10 88:3 94:18 103:2 107:4 108:19 110:11 114:7 121:12 122:14
**wanted** 22:1 42:1 58:14 66:19 76:11, 16 120:6
**wants** 64:3 82:24
**warranted** 85:22 86:12 97:23
**was** 3:13 4:21,22 5:5, 8,13 7:17 10:11,12 12:6,11,14,19 13:13,14 15:2,6,15 16:19 18:5 20:23 21:9,15 22:4 28:7,10, 15,19 30:2,4, 7,8,19,20 31:17,20 33:13 34:1 35:19,20 36:23 37:2,4 38:3 39:11 40:10,12,13, 17 41:5,17, 20,21,24,25 42:1,15 43:25 44:8 47:7 48:15,16 50:21 51:17, 18,25 52:16, 21 56:1,24 57:2,17,23,25 58:1,7,12,13, 14 59:13,22 60:6,7,11,13, 14,15,17 61:10,15,17, 19,21 62:1,7, 16,20,21,23 63:7,8,12 64:6 65:16 66:6,10,16,23 67:1,9,10 70:9 71:7,13, 18,24,25 75:7,13,20,22 76:2,5,6,11, 16,19,22 77:3,15,16 78:3,12,17 79:5,6,8,10, 15,19,25 80:7,10 81:5, 9,11,14,17,19 84:1,23 85:2, 6,12,14,18 87:18,19,20, 21 88:1,6,10 90:5,18 91:1, 4,11,16,18,25 92:2,3,13,14, 20,23 93:3, 11,14,22 94:5 98:2,11,16,19 99:7,15 101:6,8,16,23 102:2,7,13 103:10,16 104:11,17,18, 21,22 105:17, 25 106:10,14, 15,16,17 107:5,8,11 109:5,7,8,12 110:14,15,25 111:4,22 112:3,4,8,15, 18 114:3 115:10,17,18 116:19,23,24 117:5,6,15 118:6,9 119:20 120:17 122:5 123:17
**wasn't** 25:17 31:18 33:6 43:3 60:21 67:3,9 77:18 81:23 100:23 107:3 114:20 119:17 123:8
**watch** 53:24
**way** 14:6,12 23:21 24:3 25:16 30:8 31:7 42:2 58:5 86:1 93:17 99:13 101:4
**ways** 30:14
**we** 3:23 6:7 14:12,15 16:12 19:2,4, 8 20:13 24:21 26:6,7 27:7, 10,11,13,21 28:9,20 29:12,21 30:14 31:10, 15 32:7,14 33:7,18,19 34:20 35:1 36:19,23,25 37:16,18 38:16,21 41:3 42:8 43:12

44:5 48:1,24 50:13 54:14 55:13 56:2,5 57:14 58:2, 11,18,19 59:9,20 60:8, 16,24 61:5, 20,22 63:1,4, 12 65:23 66:1 67:7,8 69:19 70:6 72:6 74:14 77:22 78:2,4 79:12, 17 83:10 85:15 87:15 88:2,3,6,8 90:8,25 91:17 92:14,17,22 94:14,24,25 95:6 97:12, 14,22 100:11 103:2,17,18 104:23 105:12,15,17 106:8 108:2, 6,7,13,17 110:20 111:21 112:11,20 113:3 114:16 115:4,20 116:23 120:2, 7 121:13,15 122:6,20

**we'll** 14:11, 13 35:22 39:15 88:12 110:10 115:16 116:6

**we're** 6:7 13:3 30:3 88:10 89:21 106:7 108:11

**we've** 30:23 70:6 73:12 88:21 117:5

**wear** 8:12

**website** 7:1,7

**wedding** 54:18,19

**week** 10:12 65:23

**weeks** 31:2 108:1

**welcome** 34:23

**well** 7:5 9:4 10:3 11:9 18:9 25:12,17 31:18 36:25 38:18 39:5 40:7,24 41:19 43:8 50:13 51:18 53:4 57:11 58:6,8, 17,23 59:1,9 67:4 68:17 69:18 70:1 73:25 74:5,25 75:13,17 76:1,25 77:18,21 81:13 82:9 87:19 90:23 92:8 94:17 108:4,19 109:8 112:18 114:11 121:23 122:11

