UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 18-cv-23181-WILLIAMS/TORRES

RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, deceased,

Plaintiff,

v.

CARNIVAL CORPORATION, as Panamanian Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant.
______________________________________________/

FOWLER WHITE BURNETT, P.A.
Brickell Arch
Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Friday, 11:30 a.m.
May 3, 2019

VIDEOTAPED DEPOSITION OF RANDALL NOON

Taken before Paula Pace, RPR, Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above case.



APPEARANCES:

ON BEHALF OF THE PLAINTIFF:
FOWLER WHITE BURNETT, P.A.
Brickell Arch
Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
BY: Amanda G. Altman, Esquire
Christopher E. Knight, Esquire

ON BEHALF OF THE DEFENDANT:
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, Florida 33145
BY: David Markel, Esquire

\- - - - - -

I N D E X

\- - - - - -


| | PAGE |
|---|---|
| **Randall Noon** | |
| By Ms. Altman | 03 |


E X H I B I T S


| DEFENDANT'S | PAGE |
|---|---|
| No. 1 - Notice of deposition | 22 |
| No. 2 - Documents produced | 24 |
| No. 3 - Carnival cruise ticket contract | 24 |




THE VIDEOGRAPHER: In the case styled Randall Noon vs. Carnival Cruise Lines, doing business as Carnival Cruise Lines, Case No. 18-CV-23181 Williams Torres, this is the videotaped deposition of Randall Noon. This deposition is taking place at 1395 Brickell Avenue, Miami, Florida on May 3rd, 2019. The time is now 1:42 p.m.

Our videographer is Oliver Lee. Counsel will state their appearances for the record, after which our court reporter Paula will swear in the witness.

MR. MARKEL: David Markel, Gerson & Schwartz, on behalf of the plaintiff.

MS. ALTMAN: Amanda Altman with Fowler, White, Burnett on behalf of the Defendant, Carnival.

MR. KNIGHT: William Christopher Knight; Fowler, White, Burnett on behalf of Carnival.

Thereupon,

RANDALL NOON,

was called as a witness and, having been duly sworn was examined and testified as follows:

DIRECT EXAMINATION



BY MS. ALTMAN:

Q. Good afternoon, Mr. Noon. Would you state your full name, please.

A. **Randall Lewis Noon.**

Q. And what's your date of birth?

A. [redacted].

Q. What's your current home address?

A. [redacted].

Q. Mr. Noon, have you ever had your deposition taken before?

A. **No.**

Q. Okay. So I'm just going to go over kind of the rules of the deposition. I'm just going to ask you a bunch of questions today and I just want you to give me your answers to the best of your ability. I don't want you to guess on anything. If you're estimating something or giving an approximation, just let me know that, okay.

If I ask you a question and you don't understand it for any reason or you need me to rephrase it, let me know. If you answer the question, I'm going to assume that you understood what I was asking. Okay, is that fair?

A. **Okay.**

EXHIBIT D

Q. All right. And if you need a break at any point, just let me know. Okay?
A. Okay.
Q. And also, you see there's a court reporter here and we've got the videographer, so try to let me finish my question before you answer and I'll try to let you finish your answer before I move on to another question. All right?
A. All right.
Q. Mr. Noon, who lives with you in your home?
A. Right now?
Q. Yes.
A. A friend of mine, Stacy Patten, and her son Daniel Patten.
Q. Patten was the last name?
A. P-A-T-T-E-N.
Q. And her son Daniel?
A. Yes.
Q. How old is Daniel?
A. Twenty-one.
Q. And you said Stacy is a friend. Is she your girlfriend?
A. Yeah.
Q. How long have you guys been together?



A. Almost a year.
Q. Does anybody else live with you in your home --
A. No.
Q. -- right now?
A. No.
Q. What is your occupation, Mr. Noon?
A. I'm a factory worker.
Q. What kind of factory?
A. They make car mirrors, exterior car mirrors. Magna International.
Q. That's the name of it?
A. That's the name of the company I work for.
Q. And where is the factory located that you work in?
A. Alto, Michigan.
Q. How close is that to Hastings?
A. About a half hour drive.
Q. Do you work in the factory five days a week?
A. Or six.
Q. Five or six. How long have you been with Magna International?
A. Eighteen years.



Q. Wow. Where were you born, Mr. Noon?
A. Grand Rapids, Michigan.
Q. Michigan guy all the way then, huh?
A. Yup.
Q. Have you ever lived anywhere else outside Michigan?
A. I lived in Tennessee when I was in the service. I lived in Georgia for a little while, but other than that, that's all.
Q. And did you graduate from high school?
A. Yes.
Q. In Michigan?
A. Yes.
Q. What was the name of your high school?
A. Saranac, S-A-R-A-N-A-C.
Q. Did you join the service after high school?
A. Yes.
Q. Right after high school or did you work in between?
A. Actually I quit high school and joined the service.
Q. What branch?
A. Army.
Q. Well, thank you for your service.



What did you do in the Army?
A. Infantry.
Q. When you got out of the service -- were you ever stationed overseas?
A. No.
Q. When you got out of the service what did you start doing for work?
A. I went to work for my brother. He had a tire store, Noon Tires.
Q. Where was that located?
A. Lowell, Michigan.
Q. How long did you do that?
A. Off and on for probably ten years.
Q. Mr. Noon, what's your salary at Magna?
A. Salary, how much do I make an hour, is that what you're asking?
Q. Yes.
A. 19.23 an hour.
Q. And when did you meet Karen?
A. While I was in the service, 1980.
Q. Where were you stationed when you met her?
A. Fort Campbell, Kentucky.
Q. Where was Karen from?
A. Detroit.

9

Q. What was Karen's birthday?
A. [redacted].
Q. And you said you met her in the service though. Did you meet her in Kentucky?
A. Uh-huh.
Q. And what was Karen doing in Kentucky when you met her?
A. Visiting a friend, I guess.
Q. So she wasn't living there at the time?
A. No.
Q. She was living in Michigan still?
A. Yes.
Q. And when were you and Karen married?
A. August 8, 1980.
Q. So you married her the same year that you met her?
A. I knew her for about four months, roughly.
Q. Were you back in Michigan when you guys got married?
A. No, I was still in the service.
Q. You were still in the service?
A. Uh-huh. I didn't get out until December of that year.

10

Q. December of 1980?
A. Yes.
Q. Were you honorably discharged from the service?
A. Yes.
Q. So once you got out of the service you went back to Michigan?
A. Yes.
Q. And where were you and Karen living in December 1980?
A. With my mom.
Q. Where?
A. With my mother.
Q. With your mother?
A. Yes.
Q. How long did you guys live with your mother?
A. It's so long ago, that probably took us three or four months before we got stuff around and moved out.
Q. Did Karen work at the time in 1980?
A. Yes, she got a factory job.
Q. Do you remember what factory she was working in?
A. Lacks Industries.

11

Q. Lacks?
A. L-A-C-K, Industries.
Q. Do you remember how long Karen worked there?
A. Let's see, she went to work -- she might have worked there six months.
Q. And then what did she do after that?
A. Had our son.
Q. Okay. What year was your son born?
A. '81.
Q. What's his name?
A. Joseph.
Q. Joseph?
A. Yes.
Q. Where does Joseph live now?
A. Gladwin, Michigan.
Q. How far is that from you?
A. About an hour and a half. Mile wise, I have no idea.
Q. Is Joseph married?
A. No.
Q. And do you have other children as well with Karen?
A. I have two daughters too.
Q. Okay. What are their names?

12

A. Juanita.
Q. And how old is Juanita?
A. Thirty-six.
Q. Where does she live?
A. In St. Augustine.
Q. Is Juanita married?
A. No.
Q. Does she have children?
A. No.
Q. Does Joseph have any children?
A. Yeah.
Q. How many?
A. Four.
Q. What are their names?
A. Mikala, Riley -- you would ask me that.
Q. It's okay.
A. Riley -- I haven't seen them in quite a while. I can't think of the other two, he's got a little girl and a little boy.
Q. Okay. And then how often do you see them?
A. Lately I've seen them more than I have in the past. Him and his mother got in a little bit of an argument and she wouldn't go up and see

him.
Q. So Karen and Joseph got in an argument?
A. Uh-huh.
Q. When was that?
A. Quite a while ago. I don't remember what any of it was about.
Q. It's okay.
A. But they would talk, they'd still talk on the phone, but she wouldn't go up and see him.
Q. Okay.
A. A lot of it had to do with his girlfriend. The two of them didn't get along.
Q. Karen didn't get along with Joseph's girlfriend?
A. Right.
Q. And then I know you said Juanita. And who is your other daughter?
A. Melissa.
Q. How old is Melissa?
A. Thirty-five.
Q. And where does she live?
A. St. Augustine.
Q. Is she married?
A. Yes.



Q. What's her husband's name?
A. Jason, and don't ask what her last name is now.
Q. I won't ask. Does Melissa have children?
A. Yes.
Q. How many?
A. Two.
Q. What are their names?
A. Eli and Sage.
Q. How often do you see Juanita?
A. Since she moved down here, not very often. This is the first I've seen her, she's down with me right now.
Q. Okay.
A. This is the first I've seen her in over a year.
Q. When did she move down here?
A. They come down here three years ago, three or four years ago.
Q. Did Melissa move down here at the same time?
A. Yes.
Q. How often do you see her?
A. Same way. They're down here and I'm



up there.
Q. Okay. Do you provide any monetary support for Joseph and his children?
A. No.
Q. What about for Juanita?
A. No.
Q. What about for Melissa?
A. No.
Q. Did Karen ever go back to work? I know you said that she had your son and then I know she had your other two daughters. Did she end up ever going back to work?
A. Yes, she went back to work as soon as they got in school.
Q. And what did she do?
A. She went to factory work again.
Q. Do you remember what factory she worked at?
A. Same factory I'm at, Magna.
Q. And how long did she work there?
A. Thirteen years.
Q. Do you remember what year she stopped working?
A. 2001 she stopped working there.
Q. Where did she go after that?



A. She moved around a little bit. She worked for UPS. Then she went to work doing in-home care for elderly people and other people too.
Q. Okay. Do you remember anything else she did?
A. Well, what started that was we took care of my mother. She had Alzheimer's, we took care of -- we moved in with her again and took care of her for, was it five years. That's what started her on the in-home care, taking care of my mom.
Q. What year did you move back in with your mom?
A. I don't remember. To tell you the truth, I don't remember.
Q. Okay, that's fine.
A. She's been gone for -- my mom's been passed away for probably three years. And we put her in a nursing home about a year before she passed away. Before that is when we were taking care of her.
Q. So your mom passed away in about 2015 or '16, does that sound right?
A. Something like that, yes.
Q. And you had put her in a nursing home

the year prior?
A. Couldn't take care of her anymore, we couldn't.
Q. I understand. Do you remember how long Karen was doing in-home care for other people?
A. The last, well, after she was done with mom, probably the last five years.
Q. Was she doing that at the time that she passed away?
A. Yes.
Q. Do you remember any of the people who she was working for?
A. Their names?
Q. Yes.
A. Not off the top of my head. Some of them I never even met. She would just go and do her thing and come back.
Q. Was she working for multiple people at the same time?
A. She usually had two or three people at a time. They got paid through social services, State of Michigan paid her.
Q. I see.
A. So she worked for the State of Michigan. They paid her, I don't know.



Q. Okay, I understand.
A. I don't know how that works.
Q. Do you know how much, how much Karen was making per hour?
A. I don't. I don't.
Q. And were you and Karen living in the home that you're in now, Mr. Noon, at the time that she passed away?
A. No, I sold that.
Q. What --
A. Had to.
Q. What was the address where you guys were living?
A. [redacted], [redacted].
Q. How long had you and Karen lived there?
A. Twenty-plus years.
Q. Did you own the home?
A. We were buying, I mean, making payments on it, yeah.
Q. You had a mortgage on it?
A. We had a mortgage.
Q. And what year did you sell that home?
A. December of last year is when I sold



it.
Q. 2018?
A. Uh-huh.
Q. So just recently?
A. Yes.
Q. Okay. In 2017, Mr. Noon, was anybody else living with you and Karen in your home?
A. At the beginning of the year, end of year, what do you mean?
Q. How about let's start at the time that Karen passed away.
A. No.
Q. Had anybody else been living with you at all?
A. No.
Q. How about at the beginning of 2017 --
A. My two grandkids were living with us.
Q. Which two?
A. One -- Missy's two, Sage and Eli.
Q. How long did Sage and Eli live with you?
A. They come up there Christmastime, so from Christmas till June.
Q. How come they were staying with you guys?



A. My daughter was trying to work down here and so much for daycare and all the other good stuff, that we told her, give her a break, get caught up with everything, they can come stay with us and we'd take care of the kids for six months and she could get everything caught up, a place to live and everything all good, was the idea, so.
Q. Mr. Noon, I know that you and Karen went on a cruise in July of 2017. Was there any special occasion for the cruise?
A. No.
Q. So were you guys just taking a vacation?
A. It was a joint vacation. My daughters come too and my grandkids were there too.
Q. Okay. So it was you and Karen on the cruise, correct?
A. Yes.
Q. And then Melissa was on the cruise?
A. Yes.
Q. Sage and Eli were on the cruise?
A. Yes.
Q. And Juanita was on the cruise?
A. Yes, and my granddaughter Mikala was on the cruise.

Q. Mikala was also on the cruise, okay.
And do you remember when you guys decided to take this cruise?
A. When did I decide?
Q. Uh-huh.
A. I didn't get a choice in it. My daughters and my wife said we're going on a cruise, so we went on a cruise. When they figured it out, I have no idea. I didn't -- they don't tell me everything, they didn't until the last minute, but.
Q. So they just told you we're going on this cruise?
A. Uh-huh.
Q. Had you been on cruises before?
A. Nope, never been on one before.
Q. Do you know who booked the cruise?
A. I'm thinking Missy did, I'm not sure.
Q. Who paid for the cruise?
A. I think we all did, I believe.
Q. Mr. Noon, do you remember having to sign any paperwork prior to the cruise?
A. For?
Q. For going on the cruise. Do you remember reading, do you remember signing any documents?



