**June 2019**

## PERSONAL

2. **Robert J. Myerburg, M.D.**

3. **Home Phone:**

4. **Office Phone:** (305) 585-5523 **Fax:** (305) 585-7085

5. **Home Address:** 11300 S.W. 94th Avenue
Miami, Florida 33176-4200

6. **Current Academic Rank:** Professor, Department of Medicine
Professor, Department of Physiology

6a. **Current Track of Appointment:** Tenure

7. **Primary Department:** Department of Medicine, Division of Cardiology

8. **Secondary Appointments:** Department of Physiology

9. **Citizenship:** U.S.A.

10. **Visa Type:** N/A

## HIGHER EDUCATION

11. **Institutional:**

| | | | |
|---|---|---|---|
| Johns Hopkins University<br>Biological Sciences | | September, 1954 - June, 1957 |
| University of Maryland<br>School of Medicine | M.D. | September, 1957 - June, 1961 |

12. **Non-Institutional:** N/A

13. **Certification, licensures, boards (* currently active):**

| | |
|---|---|
| Maryland State Board of Medical Examiners #053760 | 1961 |
| Certified by National Board of Medical Examiners | 1962 |
| Louisiana State Board of Medical Examiners #2284R | 1964 |
| New York State Department of Education #103549 | 1969 |
| *Florida State Board of Medical Examiners #15305 | 1970 |
| Diplomate, Am Board of Internal Medicine #27950 | 1968 |
| Diplomate, Subspecialty Board of Cardiovascular Diseases, Am Board of Internal Medicine #27950 | 1970 |
| Certificate of Special Competence, Clinical Cardiac Electrophysiology, Am Board of Internal Medicine #27950 | 1998 |

**EXHIBIT E**

## EXPERIENCE

**14. Academic:**

| | | |
|---|---|---|
| University of Miami School of Medicine | Assistant Professor of Medicine | Jan. 1, 1970 - May 31, 1972 |
| University of Miami School of Medicine | Assistant Professor of Physiology | June 1, 197 - May 31, 1972 |
| University of Miami School of Medicine | Associate Professor of Medicine & Physiology | June 1, 1972-May 31, 1974 |
| Miami Veterans Administration Medical Center | Chief, Cardiology Section, Medical Service | Jan. 1, 1970-Aug. 31, 1974 |
| University of Miami School of Medicine | Director, Division of Cardiology | September 1, 1973-Sept. 1, 2004 |
| University of Miami School of Medicine | Director, Cardiology Training Program | September 1, 1973-January 1, 2008 |
| University of Miami School of Medicine | Professor of Medicine & Physiology | June 1, 1974 - Present |

**15. Hospital Appointments:**

| | |
|---|---|
| Jackson Memorial Hospital | 1970 to present |
| VA Medical Center | 1970 to present |
| University of Miami Hospital and Clinics | 1970 to present |
| Baptist Hospital | 1995 to 2009 |
| Cedars Hospital | 2002 to 2007 |
| University of Miami Hospital | 2007 to present |

**16. Non-Academic:** N/A

**17. Military:** U. S. Public Health Service Heart Disease Control Program — July 1, 1962-June 30, 1964

## PUBLICATIONS

**18. Books, chapters in books, and monographs published:**

1. Hurst JW, Myerburg RJ. **Introduction to Electrocardiography**. New York: McGraw-Hill Book Co. 1968: 314.

2. Myerburg RJ. Sudden death. In: Hurst JW, Logue RB, eds. **The Heart**. 2nd edition. New York: McGraw-Hill Book Co. 1970:551-555.

3. Marriott HJL, Myerburg RJ. Recognition and treatment of cardiac arrhythmias and conduction

disturbances. In: Hurst JW, Logue RB, eds. **The Heart**. 2nd edition. New York: McGraw-Hill Book Co. 1970:489-536.

4. Myerburg RJ. Electrocardiographic diagnosis of sinus node rhythm variations and S-A block. In: Schlant RC, Hurst JW, eds. **Advances in Electrocardiography**. New York: Grune & Stratton. 1972:73-80.

5. Myerburg RJ, Gelband H, Hoffman BF. Electrophysiologic function of the distal A-V conducting system and comments on its clinical relevance. In: Schlant RC, Hurst JW, eds. **Advances in Electrocardiography**. New York: Grune & Stratton. 1972:129-144.

6. Myerburg RJ, Nilsson K, Castellanos A, Gelband H. The mechanism of ventricular endocardial excitation. In: Dreifus LS, Likoff W, eds. **Cardiac Arrhythmias**. New York: Grune & Stratton. 1973:181-193.

7. Castellanos A, Castillo CA, Agha AS, Myerburg RJ, Tessler MS. Mechanisms of ventricular tachycardia. In: Dreifus LS, Likoff W, eds. **Cardiac Arrhythmias**. New York: Grune & Stratton. 1973:235-243.

8. Castellanos A, Agha AS, Castillo CA, Myerburg RJ. Ventricular activation in the presence of Wolff-Parkinson-White syndrome. In: Dreifus LS, Likoff W, eds. **Cardiac Arrhythmias**. New York: Grune & Stratton. 1973:451-465.

9. Hurst JW, Myerburg RJ. **Introduction to Electrocardiography**. 2nd edition. New York: McGraw-Hill Book Co. 1973, 319 pp.

10. Myerburg RJ. Sudden death. In: Hurst JW, ed. **The Heart**. 3rd edition. New York: McGraw-Hill Book Co. 1974:585-591.

11. Marriott HJL, Myerburg RJ. Recognition and treatment of cardiac arrhythmias and conduction disturbances. In: Hurst JW, ed. **The Heart**. 3rd edition. New York: McGraw-Hill Book Co. 1974:502-569.

12. Myerburg RJ, Nilsson K, Castellanos A, Lazzara R, Befeler B, Gelband H. The intraventricular conduction system and patterns of endocardial excitation. In: Cigueira Gomes, eds. **Recent Advances in Ventricular Conduction.** Adv. Cardiol., Basel, Switzerland: S. Karger Publishing. 1975; 14:2-14.

13. Myerburg RJ, Castellanos A, Bassett AL, Gelband H. Functional properties of the distal A-V conducting system. In: Cigueira Gomes, eds. **Recent advances in Ventricular Conduction**. Basel, Switzerland: S. Karger Publishing. 1975; 14:94-104.

13a. Castellanos A, Levy S, Befeler B, Myerburg RJ. Mechanisms determining the ventricular rate in Wolff-Parkinson-White arrhythmias: In: Cigueira Gomes, eds. **Recent Advances in Ventricular Conduction**. Basel, Switzerland: S. Karger Publishing 1975; 14:221-232.

14. Castellanos A, Befeler B, Agha AS, Myerburg RJ. Intracardiac electrocardiography in evaluation of the positive QRS complexes in lead V1 elicited by right ventricular apical stimulation, Ch. 13. In: Narula OS, ed. **His bundle Electrocardiography and Clinical Electrophysiology**. Philadelphia: F.A. Davis. 1975:261-271.

15. Gottlieb S, Sheps DS, Myerburg RJ, Miale A: Applications of diagnostic ultrasound and radionuclides to cardiovascular diagnosis. Part I. Acquired cardiovascular diseases in the adult. In: Freeman LM, Blaufax

M, eds. **Nuclear Medicine and Ultrasound**. New York: Grune & Stratton. 1975:67-100.

16. Myerburg RJ, El-Sherif N. Electrocardiographic diagnosis of sinus rhythm variations and S-A block, Ch. 4. In: Schlant RC, Hurst JW, eds. **Advances in Electrocardiography**. 2nd edition. New York:Grune & Stratton. 1976:59-70.

17. Castellanos A, Lemberg L, Sung RJ, Myerburg RJ. Dynamic vectorcardiography in the evaluation of left hemiblocks. In: Hoffman & Hamby, eds. **Vectorcardiography**. Amsterdam: North Holland Publishing Co. 1976:99-111.

18. Castellanos A, Portillo B, Befeler B, Sung RJ, Myerburg RJ. His bundle electro-vectorcardiography in Wolff-Parkinson-White syndrome and its variants. In: Hoffman & Hamby, eds. **Vectorcardiography**. Amsterdam: North Holland Publishing Co. 1976:113-121.

19. Gelband H, Nilsson K, Sung RJ, Bassett AL, Myerburg RJ. Electrophysiology of the intact neonatal canine atrioventricular conducting system. In: Wellens HJJ, ed. **Conduction System of the Heart**. Leiden, The Netherlands'. E. Stenfert Kroese B.V, and Philadelphia: Lea & Febiger. 1976.

20. Myerburg RJ, Gelband H, Castellanos A, Nilsson K, Sung RJ, Bassett AL. Electrophysiology of endocardial intraventricular conduction: The role and function of the specialized conducting system. In: Wellens HJJ, Lie KI, Janse MJ, eds. **The Conduction System of the Heart**. Philadelphia: Lea & Febiger. 1976:336-359.

21. Castellanos A, Myerburg RJ. **The Hemiblocks in Myocardial Infarction**. New York: Appleton-Century-Crofts. 1976.

22. Myerburg RJ, Gelband H, Castellanos A, Nilsson K, Bassett AL. Electrophysiology of the intraventricular specialized conducting system, Ch 6. In: Schlant RC, Hurst JW, eds. **Advances in Electrocardiography**. 2nd edition. New York: Grune & Stratton. 1976:99-130.

23. Castellanos A, Aranda J, Befeler B, Myerburg RJ. Intraventricular reentrant tachycardias, Ch. 7. In: Schlant RC, Hurst JW, eds. **Advances in Electrocardiography**. New York: Grune & Stratton. 1976:131-142.

24. Castellanos A, Befeler B, Agha AS, Myerburg RJ. Contribution of catheter electrodes to study of intraventricular conduction in the human heart; with special reference to bundle branch block, ventricular pacing, and Wolff-Parkinson-White syndrome, Ch. 8. In: Schlant RC, Hurst JW, eds. **Advances in Electrocardiography**. 2nd edition. New York: Grune & Stratton. 1976:143-169.

25. Castellanos A, Aranda J, Agha AS, Befeler B, Sung RJ, Myerburg RJ. Mechanisms of A-V conduction in ventricular pre-excitation, Ch. 9. In: Schlant RC, Hurst JW, eds. **Advances in Electrocardiography**. 2nd edition. New York: Grune & Stratton. 1976:173-197.

26. Myerburg RJ. Electrocardiography. In: Braunwald E, ed. **Harrison's Principles of Internal Medicine**. New York: McGraw-Hill. Chapter 233. 1976.

27. Bassett AL, Gelband H, Nilsson K, Morales AR, Myerburg RJ. Electrophysiology following healed experimental myocardial infarction. In: Kulbertus HE, ed. **Reentrant Arrhythmias - Mechanisms and Treatment.** University Park Press. 1976:242-255.

28. Hurst JW, Myerburg RJ. The Electrocardiogram. In: Walker HK, Hall WD, Hurst JW, eds. **Clinical Methods: The History, Physical and Laboratory Examinations**. Butterworths, Woburn, Mass. Chapter 10. 1977:945-1030.

29. Myerburg RJ, Gelband H, Bassett AL. Physiology of the ventricular specialized conduction system. In: Roberts NK, Gelband H, eds. **Cardiac Arrhythmias in the Neonate Infant and Child**. New York: Appleton-Century-Crofts. 1977:55-90.

30. Gelband H, Myerburg RJ, Bassett AL. Management of cardiac arrhythmias. In: Roberts NK, Gelband H, eds. **Cardiac Arrhythmias in the Neonate Infant and Child**. New York: Appleton-Century-Crofts. 1977:437-468.

31. Castellanos A, Myerburg, RJ. The resting electrocardiogram. In: Hurst JW, Logue RB, Schlant RC, Wenger NK, eds. **The Heart**. 4th edition. New York: McGraw-Hill Book Co. Chapter 23. 1978:298-312.

32. Marriott HJL, Myerburg RJ. Recognition and treatment of cardiac arrhythmias and conduction disturbances. In: Hurst JW, Logue RB, Schlant RC, Wenger NK, eds. **The Heart**. 4th edition. New York: McGraw-Hill Book Co. Chapter 46D. 1978:637-694.

33. Myerburg RJ. Sudden death. In: Hurst JW, Logue RB, Schlant RC, Wenger NK, eds. **The Heart**. 4th edition. New York: McGraw-Hill Book Co. Chapter 49. 1978:727-733.

34. Castellanos A, Sung RJ, Myerburg RJ. Role of artificial pacing and recording in the understanding of impulse initiation in the human heart. In: Chung EK, ed. **Artificial Cardiac Pacing: Practical Approach**. Baltimore: Williams & Wilkins Co. Chapter 4. 1979:32-55.

35. Castellanos A, Sung RJ, Myerburg RJ. Bidirectional tachycardia. In: Narula OS, ed. **Cardiac Arrhythmias: Electrophysiology, Diagnosis and Management**. Baltimore: Williams & Wilkins Co. Chapter 22. 1979:419-435.

36. Maytin O, Sung RJ, Castellanos A, Myerburg RJ. Pacemaker-induced arrhythmias -Revisited. In: Mandel WJ, ed. **Diagnosis and Management of Difficult Arrhythmias**. Lippincott. 1980:534-549.

37. Myerburg RJ, Conde C, Mayorga-Cortes A, Castellanos A. Mortality after survival from prehospital cardiac arrest might be influenced by the use of membrane-active antiarrhythmic drugs. In: Rapaport E, ed. **Controversies in Cardiovascular Disease**. Philadelphia: W. B. Saunders Co. Chapter 15. 1980:351-358.

38. Myerburg RJ. Electrocardiography. In: Braunwald E, ed. **Harrison's Principles of Internal Medicine**. 9th edition. New York: McGraw-Hill Publishing Co. Chapter 232.1980.

39. Myerburg RJ. Components of the electrocardiogram. In: Wenger NK, Hurst JW, McIntyre M, eds. **Cardiology for Nurses**. New York: McGraw-Hill Publishing Co. Chapter 5. 1980:114-130.

40. Myerburg RJ, Conde CA, Sung RJ, Mallon SM, Sheps DS, Appel R, Castellanos A. Prehospital cardiac arrest: Early and long-term clinical and electrophysiologic characteristics. In: Kulbertus HE, Wellens HJJ, eds. **Sudden Death**. The Hague: Martinus Nijhoff. 1980:219-231 Section 3.1.

41. Sheps DS, Myerburg RJ. Drug interactions involving antiarrhythmic drugs, Ch. 4. In: Petrie JC, ed. **Cardiovascular and respiratory disease therapy**. Volume 1. The Netherlands: Elsevier/North Holland

Biomedical Press B.V. Chapter 4. 1980:43-59.

42. Castellanos A, Myerburg RJ. The resting electrocardiogram. In: Hurst JW, Logue RB, Rackley CE, Schlant RC, Sonnenblick EH, Wallace AG, Wenger NK, eds. **The Heart**. 5th edition. New York: McGraw-Hill Book Co. Chapter 15. 1981:257-272.

43. Marriott HJL, Myerburg RJ. Recognition of arrhythmias and conduction abnormalities. In: Hurst JW, Logue RB, Rackley CE, Schlant RC, Sonnenblick EH, Wallace AG, Wenger NK, eds. **The Heart**. 5th edition. New York: McGraw-Hill Book Co. Chapter 28. 1981:519-556.

44. Juma A, Castellanos A, Myerburg RJ. Prognostic significance of the electrocardiogram in patients with coronary heart disease. In: Wellens HJJ, Kulbertus HE, eds. **What's New in Electrocardiography**. The Hague: Martinus Nijhoff Publishers. 1981:1-22.

45. Conde CA, Myerburg RJ, Castellanos A. Follow-up survivors of cardiac arrest occurring outside the hospital. In: Roskamm H, Csapo G, eds. **Disorders of Cardiac Function: Current Electrophysiological and Hemodynamic Topics**. New York: Marcel Dekker, Inc. Chapter 5. 1982:119-145.

46. Myerburg RJ, Kessler KM, Pefkaros KC, Cooper D, Kiem I, Castellanos A. Effects of antiarrhythmic agents on PVC's and on potentially lethal arrhythmias. In: Harrison DC, ed. **Cardiac Arrhythmias: A Decade of Progress**. Boston: G. K. Hall Publishing. Chapter 42. 1982:571-587.

47. Myerburg RJ, Epstein K, Gaide MS, Wong SS, Castellanos A, Gelband H, Cameron JS, Bassett AL. Cellular electrophysiology in acute and healed experimental myocardial infarction. In: Greenberg HM, Dwyer EM, Jr, eds. **Sudden Coronary Death**. New York: The New York Academy of Sciences. 1982:90-115.

48. Myerburg RJ. Electrocardiography. In: Petersdorf RG, Adams RD, Braunwald E, Isselbacher KJ, Martin JB, Wilson JD, eds. **Harrison's Principles of Internal Medicine**. 10th edition. New York: McGraw-Hill Book Co. Chapter 249. 1983:1319-1329.

49. Myerburg RJ. Electrocardiographic analysis of cardiac arrhythmias. In: Katz AM, Selwyn A, eds. **The Cardiac Arrhythmias**. Mass.: Sinauer Assoc., Inc. Chapter 2. 1983:13-22.

50. Castellanos A, Medina-Ravell V, Berkovits BV, Luceri RM, Zaman L, Myerburg RJ. Atrial demand and AV sequential pacemakers. In: Dreifus LS, ed. **Pacemaker Therapy**. Philadelphia: F.A. Davis. 1983:149-164.

51. Myerburg RJ, Zaman L, Luceri R, Kessler KM, Kayden D, Castellanos A. Antiarrhythmic drug therapy after myocardial infarction. In: Kulbertus HE, Wellens HJJ, eds. **The First Year After a Myocardial Infarction**. Mt. Kisco, New York: Futura Publishing Co. Ch. XXII. 1983:321-339.

52. Luceri RM, Castellanos A, Medina-Ravell V, Zaman L, Thurer RJ, Myerburg RJ. Eccentricities of DDD (AV Universal) pacemakers. In: Steinbach K, Glogar D, Laszkovics A, Schellbelhofer W, Weber H, eds. **Cardiac Pacing**. Darmstad, Germany: Steinkopff Verlag Darmstads. 1983:529-535.

53. Castellanos A, Zaman L, Luceri RM, Myerburg RJ. Arrhythmias in patients with short PR intervals and narrow QRS complexes. In: Josephson M, ed. **Tachycardias: Mechanisms, Diagnosis and Treatment**. Philadelphia: Lea & Febiger Co. Chapter 7. 1984:171-198.

54. Castellanos A, Moleiro F, Kayden D, Myerburg RJ. Evolving concepts in the electrocardiographic diagnosis of ventricular parasystole. In: Josephson M, ed. **Tachycardias: Mechanisms, Diagnosis and Treatment**. Philadelphia: Lea & Febiger Co. Chapter 13. 1986:287-303.

55. Myerburg RJ, Zaman L, Luceri RM, Kessler KM, Hamburg C, Kayden D, Castellanos A. Prehospital cardiac arrest survivors: Classification of risk groups on the basis of electrophysiologic testing. In: Greenberg HJ, Kulbertus HE, Moss AJ, Schwartz PJ, eds. **Clinical Aspects of Life-Threatening Arrhythmias**. New York: The New York Academy of Sciences. 1984:427:40-48.

56. Myerburg RJ, Zaman L, Luceri RM, Kessler KM, Estes D, Trohman R, Horgan J, Castellanos A. Clinical characteristics of sudden death: Implications for survival. In: Josephson M, ed. **Sudden Cardiac Death**. Cardiovascular Clinics, Brest, AN (Editor-in-Chief). Philadelphia: F.A. Davis Co. Chapter 7. 1985:107-117.

57. Kessler KM, Myerburg RJ. Safety and efficacy of currently available antiarrhythmic agents for the prevention of sudden death. In: Morganroth J, Horowitz L, eds. **Sudden Cardiac death**. New York: Grune & Stratton, Inc. 1985:169-190.

58. Castellanos A, Luceri RM, Zaman L, Myerburg RJ. Value that the analysis of pacemaker-induced arrhythmias has in the understanding of naturally occurring disorders of rhythm. In: Barold S, ed. **Modern Cardiac Pacing**. Mt. Kisco, NY: Futura Publishing Co. 1985:515-543.

59. Castellanos A, Luceri RM, Zaman L, Myerburg RJ. Value that the analysis of pacemaker-induced arrhythmias has in the understanding of naturally occurring disorders of rhythm. In: Barold S, ed. **Modern Cardiac Pacing**. Mt. Kisco,NY: Futura Publishing Co. 1985:515-543.

60. Myerburg RJ, Cameron JS, Lodge NJ, Kimura S, Kozlovskis PL, Bassett AL. The papillary muscle preparation in the study of cardiac electrophysiology, electropharmacology, and disease models. In: Zipes DP, Jalife J, eds. **Cardiac Electrophysiology and Arrhythmias**. New York: Grune & Stratton, Inc. Chapter 26. 1985:225-231.

61. Luceri RM, Myerburg RJ. Indications for and management of cardiac pacemakers. In: **Disease-A-Month Vol. 31, No. 3**. Chicago: Year Book Medical Publishers. 1985:3:1-52.

62. Luceri RM, Castellanos A, Myerburg RJ: Implantable devices for the treatment of cardiac arrhythmias. In: **Cardiology Clinics.** Philadelphia: W.B. Saunders Co. 1985:3:113-122.

63. Castellanos A, Myerburg RJ. The resting electrocardiogram. In: Hurst JW, ed. **The Heart**. Sixth edition. New York: McGraw-Hill Publishing Co. Chapter 14. 1986:206-229.

64. Marriott HJL, Myerburg RJ. Recognition of arrhythmias and conduction abnormalities. In: Hurst JW, ed. **The Heart.** New York: McGraw-Hill Publishing Co. Chapter 26. 1986:433-474.

65. Castellanos A, Saoudi NS, Luceri RM, Medina-Ravell V, Myerburg RJ. Indications for permanent pacemakers in the post-myocardial infarction patient. In: Sheps DS, ed. **The Management of Post-Myocardial Infarction Patients**. New York: McGraw-Hill Publishing Co. Chapter 12. 1986:185-202.

66. Myerburg RJ. The survivor of prehospital cardiac arrest. In: Fortuin NJ, ed. **Current Therapy in**

**Cardiovascular Disease - 2**. Philadelphia: B.C. Decker Inc. 1986:238-241.

67. Myerburg RJ. Electrocardiography. In: Braunwald E, Isselbacher KJ, Petersdorf RG, Wilson JD, Martin JB, Fauci AS, eds. **Harrison's Principles of Internal Medicine**. New York: McGraw-Hill Publishing Co. Chapter 178. 1986:872-881.

68. Castellanos A, Luceri RM, Medina-Ravell V, Myerburg RJ. Pacemaker-induced arrhythmias. In: Mandel WJ, ed. **Cardiac Arrhythmias: Their Mechanisms, Diagnosis, and Management**. Philadelphia: J.B. Lippincott Co. Chapter 25. 1987:638-654.

69. Rosen MR, Janse MJ, Myerburg RJ. Arrhythmias induced by coronary artery occlusion: What are the electrophysiologic mechanisms? In: Hearse D, Manning A, Janse M, eds. **Life-Threatening Arrhythmias During Ischemia and Infarction**. Chapter 2. New York: Raven Press, 1987:11-47.

70. Myerburg RJ, Kessler KM, Zaman L, Trohman RG, Fernandez P, Castellanos A. Factors leading to decreasing mortality among patients resuscitated from out-of-hospital cardiac arrest. In: Brugada P, Wellens HJJ, eds. **Cardiac Arrhythmias: Where Do we Go From Here?** Mt. Kisco, NY: Futura Publishing Co., 1987:505-525.

71. Myerburg RJ, Castellanos A. Cardiac arrest and sudden cardiac death. In: Braunwald E, ed. **Heart Disease: A Textbook of Cardiovascular Medicine**. 3rd edition. New York: W.B. Saunders Publishing Co. Chapter 24. 1987:742-777.

72. Castellanos A, Pina IL, Zaman L, Myerburg RJ. Recent advances in the diagnosis of fascicular blocks. In: Barold SS, ed. **Cardiology Clinics**. Philadelphia: W.B. Saunders Co., 1987:5:469-488.

73. Castellanos A, Zaman L, Luceri RM, Myerburg RJ. Unstable intraventricular conduction disorders. In: Barold SS, ed. **Cardiology Clinics**. Philadelphia: W.B. Saunders Co., 1987:5:489-497.

74. Myerburg RJ. Acute myocardial infarction: Out-of-hospital management: Introduction. In: Higgins MW, Luepker RV, eds. **Trends in Coronary Heart Disease Mortality: The Influence of Medical Care**. Part IV. New York: Oxford University Press, 1988:149-151.

75. Myerburg RJ, Kessler KM, Zaman L, Trohman RG, Saoudi N, Castellanos A. Application of plasma level determinations to antiarrhythmic drug management. In: Bayes de Luna A, Betriu A, Permanyer G, eds. **Therapeutics in Cardiology**. Chapter 25. Boston: Kluwer Academic Publishers, 1988:79-91.

76. Myerburg RJ, Kimura S, Kozlovskis PL, Bassett AL, Huikuri H, Castellanos A. Arrhythmias and the healed myocardial infarction. In: Rosen MR, Palti Y, eds. **Arrhythmias Resulting From Myocardial Ischemia and Infarction**. Boston: Kluwer Academic Publishers, Chapter 17. 1988:229-241.

77. Myerburg RJ, Kessler KM. Clinical assessment and management of arrhythmias and conduction disturbances. In: Hurst JW,. Ed. **The Heart**. Seventh edition. New York: McGraw Hill Publishing Co., Chapter 23. 1989:535-560.

78. Castellanos A, Myerburg RJ. The resting electrocardiogram. In: Hurst JW, ed. **The Heart**. Seventh edition. New York: McGraw Hill Publishing Co., Chapter 32. 1989:265-298.

79. Marriott HJL, Myerburg RJ. Recognition of cardiac arrhythmias and conduction disturbances. In: Hurst JW,

ed. **The Heart**. Seventh edition. New York: McGraw Hill Publishing Co. Chapter 31. 1989:489-534.

80. Castellanos A, Fernandez P, Luceri RM, Myerburg RJ. Mechanisms of atrial tachycardias. In: Attuel P, Coumel P, Janse MJ, eds. **The Atrium in Health and Disease**. Mt. Kisco, New York: Futura Publishing Co., Chapter 15. 1989:263-269.

81. Myerburg RJ, Bassett AL, Kimura S, Furukawa T, Kozlovskis P. Electrophysiological Properties of The Heart with Healed Myocardial Infarction. In: Michael R. Rosen, Michiel J. Janse, Andrew L. Wit eds. In: **Cardiac Electrophysiology: A Textbook**. Mount Kisco, NY, Futura Publishing Co. Chapter 6 - 1990:773-790.

82. Myerburg RJ, Kessler KM, Interian A, Fernandez P, Kimura S, Kozlovskis PL, Furukawa T, Bassett AL, Castellanos A. Clinical and experimental pathophysiology of sudden cardiac death. In: Zipes DP, Jalife J, eds. **Cardiac Electrophysiology. From Cell to Bedside**. New York: W.B. Saunders Publishing Co. Chapter 72. 1990:666-678.

83. Castellanos A, Moleiro F, Saoudi NC, Myerburg RJ. Parasystole. In: Zipes DP, Jalife J, eds. **Cardiac Electrophysiology. From Cell to Bedside**. New York: W.B. Saunders Publishing Co. Chapter 68. 1990:619-627.

84. Interian A, Jr, Myerburg RJ. Ventricular flutter and ventricular fibrillation. In: Horowitz LN, ed. **Current Management of Arrhythmias**. Philadelphia: B.C. Decker, Inc. 1990:155-160.

85. Castellanos A, Fernandez PP, Myerburg RJ. Intraventricular conduction disturbances and atrioventricular block. In: Horowitz LN, ed. **Current Management of Arrhythmias**. Philadelphia: B.C. Decker, Inc. 1990:236-240.

86. Myerburg RJ, Castellanos A. Cardiovascular collapse, cardiac arrest, and sudden death. In: Wilson JD, Braunwald E, Isselbacher KJ, Petersdorf RG, Martin JB, Fauci AS, Root RK, eds. **Harrison's Principles of Internal Medicine. 12th edition**. New York: McGraw-Hill Publishing Co. Chapter 40. 1990:237-242.

87. Myerburg RJ. Electrocardiography. In: Wilson JD, Braunwald E, Isselbacher KJ, Petersdorf, RG, Martin JB, Fauci AS, Root RK, eds. **Harrison's Principles of Internal Medicine**. New York: McGraw-Hill Publishing Co. Chapter 176. 1990:850-860.

88. Cox MM, Kessler KM, Myerburg RJ. Clinical assessment and management of cardiac arrhythmias and conduction disturbances. In: Schlant RC, Hurst JW, eds. **Handbook of the Heart. 2nd edition**. New York: McGraw-Hill Book Co. Chapter 3. 1990:17-43

89. Myerburg RJ, Kessler KM. Clinical assessment and management of arrhythmias and conduction disturbances. In: Hurst JW ed. **The Heart. Seventh edition**. New York: McGraw-Hill Publishing Co. Chapter 32. 1990:535-560.

90. Kimura S, Bassett Al, Myerburg RJ. Arrhythmias in the cat heart with chronic myocardial infarction. In: Dangman KM, Miura DS, eds. **Electrophysiology and Pharmacology of the Heart: A Clinical Guide**. New York: M. Dekker Inc. Chapter 15. 1991:351-373.

91. Chakko S, de Marchena E, Myerburg RJ. Sudden death in cardiomyopathy. In: Luderitz B, Saksena S, eds. **Interventional Electrophysiology**. Mt. Kisco, New York: Futura Publishing Inc. Chapter 3. 1991:23-33.

92. Castellanos A, Interian A Jr, Zaman L, Myerburg RJ. Reentrant supraventricular arrhythmias: Update. In: Fisch C, Surawicz B, eds. **Cardiac Electrophysiology and Arrhythmias**. New York: Elsevier Science Publishing Co., Inc. 1991:139-150.

93. Myerburg RJ, Castellanos A. Cardiac arrest and sudden cardiac death. In: Braunwald E, ed. **Heart Disease: A Textbook of Cardiovascular Medicine. 4th edition.** New York: W.B. Saunders Publishing Co. Chapter 26. 1992:756-789.

94. Jimenez RA, Myerburg RJ. Sudden Cardiac Death; Magnitude of the Problem, Substrate/Trigger Interaction, and Populations at High Risk. In: University of Miami School of Medicine. **Cardiac Arrhythmias. Volume 11**. No. 1. 1993:1-9

95. Castellanos A, Kessler KM, Myerburg RJ. The resting electrocardiogram. In: Schlant RC, Alexander RW, eds. **The Heart. Eighth edition**. New York: McGraw-Hill Inc., 1994:321-356.

96. Myerburg RJ, Kessler KM, Castellanos A. Recognition, clinical assessment, and management of arrhythmias and conduction disturbances. In: Schlant RC, Alexander RW, eds. **The Heart. Eighth edition**. New York: McGraw-Hill Inc., 1994:705-758.

97. Myerburg RJ, Castellanos A. Cardiovascular collapse, cardiac arrest, and sudden death. In: Isselbacher KJ, Braunwald E, Wilson JD, Martin JB, Fauci AS, Kasper DL, eds. **Harrison's Principles of Internal Medicine. Thirteenth edition**. New York: McGraw-Hill, Inc., 1994:193-198.

98. Akhtar M, Myerburg RJ, Ruskin JN eds. **Sudden Cardiac Death: Prevalence, Mechanisms, and Approaches to Diagnosis and Management**. Philadelphia: Williams & Wilkins, 1994: 1-635.

99. Myerburg RJ, Kessler KM, Castellanos A. Interaction between structure and function in sudden cardiac death. In: Akhtar M, Myerburg RJ, Ruskin JN, eds. **Sudden Cardiac Death: Prevalence, Mechanisms, and Approaches to Diagnosis and Management**. Philadelphia: Williams & Wilkins, 1994:32-47.

100. Members of the Sicilian Gambit. Ventricular Tachycardia. In: **Antiarrhythmic Therapy: A Pathophysiologic Approach**. Chapter 13. Mount Kisco, NY: Futura, 1994:211-227.

101. Duran A, Myerburg RJ. B-Adrenoceptor Blockers as Antiarrhythmic Agents. In: Singh BN, Wellens HJJ, Hiraoka M, eds. **Electropharmacological Control of Cardiac Arrhythmias**. Mount Kisco, Futura, Ch. 17. 1994:237-246.

102. Myerburg RJ, Kessler KM, Castellanos A. Epidemiology of Sudden Cardiac Death: Population Characteristics, Conditioning Risk Factors, and Dynamic Risk Factors. In: Spooner & Brown, eds. **Ion Channels in the Cardiovascular System**. Mount Kisco: Futura, 1994:15-33

103. Myerburg RJ, Kessler KM. Ventricular Fibrillation. In: Kastor JA, ed. **Arrhythmias**. Philadelphia: W. B. Saunders Company, Chapter 17. 1994:395-420.

104. Myerburg RJ, Demirovic J. Sudden Cardiac Death/Ventricular Fibrillation. Epidemiologic Considerations in Cardiac Arrest and Sudden Cardiac Death: Etiology and Prehospital and Posthospital Outcomes. In: Podrid, PJ, Kowey, PR. **Cardiac Arrhythmia: Mechanisms, Diagnosis, and Management**. Chapter 44. Baltimore: Williams & Wilkins, 1995:964-1003

105. Castellanos A, Fernandez P, Interian A, Jr., Myerburg RJ. Pacemaker-Induced Arrhythmias. **Cardiac Arrhythmias: Their Mechanisms, Diagnosis, and Management**. Third Edition. Philadelphia: J.B. Lippincott Co. 1995:1075-1093.

106. Myerburg RJ, Kessler KM, Kimura S, Bassett AL, Cox MM, Castellanos A. In: Zipes DP, Jalife J, eds. **Life-threatening ventricular arrhythmias**: The link between epidemiology and pathophysiology. Cardiac: From cell to bedside. Chapter 16. Philadelphia: W.B. Saunders Company, 1995:723-731

107. Castellanos A, Interian A Jr., Cox MM, Myerburg RJ. Dynamics of AH conduction patterns during incremental atrial stimulation. In: Zipes DP, Jalife J, eds. **Cardiac Electrophysiology: From Cell to Bedside**. Chapter 56. Philadelphia: W.B. Saunders Company, 1995:591-596

108. Castellanos A, Saoudi N, Moleiro F, Myerburg RJ. Parasystole. In: Zipes DP, Jalife J, eds. **Cardiac Electrophysiology. From Cell to Bedside**. Chapter 85. Philadelphia: W.B. Saunders Co., 1995:942-954

109. Simon C, Myerburg RJ. In: McCall D, S.H. Rahimtoola, eds. Ventricular and Sudden Death in Congestive Heart Failure. **Heart Failure**. Chapter 17. New York: Chapman & Hall. 1995:359-371

110. Myerburg RJ, Kessler KM, Castellanos A. In: Dunbar SB, Ellenbogen KA, Epstein AE, eds. **Epidemiology of Sudden Cardiac Death**: Emerging Strategies for Risk Assessment and Control. Chapter 2. Armonk, NY: Futura Publishing Company, Inc. 1997:29-51

111. Myerburg, RJ, Castellanos A. Cardiac Arrest and Sudden Cardiac Death. In: Braunwald E, ed. **Heart Disease: A Textbook of Cardiovascular Medicine. Fifth edition**. Philadelphia: W.B. Saunders Company, 1997:742-779

112. Myerburg RJ, Castellanos A. Cardiovascular Collapse, Cardiac Arrest, and Sudden Cardiac Death. In: Fauci AS, Braunwald E, et al., eds. **Harrison s Principles of Internal Medicine. Fourteenth edition**. New York: McGraw-Hill, 1997:222-227

113. Mitrani RD, Myerburg RJ, Castellanos A. Cardiac Pacemakers. In **Hurst s The Heart, 9th edition**. McGraw Hill. New York, NY, 1997:1023-1055

114. Castellanos A, Kessler KM, Myerburg RJ. The Resting Electrocardiogram. In: Alexander RW, Schlant RC, Fuster E, eds. **The Heart. Ninth edition**. New York: McGraw-Hill, 1998:351-358

115. Myerburg RJ, Kessler KM, Castellanos A. Recognition, Clinical Assessment and Management of Arrhythmias and Conduction Disturbances. In: Alexander RW, Schlant RC, Fuster E, eds. **The Heart. Ninth edition**. New York: McGraw-Hill, 1998:873-941

116. Mitrani RD, Myerburg RJ, Castellanos A. Cardiac Pacemakers. In: Alexander RW, Schlant RC, Fuster E, eds. **The Heart. Ninth edition**. New York: McGraw-Hill, 1998:1023-1055

117. Chakko S, Castellanos A, Kessler KM, Myerburg RJ. Cardiac Arrhythmias and Conduction Disturbances. In Stein JH, ed. **Internal Medicine. Fifth edition**. Missouri: Mosby, Inc., 1998:131-156

118. Myerburg RJ, Mitrani RD, Interian A, Castellanos A. Identification of Risk of Cardiac Arrest and Sudden Cardiac Death in Athletes. In Estes NAM, Salem DN, Wang PJ (eds). **Sudden Cardiac Death in the**

**Athlete**. Armonk, NY: Futura Publishing Co., Inc., 1998:25-55

119. Myerburg RJ, Castellanos A. Cardiovascular collapse, cardiac arrest, and sudden cardiac death. In: Isselbacher KJ, Braunwald E, Wilson JD, Martin JB, Fauci AS, Kasper DL, eds. **Harrison's Principles of Internal Medicine. 14th edition,** Chapter 39. New York, McGraw-Hill, Inc. 1999:222-227

120. Myerburg RJ, Mitrani R, Interian A, Bassett AL, Simmons J and Castellanos A. Life-threatening ventricular arrhythmias: The link between epidemiology and pathophysiology. In: Zipes DP, Jalife J (Eds). **Cardiac Electrophysiology: From Cell to Bedside, (3rd Ed.)**. Philadelphia: W.B. Saunders, Company 2000:521-530.

