**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 18-23181-CIV-WILLIAMS**

RANDALL NOON,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendants.
_______________________________/

# ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' amended report and recommendation (DE 45) ("Report") recommending that Defendant's motion to dismiss the second amended complaint (DE 30) be denied. On August 26, 2019 Defendant filed objections to the Report (DE 59). Upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 45) are **AFFIRMED AND ADOPTED**.
2. Defendant's motion to dismiss (DE 30) is **DENIED**.
3. Judge Torres' original report and recommendation (DE 44) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 5th day of September 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE