**eschwartz**

---

**From:** Carla Benedi
**Sent:** Wednesday, July 10, 2019 4:06 PM
**To:** 'Jessica Falcon'; CHRISTOPHER E. KNIGHT; Elizabeth A. Fleck; Katina M. Hardee; Maria Ramirez; Marc J. Schleier
**Cc:** pgerson; eschwartz
**Subject:** Noon v. Carnival Cruise Lines I Case No.: 18-CV-23181-WILLIAMS/TORRES
**Attachments:** Plf's Request for Admissions.pdf

Good afternoon,

Attached please find Plaintiff's Request for Admissions.

Thank you,

Carla C. Benedi
*Certified Paralegal*
Gerson & Schwartz, P.A.
1980 Coral Way
Miami, FL 33145
Tel. (305) 371-6000
Fax (305) 371-5749
E-mail: cbenedi@gslawusa.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-CV-23181-WILLIAMS/TORRES

RANDALL NOON, as Personal
Representative of the Estate of
KAREN NOON, Deceased,

Plaintiff(s),

v.

CARNIVAL CORPORATION, a Panamanian
Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant(s).
_______________________________________/

**PLAINTIFF'S REQUEST FOR ADMISSIONS**

The Plaintiff, RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, Deceased, by and through undersigned counsel requests the Defendant, CARNIVAL CORPORATION, to admit or deny the following:

1. On board the Sensation on July 7th and 8th 2017, Carnival had one or more portable oxygen concentrators which did not require being plugged into an electrical socket.
2. On board the Sensation on July 7th and 8th 2017, Carnival had portable airway equipment and oxygen.
3. On board the Sensation on July 7th and 8th 2017, Carnival had one or more portable (less than) 5 liter oxygen tanks and flow regulators.
4. On board the Sensation on July 7th and 8th 2017, Carnival had one or more bag mask airway equipment.

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2019 , the undersigned counsel for Plaintiff served the foregoing upon counsel for the Defendant at the address indicated in the attached Service List, by e-mail. Pursuant to Rule 26.1(b) of the Local Rules of the United States District Court for the Southern District of Florida, the foregoing document is being served on counsel as indicated but not filed with the Court at this time; the original is being retained in the files of Plaintiff's counsel and will be filed if, as and when necessary to address a matter pending before the Court.

***s/Philip M. Gerson***
PHILIP M. GERSON
Florida Bar No. 127290
pgerson@gslawusa.com
NICHOLAS I. GERSON
Florida Bar No. 0020899
ngerson@gslawusa.com
EDWARD S. SCHWARTZ
Florida Bar No. 346721
eschwartz@gslawusa.com
DAVID L. MARKEL
Florida Bar No. 78306
dmarkel@gslawusa.com
RAUL GABRIEL DELGADO II
Florida Bar No. 094004
rdelgado@gslawusa.com
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, FL 33145-2624
Telephone: (305) 371-6000
Facsimile: (305) 371-5749

**SERVICE LIST**
**NOON v. CARNIVAL CORPORATION**
**Case No.: 18-CV-23181-WILLIAMS/TORRES**

| | |
|---|---|
| **Nicholas I. Gerson, Esq.**<br>Florida Bar No. 20899<br>ngerson@gslawusa.com<br>**Philip M. Gerson, Esq.**<br>Florida Bar No.: 127290<br>pgerson@gslawusa.com<br>**Edward S. Schwartz , Esq.**<br>Florida Bar No. 346721<br>eschwartz@gslawusa.com<br>**David L. Markel, Esq.**<br>Florida Bar No. 78306<br>dmarkel@gslawusa.com<br>**Raul Gabriel Delgado II, Esq.**<br>Florida Bar No. 094004<br>rdelgado@gslawusa.com<br>Gerson& Schwartz, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone: (305) 371-6000<br>Facsimile: (305) 371-5749<br>***Attorneys for Plaintiff*** | **Christopher E. Knight, Esq.**<br>Florida Bar No. 607363<br>Email: cknight@fowler-white.com<br>**Amanda G. Altman, Esq.**<br>Fla. Bar No. 60885<br>Email: aaltman@fowler-white.com<br>**Katina M. Hardee, Esq.**<br>Fla. Bar No. 16069<br>Email: khardee@fowler-white.com<br>Fowler White Burnett, P.A.<br>Brickell Avenue, 14th Floor<br>1395 Brickell Avenue<br>Miami, FL 33131<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201<br>***Attorneys for Defendant*** |