**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 18-23181-CIV-WILLIAMS**

RANDALL NOON,

Plaintiff,

vs.

CARNIVAL CORPORATION.

Defendant.

---

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation on the Defendant's Motion for Summary Judgment (the "Report"). (DE 77). On November 6, 2019, Judge Torres recommended that Defendant's motion for summary judgment (DE 50) be **GRANTED** in part and **DENIED** in part. On November 20, 2019, Defendant filed objections to the Report (DE 84), to which Plaintiff filed a response (DE 85).

Upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 77) are **AFFIRMED AND ADOPTED**.
2. Defendant's motion for summary judgment (DE 50) is **GRANTED** in part and **DENIED** in part.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 17 day of January, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE