**LIMITING INSTRUCTION - PLAINTIFF'S PRIOR MEDICAL HISTORY**

Evidence of Mrs. Noon’s history of smoking cigarettes as a cause of COPD, history of Type 2 diabetes, or history of other medical conditions predating her July 2017 cruise on the Carnival Sensation may not be considered as evidence of Mrs. Noon's alleged comparative negligence or failure to mitigate damages, nor as an independent cause of her death. Mrs. Noon's medical history may be considered by you as it may relate to her life expectancy.

**EXHIBIT 1**