UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 18-CV-23181-WILLIAMS/TORRES

RANDALL NOON, as Personal
Representative of the Estate of
KAREN NOON, deceased,

Plaintiffs,

v.

CARNIVAL CORPORATION,
a Panamanian Corporation d/b/a
CARNIVAL CRUISE LINES,

Defendant.
_______________________________/

# PLAINTIFF'S AMENDED EXHIBIT LIST

| | | |
|---|---|---|
| **PRESIDING JUDGE:**<br><br>**Hon. Kathleen M. Williams** | **PLAINTIFF'S ATTORNEY**<br>**Philip Gerson, Esq.,**<br>**Nicholas Gerson, Esq.**<br>**Edward Schwartz, Esq.**<br>**David Markel, Esq.** | **DEFENDANT'S ATTORNEY**<br>**Katina Hardee, Esq.**<br>**Christopher Knight,**<br>**George Koonce, Esq.**<br>**Marc J. Schleier, Esq.** |
| **TRIAL DATE(S):**<br><br>**February 12, 2020** | **COURT REPORTER**<br>**Patricia Sanders** | **COURTROOM DEPUTY**<br>**Michael Santorufo** |

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | Carnival's Medical Log | |
| 2. | | | R, F | | | Carnival's Medical Center Charges | |
| 3. | | | | | | Jackson Memorial Medical Records | |
| 4. | | | | | | Jackson Memorial Medical Bills | |
| 5. | | | | | | City of Miami Fire Department Records | |
| 6. | | | | | | City of Miami Fire Department Bills | |
| 7. | | | | | | Miami Dade Fire Rescue Medical Records | |
| 8. | | | I, F | | | Miami Dade Police Department Incident Report | |
| 9. | | | NCE | | | Dr. Robert Myerburg's Report | |
| 10. | | | R, UP, F | | | Carnival's Medical Disembarkation Procedure | |
| 11. | | | R, UP, F | | | Carnival's Senior Doctor Position Responsibilities | |
| 12. | | | R, UP, F | | | Carnival's Senior Nurse Position Responsibilites | |

| PRESIDING JUDGE:<br>Hon. Kathleen M. Williams | PLAINTIFF'S ATTORNEY<br>Philip Gerson, Esq.,<br>Nicholas Gerson, Esq.<br>Edward Schwartz, Esq.<br>David Markel, Esq. | DEFENDANT'S ATTORNEY<br>Katina Hardee, Esq.<br>Christopher Knight,<br>George Koonce, Esq.<br>Marc J. Schleier, Esq. |
|---|---|---|
| TRIAL DATE(S):<br>February 12, 2020 | COURT REPORTER<br>Patricia Sanders | COURTROOM DEPUTY<br>Michael Santorufo |

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| 13. | | | V, R, F | | | Hess Procedures | |
| 14. | | | R, UP, F | | | Procedure for Wheelchair Control Policy | |
| 15. | | | R, UP, F | | | Embarkation incident report | |
| 16. | | | R, UP, F | | | End of Day Supervisor Checklist | |
| 17. | | | R, UP, F | | | Carnival's Americans with Disabilities Policies | |
| 18. | | | R, UP, F | | | Rosel Ursua's Nursing Performance Appraisal | |
| 19. | | | R, UP, F | | | Officer Inez Dominguez's Body Cam Recording | |
| 20. | | | | | | Karen Noon's Death Certificate | |
| 21. | | | R, UP, F, V | | | Exemplar of Oxygen Concentrator | |
| 22. | | | | | | Sign and Sail Account/Charges | |
| 23. | | | | | | Carnival Sensation Ship's Itinerary | |
| 24. | | | | | | All exhibits used at the deposition of Nurse Rosel Ursua | |
| 25. | | | R, UP, and as noted for any exhibits listed | | | All exhibits used at the deposition of Suzanne Vazquez | |
| 26. | | | | | | Mortality Tables | |
| 27. | | | R, UP, V, F and objections as noted for each | | | Summary of Exhibits including medical bills and expenses, blow ups and demonstratives. | |
| 28. | | | | | | Blow ups and enlargements of Plaintiff's exhibits. | |
| 29. | | | | | | Impeachment and rebuttal exhibits. | |