UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 18-CV-23181-WILLIAMS/TORRES

RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, deceased,

Plaintiffs,

v.

CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant.
______________________________/

# PLAINTIFF'S AMENDED WITNESS LIST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PRESIDING JUDGE:** **Hon. Kathleen M. Williams** | | | | | **PLAINTIFF'S ATTORNEY** Philip Gerson, Esq., Nicholas Gerson, Esq. Edward Schwartz, Esq. David Markel, Esq. | **DEFENDANT'S ATTORNEY** Katina Hardee, Esq. Christopher Knight, George Koonce, Esq. Marc J. Schleier, Esq. | |
| **TRIAL DATE(S):** **February 12, 2020** | | | | | **COURT REPORTER** Patricia Sanders | **COURTROOM DEPUTY** Michael Santorufo | |
| **PLF. NO.** | **DEF. NO.** | **LIVE or BY DEPOSITION** | **DIRECT** (est.) | **CROSS** (est.) | **ADDRESS** | **DESCRIPTION OF WITNESS** | **EXHIBIT(S)** |
| 1. | | Live | 3.0 | 2.0 | c/o Plaintiff's counsel | Randall Noon | |
| 2. | | Live | 2.0 | 2.5 | 216 Meadow Trail Delta, PA 17314 | Juanita Noon | |
| 3. | | Live | 1.0 | 2.5 | 107 Orion Street, Apt E, Green Cove Springs, FL 32043 | Melissa Noon | |
| 4. | | Live | 3.0 | 1.5 | 1611 NW 12 Ave Miami, FL 33136 | Dr. Robert Myerburg | |
| 5. | | Live/ Deposition | 3.0 | .5 | c/o Carnival Corporation | Defendant's Corporate Representative Suzanne Vazquez | |
| 6. | | Live/ Deposition | .5 | .5 | 9300 NW 41 St Doral, FL 33178 | David Orwick | |
| 7. | | Live/ Deposition | .5 | .5 | 9300 NW 41 St Doral, FL 33178 | Lieutenant German Obregon | |
| 8. | | Live/ Deposition | .5 | .5 | 9105 NW 25 St Doral, FL 33172 | Officer Inez Dominguez | |
| 9. | | Live/ Deposition | .5 | .5 | 9105 NW 25 St Doral, FL 33172 | Officer Isabel McDonald | |
| 10. | | Live/ Deposition | .5 | .5 | 9300 NW 41 St Doral, FL 33178 | Alexander Marco | |
| 11. | | Live/ Deposition | .5 | .5 | 9105 NW 25 St Doral, FL 33172 | Officer Luis Patron | |

<table>
<tr><td colspan="6">PRESIDING JUDGE:<br>Hon. Kathleen M. Williams</td><td>PLAINTIFF'S ATTORNEY<br>Philip Gerson, Esq.,<br>Nicholas Gerson, Esq.<br>Edward Schwartz, Esq.<br>David Markel, Esq.</td><td colspan="2">DEFENDANT'S ATTORNEY<br>Katina Hardee, Esq.<br>Christopher Knight,<br>George Koonce, Esq.<br>Marc J. Schleier, Esq.</td></tr>
<tr><td colspan="6">TRIAL DATE(S):<br>February 12, 2020</td><td>COURT REPORTER<br>Patricia Sanders</td><td colspan="2">COURTROOM DEPUTY<br>Michael Santorufo</td></tr>
<tr><td>PLF. NO.</td><td>DEF. NO.</td><td>LIVE or BY DEPOSITION</td><td>DIRECT (est.)</td><td>CROSS (est.)</td><td>ADDRESS</td><td colspan="2">DESCRIPTION OF WITNESS</td><td>EXHIBIT(S)</td></tr>
<tr><td>12.</td><td></td><td>Live/ Deposition</td><td>.5</td><td>.5</td><td>9105 NW 25 St Doral, FL 33172</td><td colspan="2">Officer Luis Rivera</td><td></td></tr>
<tr><td>13.</td><td></td><td>Deposition</td><td>1.0</td><td></td><td>c/o Carnival Corporation</td><td colspan="2">Nurse Rosel Ursua</td><td></td></tr>
</table>