UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-23181-CIV-WILLIAMS

RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, deceased,

Plaintiffs,

v.

CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant.

**DEFENDANT'S AMENDED WITNESS LIST**

| **PRESIDING JUDGE** | **PLAINTIFF'S ATTORNEY** | **DEFENDANT'S ATTORNEY** |
|---|---|---|
| Hon. Kathleen M. Williams<br><br>**TRIAL DATE**<br>December 9, 2019<br>(two-week trial calendar) | Philip M. Gerson, Esq. | Christopher E. Knight, Esq.<br>Katina M. Hardee, Esq.<br>George Koonce, Esq. |
| | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLT No. | DEF No. | Live or by Deposi-tion | Direct (est.) | Cross (est.) | Address | Description of Witness | Exhibit(s) |
|---|---|---|---|---|---|---|---|
| | D-1 | Live | 2.0 | | c/o Fowler White Burnett, P.A. | Carnival Corp. Rep. Suzanne Vazquez will testify regarding Carnival's policies, and procedures, booking, Carnival ticket contract, movement | D-2, D-9, D-10, D-11, D-12, D-13, D-14, D-25, D-39, D-40, D-41, D-42, D-43, D-48, D-53 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | report, availability of portable oxygen concentrator/ bottle onboard ship, medical interaction log and those issues to which she testified to on deposition. | |
| | D-2 | Deposition | .5 | | c/o Fowler White Burnett, P.A. | Carnival Nurse Rosel Ursua will testify regarding his interaction with Plaintiff Randall Noon and Juanita Noon. | D-2, D-19 |
| | D-3 | Live | 2.5 | | c/o Fowler White Burnett, P.A. | Carnival Expert Dr. Robert Hyzy will offer opinions regarding causation and is expected to testify consistently with his report. He will also testify as to any issues raised by Plaintiff's expert. | D-34(a) |
| | D-4 | Deposition | 1.0 | | 107 Orian Street, Apt. E, Green Cove Springs, FL 32043 | Melissa Lenard will testify as to the deterioration of Mrs. Noon's health from July 5, 2017 through July 8, 2017 as well as the fact that Mrs. Noon refused to seek medical treatment. | D-9, D-10, D-11, D-12, D-13, D-17 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | D-5 | Deposition | 1.0 | | 216 Meadow Trail, Delta, PA 17314 | Juanita Noon testify as to the deterioration of Mrs. Noon's health from July 5, 2017 through July 8, 2017 as well as the fact that Mrs. Noon refused to seek medical treatment. | D-9, D-10, D-12, D-12, D-13, D-15, D-18 |
| | D-6 | Deposition | 1.0 | | 1991 Campground Road, Hastings, MI 49058 | Stacy Patten will testify as to her relationship with Randall Noon. | D-30 |
| | D-7 | Deposition | 1.5 | | SMG Saranac; Sparrow Medical Group, 107 North Bridge Street, Saranac, MI 48881 | Dr. Steven Edmondson will testify as to Mrs. Noon's extensive history of medical issues including, but not limited to, COPD, smoking, high cholesterol, and diabetes. | D-44 |
| | D-8 | Deposition | 1.5 | | SMG Saranac; Sparrow Medical Group, 107 North Bridge Street, Saranac, MI 48881 | Nurse Denise Johnson will testify as to Mrs. Noon's extensive history of medical issues including, but not limited to, COPD, smoking, high cholesterol, and diabetes. | D-24 |

**Carnival reserves the right to supplement and/or amend this exhibit list before trial with timely notice to opposing counsel.**