UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-23181-CIV-WILLIAMS

RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, deceased,

Plaintiffs,

v.

CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant.

**DEFENDANT'S AMENDED EXHIBIT LIST**

| **PRESIDING JUDGE**<br><br>Hon. Kathleen M. Williams<br><br>**TRIAL DATE**<br>February 12-13, 2020 and February 18-19, 2020 | | | **PLAINTIFF'S ATTORNEY**<br><br>Philip M. Gerson, Esq. | | | **DEFENDANT'S ATTORNEY**<br><br>Christopher E. Knight, Esq.<br>Katina M. Hardee, Esq.<br>George Koonce, Esq. | |
|---|---|---|---|---|---|---|---|
| | | | **COURT REPORTER** | | | **COURTROOM DEPUTY** | |
| **PLT No.** | **DEF No.** | **Date Offered** | **Objections** | **Marked** | **Admitted** | **Description of Exhibits** | **Witness** |
| | D-1 | | R, I, H, F, C, NCE | | | Karen Noon's medical records from Sparrow Medical Group | Record Custodian Deposition |
| | D-2 | | I | | | Exhibits to deposition of Nurse Rosel Ursua | Nurse Rosel Ursua |
| | D-3 | | | | | Carnival Embarkation Incident Report | Carnival Corp. Rep. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | D-4 | | I | | | Exhibits to deposition of Expert Nurse Denise Johnson | Nurse Denise Johnson |
| | D-5 | | | | | Exhibits to Deposition of Plaintiff's Expert Dr. Robert Myerburg | Dr. Robert Myerburg |
| | D-6 | | R, H, I, C, NCE | | | Carnival's Expert Witness Disclosure and Exhibits dated 5/31/19 to wit: Robert Hyzy, M.D.: Expert Report, CV, and Complete Expert File | Dr. Robert Hyzy |
| | D-7 | | | | | Plaintiff's Expert Witness Disclosure and Exhibits, to wit: Robert Myerburg, M.D.: Expert Report, CV, and Complete Expert File (including, but not limited to, fee schedule, testimonial history, etc.) | Dr. Robert Myerburg |
| | D-8 | | R, I, UP | | | Carnival Casino Activity Summary of Karen Noon | Carnival Corp. Rep. |
| | D-9 | | R, C, F, I | | | Exhibits to Deposition of Dr. Steven Edmondson | Dr. Steven Edmonson |
| | D-10 | | I | | | Any and all blow-ups of any and all records | As noted for each |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | pertaining to the case | exhibit above |
| | D-11 | | | | | Any and all exhibits listed by Plaintiff subject to objection | As noted on Plaintiff's Exhibit list |
| | D-12 | | | | | Summary of Exhibits including medical records | As noted for each exhibit above |

**Carnival reserves the right to supplement and/or amend this exhibit list before trial with timely notice to opposing counsel.**