UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-23181-CIV-WILLIAMS

RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, deceased,

Plaintiffs,

v.

CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant.

**STIPULATED EXHIBIT LIST**

| **PRESIDING JUDGE**<br><br>Hon. Kathleen M. Williams<br><br>TRIAL DATE:<br><br>February 12-13, 2020 and February 18-19, 2020 | **PLAINTIFF'S ATTORNEY**<br><br>Philip Gerson, Esq. | | | **DEFENDANT'S ATTORNEY**<br><br>Christopher Knight, Esq.<br>Katina M. Hardee, Esq.<br>George Koonce, Esq. | |
|---|---|---|---|---|---|
| | **COURT REPORTER** | | | **COURTROOM DEPUTY** | |
| **STIPULATED** | **Date**<br><br>**Offered** | **Marked** | **Admitted** | **Description of Exhibits** | **Witness** |
| S-1 | | | | Medical Interaction Log and related Records from Carnival *Sensation* | Carnival Corp. Rep. and/or Nurse |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Rosel Ursua |
| S-2 | | | | Medical Records from Jackson Memorial Hospital | Records Custodian |
| S-3 | | | | Karen Noon's Booking and APass Information | Carnival Corp. Rep. |
| S-4 | | | | Plaintiff's *Sensation* Expenditure Report | Carnival Corp. Rep. |
| S-5 | | | | Karen Noon's *Sensation* Expenditure Report | Carnival Corp. Rep. |
| S-6 | | | | Carnival Ticket Contract | Carnival Corp. Rep. |
| S-7 | | | | Karen Noon's Movement Report | Carnival Corp. Rep. |
| S-8 | | | | Miami-Dade Fire Rescue records | Member of Miami-Dade Fire Rescue who was deposed in this matter |
| S-9 | | | | City of Miami Department of Fire & Rescue Transport Records | Member of the City of Miami Department of Fire Rescue who was deposed in this matter |
| S-10 | | | | Carnival Itinerary | Carnival Corp. Rep. |