UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-CV-23181-WILLIAMS-TORRES

RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, Deceased,

Plaintiff(s),

v.

CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant(s).
_____________________________________/

**NOTICE OF FILING PARTIES AMENDED JOINT PROPOSED JURY INSTRUCTIONS, PLAINTIFF'S PROPOSED VERDICT FORM AND DEFENDANT'S PROPOSED VERDICT FORM**

Plaintiff, RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, Deceased by and through his undersigned counsel, hereby files: Parties' Amended Joint Proposed Jury Instructions, Plaintiff's Proposed Verdict Form and Defendant's Proposed Verdict Form in compliance with Court's Scheduling Order [D.E.94] dated January 24, 2020.

Dated: January 31, 2020
Miami, Florida

Respectfully submitted,

***By:*** ***s/Philip M. Gerson***

PHILIP M. GERSON
Bar Number 127290
pgerson@gslawusa.com
cbenedi@gslawusa.com
GERSON & SCHWARTZ, P.A.
Attorneys for Plaintiffs
1980 Coral Way
Miami, Florida 33145
Telephone: (305) 371-6000
Facsimile: (305) 371-5749

Case No.: 18-CV-23181-WILLIAMS-TORRES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2020, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or prose parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF on I n some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

***By:*** ***s/Philip M. Gerson***
PHILIP M. GERSON

## SERVICE LIST

**NOON v. CARNIVAL CORPORATION,**
**United States District Court, Southern District of Florida**
**Case No.: 18-CV-23181-WILLIAMS-TORRES**

| | |
|---|---|
| Philip M. Gerson, Esq.<br>Florida Bar # 127290<br>E-mail: pgerson@gslawusa.com<br>Nicholas I. Gerson, Esq.<br>Florida Bar # 20899<br>E-mail: ngerson@gslawusa.com<br>Edward S. Schwartz, Esq.<br>Florida Bar # 346721<br>E-mail: eschwartz@gslawusa.com<br>David Markel, Esq.,<br>Florida Bar # 78306<br>Email: dmarkel@gslawusa.com<br>GERSON & SCHWARTZ, P.A.<br>1980 Coral Way<br>Miami, Florida 33145 | Marc J. Schleir<br>Florida Bar # 389064<br>E-mail: mschleit@fowler-white.com<br>Christopher Knight<br>Florida Bar # 607363<br>E-mail: Cknight @fowler-white.com<br>Amanda A. Kessler<br>Florida Bar # 60885<br>E-mail: akessler@fowler-white.com<br>Andrew G. Tuttle<br>Fla. Bar # 116467<br>E-mail: atuttle@fowler-white.com<br>FOWLER WHITE BURNETT, P.A.<br>Brickell Arch, Fourteenth Floor<br>1395 Brickell Avenue<br>Miami, Florida 33131 |