UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-CV-23181-Williams/Torres

RANDALL NOON, as Personal
Representative of the Estate of
KAREN NOON, deceased,

Plaintiffs,

v.

CARNIVAL CORPORATION,
a Panamanian Corporation d/b/a
CARNIVAL CRUISE LINES,

Defendant.
_______________________________________/

**VERDICT**

We the jury find as follows:

1. Was Defendant Carnival Cruise Lines negligent, and if so, was its negligence a legal cause of the injury and death of Karen Noon?

YES____________ NO____________

**If your answer to Question 1 is "NO," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer to Question 1 is "YES," please answer Question 2.**

*2. Was decedent Karen Noon negligent, and if so, was her negligence a legal cause of her injury and death?*

*YES____________ NO____________*

***If your answer to Question 2 is "NO," please skip Question 3 and proceed directly to Question 4. If your answer to Question 2 is "YES," please answer Question 3.***

3. *Please state the percentage of the total negligence or fault you apportion to:*

*Carnival Cruise Lines* ______%

*Karen Noon* ______%

***The total negligence or fault must equal 100%.***

**Please answer Question 4.**

4. What sum of money do you find to be the total amount of compensatory damages to Randall Noon as Karen Noon's surviving spouse for:

a. Medical and funeral expenses paid or incurred on behalf of Karen Noon?

$________________________

b. Loss of companionship and protection and mental pain and suffering in the past?

$________________________

c. Loss of companionship and protection and mental pain and suffering in the future?

$________________________

**Please answer Question 5.**

5. What sum of money do you find to be the total amount of compensatory damages to the Estate of Karen Noon for medical and funeral expenses paid or incurred by the Estate on behalf of Karen Noon?

$__________________________

**SO SAY WE ALL** this ________ day of February, 2020.

___________________________
FOREPERSON