UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RANDALL NOON, as Personal Representative of the Estate of KAREN NOON, deceased,

Plaintiff,

v.

CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINES,

Defendant.

CASE NO. 18-cv-23181-Williams/Torres

# DEFENDANT'S PROPOSED VERDICT FORM

**We, the Jury, return the following Verdict:**

**1. Was there negligence on the part of any of Defendant Carnival's crewmembers in response to the July 8, 2017 call to retrieve the oxygen concentrator which had been loaned to Karen Noon?**

**YES_____** **NO_____**

**If your answer to question 1 is NO, your Verdict is for the Defendant, and you should not proceed further, except to date and sign this Verdict form and return it to the courtroom. If your answer to question 1 is YES, please answer question 2.**

**2. Was any negligence found in response to question 1 a legal cause of Karen Noon's death?**

**YES_____** **NO_____**

**If your answer to question 2 is NO, your Verdict is for the Defendant, and you should not proceed further, except to date and sign this Verdict form**

**and return it to the courtroom. If your answer to question 2 is YES, please answer question 3.**

**3. Was there negligence on the part of Karen Noon?**

**YES_____ NO_____**

**If your answer to question 3 is NO, please answer question 6. If your answer to question 3 is YES, please answer question 4.**

**4. Was any negligence found in response to question 3 a legal cause of Karen Noon's death?**

**YES_____ NO_____**

**If your answer to question 4 is NO, please answer question 6. If your answer to question 4 is YES, please answer question 5.**

**5. State the percentage of any negligence, which was a legal cause of injury or Karen Noon's death, that you charge to:**

**Carnival ________%**

**Karen Noon ________%**

**(Your percentages must total 100%)**

**Please answer question 6.**

**6. What is the total amount of any damages sustained by Randall Noon for loss of Karen Noon's companionship and protection and mental pain and suffering as a result of Karen Noon's death?**

**$_______________**

**7. What is the total amount of any damages sustained for medical expenses due to Karen Noon's injury that were paid by Randall Noon?**

**$_______________**

**8. What is the total amount of any damages sustained for funeral expenses due to Karen Noon's death that were paid by Randall Noon?**

**$_______________**

**TOTAL DAMAGES of Plaintiff Randall Noon**

**(add lines 6, 7, and 8)** **$________________**

**Please sign and date this verdict form and return it to the courtroom.**

**SO SAY WE ALL, this _____ day of February 2020.**

**__________________________________**
**FOREPERSON**