**well-being** 106:4 109:14 111:14

**Well-trained** 115:5

**went** 5:2 33:4 34:2 43:1 60:16 66:9 67:10 77:23, 25 78:7,15 107:3

**were** 10:8 12:6 19:13,18 30:2 31:11,12 35:6,19 36:15 41:19 42:20 44:15,18 47:13,23 51:6 52:15 53:13, 16,20 54:3,6, 16 56:6,11,14 57:15,17 58:11 61:23, 24 63:2,4,13, 14 65:4 75:17 84:17 87:13, 14 91:16 98:20 104:24 106:2,24 108:7 109:15 111:7 112:18, 24 118:18 120:23 121:13

**weren't** 35:9 36:25 91:12

**what** 3:25 4:5 5:5 6:11 7:13,16,25 8:4,25 9:1,4, 19,24 10:4,7 11:9 12:2,6, 15,24 13:15, 22,23,25 14:25 15:2 16:14,24 17:1 18:22 19:10, 17,19,23 22:17 23:13 24:15,19 25:11,24 26:8,17 27:2, 5 28:13 31:10,11 32:10 33:14, 22 34:13 35:13 36:4,23 38:9 40:10, 17,19 41:11 42:7,20 43:8, 9,16 44:21 46:7,11,17 47:11,21 48:3,11,14 49:15,24 50:2,3,12 51:2,7,24 52:12,13,14 54:13 56:21 57:22 58:14 59:22 61:13, 23 63:6,7,12, 14 65:11,14 66:1,2 67:9 68:3 72:11 73:12 74:7,24 76:13 77:21 78:9,17 79:14,17 81:4,8 83:10 86:17 88:13, 19 90:24 92:22 94:10 95:13,19 96:3,16 97:5, 6,11,12 99:17 100:3,17,25 101:11 103:5, 18 104:1 106:2,5,23 107:4 110:12, 22 111:7,11 115:11,21,24 117:22 118:10,16 119:19 122:18,19,20

**what's** 15:11 22:3 35:11 57:6 58:20 85:19 122:19

**whatever** 59:20 64:5

**wheel** 38:12, 21 41:3 43:6 99:1 100:16

**wheelchair** 29:22 31:13 32:6,8,9 36:10,11,19, 21 37:2,7,23 38:5,10,15, 20,24 39:7,24 40:2,4,9 41:2,17,24 42:3,6,10,19, 21,22 43:2, 11,14,17,18, 24 54:22 55:9 56:6,17,22,25

58:25 60:4,18 61:3,6,10,14, 16,23 67:3,4, 10 78:1 80:5 87:20 88:2 92:9,11,12,16 98:7,18 99:6 100:10 101:6, 17 116:1 118:6

**wheelchairs** 27:7,8,12 28:21 30:9 33:19 36:14 37:9,10,15 57:15 58:21

**wheeled** 40:22 43:3 92:20 101:16 103:22 118:18

**when** 6:7,16 23:24 30:8 33:22 35:20 36:16 40:4 42:15 45:11, 12 51:11 52:15 53:19 62:15 66:15 67:6 77:23 79:7 80:7 83:3 87:5,6,8 91:14,15 95:2,10 97:23 103:11 106:10 110:7 114:18 115:13 119:23

**where** 7:3 26:6 39:23 40:20 46:8 51:19 52:18 75:5 79:12 85:7,9 89:18 91:4 101:19 118:8,22

**wherever** 13:3 38:13 41:4

**whether** 9:19 22:4,15 27:3 30:9,11,12,19 38:1,2 41:21, 22,25 42:24 43:3,4 47:7 77:3 86:12,22 89:17 103:9 112:3

**which** 5:15 9:20 18:16 29:21 32:16 37:20 41:24 44:24 45:10 51:24 56:16, 18 58:20,22 60:17 61:16 64:22 66:12 69:19 75:24 76:22 77:10 78:4 80:16 88:5 99:2,4 101:10 109:12 110:25 112:24