A. No.
MR. MARKEL: You have to answer verbally.
THE WITNESS: No, I don't remember.
BY MS. ALTMAN:
Q. And how did you all get to -- the cruise left out of Miami, correct?
A. Yes.
Q. How did you guys get to Miami from Michigan?
A. We flew to Jacksonville and my daughter picked us up there, went to their house, stayed the night at their house and then drove down here the next morning and got on the ship.
(Thereupon, Defendant's Exhibit No. 1 was marked for identification.)
BY MS. ALTMAN:
Q. I'm going to show you, I'm going to mark this as Exhibit No. 1. I'm going to show this to you, Mr. Noon.
Take a look at that for me, sir.
A. Yeah, so what does it mean?
Q. Have you seen that document before?
A. No.
Q. Okay. That's just the notice of the



deposition today, just that's why you're here, we noticed the deposition. If you turn to the third page --
A. Okay.
Q. -- it asked for some documents. Did you bring any documents with you today to the deposition?
MR. MARKEL: Yeah, we have, in response to the duces tecum portion of the notice we have some documents with us. I believe they've all been previously produced in our supplemental response to request for production. There's also a signed 4506 IRS form, due to his condition of his hand.
THE WITNESS: I ain't signing very well.
MR. MARKEL: It's not a great signature, but you can have all that.
BY MS. ALTMAN:
Q. Great, thank you so much.
Mr. Noon, you can put that to the side if you want, we won't need it again.
We'll go ahead and mark this as Exhibit No. 2 as well, just the documents that, I'm



not going to mark your copy of the notice, but we'll mark the documents that were produced today.
You know what though, I don't want to put the sticker on this one, I need to send that one in. So we'll note that you did sign the 4506 for us and we'll just mark these, okay, as Exhibit 2.
(Thereupon, Defendant's Exhibit No. 2 was marked for identification.)
BY MS. ALTMAN:
Q. Mr. Noon, I'm going to also mark Exhibit No. 3.
(Thereupon, Defendant's Exhibit No. 3 was marked for identification.)
BY MS. ALTMAN:
Q. Just take a quick look at that, you don't have to read the whole thing. It's kind of lengthy.
A. What is it, in the condensed version?
Q. That is a Carnival cruise ticket contract.
A. Okay.
Q. Have you ever seen that document before?
A. I didn't -- no, I didn't. Like I

said, I didn't handle any of the tickets or any of that stuff there. My daughter and my wife did all that.
Q. Okay. Did you ever go to the Carnival website at all prior to the cruise?
A. No. I still haven't been there.
Q. Okay. You still haven't seen the Carnival website?
A. No.
Q. Do you know if Karen did before the cruise?
A. I don't know, I really don't.
Q. Do you know if either of your daughters went to the Carnival website before the cruise?
A. It would be a guess, I have no idea. They never said anything.
Q. Okay. And did they ever tell you how they went about booking the cruise, whether they did it online or they used a travel agent or anything like that?
A. They didn't tell me.
Q. Okay.
A. Like I said, they didn't tell me a lot. They handled everything, my girls took care



of things with no problem.
Q. That's nice. Makes it easy for you.
A. That's what I thought, everything worked out well for a while.
Q. So, Mr. Noon, the cruise disembarked from Miami on July 3, 2017. Does that sound right to you?
A. Somewhere in there, yeah.
Q. And do you remember how many days the cruise was?
A. Seemed like it was seven days. Went out on Monday, I think we come back on Sunday.
Q. Okay. I think it came back on July 8, 2017. Does that sound about right, five-day cruise?
A. Okay. 8th is, yeah, it was 9th is when she died, so, yeah.
Q. Karen died on the 9th, July 9th, correct?
A. Yeah, we come back the day before, so that would have been the 8th.
Q. Do you remember -- how was Karen's health before the cruise?
A. Same as always was. She would do whatever, no problem.



Q. Did Karen have any health issues?
A. She had COPD.
Q. Was Karen a smoker?
A. Yeah.
Q. Do you remember when she started smoking or do you know when she started smoking?
A. I don't know how old she was when she started. I mean, she smoked the whole time I knew her.
Q. Did she smoke even back in 2017, she was still smoking?
A. Off and on. She was trying to quit, which isn't real easy, but.
Q. How much, do you know how much Karen smoked a day?
A. Probably wasn't a pack a day.
Q. It was not a pack a day?
A. I don't think so.
Q. Was Karen being treated somewhere for her COPD?
A. Did she have a doctor?
Q. Yes.
A. Our family doctor.
Q. What's his name?
A. He's retired now, Dr. Schmid.



Q. Where was Dr. Schmid located?
A. Saranac, Michigan is where his office was.
Q. Did Karen have any other doctors that you know of?
A. That's the only one that she's been going to for the last 30 years.
Q. Did Karen have any other health issues?
A. Other than her COPD?
Q. Yes.
A. She had sugar, they gave her pills for sugar, years ago. Then she lost weight and they took her off of that so she wasn't, didn't have that anymore.
Q. So had she been a diabetic?
A. That's what I mean.
Q. Yes, she had diabetes?
A. She had diabetes, but like I said, they quit treating her for it.
Q. Was Karen on any medication for her COPD?
A. She had an inhaler, I know that.
Q. Do you remember how long she had been using the inhaler?

A. I don't, I don't know.
Q. Did Karen have any kind of oxygen machine at home?
A. No.
Q. Had she ever had to have an oxygen machine at home?
A. Yes, she did for about a month.
Q. When was that, do you remember?
A. That was probably five or six years before.
Q. Do you remember why she needed it?
A. I don't remember what they told her. I just figured it had something to do with her COPD.
Q. Okay.
A. That's all.
Q. And had Karen been hospitalized at all in the year prior to her death?
A. I don't think so, I don't remember. If she was, I don't remember it. She used to go to the doctor quite often, but the doctor and hospital are two different things. She didn't, I don't think she was in the hospital.
Q. Why did she go to the doctor often?
A. She had headaches.



Q. Was she on any kind of treatment for the headaches?
A. I don't know what they had her on. They tried her with all kinds of different headache medicine.
Q. Did you ever know what the cause of the headache was?
A. They couldn't tell her, so.
Q. And was Dr. Schmid treating her for the headaches as well?
A. Uh-huh. Yes, I'm sorry.
Q. Did Karen have high blood pressure?
A. No.
Q. Any cholesterol, high cholesterol issues?
A. What's high cholesterol?
Q. Well, had her doctor told her she had high cholesterol?
A. Yeah.
Q. Do you know if she was taking medication for it?
A. I think they had her on, I think they had her on something.
Q. Okay.
A. If I remember right.



Q. Was Karen taking any other medications that you know of?
A. Headache stuff, inhaler, and I think that's all she was taking, and that cholesterol medicine.
Q. Had Karen had any bouts of pneumonia in the year prior to her death?
A. She used to get pneumonia at least once a year, used to. It's been a little while since she had it. She used to get a shot for it.
Q. She got a -- did she get a vaccine for it or a shot after she already had it?
A. What do they call that, like you get a flu shot.
Q. Okay.
A. They have one for pneumonia too.
Q. So she would get that every year?
A. Yes, the doctor would give her, yeah, the doctor would give her that.
Q. Do you remember if Dr. Schmid was affiliated with Sparrow Medical Group?
A. Sparrow Medical Group took it over when he retired.
Q. Okay.
A. They got him to retire is what they did.



Q. Okay. And do you remember -- well, do you see a doctor at Sparrow Medical Group?
A. That's where my doctor is, yeah.
Q. Was Karen seeing a doctor there after they took it over?
A. Yeah, we had to have a place to go to the doctor after he retired.
Q. When did Dr. Schmid retire, do you recall?
A. He had probably been gone for a year or so before she passed away.
Q. And so do you remember who the doctor was that she was going to after --
A. The only doctor left in there is Edmondson.
Q. Dr. Edmondson?
A. Yes, he's the only doctor left in there. All the rest of them are nurse practitioners or something like that, I don't know.
Q. Okay. So she was seeing Dr. Edmondson in that last year?
A. Yeah.
Q. Prior to going on the cruise, Mr. Noon, were you at all concerned about what kind

of medical care was available on the ship?
A. Should I have been?
Q. I'm just asking.
A. I -- it never even crossed my mind.
Q. Do you know if Karen had given it any consideration?
A. I don't -- we never talked about it, so I never thought about it.
Q. Okay. So you never, you know, checked to see what kind of medical care was available on the ship?
A. She might have. I don't have any clue what she did.
Q. Okay. But you didn't?
A. I didn't, no. I don't go to the doctor.
Q. Okay. You don't go to the doctor?
A. Very rarely. I shouldn't say that, the last year and a half I've been to the doctor more than I have in the last 40 years.
Q. And do you recall the ports that the ship went to?
A. Went to Cayman Islands and Jamaica.
Q. So you got on the ship on July 3rd and then was the next day a day in port or was it a day



at sea, if you remember?
A. We got on the ship, they left that night.
Q. Okay. So you left July 3rd. Then July 4th, do you remember if you were in a port or if you were at sea?
A. We were still at sea, I think.
Q. Okay. So then July 5th --
A. We would have been in -- seemed like we went to Jamaica first.
Q. Jamaica first?
A. I think so.
Q. Okay. And then did you have two days in a row that you were in a port or did you have a day you were in port, then a day at sea?
A. Day in port, then we went back out to sea and moved to the next place.
Q. Okay. So on July 7th, the cruise ended on July 8th back in Miami. Do you recall July 7th, were you in a port or were you at sea?
A. Let's see, went to Caymans, back to the ship. Seemed like we left -- we was only at the Caymans for a day, went back to the ship, it seemed like we left that night to come back to Miami.



Q. Okay. And what -- did you get off in Jamaica, did you get off the ship in Jamaica?
A. Uh-huh.
Q. Did Karen get off the ship with you?
A. Yes.
Q. Did you get off the ship in Grand Cayman?
A. Yes.
Q. Did Karen get off the ship with you?
A. Yes.
Q. What else, what kinds of things did you guys do on the ship?
A. On the ship?
Q. Uh-huh.
A. Besides watch grandkids go play, swimming, casino. That's the big thing I went to was casino. Walk around the ship, that's about all we did do on the ship.
Q. Okay. And how about in the ports, what did you guys do in Grand Cayman?
A. Went to the Harley dealership and got poker chips. And I don't remember if she bought any shirts or not. Anyway, went shopping in the Caymans. That's about all we did do is went shopping, walked around.



Q. Walked around?
A. Uh-huh.
Q. What about in Jamaica, did you do the same type of things or did you do anything else?
A. We went out and went snorkeling by the reef.
Q. Oh.
A. Something new, I never did that and my kids wanted to go, so we all went and did that, went snorkeling.
Q. Did Karen go snorkeling?
A. She went out with us, she didn't get in the water.
Q. Okay. How was -- when did Karen start feeling bad on the ship?
A. Either two or three days into it, she started getting shortness of breath.
Q. Did she have any other symptoms?
A. To start with, no. She couldn't, she was just having problems, shortness of breath, because we had to walk upstairs to go to the, where we would eat.
Q. Okay.
A. And she'd walk half a flight of stairs and have to stand and catch her breath and then

walk the rest of it.
Q. And was that something that was not normal for her?
A. That wasn't normal for her.
Q. Okay. And so it just, it started as shortness of breath?
A. Right, that's how it started.
Q. Okay. And was she -- was Karen concerned at that point when she started having the shortness of breath?
A. She didn't seem to be. Like I said, she's had COPD for a long time, so she didn't -- she wasn't real concerned with it to start with.
Q. Were you concerned at that point?
A. She said it was all right, I mean, I didn't see no reason not to believe her.
Q. Sure, sure.
A. At the time.
Q. Did your daughter or your daughters or your grandkids notice that she was having that shortness of breath?
A. Oh, yeah, yeah.
Q. Was anybody -- did anybody express any concern to you or to Karen at that time?
A. My daughter did, daughter, having



trouble with the shortness of breath and that. We even got her a wheelchair so we could wheel her around so she wouldn't have to walk.
Q. When did you get her the wheelchair?
A. I think we got that the night before we left, before they come back.
Q. Before, so you think July 7th?
A. Probably the 7th.
Q. Okay. So the cruise came back -- you got back into the port on the morning of July 8th, right?
A. Okay. So it would've been the 7th.
Q. Okay. So on July 7th you got Karen a wheelchair?
A. Yeah.
Q. Did you get it during the day or was it in the evening?
A. On the ship, daytime, nighttime, there isn't really, I never paid that much attention. There's no clocks or nothing to tell time, I don't know.
Q. Okay.
A. We said about going to, must have been in the afternoon because we said about going up to eat and thought it would be easier for her if we



put her in a wheelchair, then she wouldn't have to walk and that.
Q. Okay. So who got the wheelchair?
A. My daughter got ahold of the people on the cruise and asked for a wheelchair and he gave her one.
Q. Okay. Did you have to pay for the wheelchair?
A. No.
Q. Did somebody bring it to your room or did your daughter go get it?
A. I don't remember if she went -- I know she had one, whether she went and got it or they brought it to her...
Q. Okay. And so which daughter was it?
A. Melissa.
Q. Melissa. So then you pushed Karen to dinner that night in the wheelchair?
A. Yes.
Q. Did you --
A. And around the ship, other things.
Q. Okay. Did you do -- on the night of the 7th do you remember if you did anything else? You went to dinner, did you see a show or anything after dinner?



A. No, no, she went back to the room. We talked to her -- we got her oxygen, what do they call that machine that pumps oxygen.
Q. Okay. So let's talk about the day of the 7th for a minute. Do you remember what you were -- do you remember if you were on the ship on the day of the 7th or if you were in a port somewhere?
A. We were, we come back from the port we were in --
Q. Were you in Grand Cayman that day?
A. Yes, that's where we were.
Q. So you were in the -- you were in port in Grand Cayman that day?
A. Yes.
Q. And you got off the ship, correct?
A. Yes.
Q. And Karen got off with you?
A. Uh-huh.
Q. Was she able to walk around in Grand Cayman?
A. We walked around, but she couldn't walk very far. It was so warm and that, she was having trouble, that's why we went back to the ship. The kids stayed there for a while. We went

back to the ship.
Q. Okay. Because she was having shortness of breath?
A. Right, because of the shortness of breath and that she couldn't, and the heat.
Q. Okay.
A. So we went back to the ship and then that night we asked for the oxygen.
Q. Was she having -- on the day of the 7th was Karen having any other symptoms or was it just the shortness of breath that you remember?
A. Basically it was shortness of breath. I mean, we're talking two years ago. Every little thing I don't remember. Most of it I don't want to remember, to tell you the truth.
Q. I understand, Mr. Noon, and I know it's not easy to have to talk about, but I have to ask.
A. I know, I understand that. I'm just saying that.
Q. I understand. Okay. So then you and Karen went back to the ship and then when the girls got back on the ship they got a wheelchair for her, Melissa got her a wheelchair?
A. Yes.



Q. Okay. And so at what point -- was the shortness of breath getting worse?
MR. MARKEL: Form.
THE WITNESS: It's -- she quit doing things. So as long as she wasn't up walking around and doing stuff, sitting down she wasn't as, wasn't having as much problem.
BY MS. ALTMAN:
Q. The problem --
A. So how much she was getting worse, I don't know. I mean, because like I said, we quit walking around.
Q. Okay. So what prompted you on the evening of the 7th to get the oxygen for Karen?
A. My daughter said she needs, that's what her problem is, she needs oxygen.
Q. Which daughter said that?
A. Juanita.
Q. So Juanita said that Karen needed oxygen, so what did you do?
A. She called the people on the ship and asked if we could get -- if they had an oxygen tank or something to use for oxygen. And they said, yeah, we have a machine that makes oxygen, pay a



deposit and you can have it.
We said okay, so we went down and got it and brought it back up to the room and plugged it in, turned it on, hooked it all up.
Q. Okay. So Juanita called about the oxygen?
A. Uh-huh.
Q. Do you know who she called?
A. Somebody on the ship.
Q. Okay.
A. The ship's in charge of everything, so.
Q. And then do you remember -- so did you and Juanita go together to get the oxygen?
A. Yeah.
Q. Do you remember where you went to get it?
A. Where the doctors and stuff are, the nurses, whatever they call that on a ship.
Q. To the medical center --
A. Medical center, that's it.
Q. -- infirmary?
A. Infirmary, whatever.
Q. Okay. And what time was it when you went there?



A. No idea.
Q. Do you remember if it was nighttime?
A. It would have been in the afternoon, after we come back from dinner, probably have been six, seven, eight, nine, I don't know, somewhere in there.
Q. Okay. And, well, do you remember if you'd already been to dinner before you got the oxygen?
A. I don't think we went to dinner that night.
Q. You didn't go to dinner that night?
A. I don't think we did. I don't remember going, if we did.
Q. Okay. Any reason you didn't go to dinner that night?
A. I don't remember.
Q. That's okay.
A. I don't remember why.
Q. Okay.
A. I don't remember going to dinner that night.
Q. And when you went to the medical center do you remember if the medical center was open at that time?