121. Mitrani RD, Myerburg RJ, Castellanos A. Cardiac Pacemakers. In: Fuster E, ed. **The Heart. 10th edition**, Chapter 31. New York: McGraw-Hill, 2000:1023-1055.

122. Myerburg RJ, Mitrani RM, Interian A, Kloosterman M, Simmons J, Castellanos A. Definitions and epidemiology and sudden cardiac death. In: Aliot E, Clementy J, Prystowsky EN, eds. **Fighting Sudden Cardiac Death: A Worldwide Challenge**. Armonk, NY: Futura Publishing Co., Inc., 2000:3-28.

123. Myerburg RJ, Castellanos A, Huikuri HV. Origins, classification, and significance of ventricular arrhythmias. In: Spooner PM, Rosen MR, eds. **Foundations of Cardiac Arrhythmias**. NewYork: Marcel Dekker, Inc., 2000:547-569.

124. Myerburg RJ, Kloosterman EM, Castellanos A. Recognition, clinical assessment and management of arrhythmias and conduction disturbances. In: Fuster V, Alexander RW, O'Rourke RA et al., eds. **Hurst s The Heart**. New York: McGraw-Hill, 2001:797-873.

125. Myerburg RJ, Castellanos A. Cardiac arrest and sudden cardiac death. In: Braunwald E, ed. **Heart Disease: A Textbook of Cardiovascular Medicine**. Sixth Edition. Philadelphia: W.B. Saunders Company, 2001:890-931.

126. Lowery M, Castellanos A, Myerburg RJ. Sudden Cardiac Death. In: Wilansky S, Willerson JT, eds. **Heart Disease in Women**. Philadelphia: Churchill Livingstone, 2002:607-612.

127. Lopera G, Yamamura K, Castellanos A, Myerburg RJ. The epidemiology and etiologies of sudden cardiac death. In Elizari MV, Chiale PA eds. **Cardiac Arrhythmias. Cellular, molecular and diagnostic fundamentals, and treatment. 2nd edition**. Argentina: Editorial Medica Panamericana, 2003:625-639.

128. Castellanos A, Interian A, Myerburg RJ. The Resting Echocardiogram, Ch. 13. In: Fuster V, Alexander RW, O'Rourke RA et al., eds. **Hurst s The Heart, 11th edition 2-volume, Vol 1, and 1-volume**, Chapter 13. New York: McGraw-Hill, 2004:295-324.

129. Myerburg RJ, Castellanos A. Cardiac arrest and sudden cardiac Death, Ch. 33. In: Zipes D, Libby P, Bonow RO and Braunwald E, eds. **Heart Disease: A Textbook of Cardiovascular Medicine, 7th Edition**. Philadelphia, PA. Elsevier Saunders, 2004:865-908.

130. Sequeira RF, Simmons JD, Myerburg RJ. Sudden Cardiac Death, Ch. 72. In: Fuster V, Topol EJ, and Nabel EG, eds. **Atherothrombosis and Coronary Artery Disease, 2nd edition**, Chapter 72. Philadelphia, PA: Lippincott Williams & Wilkins, 2005:1081-1093.

131. Castellanos A, Interian A, Myerburg RJ. The Resting Echocardiogram, Ch. 2. In: O'Rourke RA, Fuster V, Alexander RW, et al, eds. **The Heart Manual of Cardiology, 11th edition**, Chapter 2. McGraw-Hill Medical Publishing Division. 2005:17-29.

132. Simmons JD, Chakko SC, Myerburg RJ. Arrhythmias and Conduction Disturbances, Ch. 6. In: O'Rourke RA, Fuster V, Alexander RW, et al, eds. **The Heart Manual of Cardiology, 11th edition**, Chapter 6. McGraw-Hill Medical Publishing Division. 2005:77-98.

133. Mitrani RD, Myerburg RJ, Castellanos A. Cardiac Pacemakers, Ch. 9. In: O'Rourke RA, Fuster V, Alexander RW, et al, eds. **The Heart Manual of Cardiology, 11th edition**, Chapter 9. McGraw-Hill Medical Publishing Division. 2005:131-142.

134. Myerburg RJ, Elliott S, Rosenberg DG, Interian Jr A, Castellanos A. New developments in out-of-hospital cardiac defibrillation: evaluation of AED strategies, Chapter 11. In: Wang P, Naccarelli G, Rosen M, Estes III NAM, Hayes DL, and Haines DE, eds. **New Arrhythmia Technologies,** Malden, MA, Blackwell Futura Publishing. 2005:95-108.

135. Myerburg RJ and Wellens HJJ. "Epidemiology of Cardiac Arrest and Sudden Cardiac Death," Chapter 1: In: Priori S and Zipes D, eds. **Sudden Cardiac Death: a Handbook for Clinical Practice,** Oxford, UK. Blackwell Publishing, Ltd. 2006:3-19.

136. Myerburg RJ, Castellanos A: Approach to Cardiac Arrest and Life-Threatening Arrhythmias, Chapter 62: In: **Cecil's Textbook of Medicine, 23rd Edition**. Goldman L and Ausiello DA, eds., Philadelphia, PA, Saunders Elsevier, August, 2008.

137. Myerburg RJ, Castellanos A. Cardiovascular Collapse, Cardiac Arrest, and Sudden Cardiac Death — Chapter 267. In: Fauci AS, Braunwald E, Kasper DL, Hauser SL, Longo DL, Jameson JL, and Loscalzo J, eds. **Harrison's Principles of Internal Medicine. 17th edition**. New York, McGraw-Hill, Inc. 2007 (complete online in March 2008).

138. Myerburg RJ, Castellanos A. Cardiac Arrest and Sudden Cardiac Death - Chapter 36. In: Libby P, Bonow RO, Mann DL, Zipes DP, eds. and (e)dition, Braunwald E (ed). **Braunwald's Heart Disease: A Textbook of Cardiovascular Medicine, 8th edition**. Oxford, UK. Elsevier. October, 2007

139. Myerburg RJ, Castellanos A: Approach to Cardiac Arrest and Life-Threatening Arrhythmias, Chapter 63: In: **Cecil's Textbook of Medicine, 24th Edition**. Goldman L and Schafer AI, eds., Philadelphia, PA, Saunders Elsevier, August, 2012.

140. Myerburg RJ, Castellanos A. Cardiac Arrest and Sudden Cardiac Death - Chapter 41. In: Bonow RO, Mann DL, Zipes DP, Libby P, editors, **Braunwald's Heart Disease: A Textbook of Cardiovascular Medicine, 9th edition**. Oxford, UK. Elsevier. In press.

141. Myerburg RJ, Castellanos A. Sudden cardiac death in adults. Chapter 93 In: Zipes DP, Jalife J (Eds). **Cardiac Electrophysiology: From Cell to Bedside, (6th Ed.).** Philadelphia: Saunders Elsevier 2014:981991-530.

142. Myerburg RJ, Castellanos A: Approach to Cardiac Arrest and Life-Threatening Arrhythmias, Chapter 63: In: **Cecil's Textbook of Medicine, 25th Edition**. Goldman L and Schafer AI, eds., Philadelphia, PA, Saunders Elsevier, 2015

143. Myerburg RJ, Castellanos A. Cardiac Arrest and Sudden Cardiac Death - Chapter 39. In: Mann DL, Zipes DP, Libby P, Bonow RO, editors, **Braunwald's Heart Disease: A Textbook of Cardiovascular Medicine, 10h edition**. Oxford, UK. Elsevier. 2015; pages 821-860.

144. Myerburg RJ, Castellanos A. Cardiovascular Collapse, Cardiac Arrest, and Sudden Cardiac Death — Chapter 327. In: Kasper DL, Fauci AS, Hauser SL, Longo DL, Jameson JL, and Loscalzo J, eds. **Harrison's Principles of Internal Medicine. 19th edition**. New York, McGraw-Hill, Inc. 2015, pages 1764-1771.

145. Myerburg RJ, Goldberger JJ: Sudden cardiac death in adults. Chapter 99 In: Zipes DP, Stevenson W, Jalife
J (Eds). **Cardiac Electrophysiology: From Cell to Bedside**, (7th Ed.). Elsevier, In press.

146. Mitrani RM, Myerburg RJ: Ventricular Tachycardia and Fibrillation in Patients with Structural Heart Disease. In: **Cardiac Arrhythmias, Pacing and Sudden Death** (Peter Kowey, Jonathan C. Piccini, Gerald Naccarelli, James A. Reiffel, Editors). Springer, In press.

**19. Juried or refereed journal articles:**

1. **Myerburg RJ.** Levels of properdin in patients with carcinoma. Am J Clin Path 1959;31:415-418.

2. **Myerburg RJ**, Goodman JS, Marriott HJL. Atypical forms of the Wenckebach phenomenon. Am J Cardiol 1963;11:418-423.

3. Goodman JS, **Myerburg RJ**. A-V dissociation with triple ventricular capture beats and varying pathways of conduction. Dis Chest 1963;44:213-215.

4. **Myerburg RJ**, Jablon JM, Mazzarella JA, Saslaw MS. Evaluation of fluorescent antibody and conventional techniques for identifying group-A, beta-hemolytic streptococci. Pub Health Rep 1964;79:510-515.

5. **Schubart AF**, Hornick RB, Ewald RW, Schroeder WC, Myerburg RJ, Goodman JS, Woodward TE. Changes of serum complement and properdin in experimental typhoid fever: A longitudinal study of the disease, including the incubation period and the phase of recovery following treatment with chloramphenical. J Immunol 1964;93:387-396.

6. **Myerburg RJ**, Davis JH. The medical ecology of public safety. I. Sudden death due to coronary heart disease. Am Heart J 1964;68:586-595.

7. **Myerburg RJ**, Hernandez FA. Functional capacity of patients with rheumatic heart disease. Dis Chest 1964;46:548-552.

8. Saslaw MS, Vieta A, **Myerburg RJ**. The cost of rheumatic fever and of its prevention. Am J Pub Health 1965;55:429-434.

9. Hurst JW, **Myerburg RJ**. Cardiac arrhythmias: Evolving concepts. Part I and Part II. Mod Conc

Cardiovasc Dis 1968;37:73-78 and 79-84.

10. **Myerburg RJ**, Stewart JW, Ross SM, Hoffman BF. On-line measurement of duration of cardiac action potentials and refractory periods. J Appl Physiol 1970;28:92-93.

11. **Myerburg RJ**, Stewart JW, Hoffman BF. Electrophysiological properties of the canine peripheral A-V conducting system. Circ Res 1970;26:361-378.

12. **Myerburg RJ**, Stewart JW, Vitikainen KJ, Hoffman BF. Perfusion of the sinus node artery. J Appl Physiol 1970;29:115-118.

13. Gelband H, **Myerburg RJ**, Ross SM Hoffman BF. Digital monitoring of cardiac transmembrane potential characteristics. J Appl Physiol 1970;29:894-895.

14. **Myerburg RJ**, Gelband H, Hoffman BF. Functional characteristics of the gating mechanism in the canine A-V conducting system. Cir Res 1971;28:136-147.

15. **Myerburg RJ**. Diagnostic and therapeutic aspects of stable angina pectoris. Med Clin N Am 1971;55:421-422.

16. Castellanos A, Castillo C, **Myerburg RJ**. Bipolar coronary sinus lead for left atrial and left ventricular recording. Am Heart J 1971;81:832-836.

17. **Myerburg RJ**. The gating mechanism in the distal atrioventricular conducting system. Circulation 1971;43:955-960.

18. Castillo C, Castellanos A, Agha AS, **Myerburg RJ**. Significance of His bundle recordings with short H-V intervals. Chest 1971;60:142-150.

19. **Myerburg RJ**, Nilsson K, Zoble RG. The relationship of surface electrogram recordings to activity in the underlying specialized conducting tissue. Circulation 1972;45:420-432.

20. **Myerburg RJ**, Nilsson K, Gelband H. The physiology of canine intraventricular conduction and endocardial excitation. Circ Res 1972;30:217-243.

21. Gelband H, Bush HL, Rosen MR, **Myerburg RJ**, Hoffman BF. Electrophysiologic properties of isolated preparations of human atrial myocardium. Circ Res 1972;30:290-300.

22. Castellanos A, O'Brien H, Castillo CA, **Myerburg RJ**, Befeler B. Contribution of His bundle recordings to analysis of abnormal beats with right bundle branch block - superior axis pattern. Br Heart J 1972;34:795-799.

23. Agha AS, Castillo CA, Castellanos A, **Myerburg RJ**, Tessler MP. Supernormal conduction in the human atria. Circulation 1972;46:522-527.

24. Castellanos A, Agha AS, Portillo B, **Myerburg RJ**. Usefulness of vectorcardiography combined with His bundle recordings and cardiac pacing in evaluation of the pre-excitation (Wolff-Parkinson-White) syndrome. Am J Cardiol 1972;30:623-628.

25. Castellanos A, Castillo CA, Cunha D, **Myerburg RJ**. Value of His bundle recordings in the evaluation of the pre-excitation (Wolff-Parkinson-White) syndrome. Proc Koninki Nederl Akad v. Wetenschappen (Proc Dutch Roy Acad Sci) 1972 Series C;75:402-421.

26. Befeler B, Gomez J, Agha A, Castellanos A, **Myerburg RJ**. Changes in the pattern of old inferior wall myocardial infarction produced by acute left bundle branch block and hemiblock. Chest 1973;63:18-22.

27. **Myerburg RJ**, Gelband H, Hoffman BF. Confinement of premature impulses in functional compartments of the A-V conducting system. Cardiovasc Res 1973;7:69-81.

28. Agha AS, Castellanos A, Wells D, Ross MD, Befeler B, **Myerburg RJ**. Type I, Type II, and Type III gaps in bundle branch conduction. Circulation 1973;47:325-330.

29. Wells DE, Befeler B, Winkler JB, **Myerburg RJ**, Castellanos A, Castillo CA. A simplified method for left heart catheterization including coronary arteriography. Chest 1973;63:959-962.

30. **Myerburg RJ**, Nilsson K, Befeler B, Castellanos A, Gelband H. Transverse spread and longitudinal dissociation in the distal A-V conducting system. J Clin Invest 1973;52:885-895.

31. Castellanos A, Castillo CA, Agha AS, Befeler B, **Myerburg RJ**. Functional properties of accessory A-V pathways during premature atrial stimulation. Br Heart J 1973;35:578-584.

32. Castillo CA, Castellanos A, Befeler B, **Myerburg RJ**, Agha AS, Vagueiro M. Arrival of excitation at right ventricular apical endocardium in Wolff-Parkinson-White syndrome Type A, with and without right bundle branch block. Br Heart J 1973;35:594-600.

33. Befeler B, Ross MD, Wells DE, Castellanos A, **Myerburg RJ**. Angina pectoris induced by dumping syndrome in idiopathic hypertrophic subaortic stenosis. Am J Med Sci 1973;266:67-73.

34. Castellanos A, **Myerburg RJ**, Crapara K, Befeler B, Agha AS. Factors regulating ventricular rates during atrial flutter and fibrillation in pre-excitation (Wolff-Parkinson-White syndrome). Br Heart J 1973;35:811-816.

35. Befeler B, Castellanos A, Castillo CA, Agha AS, Vagueiro MC, **Myerburg RJ**. Arrival of excitation at the right ventricular apical endocardium in Wolff-Parkinson-White syndrome, Type B. Circulation 1973;48:655-660.

36. Castellanos A, Befeler B, **Myerburg RJ**, Castillo CA, Agha AS, Vagueiro MC. Functional properties of the ventricular muscle and distal conducting system during right ventricular stimulation with special reference to the RBBB pattern in V1 "supernormal intraventricular conduction" and physiological "gate". European J Cardiol 1973;1:41-48.

37. Castellanos A, Ghafour AS, Pastis N, **Myerburg RJ**, Berkovits BV. The electrocardiogram and vectorcardiogram of ectopic ventricular beats. Acta Cardiologia 1973;28:562-575.

38. **Myerburg RJ**, Lazzara R. Electrophysiological basis of cardiac arrhythmias and conduction disturbances. Cardiovascular Clin 1973;5:1-19.

39. Gottlieb S, Khuddas SA, Bolooki H, Domingues AE, **Myerburg RJ**. Echocardiographic diagnosis of aortic

valve vegetations in Candida endocarditis. Circulation 1974;50-826-830.

40. Castellanos A, Befeler B, **Myerburg RJ**. Pseudo A-V block produced by concealed extrasystoles arising below the bifurcation of the His bundle. Br Heart J 1974;36:457-461.

41. Castellanos A, Sung RJ, Cunha D, **Myerburg RJ**. His bundle recordings in paroxysmal atrioventricular block produced by carotid sinus massage. Br Heart J 1974;36:487-491.

42. Castellanos A, Portillo B, Vinsant M, Lemberg L, **Myerburg RJ**. Difficulties in the diagnosis of "pure" left posterior hemiblock (without right bundle branch block) in acute myocardial infarction. Heart & Lung 1974;3:626-633.

43. Sung RJ, Ghahramani A, Mallon SM, Richter S, Sommer LS, Gottlieb S, **Myerburg RJ**. Hemodynamic features of prolapsing and non-prolapsing left atrial left atrial myxoma. Circulation 1975;54:341-349.

44. Castellanos A, Azan L, Bierfeld J, **Myerburg RJ**. Digitalis-induced accelerated idioventricular rhythms: Revisited. Heart & Lung 197;4:104-110.

45. Castellanos A, Vagueiro MC, Befeler B, **Myerburg RJ**. Syndrome of short P-R, narrow QRS, and repetitive supraventricular tachyarrhythmias: The possible occurrence of the R-on-T phenomenon and the limits of this syndrome. Eur J Cardiol 1975;2:337-342.

46. Castellanos A, Agha AS, Befeler B, **Myerburg RJ**. Measurement of conduction times with catheter electrodes during pacing from different ventricular sites. Br Heart J 1975;37:242-248.

47. Castellanos A, Khuddus SA, Sommer LS, Sung RJ, **Myerburg RJ**. His bundle recordings in bradycardia-dependent A-V block induced by premature beats. Br Heart J 1975;37:570-575.

48. Gottlieb S, Sheps DS, **Myerburg RJ**. Miale A. Application of diagnostic ultrasound and radionuclides to cardiovascular diagnosis. Part I. Acquired Cardiovascular Disease in the Adult Seminars in Nuclear Medicine 1975;5(4):353-386.

49. Befeler B, Wells DS, Machado H, Thurer RJ, Castellanos A, **Myerburg RJ**. Intra-coronary steal syndrome resulting from aorto-coronary bypass surgery. Am Heart J 1975;89:633-637.

50. Castellanos A, Agha AS, Befeler B, **Myerburg RJ**. Double accessory pathways in Wolff-Parkinson-White syndrome. Circulation 1975;51:1020-1025.

51. Castellanos A, **Myerburg RJ**. Repetitive supraventricular tachycardias in context. Am Heart J 1975;90:131-133.

52. Castellanos A, Sung RJ, Mayorga-Cortes A, Myerburg RJ. Double ectopic accelerated ventricular and non-accelerated ventricular or supraventricular rhythms. Eur J Cardiol 1975;3:153-156.

53. Gelband H, Myerburg RJ, Hoffman BF, Bassett AL. Acetylcholine induced reversal of canine and feline atrial myocardial depression during stretch, cardiac failure, and drug toxicity. Circ Res 1975;37:542-549.

54. Clark DS, Myerburg RJ, Morales AR, Befeler B, Hernandez FA, Gelband H. Heart block in Kearns-Sayre syndrome: Electrophysiologic-pathologic correlation. Chest 1975;68:727-730.

55. Myerburg RJ, Ghahramani A, Mallon SM, Castellanos A, Kaiser GA. Coronary revascularization in patients surviving unexpected ventricular fibrillation. Circulation 1975;51 & 52(Suppl III):219-220.

56. Castellanos A, Beltran-Baguena M, Befeler B, Agha AS, Myerburg RJ. Valor de los registros intracavitarios en la evaluacion de los complejos QRS positivos en V1 provocados por la estimulacion del ventriculo derecho. Arch Inst Card Mexico 1975;45:655-667.

57. Castellanos A, Sung RJ, Myerburg RJ. Intraventricular dissociation due to complete intraventricular block. Chest 1975;68:833-834.

58. Kaiser GA, Ghahramani A, Bolooki H, Vargas A, Thurer RJ, Williams WH, Myerburg RJ. Role of coronary artery surgery in patients surviving unexpected cardiac arrest. Surgery 1975;68:749-754.

59. Sung RJ, Tamer DM, Agha AS, Castellanos A, Myerburg RJ, Gelband H. Etiology of the electrocardiographic pattern of "incomplete right bundle branch block" in atrial septal defect: An electrophysiologic study. J of Pediatrics 1975;87 (Part 2):1182-1186.

60. Castellanos A, Levy S, Befeler B, Myerburg RJ. Mechanisms determining the ventricular rate in Wolff-Parkinson-White arrhythmias: Recent advances in ventricular conduction. Adv. Cardiol. Vol 14. 1975:221-232

61. Sung R, Mallon S, Richter S, Ghahramani A, Sommer L, Kaiser G, Myerburg RJ. Left Main Coronary Artery Obstruction: Follow-up of 30 patients without surgery. Suppl. to Circulation. Vol 51/52. 1975:112-118

62. Sung RJ, Castellanos A, Gelband H, Myerburg RJ. Mechanisms of reciprocating tachycardia initiated during sinus rhythm in concealed Wolff-Parkinson-White syndrome. Circulation 1976;54:338-344.

63. Aranda J, Befeler B, Castellanos A, Myerburg RJ. His bundle recordings in the clinical evaluation of patients with conduction disturbances. FL Med. Assoc. Jrn. 1976(63):695-701

64. Sung RJ, Gelband H, Myerburg RJ, Castellanos A, Tamer DR. The R-on-T phenomenon during supraventricular tachycardia in childhood. J Electrocardiography 1976;9:171-174.

65. El-Sherif N, Myerburg RJ, Scherlag BJ, Befeler B, Aranda JM, Castellanos A, Lazzara R. Electrocardiographic antecedents of primary ventricular fibrillation. Value of the R-on-T phenomenon in myocardial infarction. Br Heart J 1976;38:415-422.

66. Petsas AA, Gottlieb S, Kingsley B, Segal BL, Myerburg RJ. Echocardiographic diagnosis of left atrial myxoma: Usefulness of suprasternal approach. Br Heart J 1976;38:627-632.

67. Agha AS, Befeler B, Castellanos AM, Sung RJ, Castillo CA, Myerburg RJ, Castellanos A. Bipolar catheter electrograms for study of retrograde atrial activation pattern in patients without pre-excitation syndromes. Br Heart J 1976;38:641-645.

68. Castellanos A, Sung RJ, Mallon SM, Ghahramani A, Moleiro F, Myerburg RJ. His bundle electrocardiography in manifest and concealed right bundle branch extrasystoles. Am Heart J 1976;94:307-315.

69. Bassett AL, Fenoglio JJ, Wit AL, Myerburg RJ, Gelband H. Electrophysiologic and ultrastructural characteristics of the canine tricuspid valve. Am J Physiol 1976;230-1366-1373.

70. Castellanos A, Mayorga-Cortes A, Sung RJ, Myerburg RJ. Intermittent pseudo complete A-V block due to A-V dissociation in presence of 2:1 A-V block. Heart & Lung 1976;5:462-464.

71. Sung RJ, Tamer DM, Garcia OL, Castellanos A, Myerburg RJ, Gelband H. Analysis of surgically-induced right bundle branch block pattern using intracardiac recording techniques. Circulation 1976;54:442-446.

72. Castellanos A, Sung RJ, Ghahramani A, Myerburg RJ. The retrograde His bundle deflections: Its recognition and value in the analysis of tachyarrhythmias induced by stimulation of the T wave. European J Cardiol 1976;4:295-302.

73. Castellanos A, Sung RJ, Castillo CA, Agha AS, Befeler B, Myerburg RJ. His bundle recordings in diagnosis of impulse formation in Kent and Mahaim tracts. Br Heart J 1976;38:1173-1178.

74. Sung RJ, Mallon SM, Castellanos A, Myerburg RJ. Propagated responses produced by pacemaker stimuli falling within the QRS complex. Eur J Cardiol 1976;4:439-445.

75. Castellanos A, Sung RJ, Befeler B, Mayorga-Cortes A, Conde C, Mallon SM, Myerburg RJ. Intermittent A-V conduction disturbances in patients with A-V nodal bypass tracts: Possible mechanisms of an unusual variant of tachycardia-bradycardia syndrome. Br Heart J 1977;39:38-43.

76. Sung RJ, Bassett AL, Thurer RJ, Vargas A, Williams W, Kaiser GA, Gelband H, Myerburg RJ. Effects of coronary bypass surgery on the electrical activity of revascularized myocardium: Immediate and early postoperative observations. J Thor & Cardivasc Surg 1977;73:269-277.

77. Myerburg RJ, Sung RJ, Gerstenblith G, Mallon SM, Castellanos A. Ventricular ectopic activity following premature atrial beats in acute myocardial infarction. Brit Heart J 1977;39:1033-1037.

78. Myerburg RJ, Gelband H, Nilsson K, Sung RJ, Thurer RJ, Morales AR, Bassett AL. Long-term electrophysiologic abnormalities resulting from experimental myocardial infarction in cats. Circ Res 1977;41:73-84.

79. Castellanos A, Sung RJ, Mendoza IJ, Mallon SM, Myerburg RJ. Pseudo bundle branch block produced by premature impulses arising in the bundle branches. Am J Cardiol 1977;40:641-646.

80. Sung RJ, Gelband H, Castellanos A, Aranda JM, Myerburg RJ. Clinical and electrophysiological observations in patients with concealed accessory A-V bypass tracts. Am J Cardiol 1977;40:839-847.

81. Myerburg RJ, Briese FR, Conde CA, Mallon SM, Liberthson RB, Castellanos A. Long-term antiarrhythmic therapy in survivors of prehospital cardiac arrest: Initial 18 months' experience. J. A. M. A. 1977;238:2621-2624.

82. Gelband H, Rosen MR, Myerburg RJ, Bush HL, Bassett AL, Hoffman BF. Restorative effect of epinephrine on the electrophysiologic properties of depressed human atrial tissue. J Electrocardiol 1977;10:313-321.

83. Castellanos A, Sung RJ, Aldrich JL, Mendoza IJ, Myerburg RJ. Alternating Wenckebach periods occurring in the atria, His-Purkinje system, ventricles and Kent bundle. Am J Cardiol 1977;40:853-859.

84. Sung RJ, Castellanos A, Mallon SM, Gelband H, Mendoza IJ, Myerburg RJ. Mode of initiation of reciprocating tachycardia during programmed ventricular stimulation in the Wolff-Parkinson-White syndrome. Am J Cardiol 1977;40:24-31.

85. Sung RJ, Castellanos A, Mallon SM, Bloom MG, Gelband H, Myerburg RJ. Mechanisms of spontaneous alternation between reciprocating tachycardia and atrial flutter-fibrillation in the Wolff-Parkinson-White syndrome. Circulation 1977;56:409-415.

86. Sheps DS, Ernst JC, Briese FR, Lopez LV, Conde CA, Castellanos A, Myerburg RJ. Decreased frequency of exercise-induced ventricular ectopic activity in the second of two consecutive treadmill tests. Circulation 1977;55:892-895.

87. Sheps DS, Conde CA, Mayorga-Cortes A, Mallon SM, Sung RJ, Castellanos A, Myerburg RJ. Primary ventricular fibrillation. Chest 1977;72:235-238.

88. Castellanos A, Sung RJ, Richter S, Myerburg RJ. XYZ electrocardiography: Correlation with conventional 12-lead electrocardiogram. Cardiovasc Clinics 1977;8/3:285-299.

89. Castellanos A, Portillo B, Lemberg L, Myerburg RJ. Diagnostic de l'hemibloc posterieur gauche a la phase aigue de l'infarctus du myocarde. Coeur et Med Int 1977;16:493-502.

90. Myerburg RJ, Gelband H, Nilsson K, Castellanos A, Morales AR, Bassett AL. The role of superficial ventricular muscle fibers in endocardial impulse distribution. Circ Res 1978;42:27-35.

91. Castellanos A, Sung RJ, Mallon SM, Bloom MG, Myerburg RJ. Effects of proximal intra-atrial Wenckebach on distal atrioventricular nodal and His-Purkinje block: With special reference to the theory of alternating Wenckebach periods. Am Heart J 1978;95-228-234.

92. Castellanos A, Sung RJ, Aldrich JL, Maxwell M, Myerburg RJ. Electrocardiographic manifestations and clinical significance of atrioventricular nodal alternating Wenckebach periods. Chest 1978;73:69-74.

93. Myerburg RJ, Besozzi MC. Decisions in the treatment of ventricular ectopic activity. J.A.M.A. 1978;240:476-479.

94. Sung RJ, Castellanos A, Thurer RJ, Myerburg RJ. Partial pacemaker recycling of implanted QRS-inhibited pulse generators. PACE 1978;1:189-195.

95. Mendoza IJ, Sung RJ, Mallon SM, Castellanos A, Myerburg RJ. Multiple intracardiac recordings in evaluation of patterns occurring during attempted His bundle pacing in man. Am J Cardiol 1978;41:1068-1074.

96. Castellanos A, Moleiro F, Sung RJ, Myerburg RJ. Second degree His-Purkinje block during His bundle pacing. Am J Cardiol 1978;41:1110-1114.

97. Myerburg RJ. Sudden death. The Journal of Continuing Education in Cardiology 1978;13:15-29.

98. Sung RJ, Styperek JL, Myerburg RJ, Castellanos A. Initiation of two distinct forms of atrioventricular nodal reentrant tachycardia during programmed ventricular stimulation in man. Am J Cardiol 1978;42:404-415.

99. Sung RJ, Myerburg RJ, Castellanos A. Electrophysiologic demonstration of concealed conduction in the human atrium. Circulation 1978;58:940-946.

100. Castellanos A, Sung RJ, Berkovits BV, Alatriste VM, Myerburg RJ. His bundle recordings in atrioventricular nodal alternating Wenckebach periods ending in 5:1 atrioventricular block coexisting with paroxysmal atrioventricular nodal block. Chest 1978;74:274-279.

101. Rozanski JJ, Castellanos A, Sung RJ, Myerburg RJ. Disopyramide and quinidine. New Eng J Med (Letter) 1978:299:493.

102. Myerburg RJ, Sheps DS. Evaluation and management of the asymptomatic patient with ECG evidence of myocardial ischemia. Prac Cardiol 1978;4:113-123.

103. Castellanos A, Bloom MG, Sung RJ, Rozanski JJ, Myerburg RJ. Mode of operation induced by rapid external chest wall stimulation in patients with normally functioning QRS-inhibited (VVI) pacemakers. PACE 1979;2:2-10.

104. Myerburg RJ, Conde CA, Sheps DS, Appel RA, Kiem I, Sung RJ, Castellanos A. Antiarrhythmic drug therapy in survivors of prehospital cardiac arrest: Comparison of effects on chronic ventricular arrhythmias and on recurrent cardiac arrest. Circulation 1979;59:855-863.

105. Mayorga-Cortes A, Rozanski JJ, Sung RJ, Castellanos A, Myerburg RJ. Right ventricular apical activation times in patients with conduction disturbances occurring during acute transmural myocardial infarction. Am J Cardiol 1979;43:913-919.

106. Castellanos A, Sung RJ, Myerburg RJ. His bundle electrocardiography in digitalis-induced "atrioventricular junctional" Wenckebach periods with irregular H-H intervals. Am J Cardiol 1979;43:653-656.

107. Sheps DS, Ernst JC, Briese FW, Myerburg RJ. Exercise-induced increase in diastolic pressure: Indicator of severe coronary artery disease. Am J Cardiol 1979;43:708-712.

108. Myerburg RJ, Sung RJ, Castellanos A. Ventricular tachycardia and ventricular fibrillation in patients with short P-R intervals and narrow QRS complexes. PACE 1979;2:568-578.

109. Myerburg RJ, Castellanos A. The diagnosis and management of patients with prolonged Q-T intervals. "Weekly Update" - Cardiology 1979;1:2-7.

110. Castellanos A, Myerburg RJ. Diagnosis and management of conduction disturbances in patients with acute myocardial infarction. Weekly Update"-Cardiology 1979;15:2-8.

111. Myerburg RJ. Observations and trends in survival from prehospital cardiac arrest. Proc Conf Decline in Coronary Heart Disease Mortality. National Institutes of Health publication No. 79-1610, 1979:153-158.

112. Myerburg RJ. Mimics of sinus arrhythmias. Miami Medicine 1979;49:20-21.

113. Sheps DS, Conde CA, Cameron B, Lo WC, Appel RA, Castellanos A, Harkness DR, Myerburg RJ. Resting

peripheral blood lactate elevation in survivors of prehospital cardiac arrest: Correlation with hemodynamic, electrophysiologic and oxyhemoglobin dissociation indices. Am J Cardiol 1979;44:1276-1282.

114. Sanders R, Myerburg RJ, Gelband H, Bassett AL. Dissimilar length-tension relations of canine ventricular muscle and false tendon: Electrophysiologic alterations accompanying deformation. J Mol & Cell Cardiol 1979;11:209-219.

115. Myerburg RJ, Conde CA, Sung RJ, Mayorga-Cortes A, Mallon SM, Sheps DS, Appel RA, Castellanos A. Clinical, electrophysiologic, and hemodynamic profile of patients resuscitated from prehospital cardiac arrest. Am J Med 1980;68:568-576.

116. Rozanski JJ, Castellanos A, Myerburg RJ. Ventricular ectopy and sudden death. Cardiovasc Clinics 1980;11:127-142.

117. Myerburg RJ. Electrocardiographic analysis of cardiac arrhythmias. Hospital Practice 1980;15:51-60

118. Jacobs LJ, Pefkaros K, Besozzi MC, Bolooki H, Myerburg RJ. Echo identification of flail hemograft leaflet in mitral position. J Cardiovasc Med 1980;5:603-605.

119. Castellanos A, Pefkaros K, Myerburg RJ. Artificial intermittent ventricular parasystole with phase 4 protection. Chest 1980;78:84-86.

120. Kessler KM, Myerburg RJ. Ventricular ectopy in patients on long-term antiarrhythmic therapy. Primary Cardiology 1980;6:72-80.

121. Rozanski JJ, Castellanos A, Vargas A, Miki-Yoshida R, Kushman B, Myerburg RJ. Ventricular resection for recurrent ventricular tachycardias. N Eng J Med (Letter) 1980;303:339.

122. Guse PA, Gaide MS, Myerburg RJ, Epstein K, Gelband H, Bassett AL. Electrophysiological effects of alprenolol on depressed canine myocardium. Cardiovasc Res 1980;14:654-660.

123. Ezrin AM, Epstein K, Bassett AL, Myerburg RJ, Gelband H. Effects of procainamide on cellular electrophysiology of neonatal and adult dog myocardium. Rev Pharmacol Ther 1980;1:352-363.

124. Castellanos A, Alatriste VM, Sung RJ, Myerburg RJ. Efectos de los periodos de Wenckebach intraauricular sobre el bloqueo A-V 2:1 y 4:1 nodal e infra-nodal. Arch Inst Cardiol Mex 1980;50:179-185.

125. Rozanski JJ, Castellanos A, Sheps D, Pozen R, Myerburg RJ. Paroxysmal second degree atrioventricular block induced by exercise. Heart & Lung 1980;9:887-890.

126. Castellanos A, Alatriste VM, Sung RJ, Sheps DS, Myerburg RJ. A search for modulation in intermittent ventricular parasystole. PACE 1980;3:73-83.

127. Nadji M, Morales AR, Gelband H, Bassett AL, Myerburg RJ. The healing stages of myocardial infarction in cat. Archiv Int Physiol Biochem 1981;89:417-425,

128. Waxman HL, Myerburg RJ, Appel R, Sung RJ. Verapamil for control of ventricular rate in paroxysmal supraventricular tachycardia and atrial fibrillation or flutter: A double blind randomized cross-over study. Ann Int Med 1981;94:1-6.

129. Rozanski JJ, Mortara D, Castellanos A, Myerburg RJ. Body surface detection of delayed depolarizations in patients with recurrent ventricular tachycardia and left ventricular aneurysm. Circulation 1981;63:1172-1178.

130. Myerburg RJ, Kessler KM, Kiem I, Pefkaros KC, Conde CA, Cooper D, Castellanos A. The relationship between plasma levels of procainamide, suppression of premature ventricular contractions, and prevention of recurrent ventricular tachycardia. Circulation 1981;64:280-290.