**while** 30:24 34:10 35:19 70:2,7 101:17

**who** 10:11,20 18:13 27:1 38:19 51:23, 25 53:8,9 54:6 60:3 65:16 71:7 73:1 75:14 78:19 82:23 86:4 90:25 92:15,20,23 93:2,11,14,21 94:11 101:15 103:20 104:19,20,23 105:4,12 108:23 115:10,25 119:3 120:11 121:6

**who's** 10:22 25:6 52:4 89:4 120:18 121:3,9

**whole** 3:9 36:8 69:17

**why** 33:13,15, 21 44:7 60:24 68:25 72:16, 21 97:24 108:20 114:25

**wife** 79:18

**will** 3:9 9:1, 5 12:20 14:14 15:5 18:22 22:6,12 23:10 27:11 35:18 38:12 64:6 78:25 94:25 101:3 110:7 116:7 122:4, 25

**Williams** 121:4

**Wilson** 5:13

**window** 90:13

**winnings** 48:9,10

**with** 4:8,23 5:12 6:18 8:15 9:4,8 10:1 13:2 20:6 24:21 26:13 29:24 30:11,21 32:23 35:18, 19,23 37:18 40:3 41:5,15 47:24 50:14 53:25 54:7, 10,17,21 56:19 58:14, 18,25 59:3,4, 16 60:23 61:16 62:13 63:23 64:11 68:18,20,23 69:21 70:7 71:14 72:7,8, 20 75:21 76:18 78:23 80:11 82:17, 21 86:2,6,12, 23 91:5,13 93:6 94:18,19 95:11,18,22 96:5,12 99:23,24,25 101:14 104:21 110:23 111:23 112:21,22 113:25 114:4, 21 117:24 119:9,16,21 120:12,14,17, 19,23 121:2,6 122:12

**within** 17:19, 20 18:15,18, 19 30:4 31:22,24 32:3,4,6 46:24 62:9 90:12

**without** 17:16 36:21 71:5 75:2

**witness** 3:11 7:25 8:7 12:23 18:4 19:23 21:7 22:10 23:5 24:24 26:2 34:22,24 35:2,4 39:12 40:12 42:25 43:21 46:4 49:11,16 55:25 57:10, 12 59:6,18, 22,25 60:13 61:8 62:5 68:7 69:23 70:4 73:1,7, 19 74:5,25 75:17 76:15 77:8 80:23 82:4,17 83:23 89:1 90:17 91:9 93:5 99:23 102:6, 16 103:15 104:9 105:3, 22 107:20,22

111:13 113:2 115:16 116:11 117:19 118:13,15 120:5 122:25 123:4,7,10
**witnessed** 52:22
**witnesses** 72:25 108:8
**woman** 87:25
**word** 45:22 57:5
**words** 6:5 76:7
**work** 5:2,15 12:16 13:2 20:5 100:23 101:3
**worked** 5:9
**worker** 119:13
**working** 100:17
**works** 7:21 23:21 30:9 93:18
**world** 111:24
**worried** 91:12
**worse** 76:23
**would** 7:18 10:15,17 11:1,4 14:23 16:11,14,24 17:7,14 19:9, 17,18,20 23:23 24:19, 20 25:22 26:2,3,8,21, 22 27:3 28:25 29:17 31:19 33:15 36:19, 20 37:25 38:1,21,22 39:3,8,12 40:1,3,9,15, 16,19,24 41:3 42:23,24 46:23 47:12 48:3 51:10,20 52:12 55:23 56:2,5 58:24 60:5 63:19, 21,24 64:9, 12,13,14 66:11 68:19, 25 70:7 71:10,22 72:1,20 75:21 76:18 77:4,22 78:13,21 80:16 82:4,5, 17 84:20 85:15 86:23 87:10 90:7,9, 10,12,13,18 93:16,18 95:1,8 97:4,6 98:1,4,6,12, 14 99:5 100:14 104:10,11 109:21 110:21 113:20 114:15,21,22, 25 115:4,5,11 116:19,25 117:8 119:2,8 120:15
**wouldn't** 7:25 60:24 64:16 80:12 81:2 94:8 97:5 100:23 113:13 115:3
**wrists** 29:14
**written** 7:1, 15 31:8,19 42:9,12,17 52:13 60:6,24 61:20 62:1,19 65:12 66:4 71:20 73:10 83:5 84:4
**wrote** 52:19, 25