A. Was there somebody there that met us there, yeah. They gave us the --
Q. Do you know who it was that met you there?
A. I don't.
Q. Do you remember anything about the -- was it a male or a female?
A. A man.
Q. And do you remember anything about him?
A. No.
Q. Was he -- do you remember if he was wearing any kind of a -- or do you remember what he was wearing?
A. I don't, I wasn't paying any attention to him.
Q. Do you remember if he was black or white?
A. I couldn't tell you, I really don't remember.
Q. Do you remember if he was wearing a name tag?
A. I don't. I didn't pay any attention to him.
Q. Okay.



A. I mean...
Q. Okay. Did you have a conversation with him?
A. Other than here's your thing and here's the hose that you need to hook to it.
Q. Did you tell him what was going on with Karen?
A. He didn't ask. He just said, here you go.
Q. Okay. How did you pay -- you said you had to put a deposit down, correct?
A. You have a card on the ship, which pays, they put everything on that card. At the end of the cruise you go in and whatever's on your card for a bill you gotta pay, that's what you owe.
Q. So you just gave them your card for the deposit?
A. They just put it on the card as a deposit. And then the next day when we turned it back in, they took it back off the card.
Q. Okay. And did you have to sign any paperwork to get the oxygen?
A. I don't think we signed anything.
Q. Was it like a big oxygen tank?
A. No, it's a compressor, it's about this



big.
Q. Like an oxygen concentrator?
A. Concentrator, that's what I was trying to think of. That's what it is, a concentrator.
Q. Okay.
A. They didn't give us a tank.
Q. Okay. And how did it -- how did the oxygen concentrator work, did you have to plug it in for it to work?
A. Plug it in and turn the dial and it blows oxygen out of the tube, there's a tube to it.
Q. Did you have like a mask or a nasal cannula or something?
A. Those things that go over your ears, blows in your nostrils, that's what they had with it.
Q. Okay. And do you recall talking to anybody else when you were in the medical center to get the oxygen?
A. There wasn't anybody else there.
Q. There wasn't anybody else there?
A. No.
Q. Did you ever see a doctor when you were in the medical center?
A. No.



MR. MARKEL: Form.
BY MS. ALTMAN:
Q. Did you see a doctor when you were on the ship at all?
A. No.
Q. Do you know if the man who you got the oxygen concentrator from that night was a nurse on the ship?
A. I don't know.
Q. And did he explain to you how you work the oxygen concentrator when he gave it to you?
A. Seemed like my daughter told him she knew how it worked.
Q. Okay. Did he suggest to you that your wife come to the medical center to be evaluated?
MR. MARKEL: Form.
THE WITNESS: No.
BY MS. ALTMAN:
Q. Did you ever consider taking Karen to the medical center?
A. We didn't think she was that bad, really, I didn't think -- she said she was fine. I mean, like I said, she'd had breathing problems right along, so she said she was fine and we took it at that.

Q. Okay. Did she -- did she ask, did Karen ask for the oxygen?
A. No, my daughter told her you're going on oxygen.
Q. Okay. Do you remember, did you discuss anything else with the man who gave you the oxygen concentrator that night?
A. No.
Q. How long do you think you were in the medical center that evening?
A. Less than five minutes.
Q. And when you took the oxygen concentrator back up to your room did it work okay?
A. Yeah.
Q. Okay. You didn't have any problems with it?
A. No.
Q. And how was Karen doing with the oxygen?
A. She rested a lot easier with the oxygen.
Q. Was she able to sleep that night?
A. She slept more than what she had been.
Q. When you had picked up the oxygen concentrator did you have any understanding about



how you were going to return the oxygen concentrator?
A. I wasn't really -- no, I didn't talk to them, I wasn't really worried about it.
Q. You didn't discuss it with the man who was giving it to you --
A. No.
Q. -- how you were going to give it back?
A. No.
Q. Okay. And I think I asked you this, so my apologies, but did Juanita go with you to the medical center to pick it up?
A. Yes.
Q. Do you recall if she had any conversation with the man who gave you the oxygen?
A. Other than we needed the hoses to hook to it, that's the only part of the conversation it was.
Q. And then the next -- did Karen have any problems during the night of July 7th and into the morning of July 8th after you had already gotten the oxygen?
A. She was still not 100 percent, I mean, but she was feeling better with the oxygen.
Q. Okay. Did you, and did she ever start



experiencing -- well, the night of July 7th did she ever start experiencing any other symptoms that you're aware of?
A. I -- not that I seen. Her and my daughter, my daughter was nursing her, I should say, that's, she was all over her, so I don't know what all. You'd have to ask her.
Q. Was that Juanita?
A. Yes.
Q. And how were you guys, did you guys have three separate rooms or --
A. Two.
Q. You had two rooms?
A. Yes.
Q. So who was staying in your room?
A. Me and Karen and my granddaughter Mikala.
Q. At any point, Mr. Noon, did you ask somebody, anybody on the ship whether they had a portable oxygen concentrator, one that didn't have to be plugged in?
A. The next day my daughter did. When they called at seven o'clock to say they're going to come and get the one we had, she asked about a portable one to get off the ship with. And they



told us no, you can't have one that leaves the ship, it has to stay on the ship.
Q. Okay. So you know what, we're going to start with July 8th, so why don't we take just a quick five-minute break now and then we'll start with that. Okay?
A. Okay.
THE VIDEOGRAPHER: Off the record at 2:36.
(Thereupon, a short recess was taken.)
THE VIDEOGRAPHER: Back on the record at 2:47.
BY MS. ALTMAN:
Q. Mr. Noon, we're just back from a short break. Are you okay to continue?
A. Yes.
Q. Okay. So we were just getting ready to discuss July 8th, which was the day that the cruise came back, the cruise ship came back into the port in Miami, correct?
A. Yes.
Q. Okay. And do you remember what time you woke up on July 8th?
A. I don't, because like I said, it's all, there's no clocks, there's no nothing, you

wake up and...
Q. Okay. Do you know what time -- did you have a set time that you were supposed to get off the ship that day?
A. They do it in stages, depending on where your room is is how they go through and do it. Exactly how it all works, I don't know because we didn't end up going all the way through it, we got off before. They finally got us off the ship before.
Q. Okay. So you mentioned that somebody called your room, what time was that?
A. It was early in the morning, so roughly probably around seven o'clock.
Q. Were you already awake when the phone rang or did the phone wake you, if you remember?
A. We was all awake, packing, getting ready to go.
Q. Okay. And do you know, who answered the phone in your room?
A. Juanita.
Q. Juanita did?
A. Yes.
Q. And did you hear her end of the conversation?



A. No, not much of it anyway.
Q. Okay. Did you ever get on that phone?
A. No.
Q. Okay. So what did Juanita tell you --
A. They were coming to get the air thing.
MR. MARKEL: You have to let her finish her question before you start answering.
THE WITNESS: Okay, sorry.
BY MS. ALTMAN:
Q. It's okay. So Juanita told you that they were coming to get the oxygen?
A. Uh-huh, yes.
Q. And did somebody then come to the room?
A. Yes.
Q. Do you remember about how long between the phone call and somebody coming to the room it was?
A. It wasn't very long.
Q. When Juanita was on the phone did you hear her say that she didn't want them to come get the oxygen?
MR. MARKEL: Form.
THE WITNESS: No. Like I said, I



didn't hear most of her conversation. I just know when she got off, she said they were coming back, they were coming to get it.
BY MS. ALTMAN:
Q. Were you -- so did somebody, then somebody came to the room?
A. Yes.
Q. Do you know who it was that came to the room?
A. No, just two people from the ship.
Q. Were they males or females?
A. Males.
Q. And there were two of them?
A. Yes.
Q. Do you remember anything about them?
A. Like?
Q. Were they white or black, do you remember?
A. They weren't white.
Q. Were they -- do you remember anything about the clothing that they were wearing?
A. No.
Q. Do you remember if they had name tags on?



A. They didn't that I remember, no, I don't remember any of that.
Q. Did you ask their names?
A. No.
Q. Did you speak to them?
A. No, we just -- we just, I just pushed it out the door and they took it and pushed it down the hall.
Q. So when they knocked -- did they knock on the door when they got there?
A. We had the door open.
Q. The door was open?
A. Yeah.
Q. Okay. And did they tell you why they were there?
A. No, we knew why they were there, to pick that up. They said they were sending someone to get it.
Q. Okay. So they just came to the room and you knew --
A. We gave it to them and that was that.
Q. All right. Did you have any conversation with them?
A. No.
Q. Did Juanita?

A. I don't believe so.
Q. How about Karen, do you know if she did?
A. I don't think so.
Q. And how was Karen feeling at that point in the morning?
A. She wasn't doing too bad with the oxygen. When we took the oxygen away she kind of went downhill after that.
Q. What was going on with her?
A. Later on after we got out of the room and down further, she started sweating real bad, having trouble catching her breath. This was in the wheelchair.
Q. Okay. So did you still have the wheelchair from the day before?
A. Yes.
Q. It was in your room?
A. Yes.
Q. So once they -- at any point when they came to get the oxygen did you ask them to leave it instead of taking it?
A. No.
Q. So then tell me where -- once you guys left your room that morning, where did you go?



A. Down to the like customer service desk.
Q. Okay.
A. Where you paid your bill, we had to go there to pay our bill. Before you get off the boat you gotta go down and pay your bill.
Q. Were you all together, was the whole family together?
A. Yes.
Q. And Karen was in a wheelchair?
A. Yes.
Q. All right. So you went down and you paid the bill?
A. Karen did.
Q. Karen paid it?
A. Yes.
Q. And then what did you do?
A. We had to go over and get in another area and wait until our section become, to get off. Well, we talked to the girl that was at the desk and she said that my wife didn't look very good. We said, yes, we need to get her off the boat so we can take her to the doctor or to the hospital.
And so then they said, well, time went on, I mean, it's hard to tell time when you're



waiting. It seems like forever you're waiting. But anyway, they finally got somebody up there to push the wheelchair off the boat was what we had to wait for, someone from the crew had to come off and push her off the ship. We couldn't do it.
Q. Okay. So I want to go back just for a minute. When the two men came to pick up the oxygen, did either of them comment on how Karen looked?
A. No.
Q. Okay.
A. I don't believe they spoke English. Most of the people on the ship did not speak English. So if they did a comment, I wouldn't have understood it anyway.
Q. And you said that you spoke to a woman at the desk --
A. Yes.
Q. -- correct?
A. Yes, at the desk.
Q. And was she white, black, do you remember, Asian, Hispanic?
A. She was white, I believe. My daughter started talking to her about get us off the ship.
Q. Okay. Which daughter?



A. Juanita.
Q. You said that the woman commented that Karen didn't --
A. Look real well. She looked like she was having problems.
Q. Did she suggest at any point that you go to the medical center on the ship?
A. No.
Q. Did you ask about the medical center?
A. No, we asked to get off the ship so we could go to the emergency room.
Q. And who did you ask to get off the ship?
A. The one behind the desk.
Q. Okay. And then did you stay at the desk or go somewhere else?
A. We went over away from the desk. The woman from the desk come over where we were at and was talking on a walkie talkie thing to try and get somebody to come and get us off the boat.
Q. But you don't know how long, like you said, how long you were waiting?
A. It seemed like waiting forever to get off there, but I don't know.
Q. Okay. And you said then somebody came

to push the wheelchair. Did they tell you why you couldn't push the wheelchair off yourself?
A. Because it was the company, it was the ship's wheelchair, you could not take it off the ship without somebody that works for the ship to push it off to bring it back.
Q. Okay. And so do you remember who came to push it off?
A. A Hispanic guy.
Q. A Hispanic guy. The girl behind the desk, did you ever get her name?
A. I didn't, no.
Q. And did you speak to anybody else from the ship, any other ship workers, or just the woman and then the man who came to push the wheelchair?
A. I didn't talk to either one of them. Like I said, my daughter talked to the girl from behind the counter.
Q. Right.
A. And I don't think she talked to the guy who come to push the wheelchair off. And if she talked to anybody else, I don't know.
Q. But you did not --
A. I did not.
Q. -- talk to anybody else?



A. I did not.
Q. All right. And so what happened then, he -- did you get the guy's name who pushed the wheelchair off the ship?
A. No.
Q. Do you remember what he was wearing?
A. No. I'm sorry, I know it don't sound very good, but I don't -- I never paid any attention to him.
Q. I understand. Do you remember if he was wearing a name tag?
A. I don't. I don't.
Q. Did you tell the woman or did you or your daughter or Karen tell the woman behind the counter that you needed to get to the hospital?
A. Yes, my daughter told her we was going to take -- when we got there or when we got off the ship we was going to go to the emergency room.
Q. Did you ask if they could call an ambulance?
A. No.
Q. Did you ask if they -- well, did you all have a car at the port in Miami?
A. We parked at a place in Miami where you go park there. They pick you up from there and



they take you to the ship. When the ship comes back in they pick you up and take you back to your car.
Q. Okay.
A. So when we come off the ship the people were there to take us back to our car.
Q. Like a shuttle type service?
A. Yes, it's like a, he had a bus, a van with a trailer hook behind. You put your luggage in the back of the trailer and everybody piles in the van.
Q. I understand. So did you intend to drive Karen in the car to the emergency room?
A. That or talk the driver of the van to see if he would go and drop her off there on the way back to get the car. It never got that far.
Q. Okay. You had mentioned before, Mr. Noon, that you thought at some point Juanita had asked about a portable oxygen machine?
A. She said she did. When they said they were going to take the other one she asked if they had something portable and they said no.
Q. I think you already said you didn't, did you -- you did not have any conversation with the man who pushed the wheelchair?



A. No.
Q. All right. Did Karen?
A. No.
Q. Do you know if Juanita did?
A. Not that I know of.
Q. How about Melissa?
A. I don't think so, no.
Q. Did you ever tell him that -- well, did any of you ever tell him that you wanted to get Karen to the hospital?
A. I don't know if we told him or not, I don't know. All I know is we told him we had been waiting on him so we could get off the ship.
Q. Okay. Did the woman, the woman behind the desk, did she tell you that she would make any kind of special arrangements to get you off of the ship?
MR. MARKEL: Form.
THE WITNESS: That's what she was doing on the radio, talking to someone.
BY MS. ALTMAN:
Q. Okay.
A. Trying to get someone up there to get us off the ship.
Q. All right. And so what happened then

when you, once you got off the ship, did Karen get out of the wheelchair then?
A. They pushed her out, there's benches on the curb, she got off the wheelchair and sat down on the bench.
Q. What happened with the man who had been pushing the wheelchair?
A. He turned around and went back in the building.
Q. And did you -- was the shuttle already there?
A. The shuttle, he pulled up just after we walked out there, so we were loading the luggage in the trailer and then got in the van.
Q. Did you actually get in the van?
A. Yes.
Q. And did Karen get in the van?
A. Yes.
Q. Okay. So then where --
A. That's when she stopped breathing.
Q. In the van?
A. When she...
Q. I know, I'm sorry.
A. We got in the van and she was sat next to me and facing that way, away from me. And my



daughter goes, she stopped breathing. And...
Q. Do you want to take a quick break? Okay.
THE VIDEOGRAPHER: We're off the record at 3:01.
(Thereupon, a short recess was taken.)
THE VIDEOGRAPHER: Back on the record at 3:03.
BY MS. ALTMAN:
Q. Mr. Noon, you were telling me about when Karen stopped breathing in the van.
A. Yes. Then we took and got her out of the van and laid her on the bench and my daughter and another lady started on the CPR.
Q. Which daughter?
A. Juanita.
Q. Did you know the other lady?
A. She said she was a nurse. I did not know her, she just happened to be somebody that was there. She said she was a nurse so she helped my daughter with the CPR.
Q. And then what did you do? Did somebody call an ambulance?
A. There was a police officer out there. I don't know if he called Fire Rescue or, someone.