131. Castellanos A, Ramirez AV, Mayorga-Cortes A, Pefkaros K, Rozanski JJ, Sprung C, Myerburg RJ. Left fascicular blocks during right heart catheterization using the Swan-Ganz catheter. Circulation 1981:64:1271-1276.

132. Mehta A, Kessler KM, Tamer D, Pefkaros K, Kessler RM, Myerburg RJ. Two-dimensional echocardiographic observations in a case of major detachment of a prosthetic aortic valve. Am Heart J 1981;101:231-233.

133. Moleiro F, Mendoza IJ, Medina-Ravell V, Castellanos a, Myerburg RJ. One-to-one A-V conduction during atrial pacing at rate of 300/minute in absence of Wolff-Parkinson-White syndrome. Am J Cardiol 1981;48:789-796.

134. Pozen RG, DiBianco R, Katz RJ, Bortz R, Myerburg RJ, Fletcher RD. Myocardial metabolic and hemodynamic effects of Dobutamine in heart failure complicating coronary artery disease. Circulation 1981;63:1279-1285.

135. Rozanski JJ, Zaman L, Luceri R, Pastoriza J, Kleinfeld M, Castellanos A, Myerburg RJ. The mechanism of flutter electrical alternans. PACE 1981;4:193-198.

136. Castellanos A, Garcia HG, Rozanski JJ, Zaman L, Pefkaros K, Myerburg RJ. Atropine-induced multilevel block in acute inferior myocardial infarction. PACE 1981;4:528-537,

137. Myerburg RJ. Studies in survivors of prehospital cardiac arrest. AHA Council on Clinical Cardiology 1981;6:1-12.

138. Kessler K, Mallon SM, Bolooki H, Myerburg RJ. Pedunculated right ventricular thrombus in a patient with repeated blunt chest trauma. Am Heart J 1981;102:1064-1066.

139. Myerburg RJ, Sudden death:1: Risk factors and epidemiology, pathology, and pathophysiology. Circulation 1981;64:1070-1074.

140. Myerburg RJ. Sudden death: 2: Clinical interventions, survival, neurophysiologic and psychophysiologic factors and miscellaneous. Circulation 1981;64:1291-1296

141. Lewis, ME, Sung RJ, Alter BR, Myerburg. Pacemaker-induced hypotension. Chest 1981;79:354-356.

142. Zaman L, Castellanos A, Myerburg RJ. Parasystole arising in the accessory pathway. Chest 1981;80:743-744.

143. Wong SS, Myerburg RJ, Ezrin AM, Gelband H, Bassett AL. Electrophysiologic cffccts of encainide on

acute ischemia rabbit myocardial cells. European J of Pharmacol 1982; 80:323-329.

144. Wong SS, Myerburg RJ, Cameron JS, Epstein K, Ezrin AM, Kozlovskis P, Bassett AL. Electrophysiologic effects of verapamil on cells bordering healed myocardial infarction in the cat. Proc of the Society for Exper Bio and Med 1982;171:289-293.

145. Wong SS, Myerburg RJ, Ezrin AM, Fitterman WS, Bassett AL. Diltiazem and contraction in cat ventricular muscle during experimentally induced right ventricular systolic hypertension, Archives Int de Pharmacodynamic et de Therapie 1982;256:76-84.

146. Myerburg RJ, Epstein K, Gaide MS, Wong SS, Castellanos A, Gelband H, Bassett AL. Electrophysiologic consequences of experimental acute ischemia superimposed upon healed myocardial infarction in cats. Am J Cardiol 1982;49:323-330.

147. Myerburg RJ, Bassett AL, Epstein K, Gaide MS, Kozlovskis P, Wong SS, Castellanos A, Gelband H. Electrophysiologic effects of procainamide in acute and healed experimental ischemic injury of cat myocardium. Circ Res 1982;50:386-393.

148. Myerburg RJ, Epstein K, Gaide MS, Wong SS, Castellanos A, Gelband H, Bassett AL. Cellular electrophysiology in acute and healed experimental myocardial infarction. Annals of the New York Academy of Sciences 1982;382:90-115.

149. Myerburg RJ, Kessler KM, Zaman L, Conde CA, Castellanos A. Survivors of prehospital cardiac arrest. J A M A 1982;247:1485-1490.

150. Myerburg RJ, Zaman L, Kessler KM, Castellanos A. Evolving concepts of the management of stable and potentially lethal arrhythmias. Am Heart J 1982;103:615-623.

151. Kessler KM, Kieval J, Saksena S, Sanderson TL, Myerburg RJ. Echographic features of posterior left ventricular wall pseudo aneurysm due to Escherichia coli endocarditis. Am Heart J 1982;103:139-142.

152. Kessler KM, Ho-Tung P, Steele B, Silver J, Narayanan S, Myerburg RJ. Single-run quantitation of quinidine, procainamide, and N-acetyl procainamide utilizing gas-liquid chromotography with a nitrogen-phosphorus selective detector. Clinical Chemistry 1982;25:1187-1190.

153. Kessler KM, Pefkaros K, Sequeira R, Myerburg RJ. Quantitation and significance of horizontal cardiac motion in M-mode and two-dimensional echocardiography. Am J Cardiol 1982;50:520-534.

154. Kieval J, Kirsten E, Kessler KM, Mallon S, Myerburg RJ. The effects of intravenous verapamil on hemodynamic status of patients receiving propranolol. Circulation 1982;65:653-659.

155. Garcia OL, Castellanos A, Vagueiro MC, Myerburg RJ, Gelband H. Arrival of excitation at the left ventricular apical endocardium in Wolff-Parkinson-White syndrome, Type B. J Electrocardiol 1982;15:165-172.

156. Wong SS, Myerburg RJ, Ezrin AM, Gaide MS, Bassett AL. Effects of diltiazem on the electrophysiologic properties of cat ventricular muscle fibers during experimentally induced right ventricular systolic hypertension. J Cardiol Pharm 1982;4:986-993.

157. Castellanos A, Zaman L, Myerburg RJ. "Invisible" pseudo-pseudofusion beats. PACE 1982;5:260-263.

158. Kessler KM, Myerburg RJ. Ventricular ectopy in patients on long-term antiarrhythmic therapy. Physicians Assistant and Health Practitioner 1982;71-77.

159. Elencwajg B, Zaman L, Rozanski JJ, Myerburg RJ, Castellanos A. Transverse dissociation of the human His bundle. PACE 1982;5:323-328.

160. Castellanos A, Castillo CA, Medina-Ravell V, Moleiro F, Berkovits BV, Myerburg RJ. Electronic pacemaker models of parasystole: With special reference to artificial intermittent parasystole with phase 3 and phase 4 protection and to parasystolic modulation. PACE 1982;5:537-545.

161. Wong SS, Bassett AL, Cameron JS, Epstein K, Kozlovskis P, Myerburg RJ. Dissimilarities in the electrophysiological abnormalities of lateral border and central infarct zone cells after healing of myocardial infarction in cats. Circ Res 1982;51:486-493.

162. Castellanos A, Ferreiro J, Pefkaros K, Rozanski JJ, Moleiro F, Myerburg RJ. Effects of lignocaine on bidirectional tachycardia and on digitalis-induced atrial tachycardia with block. Br Heart J 1982;48:27-32.

163. Castellanos A, Zaman L, Moleiro F, Aranda JM, Myerburg RJ. The Lown-Ganong-Levine syndrome. PACE 1982;5:715-740.

164. Kieval J, Myerburg RJ. The hemodynamic effects of calcium channel blocking agents: A brief review. Angiography 1982;33:516-521.

165. Kessler KM, Anzola E, Sequeira R, Serafini AN, Myerburg RJ. Mitral valve prolapse and systolic anterior motion: A dynamic spectrum. Am Heart J 1983;105:685-688.

166. Luceri RM, Ramirez AL, Castellanos A, Zaman L, Thurer R, Myerburg RJ. Ventricular tachycardia produced by a normally functioning A-V sequential demand (DVI) pacemaker with "committed" ventricular stimulation. J Am Col Cardiol 1983;4:1177-1179.

167. Gaide MS, Fitterman WS, Wiggins JR, Myerburg RJ, Cameron JS, Bassett AL. Amrinone relaxes potassium-induced contracture of failing right ventricular muscle of cats. J Cardiovasc Pharmacol 1983;5:335-340.

168. Castellanos A, Myerburg RJ. The electrophysiologic manifestations of abnormal automatic activity arising in depolarized foci. Circulation 1983;67:9-10.

169. Cameron JS, Wong SS, Gaide MS, Myerburg RJ,. Epstein K, Bassett AL. Regional sensitivity to verapamil in ventricular myocardium. European J Pharmacol 1983;90:283-287.

170. Gaide MS, Myerburg RJ, Kozlovskis PL, Bassett AL. Elevated sympathetic response of epicardium proximal to healed myocardial infarction. Am J Physiol 1983;14:646-652.

171. Camerin JS, Myerburg RJ, Wong SS, Gaide MS, Epstein K, Alvarez R, Gelband H, Guse PA, Bassett AL. Electrophysiologic consequences of chronic experimentally-induced left ventricular pressure overload. J Am Col Cardiol 1983;2:481-487.

172. Zaman L, Moleiro F, Rozanski JJ, Pozen R, Myerburg RJ, Castellanos A. Multiple electrophysiologic manifestations and clinical implications of vagally mediated A-V block. Am Heart J 1983;106:92-99.

173. Castellanos A, Bayes de Luna A, Zaman L, Myerburg RJ. Risk factors for ventricular fibrillation in the pre-excitation syndromes. Prac Cardiol 1983;9:167-175.

174. Pozen RG, Pastoriza J, Rozanski JJ, Kessler KM, Myerburg RJ. Determinants of recurrent atrial flutter after cardioversion. Br Heart J 1983;50:92-96.

175. Luceri RM, Castellanos A, Zaman L, Myerburg RJ. The arrhythmias of dual-chamber cardiac pacemakers and their management. Ann Int Med 1983;99:354-359.

176. Myerburg RJ, Castellanos A. Antiarrhythmic drugs for the prevention of potentially lethal arrhythmias - assessment of current approaches. Int J Cardiol 1983;4:350-356.

177. Echeverria HH, Bilsker MS, Myerburg RJ, Kessler KM. Congestive heart failure: Echocardiographic insights. Am J Med 1983;75:750-755.

178. Zaman L, Garcia N, Luceri RM, Castellanos A, Myerburg RJ. Ectopic left atrial rhythm that produces QRS changes in absence of Wolff-Parkinson-White syndrome. Circulation 1983;68:701-706.

179. Kessler KM, Lisker B, Conde C, Silver J, Ho-Tung P, Hamburg C, Myerburg RJ. Abnormal quinidine binding in survivors of prehospital cardiac arrest. Am Heart J 1984;107:665-669.

180. Cameron JS, Gaide MS, Epstein K, Gelband H, Myerburg RJ, Bassett AL. Regional distribution of action potential abnormalities induced by subacute right ventricular pressure overload. J Mol & Cell Cardiol 1984;16:321-330.

181. Myerburg RJ, Zaman L, Luceri RM, Kessler KM, Hamburg C, Kayden D, Castellanos A. Prehospital cardiac arrest survivors: Classification of risk groups on the basis of electrophysiologic testing. Ann N Y Academy of Sciences 1984;427:40-48.

182. Portillo B, Castellanos A, Mejias J, Zaman L, Leon-Portillo N, Myerburg RJ. Right atrial-ventricular dissociation and entrainment while pacing from high right atrium and coronary sinus during circus movement tachycardias. PACE 1984;7:710-719.

183. Kayden DS, Ariza N, Bilsker MS, Laighold NG, Myerburg RJ, Kessler KM. Pseudokyskinesia of the left ventricular free wall. Am J Cardiol;1984:53:895-896.

184. Gaide MS, Wiggins JR, Fitteman WS, Cameron JS, Myerburg RJ, Bassett AL. Implications of altered inotropic effects of phenylephrine in pressure overloaded cat ventricular muscle. J Cardiovasc Pharmacol 1984;6:238-243.

185. Castellanos A, Luceri RM, Moleiro F, Kayden DS, Trohman RG, Zaman L, Myerburg RJ. Annihilation, entrainment and modulation of ventricular parasystolic rhythms. Am J Cardiol 1984;54:317-322.

186. Kozlovskis PR, Silver JD, Rubin RW, Wong SS, Gaide MS, Bassett AL, Cameron JS, Myerburg RJ. Regional variations in myosin heavy chain concentration after healing of experimental myocardial infarction in cats. J Mol & Cell Cardiol 1984;16:559-566.

187. Portillo B, Mejias J, Leon-Portillo N, Zaman L, Myerburg RJ, Castellanos A. Entrainment of atrioventricular nodal reentrant tachycardias during overdrive pacing from high right atrium and coronary sinus (with special reference to atrial-ventricular dissociation and 2:1 retrograde block during tachycardias). Am J Cardiol 1984;53:1570-1576.

188. Kessler KM, Kissane B, Cassidy J, Pefkaros K, Hamburg C, Myerburg RJ. Dynamic variability of antiarrhythmic drug binding during the evolution of acute myocardial infarction. Circulation 1984;70:472-478.

189. Myerburg RJ, Estes D, Zaman L, Luceri RM, Kessler KM, Trohman RG, Castellanos A. Outcome of resuscitation from bradyarrhythmic or asystolic prehospital cardiac arrest. J Am Coll Cardiol 1984;4:1118-1122.

190. Myerburg RJ, Kessler KM, Estes D, Conde CA, Luceri RM, Zaman L, Kozlovskis PL, Castellanos A. Long-term survival after prehospital cardiac arrest: Analysis of outcome during an 8-year study. Circulation 1984;70-538-546.

191. Gaide MS, Myerburg RJ, Cameron JS, Bassett AL. Effects of sympathetic stimulation on ventricular refractory periods in cats with acute coronary ligation. Experientia 1984;40:694-695.

192. Gaide MS, Altman CB, Cameron JS, Kaiser CJ, Myerburg RJ, Bassett AL. Histamine modification of spontaneous rate and rhythm in infarcted canine ventricle. Agents & Actions 1984;15:488-493.

193. Myerburg RJ, Kessler KM, Luceri RM, Zaman L, Trohman RG, Estes D, Castellanos A. Classification of ventricular arrhythmias based on parallel hierarchies of frequency and form. Am J Cardiol 1984;54:1355-1358.

194. Luceri RM, Parker M, Thurer RJ, Castellanos A, Myerburg RJ. Particularities of management and follow-up of patients with DDD pacemakers. Clin Prog Pacing and Electrophysiol 1984;2:261-271.

195. Kimura S, Cameron JS, Kozlovskis PL, Bassett AL, Myerburg RJ. Delayed afterdepolarizations and triggered activity induced in feline Purkinje fibers by alpha-adrenergic stimulation in the presence of elevated calcium levels. Circulation 1984;70:1074-1082.

196. Cameron JS, Gaide MS, Altman CB, Cuevas J, Myerburg RJ, Bassett AL. Enhanced adverse electrophysiologic effects of histamine after myocardial infarction in guinea pigs. J Pharm Exptl Ther 1985;232:480-484.

197. Luceri RM, Castellanos A, Myerburg RJ. Implantable devices for the treatment of cardiac arrhythmias. Cardiol Clin 1985;3:113-122.

198. Castellanos A, Mendoza IJ, Luceri RM, Castillo CA, Zaman L, Saoudi N, Myerburg RJ. Concealment of manifest, and exposure of concealed ventricular parasystole produced by isoproterenol. Am J Cardiol 1985;55:1344-1349.

199. Saoudi NC, Kimura S, Portillo B, Luceri RM, Zaman L, Myerburg RJ, Castellanos A. Entrainement et dissociation oreillette droite-ventricule lors de la stimulation auriculaire au cours des tachycardies reciproques utilisant une voie accessoire. Archv de Mal de Coeur 1985;78:1357-1364.

200. Saoudi N, Kimura S, Stafford W, Castellanos A, Myerburg RJ. Modulation et annihilation des pace-makers ventriculaires parasystoliques. Arch de Mal de Coeur 1985;78:1495-1501.

201. Nguyen NX, Kessler KM, Bilsker MS, Myerburg RJ. Echocardiographic demonstration of satellite lesions in aortic valvular endocarditis. Am J Cardiol 1985;55:1433-1435.

202. Kinney EL, Manasa M, Kessler KM, Matzer L, Cortada X, Zakharija M, Myerburg RJ, Chahine RA. Two-dimensional echocardiographic appearance of pseudo-dehiscence of Hancok aortic prosthesis. Am Heart J 1985;109:169-171.

203. Gaide MS, Cameron JS, Altman CB, Myerburg RJ, Bassett Al. Myocardial infarction in the guinea pig: Cellular electrophysiology. Life Sciences 1985;36:2391-2401.

204. Castellanos A, Mejias J, Portillo B, Leon-Portillo N, Zaman L, Myerburg RJ. Atrapamiento de las taquicardias reciprocantes atrioventriculares durante la estimulacion auricular. Rev Latina Cardiol 1985;6:327-334.

205. Cameron JS, Miller LS, Kimura S, Kaiser CJ, Campbell DR, Kozlovskis PL, Gaide MS, Myerburg RJ, Bassett AL. Systemic hypertension induces localized left ventricular electrophysiologic abnormalities and altered sensitivity to verapamil in left ventricular myocardium. J Mol & Cell Cardiol 1986;18:169-175.

206. Kessler KM, Bilsker MS, Manasa M, Laighold M, Myerburg RJ. Pericardial web: Extensive pericardial adhesions associated with idiopathic pericarditis. Am Heart J 1986;111:602-603.

207. Stafford WJ, Trohman RG, Bilsker M, Zaman L, Castellanos A, Myerburg RJ. Cardiac arrest in an adolescent with atrial fibrillation and hypertrophic cardiomyopathy. J Am Coll Cardiol 1986;7:701-704.

208. Kimura S, Bassett AL, Saoudi NC, Cameron JS, Kozlovskis PL, Myerburg RJ. Cellular electrophysiologic changes and "arrhythmias" during experimental ischemia and reperfusion in isolated cat ventricular myocardium. J Am Coll Cardiol 1986;7:833-842.

209. Luceri RM, Castellanos A, Thurer RJ, Myerburg RJ. Non-invasive conversion of atrial flutter using a multiprogrammable DDD pulse generator. PACE 1986;9:137-140.

210. Gaide MS, Kimura S, Lodge NL, Cameron JS, Kozlovskis PL, Myerburg RJ, Bassett AL. Effects of amrinone on contraction and K+-induced contracture of normal and subacutely failed cat ventricular muscle. Circulation 1986;73(Suppl III):36-45.

211. Kimura S, Bassett AL, Gaide MS, Kozlovskis PL, Myerburg RJ. Regional changes in intracellular potassium and sodium activity after healing of experimental myocardial infarction in cats. Circ Res 1986;58:202-208.

212. Saoudi NC, Castellanos A, Zaman L, Portillo B, Schwartz A, Myerburg RJ. Attempted entrainment of circus movement tachycardias by ventricular stimulation. PACE 1986;9:78-90.

213. Kozlovskis PL, Fieber LA, Bassett Al, Cameron JS, Kimura S, Myerburg RJ. Regional reduction in ventricular norepinephrine after healing of experimental myocardial infarction in cats. J Mol Cell Cardiol 1986;18:413-422.

214. Myerburg RJ, Kessler KM. Management of patients who survive cardiac arrest. Mod Conc Cardiovasc Dis 1986;55:61-66.

215. Kessler KM, Pina I, Green G, Burnett B, Laighold M, Bilsker M, Palomo AR, Myerburg RJ. Cardiovascular findings in quadriplegic and paraplegic and in normal subjects. Am J Cardiol 1986;58:525-530.

216. Chandra R, Bilsker M, Myerburg RJ, Kessler KM. Echocardiographic diagnosis of outlet strut fracture of a Bjork-Shiley prosthesis in the mitral position. Am J Cardiol 1986;58:1117-1118.

217. Bolooki H, Palatianos GM, Zaman L, Thurer RJ, Luceri RM, Myerburg RJ. Surgical management of post-myocardial infarction ventricular tachyarrhythmia by myocardial debulking, septal isolation, and myocardial revascularization. J Thor & Cardiovasc Surg 1986;92:716-725.

218. Kimura S, Bassett AL, Kohya T, Kozlovskis PL, Myerburg RJ. Simultaneous recording of action potentials from endocardium and epicardium during ischemia in the isolated cat ventricle: Relation of temporal electrophysiological heterogeneities to arrhythmias. Circulation 1986;74:401-409.

219. Kessler KM, Kayden DS, Estes DM, Kozlovskis PL, Sequeira R, Trohman RG, Palomo AR, Myerburg RJ. Procainamide pharmacokinetics in patients with acute myocardial infarction or congestive heart failure. J Am Coll Cardiol 1986;7:1131-1139.

220. Trohman RG, Estes DM, Castellanos A, Palomo AR, Myerburg RJ, Kessler KM. Increased quinidine plasma concentrations during administration of verapamil: A new quinidine-verapamil interaction. Am J Cardiol 1986;57:706-707.

221. Palomo AR, Schwartz AM, Trohman RG, Chahine RA, Myerburg RJ, Kessler KM. Cardiac arrhythmias associated with prophylactic pacing during coronary angiography. Am J Cardiol 1986;58:100-102.

222. Trohman RG, Palomo AR, Nguyen NX, Myerburg RJ, Kessler KM. Reversal of left ventricular intracavitary gradient with intracavitary diastolic regurgitation in hypertrophic obstructive cardiomyopathy. J Am Coll Cardiol 1986;8:703-705.

223. Feldman T, Mallon SM, Bolooki H, Trohman RG, Guzman P, Myerburg RJ, Fatal acute aortic regurgitation in a person performing the Heimlich maneuver. New Eng J Med (Letter) 1986;313:1613

224. Trohman RG, Feldman T, Palomo AR, Kessler KM, Myerburg RJ. Verapamil, syncope, and hypertrophic obstructive cardiomyopathy. N Eng J Med (Letter) 1986;314:1583.

225. Myerburg RJ. Epidemiology of ventricular tachycardia/ventricular fibrillation and sudden cardiac death. PACE 1986;9:1334-1338.

226. Castellanos A, Portillo B, Zaman L, Luceri RM., Myerburg RJ. Linking phenomenon during atrial stimulation with accessory pathways. Am J Cardiol 1986;58:964-969.

227. Cooper DK, Luceri RM, Thurer RJ, Myerburg RJ. The impact of the automatic implantable cardioverter defibrillator on quality of life. Clin Prog Electrophysiol and Pacing 1986;4:306-309.

228. Kozlovskis PL, Fieber LA, Pruitt DK, Bailey BK, Smets MJD, Bassett Al, Kimura S, Myerburg RJ. Myocardial changes during the progression of left ventricular pressure-overload by renal hypertension or aortic constriction: Myosin, Myosin ATPase and collagen. J Mol Cell Cardiol 1987;19:105-114.

229. Kessler KM, Kozlovskis P, Trohman RG, Myerburg RJ. Serum lactate: Prognostic marker for recurrent cardiac arrest? Am Heart J 1987;113:1540-1544.

230. Kimura S, Bassett AL, Kohya T, Kozlovskis PL, Myerburg RJ. Automaticity, triggered activity, and responses to adrenergic stimulation in cat subendocardial Purkinje fibers after healing of myocardial infarction. Circulation 1987;75-651-660.

231. Zaman L, Castellanos A, Saoudi NC, Stafford WJ, Trohman RG, Interian A, Myerburg RJ. Significance of pacing cycle lengths in manifest entrainment of orthodromic circus movement tachycardia by ventricular pacing. Am J Cardiol 1987;59:1325-1331.

232. Cameron JS, Bassett AL, Gaide MS, Lodge NJ, Wong SS, Kozlovskis PL, Myerburg RJ. Cellular electrophysiology of coronary artery ligation in chronic pressure overload. Intern'l J Cardiol 1987;14:155.

233. Myerburg RJ, Zaman L. Indications for intracardiac electrophysiologic studies in survivors of prehospital cardiac arrest. Circulation 1987;75(Suppl III):151-153.

234. Rahimtoola SH, Zipes DP, Akhtar M, Burchell H, Mason J, Myerburg RJ, O'Rourke R, Ruskin J, Schlant R, Surawicz B. Consensus statement of the Conference on the State of the Art Electrophysiologic Testing in the Diagnosis and Treatment of Patients with Cardiac Arrhythmias. Circulation 1987;75(Suppl III):3-11.

235. Interian A, Trohman RG, Castellanos A, Cox M, Zaman L, Myerburg RJ. Spontaneous conversion of ventricular fibrillation in cardiogenic shock from acute myocardial infarction. Am J Cardiol 1987;59:1200-1201.

236. Myerburg RJ. Sudden cardiac death: Epidemiology, causes and mechanisms. Cardiology 1987;74 (Suppl) 2:2-9.

237. Castellanos A, Myerburg RJ. Changing perspectives in the preexcitation syndromes. New Eng J Med (Editorial) 1987;317:109-111.

238. Trohman RG, Donadini M, Palomo AR, Zaman L, Kessler KM, Myerburg RJ, Castellanos A. Exercise tolerance testing in symptomatic and asymptomatic complete intra-His block. Am Heart J 1987;113:1252-1254.

239. Myerburg RJ, Trohman RG. Potentially lethal ventricular arrhythmias in end-stage dilated cardiomyopathy. Cardiac Impulse 1987;8:1-9.

240. Castellanos A, Pena JL, De La Hera A, Myerburg RJ. Modulated ventricular parasystole and the effects of lidocaine in acute myocardial infarction. J of Electrophysiology 1987;1:287-289.

241. Myerburg RJ, Kessler KM, Zaman L, Fernandez P, De Marchena E, Castellanos A. Pharmacologic approaches to management of arrhythmias in patients with cardiomyopathy and heart failure. Am Heart J 1987;114:1273-1279.

242. Castellanos A, Myerburg RJ. The wide electrophysiologic spectrum of tachycardias having R-P intervals longer than the P-R intervals. PACE 1987;10:1382-1384.

243. Rahimtoola SH, Zipes DP, Akhtar M, Burchell H, Mason J, Myerburg R, O'Rourke R, Ruskin J, Schlant R, Surawicz B. Consensus statement of the conference on the state of the art of electrophysiologic testing in the diagnosis and treatment of patients with cardiac arrhythmias: Part I. Mod Conc CV Dis 1987;56:55-59.

244. Kimura S, Bassett AL, Kohya T, Kozlovskis PL, Myerburg RJ. regional effects of verapamil on recovery of excitability and conduction time in experimental ischemia. Circulation 1987;76:1146-1154.

245. De Marchena E, Palomo AR, Trohman RG, Myerburg RJ, Kessler KM. Angiographically demonstrated isolated acute right ventricular infarction presenting as ST elevation in lead V1 to V3. Am Heart J 1987;113:391-393.

246. Pina IL, Smith EV, Fuguet M, Baier HJ, Myerburg RJ. Reversal of ST depression and low maximal oxygen uptake after verapamil with normal coronary arteries and pulmonary disease. Am J Cardiol 1988;61:955-956.

247. Myerburg RJ, Kimura S. Initiation of lethal arrhythmias: Use of experimental methods to study clinical observations. J Am Coll Cardiol 1988;11:612-613.

248. Kohya T, Myerburg RJ, Bassett AL. Ventricular fibrillation threshold during acute ischemia in hypertrophied rat hearts. Experientia 1988;44:214-216.

249. Kohya T, Kimura S, Myerburg RJ, Bassett AL. Susceptibility of hypertrophied rat hearts to ventricular fibrillation during acute ischemia. J Mol & Cell Cardiol 1988;20:159-168.

250. Kessler KM, McAuliffe D, Kozlovskis P, Trohman RG, Zaman L, Castellanos A, Sequeira R, Myerburg RJ. QRS morphology-dependent pharmacodynamics in multiform ventricular ectopic activity. Am J Cardiol 1988;61:563-569.

251. Glicksman FL, Zaman L, Huikuri HV, Castellanos A, Myerburg RJ. Reversible failure to sense ventricular tachycardia early after surgical implantation of the autonomic implantable cardioverter-defibrillator. Am J Cardiol 1988;62:833-834.

252. Topaz O, Castellanos A, Grobman LR, Myerburg RJ. The role of arrhythmogenic auditory stimuli in sudden cardiac death. Am Heart J 1988;116:222-226.

253. Kimura S, Bassett AL, Cameron JS, Huikuri H, Kozlovskis PL, Myerburg RJ. Cellular electrophysiological changes during ischemia in isolated, coronary-perfused cat ventricle with healed myocardial infarction. Circulation 1988;78:401-406.

254. Castellanos A, Shin EK, Luceri RM, Myerburg RJ. Parasystolic accelerated idioventricular rhythms producing bidirectional tachycardia patterns. J Electrophysiol 1988;2:296-302.

255. Castellanos A, Saoudi N, Mendoza IJ, Myerburg RJ. Circadian variabilities of modulated ventricular parasystole. Am J Cardiol 1988;62:653-654.

256. Medina-Ravell V, Rodriguez-Salas L, Castellanos A, Myerburg RJ. Death due to paroxysmal

atrioventricular block during ambulatory electrocardiographic monitoring. PACE 1989;12:65-69.

257. Topaz O, Mallon SM, Chahine RA, Sequeira RF, Myerburg RJ. Acute ventricular septal rupture: Angiographic - morphologic features and clinical assessment. Chest 1989;95:292-298.

258. Huikuri HV, Zaman L, Castellanos A, Kessler KM, Cox M, Glicksman F, Myerburg RJ. Changes in spontaneous sinus node rate as an estimate of cardiac autonomic tone during stable and unstable ventricular tachycardia. J Am Coll Cardiol 1989;13:646-652.

259. Kessler KM, Interian A, Cox M, Topaz O, de Marchena EJ, Myerburg RJ. Proarrhythmia related to a kinetic and dynamic interaction of mexiletine and theophylline. Am Heart J 1989;117:964-966.

260. Kimura S, Bassett AL, Saida K, Shimizu M, Myerburg RJ. Sarcoplasmic reticulum function in skinned fibers of hypertrophied rat ventricle. Am J Physiol 1989;H1006-H1011.

261. Interian A, Zaman L, Kessler KM, Castellanos A, Myerburg RJ. Lidocaine suppression of junctional escape impulses during AV block in inferior wall myocardial infarction. J Electrophysiol 1989;3:65-69.

262. Myerburg RJ, Kessler KM, Bassett AL, Castellanos A. A biological approach to sudden cardiac death: Structure, function and cause. Am J Cardiol 1989;63:1512-1516.

263. Castellanos A, Fernandez P, Thurer RJ, Rhymes P, Myerburg RJ. Eccentricities of activitrax pulse generators. Am J Cardiol 1989;63:874-876.

264. Kessler KM, McAuliffe D, Kozlovskis P, Castellanos A, Myerburg RJ. QRS morphology-dependent, concordant frequency distribution of single and repetitive forms of ventricular ectopic activity. Am Heart J 1989;118:58-62.

265. Kessler KM, Wozniak PM, McAuliffe D, Terracall E, Kozlovskis P, Mahmood I, Zaman L, Trohman RG, Castellanos A, Myerburg RJ. The clinical implication of changing unbound quinidine levels. Am Heart J 1989;118:63-69.

266. de Marchena E, Wozniak P, Madrid W, Futterman L, Mitrani A, Myerburg RJ, Bolooki H. Pseudo-complete AV block following orthotopic cardiac transplantation. Am Heart J 1989;117:1173-1174.

267. Myerburg RJ, Luceri RM, Thurer R, Cooper DK, Zaman L, Interian A, Fernandez P, Cox M, Glicksman F, Castellanos A. Time to first shock and clinical outcome in patients receiving automatic implantable cardioverter defibrillators. J Am Coll Cardiol 1989;14:508-514.

268. Kessler KM, McAuliffe D, Chakko S, Castellanos A, Myerburg RJ. Multiform ventricular complexes: A transitional arrhythmia form. Am Heart J 1989;118:441-444.

269. Chakko S, de Marchena E, Kessler KM, Myerburg RJ. Ventricular arrhythmias in congestive heart failure. Clin Cardiol 1989;12:525-530.

270. Myerburg RJ, Castellanos A. Resolution of nonspecific repolarization patterns from body surface signals: A new horizon of clinical electrocardiography. J Am Coll Cardiol (Editorial) 1989;14:703-704.

271. Topaz O, Perin E, Cox M, Mallon SM, Glicksman F, Zaman L, Castellanos A, Myerburg RJ. Young

survivors of cardiac arrest: Invasive clinical assessment of 22 subjects. Am Heart J 1989;118:281-287.

272. Myerburg RJ, Kessler KM, Cox MM, Huikuri H, Terracall E, Interian A, Fernandez P, Castellanos A. Reversal of proarrhythmic effects of flecainide acetate and encainide hydrochloride by propranolol. Circulation 1989;80:1571-1579.

273. Castellanos A, Fuenmayor AJ, Huikuri H, Interian A, Cox MM, Myerburg RJ. Dynamics of atrioventricular nodal conduction ratios of reverse alternating Wenckebach periods. Am J Cardiol 1989;64:1047-1049.

274. Myerburg RJ, Kessler KM, Prineas RJ. The cardiac arrhythmia suppression trial. New Eng J Med (Letter) 1989;321:1754.

275. Huikuri HV, Cox M, Interian A, Jr., Kessler KM, Castellanos A, Myerburg RJ. Efficacy of intravenous propranolol for suppression of inducibility of ventricular tachyarrhythmias with different electrophysiologic characteristics in coronary artery disease. Am J Cardiol 1989;64:1305-1309.

276. Chakko S, de Marchena E, Kessler KM, Myerburg RJ. Electrophysiology, pacing, and arrhythmias: Ventricular arrhythmias in congestive heart failure. Clin Cardiol 1989;12:525-530.

277. de Marchena E, Futterman L, Wozniak P, Madrid W, Mitrani A, Myerburg RJ, Bolooki H. Pulmonary artery torsion: A potentially lethal complication following orthotopic cardiac transplantation. J Heart Transplantation 1989;8:499-502.

278. Kimura S, Bassett AL, Furukawa T, Cuevas J, Myerburg RJ. Electrophysiological properties and responses to simulated ischemia in cat ventricular myocytes of endocardial and epicardial origin. Circ Res 1990;66:469-477.

279. Lowery M, de Marchena E, Castellanos A, Myerburg RJ, Kessler KM. Interrelationship of variable coupling, multiformity and repetitive forms: Implications for classification of ventricular arrhythmias. Am Heart J 1990;119:301-307.

280. Huikuri HV, Kessler KM, Terracall E, Castellanos A, Linnaluoto MK, Myerburg RJ. Reproducibility and circadian rhythm of heart rate variability in young healthy adults. Am J Cardiol 1990;65:391-393.

281. Akhtar M, Breithardt G, Camm AJ, Coumel P, Janse MJ, Lazzara R, Myerburg RJ, Schwartz P, Waldo AL, Wellens HJJ, Zipes DP. CAST and beyond: Implications of the cardiac arrhythmia suppression trial. Circulation 1990;81:1123-1127.

282. Chakko S, Myerburg RJ. Antiarrhythmic drugs. Current Opinion in Cardiology 1990;5:69-73.

283. Chakko S, de Marchena E, Kessler KM, Materson B, Myerburg RJ. Right ventricular diastolic function in systemic hypertension. Am J Cardiol 1990;65:1117-1120.

284. Kozlovskis PL, Smets MJD, Duncan RC, Bailey BK, Bassett Al, Myerburg RJ. Regional beta-adrenergic receptors and adenylate cyclase activity after healing of myocardial infarction in cats. J Mol & Cell Cardiol 1990;22:311-322.

285. Bauerlein EJ, de Marchena EJ, Wozniak PM, Michaels C, Ackerman M, Myerburg RJ, Kessler KM. "Ischemia" ST-segment changes during the precatheterization period in men with angiographically

confirmed coronary artery disease. Am J Cardiol 1990;66:225-227.

286. Furukawa T, Myerburg RJ, Furukawa N, Bassett AL, Kimura S. Differences in transient outward currents of feline endocardial and epicardial myocytes. Circ Res 1990;67:1287-1291.

287. Furukawa T, Kimura S, Castellanos A, Bassett AL, Myerburg RJ. In vivo induction of "focal" triggered ventricular arrhythmias and responses to overdrive pacing in the canine heart. Circulation 1990;82:549-559.

288. Kimura S, Bassett AL, Furukawa T, Furukawa N, Myerburg RJ. Effect of acidosis on contractile system in skinned fibers of hypertrophied rat heart. Am J Physiology: Heart and Circulatory Physiology 1990;H-1014-1049.

289. Huikuri HV, Mallon SM, Myerburg RJ. Cardiac arrest due to spontaneous coronary artery dissection in a patient with coronary ectasia. Angiology 1991;42:148-151.

290. Furukawa T, Kimura S, Furukawa N, Bassett AL, Myerburg RJ. Role of cardiac ATP-regulated potassium channels in differential responses of endocardial and epicardial cells to ischemia. Circ Res 1991;68:1693-1702.

291. Furukawa T, Moroe K, Mayrovitz HN, Sampsell R, Furukawa N, Myerburg RJ. Arrhythmogenic effects of graded coronary blood flow reductions superimposed on prior myocardial infarction in dogs. Circulation 1991;84:368-377.