**X**

**x-ray** 25:13
**x-rays** 17:7,9

**Y**

**yeah** 14:1 49:16,20 50:3,11,19,20 55:18 70:24 83:24 96:15 103:1 118:13 119:12,25 120:5 123:2
**year** 79:21 109:9
**years** 4:24 5:1,10,14 26:6 31:25 62:17 76:1 79:20 80:11 91:13 109:6 111:23 118:21
**yes** 3:11 4:19 5:4,20 6:10, 19 7:2 8:7 12:10 15:12, 14,18 17:3,6 18:12 21:7,12 29:3,15 32:22 34:7 39:3,7 40:18 50:23 51:14 52:8 53:10 54:24 55:6,14,16, 17,21 56:20 57:1,4 58:7 65:13,22 66:4 68:12 69:5 70:18 72:25 83:1,7 84:15 90:3 91:3 94:14,24 96:9,21,25 97:22 106:1 110:2 111:2 117:21 121:22,24
**yesterday** 29:25 59:24 60:23
**yet** 44:11 61:19 93:3 101:8 106:8
**you** 3:8 4:9, 12,15,18,23, 25 5:1,2,19, 21 6:9,16,17 7:20 10:11,15 11:3,13 12:9, 22 13:19,21, 23 14:3,10, 17,18 16:13, 18 17:5 18:5, 6,7,20,25 19:4,13 21:10,24 22:10,12,13, 15,18 23:17 24:19 25:14, 16,23 26:3,8, 13,20,24 27:4,14,15 28:9,14,18 29:24 30:10, 12 33:3,7,21, 22 34:5,8,10, 11,12,13,16, 19,22,23 35:1,7,9,13, 15,18,19,21 36:5,18 37:15 38:1,13 39:6, 16 40:18 41:1,11 42:5 43:9,16 44:1, 7,20 46:8,9, 11 47:3 49:1, 7 50:16 51:4, 8,12,24 52:11,18 53:1 54:23 57:4,23 58:25 59:3,20 62:16 63:6,7 64:15,18 66:1

67:6 70:7,12 71:14,21 72:10,14,17 73:4 74:7 75:3 76:25 77:12 78:2 79:4 82:10, 17,21 83:15 84:4,6,8 85:7,9,25 87:5 88:18,22 89:6,11,12, 13,14,15 92:20 93:2,3, 14,21 94:18 95:13,14,15, 18 96:20,24 97:24 99:17, 20,24 100:17, 18,22 101:4, 13,20 102:9, 17,18,25 103:2,3,8,25 105:14,18 106:5,13 107:5 109:1,4 110:1,3,11, 21,24 111:9 112:6,7,22 113:13 114:8, 12,21 116:15 117:14 118:10,17,25 122:11,12,14, 17

**you'll** 85:10

**you're** 3:23, 24 4:12 5:21 9:14 13:17 17:1 28:3 30:16 32:20 37:15 38:6 49:15 50:15 58:17 61:13 64:19 65:20 67:21 70:2 72:22,23 74:21 84:22 87:1 89:1,4 95:14,17 96:19 99:17 102:18 103:7 108:23 110:12

**you've** 5:18 34:6 38:3 72:23 83:18, 22 88:14 89:2 90:24 115:8 122:25

**your** 3:6,19 4:1,5,10 7:1 22:14,20,22 34:25 35:10 37:21 41:12, 16 47:13 58:20 64:5 75:7 78:3 85:25 101:25 103:7 104:1 110:14 112:19 120:4

**yourself** 5:22