Q. But an ambulance ultimately came?
A. Right.
Q. And what hospital did Karen go to?
A. I should know the name of it.
Q. Does Jackson --
A. Jackson Memorial.
Q. -- Memorial sound right?
A. Jackson Memorial.
Q. I forgot you're not from Miami.
A. I'm not from down here. I'm not from down here, I don't.
Q. Okay. Did Karen ever regain consciousness at all?
A. No.
Q. And she passed away the next day?
A. Yes.
Q. Did the doctors at Jackson ever tell you what caused this?
A. No, not actually. I just figured it was lack of oxygen. They...
Q. The shortness of breath that Karen was having on the ship, had she experienced anything like that before?
A. Yes and no, I mean, she had, like I just said before, years earlier she'd had oxygen



for about a month and she had shortness of breath, a little bit then. But not like, not like this was.
Q. Did Karen have her inhaler with her on the ship?
A. Yes, I believe she did.
Q. Was there somebody, do you remember the person who was driving the van, to take you back to your car?
A. I didn't, never talked to him, I don't. I don't.
Q. Okay.
A. I know my daughter said he was real nice. He took them to the hospital and called him, he come back and took them back to get their car.
Q. The van driver took your family to the hospital?
A. Uh-huh.
Q. Did you ride in the ambulance with Karen?
A. Yes.
Q. I'm going back a little bit, I apologize. When you were in the medical center on the ship the one time to get the oxygen, do you know if the man who gave you the oxygen was from

the medical staff or if he was just a crew member on the ship?

A. I wouldn't know. I don't, I wouldn't know that.

Q. Okay. Prior to the cruise, I know we talked about this a little and I think I probably know the answer, Mr. Noon, but I'm going to ask you anyway. Had you read any promotional material about the cruise?

A. Personally?

Q. Yes.

A. No, I didn't. Like I said, they said we're going on a cruise, okay, sounds like fun to me.

Q. All right. The medical bills that, from Jackson Memorial Hospital here in town, do you know who -- did you have to pay for those personally?

A. The hospital bills?

Q. Uh-huh.

A. I think my insurance covered most of it.

Q. What kind of insurance do you have, I mean who --

A. Blue Cross Blue Shield through my



work.

Q. Is Karen, was Karen on your policy as well?

A. Oh, yeah. Oh, yeah.

Q. So you don't recall that you paid anything out of pocket for her medical care here in Miami?

A. I paid something, I can't remember what it was.

Q. Okay.

A. I know I paid something down here, while we were still here I paid something.

Q. You don't remember what it was?

A. No, I remember giving them my card and telling them whatever and...

Q. Do you remember how much it was for?

A. I don't.

Q. Did you keep any of the medical bills from that time or anything that you paid from that time for medical bills?

A. That was when I was there, I gave them my card and they ran -- I don't know what it was for. It was a deductible while I was at the hospital.

Q. Okay.



A. Actually while they were still working on Karen, they come up and said we need to have this or that and I can't remember what it was. I wasn't paying any attention, I just handed my card and said, whatever.

Q. Right. Do you remember who any of the doctors were who treated Karen at Jackson?

A. Too long ago. I'm bad with names anyway.

Q. What about Karen's funeral expenses, did you pay for those?

A. Uh-huh, yes.

Q. Do you remember how much you paid?

A. It seemed like it was, seemed like it was right around $2,000 for the urns, we had her cremated, and death certificates. The exact amount I don't remember. I could find out. The funeral home is here in Miami that I dealt with.

Q. Okay. You had her cremated here?

A. Yes. Oh, yeah, it was a lot bigger expense if I had tried to take her home and do it. And that's what she wanted was cremated anyway, so.

Q. Do you remember the name of the funeral home here?

A. No, my daughter took care of all that.



Q. Juanita?

A. Yes.

Q. When you and Karen were married how did you guys split bills and things?

A. What do you mean split bills?

Q. Well, did, I mean, it's kind of a bad question. Who paid the mortgage on the house?

A. Actually physically paid it or where the money come from?

Q. Where did the money come from?

A. Us.

Q. Both of you?

A. Yes. She paid the bills, so she got all the money.

Q. So she physically paid the bills?

A. She physically paid the bills, she wrote the checks, she wrote whatever, she did whatever, she paid the bills.

Q. Okay. What kinds of things did Karen do around the house, did she cook, did she do the laundry, did she clean?

A. Uh-huh, all of that.

Q. Did she do the grocery shopping around the house?

A. Yes.

73

Q. Did Karen ever talk about retiring and not working?
A. Everybody dreams.
Q. Uh-huh.
A. Well, yeah, we talked about that.
Q. Did you guys have a plan about, you know, an age where you thought you might retire?
A. I was going to try to retire at 62, is what I was going to try to do, if we could come up with enough money to do it. Actually we was going to move down to Atlanta and stay with her mom, take care of her mom.
Q. Take care of --
A. That's what she wanted to do.
Q. -- Karen's --
A. Karen's mother.
Q. -- mother?
A. Is what she wanted to do, which was fine. We took care of my mom until she passed away, so, sure, we'll go down to your mom. That never, never came about.
Q. And did Karen have any siblings?
A. Yeah, she has three brothers and a sister.
Q. Where do they live?

74

A. Her brothers live in Atlanta with her mom, in the same place, or the same place her mom does. And she has a sister still lives in Canada.
Q. None of them were with you on the cruise --
A. No.
Q. -- correct?
A. No.
Q. What kinds of things did you and Karen used to like to do together?
A. Recreational stuff? Ride bike, go to the movies, went fishing once in awhile, go to the casino.
Q. At the time that Karen passed away in 2017, were you guys supporting any of your children financially?
A. No.
Q. What about your grandchildren, were you supporting any of them financially?
A. Not that I know of. Like I said, she had all the money. What she did with it I had no clue. I know, I found out after she passed away she had a couple credit cards and she had a few bills in a few places that I had no clue of that she had, so.

75

Q. Did she have any balances on those credit cards that you had to pay after she passed away?
A. They wouldn't take any money. I tried to call, I called and tried to pay them, they wouldn't take anything. I told them she passed away, they said that's fine, it's taken care of.
Q. Do you remember what any of the balances were or how much she owed on any of the cards?
A. I don't. There wasn't very much. It wasn't nothing, nothing big, I mean, she didn't have extravagant taste, she wouldn't spend a lot of money. As I said, she had all the money that we made.
Q. Did you have to seek or did you seek any kind of counseling or anything after Karen passed away?
A. Did I seek any, no.
Q. You mentioned, Mr. Noon, that you've been to the doctor more in the last year and a half than you had in the previous 40 years.
A. Yeah.
Q. Why is that?
A. I had a stroke.

76

Q. Oh, I'm sorry.
A. A year ago. And then from that it kind of extended out. I had a blockage in my artery in my leg, which I've had for five years. I couldn't walk very well. And when I had the stroke the doctor that took care of my stroke told me all you got to do is, I'll fix you up, I'll send you to a guy who'll fix your leg. And he did.
He fixed, now I can walk no problem. He took the blockage, he said there was a blockage this long in my artery and he fixed that.
I've had my hands worked on, both of them. This is the second time for that on this, because it didn't work right. I had trigger finger, they've done my fingers.
What else have I had. They did that artery, they did the vein. I've had more stuff in the last year and a half going wrong. I got in car accident, I wrecked my car in December. I had from the seatbelt, the airbag deployed, but didn't inflate and anyway, I had a welt that big on my shoulder, I went to the doctor for that. And that finally went down. It still bothers me, my shoulder does. Like I said, I haven't had any luck the last couple years, any at all. So anyway.

Q. Did Karen have any kind of a life insurance policy?
A. Because she was diagnosed with sugar, they -- I tried to get insurance through my shop on her, life insurance. They wouldn't cover her. My shop carried a spousal policy for $5,000.
Q. Okay.
A. That the shop paid the premium on and they let that go through.
Q. So you were able to get the $5,000?
A. I got that, yes.
Q. Okay. Do you remember when, do you remember when Karen was diagnosed with the COPD?
A. No.
Q. Okay.
A. You'd have to talk to the doctor's office about that. I don't know.
Q. Okay. Same thing for the diabetes, do you remember when she was diagnosed with it?
A. I don't. You can check with the doctor's office, they'll tell you. I'm sure they have it all on file. I don't, so off the top of my head, no, I don't know.
Q. Can we take just a quick break. I'm going to look at the documents that you brought



today real quick. I'm just about finished.
THE VIDEOGRAPHER: We're off the record at 3:19.
(Thereupon, a short recess was taken.)
THE VIDEOGRAPHER: Back on the record at 3:30.
BY MS. ALTMAN:
Q. Mr. Noon, did Karen have any kind of a pension?
A. She had a 401-K type thing when she left Magna, which when you terminate from there, you gotta roll it into something else.
Q. So did she roll it into something else?
A. Yeah, she did. I got that, I took that money out.
Q. After she passed away?
A. After she passed away.
Q. Do you remember about how much it was?
A. I want to say it was like $10,000, somewhere in there.
Q. Do you know whether after Karen left Magna she continued to make any contributions to that 401-K?
A. I don't know if she did or not, I



really don't. She might have.
Q. Did Karen have any kind of a savings account?
A. She had bank accounts, yeah.
Q. She had a checking account I assume?
A. Right, we had a joint one. She had another account on her own.
Q. Was she -- did Karen have a tendency to save money?
A. She used to save it better than I could.
Q. After Karen passed away were there any services that she had done around the house that you then had to pay somebody else to do?
A. Services? I guess I don't understand what you mean by services.
Q. Yeah, anything, you know, we talked about Karen did the laundry and would cook. Anything like that that once she passed away that you had to hire somebody to do anything for you?
A. No, no, I did my own cooking, did my own wash, cleaned the house. Somebody had to.
Q. How -- when did you meet Stacy?
A. I've known Stacy since back in '01 when I went to work for Magna. She worked for



Magna too.
Q. Okay.
A. I've known her for years. Karen knew her, she was friends with Karen.
Q. And is Stacy, does she work now?
A. Right now she's off on disability, she's off work.
Q. And you said that her son Daniel lives with you as well?
A. Uh-huh.
Q. Are you supporting Daniel in any way?
A. Am I?
Q. Yes. Financially.
A. No, no. Do I pay rent to Stacy, yes, I pay rent at that house.
Q. Do you remember when you had the -- when you and Karen had your house, do you remember how much the mortgage was, how much the mortgage payment was each month?
A. $810 is where it was at, when I sold it.
Q. What other -- did you and Karen each have a car --
A. Yes.
Q. -- at the time that she passed away?

A. Yes.
Q. And were you making payments on the cars?
A. She was on her car.
Q. She made the payments on her car?
A. She had payments on her car.
Q. Do you know how much it was a month?
A. Seemed like it was like 400 and some dollars a month is what it was when she passed away. I paid it off and kept the car. I just paid it off so I don't have to make payments. I don't make payments very well. You gotta remember to do things.
MS. ALTMAN: Okay, Mr. Noon, that's all I have for you today. Thank you.
MR. MARKEL: I don't have any questions. He'll read.
THE VIDEOGRAPHER: Off the record at 3:36.
MS. ALTMAN: Ordering regular time.
MR. MARKEL: Electronic copy.
(Thereupon, the deposition was concluded at 3:36 p.m.)



CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF DADE

I, the undersigned authority, certify that RANDALL NOON personally appeared before me and was duly sworn.

WITNESS my hand and official seal this 14th day of May, 2019.

_______________
PAULA PACE
Notary Public State of Florida
My commission Expires: 9-5-22



CERTIFICATE OF SHORTHAND REPORTER

STATE OF FLORIDA )
) SS.
COUNTY OF DADE )

I, Paula Pace, RPR, do hereby certify that I was authorized to and did stenographically report deposition of RANDALL NOON, that a review of the transcript was requested; and that the foregoing transcript, pages 1 through 81 is a true record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, or attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

DATED, this 14th day of May, 2019.

_______________
PAULA PACE, RPR



JURAT PAGE

STATE OF FLORIDA )
)SS.
COUNTY OF DADE )

I, hereby certify that I have read the foregoing transcript pages 1 to 81 and find the same to be true and accurate.

Any corrections made by me are set forth on the errata page attached hereto.

_______________
RANDALL NOON

Sworn to and subscribed before me on this, _______ day of ____________, 2019.

_______________
Notary Public in and for the State of Florida at Large.
My Commission expires:

JEANNIE REPORTING
28 West Flagler Street
Suite 610
Miami, Florida 33130

TO: Randall Noon
c/o David Markel, Esquire
Dmarkel@gslawusa.com

May 14, 2019

IN RE: Noon v. Carnival

CASE NO: 18-cv-23181-WILLIAMS/TORRES

Dear Mr. Noon,

With reference to the examination of YOURSELF, deponent in the above-styled cause, taken on May 3, 2019 under oath, please be advised that the transcript of the Deposition has been transcribed and is awaiting your signature.

Please arrange to conclude this matter at your earliest convenience. We would suggest that you telephone this office and arrange an appointment suitable for all concerned.

However, if this has not been taken care of by June 14, 2019, we shall conclude the reading and signing of said deposition has been waived, and shall then proceed to file the original of the said transcript with the party who took the deposition, without further notice to any parties.

Sincerely,

____________________________
Paula Pace

cc: All Counsel of Record.



ERRATA SHEET

F.R.C.P. RULE 1.310 PROVIDES IN PART:
(e)"...Any changes in form or substance that the witness wants to make shall be entered upon a separate correction page by the officer with a statement of the reasons given by the witness for making them..."

| PAGE/LINE | CHANGE/CORRECTION | REASON |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I, __________________, do hereby certify that I have read the foregoing transcript of my deposition, given on May 3, 2019, and that together with any additions or corrections made herein, it is true and correct.