292. Kessler KM, Castellanos A, Myerburg RJ. Indexing repetitive to single ventricular premature complexes: A new concept in acute drug testing. Am J Cardiol 1991;67:648-650.

293. Cox MM, Berman I, Myerburg RJ, Smets MJD, Kozlovskis PL. Morphometric mapping of regional myocyte diameters after healing of myocardial infarction in cats. J Mol & Cell Cardiol 1991;23:127-135.

294. Myerburg RJ, Kessler KM, Castellanos A. Pathophysiology of sudden cardiac deaths. PACE 1991;14:935-943.

295. Kimura S, Bassett AL, Furukawa T, Furukawa N, Myerburg RJ. Differences in the effect of metabolic inhibition on action potentials and calcium currents in endocardial and epicardial cells. Circulation 1991;84:768-777.

296. Castellanos A, Fernandez P, Moleiro F, Interian A, Jr., Myerburg RJ. Symmetry, broken symmetry and restored symmetry of apparent pure ventricular parasystole. Am J Cardiol 1991;68:256-259.

297. Palatianos GM, Thurer RJ, Cooper DK, Georgahakis GE, Tucker RL, Fernandez P, Interian A, Jr., Myerburg RJ. The implantable cardioverter-defibrillator: Clinical results. PACE 1991;14:207-301.

298. Chakko S, Woska D, Martinez H, de Marchena E, Futterman L, Kessler KM, Myerburg RJ. Clinical, radiographic, and hemodynamic correlations in chronic congestive heart failure: Conflicting results may lead to inappropriate care. Am J Med 1991;90:353-359.

299. de Marchena E, Chakko S, Fernandez P, Villa A, Cooper D, Wozniak P, Cruz J, Thurer RJ, Kessler KM, Myerburg RJ. Usefulness of the automatic implantable cardioverter defibrillator in improving survival of patients with severely depressed left ventricular function associated with coronary artery disease. Am J

Cardiol 1991;67:812-816.

300. Interian A, Jr., Zaman L, Velez-Robinson E, Kozlovskis P, Castellanos A, Myerburg RJ. Paired comparisons of efficacy of intravenous and oral procainamide in patients with inducible sustained ventricular tachyarrhythmias. J Am Coll Cardiol 1991;17:1581-1586.

301. Furukawa N, Bassett AL, Furukawa T, Myerburg RJ, Kimura S. Hypertrophy alters affect of Ins (1,4,5,)p3 on Ca2+ release in skinned rat heart muscle. Am Physiol Soc 1991;H1612-H1618.

302. Chakko S, Mayor M, Allison MD, Kessler KM, Materson BJ, Myerburg RJ. Abnormal left ventricular diastolic filling in eccentric left ventricular hypertrophy of obesity. Am J Cardiol 1991;68:95-98.

303. Feld GK, Luceri RM, Greenspon AJ, Singh BN, Horowitz LN, Capuzzi DM, Frame VB, Myerburg RJ. Clinical electrophysiological effects of intravenous recainam: An antiarrhythmic drug under investigation for the treatment of ventricular and supraventricular arrhythmias. PACE 1991;14:1129-1137.

304. Kozlovskis PL, Gerdes AM, Smets MJD, Moore MS, Bassett AL, Myerburg RJ. Regional increase in isolated myocyte volume in chronic myocardial infarction in cats. J Mol & Cell Cardiol 1991;23:1459-1466.

305. Castellanos A, Fernandez P, Interian A, Jr., Cox MM, Myerburg RJ. Dynamics of atrioventricular nodal conduction ratios during conversion of 2:1 into 3:1, 41 and 5:1 atrioventricular block. Am J Cardiol 1991;68:979-981.

306. Chakko S, de Marchena E, Kessler KM, Myerburg RJ, Materson BJ. Doppler-derived left ventricular abnormalities are inconsistent and unpredictable J. Cardiovasc Technol 1991;10:37-43.

307. The Sicilian Gambit: A new approach to the classification of arrhythmic drugs based on their action on arrhythmogenic mechanisms. Task Force of the Working Group on Arrhythmias of the European Society of Cardiology. Circulation 1991;84:1831-1851.

308. Myerburg RJ, Kessler KM, Castellanos A. Pathophysiology of sudden cardiac death. PACE 1991;14:935-943.

309. Furukawa T, Kimura S, Furukawa N, Bassett AL, Myerburg RJ. Potassium rectifier currents differ in myocytes of endocardial and epicardial origin. Circ Res 1992;70:91-103.

310. Myerburg RJ, Kessler KM, Castellanos A. Sudden cardiac death: Structure, function, and time-dependence of risk. Circulation 1992;85(Suppl I):2-10.

311. Huikuri HV, Linnaluoto MK, Seppanen T, Airaksinen KEJ, Kessler KM, Takkunen JT, Myerburg RJ. Circadian rhythm of heart rate variability in survivors of cardiac arrest. Am J Cardiol 1992;70:610-615.

312. Myerburg RJ, Kessler KM, Mallon SM, Cox MM, de Marchena E, Interian A, Jr., Castellanos A. Life-threatening ventricular arrhythmias in patients with silent myocardial ischemia due to coronary artery spasm. New Engl J Med 1992;326:1451-1455.

313. Castellanos A, Cox MM, Fernandez PR, Interian A Jr., Mayor M, Ravina T, Myerburg RJ. Mechanisms and dynamics of episodes of progression of 2:1 atrioventricular block in patients with documented two-

level conduction disturbances. Am J Cardiol 1992;70:193-199.

314. Myerburg RJ, Castellanos A. Evolution, evaluation, and efficacy of implantable cardioverter-defibrillator technology. Circulation (Editorial) 1992;86:691-693.

315. Myerburg RJ, Kessler KM, Kimura S, Castellanos A. Sudden cardiac death. Future approaches based on identification and control of transient risk factors. J Cardiovasc Electrophysiol 1992;3:626-640.

316. Interian A Jr., Cox MM, Jimenez RA, Duran A, Levin E, Garcia O, Cooper DK, Castellanos A, Myerburg RJ. A shared pathway in atrioventricular nodal reentrant tachycardia and atrial flutter: Implications for pathophysiology and therapy. Am J Cardiol 1993;71:297-303.

317. de Marchena E, Chakko S, Fernandez P, Villa A, Cooper D, Wozniak P, Cruz J, Thurer RJ, Kessler KM, Myerburg RJ. Cardioverter/defibrillator improves survival of patients with severe left ventricular dysfunction. Cardiology Board Review 1992;9:94-105.

318. Kessler KM, Bauerlein EJ, Schob A, de Marchena E, Myerburg RJ. ST alternans alternans. Am J Cardiol 1992;70:1224-1225.

319. Kessler KM, Chakko CS, Myerburg RJ. Premature ventricular contractions. Heart Dis & Stroke 1992;1:275-280.

320. Kimura S, Bassett AL, XI H, Myerburg RJ. Early afterdepolarizations and triggered activity induced by cocaine. Circulation 1992;85:2227-2235,.

321. Chakko S, Fernandez A, Mellman TA, Milanes FJ, Kessler KM, Myerburg RJ. Cardiac manifestations of cocaine abuse: A cross-sectional study of asymptomatic men with a history of long-term abuse of Crack cocaine. J Am Coll Cardiol 1992;20:1168-1174.

322. Huikuri H, Valkama J, Airaksinen KE, Seppanen T, Kessler KM, Takkunez J, Myerburg RJ. Frequency domain measure of heart rate variability before the onset of nonsustained and sustained ventricular tachycardia in patients with coronary artery disease. Circulation 1993;87:1220-1228.

323. Saoudi N, Castellanos A, Portillo B, Berkovits BV, Myerburg RJ. Entrainment and termination of atrioventricular nodal reentry tachycardia with self adapting autodecremental ventricular stimulation. Eur J C P E 1993;2:130-133.

324. Myerburg RJ, Kessler KM, Castellanos A. Sudden cardiac death: Epidemiology, transient risk, and intervention assessment. Ann Int Med 1993;119:1187-1197.

325. Castellanos A, Interian A Jr., Cox MM, Myerburg RJ. Alternating Wenckebach periods and allied arrhythmias. PACE 1993;16:2285-2300.

326. Chakko S, Mulingtapang RF, Huikuri HV, Kessler KM, Materson BJ, Myerburg RJ. Alterations in heart rate variability and its circadian rhythm in hypertensive patients with left ventricular hypertrophy. Am Heart J 1993;126:1364-1372.

327. Furukawa T, Bassett AL, Furukawa N, Kimura S, Myerburg RJ. The ionic mechanism of reperfusion-induced early afterdepolarizations in feline left ventricular hypertrophy. J Clin Invest 1993;91:1521-1531.

328. Jimenez RA, Myerburg RJ. Sudden Cardiac Death: Magnitude of the problem, substrate/trigger interaction, and populations at high risk. Cardiology Clinics 1993;11(1):1-9.

329. Villa AE, de Marchena E, Myerburg RJ, Castellanos A. Paired electrocardiogram comparison of the donor and recipient orthotopic heart hosts. Am Heart J 1994;127:70-74.

330. Myerburg RJ, Kessler KM, Castellanos A. Response to Letter to the Editor "Is preventing sudden cardiac death realistic?" Ann Int Med 1994;120:892.

331. Interian A Jr., Levin E, Castellanos A, Myerburg RJ. Mechanisms of apparent incremental retrograde conduction across left lateral accessory pathways. Am J Cardiol 1994;73:973-978.

332. Myerburg RJ, Kessler KM, Chakko S, Cox MM, Fernandez P, Interian A Jr., Castellanos A. Future evaluation of antiarrhythmic therapy. Am Heart J 1994;127:1111-1118.

333. de Marchena E, Asch J, Martinez J, Wozniak P, Posada JD, Pittaluga J, Brewer G, Chakko S, Kessler KM, Myerburg RJ. Usefulness of persistent myocardial ischemia in predicting high cardiac event rate in men with medically controlled stable angina. Am J Cardiol 1994;73:390-392.

334. Furukawa T, Myerburg RJ, Furukawa N, Kimura S, Bassett AL. Metabolic inhibition of ICaL and IK differs in feline left ventricular hypertrophy. Am J Physiol 1994;266 (Heart, Circ Physiol 35):H1121-H1131.

335. Tomita F, Bassett AL, Myerburg RJ, Kimura S. Diminished effect of cAMP on Ca5+ accumulation in skinned fibers of hypertrophied rat heart. Am J Physiol 1994; 266 (Heart Circ Physiol 35):H749-H756.

336. de Marchena EJ, Mallon SM, Knopf WD, Parr K, Moses JW, Murphy-Chutorian D, Myerburg RJ. Effectiveness of holmium laser-assisted coronary angioplasty. Am J Cardiol 1994; 73:117-121.

337. Tomita F, Bassett AL, Myerburg RJ, Kimura S. Diminished transient outward currents in rat hypertrophied ventricular myocytes. Circ Res 1994;75:296-303.

338. Myerburg RJ. Departments of medical specialties. A solution for the divergent missions of internal medicine? [Sounding Board] N Engl J Med 1994; 330:1453-1456.

339. Demirovic J, Myerburg RJ. Epidemiology of sudden coronary death: An overview. Prog Cardiovasc Dis 1994; XXXVII (1):39-48.

340. Chakko S, Sepulveda S, Kessler KM, Sotomayor MC, Mash DC, Prineas RJ, Myerburg RJ. Frequency and type of electrocardiographic abnormalities in cocaine abusers (electrocardiogram in cocaine abuse). Am J Cardiol 1994;74:710-713.

341. Huikuri HV, Myerburg RJ. Alterations of heart rate variability associated with spontaneous ventricular arrhythmias. Primary Cardiology 1994; 20(10):24-28.

342. Castellanos A, Myerburg RJ. Primary and secondary repolarization changes: The intraventricular conduction alteration model. ACC Current Journal Review 1995; 60-63.

343. Castellanos A, Moleiro F, Saoudi N, de la Hera A, Myerburg RJ. Does complexity theory apply to the conduction ratios occurring during progression of stable atrial flutter with 2:1 into 4:1 atrioventricular block? Am J Cardiol 1995; 75:947-949.

344. Kessler DK, Kessler KM, Myerburg RJ. Ambulatory electrocardiography. A cost per management decision analysis. Arch Intern Med 1995; 155:165-169.

345. Valkama JO, Huikuri HV, Koistinen MJ, Yli-Mayry S, Airaksinen KEJ, Myerburg RJ. Relation between heart rate variability and spontaneous and induced ventricular arrhythmias in patients with coronary artery disease. JACC 1995; 25(2):437-443.

346. Huikuri HV, Koistinen MJ, Ylil-Mayry S, Airaksinen KEJ, Seppanen T, Ikaheimo MJ, Myerburg RJ. Impaired low-frequency oscillations of heart rate in patients with prior acute myocardial infarction and life-threatening arrhythmias. Am J Cardiol 1995; 76:56-60.

347. Chakko S, Myerburg RJ. Cardiac complications of cocaine abuse. Clin Cardiol 1995; 18:67-72.

348. Castellanos A, Interian A Jr., Myerburg RJ. A different approach to the analysis of pure ventricular parasystole. CHEST 1995; 107:1463-1464.

349. Castellanos A, Moleiro F, Saoudi Ni, Interian A Jr.,, Myerburg RJ. Dynamics of, and alternating Wenckebach periods during, 4:1 and 6:1 atrioventricular block. Am J Cardiol 1995; 76:523-525.

350. Castellanos A, Interian A Jr., Cox MM, Myerburg RJ. Reciprocating tachycardia in a patient with high grade atrioventricular block. Am Heart J 1995; 130:1300-1302.

351. Cox MM, Perlman BA, Mayor MR, Silberstein TA, Levin E, Pringle L, Castellanos A, Myerburg RJ. Acute and long-term beta-adrenergic blockade for patients with neurocardiogenic syncope. J. Am Coll Cardiol 1995; 26:1293-1298.

352. Zipes DP, DiMarco JP, Gillette PC, Jackman WM, Myerburg RJ, Rahimtoola SH. Guidelines for clinical intracardiac electrophysiological and catheter ablation procedures (ACC/AHA Task Force Report). JACC 1995; 26-2:555-73.

353. Fernandez AR, Sequeira RF, Chakko S, Correa LF, de Marchena EJ, Chahine RA, Franceour DA, Myerburg RJ. ST Segment tracking for rapid determination of patency of infarct-related artery in acute myocardial infarction. JACC 1995; 26-3:675-683.

354. Alpert JS, Arnold WJ, Chaitman BR, Conti CR, Ewy GA, Michelson EL, Myerburg RJ. Guidelines for training in adult cardiovascular medicine. Core Cardiology Training Symposium (COCATS). Task Force 1: training in clinical cardiology. J Am Coll Cardiol 1995; 25:4-9.

355. Kozlovskis PL, Smets MJD, Strauss WL, Myerburg RJ. DNA synthesis in adult feline ventricular myocytes: Comparison of hypoxic and normoxic states. Circ Res 1996; 78:289-301.

356. Huikuri HV, Seppanen T, Koistinen MJ, Airaksinen J, Ikaheimo MJ, Castellanos A, Myerburg RJ. Abnormalities in beat-to-beat dynamics of heart rate before the spontaneous onset of life-threatening ventricular tachyarrhythmias in patients with prior myocardial infarction. Circulation 1996; 93:1836-1844.

357. Chakko S, Fernandez A, Sequeira R, Kessler KM, Myerburg RJ. Heart rate variability during the first 24 hours of successfully reperfused acute myocardial infarction: Paradoxic decrease after reperfusion. Am Heart J 1996; 132:586-592.

358. Prystowsky EN, Myerburg RJ. Management of patients with atrial fibrillation. A Statement for Healthcare Professionals. From the Subcommittee on Electrocardiography and Electrophysiology, American Heart Association. Circulation 1996; 93:1262-1277.

359. Pinto JMB, Yuan F, Wasserlauf BJ, Bassett AL, Myerburg RJ. Regional Gradation of L-Type Calcium Currents in the Feline Heart with Healed Myocardial Infarct. J Cardiovasc Electrophysiol 1997; 8:548-560.

360. Myerburg RJ. Sudden cardiac death in persons with normal (or near normal) hearts. Am J Cardiol 1997; 79:3-9.

361. Yuan F, Brandt NR, Pinto JMB, Myerburg RJ, Bassett AL. Hypertrophy decreases cardiac KATP channel responsiveness to exogenous and locally generated (glycolytic) ATP. J Mol Cell Cardiol 1997; 29:2837-2848.

362. Myerburg RJ, Bassett AL. Cellular electrophysiology, heterogeneity, and arrhythmias. J Cardiovasc Electrophysiol 1997; 8:884-886.

363. Chakko S, Girgis I, Contreras G, Perez G, Kessler KM, Myerburg RJ. Effects of hemodialysis on left ventricular diastolic filling. Am J Cardiol 1997; 79:106-108.

364. Kim R, Chakko S, Myerburg RJ, Kessler KM. The clinical usefulness and cost of echocardiography in patients admitted to a coronary care unit. Am J Cardiol 1997; 80:1273-1276.

365. Castellanos A, Moleiro F, Guerrero J, Awaad MI, Myerburg RJ. Intermittent parasystole with exit block. J Electrocardiol 1997; 30:331-335.

366. Perkiömäki JS, Huikuri HV, Koistinen JM, Mäkikallio T, Castellanos A, Myerburg RJ. Heart rate variability and dispersion of QT interval in patients with vulnerability to ventricular tachycardia and ventricular fibrillation after previous myocardial infarction. J Am Coll Cardiol 1997; 30:1331-1338.

367. Myerburg RJ, Castellanos A. Clinical trials of implantable defibrillators. NEJM 1997; 337:1621-1623.

368. Myerburg RJ, Interian A, Mitrani R, Kessler KM, Castellanos A. Frequency of sudden cardiac death and profiles of risk. Am J Cardiol 1997; 80:10F-19F.

369. Mitrani RD, Myerburg RJ. Clinical implications of the autonomic tone and reflexes after myocardial infarction: A clinician s perspective. Cardiac Electrophysiol Rev 1998; 2:41-43.

370. Interian A, Alba A, Fernandez MH, Kloosterman EM, Dylewski J, Mitrani RD, Castellanos A, Myerburg RJ. Slow pathway identification in AV nodal reentry using shortest atrioventricular interval. Reblampa 1998; 11:27-30.

371. Myerburg RJ, Mitrani RD, Interian A, Castellanos A. Interpretation of outcomes of antiarrhythmic clinical trials: Design features and population impact. Circulation 1998; 97:1514-1521.

372. Girgis I, Chakko S, de Marchena E, Jara C, Diaz P, Castellanos A, Myerburg RJ. Effect of clonidine on heart rate variability in congestive heart failure. Am J Cardiol 1998; 82:335-337.

373. Castellanos A, Moleiro F, Pastor JA, Interian A, Myerburg RJ. Reverse alternating Wenckebach periods and other modes of regression of ?8:1 to 2:1 atrioventricular block. Am J Cardiol 1998; 82:528-531.

374. Castellanos A, Moleiro F, Chakko S, Acosta H, Huikuri H, Mitrani RD, Myerburg RJ. Heart rate variability in inappropriate sinus tachycardia. Am J Cardiol 1998; 82:531-534.

375. Castellanos A, Moleiro F, Acosta H, Ferreira A, Cox, MM, Interian A, Myerburg RJ. Sudden Wenckebach periods and their relationship to neurocardiogenic syncope. PACE 1998; 21:1580-1588.

376. Kozlovskis-Wade PL, Smets MJD, Myerburg RJ. The effect of nicotine on DNA repair in adult myocytes. J Mol Cell Cardiol 1998; 30:1483-1491.

377. Members of the Sicilian Gambit: The search for novel antiarrhythmic strategies. Eur Heart J 1998; 19:1178-1196.

378. Members of the Sicilian Gambit: The search for novel antiarrhythmic strategies. Jpn Circ J 1998; 62:633-648.

379. Myerburg RJ, Rosenbaum DS, Cohen RJ, Hohnloser SH, Gold MR, Camm AJ. T-wave alternans: Adding power to risk stratification. A report on the proceedings of a symposium sponsored by the University of Miami School of Medicine. Snell Medical Communication Inc. San Diego, California, May 8, 1998

380. Futterman LG, Myerburg RJ. Sudden Death in Athletes: An update. Sports Med 1998; 26:335-350.

381. Myerburg RJ, Kloosterman M, Yamamura K, Mitrani R, Interian A, Castellanos A. The case for inpatient initiation of antiarrhythmic therapy. J Cardiovasc Electrophysiol 1999; 10:482-487.

382. Myerburg RJ, Cox MM, Interian A, Mitrani R, Girgis I, Dylewski J, Castellanos A. Cycling of inducibility of paroxysmal supraventricular tachycardia in women and its implications for timing of diagnostic studies and interventions. Am J Cardiol 1999; 83:1049-1054.

383. Rosenberg D, Levin E, Myerburg RJ. A mnemonic for the recall of causes of electro-mechanical dissociation (EMD). Resuscitation 1999; 40:57.

384. Myerburg RJ, Mitrani R, Interian A, Simmons J, Castellanos A. Evaluation of pharmacological and device therapy for the management of life-threatening arrhythmias. Eur Heart J 1999; Suppl 1(C):C21-C30.

385. Mitrani RD, Kloosterman EM, Huikuri H, Dylewski J, Atapattu S, Interian A, Castellanos A, Myerburg RJ. Muscarinic receptor stimulation with edrophonium hydrochloride does not elevate ventricular fibrillation thresholds in humans. J Cardiovasc Electrophysiol 1999; 10:809-816.

386. Yuan F, Pinto JMB, Qi L, Wasserlauf BF, Bassett AL, Myerburg RJ. Characteristics of IK and its response to quinidine in myocytes from sites of regional hypertrophy in experimental healed infarction. J Cardiovasc Electrophysiol 1999; 10:844-854.

387. Moleiro F, Misticchio F, Torres, JM, Pulido M, Luque M, Rodriguez A, Mendoza I, Guerrero J, Ruesta V,

Castellanos A, Myerburg RJ. Paradoxical behavior of the QT interval during exercise and recovery and its relationship to cardiac memory. Clin Cardiol 1999; 22:413-416.

388. Mitrani RD, Simmons JD, Interian A, Castellanos A, Myerburg RJ. Cardiac pacemakers: current and future status. Curr Probl Cardiol 1999; 24:341-420.

389. Myerburg RJ, Castellanos, A. Learning more about indications for implantable cardioverter-defibrillators. J Am Col Cardiol 1999; 34:1096-1098.

390. Huikuri HV, Poutiainen A-M, Makikallio TH, Koistinen MJ, Airaksinen KEJ, Mitrani RD, Myerburg RJ, Castellanos A. Dynamic behavior and autonomic regulation of ectopic atrial pacemakers. Circulation 1999; 100:1416-1422.

391. Castellanos A, Lopera G, Moleiro F, Chakko S, Mitrani RD, Myerburg RJ. Decreased heart rate variability in appropriate sinus tachycardia and effects of rapid rate. Am J Cardiol 1999; 84:1264-1266.

392. Huikuri HV, Makikallio T, Airaksinen KEJ, Mitrani R, Castellanos A, Myerburg RJ. Measurement of heart rate variability: A clinical tool or a research toy? J Am Coll Cardiol 1999; 34:1878-1883.

393. Girgis I, Contreras G, Chakko S, Perez G, McLoughlin J, Lafferty J, Gualberti L, Ammazzalorso M, Costantino T, Bresznyak M, Kleiner M, McGinn T, Myerburg R. The effect of hemodialysis on the signal-averaged electrocardiogram. Amer J Kidney Diseases 1999; 34:1105-1113.

394. Kloosterman EM, Yamamura K, Alba J, Mitrani RD, Myerburg RJ, Interian A. An innovative application of anatomic electromagnetic voltage mapping in a patient with Ebstein's anomaly undergoing permanent pacemaker implantation. J Cardiovasc Electrophysiol 2000; 11:99-101.

395. Myerburg RJ, Mitrani R, Interian A, Simmons J, Kloosterman M, Castellanos A. The interpretation and clinical application of data from trials on sudden cardiac death. J Interven Cardiac Electrophysiol 2000; 4:95-102.

396. Castellanos A, Myerburg RJ. Parasystolic alienation: An impression or a reality? J Cardiovasc Electrophysiol 2000; 11:178-179.

397. Mendoza IJ, Castellanos A, Lopera G, Moleiro F, Mitrani RD, Myerburg RJ. Spontaneous paroxysmal atrioventricular block in patients with positive tilt tests and negative electrophysiologic studies. Am J Cardiol 2000; 85:893-896.

398. Castellanos A, Moleiro F, Lopera G, Huikuri H, Interian A, Myerburg RJ. Dynamics of the uncorrected QT interval during vagal-induced lengthening of RR intervals. Am J Cardiol 2000; 86:1390-1392.

399. Makikallio TH, Huikuri HV, Hintze U, Videbaek J, Mitrani RD, Castellanos A, Myerburg RJ. Fractal analysis and time- and frequency-domain measures of heart rate variability as predictors of mortality in patients with heart failure. Am J Cardiol 2001; 87:178-182.

400. Moleira F, Misticchio F, Mendoza I, Rodriguez A, Castellanos A, Myerburg RJ. Paradoxical behavior of PR interval dynamics during exercise and recovery and its relationship to cardiac memory at the atrioventricular node. J Electrocardiology 2001; 34:31-34.

401. Pastor JA, Castellanos A, Moleira F, Myerburg RJ. Patterns of acute inferior wall myocardial infarction caused by hyperkalemia. J Electrocardiology 2001; 34:53-58.

402. Myerburg, RJ. Sudden Cardiac Death: Exploring the Limits of Our Knowledge. J Cardiovasc Electrophysiol 2001; 12:369-381.

403. Makikallio TH, Huikuri HV, Makikallio A, Sourander LB, Mitrani RD, Castellanos A, Myerburg RJ. Prediction of sudden cardiac death by fractal analysis of heart rate variability in elderly subjects. J Am Coll Cardiol 2001; 37:1395-1402.

404. Pollak WM, Simmons JD, Interian A, Atapattu SA, Castellanos A, Myerburg RJ, Mitrani RD. Clinical utility of intraatrial pacemaker stored electrograms to diagnose atrial fibrillation and flutter. PACE 2001; 24:424-429.

405. Lopera GA, Huikuri HV, Makikallio TH, Tapanainen J, Chakko S, Mitrani RD, Interian A, Castellanos A, Myerburg RJ. Is abnormal heart rate variability a specific feature of congestive heart failure? Am J Cardiol 2001; 87:1211-1213.

406. Spooner PM, Priori SG, Myerburg RJ. Editorial: Spotlight on sudden cardiac death. Cardiovasc Res 2001; 50:173-176.

407. Spooner PM, Myerburg RJ. Opportunities for sudden death prevention: Directions for new clinical and basic research. Cardiovasc Res 2001; 50:177-185.

408. Lombardi F, Makikallio TH, Myerburg RJ, Huikuri HV. Sudden cardiac death: role of heart rate variability to identify patients at risk. Cardiovasc Res 2001; 50:210-217.

409. Pastor JA, Castellanos A, Myerburg RJ. Apparent misplacement of chest electrode on left leg: A unique example of electrodal confusion. Am J Cardiol 2001; 88:829-830.

410. Huikuri HV, Castellanos A, Myerburg RJ. Sudden death due to cardiac arrhythmias. N Engl J Med 2001; 345:1473-1482.

411. Diaz J, Castellanos A, Moleiro F, Interian A, Myerburg RJ. Relation between sinus rates preceding and following ectopic beats occurring in isolation and as episodes of bigeminy in young healthy subjects. Amer J Cardiol 2002; 90:332-335.

412. Yang X, Salas PJI, Pham TV, Wasserlauf BJ, Smets MJD, Myerburg RJ, Gelband H, Hoffman BF, Bassett AL. Cytoskeletal actin microfilaments and the transient outward potassium current in hypertrophied rat ventriculocytes. J Physiology 2002; 541:411-421.

413. Myerburg RJ. Scientific gaps in the prediction and prevention of sudden cardiac death. J Cardiovasc Electrophysiol 2002; 13:709-723.

414. Mosesso VN, Newman MM, Ornato JP, Paris PM, and the National Center for Early Defibrillation Police AED Issues Forum Panelists: Andersen L, Brinsfield K, Dunnavant GR, Frederick J, Groh WJ, Johnston S, Lerner EB, Murphy G, Myerburg RJ, Rosenberg DG, Savino M, Sayre MR, Sciammarella J, Schoen V, Vargo P, van Alem A, White RD. Law Enforcement Agency Defibrillation (LEA-D): Proceedings of the National Center for Early Defibrillation Police AED Issues Forum. Prehospital Emergency Care 2002;

6:273-282.

415. Still A-M, Huikuri HV, Airaksinen KEJ, Koistinen MJ, Kettunen R, Hartikainen J, Mitrani RD, Castellanos A, Myerburg RJ, Raatikainen MJP. Impaired negative chronotropic response to adenosine in patients with inappropriate sinus tachycardia. J Cardiovasc Electrophysiol 2002; 13:557-562.

416. Makikallio TH, Huikuri HV, Myerburg RJ, Seppanen T, Kloosterman M, Interian A, Castellanos A, Mitrani RD. Differences in the activation patterns between sustained and self-terminating episodes of human ventricular fibrillation. Ann Med 2002; 34:130-135.

417. Myerburg RJ, Fenster J, Velez M, Rosenberg D, Lai S, Kurlansky P, Newton S, Knox M, Castellanos A. Impact of community-wide police car deployment of automated external defibrillators on survival from out-of-hospital cardiac arrest. Circulation 2002; 106:1058-1064.

418. Myerburg RJ, Castellanos A. Electrode positioning for cardioversion of atrial fibrillation. Lancet 2002; 360:1263-1264.

419. Bonow R, Clark EB, Curfman GD, Guttmacher A, Hill MN, Miller, DC, Morrison AR, Myerburg RJ, Schneider MD, Weisfeldt ML, Willerson JT, Young JB. Task force on strategic research direction: Clinical science subgroup. Circulation 2002; 106:e162-e166.

420. Willens HJ, Lowery MH, Lopez E, Ewing MH, Myerburg RJ. Rapid resolution of left ventricular thrombus in antiphospholipid syndrome. Echocardiography: A Jrnl of CV Ultrasound & Allied Tech 2003; 20:1-5.

421. Moleiro F, Castellanos A, Diaz JO, Myerburg RJ. Dynamics of the QT intervals encompassing secondary repolarization abnormalities during sudden but transient lengthening of the RR intervals. Am J Cardiol 2003; 91:883-885.

422. Lopera G, Castellanos A, Moleiro F, Huikuri HV, Myerburg RJ. Chronic inappropriate sinus tachycardia in elderly females. Ann Noninvasive Electrocardiol 2003; 8:139-143.

423. Lindgren KS, Makikallio TH, Seppanen T, Raatikainen MJP, Castellanos A, Myerburg RJ, Huikuri HV. Heart rate turbulence after ventricular and atrial premature beats in subjects without structural heart disease. J Cardiovasc Electrophysiol 2003; 14:447-452.

424. Castellanos A, Myerburg RJ. The Chicago School of Arrhythmology: Revisited. Cardiac Electrophysiol Rev 2003; 7:96-98.

425. Myerburg RJ, Bishopric NH. Transplantation of stem cells to the heart: Do arrhythmic risks impinge upon anticipated benefits? J Cardiovasc Electrophysiol 2003; 14:849-850

426. Huikuri HV, Tapanainen JM, Lindgren K, Raatikainen P, Makikallio TH, Airaksinen KEJ, Myerburg RJ. Prediction of sudden cardiac death after myocardial infarction in the beta-blocking era. J Am Coll Cardiol 2003; 42:652-658.

427. Myerburg RJ, Velez M, Rosenberg DG, Fenster J, Castellanos A. Automatic external defibrillators for prevention of out-of-hospital sudden death: Effectiveness of the automatic external defibrillator. J Cardiovasc Electrophysiol 2003; 14:S108-S116

428. de Marchena E, Colvin-Adams M, Esnard J, Ridha M, Castellanos A, Myerburg RJ. Ventriculophasic sinus arrhythmia in the orthotopic transplanted heart: mechanism of disease revisited. International J Cardiol 2003; 91:71-74

429. Myerburg RJ, Velez M, Fenster J, Rosenberg DG, Castellanos A. Community-based responses to impending or actual cardiac arrest and advances in post-cardiac arrest care. J Interventional Cardiac Electrophysiol 2003; 9:189-202

430. Maron BJ, Chaitman BR, Ackerman MJ, Bayes de Luna A, Corrado D, Crosson JE, Deal BJ, Driscoll DJ, Estes III NAM, Araujo CG, Liang DH, Mitten MJ, Myerburg RJ, Pelliccia A, Thompson PD, Towbin JA, Van Camp SP. Recommendations for physical activity and recreational sports participation for young patients with genetic cardiovascular diseases. Circulation 2004; 109:2807-2816

431. Miller TE, Estrella E, Myerburg RJ, Garcia de Viera J, Moreno N, Rusconi P, Ahearn ME, Baumbach L, Kurlansky P, Wolff G, Bishopric NH. Recurrent third-trimester fetal loss and maternal mosaicism for long-QT syndrome. Circulation 2004; 109:3029-3034

432. Khan AN, Soriano T, Castellanos A, Myerburg R. Images in Cardiology: The electrocardiogram that saved a life. Clin Cardiol 2004; 27:449

433. Baughman KL, Pepine CJ, Abrams J, Bashore TM, Califf RM, Feldman AM, Fye WB, Griffin BP, Myerburg RJ, Naccarelli GV, Williams ES. Working group 1: How to increase the output of cardiologists. J Am Coll Cardiol 2004; 44:233-237

434. Willens HJ, Chakko SC, Lowery MH, Byers P, Labrador E, Gallagher A, Castrillon JC, Myerburg RJ. Tissue Doppler imaging of the right and left ventricle in severe obesity (body mass index >35 kg/m(2). Am J Cardiol 2004; 94:1087-1090

435. Dorian P, Borggrefe M, Al-Khalidi HR, Hohnloser SH, Brum JM, Tatla DS, Brachmann J, Myerburg RJ, Cannom DS, vanderLaan M, Holroyde MJ, Singer I, Pratt CM, on Behalf of the Shock Inhibition Evaluation with azimiLiDe (SHIELD) Investigators. Placebo-controlled, randomized clinical trial of azimilide for prevention of ventricular tachyarrhythmias in patients with an implantable cardioverter defibrillator. Circulation 2004; 110:3646-3654

436. Myerburg RJ, Castellanos A. Language and interpretation of clinical trial outcomes: Alternates, surrogates, and composites. Editorial Commentary, Heart Rhythm 2004; 1:538-539

437. Pratt CM, Dorian P, Al-Khalidi HR, Brum JM, Borggrefe M, Tatla DS, Brachmann J, Myerburg RJ, Cannom DS, Holroyde MJ, van der Laan M, Hohnloser SH; on behalf of the SHIELD Investigators. Design of the SHock Inhibition Evaluation with Azimilide (SHIELD) study: A novel method to assess antiarrhythmic drug effect in patients with an implantable cardioverter-defibrillator. Am J Cardiol. 2005; 95(2):274-6.

438. Lieberman A, Lyons K, Levine J, Myerburg R. Statins, cholesterol, Co-enzyme Q10, and Parkinson's disease. Parkinsonism Relat Disord 2005; 11(2):81-84.

439. Myerburg RJ, Estes NA M, Fontaine JM, Link MS, Zipes DP. Task Force 10: Automated External Defibrillators, 36th Bethesda Conference: Eligibility Recommendations for Competitive Athletes with Cardiovascular Abnormalities. J Am Coll Cardiol 2005; 45(8):1369-1371.

440. Thompson PD, Balady GJ, Chairman BR, Clark LT, Levine BD, Myerburg RJ. Task Force 6: Coronary Artery Disease, 36th Bethesda Conference: Eligibility Recommendations for Competitive Athletes with Cardiovascular Abnormalities. J Am Coll Cardiol 2005; 45(8):1348-1353

441. Zipes DP, Ackerman MJ, Estes M, Grant AO, Myerburg RJ, Van Hare G. Task Force 7: Arrhythmias, 36th Bethesda Conference: Eligibility Recommendations for Competitive Athletes with Cardiovascular Abnormalities. J Am Coll Cardiol 2005; 45(8):1354-1363.

442. Chirinos JA, Castrellon A, Zambrano JP, Jimenez JJ, Jy W, Horstman LL, Willens HJ, Castellanos A, Myerburg RJ, Ahn YS. Digoxin use is associated with increased platelet and endothelial cell activation in patients with nonvalvular atrial fibrillation. Heart Rhythm 2005; 2:525-529.

443. Castellanos A, Diaz J, Interian A, Myerburg RJ. Wenckebach's period or alternating Wenckebach's periods during 4:1 atrioventricular block? J Electrocardiol 2005; 38:157-159.

444. Chirinos JA, Zambrano JP, Virani SS, Jimenez JJ, Jy W, Ahan E, Horstman LL, Castellanos A, Myerburg RJ, and Ahn YS. Correlation between apoptotic endothelial microparticles and serum interleukin-6 and C-reactive protein in healthy men. Am J Cardiol 2005; 95:1258-1260.