____________________________
RANDALL NOON

**$**

**$10,000** [1] - 78:20
**$2,000** [1] - 71:15
**$5,000** [2] - 77:6, 77:10
**$810** [1] - 80:20

**'**

**'01** [1] - 79:24
**'16** [1] - 16:23
**'81** [1] - 11:10

**0**

**03** [1] - 2:16

**1**

**1** [5] - 2:22, 22:15, 22:19, 83:6, 84:7
**1.310** [1] - 86:2
**100** [1] - 50:23
**11:30** [1] - 1:18
**13** [1] - 9:2
**1395** [3] - 1:17, 2:5, 3:7
**14** [2] - 85:7, 85:17
**14th** [2] - 82:12, 83:13
**18-CV-23181** [1] - 3:4
**18-cv-23181 - WILLIAMS / TORRES** [2] - 1:4, 85:9
**19.23** [1] - 8:18
**1961** [1] - 9:2
**1980** [6] - 2:9, 8:20, 9:15, 10:1, 10:10, 10:21
**1991** [1] - 4:8
**1:42** [1] - 3:8

**2**

**2** [4] - 2:23, 23:25, 24:7, 24:8
**2001** [1] - 15:24
**2015** [1] - 16:22
**2017** [7] - 19:6, 19:16, 20:9, 26:6, 26:14, 27:10, 74:15
**2018** [1] - 19:2
**2019** [9] - 1:18, 3:8, 82:12, 83:13, 84:16, 85:7, 85:12, 85:17, 86:21
**22** [1] - 2:22
**24** [2] - 2:23, 2:23
**28** [1] - 85:1
**2:36** [1] - 52:9
**2:47** [1] - 52:12

**3**

**3** [7] - 1:18, 2:23, 24:12, 24:13, 26:6, 85:11, 86:21
**30** [1] - 28:7
**33130** [1] - 85:2
**33131** [2] - 1:17, 2:5
**33145** [1] - 2:9
**3:01** [1] - 66:5
**3:03** [1] - 66:8
**3:19** [1] - 78:3
**3:30** [1] - 78:6
**3:36** [2] - 81:19, 81:23
**3rd** [3] - 3:8, 33:24, 34:4

**4**

**40** [2] - 33:20, 75:22
**400** [1] - 81:8
**401-K** [2] - 78:10, 78:24
**40958** [1] - 4:9
**4506** [2] - 23:14, 24:5
**48815** [1] - 18:15
**4th** [1] - 34:5

**5**

**5th** [1] - 34:8

**6**

**610** [1] - 85:2
**62** [1] - 73:8

**7**

**7-12-1959** [1] - 4:6
**7087** [1] - 18:14
**7th** [13] - 34:18, 34:20, 38:7, 38:8, 38:12, 38:13, 39:23, 40:5, 40:7, 41:10, 42:15, 50:20, 51:1

**8**

**8** [2] - 9:15, 26:13
**81** [2] - 83:6, 84:7
**8th** [8] - 26:16, 26:21, 34:19, 38:10, 50:21, 52:4, 52:18, 52:23

**9**

**9-5-22** [1] - 82:18
**9th** [3] - 26:16, 26:18

**A**

**a.m** [1] - 1:18
**ability** [1] - 4:17
**able** [3] - 40:20, 49:22, 77:10
**above-styled** [1] - 85:11
**accident** [1] - 76:19
**account** [3] - 79:3, 79:5, 79:7
**accounts** [1] - 79:4
**accurate** [1] - 84:8
**action** [2] - 83:10, 83:10
**additions** [1] - 86:21
**address** [2] - 4:7, 18:12
**advised** [1] - 85:12
**affiliated** [1] - 31:21
**afternoon** [3] - 4:2, 38:24, 44:3
**age** [1] - 73:7
**agent** [1] - 25:20
**ago** [8] - 10:18, 13:6, 14:19, 14:20, 28:13, 41:13, 71:8, 76:2
**ahead** [1] - 23:24
**ahold** [1] - 39:4
**ain't** [1] - 23:16
**air** [1] - 54:5
**airbag** [1] - 76:20
**almost** [1] - 6:1
**ALTMAN** [18] - 3:15, 4:1, 22:5, 22:17, 23:20, 24:10, 24:15, 42:9, 48:2, 48:18, 52:13, 54:10, 55:5, 64:21, 66:9, 78:7, 81:14, 81:20
**Altman** [3] - 2:6, 2:16, 3:15
**Alto** [1] - 6:17
**Alzheimer's** [1] - 16:8
**amanda** [2] - 2:6, 3:15
**ambulance** [4] - 62:20, 66:23, 67:1, 68:19
**amount** [1] - 71:16
**and..** [3] - 53:1, 66:1, 70:15
**answer** [5] - 4:22, 5:6, 5:7, 22:2, 69:7
**answered** [1] - 53:19
**answering** [1] - 54:8
**answers** [1] - 4:16
**anyway** [9] - 35:23, 54:1, 59:2, 59:15, 69:8, 71:9, 71:22, 76:21, 76:25
**apologies** [1] - 50:11
**apologize** [1] - 68:23
**APPEARANCES** [1] - 2:1
**appearances** [1] - 3:10
**appeared** [1] - 82:9
**appointment** [1] - 85:15
**approximation** [1] - 4:19
**Arch** [2] - 1:16, 2:4
**area** [1] - 58:19
**argument** [2] - 12:25, 13:3
**army** [1] - 7:24
**Army** [1] - 8:1
**arrange** [2] - 85:14, 85:15
**arrangements** [1] - 64:16
**artery** [3] - 76:4, 76:11, 76:17
**Aslan** [1] - 59:22
**assume** [2] - 4:23, 79:5
**Atlanta** [2] - 73:11, 74:1
**attached** [1] - 84:10
**attention** [5] - 38:19, 45:15, 45:23, 62:9, 71:4
**attorney** [2] - 83:8, 83:9
**August** [1] - 9:15
**Augustine** [2] - 12:5, 13:23
**authority** [1] - 82:8
**authorized** [1] - 83:5
**available** [2] - 33:1, 33:10
**Avenue** [3] - 1:17, 2:5, 3:7
**awaiting** [1] - 85:13
**awake** [2] - 53:15, 53:17
**aware** [1] - 51:3
**awhile** [1] - 74:12

**B**

**bad** [6] - 36:15, 48:21, 57:7, 57:12, 71:8, 72:6
**balances** [2] - 75:1, 75:9
**bank** [1] - 79:4
**become** [1] - 58:19
**beginning** [2] - 19:8, 19:16
**behalf** [3] - 3:14, 3:16, 3:19
**BEHALF** [2] - 2:3, 2:8
**behind** [6] - 60:14, 61:10, 61:18, 62:14, 63:9, 64:14
**bench** [2] - 65:5, 66:13
**benches** [1] - 65:3
**best** [1] - 4:16
**better** [2] - 50:24, 79:10
**between** [2] - 7:20, 54:17
**big** [5] - 35:16, 46:24, 47:1, 75:12, 76:21
**bigger** [1] - 71:20
**bike** [1] - 74:11
**bill** [5] - 46:15, 58:4, 58:5, 58:6, 58:13
**bills** [11] - 69:15, 69:19, 70:18, 70:20, 72:4, 72:5, 72:13, 72:15, 72:16, 72:18, 74:24
**birth** [1] - 4:5
**birthday** [1] - 9:1
**bit** [4] - 12:25, 16:1, 68:2, 68:22
**black** [3] - 45:17, 55:18, 59:21
**blockage** [3] - 76:3, 76:10
**blood** [1] - 30:12
**blows** [2] - 47:11, 47:15
**Blue** [2] - 69:25
**boat** [4] - 58:5, 58:22, 59:3, 60:20
**booked** [1] - 21:16
**booking** [1] - 25:19
**born** [2] - 7:1, 11:9
**bothers** [1] - 76:23
**bought** [1] - 35:22

bouts [1] - 31:6
boy [1] - 12:20
branch [1] - 7:23
break [6] - 5:1, 20:3, 52:5, 52:15, 66:2, 77:24
breath [15] - 36:17, 36:20, 36:25, 37:6, 37:10, 37:21, 38:1, 41:3, 41:5, 41:11, 41:12, 42:2, 57:13, 67:21, 68:1
breathing [4] - 48:23, 65:20, 66:1, 66:11
Brickell [5] - 1:16, 1:17, 2:4, 2:5, 3:7
bring [3] - 23:6, 39:10, 61:6
brother [1] - 8:8
brothers [2] - 73:23, 74:1
brought [3] - 39:14, 43:3, 77:25
building [1] - 65:9
bunch [1] - 4:15
BURNETT [2] - 1:15, 2:3
Burnett [2] - 3:16, 3:19
bus [1] - 63:8
business [1] - 3:3
buying [1] - 18:20
BY [17] - 2:6, 2:10, 4:1, 22:5, 22:17, 23:20, 24:10, 24:15, 42:9, 48:2, 48:18, 52:13, 54:10, 55:5, 64:21, 66:9, 78:7

C

c/o [1] - 85:5
Campbell [1] - 8:23
Campground [1] - 4:8
Canada [1] - 74:3
cannula [1] - 47:13
car [16] - 6:10, 62:23, 63:3, 63:6, 63:13, 63:16, 68:9, 68:15, 76:18, 76:19, 80:23, 81:4, 81:5, 81:6, 81:10
card [9] - 46:12, 46:13, 46:14, 46:16, 46:18, 46:20, 70:14, 70:22, 71:4
cards [3] - 74:23, 75:2, 75:10
care [21] - 16:3, 16:8, 16:9, 16:11, 16:21, 17:2, 17:5, 20:5, 25:25, 33:1, 33:10, 70:6, 71:25, 73:12, 73:13, 73:19, 75:7, 76:6, 85:16
CARNIVAL [2] - 1:10, 1:11
Carnival [10] - 2:23, 3:2, 3:3, 3:17, 3:20, 24:20, 25:4, 25:8, 25:14, 85:8
carried [1] - 77:6
cars [1] - 81:3
CASE [2] - 1:4, 85:9
Case [1] - 3:4
case [2] - 1:24, 3:1
casino [3] - 35:16, 35:17, 74:13
catch [1] - 36:25
catching [1] - 57:13
caught [2] - 20:4, 20:6
caused [1] - 67:18
Cayman [6] - 33:23, 35:7, 35:20, 40:11, 40:14, 40:21
Caymans [3] - 34:21, 34:23, 35:24
cc [1] - 85:23
center [13] - 43:20, 43:21, 44:24, 47:18, 47:24, 48:15, 48:20, 49:10, 50:12, 60:7, 60:9, 68:23
CERTIFICATE [2] - 82:2, 83:1
certificates [1] - 71:16
certify [4] - 82:8, 83:4, 84:6, 86:20
CERTIFY [1] - 83:8
CHANGE / CORRECTION [1] - 86:6
changes [1] - 86:3
charge [1] - 43:11
check [1] - 77:20
checked [1] - 33:9
checking [1] - 79:5
checks [1] - 72:17
children [6] - 11:22, 12:8, 12:10, 14:5, 15:3, 74:15
chips [1] - 35:22
choice [1] - 21:6
cholesterol [5] - 30:14, 30:16, 30:18, 31:4
Christmas [1] - 19:23
Christmastime [1] - 19:22
Christopher [2] - 2:6, 3:18
Clarksville [1] - 18:14
clean [1] - 72:21
cleaned [1] - 79:22
clocks [2] - 38:20, 52:25
close [1] - 6:18
clothing [1] - 55:22
clue [3] - 33:12, 74:22, 74:24
coming [5] - 54:5, 54:12, 54:18, 55:3
comment [2] - 59:8, 59:14
commented [1] - 60:2
commission [1] - 82:18
Commission [1] - 84:19
company [2] - 6:13, 61:3
compressor [1] - 46:25
concentrator [11] - 47:2, 47:3, 47:4, 47:8, 48:7, 48:11, 49:7, 49:13, 49:25, 50:2, 51:20
concern [1] - 37:24
concerned [5] - 32:25, 37:9, 37:13, 37:14, 85:15
conclude [2] - 85:14, 85:17
concluded [1] - 81:23
condensed [1] - 24:19
condition [1] - 23:14
connected [1] - 83:9
consciousness [1] - 67:13
consider [1] - 48:19
consideration [1] - 33:6
continue [1] - 52:15
continued [1] - 78:23
contract [2] - 2:23, 24:21
contributions [1] - 78:23
convenience [1] - 85:14
conversation [7] - 46:2, 50:15, 50:17, 53:25, 55:1, 56:23, 63:24
cook [2] - 72:20, 79:18
cooking [1] - 79:21
COPD [7] - 27:2, 27:20, 28:10, 28:22, 29:14, 37:12, 77:13
copy [2] - 24:1, 81:21
Coral [1] - 2:9
CORPORATION [1] - 1:10
Corporation [1] - 1:11
correct [9] - 20:17, 22:7, 26:19, 40:16, 46:11, 52:20, 59:19, 74:7, 86:22
correction [1] - 86:4
corrections [2] - 84:9, 86:21
counsel [3] - 3:10, 83:8, 83:9
Counsel [1] - 85:23
counseling [1] - 75:17
counter [2] - 61:18, 62:15
COUNTY [3] - 82:5, 83:3, 84:3
couple [2] - 74:23, 76:25
court [2] - 3:11, 5:4
COURT [1] - 1:1
cover [1] - 77:5
covered [1] - 69:21
CPR [2] - 66:14, 66:21
credit [2] - 74:23, 75:2
cremated [3] - 71:16, 71:19, 71:22
crew [2] - 59:4, 69:1
Cross [1] - 69:25
crossed [1] - 33:4
CRUISE [1] - 1:11
cruise [38] - 2:23, 20:9, 20:10, 20:17, 20:19, 20:21, 20:23, 20:25, 21:1, 21:3, 21:7, 21:8, 21:12, 21:16, 21:18, 21:21, 21:23, 22:7, 24:20, 25:5, 25:11, 25:15, 25:19, 26:5, 26:10, 26:15, 26:23, 32:24, 34:18, 38:9, 39:5, 46:14, 52:19, 69:5, 69:9, 69:13, 74:5
Cruise [2] - 3:2, 3:3
cruises [1] - 21:14
curb [1] - 65:4
current [1] - 4:7
customer [1] - 58:1

D

d/b/a [1] - 1:11
DADE [3] - 82:5, 83:3, 84:3
Daniel [5] - 5:15, 5:18, 5:20, 80:8, 80:11
date [1] - 4:5
DATED [1] - 83:13
daughter [28] - 13:18, 20:1, 22:12, 25:2, 37:19, 37:25, 39:4, 39:11, 39:15, 42:16, 42:18, 48:12, 49:3, 51:5, 51:22, 59:23, 59:25, 61:17, 62:14, 62:16, 66:1, 66:13, 66:15, 66:21, 68:13, 71:25
daughters [6] - 11:24, 15:11, 20:14, 21:7, 25:14, 37:19
David [3] - 2:10, 3:13, 85:5
daycare [1] - 20:2
days [5] - 6:20, 26:9, 26:11, 34:13, 36:16
daytime [1] - 38:18
dealership [1] - 35:21
dealt [1] - 71:18
Dear [1] - 85:10
death [3] - 29:18, 31:7, 71:16
deceased [1] - 1:7
December [5] - 9:25, 10:1, 10:10, 18:25, 76:19
decide [1] - 21:4
decided [1] - 21:3
deductible [1] - 70:23
Defendant [2] - 1:12, 3:17
DEFENDANT [1] - 2:8
Defendant 's [3] - 22:15, 24:8, 24:13
DEFENDANT 'S [1] - 2:21
deployed [1] - 76:20
deponent [1] - 85:11
deposit [4] - 43:1, 46:11, 46:17, 46:19
deposition [13] - 2:22, 3:5, 3:6, 4:11, 4:14, 23:1, 23:2, 23:7, 81:22, 83:5, 85:17, 85:18, 86:21
DEPOSITION [1] - 1:20
Deposition [2] - 1:23, 85:12
desk [10] - 58:2, 58:20, 59:17, 59:20, 60:14, 60:16, 60:17, 60:18, 61:11, 64:15
Detroit [1] - 8:25

diabetes [3] - 28:18, 28:19, 77:18
diabetic [1] - 28:16
diagnosed [3] - 77:3, 77:13, 77:19
dial [1] - 47:10
died [2] - 26:17, 26:18
different [2] - 29:22, 30:4
dinner [9] - 39:18, 39:24, 39:25, 44:4, 44:8, 44:10, 44:12, 44:16, 44:21
DIRECT [1] - 3:25
disability [1] - 80:6
discharged [1] - 10:3
discuss [3] - 49:6, 50:5, 52:18
disembarked [1] - 26:5
DISTRICT [2] - 1:1, 1:1
DIVISION [1] - 1:2
Dmarkel @gslawusa . com [1] - 85:6
doctor [24] - 27:21, 27:23, 29:21, 29:24, 30:17, 31:18, 31:19, 32:3, 32:4, 32:5, 32:8, 32:13, 32:15, 32:18, 33:16, 33:17, 33:19, 47:23, 48:3, 58:23, 75:21, 76:6, 76:22
doctor 's [2] - 77:16, 77:21
doctors [4] - 28:4, 43:18, 67:17, 71:7
document [2] - 22:23, 24:23
Documents [1] - 2:23
documents [7] - 21:25, 23:5, 23:6, 23:10, 23:25, 24:2, 77:25
dollars [1] - 81:9
done [3] - 17:6, 76:15, 79:13
door [4] - 56:7, 56:10, 56:11, 56:12
down [23] - 14:12, 14:13, 14:18, 14:19, 14:21, 14:25, 20:1, 22:13, 42:7, 43:2, 46:11, 56:7, 57:12, 58:1, 58:6, 58:12, 65:5, 67:10, 67:11, 70:11, 73:11, 73:20, 76:23
downhill [1] - 57:9
Dr [7] - 27:25, 28:1, 30:9, 31:20, 32:9, 32:17, 32:21
dreams [1] - 73:3
drive [2] - 6:19, 63:13
driver [2] - 63:14, 68:16
driving [1] - 68:8
drop [1] - 63:15
drove [1] - 22:13
duces [1] - 23:9
due [1] - 23:14
duly [2] - 3:23, 82:10
during [2] - 38:16, 50:20