445. Speziani GH, Jimenez J, Rechani L, Mallon S, Interian A Jr., Myerburg R. Acute pulmonary hypertension secondary to right ventricular pacing in a patient with sinus node dysfunction and severe ischemic cardiomyopathy. Congest Heart Fail 2005; 11:159-161.

446. Lieberman A, Lyons K, Levine J, **Myerburg R**: Statins, cholesterol, Coenzyme Q10, and Parkinson's disease. Parkinsonism Relat. Disord. 2005; 11:81–84.

447. Podrid PJ, Myerburg RJ. Epidemiology and stratification of risk for sudden cardiac death. Clin Cardiol 2005; 28 (Suppl. I), I-3-I-11

448. Strickberger SA, Benson DW, Biaggioni I, Callans DJ, Cohen MI, Ellenbogen KA, Epstein AE, Friedman P, Goldberger J, Heidenreich PA, Klein GH, Knight BP, Morillo CA, Myerburg RJ, Sila CA; American Heart Association Councils of Clinical Cardiology; Cardiovascular Nursing, Cardiovascular Disease in the Young, and Stroke; Quality of Care and Outcomes Research Interdisciplinary Working Group; American College of Cardiology Foundation; Heart Rhythm Society; American Autonomic Society. AHA/ACCF Scientific Statement on the evaluation of syncope: from the American Heart Association Councilis on Clinical Cardiology, Cardiovascular Nursing, Cardiovascular Disease in the Young, and Stroke, and the Quality of Care and Outcomes Research Interdisciplinary Working Group; and the American Collage of Cardiology Foundation: in collaboration with the Heart Rhythm Society: endorsed by the Amercian Autonomic Society. Circulation 2006; 113:316-327; Erratum in 113(14):e697; and J Am Coll Cardiol 2006; 47:473-484.

449. Myerburg RJ, Castellanos A. Clinical research designs and implantable defibrillator indications: spend in the beginning or pay at the end. J Am Coll Cardiol. 2006; 47(1):108-11.

450. Myerburg RJ, Castellanos A. Emerging paradigms of the epidemiology and demographics of sudden cardiac arrest. Heart Rhythm 2006; 3(2):235-239.

451. Myerburg RJ, Feigal Jr. DW, Lindsay BD. Life-threatening malfunction of implantable cardiac devices.

New Engl J Med 2006; 354(22):2309-2311.

452. Linzer M, Myerburg RJ, Kutner JS, Wilcox CM, Oddone E, DeHoratius RJ, Naccarelli GV, ASP Workforce Committee. Exploring the generalist-subspecialist interface in internal medicine. Am J Med 2006; 119(6):528-537.

453. Chirinos JA, Myerburg RJ, Castellanos A. Supraventricular tachycardia in Wolff-Parkinson-White syndrome: to and fro. Clin Cardiol 2006; 29(7):324.

454. Myerburg RJ, Castellanos A. A unique historical overview of the implantable cardioverter-defibrillator. Heart Rhythm 2006; 3(7):769-770.

455. Zipes DP, Camm AJ, Borggrefe M, Buxton AE, Chaitman B, Fromer M, Gregoratos G, Klein G, Moss AJ, Myerburg RJ, Priori SG, Quinones MA, Roden DM, Silka MJ, Tracy C et al. ACC/AHA/ESC 2006 Guidelines for Management of Patients with Ventricular Arrhythmias and the Prevention of Sudden Cardiac Death – Executive Summary. J Am Coll Cardiol 2006; 48(5):1064-1108.

456. Zipes DP, Camm AJ, Borggrefe M, Buxton AE, Chaitman B, Fromer M, Gregoratos G, Klein G, Moss AJ, Myerburg RJ, Priori SG, Quinones MA, Roden DM, Silka MJ, Tracy C et al. ACC/AHA/ESC 2006 Guidelines for Management of Patients with Ventricular Arrhythmias and the Prevention of Sudden Cardiac Death – Executive Summary, Circulation 2006; 114(10): e385-484.

457. Zipes DP, Camm AJ, Borggrefe M, Buxton AE, Chaitman B, Fromer M, Gregoratos G, Klein G, Moss AJ, Myerburg RJ, Priori SG, Quinones MA, Roden DM, Silka MJ, Tracy C et al. ACC/AHA/ESC 2006 Guidelines for Management of Patients with Ventricular Arrhythmias and the Prevention of Sudden Cardiac Death – Executive Summary. Eur Heart J. 2006; 27(17):2099-2140.

458. Zipes DP, Camm AJ, Borggrefe M, Buxton AE, Chaitman B, Fromer M, Gregoratos G, Klein G, Moss AJ, **Myerburg RJ**, Priori SG, Quinones MA, Roden DM, Silka MJ, Tracy C et al. ACC/AHA/ESC 2006 Guidelines for Management of Patients with Ventricular Arrhythmias and the Prevention of Sudden Cardiac Death – Executive Summary. Europace 2006; 8(9):746-837.

459. Strickberger SA, Benson DW, Giaggioni I, Callans DJ, Cohen MI, Ellenbogen KA, Epstein AE, Friedman P, Goldberger J, Heidenreich PA, Klein GJ, Knight BP, Morillo CA, **Myerburg RJ**, Sila CA, Woo MA. Reply (to letter to the editor entitled, "The ACCF/AHA Scientific Statement of Syncope Needs Rethinking" by David G. Benditt et al.) J Am Coll Cardiol 2006; 48(12):2599.

460. Zipes DP, Camm AJ, Borggrefe M, Buxton AE, Chaitman B, Fromer M, Gregoratos G, Klein G, Moss AJ, **Myerburg RJ**, Priori SG, Quinones MA, Roden DM, Silka MJ, Tracy C. Guidelines for management of patients with ventricular arrhythmias and the prevention of sudden cardiac death – Executive Summary Rev Esp Cardiol 2006; 12:1328 (in Spanish).

461. Miller TE, You L, **Myerburg RJ**, Benke PJ, Bishopric NH. Whole blood RNA offers a rapid, comprehensive approach to genetic diagnosis of cardiovascular diseases. Genet Med 2007 9(1):23-33.

462. Del-Carpio Munoz F, **Myerburg RJ**, Castellanos A. Letter by Del-Carpio Munoz et al regarding article, "Masking inferior infarction by anterior myocardial injury," Circulation 2007; 115(7): e200; author reply e204.

463. **Myerburg RJ**, Vetter VL. Electrocardiograms should be included in preparticipation screening of athletes. Circulation 2007; 116:2616-2626.

464. **Myerburg RJ**, Chaitman BR, Ewy GA, and Lauer, MS. Task Force 2: Training in Electrocardiography, Ambulatory Electrocardiography, and Exercise Testing: ACCF COCATS 3 Training Statement: Task Force 2, J Am Coll Cardiol 2008; 51:348-354

465. **Myerburg RJ**, Castellanos A: Early repolarization and sudden cardiac arrest: theme or variation on a theme? Nature - Clin Pract Cardiovasc Med. 2008; 5:760-1.

466. **Myerburg RJ**: Implantable cardioverter-defibrillators after myocardial infarction. New Engl J Med 2008; 359:2245-2253.

467. **Myerburg RJ**, Reddy V, Castellanos A: Indications for implantable cardioverter-defibrillators based on evidence and judgment. JACC 2009; 54:747-763.

468. **Myerburg RJ**: Training in clinical cardiac electrophysiology at the crossroads. Heart Rhythm 2009; 6:1613-1615.

469. **Myerburg RJ**, Hendel RC: Expanding risk-profiling strategies for prediction and prevention of sudden cardiac death. J Am Coll Cardiol 2010; 56:215-217.

470. Bezzina CR, Pazoki R, Bardai A, Marsman RF, de Jong JSSG, Blom MT, Scicluna BP, Jukema JW, Bindraban NR, Lichtner P, Pfeufer A, Bishopric N, Roden DM, Meitinger T, Chugh SS, **Myerburg RJ**, Jouven X, Kääb S, Dekker LRC, Tan HL, Tanck MWT, Wilde AAM: Genome-wide association study identifies a susceptibility locus region at 21q21 for ventricular fibrillation in acute myocardial infarction. Nature Genetics 2010; 42:688-691.

471. Junttila MJ, Barthel P, **Myerburg RJ**, Mäkikallio TH, Bauer A, Ulm K, Kiviniemi A, Tulppo M., Perkiömäki JS, Schmidt G, Huikuri HV: Sudden cardiac death after myocardial infarction in patients with type 2 diabetes. Heart Rhythm 2010, 7:1396-403.

472. Reiffel JA, Kowey PR, **Myerburg R**, Naccarelli GV, Packer DL, Pratt CM, Reiter MJ, Waldo AL; AFFECTS Scientific Advisory Committee and Investigators: Practice patterns among United States cardiologists for managing adults with atrial fibrillation (from the AFFECTS Registry). Am J Cardiol. 2010; 105:1122-1129.

473. Kowey PR, Reiffel JA, **Myerburg R**, Naccarelli GV, Packer DL, Pratt CM, Reiter MJ, Waldo AL; AFFECTS Scientific Advisory Committee and Investigators: Warfarin and aspirin use in atrial fibrillation among practicing cardiologist (from the AFFECTS Registry). Am J Cardiol. 2010; 105:1130-1134.

474. Junttila MJ, Sager SJ, Freiser M, McGonagle S, Castellanos A, **Myerburg RJ**: Inferolateral early repolarization in athletes. J Interv Card Electrophysiol. 2011; 31:33-38.

475. Goldberger JJ, Buxton AE, Cain M, Costantini O, Exner DV, Knight BP, Lloyd-Jones D, Kadish AH, Lee B, Moss A, **Myerburg R,** Olgin J, Passman R, Rosenbaum D, Stevenson W, Zareba W, Zipes DP: Risk stratification for arrhythmic sudden cardiac death: Identifying the roadblocks. Circulation 2011; 123:2423-2430.

476. Tikkanen JT, Junttila MJ, Anttonen O, Aro AL, Luttinen S, Kerola T, Sager SJ, Rissanen HA, **Myerburg RJ**, Reunanen A, Huikuri HV: Early repolarization: Electrocardiographic phenotypes associated with favorable long-term outcome. Circulation 2011; 123:2666-2673.

477. Hookana E, Junttila MJ, Puurunen V-P, Tikkanen JT, Kaikkonen KS, Kortelainen M-L, **Myerburg RJ**, Huikuri HV: Causes of non-ischemic sudden cardiac death in the current era. Heart Rhythm 2011; 8:1570-1575.

478. Junttila MJ, Castellanos A, Huikuri HV, **Myerburg RJ**: Risk markers of sudden cardiac death in standard 12-lead electrocardiograms. Ann Med. 2012;44:717-732.

479. **Myerburg RJ**, Marchlinski FE, Scheinman MM: Controversy on electrophysiology testing in patients with Brugada syndrome. Heart Rhythm 2011; 8:1972-1974.

480. Parikh MG, Kakodkar SA, Neiger JS, **Myerburg RJ**, Trohman RG: Variant ventricular tachycardia. Pacing Clin Electrophysiol. 2012; 35:612-615.

481. **Myerburg RJ**, Junttila MJ: Sudden cardiac death caused by coronary heart disease. Circulation 2012; 125:1043-1052.

482. Kääb S, Crawford DC, Sinner MF, Behr ER, Kannankeril PJ, Wilde AAM, Bezzina CR, PhD, Schulze-Bahr E, Guicheney P, Bishopric NH, **Myerburg RJ**, Schott J-J, Pfeufer A, Beckmann B-M, Martens E, Zhang T, Stallmeyer B, Zumhagen S, Denjoy I, Bardai A, van Gelder I, Jamshidi Y, Dalageorgou C, Marshall V, Jeffery S, Shakir S, Camm AJ, Steinbeck G, Perz S, Lichtner P, Meitinger T, Peters A, Wichmann H-E, Ingram C, Bradford Y, Carter S, Norris K, Ritchie MD, George AL Jr, Roden DM: A large candidate gene survey identifies the *KCNE1* D85N polymorphism as a possible modulator of drug-induced torsade de pointes. Circulation Cardiovasc Genet. 2012; 5:91-99.

483. Stoutenberg M, Kressler J, Chen GL, Perry AC, **Myerburg RJ**, Mendez J, Signorile JF, Arheart KL, Lewis JE, Jacobs KA. Aerobic training does not alter CRP in apparently healthy, untrained men. J Sports Med Phys Fitness 2012; 52:53-62.

484. Junttila MJ, Sager SJ, Tikkanen JT, Anttonen O, Huikuri HV, **Myerburg RJ**: Clinical significance of variants of J-points and J-waves: Early repolarization patterns and risk. Eur Heart J. 2012;33:2639-2643

485. **Myerburg RJ**, Goodman KW, Ringe TBK, III: Electronic control devices: Science, law, and social responsibility. Circulation 2012; 125:2406-2408.

486. Mitrani RD, McArdle A, Slane M, Cogan J, **Myerburg RJ**: Wearable Defibrillators in uninsured patients with newly-diagnosed cardiomyopathy or recent revascularization in a community medical center. Amer Heart J 2013; 165:386–392.

487. Hoosien M, Ahearn ME, **Myerburg RJ**, Pham TV, Miller TE, Smets MJ, Baumbach-Reardon L, Young M-L, Farooq A, Ph.D, Bishopric NH: Dysfunctional potassium channel subunit interaction as a novel mechanism of long QT syndrome. Heart Rhythm 2013; *10:728-737*

488. Badheka AO, Marzouka GR, Rathod AD, Patel NJ, **Myerburg RJ**, Mitrani RD: Comparison of rate versus rhythm control in patients with atrial fibrillation and a pacemaker. Am J Cardiol. 2013; 111:1759-63.

489. **Myerburg RJ**, Rosen MR, Wit AL: Brian Francis Hoffman, MD (1925–2013): Memories of a teacher, mentor, and friend. Circ Res 2013; 112:988-991.

490. Badheka AO, Patel NJ, Singh V, Deshmukh A, Shah N, Grover P, Rathod A, Chothani A, Mehta K, Savani G, **Myerburg RJ,** Mitrani RD, Cohen MG: Predictors of J-point elevation in a cross sectional US cohort. Int J Cardiol 2013; 168:3082-3.

491. Lampert R, **Myerburg RJ**: The true incremental cost of ECG screening: The price is not right, but the cost appears effective (Letter). JACC 2013; 61:1553-1554

492. Sager SJ, Hoosien M, Junttila MJ, Tanawuttiwat T, Perry AC, **Myerburg** RJ: Comparison of inferolateral early repolarization and its electrocardiographic phenotypes in pre- and post-adolescent populations. Am J Cardiol. 2013; 112: 444-448.

493. Tanawuttiwat T, Sager SJ, Hare JM, **Myerburg RJ**: Myocarditis and ARVC/D: variants or mimics? Heart Rhythm 2013; 10:1544–1548.

494. Behr ER, Ritchie MD,Tanaka T, Kääb S, Crawford DC, Nicoletti P, Floratos A, Sinner MF, Kannankeril PJ, Wilde AAM, Bezzina CR, Schulze-Bahr E, Zumhagen S, Guicheney P, Bishopric NH, Marshall V, Shakir S, Dalageorgou C, Bevan S, Jamshidi Y, Bastiaenen R, **Myerburg RJ**, Schott J-J, Camm AJ, Steinbeck G, Norris K, Altman RB, Tatonetti NP, Jeffery S, Kubo M, Nakamura Y, Shen Y, George Jr AL, RodenDM: Genome wide analysis of drug-induced Torsades de Pointes: lack of common variants with large effect sizes. PLOS ONE 2013; 8(11): e78511; November 6, 2013.

495. **Myerburg RJ**, Halperin H, Egan D, Boineau R, Chugh SS, Gillis AM, Goldhaber J, Lathrop DA, Liu P, Niemann JT, Ornato JP, Sopko G, Van Eyk J, Walcott G, Weisfeldt M, Wright JD, Zipes DP: Pulseless electrical activity – definition, causes, mechanisms, management, and research priorities for the next decade: Report from a National Heart, Lung, and Blood Institute Workshop. Circulation 2013; 128:2532-2541.

496. Goldberger JJ, Basu A, Boineau R, Buxton AE, Cain ME, Canty JM Jr, Chen PS, Chugh SS, Costantini O, Exner DV, Kadish AH, Lee B, Lloyd-Jones D, Moss AJ, **Myerburg RJ**, Olgin JE, Passman R, Stevenson WG, Tomaselli GF, Zareba W, Zipes DP, Zoloth L: Risk stratification for sudden cardiac death: a plan for the future. Circulation 2014; 129:516-526.

497. Wellens HJ, Schwartz PJ, Lindemans FW, Buxton AE, Goldberger JJ, Hohnloser SH, Huikuri HV, Kääb S, La Rovere MT, Malik M, **Myerburg RJ**, Simoons ML, Swedberg K, Tijssen J, Voors AA, Wilde AA. Risk stratification for sudden cardiac death: current status and challenges for the future. Eur Heart J. 2014;35:1642–1651.

498. Tanawuttiwat T, O'Neill BP, Cohen MG, Chinthakanan O, Heldman AW, Martinez CA, Alfonso CE, Mitrani RD, Macon CJ, Carrillo RG, Williams DB, O'Neill WW, **Myerburg RJ**: New-onset atrial fibrillation after aortic valve replacement: Comparison of transfemoral, transapical, transaortic and surgical approaches. J Am Coll Cardiol 2014; 63:1510-1519

499. Vance DD, Chen G, Stoutenberg M, **Myerburg RJ**, Jacobs K, Nathanson L, Perry A, Seo D, Goldschmidt-Clermont PJ, Rampersaud E: Cardiac performance, biomarkers and gene expression studies in previously sedentary men participating in half-marathon training. BMC Sports Sci Med Rehabil 2014; 6:6. Published online Feb 19, 2014. doi: 10.1186/2052-1847-6-6

500. Hu D, Barajas-Martinez H, Pfeiffer R, Dezi F, Pfeiffer J, Buch T, Betzenhauser MJ, Belardinelli L, Kahlig K, Rajamani S, DeAntonio H, Iuliano PJ, Saldana R, Bryant E, **Myerburg RJ**, Ito H, Deshmukh P, Marieb M, Nam G-B, Bhatia A, Hasdemir C, Haissaguerre M, Veltmann C, Schimpf R, Borggrefe M, Viskin S, Antzelevitch C: Mutations in SCN10A responsible for a large fraction of Brugada syndrome cases. J Am Coll Cardiol 2014; 64:66-79.

501. Mitrani R, Sager S, Cogan J, Moscucci M, **Myerburg RJ**: Transient variations of transthoracic impedance as a predictor of heart failure and death in patients with implanted defibrillators. Intern J Cardiol 2014, 175:473-477.

502. Rosen MR, **Myerburg RJ**: Translating stem cell research to the treatment of cardiac disease. In: State-of-the-Art - Rosen MR, Myerburg RJ, Francis DP, Cole GD, Marbán E: Translating Stem Cell Research to Cardiac Disease Therapies: Pitfalls and Prospects for Improvement. J Amer Coll Cardiol 2014; 64:922-930.

503. **Myerburg RJ**: Initiatives for improving out-of-hospital cardiac arrest outcomes. Circulation 2014; 30:1840-1843

504. Tamariz L, Rodriguez A, Palacio A, Li H, **Myerburg** R. Racial disparities in the use of catheter ablation for atrial fibrillation and flutter. Clin Cardiol. 2014;37:733-737.

505. Damluji AA, Ramireddy A, Al-Damluji MS, Marzouka GR, Otalvaro L, Viles-Gonzalez JF, Dong C, Alfonso CE, Hendel RC, Cohen MG, Moscucci M, Bishopric NH, **Myerburg RJ**. Association between anti-human heat shock protein-60 and interleukin-2 with coronary artery calcium score. Heart 2015; 101:436-41.

506. Kolder ICRM, Tanck MWT, Postema PG, Barc J, Sinner MF, Zumhagen S, Husemann A, Koopmann TT, Hofman N, Pfeufer A, Lichtner P, Meitinger T, Beckmann BM, **Myerburg RJ**, Bishopric NH, Roden DM, Kääb S, Wilde AAM, Schott J-J, Schulze-Bahr E, Bezzina CR: Analysis for genetic modifiers of disease severity in patients with Long QT Syndrome Type 2. Circ Cardiovasc Genet. 2015;8:447-456.

507. **Myerburg RJ**: Physiological variations, environmental factors, and genetic modifications in inherited LQT syndromes. JACC 2015; 65:375-377.

508. **Myerburg RJ**, Ullmann SG: Alternative research funding to improve clinical outcomes: The model of prediction and prevention of sudden cardiac death. Circulation - Arrhythmias and Electrophysiology, 2015;8:2 492-498.

509. Damluji AA, Al-Damluji MS, Marzouka GR, Coffey JO, Viles-Gonzalez JF, Cohen MG, Moscucci M, **Myerburg RJ**, Mitrani RD: New-onset versus prior history of atrial fibrillation: Outcomes from the AFFIRM trial. Am Heart J. 2015; 170:156-63.

510. IOM (Institute of Medicine) 2015. Committee on the Treatment of Cardiac Arrest: Current Status and Future Directions: Strategies to improve cardiac arrest survival: A time to act. Washington, DC: The National Academies Press.

511. Van Hare GF, Ackerman MJ, Evangelista JK, Kovacs RJ, **Myerburg RJ**, Shafer KM, Warnes CA, Washington RL: Eligibility and Disqualification Recommendations for Competitive Athletes With Cardiovascular Abnormalities: Task Force 4: Congenital Heart Disease. Circulation. 2015; 132:e281-291.

512. Thompson PD, **Myerburg RJ**, Levine BD, Udelson JE, Kovacs RJ: Eligibility and Disqualification Recommendations for Competitive Athletes With Cardiovascular Abnormalities: Task Force 8: Coronary Artery Disease: A Scientific Statement From the American Heart Association and American College of Cardiology. Circulation. 2015; 132:e310-314.

513. Zipes DP, Link MS, Ackerman MJ, Kovacs RJ, **Myerburg RJ**, Estes III NAM: Eligibility and Disqualification Recommendations for Competitive Athletes With Cardiovascular Abnormalities: Task Force 9: Arrhythmias and Conduction Defects: A Scientific Statement From the American Heart Association and American College of Cardiology. Circulation. 2015; 132:e315-325.

514. Estes III NAM, Kovacs RJ, Baggish AL, **Myerburg RJ**: Eligibility and Disqualification Recommendations for Competitive Athletes With Cardiovascular Abnormalities: Task Force 11: Drugs and Performance-Enhancing Substances: A Scientific Statement From the American Heart Association and American College of Cardiology. Circulation. 2015; 132:e330-333.

515. Link MS, **Myerburg RJ**, Estes III NAM: Eligibility and Disqualification Recommendations for Competitive Athletes With Cardiovascular Abnormalities: Task Force 12: Emergency Action Plans, Resuscitation, Cardiopulmonary Resuscitation, and Automated External Defibrillators: A Scientific Statement From the American Heart Association and American College of Cardiology. Circulation. 2015; 132:e334-338.

516. Junttila MJ, Hookana E, Kaikonnen K, Kortelainen M-L, **Myerburg RJ**, Huikuri H: Temporal trends in the clinical and pathological characteristics of victims of sudden cardiac death in the absence of previously identified heart disease. Circulation - Arrhythmias and Electrophysiology, 2016 Jun;9(6). pii: e003723. doi: 10.1161/CIRCEP.

517. **Myerburg RJ**: Electrocardiographic screening of children and adolescents: The search for hidden risk. European Heart J 2016; 37:2498-2501.

518. **Myerburg RJ**: Optimizing out-of-hospital cardiac arrest responses: An exercise in time, distance, and communication. JACC 2016, 23;68:846-8.

519. Hainline B, Drezner JA, Baggish A, Harmon KG, Emery MS, **Myerburg RJ**, Sanchez E, Molossi S, Parsons JT, Thompson PD: Interassociation Consensus Statement on Cardiovascular Care of College Student-Athletes. J Am Coll Cardiol. 2016; 67:2981-2995.

519. Patel N, Deshmukh A, Thakkar B, Coffey JO, Agnihotri K, Patel A, Ainani N, Nalluri N, Patel N, Patel N, Patel N, Badheka AO, Kowalski M, Hendel R, Viles-Gonzalez J, Noseworthy PA, Asirvatham S, Lo K, **Myerburg** RJ, Mitrani RD: Gender, race, and health insurance status in patients undergoing catheter ablation for atrial fibrillation. Am J Cardiol. 2016; 117:1117-1126.

520. Sager SJ, Damluji AA, Cohen JA, Shah S, O'Neill BP, Alfonso CE, Martinez CA, **Myerburg RJ**, Heldman AW, Cohen MG, Williams DB, Carrillo RG: Transient and persistent conduction abnormalities following transcatheter aortic valve replacement with the Edwards-Sapien prosthesis: a comparison between antegrade vs. retrograde approaches. J Interv Card Electrophysiol. 2016; 47:143-151.

521. Patel N, Patel NJ, Macon CJ, Thakkar B, Desai M, Rengifo-Moreno P, Alfonso CE, **Myerburg** RJ, Bhatt DL, Cohen MG: Trends and outcomes of coronary angiography and percutaneous coronary intervention after out-of-hospital cardiac arrest associated with ventricular fibrillation or pulseless ventricular tachycardia. JAMA Cardiol. 2016; 1:890-899.

522. Damluji AA, Macon C, Fox A, Garcia G, Al-Damluji MS, Marzouka GR, **Myerburg RJ**, Gilchrist IC, Cohen MG, Moscucci M. The association between in-hospital hemoglobin changes, cardiovascular events, and mortality in acute decompensated heart failure: Results from the ESCAPE trial. Int J Cardiol. 2016;222:531-537.

523. Sager SJ, Healy C, Ramireddy A, Rivner H, Viles Gonzalez JF, Coffey JO, Rossin N, Lo KM, Goldberger JJ, **Myerburg RJ**, Mitrani RD: Differences between access to follow-up care and inappropriate shocks based on insurance status of implantable cardioverter defibrillator recipients. Am J Cardiol. 2017;119:594-598.

524. Ramireddy A, Brodt CR, Mendizabal AM, DiFede DL, Healy C, Goyal V, Alansari Y, Coffey JO, Viles-Gonzalez JF, Heldman AW, Goldberger JJ, **Myerburg RJ**, Hare JM, Mitrani RD: Effects of transendocardial stem cell injection on ventricular proarrhythmia in patients with ischemic cardiomyopathy: Results from the POSEIDON and TAC-HFT Trials. Stem Cells Transl Med. 2017; 6:1366-1372.

525. **Myerburg RJ**, Goldberger JJ: Sudden cardiac arrest risk prediction: Population science and the individual risk mandate. JAMA-Cardiology 2017; 2:689-694.

526. Brothers JA, Frommelt MA, Jaquiss RD, **Myerburg RJ**, Fraser CD Jr, Tweddell JS: Expert consensus guideline: Anomalous aortic origin of a coronary artery. J Thorac Cardiovasc Surg. 2017 J Thorac Cardiovasc Surg. 2017;153:1440-1457.

527. Damluji AA, Cohen ER, Moscucci M, **Myerburg RJ**, Cohen MG, Brooks MM, Rich MW, Forman DE: Insulin provision therapy and mortality in older adults with diabetes mellitus and stable ischemic heart disease: Insights from BARI-2D trial. Int J Cardiol. 2017; 241:35-40.

528. Myerburg RJ: Signaling the risk of sudden cardiac death: The ECG and beyond. European Heart J. 2017; 38:3026–3028.

529. Damluji AA, **Myerburg RJ**, Chongthammakun V, Feldman T, Rosenberg DG, Schrank KS, Keroff FM, Grossman M, Cohen MG, Moscucci M. Improvements in outcomes and disparities of ST-segment-elevation myocardial infarction care: The Miami-Dade County ST-Segment-Elevation Myocardial Infarction Network Projec. Circ Cardiovasc Qual Outcomes. 2017; 10. pii: e0040382017.

530. Al-Khatib SM, Stevenson WG, Ackerman MJ, Bryant WJ, Callans DJ, Curtis AB, Deal BJ, Dickfeld T, Field ME, Fonarow GC, Gillis AM, Hlatky MA, Granger CB, Hammill SC, Joglar JA, Kay GN, Matlock DD, **Myerburg RJ**, Page RL: AHA/ACC/HRS Guideline for Management of Patients With Ventricular Arrhythmias and the Prevention of Sudden Cardiac Death: A Report of the

American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines and the Heart Rhythm Society. Circulation. 2017 Oct 30. pii: CIR.0000000000000549. [Epub ahead of print]

531. **Myerburg RJ**: Sudden cardiac death: Interface between pathophysiology and epidemiology. Card Electrophysiol Clin. 2017;9:515-524.

532. Damluji A, Al-Damluji MS, Pomenti S, Zhang T, Cohen M, Mitrani R, Moscucci M, **Myerburg R**: Health care costs after cardiac arrest in the United States. Circulation - Arrhythmias and Electrophysiology 2018; 11:e005689. [Published on line April13, 2018]

533. Junttila MJ, Holmström L, Pylkäs K, Mantere T, Kaikkonen K, Porvari K, Kortelainen M-L, Pakanen L, Kerkelä R, **Myerburg RJ**, Huikuri H: Primary myocardial fibrosis as an alternate phenotype pathway of inherited cardiac structural disorders. Circulation 2018; 137:2716-2726.

534. **Myerburg RJ**: The screening ECG and cardiac risks. JAMA. 2018;319:2277-2279.

535. Mitrani RD, **Myerburg RJ**: Editorial commentary: Ethnic and racial disparities and differences in sudden cardiac death burden and survival: How do we close the gap? Trends Cardiovasc Med. 2019; 29:127-128.

536. Myerburg RJ: Remembering Dr. Agustin Castellanos-1927-2017. J Interv Card Electrophysiol. 2018; 52:251-254.

537. **Myerburg RJ**: Cardiac and non-cardiac causes of apparent sudden arrhythmic deaths: Shadows in a spectrum. Circulation. 2018;137:2701-2704.

538. Junttila MJ, Kiviniemi AM, Lepojärvi ES, Tulppo M, Piira O-P, Kenttä T, Perkiömäki JS, Ukkola OH, **Myerburg RJ**, Huikuri HV. Type 2 diabetes and coronary artery disease: preserved ejection fraction and sudden cardiac death. Heart Rhyrhm 2018; 15:1450-1456.

539. Haukilahti MAE, Holmström L, Vähätalo J, Kenttä T, Tikkanen J, Pakanen L, Kortelainen ML, Perkiömäki J, Huikuri H, **Myerburg RJ**, Junttila MJ: Sudden cardiac death in women. Circulation 2019;139:1012-1021.

540. Tamariz L, Balda J, Pareja D, Palacio A, **Myerburg RJ**, Conway D, Davis L, Goldberger JJ: Usefulness of single nucleotide polymorphisms as predictors of sudden cardiac death. Am J Cardiol. 2019; 123:1900-1905.

541. Kiviniemi AM, Lepojärvi1 ES, Tulppo MP, Piira O-P, Kenttä TV, Perkiömäki JS, Ukkola OH, **Myerburg RJ**, Junttila MJ, Huikuri HV : Prediabetes and risk for cardiac death among coronary artery disease patients: the ARTEMIS study. Diabetes Care 2019; 42:1319-1325.

542. Tikkanen JT, Kentta T, Porthan K, Anttonen O, Eranti A, Aro AL, Kerola T, Rissanen HA, Knekt P, Heliövaara M, Holkeri A, Haukilahti A, Niiranen T, Hernesniemi J, Jula A, Nieminen MS, **Myerburg RJ**, Albert CM, Salomaa V, Huikuri HV, Junttila MJ: The risk of sudden cardiac death associated with QRS, QTc and JTc intervals in the general population. Circulation: Arrhythmias and Electrophysiology 2019, submitted.

**20. Other works, publications and abstracts:**

**ABSTRACTS Presented at Regional, National and International Meetings**

1. Myerburg RJ, Stewart JW, Hoffman BF. Some electrophysiological properties of the distal A-V conducting system. Circulation 1969;40 (Suppl III):153.

2. Stewart JW, Myerburg RJ, Hoffman BF. The effect of glucagon on quinidine-induced changes in Purkinje fibers. Circulation 1969;40 (Suppl III):196.

3. Myerburg RJ, Gelband H, Hoffman BF. Confinement of premature impulses in the distal A-V conducting system. Am J Cardiol 1970;28:118.

4. Myerburg RJ, Gelband H, Hoffman BF. Conduction of impulses across the area of maximum action potential duration at rapid rates of stimulation. Fed Proc 1970;29:588.

5. Gelband H, Bush HL, Kaiser GA, Malm JR, Myerburg RJ, Hoffman BF. Effects of chronic hypoxemia on the electrophysiological properties of right atrial tissue in children. Proc Soc Ped Res 1970;35.

6. Myerburg RJ, Gelband H, Hoffman BF. The gating mechanism in the distal conduction system as an A-V node analog. Circulation 1970;40 (Suppl III):100.

7. Agha AS, Castillo CA, Myerburg RJ, Castellanos A. Supernormality in human atria. Circulation 1970;40 (Suppl III):67.

8 Gelband H, Waldo AL, Bush HL, Myerburg RJ, Kaiser GA, Hoffman BF. Effect of catecholamines on the electrophysiology properties of right atrial tissue from children. Proc Am Academy of Ped, Sect Ped Cardiol 1970.

9. Myerburg RJ, Zoble RG. Limitations of surface electrogram recordings. Clin Res 1971;19:65.

10. Agha A, Myerburg RJ, Castillo CA, Castellanos A. Pacing-exposed supernormal and subnormal intra-atrial conduction in the human heart. Clin Res 1971;19:18.

11. Gelband H, Bush HL, Myerburg RJ, Wigger HJ, Rosen MR, Hoffman BF. Etiology of supraventricular arrhythmias following surgery for congenital aortic stenosis. APS-SPR 1971.

12. Agha AS, Myerburg RJ, Castellanos A. Functional properties of accessory bypass tracts as determined by premature atrial stimulation. Circulation 1971;44 (Suppl II):62.

13. Myerburg RJ, Nilsson K. Longitudinal dissociation in the distal A-V conducting system. Circulation 1971;44 (Suppl II):73.

14. Myerburg RJ, Nilsson K, Gelband H. The mechanism of activation of the canine endocardium. Am J Cardiol 1972;29:283.

15. Castillo CA, Castellanos A, Myerburg RJ, Agha AS. A study of the ventricular activation process in pre-

excitation syndrome using His bundle and millimeter bipolar electrodes. Am J Cardiol 1972;29:256.

16. Myerburg RJ, Nilsson K, Castillo CA. Anatomic determinants of Purkinje fiber-ventricular muscle conduction intervals. Fed Proc 1972;31:313.

17. Befeler B, Castellanos A, Castillo CA, Myerburg RJ. Arrival of excitation at the right ventricular apex in W-P-W, Type A, with and without right bundle branch block. Circulation 1972;46 (Suppl II):117.

18. Craparo K, Castellanos A, Befeler B, Myerburg RJ. Factors influencing the ventricular rate during atrial flutter and fibrillation in pre-excitation syndrome. Clin Res 1973;21:35.

19. Myerburg RJ, Nilsson K, Gelband H, Castellanos A, Befeler B. Comparison of anatomy and physiology of canine and primate left ventricular conducting systems. Clin Res 1973;21:83.

20. Agha AS, Castellanos A, Myerburg RJ, Castillo CA, Befeler B. Functional properties of the ventricular muscle and distal conducting system during premature ventricular stimulation. Am J Cardiol 1973;31:115.

21. Befeler B, Castellanos A, Wells DE, Vagueiro C, Yeh BK, Myerburg RJ. Electrophysiologic effects of disopyramide phosphate - a new antiarrhythmic agent. Am J Cardiol 1973;31:119.

22. Myerburg RJ, Gelband H, Castellanos A, Befeler B. Balanced and unbalanced propagation in the divisions of the canine left bundle branch system. Clin Res 1973;21:440.

23. Wells DE, Befeler B, Castellanos A, Agha AS, Myerburg RJ. Type I, Type II, and Type III gaps in the bundle branch conduction. Clin Res 1973;21:459.

24. Rudziniski DJ, Myerburg RJ. Effects of phenoxybenzamine on isometrically contracting canine ventricular muscle. Pharmacologist 1973;15:232.

25. Lazzara R, Campbell R, Berbari EJ, Scherlag BJ, Myerburg RJ. Electrocardiogram of the His-Purkinje system of man. Circulation 1973;48 (Suppl IV):22.

26. Myerburg RJ, Lazzara R, Nilsson K, Gelband H, Castellanos A. Befeler B. Conduction properties of superficial layers of endocardial muscle. Circulation 1973;48 (Suppl IV):60.

27. Befeler B, Wells DE, Machado H, Castellanos A, Lazzara R, Myerburg RJ. Hemodynamic characteristics of obstructive cardiomyopathy of the right ventricle. Circulation 1973;48 (Suppl IV):142.

28. Gelband H, Nilsson K, Bassett AL, Myerburg RJ. Electrophysiological studies of the isolated intact atrioventricular conducting system. Circulation 1973;48 (Suppl IV):168.

29. Gelband H, Nilsson K, Bassett AL, Myerburg RJ. Right and left ventricular activation of the puppy endocardium using bundle of His stimulation. Proc Am Acad Ped, Sect Ped Cardiol 1973.