## E

e)"...Any [1] - 86:3
earliest [1] - 85:14
early [1] - 53:13
ears [1] - 47:14
easier [2] - 38:25, 49:20
easy [3] - 26:2, 27:13, 41:17
eat [2] - 36:22, 38:25
Edmondson [3] - 32:16, 32:17, 32:21
eight [1] - 44:5
eighteen [1] - 6:25
either [4] - 25:13, 36:16, 59:8, 61:16
elderly [1] - 16:3
electronic [1] - 81:21
Eli [4] - 14:10, 19:19, 19:20, 20:21
emergency [3] - 60:11, 62:18, 63:13
employee [2] - 83:8, 83:9
end [5] - 15:11, 19:8, 46:13, 53:8, 53:24
ended [1] - 34:19
English [2] - 59:12, 59:14
entered [1] - 86:3
errata [1] - 84:10
ERRATA [1] - 86:1
Esquire [4] - 2:6, 2:6, 2:10, 85:5
Estate [1] - 1:7
estimating [1] - 4:18
evaluated [1] - 48:15
evening [3] - 38:17, 42:15, 49:10
exact [1] - 71:16
exactly [1] - 53:7
EXAMINATION [1] - 3:25
examination [1] - 85:11
examined [1] - 3:24
Exhibit [7] - 22:15, 22:19, 23:25, 24:7, 24:8, 24:12, 24:13
expense [1] - 71:21
expenses [1] - 71:10
experienced [1] - 67:22
experiencing [2] - 51:1, 51:2
Expires [1] - 82:18
expires [1] - 84:19
explain [1] - 48:10
express [1] - 37:23
extended [1] - 76:3
exterior [1] - 6:10
extravagant [1] - 75:13

## F

F.R.C.P [1] - 86:2
facing [1] - 65:25
factory [9] - 6:8, 6:9, 6:15, 6:20, 10:22, 10:23, 15:16, 15:17, 15:19
fair [1] - 4:24
family [3] - 27:23, 58:8, 68:16
far [3] - 11:17, 40:23, 63:16
female [1] - 45:7
females [1] - 55:12
few [2] - 74:23, 74:24
figured [3] - 21:8, 29:13, 67:19
file [2] - 77:22, 85:18
filed [1] - 1:23
finally [3] - 53:9, 59:2, 76:23
financially [4] - 74:16, 74:19, 80:13, 83:10
fine [5] - 16:16, 48:22, 48:24, 73:19, 75:7
finger [1] - 76:15
fingers [1] - 76:15
finish [3] - 5:6, 5:7, 54:7
finished [1] - 78:1
Fire [1] - 66:25
first [4] - 14:13, 14:16, 34:10, 34:11
fishing [1] - 74:12
five [10] - 6:20, 6:23, 13:21, 16:10, 17:7, 26:14, 29:9, 49:11, 52:5, 76:4
five-day [1] - 26:14
five-minute [1] - 52:5
fix [2] - 76:7, 76:8
fixed [2] - 76:9, 76:11
Flagler [1] - 85:1
flew [1] - 22:11
flight [1] - 36:24
Floor [2] - 1:16, 2:4
FLORIDA [4] - 1:1, 82:4, 83:2, 84:2
Florida [8] - 1:17, 1:22, 2:5, 2:9, 3:7, 82:17, 84:19, 85:2
flu [1] - 31:14
follows [1] - 3:24
foregoing [3] - 83:6, 84:7, 86:20
forever [2] - 59:1, 60:23
forgot [1] - 67:9
form [7] - 23:14, 42:3, 48:1, 48:16, 54:24, 64:18, 86:3
fort [1] - 8:23
forth [1] - 84:10
four [4] - 9:18, 10:19, 12:13, 14:20
Fourteenth [2] - 1:16, 2:4
Fowler [2] - 3:16, 3:19
FOWLER [2] - 1:15, 2:3
Friday [1] - 1:18
friend [3] - 5:14, 5:22, 9:8
friends [1] - 80:4
full [1] - 4:3
fun [1] - 69:13
funeral [3] - 71:10, 71:17, 71:24
FURTHER [1] - 83:8

## G

Georgia [1] - 7:8
GERSON [1] - 2:8
Gerson [1] - 3:13
girl [4] - 12:20, 58:20, 61:10, 61:17
girlfriend [3] - 5:23, 13:13, 13:15
girls [2] - 25:25, 41:22
given [3] - 33:5, 86:4, 86:21
gladwin [1] - 11:16
gotta [4] - 46:15, 58:6, 78:12, 81:12
graduate [1] - 7:10
Grand [5] - 35:6, 35:20, 40:11, 40:14, 40:20
grand [1] - 7:2
grandchildren [1] - 74:18
granddaughter [2] - 20:24, 51:16
grandkids [4] - 19:17, 20:15, 35:15, 37:20
great [2] - 23:18, 23:21
grocery [1] - 72:23
Group [3] - 31:21, 31:22, 32:3
guess [4] - 4:17, 9:8, 25:16, 79:15
guy [5] - 7:3, 61:9, 61:10, 61:21, 76:8
guys [16] - 5:25, 9:21, 10:16, 18:12, 19:25, 20:12, 21:2, 22:9, 35:12, 35:20, 51:10, 57:24, 72:4, 73:6, 74:15

## H

half [6] - 6:19, 11:18, 33:19, 36:24, 75:21, 76:18
hall [1] - 56:8
hand [2] - 23:15, 82:11
handed [1] - 71:4
handle [1] - 25:1
handled [1] - 25:25
hands [1] - 76:12
hard [1] - 58:25
Harley [1] - 35:21
Hastings [2] - 4:8, 6:18
head [2] - 17:15, 77:23
headache [3] - 30:4, 30:7, 31:3
headaches [3] - 29:25, 30:2, 30:10
health [3] - 26:23, 27:1, 28:8
hear [3] - 53:24, 54:22, 55:1
heat [1] - 41:5
helped [1] - 66:20
her.. [1] - 39:14
hereby [3] - 83:4, 84:6, 86:20
herein [1] - 86:21
hereto [1] - 84:10
high [9] - 7:10, 7:14,

7:16, 7:19, 7:21, 30:12, 30:14, 30:16, 30:18
**Highway** [1] - 18:14
**hire** [1] - 79:20
**Hispanic** [3] - 59:22, 61:9, 61:10
**home** [17] - 4:7, 5:11, 6:3, 16:3, 16:11, 16:19, 16:25, 17:5, 18:7, 18:19, 18:24, 19:7, 29:3, 29:6, 71:18, 71:21, 71:24
**honorably** [1] - 10:3
**hook** [3] - 46:5, 50:16, 63:9
**hooked** [1] - 43:4
**hose** [1] - 46:5
**hoses** [1] - 50:16
**Hospital** [1] - 69:16
**hospital** [10] - 29:21, 29:23, 58:23, 62:15, 64:10, 67:3, 68:14, 68:17, 69:19, 70:24
**hospitalized** [1] - 29:17
**hour** [5] - 6:19, 8:15, 8:18, 11:18, 18:4
**house** [9] - 22:12, 22:13, 72:7, 72:20, 72:24, 79:13, 79:22, 80:15, 80:17
**husband 's** [1] - 14:1

## I

**idea** [5] - 11:19, 20:7, 21:9, 25:16, 44:1
**identification** [3] - 22:16, 24:9, 24:14
**IN** [2] - 85:8, 86:2
**in-home** [3] - 16:3, 16:11, 17:5
**Industries** [2] - 10:25, 11:2
**infantry** [1] - 8:2
**infirmary** [2] - 43:22, 43:23
**inflate** [1] - 76:21
**inhaler** [4] - 28:23, 28:25, 31:3, 68:4
**instead** [1] - 57:22
**insurance** [5] - 69:21, 69:23, 77:2, 77:4, 77:5
**intend** [1] - 63:12
**interested** [1] - 83:10
**International** [2] - 6:11, 6:24
**IRS** [1] - 23:14
**Islands** [1] - 33:23
**issues** [3] - 27:1, 28:9, 30:15

## J

**Jackson** [6] - 67:5, 67:6, 67:8, 67:17, 69:16, 71:7
**Jacksonville** [1] - 22:11
**Jamaica** [6] - 33:23, 34:10, 34:11, 35:2, 36:3
**Jason** [1] - 14:2
**JEANNIE** [1] - 85:1
**job** [1] - 10:22
**join** [1] - 7:16
**joined** [1] - 7:21
**joint** [2] - 20:14, 79:6
**Joseph** [7] - 11:12, 11:13, 11:15, 11:20, 12:10, 13:2, 15:3
**Joseph 's** [1] - 13:14
**Juanita** [23] - 12:1, 12:2, 12:6, 13:17, 14:11, 15:5, 20:23, 42:20, 43:5, 43:14, 50:11, 51:8, 53:21, 53:22, 54:4, 54:11, 54:21, 56:25, 60:1, 63:18, 64:4, 66:16, 72:1
**juanita** [1] - 42:19
**July** [20] - 20:9, 26:6, 26:13, 26:18, 33:24, 34:4, 34:5, 34:8, 34:18, 34:19, 34:20, 38:7, 38:10, 38:13, 50:20, 50:21, 51:1, 52:4, 52:18, 52:23
**June** [3] - 9:2, 19:23, 85:17
**JURAT** [1] - 84:1

## K

**Karen** [96] - 8:19, 8:24, 9:6, 9:14, 10:9, 10:21, 11:3, 11:23, 13:2, 13:14, 15:9, 17:5, 18:3, 18:6, 18:16, 19:7, 19:11, 20:8, 20:16, 25:10, 26:18, 27:1, 27:3, 27:14, 27:19, 28:4, 28:8, 28:21, 29:2, 29:17, 30:12, 31:1, 31:6, 32:5, 33:5, 35:4, 35:9, 36:11, 36:14, 37:8, 37:24, 38:13, 39:17, 40:18, 41:10, 41:22, 42:15, 42:20, 46:7, 48:19, 49:2, 49:18, 50:19, 51:16, 57:2, 57:5, 58:10, 58:14, 58:15, 59:8, 60:3, 62:14, 63:13, 64:2, 64:10, 65:1, 65:17, 66:11, 67:3, 67:12, 67:21, 68:4, 68:20, 70:2, 71:2, 71:7, 72:3, 72:19, 73:1, 73:22, 74:9, 74:14, 75:17, 77:1, 77:13, 78:8, 78:22, 79:2, 79:8, 79:12, 79:18, 80:3, 80:4, 80:17, 80:22
**KAREN** [1] - 1:7
**Karen 's** [5] - 9:1, 26:22, 71:10, 73:15, 73:16
**keep** [1] - 70:18
**Kentucky** [3] - 8:23, 9:4, 9:6
**kept** [1] - 81:10
**kids** [3] - 20:5, 36:9, 40:25
**kind** [17] - 4:14, 6:9, 24:17, 29:2, 30:1, 32:25, 33:10, 45:13, 57:8, 64:16, 69:23, 72:6, 75:17, 76:3, 77:1, 78:8, 79:2
**kinds** [4] - 30:4, 35:11, 72:19, 74:9
**KNIGHT** [1] - 3:18
**Knight** [2] - 2:6, 3:19
**knock** [1] - 56:9
**knocked** [1] - 56:9
**known** [2] - 79:24, 80:3

## L

**lack** [1] - 67:20
**LACK** [1] - 11:2
**lacks** [1] - 10:25
**Lacks** [1] - 11:1
**lady** [2] - 66:14, 66:17
**laid** [1] - 66:13
**Large** [2] - 1:22, 84:19
**last** [13] - 5:16, 14:2, 17:6, 17:7, 18:25, 21:10, 28:7, 32:22, 33:19, 33:20, 75:21, 76:18, 76:25
**lately** [1] - 12:23
**laundry** [2] - 72:21, 79:18
**least** [1] - 31:8
**leave** [1] - 57:21
**leaves** [1] - 52:1
**Lee** [1] - 3:9
**left** [11] - 22:7, 32:15, 32:18, 34:2, 34:4, 34:22, 34:24, 38:6, 57:25, 78:11, 78:22
**leg** [2] - 76:4, 76:8
**lengthy** [1] - 24:18
**less** [1] - 49:11
**Lewis** [1] - 4:4
**life** [2] - 77:1, 77:5
**Lines** [2] - 3:2, 3:3
**LINES** [1] - 1:11
**live** [9] - 6:2, 10:16, 11:15, 12:4, 13:22, 19:20, 20:7, 73:25, 74:1
**lived** [4] - 7:5, 7:7, 7:8, 18:16
**lives** [3] - 5:10, 74:3, 80:8
**living** [8] - 9:9, 9:12, 10:9, 18:6, 18:13, 19:7, 19:13, 19:17
**loading** [1] - 65:13
**located** [3] - 6:15, 8:10, 28:1
**look** [5] - 22:21, 24:16, 58:21, 60:4, 77:25
**looked** [2] - 59:9, 60:4
**lost** [1] - 28:13
**Lowell** [1] - 8:11
**luck** [1] - 76:24
**luggage** [2] - 63:9, 65:13