30. Fenoglio JJ, Wit AL, Silva FG, Bassett AL, Myerburg RJ, Gelband H, Wagner BM. Ultrastructure and electrophysiology of the tricuspid complex: Implications for the genesis of atrial arrhythmias. Am J Path 1974;74:73A.

31. Gottlieb S, Khuddas SA, Bolooki H, Myerburg RJ. Echocardiographic diagnosis of endocarditis.

Circulation 1974;50 (Suppl III):76.

32. Mallon S, Sung RJ, Ghahramani AE, Sommer LS, Kaiser GA, Myerburg RJ. Follow-up of patients with left main coronary artery obstruction with and without surgery. Circulation 1974;50 (Suppl III):111.

33. Bassett AL, Wit AL, Fenoglio JJ, Myerburg RJ, Gelband H. Ectopic impulses originating in the tricuspid valve and contiguous atrium. Fed Proc 1974;33:445.

34. Gelband H, Wit AL, Fenoglio JJ, Myerburg RJ, Bassett AL. Tricuspid valve tissue as a site of ectopic impulse formation. Soc Ped Res 1974;8:351/77.

35. Sung RJ, Tamer DM, Agha AS, Castellanos A, Myerburg RJ, Gelband H. Etiology of the rSR' electrocardiographic pattern in atrial septal defect. Ped Res 1975;9:273.

36. Sanders R, Myerburg RJ, Nilsson K, Gelband H, Bassett AL. Electrophysiologic effects of variations in resting tension in canine tissue. Fed Proc 1975;34:391.

37. Sung RJ, Castellanos A, Moleiro F, Myerburg RJ. Electrogenesis and prognosis of digitalis-induced accelerated idioventricular rhythms. Clin Res 1975;23:224A.

38. Sung RJ, Mallon SM, Richter SD, Ghahramani A, Sommer LS, Kaiser GA, Myerburg RJ. Left main coronary artery obstruction: Follow-up of thirty patients with and without surgery. Circulation 1975;52(Suppl 1):115.

39. Sung RJ, Bassett AL, Thurer RJ, Vargas A, Williams W, Kaiser GA, Gelband H, Myerburg RJ. Effect of myocardial revascularization on epicardial electrical activity during and after surgery. Clin Res 1975;23:382A.

40. Kaiser GA, Ghahramani AE, Bolooki H, Vargas A, Thurer RJ, Williams W, Myerburg RJ. Role of coronary artery surgery in patients surviving unexpected cardiac arrest. Proc Vasc Surgery 1975;18.

41. Gelband H, Myerburg RJ. Right ventricular apical electrogram: A useful tool to determine the site of right bundle branch block. Am Acad Ped, Sect Ped Cardiol 1975.

42. Myerburg RJ, Nilsson K, Castellanos A, Gelband H, Bassett AL. Analysis of electrical activity during the "PF-VM interval". Circulation 1975;52 (Suppl II):19.

43. El-Sherif N, Myerburg RJ, Befeler B, Aranda J, Castellanos A, Lazzara R. Electrocardiographic characteristics of primary ventricular fibrillation. Value of the R-on-T phenomenon. Circulation 1975;52 (Suppl II):94.

44. Castellanos A, Aranda J, Sung RJ, Tamer D, Befeler B, Myerburg RJ. R-on-T phenomenon during supraventricular tachyarrhythmias in absence of Wolff-Parkinson-White syndrome. Circulation 1975;52 (Suppl II):167.

45. Mayorga-Cortes A, Campeau RJ, Sheps DS, Gottlieb S, Miale A, Myerburg RJ. Value and limitations of 99m technetium stannous pyrophosphate myocardial imaging in acute subendocardial infarction. Circulation 1975;52 (Suppl II):214.

46. Castellanos A, Sung RJ, Befeler B, Myerburg RJ. The use of left atrial electrograms in the evaluation of anomalous conduction pathways capable of only ventriculo-atrial conduction. Am J Cardiol 1976;37:126.

47. Sung RJ, Castellanos A, Myerburg RJ. Mechanism of reciprocating tachycardia initiated during sinus rhythm in concealed Wolff-Parkinson-White (WPW). Am J Cardiol 1976;37:176.

48. Myerburg RJ, Gelband H, Nilsson K, Sung RJ, Thurer RJ, Morales AR, Bassett AL. Long-term electrophysiologic abnormalities resulting from experimental myocardial infarction. Circulation 1976;54 (Suppl II):17.

49. Moleiro F, Castellanos A, Sung RJ, Mallon SM, Ghahramani A, Myerburg RJ. Intracardiac recordings in manifest and concealed right bundle branch extrasystoles. Circulation 1976;54 (Suppl II):136.

50. Sheps DS, Conde CA, Cameron BF, Briese FR, Harkness DR, Myerburg RJ. Dissociation between P50 and 2,3-DPG in long-term survivors of sudden cardiac arrest in the community. Circulation 1976;54 (Suppl II):172.

51. Myerburg RJ, Sanders R, Gelband H, Bassett AL, Castellanos A. Electrophysiologic consequences of variations in resting tension on canine cardiac tissue. Arch Venezolanos Cardiol 1976;3:78.

52. Castellanos A, Sung RJ, Befeler B, Myerburg RJ. The pattern of retrograde atrial activation in patients with and without concealed Wolff-Parkinson-White syndrome. Arch Venezolanos Cardiol 1976;3:111.

53. Sung RJ, Castellanos A, Mallon SM, Myerburg RJ. Diagnosis of right bundle branch block extrasystoles using intracavitary recordings. Arch Venezolanos Cardiol 1976;3:112.

54. Garcia OL, Sung RJ, Tamer DM, Castellanos A, Myerburg RJ. Analysis of surgically induced right bundle branch block pattern using intracardiac recording techniques. Arch Venezolanos Cardiol 1976;3:114.

55. Castillo CA, Castellanos A, Agha AS, Myerburg RJ. Right septal activation as a function of the divisions of the right bundle branch and the mechanisms of Wolff-Parkinson-White Type B coexisting with right bundle branch block. Arch Venezolanos Cardiol 1976;3:115.

56. Agha AS, Castillo CA, Befeler B, Sung RJ, Myerburg RJ, Castellanos A. Impulse formation in Kent, Mahaim and James tracts. Arch Venezolanos Cardiol 1976;3:115.

57. Mayorga-Cortes A, Bolooki H, Fried A, Myerburg RJ. Experience with the use of intra-aortic balloon pump in myocardial infarction shock. Arch Venezolanos Cardiol 1976;3.

58. Bassett AL, Myerburg RJ, Nilsson K, Gelband H. Characterization of persistent membrane abnormalities in ventricular cells surviving myocardial infarction. Am J Cardiol 1977;39.

59. Gelband H, Nilsson K, Rodman D, Myerburg RJ, Bassett AL. Effect of alterations in extracellular pH on electrophysiologic properties of puppy myocardium. Ped Res 1977;390.

60. Myerburg RJ, Sung RJ, Conde C, Mallon SM, Castellanos A. Intracardiac electrophysiologic studies in patients resuscitated from unexpected cardiac arrest outside the hospital. Am J Cardiol 1977;39:275.

61. Conde C, Castellanos A, Sheps DS, Sung RJ, Briese FW, Myerburg RJ. Asymptomatic complex ventricular

arrhythmias in long-term survivors of unexpected cardiac arrest. Am J Cardiol 1977;39:276.

62. Sheps DS, Ernst JC, Conde C, Lopez LV, Castellanos A, Briese FR, Myerburg RJ. Decreased frequency of exercise-induced ventricular ectopic activity in the second of two consecutive treadmill tests. Am J Cardiol 1977;39:288.

63. Bassett AL, Myerburg RJ, Nilsson K, Sung RJ, Gelband H. Effects of verapamil on long-term cellular electrophysiologic abnormalities following experimental myocardial infarction. Am J Cardiol 1977;39:292.

64. Sung RJ, Castellanos A, Mallon SM, Bloom MG, Myerburg RJ. Mechanisms of spontaneous conversion between reciprocating tachycardia and atrial flutter-fibrillation in the Wolff-Parkinson-White syndrome. Am J Cardiol 1977;39:319.

65. Mayorga-Cortes A, Castellanos A, Moleiro F, Sung RJ, Pimenta de Almeida JA, Myerburg RJ. Arrival of excitation at the right ventricular apex in inferoposterior wall myocardial infarction with and without Mahaim tract conduction. Clin Res 1977 25:237A.

66. Mendoza IJ, Castellanos A, Sung RJ, Myerburg RJ. Diagnosis of impulse formation and concealed conduction in A-V nodal bypass tracts by intracardiac recordings. Clin Res 1977;25:238A.

67. Myerburg RJ, Bassett AL, Morales AR, Sung RJ, Castellanos A, Gelband H. Chronic ventricular arrhythmias in cats surviving experimental myocardial infarction: Characterization of the initiating event. Clin Res 1977;25:240A.

68. Sheps DS, Gottlieb S, Ernst J, Kallos N, Briese F, Garcia E, Myerburg RJ. Improved left ventricular ejection fraction following physical conditioning. Clin Res 1977;25:254A.

69. Sung RJ, Castellanos A, Mallon SM, Gelband H, Mendoza I, Myerburg RJ. The mode of initiation of reciprocating tachycardia during programmed ventricular stimulation in the Wolff-Parkinson-White syndrome. Clin Res 1977;25:257A.

70. Myerburg RJ, Conde C, Briese FW, Mallon SM, Liberthson RJ, Sung RJ, Castellanos A. Long-term antiarrhythmic therapy and mortality trends in survivors of prehospital cardiac arrest. Clin Res 1977;25:456A.

71. Bassett AL, Myerburg RJ, Nilsson K, Gelband H. Characterization of persistent membrane abnormalities in ventricular cells surviving myocardial infarction. Proc Int Union Physiol Sci 1977;13:58.

72. Bassett AL, Gelband H, Nilsson K, Myerburg RJ. Localized transmembrane action potential abnormalities in right ventricles subjected to pressure overload. Circulation 1977;56 (Suppl III):47.

73. Sung RJ, Castellanos A, Styperek J, Myerburg RJ. Initiation of an unusual form of A-V nodal reentrant tachycardia b y atrial and ventricular premature stimulation. Circulation 1977;56 (Suppl III):105.

74. Mayorga-Cortes A, Conde CA, Myerburg RJ. Refractory ventricular arrhythmias and heart block in the first 24 hours after cardiac arrest in the community. Circulation 1977;56 (Suppl III):182.

75. Castellanos A, Sung RJ, Bloom M, Myerburg RJ. Effects of intra-atrial Wenckebach on A-V nodal and His-Purkinje conduction. Circulation 1977;56 (Suppl III):183.

76. El-Sherif N, Mayorga-Cortes A, Myerburg RJ, Lazzara R. Accelerated ventricular rhythms in acute myocardial infarction and differential effect of lidocaine. Circulation 1977;56 (Suppl III):66.

77. Myerburg RJ, Bassett AL, Nilsson K, Castellanos A, Sung RJ, Gelband H. Electrophysiologic interactions between acute ischemia and healed experimental myocardial infarction in cats. Am J Cardiol 1978;41:365.

78. Castellanos A, Sung RJ, Styperek J, Myerburg RJ. Mechanisms of tachyarrhythmias in the Lown-Ganong-Levine syndrome. AM J Cardiol 1978;41:373.

79. Mayorga-Cortes A, Conde CA, Myerburg RJ. Early and late recurrent cardiac arrest. Prognostic value of heart block and ventricular conduction defects. Am J Cardiol 1978;41:386.

80. Ernst J, Sheps DS, Briese FW, Myerburg RJ. Effect of additional warmup on standard treadmill response. Am J Cardiol 1978;41:429.

81. Bloom MG, Sung RJ, Castellanos A, Myerburg RJ. Responses of QRS-inhibited pacemakers to rapid (1500/min) external chest wall stimulation. Clin Res 1978;26:1A.

82. Ernst JC, Briese FW, Myerburg RJ, Sheps DS. Exercise-induced diastolic pressure increase: An indicator for severe coronary artery disease. Clin Res 1978;26:3A.

83. Sung RJ, Aldrich JL, Castellanos A, Myerburg RJ. Demonstration of concealed conduction in the human atrium. Clin Res 1978;26:12A.

84. Myerburg RJ, Castellanos A, Sung RJ. The electrocardiographic complex of short P-R interval, narrow QRS complex, and ventricular tachycardia. Clin Res 1978;26:254A.

85. Rozanski JJ, Mayorga-Cortes A, Sung RJ, Castellanos A, Myerburg RJ. Determination of the site of post-infarction right bundle branch block using intracardiac recording techniques. Clin Res 1978;26:266A.

86. Styperek JL, Castellanos A, Sung RJ, Berkovits BV, Myerburg RJ. Control of recurrent atrioventricular nodal reentrant tachycardia using a new modality of cardiac pacing. Clin Res. 1978;26:273A.

87. Ezrin AM, Myerburg RJ, Bassett AL, Gelband H. Effects of alterations in extracellular pH on cardiac muscle of adult and neonatal dogs. Ped Res 1978;12:404.

88. Sung RJ, Castellanos A, Myerburg RJ. Electrophysiologic demonstration of concealed conduction in the human atrium. Circulation 1978;58 (Suppl II):10.

89. Styperek JL, Sung RJ, Berkovits BV, Myerburg RJ, Castellanos A. Simultaneous atrioventricular stimulation in the control of recurrent supraventricular tachycardia. Circulation 1978;58 (Suppl II):48.

90. Sung RJ, Myerburg RJ, El-Sherif N, McAllister RG Jr., Elser B, Castellanos A. Termination of supraventricular tachycardia by verapamil in man: Correlation of plasma drug levels with intracardiac electrophysiologic studies. Circulation 1978;58 (Suppl II):177.

91. Conde CA, Sung RJ, Castellanos A, Mallon SM, Sheps DS, Myerburg RJ. Dissociation of antiarrhythmic drug effects on chronic ventricular arrhythmias and recurrent cardiac arrest. Circulation 1978;58 (Suppl

II);178.

92. Sheps D, Conde CA, Lo W, Appel R, Castellanos A, Myerburg RJ. Resting peripheral blood lactate elevation in survivors of prehospital cardiac arrest: Correlation with hemodynamics and electrophysiologic status. Circulation 1978;58 (Suppl II);192.

93. Castellanos A, Sung RJ, Myerburg RJ. Ventricular tachycardia and ventricular fibrillation in patients with short P-R intervals and narrow QRS complexes. Circulation 1978;58 (Suppl II):195.

94. Sheps DS, Cameron B, Conde CA, Low W, Appel RA, Myerburg RJ. Decreased oxygen delivery mediated by chronic ischemia in survivors of prehospital cardiac arrest. Circulation 1978;58 (Suppl II):192.

95. Conde CA, Sheps DS, Ernst J, Appel RA, Castellanos A, Myerburg RJ. Treadmill stress testing in survivors of prehospital cardiac arrest. Proc VIII World Congress Cardiol 1978;I:118.

96. Conde CA, Castellanos A, Sung RJ, Mallon SM, Myerburg RJ. Two-year analysis of clinical, hemodynamic and electrophysiologic characteristics of long-term survivors of prehospital cardiac arrest in the community. VIII World Congress Cardiol 1978;I:463.

97. Sheps DS, Conde CA, Appel RA, Castellanos A, Myerburg RJ. Lactate production after minimal exercise: Abnormal elevation of blood lactate in survivors of prehospital cardiac arrest. Clin Res 1979;27:203A.

98. Rozanski JJ, Myerburg RJ, Castellanos A, El-Sherif N, Kleinfeld M. T-Q segment (baseline) alternans: A new ECG phenomenon in Prinzmetal's angina. Clin Res 1979;27:202A.

99. Sheps DS, Ernst J, Perez-Stable E, Myerburg RJ. Decreased diastolic pressure in weight lifters. Clin Res 1979;27:203A.

100. Sung RJ, Waxman HL, Rozanski JJ, Castellanos A, Myerburg RJ. Mechanism of verapamil-induced high degree atrioventricular nodal block and its clinical implications. Clin Res 1979;27:207A.

101. Bassett AL, Gaide MS, Myerburg RJ, Epstein K, Morales AR, Gelband H. Myocardial injury, fibrosis and cellular electrophysiologic abnormalities in cats with chronic left ventricular pressure overload. J Mol & Cell Cardiol 1979;11 (Suppl I):4.

102. Myerburg RJ, Gelband H, Sung RJ, Epstein K, Gaide MS, Castellanos A, Bassett AL. Dissimilar effects of procainamide on acutely ischemic and healed ischemic myocardium. Fed Proc 1979;38 (Part I):588.

103. Ezrin AM, Gaide MS, Myerburg RJ, Bassett AL, Gelband H. Age-related influence of extracellular potassium and tetraethylammonium upon rabbit Purkinje fibers. The Physiologist 1979;22:35.

104. Rozanski JJ, Myerburg RJ, Castellanos A. A new ECG waveform identified by signal averaging in patients with recurrent ventricular tachycardia. Circulation 1979;60 (Suppl II):22.

105. Castellanos A, Alatriste VM, Sung RJ, Sheps D, Myerburg RJ. Absence of modulation in intermittent ventricular parasystole. Circulation 1979;60 (Suppl II):189.

106. Rozanski JJ, Myerburg RJ, Castellanos A, El-Sherif N, Kleinfeld M. T-Q segment (baseline) alternans: A new ECG phenomenon in Prinzmetal angina accompanying ST segment alternans. Circulation 1979;60

(Suppl II):190.

107. Wong SS, Ezrin AM, Myerburg RJ, Gelband H, Bassett AL. Electrophysiologic effects of encainide on rabbit ventricular muscle cells exposed to acute myocardial ischemia. Fed Proc 1980;39 (Part I):626.

108. Gaide MS, Ezrin AM, Baker SP, Myerburg RJ, Gelband H, Bassett AL. A comparison of the inotropic actions of Amrinone, Isoproterenol and Ouabain on cat ventricular muscle. Fed Proc 1980;39 (Part II):854.

109. Rozanski JJ, Castellanos A, Sung RJ, Pozen R, Myerburg RJ. Correlation between invasive and non-invasively recorded His bundle electrograms in suspected trifascicular disease. Clin Res 1980;28:207A.

110. Myerburg RJ, Gelband H, Epstein K, Gaide MS, Sung RJ, Castellanos A, Bassett AL. Cellular electropharmacology in experimental ischemic lesions: Comparison in acute and healed ischemic injury. Am J Cardiol 1980;45:473.

111. Saksena S, Manchanda SC, Roy SB, Myerburg RJ. Mechanism of reduced exercise capacity at high altitude: The role of left ventricular dysfunction. Clin Res 1980;28:208A.

112. Ezrin AM, Gaide MS, Wong SS, Myerburg RJ, Bassett AL, Gelband H. Maturation of cellular ionic events modulating cardiac repolarization. Fed Pro 1980;39 (Part I);816.

113. Medina-Ravell V, Berkovits BV, Castillo CA, Myerburg RJ, Castellanos A. An artificial model of intermittent ventricular parasystole with phase 3 and phase 4 protection. Clin Res 1980;28:196A.

114. Myerburg RJ, Kessler KM, Conde C, Pefkaros K, Cooper D, Castellanos A. Comparison of plasma levels of procainamide required to prevent ventricular tachycardia and to suppress chronic premature ventricular contractions. Circulation 1980;62 (III):322.

115. Myerburg RJ, Gelband H, Bassett AL, Castellanos A. Cellular electrophysiologic interactions between acute myocardial ischemia and healed myocardial infarction in experimental coronary occlusion. Proc of the XI InterAmerican Congress of Cardiology, San Juan, Puerto Rico, 1980:43 (#90).

116. Kieval J, Kirstein EB, Kessler KM, Sciuto L, Sung RJ, Mallon SM, Myerburg RJ. Effects of intravenous verapamil on hemodynamic status of patients receiving propranolol. Circulation 1980;62 (III):87.

117. Wong SS, Ezrin AM, Myerburg RJ, Gelband H, Bassett AL. Electrophysiologic effects of diltiazem on myocardial cells from cats with chronic ventricular systolic hypertension. Circulation 1980;62 (III):137.

118. Waxman HL, Myerburg RJ, Appel R, Sung RJ. Control of ventricular rate in paroxysmal supraventricular tachycardia and atrial flutter-fibrillation with intravenous verapamil: A double blind randomized cross-over study. Am J Cardiol 1980;45:452.

119. Rozanski JJ, Castellanos A, Luceri R, Alter BR, Pozen RG, Myerburg RJ. Non-invasive His bundle recording. Experience from three years of clinical trials. Am J Cardiol 1981;47:465.

120. Rozanski JJ, Silver J, Epstein K, Castellanos A, Myerburg RJ. Cellular electrophysiology studies of sulfinpyrogone. Clin Res 1981;29:237A.

121. Gaide MS, Myerburg RJ, Epstein K, Silver J, Castellanos A, Gelband H, Wong SS, Bassett AL.

Comparative electrophysiologic effects of encainide and procainamide on cat ventricular muscle. Fed Proc 1981;40:631.

122. Myerburg RJ, Bassett Al, Gelband H, Wong SS, Gaide MS, Silver J, Epstein K, Castellanos A. Synergistic effects of encainide and procainamide on isolated cat ventricular muscle. Clin Res 1981;29:496A.

123. Gaide MS, Myerburg RJ, Gelband H, Castellanos A, Bassett AL. Non-uniform effects of sympathetic nerve stimulation on ventricular refractoriness in healed myocardial infarction. Am J Cardiol 1981;47:436.

124. Lisker BH, Kessler KM, Myerburg RJ. Quinidine binding: Effects of exercise in normals and symptom-limited coronary patients. Clin Res 1981;29:218A.

125. Conde C, Kessler KM, Lisker B, Silver J, Ho-Tung P, Cerny B, Cooper D, Myerburg RJ. Abnormal quinidine binding and interdose half-life in survivors of prehospital cardiac arrest. Circulation 1981;64 (IV):36.

126. Wong SS, Bassett AL, Epstein K, Kozlovskis P, Ezrin AM, Silver J, Myerburg RJ. Border zone and infarct zone cells display different electrophysiologic abnormalities after healing of myocardial infarction. Circulation 1981;64 (IV):318.

127. Rozanski JJ, Zaman L, Myerburg RJ, Castellanos A. Beneficial effects of diltiazem in supraventricular tachycardia in man. Circulation 1981;64 (IV):317.

128. Luceri RM, Ramirez AV, Medina-Ravell V, Thurer RJ, Castellanos A, Myerburg RJ. Ventricular tachycardia and atrioventricular reciprocation produced by, and myopotential inhibition of, normally-functioning DVI (AV sequential) pacemakers. Am J Cardiol 1982;49:957.

129. Kozlovskis PL, Silver J, Wong SS, Rubin RW, Bassett AL, Myerburg RJ. Regional changes in myosin heavy chain content in healed myocardial infarction. Fed Proc 1982;41:1526.

130. Cameron JS, Myerburg RJ, Gaide MS, Wong SS, Bassett AL. Electrophysiological effects of acute myocardial infarction superimposed upon experimental chronic left ventricular pressure overload. Fed Proc 1982;41:1385.

131. Gaide MS, Altman CB, Cameron JS, Kaiser CJ, Crevar G, Myerburg RJ, Bassett AL. Differential effects of histamine on automaticity of Purkinje fibers from dog heart with acute and healed myocardial infarction. Fed Proc 1982;41:1710.

132. Kessler KM, Kieval J, Mallon S, Myerburg RJ. Magnitude and time course of changes in free fatty acid and alpha-1-glycoprotein concentrations after heparin during cardiac catheterization. Clin Res 1982;30:196A.

133. Kieval J, Kessler KM, Mallon S, Myerburg RJ. Systolic time intervals and EKG intervals during cardiac catheterization. Clin Res 1982;30:197A.

134. Moleiro F, Castellanos A, Mendoza IJ, Medina-Ravell V, Myerburg RJ. One-to-one atrioventricular conduction during atrial pacing at rates of 300/min in absence of Wolff-Parkinson-White syndrome. Am J Cardiol 1982;49:994.

135. Mendoza IJ, Zaman L, Moleiro F, Medina-Ravell V, Myerburg RJ, Castellanos A, Rozanski JJ. Toxicity of

the ajmaline test used to expose latent atrioventricular block. Clin Res 1982;30:255A.

136. Pefkaros KC, Castellanos A, Ferreiro J, Rozanski JJ, Moleiro F, Myerburg RJ. Effects of lidocaine on bidirectional tachycardia and on digoxin-induced atrial tachycardia with block. Clin Res 1982;30:256A.

137. Kessler KM, Kieval J, Mallon S, Myerburg RJ. Serum protein binding of procainamide and disopyramide unresponsive to changes in free fatty acid concentration. Clin Res 1982;30:673A.

138. Gaide MS, Myerburg RJ, Cameron JS, Bassett AL. Ischemia-induced heterogeneity in refractory period shortening during sympathetic stimulation is prevented by prior autonomic nerve section. The Physiologist 1982:;25:197.

139. Castellanos A, Zaman L, Rozanski JJ, Garcia N, Myerburg RJ. Conduction delay and block distal to the A-V nodal reentry circuit: Relationship of electrophysiologic manifestation to underlying mechanisms. Circulation 1982;66 (II):268.

140. Kessler KM, Kissane B, Pefkaros K, Silver J, Myerburg RJ. Dynamic changes in antiarrhythmic drug binding during acute myocardial infarction. Circulation 1982;66 (Suppl II):70.

141. Pina IL, Kiem I, Stern S, Bolker A, Myerburg RJ. Increased incidence of hypertension in adolescent males of Hispanic origin. J Am Coll Cardiol 1983;1:623.

142. Bilsker M, Echeverria H, Kessler KM, Myerburg RJ. Primary diastolic versus systolic dysfunction in patients with hypertensive heart disease and congestive heart failure. Clin Res 1983;31:168A.

143. Bilsker MS, Echeverria HJ, Myerburg RJ, Kessler KM. Usefulness of echocardiography in the evaluation and management of patients with congestive heart failure. Clin Res 1983;31:169A.

144. Pastoriza J, Pozen RG, Rozanski JJ, Kessler KM, Myerburg RJ. Determinants of recurrent atrial flutter following cardioversion. Clin Res 1983;31:212A.

145. Zaman L, Castellanos A, Garcia N, Myerburg RJ. Identification of dual A-V nodal pathways in the absence of antegrade discontinuous conduction curves. Clin Res 1983;31:228A.

146. Zaman L, Luceri R, Pefkaros K, Hamburg C, Castellanos A, Myerburg RJ. Results of programmed electrical stimulation in patients with spontaneous ventricular ectopy and suspected advanced forms of arrhythmias. Clin Res 1983;31:228A.

147. Pina IL, Kiem I, Stern S, Sanders G, Myerburg RJ. Analysis of hypertension in adolescent males of Hispanic origin. Clin Res 1983;31:333A.

148. Myerburg RJ, Zaman L, Luceri R, Kozlovskis P, Bassett AL, Kayden D, Castellanos A. Impulse propagation from the intraventricular specialized conducting system to endocardial muscle in the isolated canine heart. PACE 1983;6:A-8.

149. Castellanos A, Zaman L, Moleiro F, Rozanski JJ, Myerburg RJ. Indications for pacemaker implantation in patients with vagal block at the A-V node. PACE 1983;6:A-18.

150. Luceri RM, Medina-Ravell V, Castellanos A, Zaman L, Berkovits BV, Thurer RJ, Myerburg RJ.

Eccentricities of DDD pulse generators. PACE 1983;6:A-35.

151. Luceri R, Zaman L, Garcia N, Myerburg RJ. Evaluation of the conduction properties of antegrade slow and retrograde fast A-V nodal pathways. PACE 1983;6:A-111.

152. Castellanos A, Zaman L, Garcia N, Kayden D, Myerburg RJ. Mechanism of A-V nodal reentrant tachycardia in patients without discontinuous antegrade conduction curves. PACE 1983;6:A-125.

153. Zaman L, Luceri R, Hamburg C, Castellanos A, Myerburg RJ. Use of programmed stimulation for the induction of ventricular tachycardia in patients symptomatic with high grade ventricular ectopy. PACE 1983;6:A-140.

154. Myerburg RJ, Luceri RM, Estes D, Kessler KM, Conde CA, Zaman L, Hamburg C, Castellanos A. Survival after prehospital cardiac arrest. An 8 year follow-up. Circulation 1983;68 (III);106.

155. Myerburg RJ, Zaman L, Luceri R, Hamburg C, Estes D, Kayden D, Castellanos A. Prehospital cardiac arrest with idioventricular rhythm. Circulation 1983;68 (III):356.

156. Cameron JS, Gaide MS, Altman CB, Myerburg RJ, Bassett AL. Cimetidine blocks the adverse electrophysiologic effects of histamine in vitro after myocardial infarction in guinea pigs. Circulation 1983;68 (III):221.

157. Gaide MS, Cameron JS, Altman CB, Myerburg RJ, Bassett AL. Cardiac electrophysiology in a guinea pig model of healed myocardial infarction. Fed Proc 1983;42:582.

158. Cameron JS, Gaide MS, Altman CB, Cuevas J, Myerburg RJ, Bassett AL. Cellular electrophysiologic effects of histamine following myocardial infarction in the guinea pig. The Physiologist 1983;26:A-100.

159. Zaman L, Brossy C, Estes D, Castellanos A, Myerburg RJ. Relationship of the prematurity and morphology of the initiating beats to spontaneous onset of ventricular tachycardia. Circulation 1983;68 (III):425.

160. Zaman L, Portillo B, Castellanos A, Mejias L, Leon-Portillo N, Myerburg RJ. Right atrial-ventricular dissociation during, and entrainment of circus movement tachycardia while pacing from coronary sinus and high right atrium. Clin Res 1983;31:831A.

161. Luceri RM, Castellanos A, Kayden DS, Angola E, Myerburg RJ. Deaths due to bradyarrhythmias occurring during Holter monitoring. Clin Res 1983;31:826A.

162. Moleiro F, Castellanos A, Mendoza I, Myerburg RJ. Parasistolia ventricular en infarto inferior: Una arritmia benigna? Proc IV Venezuelan Congress of Cardiology, Caracas, Venezuela 1983,9.

163. Luceri RM, Selby T, Castellanos A, Zaman L, Myerburg RJ. Initial experience with WY-42,362. A new antiarrhythmic agent for ventricular arrhythmias. Proc Asian Pacific Congress of Cardiology, Taiwan, Republic of China 1983, 228.

164. Luceri RM, Thurer RJ, Castellanos A, Zaman L, Myerburg RJ. Telemetry of intracardiac atrial and ventricular electrograms. A new technique for analysis and management of brady-and tachyarrhythmias. J Am Coll Cardiol 1984;3:581.

165. Castellanos A, Portillo B, Luceri RM, Leon-Portillo N, Mejias J, Zaman L, Myerburg RJ. Entrainment of, and atrioventricular dissociation during atrioventricular nodal reentry tachycardias. European Heart J 1984;5 (Suppl 1):193.

166. Castellanos A, Moleiro F, Kayden DS, Luceri RM, Myerburg RJ. Annihilation and modulation of spontaneous parasystolic rhythms. J Am Coll Cardiol 1984;3:598.

167. Portillo B, Castellanos A, Leon-Portillo N, Zaman L, Mejias J, Myerburg RJ. Pre-entrainment and entrainment of atrioventricular reentry tachycardia during overdrive coronary sinus and right atrial pacing. European Heart J 1984;5 (Suppl I):300.

168. Zaman L, Portillo B, Castellanos A, Leon-Portillo N, Mejias J, Trohman RG, Myerburg RJ. Entrainment of, and atrioventricular dissociation during atrioventricular nodal reentry tachycardias. Clin Res 1984;32:219A.

169. Luceri RM, Castellanos A, Moleiro F, Kayden DS, Trohman RG, Myerburg RJ. Modulation and annihilation of ventricular parasystole. Clin Res 1984;32:185A.

170. Kozlovskis PL, Lopez L, Fieber LA, Myerburg RJ. Regional variation of myocardial norepinephrine content after healing of experimental myocardial infarcts in cats. Clin Res 1984;32:181A.

171. Pina IL, Burnett B, Smith E, Myerburg RJ. Paradoxical rise in diastolic blood pressure in quadriplegics during arm ergometry. Clin Res 1984;32:198A.

172. Pina IL, Kessler K, Kinney EL, Sosenko J, Cassidy J, Jesse MJ, Myerburg RJ. Adiposity does not explain elevated blood pressure levels in adolescent Hispanic males. Clin Res 1984;32:337A.

173. Bejarano R, Castellanos A, Luceri RM, Mendoza IJ, Zaman L, Myerburg RJ. Concealment of manifest, and exposure of concealed, ventricular parasystole produced by isoproterenol. Clin Res 1984;32:835A.

174. Saoudi N, Castellanos A, Zaman L, Portillo B, Myerburg RJ. Entrainment of, and atrioventricular dissociation during, circus movement tachycardias while pacing from the right ventricle. Clin Res 1984;32:832A.

175. Luceri RM, Trohman RG, Castellanos A, Zaman L, Myerburg RJ. Tachycardia and bradyarrhythmia analysis using intracardiac electrograms obtained non-invasively. European Heart J 1984;5 (Suppl I):260.

176. Castellanos A, Luceri RM, Moleiro F, Zaman L, Myerburg RJ. Annihilation and modulation of spontaneous parasystolic rhythms. European Heart J 1984;5 (Suppl I):252.

177. Castellanos A, Portillo B, Leon-Portillo N, Mejias J, Trohman RG, Zaman L, Myerburg RJ. Entrainment of, and atrial-tachycardia dissociation during atrioventricular nodal reentry tachycardia. PACE 1984;7:458.

178. Luceri RM, Castellanos A, Kayden DS, Moleiro F, Trohman RG, Horgan JT, Myerburg RJ. Phase resetting of ventricular parasystolic rhythms produced by extrinsic perturbations. PACE 1984;7:461.

179. Luceri RM, Trohman RG, Parker ML, Thurer RJ, Castellanos A, Myerburg RJ. Conduction system and dysrhythmia surveillance using non-invasive telemetry of intracardiac electrograms. PACE 1984;7:472.

180. Zaman L, Trohman RG, Saoudi N, Stafford WJ, Huerta BJ, Castellanos A, Myerburg RJ. Differences in the

electrophysiologic characteristics of ventricular tachycardias induced by single, double, and triple ventricular extrastimuli. Clin Res 1985;33:239A.

181. Saoudi N, Zaman L, Trohman RG, Huerta BJ, Castellanos A, Myerburg RJ. Supraventricular tachycardia with bundle branch block aberrancy: Significance of changes in cycle lengths and refractory periods. Clin Res 1985;33:224A.

182. Luceri RM, Thurer RJ, Stafford W, Castellanos A, Saoudi N, Myerburg RJ. Initial experience with automatic defibrillator-implanted pacemaker interactions. Clin Res 1985;33:207A.

183. Luceri RM, Selby T, Sisenwine SF, Castellanos A, Myerburg RJ. Pharmacokinetics and safety of a new type I antiarrhythmic agent. Clin Res 1985;33:285A.

184. Kimura S, Bassett AL, Cameron JS, Saoudi NC, Kozlovskis PL, Myerburg RJ. Cellular electrophysiologic changes during experimental ischemia and reperfusion in isolated cat ventricular myocardium. J Am Coll Cardiol 1985;5:462.

185. Pina I, Kessler KM, Laighold M, Burnett B, Green B, Myerburg RJ. Cardiac Atrophy - Adaptation to diastolic underloading. J Am Coll Cardiol 1985;5:540.

186. Gaide MS, Bassett AL, Cameron JS, Kozlovskis PL, Myerburg RJ, Altman CM. Species and specific proarrhythmic effects of H1 and H2 receptor stimulation in subacute myocardial infarction. The Pharmacologist 1985;27:164.

187. Saoudi N, Stafford W, Luceri R, Zaman L, Kimura S, Myerburg RJ, Castellanos A. Circadian variation of modulated parasystole. J Neurology 1985;232:187.

188. Luceri RM, Castellanos A, Pina IL, Saoudi N, Myerburg RJ. Characteristics of nonparasystolic intermittent ventricular bigeminy. Clin Res 1986;34:172A.

189. Schwartz A, Castellanos A, Luceri R, de la Hera A, Saoudi N, Myerburg RJ. Morphologies resulting from the usually unrecognized misplacements of the right leg (ground) cable. Clin Res 1986;34:174A.

190. Luceri RM, Stafford WJ, Interian A, Valladares B, Castellanos A, Myerburg RJ. Electrophysiologic properties of recainam, a new class I antiarrhythmic agent. Clin Res 1986;34:322A.

191. Pina I, Smith E, Myerburg RJ. Peripheral effects of nitrates do not influence early heart rate response to exercise. Clin Res 1986;34:336A.

192. Castellanos A, Portillo B, Zaman L, Luceri RM, Myerburg RJ. Differences between true and false linking in patients with accessory pathways. J Am Coll Cardiol 1986;7 (Suppl A):6-II.

193. Zaman L, Castellanos A, Trohman RG, Luceri RM, Interian A Jr, Myerburg RJ. Entrainment of circus movement tachycardia by ventricular pacing: Significance of supra and infra-His bundle collision. J Am Coll Cardiol 1986;7:194A.

194. Saoudi N, Castellanos A, Myerburg RJ. Variation circadienne, entrainement de, et bigeminisme par modulation parasystolique. Arch Mal Coeur 1986;79:253.