## M

**machine** [5] - 29:3, 29:6, 40:3, 42:25, 63:19
**Magna** [8] - 6:11, 6:24, 8:14, 15:19, 78:11, 78:23, 79:25, 80:1
**male** [1] - 45:7
**males** [2] - 55:12, 55:13
**man** [9] - 45:8, 48:6, 49:6, 50:5, 50:15, 61:15, 63:25, 65:6, 68:25
**mark** [6] - 22:19, 23:24, 24:1, 24:2, 24:6, 24:11
**marked** [3] - 22:16, 24:9, 24:14
**Markel** [3] - 2:10, 3:13, 85:5
**MARKEL** [12] - 3:13, 22:2, 23:8, 23:18, 42:3, 48:1, 48:16, 54:6, 54:24, 64:18, 81:16, 81:21
**married** [7] - 9:14, 9:16, 9:21, 11:20, 12:6, 13:24, 72:3
**mask** [1] - 47:12
**material** [1] - 69:8
**matter** [1] - 85:14
**mean** [17] - 18:20, 19:9, 22:22, 27:8, 28:17, 37:15, 41:13, 42:12, 48:23, 50:23, 58:25, 67:24, 69:24, 72:5, 72:6, 75:12, 79:16
**mean ..** [1] - 46:1
**Medical** [3] - 31:21, 31:22, 32:3
**medical** [20] - 33:1, 33:10, 43:20, 43:21, 44:23, 44:24, 47:18, 47:24, 48:15, 48:20, 49:10, 50:12, 60:7, 60:9, 68:23, 69:1, 69:15, 70:6, 70:18, 70:20
**medication** [2] - 28:21, 30:21
**medications** [1] - 31:1
**medicine** [2] - 30:5, 31:5
**meet** [3] - 8:19, 9:4, 79:23
**Melissa** [10] - 13:19, 13:20, 14:4, 14:21, 15:7, 20:19, 39:16, 39:17, 41:24, 64:6
**member** [1] - 69:1
**Memorial** [4] - 67:6, 67:7, 67:8, 69:16
**men** [1] - 59:7
**mentioned** [3] - 53:11, 63:17, 75:20
**met** [7] - 8:21, 9:3, 9:7, 9:17, 17:16, 45:1, 45:3
**MIAMI** [1] - 1:2
**Miami** [16] - 1:17, 2:5, 2:9, 3:7, 22:7, 22:9, 26:6, 34:19, 34:25, 52:20, 62:23, 62:24, 67:9, 70:7, 71:18,

85:2
**Michigan** [16] - 4:9, 6:17, 7:2, 7:3, 7:6, 7:12, 8:11, 9:12, 9:20, 10:7, 11:16, 17:22, 17:25, 18:15, 22:10, 28:2
**might** [4] - 11:6, 33:12, 73:7, 79:1
**Mikala** [3] - 20:24, 21:1, 51:17
**mikala** [1] - 12:15
**mile** [1] - 11:18
**mind** [1] - 33:4
**mine** [1] - 5:14
**minute** [4] - 21:10, 40:5, 52:5, 59:7
**minutes** [1] - 49:11
**mirrors** [2] - 6:10, 6:11
**Missy** [1] - 21:17
**Missy 's** [1] - 19:19
**mom** [11] - 10:11, 16:11, 16:13, 16:22, 17:7, 73:11, 73:12, 73:19, 73:20, 74:2
**mom 's** [1] - 16:17
**Monday** [1] - 26:12
**monetary** [1] - 15:2
**money** [10] - 72:9, 72:10, 72:14, 73:10, 74:21, 75:4, 75:14, 78:16, 79:9
**month** [5] - 29:7, 68:1, 80:19, 81:7, 81:9
**months** [4] - 9:18, 10:19, 11:6, 20:5
**morning** [6] - 22:14, 38:10, 50:21, 53:13, 57:6, 57:25
**mortgage** [5] - 18:22, 18:23, 72:7, 80:18
**most** [4] - 41:14, 55:1, 59:13, 69:21
**mother** [7] - 10:13, 10:14, 10:17, 12:24, 16:8, 73:16, 73:17
**move** [5] - 5:8, 14:18, 14:21, 16:12, 73:11
**moved** [5] - 10:20, 14:12, 16:1, 16:9, 34:17
**movies** [1] - 74:12
**MR** [13] - 3:13, 3:18, 22:2, 23:8, 23:18, 42:3, 48:1, 48:16, 54:6, 54:24, 64:18, 81:16, 81:21
**MS** [18] - 3:15, 4:1, 22:5, 22:17, 23:20, 24:10, 24:15, 42:9, 48:2, 48:18, 52:13, 54:10, 55:5, 64:21, 66:9, 78:7, 81:14, 81:20
**multiple** [1] - 17:18
**must** [1] - 38:23

## N

**name** [16] - 4:3, 5:16, 6:12, 6:13, 7:14, 11:11, 14:1, 14:3, 27:24, 45:22, 55:24, 61:11, 62:3, 62:11, 67:4, 71:23
**names** [6] - 11:25, 12:14, 14:9, 17:13, 56:3, 71:8
**nasal** [1] - 47:12
**Nash** [1] - 18:14
**need** [7] - 4:21, 5:1, 23:23, 24:4, 46:5, 58:22, 71:2
**needed** [4] - 29:11, 42:20, 50:16, 62:15
**needs** [2] - 42:16, 42:17
**never** [14] - 17:16, 21:15, 25:17, 33:4, 33:7, 33:8, 33:9, 36:8, 38:19, 62:8, 63:16, 68:10, 73:21
**new** [1] - 36:8
**next** [8] - 22:14, 33:25, 34:17, 46:19, 50:19, 51:22, 65:24, 67:15
**nice** [2] - 26:2, 68:14
**night** [16] - 22:13, 34:3, 34:24, 38:5, 39:18, 39:22, 41:8, 44:11, 44:12, 44:16, 44:22, 48:7, 49:7, 49:22, 50:20, 51:1
**nighttime** [2] - 38:18, 44:2
**nine** [1] - 44:5
**NO** [2] - 1:4, 85:9
**none** [1] - 74:4
**noon** [24] - 4:2, 4:10, 5:10, 6:7, 7:1, 8:14, 18:7, 19:6, 20:8, 21:20, 22:20, 23:22, 24:11, 26:5, 32:25, 41:16, 51:18, 52:14, 63:18, 66:10, 69:7, 75:20, 78:8, 81:14
**Noon** [8] - 2:15, 3:2, 3:6, 4:4, 8:9, 85:5, 85:8, 85:10
**NOON** [8] - 1:6, 1:7, 1:20, 3:22, 82:9, 83:5, 84:14, 86:24
**normal** [2] - 37:3, 37:4
**nostrils** [1] - 47:15
**Notary** [3] - 1:21, 82:17, 84:18
**note** [1] - 24:5
**notes** [1] - 83:7
**nothing** [4] - 38:20, 52:25, 75:12
**Notice** [2] - 1:23, 2:22
**notice** [5] - 22:25, 23:10, 24:1, 37:20, 85:19
**noticed** [1] - 23:2
**nurse** [4] - 32:19, 48:7, 66:18, 66:20
**nurses** [1] - 43:19
**nursing** [3] - 16:19, 16:25, 51:5

## O

**o'clock** [2] - 51:23, 53:14
**OATH** [1] - 82:2
**oath** [1] - 85:12
**occasion** [1] - 20:10
**occupation** [1] - 6:7
**OF** [12] - 1:1, 1:20, 2:3, 2:8, 82:2, 82:4, 82:5, 83:1, 83:2, 83:3, 84:2, 84:3
**office** [4] - 28:2, 77:17, 77:21, 85:15
**officer** [2] - 66:24, 86:4
**official** [1] - 82:11
**often** [6] - 12:21, 14:11, 14:13, 14:24, 29:21, 29:24
**old** [4] - 5:20, 12:2, 13:20, 27:7
**Oliver** [1] - 3:9
**ON** [2] - 2:3, 2:8
**once** [7] - 10:6, 31:9, 57:20, 57:24, 65:1, 74:12, 79:19
**one** [18] - 5:21, 19:19, 21:15, 24:4, 24:5, 28:6, 31:16, 39:6, 39:13, 51:20, 51:24, 51:25, 52:1, 60:14, 61:16, 63:21, 68:24, 79:6
**online** [1] - 25:20
**open** [3] - 44:25, 56:11, 56:12
**ordering** [1] - 81:20
**original** [1] - 85:18
**outside** [1] - 7:6
**overseas** [1] - 8:4
**owe** [1] - 46:15
**owed** [1] - 75:9
**own** [4] - 18:19, 79:7, 79:21, 79:22
**oxygen** [45] - 29:2, 29:5, 40:2, 40:3, 41:8, 42:15, 42:17, 42:21, 42:23, 42:24, 42:25, 43:6, 43:14, 44:9, 46:22, 46:24, 47:2, 47:8, 47:11, 47:19, 48:7, 48:11, 49:2, 49:4, 49:7, 49:12, 49:19, 49:21, 49:24, 50:1, 50:15, 50:22, 50:24, 51:20, 54:12, 54:23, 57:8, 57:21, 59:8, 63:19, 67:20, 67:25, 68:24, 68:25

## P

**P-A-T-T-E-N** [1] - 5:17
**P.A** [3] - 1:15, 2:3, 2:8
**p.m** [2] - 3:8, 81:23
**PACE** [2] - 82:16, 83:16
**Pace** [3] - 1:21, 83:4, 85:22
**pack** [2] - 27:16, 27:17
**packing** [1] - 53:17
**PAGE** [3] - 2:15, 2:20, 84:1
**page** [3] - 23:3, 84:10, 86:4
**PAGE /LINE** [1] - 86:6
**pages** [2] - 83:6, 84:7
**paid** [24] - 17:21, 17:22, 17:25, 21:18, 38:19, 58:4, 58:13, 58:15, 62:8, 70:5, 70:8, 70:11, 70:12, 70:19, 71:13, 72:7, 72:8, 72:13, 72:15, 72:16, 72:18, 77:8, 81:10
**Panamanian** [1] - 1:11
**paperwork** [2] - 21:21, 46:22
**park** [1] - 62:25
**parked** [1] - 62:24
**part** [1] - 50:17
**PART** [1] - 86:2
**parties** [2] - 83:9, 85:19
**parties '** [1] - 83:9
**party** [1] - 85:18
**passed** [20] - 16:18, 16:20, 16:22, 17:9, 18:8, 19:11, 32:12, 67:15, 73:19, 74:14, 74:22, 75:2, 75:6, 75:18, 78:17, 78:18, 79:12, 79:19, 80:25, 81:9
**past** [1] - 12:24
**Patten** [3] - 5:14, 5:15, 5:16
**Paula** [4] - 1:21, 3:12, 83:4, 85:22
**PAULA** [2] - 82:16, 83:16
**pay** [14] - 39:7, 42:25, 45:23, 46:10, 46:15, 58:5, 58:6, 69:17, 71:11, 75:2, 75:5, 79:14, 80:14, 80:15
**paying** [2] - 45:15, 71:4
**payment** [1] - 80:19
**payments** [6] - 18:21, 81:2, 81:5, 81:6, 81:11, 81:12
**pays** [1] - 46:13
**pension** [1] - 78:9
**people** [11] - 16:3, 17:5, 17:11, 17:18, 17:20, 39:4, 42:22, 55:11, 59:13, 63:6
**per** [1] - 18:4
**percent** [1] - 50:23
**person** [1] - 68:8
**Personal** [1] - 1:6
**personally** [3] - 69:10, 69:18, 82:9
**phone** [7] - 13:10, 53:15, 53:16, 53:20, 54:2, 54:18, 54:21
**physically** [3] - 72:8, 72:15, 72:16
**pick** [5] - 50:12, 56:17, 59:7, 62:25, 63:2
**picked** [2] - 22:12, 49:24
**piles** [1] - 63:10
**pills** [1] - 28:12
**place** [7] - 3:6, 20:6, 32:7, 34:17, 62:24, 74:2
**places** [1] - 74:24
**Plaintiff** [1] - 1:8
**PLAINTIFF** [1] - 2:3
**plaintiff** [1] - 3:14
**plan** [1] - 73:6

play [1] - 35:15
plug [2] - 47:8, 47:10
plugged [2] - 43:3, 51:21
plus [1] - 18:18
pneumonia [3] - 31:6, 31:8, 31:16
pocket [1] - 70:6
point [9] - 5:2, 37:9, 37:14, 42:1, 51:18, 57:6, 57:20, 60:6, 63:18
poker [1] - 35:22
police [1] - 66:24
policy [3] - 70:2, 77:2, 77:6
port [12] - 33:25, 34:5, 34:14, 34:15, 34:16, 34:20, 38:10, 40:7, 40:9, 40:13, 52:20, 62:23
portable [4] - 51:20, 51:25, 63:19, 63:22
portion [1] - 23:9
ports [2] - 33:21, 35:19
practitioners [1] - 32:20
premium [1] - 77:8
pressure [1] - 30:12
previous [1] - 75:22
previously [1] - 23:11
problem [6] - 26:1, 26:25, 42:8, 42:10, 42:17, 76:9
problems [5] - 36:20, 48:23, 49:15, 50:20, 60:5
proceed [1] - 85:18
produced [3] - 2:23, 23:12, 24:2
production [1] - 23:13
promotional [1] - 69:8
prompted [1] - 42:14
provide [1] - 15:2
PROVIDES [1] - 86:2
Public [3] - 1:21, 82:17, 84:18
pulled [1] - 65:12
pumps [1] - 40:3
pursuant [1] - 1:22
push [8] - 59:3, 59:5, 61:1, 61:2, 61:6, 61:8, 61:15, 61:21
pushed [6] - 39:17, 56:6, 56:7, 62:3, 63:25, 65:3
pushing [1] - 65:7
put [9] - 16:18, 16:25, 23:22, 24:4, 39:1, 46:11, 46:13, 46:18, 63:9

Q

questions [2] - 4:15, 81:17
quick [5] - 24:16, 52:5, 66:2, 77:24, 78:1
quit [5] - 7:21, 27:12, 28:20, 42:4, 42:12
quite [3] - 12:18, 13:6, 29:21

R

radio [1] - 64:20
ran [1] - 70:22
Randall [4] - 2:15, 3:2, 3:5, 4:4
randall [1] - 85:5
RANDALL [7] - 1:6, 1:20, 3:22, 82:9, 83:5, 84:14, 86:24
rang [1] - 53:16
Rapids [1] - 7:2
rarely [1] - 33:18
RE [1] - 85:8
read [5] - 24:17, 69:8, 81:17, 84:6, 86:20
reading [2] - 21:24, 85:17
ready [2] - 52:17, 53:18
real [6] - 27:13, 37:13, 57:12, 60:4, 68:13, 78:1
really [7] - 25:12, 38:19, 45:19, 48:22, 50:3, 50:4, 79:1
REASON [1] - 86:6
reason [3] - 4:21, 37:16, 44:15
reasons [1] - 86:4
recently [1] - 19:4
recess [3] - 52:10, 66:6, 78:4
record [9] - 3:11, 52:8, 52:11, 66:5, 66:7, 78:3, 78:5, 81:18, 83:7
Record [1] - 85:23
recreational [1] - 74:11
reef [1] - 36:6
reference [1] - 85:11
regain [1] - 67:12
regular [1] - 81:20
relative [2] - 83:8, 83:9
remember [86] - 10:23, 11:3, 13:6, 15:17, 15:22, 16:5, 16:14, 16:15, 17:4, 17:11, 21:2, 21:20, 21:24, 22:4, 26:9, 26:22, 27:5, 28:24, 29:8, 29:11, 29:12, 29:19, 29:20, 30:25, 31:20, 32:2, 32:13, 34:1, 34:5, 35:22, 39:12, 39:23, 40:5, 40:6, 41:11, 41:14, 41:15, 43:13, 43:16, 44:2, 44:7, 44:14, 44:17, 44:19, 44:21, 44:24, 45:6, 45:9, 45:12, 45:13, 45:17, 45:20, 45:21, 49:5, 52:22, 53:16, 54:17, 55:16, 55:19, 55:21, 55:24, 56:1, 56:2, 59:22, 61:7, 62:6, 62:10, 68:7, 70:8, 70:13, 70:14, 70:16, 71:3, 71:6, 71:13, 71:17, 71:23, 75:8, 77:12, 77:13, 77:19, 78:19, 80:16, 80:17, 81:12
rent [2] - 80:14, 80:15
rephrase [1] - 4:22
report [1] - 83:5
reporter [2] - 3:11, 5:5
REPORTER [1] - 83:1
REPORTING [1] - 85:1
Representative [1] - 1:7
request [1] - 23:13
requested [1] - 83:6
Rescue [1] - 66:25
response [2] - 23:9, 23:12
rest [2] - 32:19, 37:1
rested [1] - 49:20
retire [4] - 31:25, 32:9, 73:7, 73:8
retired [3] - 27:25, 31:23, 32:8
retiring [1] - 73:1
return [1] - 50:1
review [1] - 83:5
ride [2] - 68:19, 74:11
Riley [2] - 12:15, 12:18
Road [1] - 4:8
roll [2] - 78:12, 78:13
room [19] - 39:10, 40:1, 43:3, 49:13, 51:15, 53:6, 53:12, 53:20, 54:15, 54:18, 55:7, 55:10, 56:19, 57:11, 57:18, 57:25, 60:11, 62:18, 63:13
rooms [2] - 51:11, 51:13
roughly [2] - 9:19, 53:14
row [1] - 34:14
RPR [3] - 1:21, 83:4, 83:16
RULE [1] - 86:2
rules [1] - 4:14