195. Saoudi N, Castellanos A, Myerburg RJ. Modulation et annihilation de l'activite ventriculaire parasystolique. Arch Mal Coeur 1986;79:257.

196. Saoudi N, Mendoza IJ, Moleiro F, Castellanos A, Myerburg RJ, Letac B. Auto modulation of ventricular tachycardia. Proceedings of the International Symposium on Ventricular Tachycardia, Vittel, France, May 1986, pp 4-7.

197. Saoudi N, Galtier M, Luceri R, Castellanos A, Myerburg RJ, Letac B. Circadian variation of electrotonic modulation in ventricular parasystole. Clin Prog Electrophysiol and Pacing 1986;4 (Suppl 60):235.

198. Saoudi N, Luceri R, Mendoza IJ, Moleiro F, Castellanos A, Myerburg RJ, Letac B. Auto-modulation in ventricular tachycardia. Clin Prog Electrophysiol and Pacing 1986;4 (Suppl 58):228.

199. Portillo B, Castellanos A, Zaman L, Myerburg RJ. Linking phenomenon during atrial stimulation in patients with accessory pathways. Proceeds from the 13th International Congress on Electrocardiography and 27th International Symposium on Vectorcardiography, Washington, DC, September 1986;p44 (A4.7).

200. Pina IL, Smith EV, Castellanos A, Myerburg RJ. Prognosis of post-infarction exercise testing in patients over the age of 60. Proceedings from the X World Congress of Cardiology, Washington, DC, September 1986, #7.

201. Castellanos A, Saoudi N, Luceri RM, Myerburg RJ. Circadian variabilities of parasystole. Proceedings from the X World Congress of Cardiology, Washington, DC, September 1986, #344.

202. Zaman L, Interian A Jr, Trohman RG, Castellanos A, Myerburg RJ. Ventricular activation in patients with bundle branch block: Significance of intramyocardial conduction. Proceedings from the X World Congress of Cardiology, Washington, DC, September 1986, #432.

203. Saoudi N, Castellanos A, Zaman L, Myerburg RJ. Exposure of concealed ventricular parasystole by isoproterenol. Proceedings from the X World Congress of Cardiology, Washington, DC, September 1986, #937.

204. Portillo B, Castellanos A, Mejias J, Leon-Portillo N, Zaman L, Myerburg RJ. The wide electrophysiologic spectrum of the linking phenomenon. Proceedings from the X World Congress of Cardiology, Washington, DC, September 1986, #1036.

205. Mendoza IJ, Moleiro F, Saoudi N, Myerburg RJ. Automodulation of ventricular parasystolic rhythms. Proceedings from the X World Congress of Cardiology, Washington, DC, September 1986, #1703.

206. Luceri RM, Valladares B, Drescher M, Interian A, Castellanos A, Myerburg RJ. Electrocardiographic effects and safety profile of recainam. A new type I antiarrhythmic agent. Proceedings from the X World Congress of Cardiology, Washington, DC, September 1986, #2476.

207. Medina-Ravell V, Castellanos A, Rodriguez-Salas L, Mendoza IJ, Myerburg RJ. Holter recordings in sudden and instantaneous cardiac death due to non-coronary disease of the sinus node and the atrioventricular conduction system. Proceedings from the X World Congress of Cardiology, Washington, DC, September 1986, #2542.

208. Zaman L, Castellanos A, Saoudi NC, Stafford WJ, Trohman RG, Myerburg RJ. Intraventricular activation

sequence during complete and incomplete functional left bundle branch block. Proceedings from the X World Congress of Cardiology, Washington, DC, September 1986, #3068.

209. Kohya T, Kimura S, Myerburg RJ, Bassett AL. Ventricular fibrillation during acute ischemia in hypertrophied rat hearts. Circulation 1986;74 (II):1372.

210. Luceri RM, Singh BN, Greenspon AJ, Horowitz LN, Capuzzi DM, Myerburg RJ. Electrophysiologic effects of intravenous recainam, a new antiarrhythmic agent. Circulation 1986;74 (II):411.

211. Kessler KM, Kozlovskis P, Trohman RG, Zaman L, Sequeira A, Castellanos A, Myerburg RJ. Implication of coupling in form-frequency ventricular arrhythmia classifications. Circulation 1986;74 (II):206.

212. Kessler KM, Kozlovskis P, Trohman RG, Zaman L, Sequeira R, Castellanos A, Myerburg RJ. QRS morphology-dependent pharmacodynamics of multiform ventricular ectopy. Circulation 1986;74 (II):749.

213. Castellanos A, Portillo B, Luceri RM, Zaman L, Myerburg RJ. Manifest entrainment of orthodromic circus movement tachycardia of the long RP type while pacing distally to the atrioventricular node. Circulation 1986;74 (II):500.

214. Zaman L, Castellanos A, Trohman RG, Kessler KM, Interian A, Myerburg RJ. Facilitation of antegrade AV nodal conduction and modification of Wenckebach cycles by retrograde "preexcitation" of the AV node. Circulation 1986;74 (II):1882.

215. Kimura S, Bassett AL, Kohya T, Kozlovskis PL, Myerburg RJ. Role of alpha-adrenoceptors in automaticity and triggered activity in cat Purkinje fibers after healed myocardial infarction. Circulation 1986:74 (II):1398.

216. Zaman L, Castellanos A, Fernandez P, Portillo B, Berkovits BV, Myerburg RJ. Entrainment of orthodromic circus movement tachycardia during autodecremental atrial and ventricular pacing. Clin Res 1987;35:7A.

217. Zaman L, Castellanos A, Rizo-Padron C, Interian A, Trohman RG, Myerburg RJ. Electrophysiologic differences of atrioventricular nodal reentrant tachycardia with discontinuous and continuous antegrade conduction curves. J Am Coll Cardiol 1987;9:101A.

218. Castellanos A, Saoudi NS, Mendoza IJ, de la Hera A, Luceri RM, Zaman L, Myerburg RJ. Circadian variabilities of modulated ventricular parasystole. J Am Coll Cardiol 1987;9:223A.

219. Castellanos A, Zaman L, Portillo B, Berkovits BV, Fernandez P, Myerburg RJ. Characteristics of entrainment of orthodromic circus movement tachycardia during autodecremental atrial and ventricular stimulation. J Am Coll Cardiol 1987;9:152A.

220. Myerburg RJ. Ischemic autonomic/metabolic aspects of cardiac arrhythmias - Experimental and clinical clues. PACE 1987;10 (Part II):969.

221. Myerburg RJ, Luceri RM, Horowitz LN, Singh B, Greenspon A, Kowey P, Friedman J, Capuzzi DM. Electrophysiologic profile of recainam, a new antiarrhythmic agent, determined by intracardiac electrophysiologic measurements in man. PACE 1987;10 (Part II):993.

222. Kimura S, Bassett AL, Kozlovskis PL, Myerburg RJ. Electrophysiologic changes during acute ischemia in

coronary perfused cat ventricle with healed myocardial infarction (HMI). Circulation 1987;76 (IV):109.

223. Lowery M, Kessler KM, Castellanos A, Myerburg RJ. Ventricular ectopy: Relationship of variable coupling and multiformity to repetitive forms. Circulation 1987;76 (IV):321.

224. Kessler KM, McAuliffe D, Wozniak P, Mahmood I, Terracall E, Kozlovskis P, Trohman RG, Zaman L, Castellanos A, Myerburg RJ. Electrophysiologic evaluation of free quinidine pharmacodynamics. Circulation 1987;76(IV):369.

225. Myerburg RJ, Thurer R, Luceri RM, Cooper DK, Zaman L, Trohman RG, Castellanos A. Time to first shock and long-term outcome in patients with automatic implantable defibrillators. J Am Coll Cardiol 1988;11:18A.

226. Zaman L, Fernandez P, Interian A Jr., Trohman RG, Castellanos A, Myerburg RJ. Effects of oral flecainide on atrioventricular reciprocating tachycardias refractory to procainamide. J Am Coll Cardiol 1988;11:169A.

227. Kozlovskis PL, Smets MJD, Bassett AL, Kimura S, Myerburg RJ. Regional B-adrenergic receptors and adenylate cyclase activity after healing of myocardial infarction in cats. J Am Coll Cardiol 1988;11:252A.

228. Huikuri HV, Zaman L, Castellanos A, Kessler KM, Cox M, Glicksman F, Myerburg RJ. Changes in cardiac autonomic tone during unstable and stable ventricular tachycardia. Presented at the X Congress of the European Society of Cardiology, Vienna, Austria. 8;28-9/1/88.

229. Luceri RM, Habal S, Thurer RJ, Castello S, Castellanos A, Myerburg RJ. Death in patients with automatic implantable cardioverter-defibrillators. PACE 1988;11:888.

230. Bauerlein J, de Marchena E, Wozniak P, Michaels C, Ackerman M, Myerburg RJ, Kessler KM. Pericatheterization silent ischemia. Circulation 1988;78(II):25.

231. Fuenmayor A, Castellanos A, Huikuri HV, Zaman L, Interian A, Cox M, Myerburg RJ. Reverse alternating Wenckebach periods during atrial pacing. Circulation 1988;78 (II):42.

232. Glicksman FL, Huikuri HV, Dwyer EM, Anthony RM, Castellanos A, Myerburg RJ. Differential prognostic significance of 2-5 or >6 repetitive ventricular ectopic beats. Circulation 1988;78 (II):70.

233. Interian A, Padron-Rizo C, Kessler KM, Zaman L, Castellanos A, Myerburg RJ. Comparison of intravenous and oral procainamide controlling inducible sustained ventricular tachyarrhythmias. Circulation 1988;78 (II):72.

234. Kimura S, Bassett AL, Shimizu M, Myerburg RJ. Sarcoplasmic reticulum function in skinned fibers of hypertrophied rat ventricle. Circulation 1988;78 (II):247.

235. Glicksman FL, Huikuri HV, Dwyer EM, Anthony RM, Castellanos A, Myerburg RJ. Acute noninvasive drug testing in guiding antiarrhythmic therapy in patients with high-grade ventricular ectopy. Circulation 1988;78 (II):626.

236. Huikuri HV, Zaman L, Castellanos A, Kessler KM, Cox M, Glicksman F, Myerburg RJ. Changes in cardiac autonomic tone during unstable and stable ventricular tachycardias. European Heart Journal 1988;9:119.

237. Huikuri HV, Kessler KM, Terracall E, Castellanos A, Linnaluoto MK, Myerburg RJ. Reproducibility and circadian rhythm of heart rate variability in healthy subject. Circulation 1989;80 (II):38.

238. Furukawa T, Kimura S, Bassett AL, Myerburg RJ. Abnormal conduction of ouabain-induced delayed afterdepolarizations and triggered activity in canine Purkinje fibers. Circulation 1989;80 (II):130.

239. Cox MM, Myerburg RJ, Kessler KM, Interian A, Fernandez P, Huikuri H, Terracall E, Castellanos A. Reversal of proarrhythmic effects of flecainide and encainide by beta-adrenergic blockade. Circulation 1989;80 (II):429.

240. Kimura S, Bassett AL, Furukawa T, Myerburg RJ. Effects of acidosis on Ca++ sensitivity and sarcoplasmic reticulum function in skinned fibers of hypertrophied rat ventricle. Circulation 1989;80 (II):505.

241. Furukawa T, Kimura S, Cuevas J, Bassett AL, Myerburg RJ. ATP-modulated potassium channels in epicardium and endocardium have different sensitivity to ATP. Circulation 1989;80 (II):519.

242. Huikuri HV, Cox MM, Interian A, Kessler KM, Castellanos A, Myerburg RJ. Efficacy of propranolol for suppression of ventricular tachyarrhythmias with different electrophysiologic characteristics. Circulation 1989;80 (II):653.

243. Cox MM, Berman I, Smets M, Myerburg RJ, Kozlovskis P. Morphometric mapping of regional differences in myocyte diameters after healing of myocardial infarction. J Am Coll Cardiol 1989;13:125A.

244. Castellanos A, Huikuri H, Fernandez P, Interian A, Myerburg RJ. Dynamics of atrioventricular nodal conduction ratios of unstable 2:1 block produced by atrial pacing. J Am Coll Cardiol 1990;15:98A.

245. Chakko S, de Marchena EJ, Kessler KM, Materson BJ, Myerburg RJ. Abnormal right ventricular diastolic function in essential hypertension. J Am Coll Cardiol 1990;15:142A.

246. Cuevas J, Kimura S, Cameron JS, Furukawa T, Myerburg RJ. Acidosis influences ATP-regulated K+ channels in normal and hypertrophied left ventricular myocytes. J Am Coll Cardiol 1990;15:145A.

247. Furukawa T, Bassett AL, Kimura S, Furukawa N, Myerburg RJ. "Reperfusion" early afterdepolarizations (EAD) in hypertrophied feline myocytes: Role of membrane currents. Circulation 1990;82 (III):100.

248. Interian A Jr, Breuer G, Cooper DK, Castellanos A, Myerburg RJ. Programmed electrical stimulation in patients with nonsustained ventricular tachycardia. Clin Res 1990;38:494A.

249. Interian A Jr., Fernandez P, Robinson E, Zeno J, Garcia O, Castellanos A, Myerburg RJ. Long-term effect of propranolol in ventricular tachycardia/fibrillation patients with isoproterenol dependent inducibility. Circulation 1990;82 (III):435.

250 Huikuri HV, Linnaluoto MK, Valkama JO, Kessler KM, Takkunen JT, Myerburg RJ. Heart rate variability and its circadian rhythm in survivors of cardiac arrest. Circulation 1990;82 (II):237.

251. Meissner MD, Mosteller RD, Steinman RT, Akhtar M, Cannom D, Epstein A, Fogoros R, Liem LB, Marchlinski F, Myerburg RJ, Veltri E, Schuger C, Lehmann MH. Cardiac arrest in patients without significant structural heart disease: A multicenter experience with implantable cardioverter-defibrillator

therapy. J Am Coll Cardiol 1991;17:92A.

252. de Marchena E, Asch J, Wozniak P, Pittaluga J, Martinez J, Breuer G, Caralis P, Chakko S, Kessler K, Myerburg RJ. Prognosis of patients medically converted from symptomatic angina to silent ischemia. J Am Coll Cardiol 1991;17:107A.

253. Castellanos A, Fernandez P, Interian A, Cox MM,. Myerburg RJ. Dynamics of atrioventricular nodal conduction ratios during conversion of 2:1 into 3:1, 4:1, and 5:1 atrioventricular block. J Am Coll Cardiol 1991;17:325A.

254. Interian A Jr., Cooper DK, Garcia O, Breuer G, Cox M, Castellanos A, Myerburg RJ. Secondary ventricular tachycardia following endocardial catheter ablation. PACE 1991;14:630.

255. Castellanos A, Cox MM, Fernandez P, Interian A Jr., Mayor MR, Ravina T, Myerburg RJ. Dynamics of atrioventricular conduction during documented two-level block: Progression and regression of 2:1 block at constant cycle lengths. PACE 1991;14:631.

256. Interian A Jr., Concepcion G, Mayor M, Kozlovskis P, Cooper DK, Garcia O, Castellanos A, Myerburg RJ. Comparison of intravenous procainamide failures with oral procainamide in patients with sustained ventricular tachycardia. Clin Res 1991;39:229A.

257. Chakko S, de Marchena E, Kessler KM, Myerburg RJ, Materson BJ. Doppler derived left ventricular filling parameters in essential hypertension. Clin Res 1991;39:395A.

258. Interian A Jr., Cooper DK, Garcia O, Breuer G, Castellanos A, Myerburg RJ. Secondary ventricular tachycardia following endocardial catheter ablation. Clin Res 1991;39:399A.

259. de Marchena EJ, Villa A, Futterman LG, Bauerlein EJ, Bolooki H, Horowitz MD, Myerburg RJ, Castellanos A. Paired EKGs recorded from the same heart in different patients: Transplant donor and recipient comparisons. Circulation 1991;84 (II):614.

260. Asch JA, Bilsker MS, Lowery MH, Lai A, Willis D, Asch CM, Myerburg RJ, Kessler KM. Left ventricular hypertrophy in pregnancy-induced hypertension. Circulation 1991;84 (II):51.

261. Huikuri HV, Linnaluoto MK, Kessler K , Takkunen JT, Myerburg RJ. Changes in heart rate variability before spontaneous episodes of ventricular tachycardia in patients with coronary artery disease. Circulation 1991;84 (II):320.

262. Furukawa Tetsushi, Moroe K. Mayrovitz HN, Sampsell R, Furukawa N, Myerburg RJ. Arrhythmogenic effects of graded coronary blood flow reductions superimposed on prior myocardial infarction in Dogs. Circulation Vol. 84(1). 1991:368-377.

262. Kimura S, Bassett AL, XI H, Myerburg RJ, Early afterdepolarizations induced by cocaine in feline ventricular myocytes. Circulation 1991;84 (II):503.

263. Kimura S, Bassett AL, Xi H, Myerburg RJ. Verapamil reduces action potential changes induced by simulated ischemia by blocking ATP-sensitive K+ current. Circulation 1991;84 (II):178.

264. Kimura S, Bassett AL, Xi H, Myerburg RJ. Early afterdepolarizations and triggered activity induced by

cocaine: a possible mechanism of cocaine arrhythmogenesis. Circulation Vol. 85(6). 1992:2227-2235

265. Kimura S, Bassett AL, Xi H, Tomita F, Myerburg RJ. Different characteristics of Na+ currents in endocardial and epicardial cells. Circulation 1992;86(I):564.

266. Kimura S, Bassett AL, Xi H, Tomita F, Myerburg RJ. Characteristics of ATP-sensitive K+ channels in hypertrophied cells: Effects of pH. Circulation 1992;86(I):92.

267. de la Hera A, Castellanos A, Sepulveda S, Interian A Jr., Myerburg RJ. Circadian variability of peaks of ectopic atrial beats and its relationship to circadian variability of sinus rates. Clin Res 1992;40:273A.

268. Cox MM, Pringle L, Mayor M, Interian A Jr., Castellanos A, Kessler KM, Myerburg RJ. Bimodal pattern of response to atenolol in patients with neurocardiogenic syncope. J Am Coll Cardiol 1992;19:329A,

269. Interian A Jr., Cox MM, Jimenez RA, Duran A, Levin E, Garcia O, Cooper DK, Castellanos A, Myerburg RJ. A shared pathway in AV nodal reentrant tachycardia and atrial flutter. PACE 1992;15:525.

270. Castellanos A, Cox MM, Fernandez PR, Interian A Jr., Myerburg RJ. Mechanisms of progression of 2:1 atrioventricular block in patients with documented two-level conduction disturbances. Proceedings from the XIV InterAmerican Congress of Cardiology, Orlando FL. 1992;p 21, #069.

271. Portillo B, Leon-Portillo N, Castellanos A, Saoudi N, Interian A Jr., Berkovits BV, Myerburg RJ. Characteristics of entrainment of atrioventricular nodal reentry tachycardia during autodecremental ventricular stimulation. Proceedings from the XIV InterAmerican Congress of Cardiology, Orlando, FL. 1992:22, #073.

272. de la Hera A, Castellanos A, Asch JA, Bilsker MS, Bauerlein EJ, Myerburg RJ. Reevaluation of an electrocardiographic index for the diagnosis of left ventricular hypertrophy in presence of left anterior fascicular block. Proceedings from the XIV InterAmerican Congress of Cardiology, Orlando FL. 1992;p 44, #148.

273. Interian A Jr., Bolooki H, Cox MM, Cooper DK, Barron M, Palatianos G, Castellanos A, Myerburg RJ. Isoproterenol facilitated induction of intraoperative ventricular tachycardia. Proceedings from the XIV InterAmerican Congress of Cardiology, Orlando, FL. 1992; p 93 #319.

274. Fernandez PR, Falkenberg E, Cooper D, Duran A, Jimenez R, Castellanos A, Myerburg RJ. The use of adjunct drug therapy for rate modulation of "fast" ventricular tachycardias enabling pace termination by fourth generation AICD's. Euro J C P E 1992;2:216.

275. Myerburg RJ, Kessler KM, Castellanos A. Sudden cardiac death: Structure, Function, and time-dependence of risk. Am Coll Cardiol Current Journal Review 1992;1:32.

276. Interian A Jr., Duran A, Jimenez R, Fernandez MI, Pulido M, Levin E, Cooper DK, Garcia O, Castellanos A, Myerburg RJ. Mechanism of apparent incremental retrograde conduction across left lateral accessory pathway. Clin Res 1992;40:832A.

277. Chakko S, Fernandez A, Mellman TA, Milanes FJ, Kessler KM, Myerburg RJ. Cardiac manifestations of cocaine abuse: a cross-sectional study of asymptomatic men with a history of long-term abuse of crack cocaine . Am J Cardiol Vol. 20(5). 1992:1168-1174.

278. Furukawa T, Bassett AL, Furukawa N, Kimura S, Myerburg RJ. The ionic mechanism of reperfusion-induced early afterdepolarizations in feline left ventricular hypertrophy. 1993:1521-1531.

279. Cox MM, Duran A, Jimenez J, Pringle L, Castellanos A, Myerburg RJ. Differential response to phenylephrine in patients with neurocardiogenic syncope. J Am Coll Cardiol 1993;21:120A.

280. Interian A Jr., Bolooki H, Cox MM, Cooper DK, Garcia O, Barron M, Palatianos GM, Castellanos A, Myerburg RJ. Interoperative isoproterenol-dependent inducibility of ventricular tachycardia J Am Coll Cardiol 1993;21:278A.

281. Saoudi N, Castellanos A, Letac B, Myerburg RJ. Nonlinear dynamics of ventricular excitation in patients with artificial pacemakers. J Am Coll Cardiol 1993;21:426A.

282. de la Hera A, Castellanos A, Sepulveda S, Interian A Jr., Myerburg RJ. Circadian variability of peaks of ectopic atrial beats and its relationship to circadian variability of sinus rates. PACE 1993;16 (II):925.

283. Mulingtapang RF, Chakko S, Huikuri HV, Kessler KM, Materson BJ, Myerburg RJ. Alterations in heart rate variability and its circadian rhythm in hypertensive patients with left ventricular hypertrophy. J Am Coll Cardiol 1993;21:333A.

284. Tomita F, Bassett AL, Myerburg RJ, Kimura S. Diminished transient outward currents in hypertrophied rat ventricular myocytes. Circulation 1993; 88(I):33.

285. Cox MM, Interian A Jr., Perlman B, Gonzalez E, Pringle L, Castellanos A, Myerburg RJ. Epinephrine-specific ventricular tachycardia: A new variation of autonomically-mediated tachycardia. Circulation 1993;88 (I):117.

286. Kimura S, Bassett AL, Xi H, Tomita F, Myerburg RJ. Single Ca2+ channel properties in hypertrophied feline ventricular myocytes. Circulation 1993;88 (I):278.

287. Interian A Jr., Fernandez Marie I, Perlman B, Gonzalez E, Cox MM, Levin E, Castellanos A, Myerburg RJ. New technique for slow pathway ablation in AV nodal reentry using shortest AV interval. Circulation 1993;88 (I):493.

288. Castellanos A, Moleiro F, Myerburg RJ. Application of complexity theory to the analysis of conduction patterns in atrial flutter treated with digoxin. Clin Res 1993;41:722A.

289. Barkin JS, Lehman GA, Myerburg RJ, Fisher AH, Kapel RC, Reiner DK, U of Miami School of Medicine/Mt. Sinai Med. Center, Divs of GI and Cardiology, Miami, FL, Indiana Univ. Sch of Med, Div of GI. Endoscopy procedures: An occupational hazard for gastroenterologists.

290. Tomita F, Bassett AL, Myerburg RJ, Kimura S. Diminished transient outward currents in rat hypertrophied ventricular myocytes. Circ Res Vol 75(2) 1994:296-303

291. Demirovic J, Myerburg RJ. Epidemiology of sudden coronary death: an overview. Progress in Cardiovasc Dis Vol. XXXVII(1) 1994:39-48.

292. Huikuri HV, Myeburg RJ. Alterations of heart rate variability associated with spontaneous ventricular

arrhythmias. Primary Cardiology Vol. 20(10) 1994:24-28

293. Chakko S, Sepulveda S, Kessler KM, Sotomayor MC, Mash DC, Prineas RJ, Myerburg RJ. Frequency and type of electrocardiographic abnormalities in cocaine abusers (Electrocardiogram in cocaine abuse). Am J Cardiol Vol. 74. 1994:710-713

294. Myerburg RJ. Sounding Board: Departments of medical specialties. N Engl J Med 1994(330): 1453-1456

295. Katopodis JN, Kolodny L, Jy W, Horstman LL, Mao W, de Marchena EJ; Myerburg RJ, Ahn YS. Accepted for Presentation Chronic Platelet Activation and Acute Coronary Syndromes in 13 Middle Aged Patients. The American Society of Hematology. December 1994

296. Chakko S, Myerburg RJ. Cardiac complications of cocaine abuse. Clin Cardiol Vol 18. 1995:67-72.

297. Valkama JO, Huikuri HV, Koistinen MJ, Yli-Mayry S, Airaksinen KEJ, Myerburg RJ. Relation between heart rate variability and spontaneous and induced ventricular arrhythmias in patients with coronary artery disease. JACC Vol. 25(2) 1995:437-438

298. Castellanos A, Moleiro F, Saoudi N, de la Hera A, Myerburg RJ. Does complexity theory apply to the conduction ratios occurring during progression of stable atrial flutter with 2:1 into 4:1 atrioventricular block. Am J Cardiol Vol 75. 1995:947-949

299. Castellanos A, Myerburg RJ. Primary and secondary repolarization changes: The intraventricular conduction alteration model. ACC Current Jrn. Review. 1995:61-63

300. Kessler DK, Kessler KM, Myerburg RJ. Ambulatory electrocardiography: A cost per management decision analysis. Arch Intern Med Vol. 155. 1995:165-1

301. Pinto JMB, Yuan, Bassett A, Myerburg RJ. Univ. of Miami Sch. Of Med. L-type calcium current are reduced in myocytes adjacent to healed myocardial infarcts. FASEB J.

302. Moleiro F, Ruesta V, Acosta H, Castellanos A, Myerburg RJ. Application of complexity theory to the analysis of progression of 4:1 to higher degrees of atrioventricular block. J. Invest Med (Biomedicine >96) 44:3;210A, March 1996

303. Saoudi N, Moleiro F, Acosta A, de la Hera A, Myerburg RJ, Castellanos A: Nonlinear dynamics of excitation in the human ventricles. J. Invest Med (Biomedicine >96) 44:3:210A March 1996.

304. Acosta H, de la Hera A, Saudi N, Moleiro F, Myerburg RJ, Castellanos A: Performance of two clinical models of artificial ventricular parasystole in reference to an ideal mathematical model. J. Invest Med. (Biomedicine >96) 44:3:311A, March 1996.

305. Cox MM, Perlman BR, Mayor MR, Silberstein T, Levin E, Castellanos A, Myerburg RJ. Letters to the editor. JACC 1996;28:3;798-801.

306. Levin E, Bomonina E, Rosenberg DG, Castellanos A, Myerburg RJ. Ethnic differences in return of spontaneous circulation after bystander cardiopulmonary resuscitation in witnessed out-of-hospital cardiac arrest. Circulation Supplement 94:8;2076 (I-356), October 1996

307. Castellanos A, Moleiro F, Acosta H, Ferreira A, Cox MM, Interian A Jr, Myerburg RJ. Sudden Wenckebach periods of and their relation to neurocardiogenic syncope. Circulation Supplement 94:8;3639 (I-621), October 1996

308. Perkiomaki JS, Huikuri HV, Ioistinen JM, Castellanos A, Myerburg RJ. Dispersion of QT interval and heart rate variability in patients with vulnerability to ventricular tachycardia and ventricular fibrillation. Circulation Supplement 94:8;3661 (I-625), October 1996.

309. Levin E, Bomonina E, Cooper D, Castellanos A, Myerburg RJ. Predictors of episodic loss of consciousness among patient with implantable cardioverter defibrillators. Circulation Supplement 94:8;3960 (I-678), October 1996.

310. Mitrani RD, Interian A Jr, Castellanos A, Girgis I, Dylewski J, Myerburg RJ. Initial induction of ventricular fibrillation does not facilitate subsequent ventricular fibrillation induction. PACE 20:4;1134 (336), 1997.

311. Castellanos A, Moleiro F, Chakko S, Acosta H, Huikuri H, Mitrani R, Myerburg RJ. Heart rate variability in inappropriate sinus tachycardia. PACE 20:4;1176 (504), 1997.

312. Myerburg RJ, Cox MM, Interian A Jr, Mitrani R, Girgis I, Dylewski J, Castellanos A. Cyclical variation of inducibility of paroxysmal supraventricular tachycardia in women. PACE 20:4;1201 (6060), 1997.

313. Moleiro F, Castellanos A, Cox MM, Interian A Jr, Myerburg RJ. Sudden Wenckebach periods: benign and malignant. Puerto Rican Health Sciences J Supplement A 16:019 (10), September 1997.

314. Castellanos A, Moleiro F, Acosta H, Huikuri H, Myerburg RJ. Heart rate variability in inappropriate sinus tachycardia. Puerto Rican Health Sciences J Supplement A 16:020 (10), September 1997.

315. Ruesta V, Castellanos A, Moleiro F, Interian A Jr, Myerburg RJ. Dynamics of type II Mobitz periodicities and of their relationship with paroxysmal atrioventricular block. Puerto Rican Health Sciences J Supplement A 16:024 (10), September 1997.

316. De La Hera A, Castellanos A, Saoudi N, Moleiro F, Ruesta V, Myerburg RJ. Performance of two clinical models of artificial ventricular parasystole in reference to an ideal mathematical model. Puerto Rican Health Sciences J Supplement A 16:028 (10), September 1997.

317. Pulido M, Moleiro F, Castellanos A, Torres JM, Ruesta V, Myerburg RJ. Paradoxical behavior of QT intervals during exercise. Its relation to cardiac memory. Puerto Rican Health Sciences J Supplement A 16:163 (10), September 1997.

318. Castellanos A, Moleiro F, Levin E, Interian A Jr, Myerburg RJ. Dynamics of, and reverse alternating Wenckebach periods during regression of 10:1 to 2:1 atrioventricular nodal block. Circulation 1:96:8;I-384 (2151), 1997.

319. Castellanos A, Moleiro F, Acosta H, De Santis P, Mitrani RD, Myerburg RJ. Chronic inappropriate sinus tachycardia in elderly females: its association with arterial hypertension and psychiatric disorders. J Am Cardiol Coll Supplement A 31:2;483A (1208-76), February 1998.

320. Interian A Jr, Kloosterman EM, Alba J, Maia H, Dylewski JR, Mitrani R, Myerburg RJ. Isoproterenol inducibility in patients with SVT. Accepted for presentation at the 11th International Congress, Nice

Acropolis French Riviera. June 17-20, 1998.

321. Yang X, Bassett A, Myerburg R, Hamzaoui A, Tang Q, Wasserlauf B. Role of actin cytoskeleton in electrophysiology of ventricular hypertrophy. Abstracts of the 13th Scientific Meeting of the Inter-American Society of Hypertension. Hypertension 33:(#279), 1999.

322. Dulam V, Chakko S, Ahmad MZ, Myerburg RJ, Valenzuela R. Comparison of CK-MB subforms and troponin I in the risk stratification of patients with acute myocardial ischemic syndromes. Southern Regional Meeting, Journal of Investigative Medicine, 48:178A (#960), 2000.

323. Baumbach LL, Basterrechea H, Myerburg RJ, Bishopric NH. High throughput identification of long QT mutations using multiplex SSCP. AHA, Abstract # 115747, 2001.

324. Fenster JS, Velez M, Shenghan L, Rosenberg DJ, Kurlansky P, Newton S, Myerburg RJ. Survival with community-wide police-car deployment of automated external defibrillators in a large metropolitan area. North American Society of Pacing and Electrophysiology, 22nd Annual Scientific Sessions, PACE 24:(part II)584, April 2001.

325. Velez M, Fenster JS, Shenghan L, Rosenberg DJ, Kurlansky P, Newton S, Castellanos A, Myerburg RJ. Out-of-hospital cardiac arrest mechanisms, police and fire rescue response times and survival. North American Society of Pacing and Electrophysiology, 22nd Annual Scientific Sessions, PACE 24:(part II)614, April 2001.

326. de Marchena E, Esnard J, Colvin M, Rhida M, Castellanos A, Myerburg RJ. Ventriculophasic sinus arrhythmia in the orthotopic transplanted heart: mechanism of disease revisited. International Conference of the Transplantation Society. August 2002.

327. Miller T, Moreno N, Estrella E, Ahearn ME, Rusconi P, Wolff G, Myerburg RJ, Baumbach L, Bishopric N. Recurrent pregnancies associated with fetal sudden death in a mother mosaic for a SCN5A mutation. Circulation Supplement II 106:II-700, Abstract #3450, November 2002.

328. Diaz JO, Moleiro F, Castellanos A, Myerburg RJ. Dynamics of secondary repolarization abnormalities during abrupt but transient lengthening of the RR intervals. North American Society of Pacing and Electrophysiology, Abstract # 101101, May 2003.

329. Pham TV, Patberg KW, Smets MJ, Myerburg RJ, Bassett AL. Ito Transmural gradient is diminished in senescent rat left ventricle. Circulation Supplement 108:IV-55, Abstract 252, October 2003.

330. Miller T, Estrella E, You LJ, Lanier W, Young ML, Baumbach, Myerburg RJ, Bishopric, NH. Compound heterozygous mutation of both alpha and beta subunits of IKs is associated with Romano-Ward syndrome. Circulation Supplement 108:IV-55, Abstract 862, October 2003.

500. Chirinos-Medina JA, Castrellon A, Zambrano JP, Willens H, Castellanos A, Myerburg RJ, Ahn Y. Digoxin use is associated with increased platelet and endothelian cell activation in patients with non-valvular atrial fibrillation. Heart Rhythm Supplement 1(1S):S124-S125, Abstract 390, NASPE, May 2004.

501. Interian Jr A, Jimenez J, Ramos R, Rechani L, Smalheiser S, Mallon S, Myerburg R, Castellanos A. Is there a role for ICD s in patients receiving outpatient continuous inotropic therapy? Heart Rhythm Supplement 1(1S):S242-S243, Abstract 772, NASPE, May 2004.

502. Miller TE, Pham TV, Smets MJ, You L, Bassett A, Baumbach-Reardon L, Myerburg RJ, Bishopric NH. Novel mutation (S338F) in cardiac KvLQT1 S6 domain hinders KvLQT1-KCNE1 Coassembly Circulation (Suppl III) 2004; III-16, Abstract 67, AHA, November 2004.

503. Virani SS, Chirinos JA, Zambrano JP, Jimenez J, Jy W, Ahn E, Peter A, Horstman LL, Castellanos A, Myerburg RJ, Ahn YS. Correlation between apoptotic endothelial microparticles and subclinical inflammation in healthy individuals. J Am Coll Cardiol 45(3) Suppl A: 427A-428A, #1155-109. (ACC, March 2005)

504. Chirinos JA, Castrellon A, Zambrano JP, Jy W, Horstman LL, Ahn ER, Jiménez JJ, Willens H, Castellanos, Myerburg RJ, Ahn YS. Platelet activation promotes formation of platelet-leukocyte conjugates (PLC) in non-valvular atrial fibrillation (AF). J Am Coll Cardiol 45(3) Suppl A: 100A, #1078-257. (ACC, March 2005)

505. Baumbach L, Miller T, Cocilova S, Travers H, Elliott S, Mont E, Myerburg R, Bishopric N (2005). Genetic Complexities of Molecular Diagnosis for Ventricular Arrhythmias. *American Society of Human Genetics 55th Annual Meeting Abstracts* (October 25-29, 2005, Salt Lake City, Utah), 1731, page 321.

337. Mondal S, Chakko S, Castellanos A, Myerburg RJ, Interian A (2005). Prevalence and long-term clinical follow-up of patients with Brugada EKG patterns among a US veteran population. AHA 2005 Scientific Sessions Annual Meeting Abstracts (Dallas, TX), November, 2005, *in press – available online Oct. 25, 2005.*

338. Dorian P, Hussein AK, Hoh nloser S, Brum J, Pratt C, Borggrefe M, Brachmann J, Cannom D, Myerburg R. Azimilide reduces arrhythmic-related ER visits and hospitalizations in patients with an ICD: results from the SHIELD trial. AHA 2006 Scientific Sessions Annual Meeting Abstracts (#3501), Circulation (Suppl II) 2006; 114(18): II-746.

339. Kaab S, Sinner MF, George AL Jr., Wilde AA, Bezzina CR, Schulze-Bahr E, Guicheney P, Bishopric NH, Myerburg RJ, Schott J-J, Pfeufer A, Hinterseer M, Beckmann BM, Steinbeck G, Perz S, Ingram C, Norris K, Crawford DC, Richie M, Roden D. High density tagSNP candidate gene analysis identified IKs as a major modulator of genetic susceptibility to drug induced long QT syndrome. Circulation 2008; 118: S-884.