S

S-A-R-A-N-A-C [1] - 7:15
Sage [4] - 14:10, 19:19, 19:20, 20:21
salary [2] - 8:14, 8:15
Saranac [2] - 7:15, 28:2
sat [2] - 65:4, 65:24
save [2] - 79:9, 79:10
savings [1] - 79:2
Schmid [5] - 27:25, 28:1, 30:9, 31:20, 32:9
school [6] - 7:10, 7:14, 7:17, 7:19, 7:21, 15:14
SCHWARTZ [1] - 2:8
Schwartz [1] - 3:14
sea [6] - 34:1, 34:6, 34:7, 34:15, 34:17, 34:20
seal [1] - 82:11
seatbelt [1] - 76:20
second [1] - 76:13
section [1] - 58:19
see [16] - 5:4, 11:5, 12:21, 12:25, 13:10, 14:11, 14:24, 17:23, 32:3, 33:10, 34:21, 37:16, 39:24, 47:23, 48:3, 63:15
seeing [2] - 32:5, 32:21
seek [3] - 75:16, 75:19
seem [1] - 37:11
sell [1] - 18:24
send [2] - 24:4, 76:7
sending [1] - 56:17
separate [2] - 51:11, 86:4
service [14] - 7:8, 7:16, 7:22, 7:25, 8:3, 8:6, 8:20, 9:4, 9:22, 9:23, 10:4, 10:6, 58:1, 63:7
services [4] - 17:21, 79:13, 79:15, 79:16
set [2] - 53:3, 84:9
seven [4] - 26:11, 44:5, 51:23, 53:14
shall [3] - 85:17, 85:18, 86:3
she.. [1] - 65:22
SHEET [1] - 86:1
Shield [1] - 69:25
ship [63] - 22:14, 33:1, 33:11, 33:22, 33:24, 34:2, 34:22, 34:23, 35:2, 35:4, 35:6, 35:9, 35:12, 35:13, 35:17, 35:18, 36:15, 38:18, 39:21, 40:6, 40:16, 40:25, 41:1, 41:7, 41:22, 41:23, 42:22, 43:9, 43:19, 46:12, 48:4, 48:8, 51:19, 51:25, 52:2, 52:19, 53:4, 53:9, 55:11, 59:5, 59:13, 59:24, 60:7, 60:10, 60:13, 61:5, 61:14, 62:4, 62:18, 63:1, 63:5, 64:13, 64:17, 64:24, 65:1, 67:22, 68:5, 68:24, 69:2
ship's [2] - 43:11, 61:4
shirts [1] - 35:23
shop [3] - 77:4, 77:6, 77:8
shopping [3] - 35:23, 35:25, 72:23
short [4] - 52:10, 52:14, 66:6, 78:4
SHORTHAND [1] - 83:1
shortness [13] - 36:17, 36:20, 37:6, 37:10, 37:21, 38:1, 41:3, 41:4, 41:11, 41:12, 42:2, 67:21, 68:1
shot [3] - 31:10, 31:12, 31:14
shoulder [2] - 76:22, 76:24
show [3] - 22:18, 22:19, 39:24
shuttle [3] - 63:7, 65:10, 65:12
siblings [1] - 73:22
side [1] - 23:22
sign [3] - 21:21, 24:5, 46:21

signature [2] - 23:19, 85:13
signed [2] - 23:14, 46:23
signing [3] - 21:24, 23:16, 85:17
Sincerely [1] - 85:20
sister [2] - 73:24, 74:3
sitting [1] - 42:6
six [7] - 6:22, 6:23, 11:6, 12:3, 20:5, 29:9, 44:5
sleep [1] - 49:22
slept [1] - 49:23
smoke [1] - 27:10
smoked [2] - 27:8, 27:15
smoker [1] - 27:3
smoking [3] - 27:6, 27:11
snorkeling [3] - 36:5, 36:10, 36:11
social [1] - 17:21
sold [3] - 18:9, 18:25, 80:20
someone [5] - 56:17, 59:4, 64:20, 64:23, 66:25
somewhere [6] - 26:8, 27:19, 40:8, 44:5, 60:16, 78:21
son [6] - 5:15, 5:18, 11:8, 11:9, 15:10, 80:8
soon [1] - 15:13
sorry [5] - 30:11, 54:9, 62:7, 65:23, 76:1
sound [5] - 16:23, 26:6, 26:14, 62:7, 67:7
sounds [1] - 69:13
SOUTHERN [1] - 1:1
Sparrow [3] - 31:21, 31:22, 32:3
special [2] - 20:10, 64:16
spend [1] - 75:13
split [2] - 72:4, 72:5
spousal [1] - 77:6
SS [2] - 83:3, 84:2
St [2] - 12:5, 13:23
Stacy [6] - 5:14, 5:22, 79:23, 79:24, 80:5, 80:14
staff [1] - 69:1
stages [1] - 53:5
stairs [1] - 36:24
stand [1] - 36:25
start [10] - 8:7, 19:10, 36:14, 36:19, 37:13, 50:25, 51:2, 52:4, 52:5, 54:7
started [12] - 16:7, 16:10, 27:5, 27:6, 27:8, 36:17, 37:5, 37:7, 37:9, 57:12, 59:24, 66:14
STATE [3] - 82:4, 83:2, 84:2
state [2] - 3:10, 4:3
State [5] - 1:22, 17:22, 17:24, 82:17, 84:19
statement [1] - 86:4
STATES [1] - 1:1
stationed [2] - 8:4, 8:21
stay [4] - 20:4, 52:2, 60:15, 73:11
stayed [2] - 22:13, 40:25
staying [2] - 19:24, 51:15
stenographic [1] - 83:7
stenographically [1] - 83:5
sticker [1] - 24:4
still [14] - 9:12, 9:22, 9:23, 13:9, 25:6, 25:7, 27:11, 34:7, 50:23, 57:15, 70:12, 71:1, 74:3, 76:23
stopped [5] - 15:22, 15:24, 65:20, 66:1, 66:11
store [1] - 8:9
Street [1] - 85:1
stroke [3] - 75:25, 76:5, 76:6
stuff [8] - 10:19, 20:3, 25:2, 31:3, 42:6, 43:18, 74:11, 76:17
styled [2] - 3:1, 85:11
subscribed [1] - 84:16
substance [1] - 86:3
sugar [3] - 28:12, 28:13, 77:3
suggest [3] - 48:14, 60:6, 85:14
suitable [1] - 85:15
Suite [1] - 85:2
Sunday [1] - 26:12
supplemental [1] - 23:12
support [1] - 15:3
supporting [3] - 74:15, 74:19, 80:11
supposed [1] - 53:3
swear [1] - 3:12
sweating [1] - 57:12
swimming [1] - 35:16
sworn [2] - 3:23, 82:10
Sworn [1] - 84:16
symptoms [3] - 36:18, 41:10, 51:2

## T

tag [2] - 45:22, 62:11
tags [1] - 55:24
talkie [1] - 60:19
tank [3] - 42:23, 46:24, 47:6
taste [1] - 75:13
tecum [1] - 23:9
telephone [1] - 85:15
ten [1] - 8:13
tendency [1] - 79:8
Tennessee [1] - 7:7
terminate [1] - 78:11
testified [1] - 3:24
THE [17] - 2:3, 2:8, 3:1, 22:4, 23:16, 42:4, 48:17, 52:8, 52:11, 54:9, 54:25, 64:19, 66:4, 66:7, 78:2, 78:5, 81:18
them .. [1] - 86:5
Thereupon [8] - 3:21, 22:15, 24:8, 24:13, 52:10, 66:6, 78:4, 81:22
they 've [2] - 23:11, 76:15
they .. [1] - 67:20
thinking [1] - 21:17
third [1] - 23:2
thirteen [1] - 15:21
thirty [2] - 12:3, 13:21
thirty -five [1] - 13:21
thirty -six [1] - 12:3
three [8] - 10:19, 14:19, 14:20, 16:18, 17:20, 36:16, 51:11, 73:23
ticket [2] - 2:23, 24:20
tickets [1] - 25:1
tire [1] - 8:9
Tires [1] - 8:9
TO [1] - 85:5
today [6] - 4:15, 23:1, 23:6, 24:2, 78:1, 81:15
together [6] - 5:25, 43:14, 58:7, 58:8, 74:10, 86:21
took [23] - 10:18, 16:7, 16:8, 16:9, 25:25, 28:14, 31:22, 32:6, 46:20, 48:24, 49:12, 56:7, 57:8, 66:12, 68:14, 68:15, 68:16, 71:25, 73:19, 76:6, 76:10, 78:15, 85:18
top [2] - 17:15, 77:22
Torres [1] - 3:4
town [1] - 69:16
trailer [3] - 63:9, 63:10, 65:14
transcribed [1] - 85:12
transcript [6] - 83:6, 83:6, 84:7, 85:12, 85:18, 86:20
travel [1] - 25:20
treated [2] - 27:19, 71:7
treating [2] - 28:20, 30:9
treatment [1] - 30:1
tried [5] - 30:4, 71:21, 75:4, 75:5, 77:4
trigger [1] - 76:14
trouble [3] - 38:1, 40:24, 57:13
true [3] - 83:6, 84:8, 86:22
truth [2] - 16:15, 41:15
try [5] - 5:6, 5:7, 60:19, 73:8, 73:9
trying [4] - 20:1, 27:12, 47:3, 64:23
tube [2] - 47:11
turn [2] - 23:2, 47:10
turned [3] - 43:4, 46:19, 65:8
twenty [2] - 5:21, 18:18
twenty -one [1] - 5:21
twenty -plus [1] - 18:18
two [18] - 11:24, 12:19, 13:13, 14:8, 15:11, 17:20, 19:17, 19:18, 19:19, 29:22, 34:13, 36:16, 41:13, 51:12, 51:13, 55:11, 55:14, 59:7
type [3] - 36:4, 63:7, 78:10

## U

ultimately [1] - 67:1
under [1] - 85:12
undersigned [1] - 82:8
understood [2] - 4:23, 59:15
UNITED [1] - 1:1
up [28] - 12:25, 13:10, 15:1, 15:11, 19:22, 20:4, 20:6, 22:12, 38:24, 42:5, 43:3, 43:4, 49:13, 49:24, 50:12, 52:23, 53:1, 53:8, 56:17, 59:2, 59:7, 62:25, 63:2, 64:23, 65:12, 71:2, 73:9, 76:7
UPS [1] - 16:2
upstairs [1] - 36:21
urns [1] - 71:15

## V

vacation [2] - 20:13, 20:14
vaccine [1] - 31:11
van [12] - 63:8, 63:11, 63:14, 65:14, 65:15, 65:17, 65:21, 65:24, 66:11, 66:13, 68:8, 68:16
vein [1] - 76:17
verbally [1] - 22:3
version [1] - 24:19
VIDEOGRAPHER [8] - 3:1, 52:8, 52:11, 66:4, 66:7, 78:2, 78:5, 81:18
videographer [2] - 3:9, 5:5
VIDEOTAPED [1] - 1:20
videotaped [1] - 3:5
visiting [1] - 9:8
vs [1] - 3:2

## W

wait [2] - 58:19, 59:4
waiting [5] - 59:1, 60:22, 60:23, 64:13
waived [1] - 85:17
wake [2] - 53:1, 53:16
walk [10] - 35:17, 36:21, 36:24, 37:1, 38:3, 39:2, 40:20, 40:23, 76:5, 76:9
walked [4] - 35:25, 36:1, 40:22, 65:13
walkie [1] - 60:19
walking [2] - 42:6, 42:13
wants [1] - 86:3
warm [1] - 40:23

wash [1] - 79:22
watch [1] - 35:15
water [1] - 36:13
wearing [6] - 45:13, 45:14, 45:21, 55:22, 62:6, 62:11
website [3] - 25:5, 25:8, 25:14
week [1] - 6:21
weight [1] - 28:13
welt [1] - 76:21
West [1] - 85:1
whatever 's [1] - 46:14
wheel [1] - 38:2
wheelchair [24] - 38:2, 38:4, 38:14, 39:1, 39:3, 39:5, 39:8, 39:18, 41:23, 41:24, 57:14, 57:16, 58:10, 59:3, 61:1, 61:2, 61:4, 61:15, 61:21, 62:4, 63:25, 65:2, 65:4, 65:7
WHITE [2] - 1:15, 2:3
White [2] - 3:16, 3:19
white [5] - 45:18, 55:18, 55:20, 59:21, 59:23
who 'll [1] - 76:8
whole [3] - 24:17, 27:8, 58:7
wife [4] - 21:7, 25:2, 48:15, 58:21
William [1] - 3:18
Williams [1] - 3:4
wise [1] - 11:18
witness [4] - 3:12, 3:23, 86:3, 86:4
WITNESS [8] - 22:4, 23:16, 42:4, 48:17, 54:9, 54:25, 64:19, 82:11
woke [1] - 52:23
woman [8] - 59:16, 60:2, 60:18, 61:14, 62:13, 62:14, 64:14
worker [1] - 6:8
workers [1] - 61:14
works [3] - 18:2, 53:7, 61:5
worried [1] - 50:4
worse [2] - 42:2, 42:11
would 've [1] - 38:12
wow [1] - 7:1
wrecked [1] - 76:19
wrote [2] - 72:17

Y

year [23] - 6:1, 9:16, 9:25, 11:9, 14:17, 15:22, 16:12, 16:19, 17:1, 18:24, 18:25, 19:8, 19:9, 29:18, 31:7, 31:9, 31:17, 32:11, 32:22, 33:19, 75:21, 76:2, 76:18
years [19] - 6:25, 8:13, 14:19, 14:20, 15:21, 16:10, 16:18, 17:7, 18:18, 28:7, 28:13, 29:9, 33:20, 41:13, 67:25, 75:22, 76:4, 76:25, 80:3
YOURSELF [1] - 85:11
yourself [1] - 61:2
yup [1] - 7:4