340. Hamilton K, Rampersaud E, Gamal el-Imam D, Faugue R, Mont EK, Yeboah N, Myerburg RJ, Martin E, Bishopric NH (2008). Gene variants associated with coronary artery disease presenting as sudden death. Platform presentation, American Society for Human Genetics, Philadelphia, PA, November 13, 3008. Available after September 25, 2008 at the following URL: http://www.ashg.org/genetics/ashg08s/index.shtml

341. Faugue RM., Rodriguez Y. , El-Imam DG. , Mont EK. , Ahearn ME., Myerburg RJ., Bishopric NH (2008). Absence of Association of Y1102 and C4848T variants with sudden cardiac death among African-Americans. Presented at the American Society for Human Genetics, Philadelphia, PA, November 13, 3008. Available after September 25, 2008 at the following URL: http://www.ashg.org/genetics/ashg08s/index.shtml

342. Zhang T, del Carpio-Munoz F, Rao SS, Ahearn ME, Myerburg RJ, Bishopric NH: Frequency of variants of long QT disease genes in patients with drug-induced LQT syndrome. Annual Meeting of the American Society of Human Genetics. November 3, 2010, Washington, DC.

343. Bezzina CR, Pazoki R, Bardai A, Marsman RF, de Jong JSSG, Blom MT, Scicluna BP, Jukema JW, Bindraban NR, Lichtner P, Pfeufer A, Bishopric N, Roden DM, Meitinger T, Chugh SS, Myerburg RJ,

Jouven X, Kääb S, Dekker LRC, Tan HL, Tanck MWT, Wilde AAM: Genome-wide association study identifies a region at Chr 21q21 as a susceptibility locus for ventricular fibrillation in acute myocardial infarction. Circulation 2010; 122:A19099.

344. Mitrani RD, Moscucci M, Cogan JV, Myerburg RJ. Association of death and heart failure hospitalizations with frequency of transthoracic impedance crossings in patients with implanted defibrillators. Heart Rhythm 2011; 8:S156.

345. Marzouka GR, Rathod A, Patel N, Badheka AO, Lopera G, Myerburg R, Mitrani R: Rate control is superior to rhythm control in patients with atrial fibrillation and a pacemaker. Heart Rhythm 2012; S317.

346. Rodriguez AP, Tamariz L, Palacio A, Li H, Myerburg RJ: Racial patterns for catheter ablation in atrial fibrillation and atrial flutter. JACC 2013; 61(10-Supplement):E268.

347. Tanawuttiwat T, O'Neill BP, Macon C, Lucero T, Chinthakanan O, Heldman AW, Cohen MG, O'Neill WW, Williams D, Myerburg RJ: New-onset atrial fibrillation after aortic valve replacement: a comparison of transfemoral, transapical, transaortic and surgical approaches. JACC 2013; 61(10-Supplement):E325.

348. Postema PG, Kolder I, Tanck MW, Barc JG, Zumhagen S, Husemann A, Sinner M, Koopmann T, Hofman N, Pfeufer A, Lichtner P, Meitinger T, Myerburg RJ, Bishopric NH, Roden DM, Kaab S, Wilde AA, Schott J-J, Schulze-Bahr E, Bezzina CR: Genetic modifiers in long QT syndrome Type 2. Heart Rhythm 2013; 10 (Supplement 5):S54.

349. Rueda Rios CA, Sager SJ, Hoosien MO, Lopera G, Myerburg RJ: Inferolateral early repolarization in patients with syncope. Heart Rhythm 2013; 10 (Supplement 5):S86.

350. Damluji A, Al-Damluji MS, Moscucci M, Cohen MG, Mitrani RD, Myerburg RJ: Clinical outcomes and in-hospital cost of care after resuscitation from cardiac arrest: Insights from the US National Inpatient Sample 2008 to 2012. Circulation 2015, Abstract

351. Damluji AA, Chongthammakun V, Feldman T, Rosenberg DG, Cohen MG, Moscucci M, Myerburg RJ: Improvements in racial and ethnic disparities in STEMI care: AHA Mission LifeLine Program in South Florida. Circulation. 2016;134 (Suppl I):A20412

352. Patel N, Patel N, Arora S, Badheka A, Deshmukh A, Alfonso C, DeMarchena E, Cohen M, Bhatt D, Myerburg RJ.Sex Differences in Coronary Angiography, Percutaneous Coronary Intervention, and Outcomes During Hospitalization After Out of Hospital Cardiac Arrest with Ventricular Fibrillation or Pulseless Ventricular Tachycardia. J Am Coll Cardiol. 2016 Nov 1;68(18S):B47-B48. (TCT-118)

353. Patel N, Patel N, Arora S, Cohen M, Kini A, Sharma S, Bhatt D, Myerburg RJ: Regional Differences in the Incidence and Outcomes of Hospitalization after Out-of-Hospital Cardiac Arrest in the United States. J Am Coll Cardiol. 2016 Nov 1;68(18S):B341. (TCT-845)

**21. Other works accepted for publication:**

**PROFESSIONAL**

**22. Funded research grants received within the last five years (*currently active):**

| | |
|---|---|
| Fondation Leducq, Paris, France * | Core Member of the Transatlantic Virtual Center of Excellence. Dan Roden, MD, Chief, Division of Clinical Pharmacology and Director, Institute for Experimental Therapeutics, Vanderbilt University, Nashville, TN, USA and Denis Escande, MD, PhD, Director of l'institute due Thorax, Nantes, France, and Grantee Coordinator: "Preventing Sudden Cardiac Death," starting October, 2006 for 5 years. |
| Miami Heart Research Institute * Miami Beach, FL | Cardiovascular Genetics Center Grant; "Long-QT syndrome and Familial Hypertrophic Cardiomyopathy" (1999 – 2006) Principal Investigator: Robert J. Myerburg, MD |
| National Institutes of Health: | Forms and Responses of Ventricular Arrhythmias (1975-1992) Principal Investigator: Robert J. Myerburg, MD |
| National Institutes of Health: | Electrophysiology After Healed Experimental Myocardial Infarction (1978 - funding through 2000) * Principal Investigator: Robert J. Myerburg MD |
| National Institutes of Health | Sudden Cardiac Death - Heart Failure Trial (SCD-HeFT) 1997 - Present Principal Investigator: Gust Bardy, M.D. |
| University of Rochester (CPI Inc) | Multicenter Automatic Defibrillator Implantation Trial (MADIT) (1990-1996) Principal Investigator: Arthur J. Moss, M.D. |
| American Heart Association of Greater Miami: | Electropharmacology of Myocardium Surviving Ischemia Principal Investigator: Robert J. Myerburg, MD |
| American Heart Association, Florida Affiliate: | Electrophysiology of Tissue Healed After Ischemic Injury Principal Investigator: Robert J. Myerburg, MD |
| American Heart Association Florida Affiliate | Single-Cell & Multicellular Electrophysiology of Ischemia/Infarction Principal Investigator: Robert J. Myerburg, MD |
| American Heart Association, Florida Affiliate: | Ionic Mechanism of Reperfusion Arrhythmias Principal Investigator: Robert J. Myerburg, MD |

**23. Editorial responsibilities:**

Editorial Boards:

2008 American Journal of Cardiology
Circulation
Clinical Cardiology
(* current) International Journal of Cardiology
* Journal of the American College of Cardiology
* Cardiology
* Journal of Cardiovascular Electrophysiology

Referee Reviewer: American Heart Journal
American Journal of Medicine
American Journal of Physiology
Annals of Internal Medicine
Chest
Circulation Research
Journal of Clinical Investigation
Journal of Molecular and Cellular Cardiology
New England Journal of Medicine
PACE
Science
Heart Rhythm

**24. Professional and honorary organizations:**

| | |
|---|---|
| American Heart Association (National) | 1968-present |
| Council on Clinical Cardiology, Fellow | 1972-present |
| Council Representative, State of Florida | 1977-1982 |
| Executive Committee | 1986-1990 |
| | |
| Electrocardiography & Electrophysiology Comm. | 1985-1996 |
| Vice-Chairman | 1985-1986 |
| Chairman | 1986-1988 |
| Committee on Scientific Sessions Program | 1978-1994 |
| Vice-Chairman | 1992-1994 |
| Committee on Sudden Cardiac Death | 1992-1994 |
| | |
| American Heart Association, Chair in Cardiovascular Research University of Miami School of Medicine | 1986-1988 |
| | |
| American Heart Association of Greater Miami | 1970-1990 |
| Board of Directors | 1970-1990 |
| Research Committee (Chairman, 1973-1974) | 1971-1974 |
| Hypertension Committee, Chairman | 1977-1978 |
| | 1982-1983 |
| Public Education Committee, Chairman | 1978-1979 |
| Secretary | 1974-1975 |
| Vice-President | 1979-1982 |
| President-Elect | 1982-1983 |
| President | 1983-1984 |

| | |
|---|---|
| Executive Committee | 1982-1990 |
| Nominating Committee | 1988-1989 |
| American Heart Association, Florida Affiliate | 1970-present |
| Research Peer Review Committee | 1980-1983 |
| | 1988-1990 |
| American Board of Internal Medicine, Examination Committee for Certifying Exam in Electrophysiology | 1990-Present |
| American College of Physicians, Fellow | 1972-present |
| American College of Cardiology, Fellow | 1975-present |
| Governor for State of Florida | 1981-1984 |
| Annual Scientific Sessions Program Committee | 1987-1989 |
| American College of Cardiology, Florida Chapter | 1988-present |
| Councillor | 1988-1994 |
| Awards and Honors Committee, Chairman | 1988-1994 |
| Professional Education Committee, Chairman | 1994-present |
| American Federation for Clinical Research (Emeritus) | 1971-present |
| American Society for Clinical Investigation (Emeritus) | Elected 1974 |
| Association of American Physicians | Elected 1984 |
| Association of University Cardiologists | Elected 1976 |
| Council | 1991-1995 |
| Vice-President | 1992-1993 |
| President | 1993-1994 |
| Association of Professors of Cardiology | 1990-present |
| Council | 1992-1996 |
| President-Elect | 1993-1994 |
| President | 1994-1995 |
| Association of Subspecialty Professors | 1992-2003 |
| Council | 1992-2003 |
| Cardiac Electrophysiology Society | 1977-present |
| President | 1978-1979 |
| CARE/Cardiac Arrhythmias Research and Education Foundation, Inc. | |
| President | 1998-present |

**25. Honors and awards:**

Alpha Epsilon Delta Premedical Honor Society

Psi Chi Honor Society in Psychology
Alpha Omega Alpha Medical Honor Society
Beta Chapter of Maryland
Graduated University of Maryland School of Medicine Magna Cum Laud 1961
University of Miami Chapter of Sigma XI
The Scientific Research Society
Charles C. Wolferth Visiting Professor - University of Pennsylvania
Harold Bix Visiting Professor - University of Maryland
Outstanding Teacher's Award, Cardiology Fellowship, University of Miami School of Medicine, Miami, FL
Distinguished Achievement Scientific Councils Award - American Heart Association, November 12, 1991
8th Annual Michel Mirowski Award for Excellence in the Field of Clinical Cardiology and Electrophysiology, 1996
Research Achievement Award, North American Society of Pacing and Electrophysiology (NASPE) 2000
Distinguished Faculty Scholar Award, April 11, 2001, University of Miami, Miami, FL 2001
Eric G. Neilson, MD, Distinguished Professor Award, Association of Sub-Specialty Professors, October 2004
American Heart Association/American Stroke Association Golden Heart Member, May 2005
Heart Ready Advocate of the Year Award, American Heart Association of Florida and Puerto Rico, June 2005
Pincoffs Lecturer, University of Maryland School of Medicine, Baltimore MD, December, 2006
Inaugural Cor Vitae Award from American Heart Association, Heart Ball, June 7, 2008
Outstanding Leadership for 35 years, Cardiovascular Division, University of Miami, June 21, 2008
Doctoris Honoris Causa (Honorary Doctorate Degree), Oulu University, Oulu, Finland, May 16, 2009

**26. Post-Doctoral Training:**

| | | |
|---|---|---|
| University of Maryland Hospital | Intern in medicine | 7/1/61-6/30/62 |
| Charity Hospital / New Orleans; Tulane University | Resident, Internal medicine | 7/1/64-6/30/66 |
| Grady Memorial Hospital / Altlanta; Emory University | Fellow, Cardiology | 7/1/66-6/30/68 |
| Department of Pharmacology, Columbia University College of P & S | Research fellow | 7/1/68-12/31/69 |

**27. Other professional activities (papers presented; conferences; seminars; etc.):**

National and International Scientific Meetings:

| | |
|---|---|
| American Heart Association, Invited Plenary Lectures | 1980, 1982, 1984 1985, 1987, 1988,1990, 1991 (2), 1993, 1994, 1996. |
| American Heart Association, Invited Structured Programs | 1980, 1982, 1984 1985, 1987, 1988(2), 1990, 1992, 1995 |

| | |
|---|---|
| American Heart Association, Scientific Sessions, CVS.23 – *New Insights into Sudden Cardiac Death from Animal Models* "Scientific Gaps in the Prediction and Prevention of Sudden Death" | 2004 |
| American Heart Association, Scientific Sessions, CVS.23 – *New Insights into Sudden Cardiac Death from Animal Models* "Scientific Gaps in the Prediction and Prevention of Sudden Death" | 2004 |
| American College of Cardiology, Invited Plenary Lectures | 1980, 1982, 1984 |
| American College of Cardiology, Structured Programs | 1980, 1982, 1984<br>1992, 1995<br>2004, 2005 |
| American College of Cardiology, Scientific Sessions, Core Curriculum 708, Prevention of SCD: Selecting Patients and Implementing Therapy, Co-Chair and invited Presenter, "Challenges & Limitations in Reducing Sudden Death," Atlanta, GA, Georgia Word Congress Center, March 13, 2006 | 2006 |
| Heart Rhythm Society Meeting, May, 2006. Abstract Reviewer | |
| "Devices for Sudden Death Prevention in Coronary Disease," American College of Cardiology, 35th Interpretation & Treatment of Cardiac Arrhythmias, Arrhythmia Management for the Clinician: A Practical Approach, Four Seasons Hotel, Philadelphia, PA, 11/30-12/2 | 2006 |
| American College of Cardiology, Scientific Sessions, Core Curriculum 701, SCD: Channels to US Census, Co-Chair with Christine M. Albert New Orleans, LA, Morial Convention Center, March 26, 2007 | 2007 |
| American Board of Internal Medicine, Examination Committee for Certifying Exam in Electrophysiology | 1990-Present |
| Argentine Cardiac Society, Invited Plenary Lecture | 1980 |
| British Heart Foundation, Invited Plenary Lecture | 1986 |
| Cardiostim-Europe, Invited Lectures | 1986, 1988, 1990,<br>1992,1994,1996, 2004, 2006, 2008 |
| European Cardiology Society, Invited Plenary Lecture | 1994 |
| European Cardiac Arrhythmia Society, Invited Abstract Reviewer | 2006 |
| European Cardiology Society, Invited Abstract Reviewer | 2004 |
| European Pacing Society, Invited Lectures | 1983, 1989, 1993 |

Hoffman Symposium (Tribute to Brian F. Hoffman, MD), Islamorada, FL

Guest Lecturer at International Symposium entitled "Progress in Clinical Pacing", Rome, Italy

World Congress of Cardiology — 1986, 1994

Japanese Society of Electrocardiology, Ueda Memorial Lecture — 1989

VII World Symposium on Cardiac Pacing Vienna, Austria

XI Interamerican Congress of Cardiology San Juan, Puerto Rico

International Symposium on Advances in Cardiovascular Therapy, Barcelona Spain

Sudden Cardiac Death Symposium Florence, Italy — 1982

Life-Threatening arrhythmias: Genesis and Control Symposium Wookstock, England

The First Year After Myocardial Infarction Symposium Liege, Belgium

International Conference on Cardiac Arrest & Resuscitation Brighten, England

International Conference on the Management of Cardiac Arrhythmias London, England

The Rappaport Symposia A Lethal Arrhythmias Resulting from Myocardial Infarction — Haifa, Israel

Autonomic Properties in Healed Myocardial Infarction — Pavia, Italy

Ueda Memorial Lecture - Japanese Society of Electrocardiology — Tokyo, Japan

Ischemic Heart Disease: Progress in Prevention, "Experimental and Clinical Studies of Autonomic Properties in Healed Myocardial Infarction" — Pavia, Italy

Frontiers in Cardiology, Emory University Sch. of Medicine & Georgia Heart Assn. Cardiology for the Practicing Physician, Atlanta, GA

American College of Physicians and Royal College of Physicians & Surgeons of Canada — Halifax, Nova Scotia

Masters of Pediatrics Poster Session: 1) "Complexities of molecular diagnosis for ventricular arrhythmias," Baumbach L, Miller T, Travers H, You L, Ahearn ME, Lanier W, Esstrella E, Elliott S, Myerburg R, Bishopric N. 2) "Novel mutations (S338F & F339S) in cardiac KvLQT1 S6 domain hinder KvLQT1-KCNE1 coassembly," Miller TE, Pham TV, Smets MJ, You L, Bassett A, Kurlansky P, Baumbach-Reardon LL, Myerburg RJ and Bishopric NH. Division of Medical Genetics/John T. Macdonald Fdn. Center for Medical Genetics, Miller School of Medicine at the University of Miami, held in Bal Harbor, FL, January 27, 2005

Atrial Fibrillation & Ventricular Arrhythmia Management: Including the latest developments in 3-D image integration, ablation & device therapy. Invited by Morgan Stanley. September, 2006, New York, NY

"Advances in the Understanding of Cardiac Arrest," and CRM Case Studies, *Faculty Member* for National Physician Education Program sponsored by Boston Scientific, Mandarin Oriental, April 14-15, 2007, Miami, FL.

**INVITED LECTURES (ACADEMIC CENTERS):**

| | |
|---|---|
| University of Maryland, Grand Rounds | 1976, 1982, 2006 |
| Pincoffs Lecture in Medicine, School of Medicine | 2006 |
| Emory University, Grand Rounds | 1976, 1980, 1987,1992, 1996 |
| University of Virginia, Grand Rounds | 1976, 1982 |
| Medical College of Virginia, Grand Rounds | 976, 1982 |
| University of Pennsylvania, Wohlferth Visiting Professor | 1976 |
| University of South Carolina, Grand Rounds | 1975 |
| University of Florida, Cardiology Grand Rounds | 1979, 1986 |
| University of Tennessee, Cardiology Grand Rounds | 1982 |
| University of South Florida, Grand Rounds | 1981, 1985 |
| Medical College of South Carolina, Grand Rounds | |
| Massachusetts General Hospital, Cardiology Grand Rounds | |
| Northwestern University, Cardiology Grand Rounds | |
| Brigham and Women s Hospital, Cardiology Grand Rounds | |
| University of Iowa, Cardiology Grand Rounds | 1982 |
| Tulane University, Cadiology Grand Rounds | |
| Tokyo University, Cardiology Lecture | 1989 |
| Osaka University Medical Center, Lectureship | 1993 |
| Wayne State University, Cadiology Grand Rounds | 1993 |
| Deaconess Hospital (Boston), Cardiology Grand Rounds | 1994 |
| Baylor University Medical Center, Cardiology Grand Rounds | 1994 |
| Cornell University Medical Center, Cardiology Grand Rounds | 1994 |
| New Jersey College of Medicine & Dentistry | 1995 |
| University of South Alabama, Cardiology Grand Rounds | 1995 |
| St. Louis University, Cardiology Grand Rounds | 1997 |
| Georgia Heart Association, Savannah, Georgia | |
| Cardiostim ' 86,Monaco | |
| 20 Years of Programmed Electrical Stimulation of the Heart, Maastricht, The Netherlands | |
| International Conference on the Management of Cardiac Arrhythmias, London, England | |
| The Rappaport Symposia "Lethal Arrhythmias Resulting from Myocardial Ischemia and Infarction "Cardiostim 88", Monaco | |

20 Years of Evolving Arrhythmic Concepts, "Time to First Shock and Outcome Determinants after Implantation of AICD"
The Netherlands
Chairman "UPDATE '89" "Afterdepolarizations" and Lecture
"Clinical Relevance of Basic Electrophysiology"
Toronto, Canada
International Symposium on Cardiac Arrhythmias
Maastricht, The Netherlands
Guest Lecturer at Symposium "New Concepts in Treatment of Arrhythmias," Vail,CO
NASPE and 5th International Congress, St. Louis, MO
NASPE, 25th Annual Scientific Sessions, 25 Years Restoring the Rhythm of Life,
San Francisco, CA Core Curriculm 27, How Do We Design the Perfect Study,
Clinical Tutorial 50, Use of AEDs by police and other community sites; public access defibrillation
Cardiostim '92 - Acropolis Convention Center, Co-Chair, Nice, France
Cardiostim June, 2004 Acropolis Convention Center, Nice France
Cardiostim, 15th World Congress: June 15, 2006, in Session 152, Substrates Predisposing to Sudden Cardiac Death, "Epidemiology of Various Substrates" Nice France
Symposium, Osaka, Japan
ABIM EP Test Committee Mtg, Philadelphia, PA
New England Deacons Hospital
NASPE, San Diego, CA
Workshop in Germany
NIH Study Sessions
Florida Univ. Symposium, Amelia Island
AHA Broward Chapter Lecture, 1993
ACC Florida Chapter 7th Annual Mtg., Orlando, FL
Bonn, Germany, 1993
Sicilian Gambit Approach, New York
AUC, Carmel, CA
AHA Committee on Scientific Session, Dallas, TX
ABIM EP Meeting
NIH Study Session
26th Annual Teaching Conference in Clinical Cardiology
FCIM Symposium on Health Care. Washington, DC.
COCATS
FCIM Task Force, Maryland
Federated Council for Internal Medicine, Washington, DC

17th International Symposium 2004 Electrophysiologic Basis for Diagnosis and Management of Cardiac Arrhythmias, Milwaukee, WI, April 2004

CME Cardiovascular Roundtable 2005 - Optimal Management of the Post-MI Patient With or Without Heart Failure. Kowey P, coordinator. "Risk Stratification for Sudden Cardiac Death: Identifying the Population and the Individual," New York City, NY, January 21, 2005.

CME: Cardiology 2005: The Promise of Tomorrow, Heart to Heart Foundation, Florida Medical Association. Coordinator: Dr. A. Gharamani, "Evidence-based versus judgment-based decisions for implantable defibrillators," Holy Cross Hospital, Ft. Lauderdale, FL, January 28, 2005.

Kettering Cardiology Colloquium 2005 – Prevention of Sudden Cardiac Death in All Age Groups. Schuster B, coordinator. "Identifying Adult Patients At Risk for Sudden Cardiac Death." Dayton, OH, February 23, 2005

ACC Annual Meeting, March 5 – 7, 2005, Orange County Convention Center, Orlando, FL. Special Session 400, "Bethesda Conference Report: Athletes with Cardiovascular Disease," March 6, 2005

Miami Physician Program, sponsored by Guidant Corp., Omni Colonnade Hotel, Coral Gables, FL "Do Cardiac Arrest Victims Really Die Suddenly?" April 30, 2005.

Heart Rhythm Society (formerly NASPE) Annual Meeting 2005 – Featured Speaker. 1) Session SY03, Mending Broken Hearts – Managing the Rhythm of Life: Sudden Cardiac Death; Co-Chair. 2) Core Curriculum Session CC20, Sudden Death Prevention – From Drugs to Devices, May 4-7, 2005, New Orleans, LA

"Challenging Gaps in the Prediction and Prevention of Sudden Cardiac Death." – Guest Speaker for Grand Rounds, Johns Hopkins University, May 11, 2005, Baltimore, MD

Atrial Fibrillation & Ventricular Arrhythmia Management: Including the latest developments in 3-D image integration, ablation & device therapy. Heart Care Associates. Course Directors: Jasbir Sra, M.D. and Masood Akhtar, M.D. Chair of session on Ventricular Arrhythmias and Devices. Presentation: "Sudden cardiac death in ischemic and non-ischemic heart disease." September 30, 2005, Milwaukee, WI

Current and Future Trends in Diagnosis and Management: 20th Annual Cardiology Symposium. Co-sponsored by the University of Wisconsin School of Public Health and Heart Care Associates, LLC. Presentations: "Sudden Cardiac Death in Adolescents and Young Adults," and "Interesting Arrhythmia Cases." December 28-30, 2005, Fort Myers, FL

Atrial Fibrillation & Ventricular Arrhythmia Management: Including the latest developments in 3-D image integration, ablation & device therapy. Invited by Morgan Stanley. Presentation: "." September, 2006, New York, NY

Heart Rhythm Society (formerly NASPE) 27th Annual Meeting 2006 – Abstract Reviewer. May 4-7, 2006, Boston, MA.

7th Annual New Frontiers in Heart Failure Therapy symposium on Heart Failure Devices and Pharmacotherapy. January 27, 2007. ***FIRST ANNUAL ISHNE LECTURE***. "Sudden Death and Heart Failure." Continuing Medical Education sponsored by Beth Israel Medical Center and St. Luke's & Roosevelt Hospitals. The Waldorf – Astoria, New York city, NY

State of the Art 2007. Program Directors: Gerald Naccarelli, MD and Leonard Ganz, MD sponsored by Medtronic, "SCD: An Overview of the the Last Fifty Years." Marriott Buttes Hotel in Tempe, Arizona, February 24, 2007

Heart Rhythm Society (formerly NASPE) 28th Annual Meeting 2007 –. May 8-11, 2007, Denver, CO.
"Epidemiology of Sudden Cardiac Death," Session MC04, Co-Chair with Dr. Arthur Moss and speaker for Cored Curriculum 32, "Managing Patients with Long QT Syndrome," on Genetic Risk Stratification: Fact or Fiction," and "Management of Aymptomatic Individuals," and panel member for Meet the Experts Luncheon on "Developing a Career as a Population Scientist," Colorado Convention Center, May 9 and 10, 2007

Nordic Congress, Bi-Annual Meeting 2007 – *Featured Speaker*. "Session 8 – Arrhythmias 2. "Prediction & prevention of SCD now and in the future – In General Population." and Co-Chair of Debate 6, Arrhythmias,

Implantable device therapy is indicated for majority of patients with heart failure/LV dysfunction, attended Lunch Satellite Symposia 1, "Update on drug eluting stent and patient selection in ICD/CRT Therapy," Oulu, Finland, June 7–8, 2007.

An International Symposium on Ventricular Arrhythmias: Pathophysiology & Therapy, Oct. 26-26,2007. *Featured Speaker*, Part 4 – Ventricular Arrhythmias/Sudden Cardiac Death – Role of Device Therapy. "Epidemiology of Sudden Cardiac Death – What We Still Need to Know," Westin Philadephia Hotel & Conference Center, Philadelphia, PA.

XIII World Congress on Cardiac Pacing and Electrophysiology: Co-Chair with H.J. Trappe for session 9:30-11:00 on December 3, 2007 - The Automatic External Defibrillator: Tool or Toy? And Co-Chair with D.S. Cannom for session 11:30 a.m. – 1:00 pm on December 4, 2007 - "Patient Access, Well-Being, and quality of Life." Rome, Italy.

Acceptance for Madison Square Garden check for C.A.R.E. Foundation at Maggie Dixon Classic Double Header Madison Square Garden, December 8, 2007 – as President of the Foundation, New York City, NY.

Ventricular Arrhythmia and Sudden Death Symposium, *Featured speaker*: "Epidemiology of Sudden Death," and Panel discussion on the topics of Ventricular Fibrillation and Defibrillation, March 14-16, 2008, W. Hotel, San Francisco, CA.

29th Annual Scientific Sessions of Heart Rhythm Society, *invited and accepted* to Chair Core Curriculum Session entitled, "Developing Your Academic Career: Strategies for Success," and *invited speaker*, "Developing a Career as a Population Scientist," and *invited speaker* for Core Curriculum entitled, "SCD Around The World: Prevalence and Prevention" on "North American prospective." May 14-17, 2008, Moscone Center, San Francisco, CA.

16th Annual World Congress in Cardiac Electrophysiology and Cardiac Techniques, 11th Annual Didactic Course on Cardiac Pacing & CRT – Part II – Current Unsolved Problems in Clinical Electrophysiology, *invited speaker*, Session 93, June 19, 2008, "How Should We Routinely Screen Athletes with an ECG before Athletic Participation?" Nice Acropolis Convention Center, Nice, France

*Invited, Accepted* Speaker for AHA Annual Scientific Sessions, November 8-12, 2008, New Orleans, LA

*Invited, Accepted.* Invited speaker for ACC Annual Meeting, March 28 –31, 2008, Orange County Convention Center, Orlando, FL. ACC Symposium Session 0617, "SCD in the Young: Evaluating the Athlete's Heart," March 30, 2009

*Invited, Accepted.* Invited speaker for ACC Annual Meeting on Arrhythmia Management for the Clinician, April 16 –18, 2009, Four Seasons Hotel, Philadelphia, PA, "Primary Prevention of Sudden Death: Focus on CAD and CHF," and "Arrhythmias in Hypertrophy Cardiomyopathy, ARVD and 'Normal' Hearts," April 17, 2009

Participation in Working Groups and Seminars:

| | |
|---|---|
| NIH Workshop - Trends and determinants of coronary heart disease, Bethesda, Maryland | 1975 |
| Conference on the decline in coronary heart disease mortality. NHLBI, NIH; Bethesda, Maryland | 1979 |

European Working Group on Arrhythmias and Intracardiac Electrophysiology
Bad Nauheim, West Germany

Conference on sudden cardiac death. NHLBI, NIH; Bethesda, Maryland — 1983

Conference on the genetics and physiology of the long Q-T interval syndrome. NHLBI, NIH; Bethesda, MD — 1997

Policy Conference on Pacemaker and ICD Performance
Presented by the Heart Rhythm Society and the Heart Rhythm Fdn.
in cooperation with the U.S. Food and Drug Administration
Grand Hyatt, Washington, D.C. — 2005

Division of Epidemiology and Clinical Applications,
Division of Heart and Vascular Diseases Theme #3:
Arrhythmias. National Heart, Lung, and Blood Institute.
Strategic Plan member. Natcher Conference Center. June 29-30,
Bethesda, MD. — 2006

Path to Improved Risk Stratification Annual Meeting.
Bluhm Cardiovascular Institute of Northwestern, Northwestern Univ.
Four Points Sheraton O'Hare, Chicago, IL, July 13 — 2006

Path to Improved Risk Stratification, Northwestern Medical School
Host: Dr. Jeffrey Goldberger, Director, Cardiac Electrophysiology
Northwestern Med. Faculty Foundation, Chicago, IL, 9/11/2007 — 2007

Path to Improved Risk Stratification, Northwestern Medical School
Host: Dr. Jeffrey Goldberger, Director, Cardiac Electrophysiology,
"Risk Stratification for Sudden Cardiac Death:
Outlining A Plan for the Future,"
Four Points Sheraton O'Hare, Chicago, IL 9/16/2008 — 2008

**28. Teaching:**

a) Teaching awards received:

Outstanding Teacher's Award, Cardiology Fellowship, University of Miami School of Medicine, Miami, Florida

Distinguished Scientist Achievement Award presented by the Scientific Council of the American Heart Association National Center, November 1991.

b) Current teaching responsibilities (2006 – 2008 completed):

2006 Medical Grand Rounds. Department of Medicine, University of Miami Miller School of Medicine, April 26, 2006. "Evidence and Causation: Where Science Meets the Law."

2005-2006 Curriculum, Cardiovascular System (CVS) MODULE, May 1, 2006, Graduate course for medical students, 1 hr lecture, Clinical Electrocardiogram Par I - Normal.

2005-2005 Curriculum, Cardiovascular System (CVS) MODULE, May 1, 2006, Graduate course for medical students, 1 hr lecture, Clinical Electrocardriogram Part II – Acute and Chronic.

2005-2005 Curriculum, Cardiovascular System (CVS) MODULE, May 3, 2006, Graduate course for medical students, 1 hr lecture, Arrhythmias in Ischemic Heart Disease.

2005-2006 Curriculum, Cardiovascular System (CVS) MODULE, May 8 2006, Graduate course for medical students, 1 hr lecture, Conduction Disease and Arrhythmias.

2005-2006 Curriculum, Cardiovascular System (CVS) MODULE, May 8, 2006, Graduate course for medical students, 1 hr lecture, Atrial Arrhythmias.

2005-2006 Curriculum, Cardiovascular System (CVS) MODULE, May 9, 2006, Graduate course for medical students, 1 hr lecture, Sudden Cardiac Death.

Cardiology Inpatient Attending JMH West Wing 5, July 2006, approximately 120 hours of house staff, medical student and cardiology fellow oversight, patient care and teaching.

Cardiology Consult Service Attending JMH, November 2006, approximately 100 hours of house staff, medical student and cardiology fellow oversight, patient care and teaching

2006-2007 Department of Medicine Cardiovascular Disease Forum: Presenter: "Genetics of Sudden Cardiac Death Epidemiology," April 9, 2007, University of Miami Miller School of Medicine, 2 hours.

2006-2007 Curriculum, Cardiovascular System (CVS) MODULE, April 11, 2007, Graduate course for medical students, 1 hr lecture, Electrical Activity of the Heart and Mechanisms of Arrhythmias.

2006-2007 Curriculum, Cardiovascular System (CVS) MODULE, May 14, 2007, Graduate course for medical students, 1 hr lecture, Conduction Disease and Arrhythmias.

2006-2007 Curriculum, Cardiovascular System (CVS) MODULE, May 14, 2007, Graduate course for medical students, 1 hr lecture, Atrial Arrhythmias.

2006-2007 Curriculum, Cardiovascular System (CVS) MODULE, May 15, 2007, Graduate course for medical students, 1 hr lecture, Arrhythmias in Ischemic Heart Disease.

2006-2007 Curriculum, Cardiovascular System (CVS) MODULE, May 16, 2007, Graduate course for medical students, 1 hr lecture, Sudden Cardiac Death.

2007 Department of Medicine Grand Rounds, University of Miami Miller School of Medicine, June 13, 2007, "Predicting and Preventing Sudden Cardiac Death: Past Perceptions and Future Probes."

Cardiology Inpatient Attending JMH West Wing 5, December 2007, approximately 5 hours of house staff, medical student and cardiology fellow oversight, patient care and teaching.

2007-2008 Curriculum Cardiovascular System (CVS) MODULE, April 9, 2008, Graduate course for medical students, 1 hr lecture, Electrical Activity of the Heart & Mechanisms of Arrhythmias.

2007-2008 Curriculum, Cardiovascular System (CVS) MODULE, April 18, 2008, Graduate course for medical students, 1 hr lecture, Clinical Electrocardiogram Part I - Normal.

2007-2008 Curriculum, Cardiovascular System (CVS) MODULE, April 18, 2008, Graduate course for medical students, 1 hr lecture, Clinical Electrocardiogram Part II – Acute and Chronic.

2007-2008 Curriculum, Molecular & Cellular Pharmacology, April 29, 2008, Graduate course for pharmacology students, 2 hr lecture, 2007-2008 Curriculum, Genetics of Sudden Death.

2007-2008 Curriculum, Cardiovascular System (CVS) MODULE, May 6, 2008, Graduate course for medical students, 1 hr lecture, Conduction Disease and Arrhythmias.

2007-2008 Curriculum, Cardiovascular System (CVS) MODULE, May 6 2008, Graduate course for medical students, 1 hr lecture, Atrial Arrhythmias.

2007-2008 Curriculum, Cardiovascular System (CVS) MODULE, May 8, 2008, Graduate course for medical students, 1 hr lecture, Arrhythmias in Ischemia Heart Disease.

2007-2008 Curriculum, Cardiovascular System (CVS) MODULE, May 12, 2008, Graduate course for medical students, 1 hr lecture, Sudden Cardiac Death.

**29. Teaching specialization:** See #28b

**30. Thesis and dissertation advising/Post doctoral:**

| | |
|---|---|
| Alan M. Ezrin: Regulation of repolarization in the neonatal heart. | 1980 |
| Linda S. Miller: Factors retarding death of adult rat ventricular myocytes in conditions approximating ischemia. | 1984 |
| Wendel Moreira, MD (former Fellow at UM): Invited member of the jury to evaluate the PhD thesis of Dr. Moreira entitled | 2007 |

"Atrial flutter / atrial fibrillation: Long term follow-up of cryoablation with new pathophysiologic insights," Academic Hospital Maastricht, Maastricht, the Netherlands, December 6, 2007

## SERVICE

### 31. University committee and administrative responsibilities:

| | |
|---|---|
| Director, Division of Cardiology, Department of Medicine | 9/1/73 to 9/1/04 |
| Chairman's Advisory Committee, Department of Medicine | to Present |
| Governing Board, Professional Income Plan, University of Miami School of Medicine | to Present |
| Member, UMMG Finance Committee | to Present |
| Member, Patient Care Review Committee, Univ. Miami Sch. Medicine | to Present |
| Member, Sophomore Promotions Committee | to Present |
| Member, Curriculum Committee - Long Range Planning Subcommittee | to Present |
| Delegate, Faculty Senate, School of Medicine | to Present |
| Chair, Distinguished Faculty Scholar Committee | 2003-2004 |
| Member, Distinguished Faculty Scholar Committee | 2004-2005 |
| Scientific Advisory Committee, Univ. Miami School of Medicine | to Present |
| Academic Personnel Board, University of Miami School of Medicine | 1999-2001 |
| Curriculum Committee, University of Miami School of Medicine | |
| Faculty Council, University of Miami School of Medicine | |
| Research Task Force, University of Miami Miller School of Medicine | 9/1/04-present |

### 32. Community Activities:

Lectures at various hospitals and civic organizations in Miami-Dade, Broward, and Palm Beach counties.