**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 18-23181-Civ-WILLIAMS/TORRES

RANDALL NOON,

Plaintiff,

v.

CARNIVAL CORP.,

Defendant.
______________________________/

## ***ORDER ON DEPOSITION DESIGNATIONS***

This matter is before the Court on the Court's referral of the parties' deposition designations for disposition and for use at trial. [D.E. 82]. The Court has reviewed the parties' designations and hereby enters its rulings on the objections to the designations. These rulings pertain to all transcripts that have been submitted for the Court's consideration as per the Court's Orders [D.E. 87]. Any transcripts that were not timely filed have not been considered as the Court assumes the parties withdrew such depositions from the designations by not timely filing the transcripts.

To the extent the parties' objections had merit, the objections are specifically SUSTAINED through the attached table of rulings that identifies the specific page and line of the testimony that is deemed inadmissible. To the extent objections were made that are not identified in the attached table, the Court fully considered such

objections and now deems them OVERRULED as they lack merit or were otherwise waived. But almost all specific overruled objections are identified in the table.

Notwithstanding entry of this Order Overruling certain objections, the proffered designations are in many cases over-inclusive and unnecessarily lengthy. The proponent(s) of all this testimony are Directed to review the designations before trial and cull any unnecessary testimony even if otherwise admissible as Ordered here. Additionally, the Court's rulings do not reflect that in some instances cumulative testimony may be presented if the designations are submitted in evidence as is. The proponent(s) of the testimony are thus also Directed to reconsider any submission at trial that is cumulative of testimony already in the record.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of February, 2020.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge

DEPOSITION OF JUANITA M. NOON

| *Depo Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| *19:5-14* | Relevance | Overruled |
| *19:19-25; 20:1-3; 20:13-14; 20:19-21:15* | Relevance | Sustained |
| *22:9-23; 23:2-10; 24:2-13; 25:5-6; 26:2-4; 30:16-23; 46:15-18* | Relevance | Overruled |
| *55:14-16; 56:5-11* | Relevance | Overruled |
| *71:3-8* | Hearsay | Overruled |
| *99:11-25; 100:1-5; 100:22-101:2* | Relevance | Overruled |
| *101:10-15* | Form, speculation | Overruled (waived and in substance) |
| *102:22-103:7* | Hearsay | Overruled |
| | | |
| | | |
| | | |

DEPOSITION OF MARIE DENISE JOHNSON

| *Depo Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| *42:1 to 42:8* | Unresponded to a question | Sustained |
| *51:13 to 51:19* | Relevance | Sustained |
| *56:12 to 57:4* | Unauthenticated Exhibit | Sustained (unless exhibit already admitted prior to use of deposition; in that event objection is moot) |
| *72:13 to 72:19* | Hearsay and relevance | Sustained as unresponsive hearsay |
| *75:18 to 76:22* | Hearsay | Sustained asked to comment from guest in area; earlier questions related to comment from coworker not hearsay as not admitted for truth but to explain witness's reaction |
| | Hearsay | Sustained as to both comments from guest and coworker; these are being admitted for the truth and are hearsay (and based on the fact that plaintiff is not seeking to admit this testimony as statements of agents of party opponent) |
| *87:17 to 88:17* | Hearsay | Sustained as above |
| *93:3 to 93:18* | Form; predicate; relevance; leading | Sustained as as to form – speculation and leading |
| *96:18 to 96:22* | Form; leading | Sustained as above |
| *97:13 to 97:18* | Hearsay and predicate | Sustained as hearsay |
| *104:17 to 104:24* | Form; hearsay; predicate; leading; speculation | Sustained as hearsay and speculation |
| *105:12 to 105:16* | Hearsay ; speculation | Sustained as hearsay |
| *115:17 to 115:25* | Form; speculation; foundation | Sustained |

DEPOSITION OF MELISSA LENARD NOON

| *Depo Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| *12:7-11* | Relevance | Overruled |
| *13:1-8* | Relevance | Sustained |
| *15:17-22* | Cumulative | Overruled |
| *27:15-18* | Cumulative | Overruled |
| *29:7-23* | Relevance, Prejudicial | Overruled |
| *39:19-40:1* | Relevance | Sustained |
| *40:22-25* | Form | Overruled as waived and in substance |
| *45:25* | Form | Overruled as waived and in substance |
| *55:17-22* | Form | Overruled as waived and in substance |
| *76:12-15* | Hearsay | Sustained |
| *78:21-24* | Hearsay | Overruled |
| *79:16-18* | Hearsay | Overruled |
| *81:21-23* | Hearsay | Sustained |
| *83:22-24* | Unresponsive | Overruled as waived and in substance |
| *86:4-6* | Hearsay | Overruled |
| *90:4* | Hearsay | Overruled |
| *91:17-18* | Relevance, Prejudicial | Overruled |
| *95:18-23* | Relevance, Prejudicial, Hearsay | Overruled (not hearsay to show reliance/effect on listener from medical advice) |
| *98:9-20; 98:22-99:6* | Relevance | Overruled |
| *99:15-100:3* | Hearsay, Relevance, Prejudicial | Sustained |
| | | |

DEPOSITION OF STACEY PATTEN

| *Depo Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| *6:4-9* | Relevance | Overruled |
| *8:9-11* | Relevance | Overruled |
| *8:21-23* | Relevance | Overruled |
| *11:4* | Unresponded to | Sustained |
| *11:17-18, :21-25, 12:1, :13-24* | Relevance | Overruled |
| *17:8-13* | Relevance | Overruled |
| *23:15-25* | Relevance | Overruled |
| *25:5-21* | Relevance | Sustained |
| *25:25-26:7* | Unresponsive, Relevance | Overruled |
| *28:12-20; 29:2-3* | Relevance | Sustained |
| *31:7-13* | Relevance | Overruled |
| *31:14-17* | Relevance | Sustained |
| *31:23-24* | Relevance | Overruled |
| *32:12-23* | Relevance, Prejudicial | Sustained |

DEPOSITION OF STEVEN EDMONDSON

| *Depo Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| *16:11-13, 25, 17:6-9* | Relevance, Prejudicial, Misleading | Overruled (form component of question also waived) |
| *19:2-7* | Relevance, Misleading | Overruled (form component of question also waived) |
| *19:20-20:2* | Relevance, Misleading | Overruled (form component of question also waived) |
| *21:1-13* | Relevance, Prejudicial, Misleading | Overruled (form component of question also waived) |
| *22:25-23:7; 26:8-27:9; 29:10-30:12* | Relevance, Prejudicial, Misleading | Overruled (form component of question also waived) |
| *31:9-12; 36:21-37:6; 38:16-25; 39:1-10* | Relevance, Prejudicial, Misleading | Overruled (form component of question also waived) |
| *41:13-11-17; 48:1-49:9* | Relevance, Misleading | Overruled (form component of question also waived) |
| *50:17-19* | Relevance | Overruled |
| *54:9-14; 55:10-13; 56:16-57:17* | Relevance, Prejudicial, Misleading | Overruled |
| *60:3-9* | Unresponded to | Sustained |
| *64:9-22* | Relevance, Prejudicial | Overruled |
| *65:6-66:1* | Relevance | Overruled |
| *66:7 -12* | Unresponded to | Overruled |
| *66:24-67:3* | Relevance | Overruled |

DEPOSITION OF ALEXANDER MARCO

| *Depo Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| *36:23-37:14* | Foundation/form, Relevance, Prejudicial | Overruled (form component of question also waived) |

DEPOSITION OF GERMAN OBREGON

| *Depo Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| *41:14-17* | Relevance, Prejudicial | Overruled |
| *49:5-18; 49:22-50:6; 50:15-51:2* | Hearsay, Relevance, Prejudicial | Sustained as hearsay |
| *51:22-53:3* | Relevance | Overruled |
| *54:2-55:19; 57:15-17* | Relevance, Prejudicial | Overruled |

DEPOSITION OF LUIS A. RIVERA

| *Depo Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| *6:13-14; 6:24-7:2* | Hearsay | Overruled |
| *9:18-19* | Hearsay | Overruled |
| *17:4-16* | Foundation/form, Relevance, Prejudicial, Hearsay | Overruled (form component of question also waived) |
| *18:4-17* | Relevance | Overruled |
| *19:5-23* | Relevance, foundation/form, Prejudicial | Overruled |
| | | |
| | | |
| | | |

DEPOSITION OF DAVID ORWICK

| *Depo Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| *12:7:11* | Relevance, Prejudicial | Sustained |

DEPOSITION OF ROSEL URSUA

| *Depo Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| *5:23-25* | Incomplete | Overruled |
| *30:12-15; 33:8-10* | Unresponded to | Sustained |
| *45:22-25* | Relevance | Overruled |
| *46:13-17* | Relevance, Prejudicial, Foundation/form | Overruled |
| *46:18-24* | Relevance, Prejudicial, Foundation/form | Sustained |
| *47:2-8* | Relevance, Prejudicial, Foundation/form, Speculation | Overruled |
| *47:19-48:1* | Mischaracterization/form | Sustained |
| *48:14-49:3* | Relevance, Prejudicial | Overruled |
| | | |

DEPOSITION OF ISABEL MCDONALD

| *Depo Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| *5:8-19* | Relevance, Prejudicial | Overruled |
| *6:1-7* | Hearsay | Overruled (non-hearsay purpose/effect on listener) |
| *7:11-21* | Relevance, Prejudicial | Sustained |
| *12:8-13:4* | Relevance, Prejudicial, Foundation/form | Overruled (form component of question also waived) |

DEPOSITION OF LUIS PATRON

| *Depo Lines* | *Original Objection(s)* | *Ruling* |
| --- | --- | --- |
| *14:13-15:8* | Relevance, Prejudicial | Overruled |

DEPOSITION OF SUZANNE BROWN VASQUEZ

| *Depo Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| *14:17-22; 15:15-16:6; 17-1-6; 17:12-15; 21:1-23; 24:17-25* | Relevance, Prejudicial | Sustained |
| *25:2-26:3; 26:8-12* | Relevance, Prejudicial | Sustained |
| *38:9-39:8; 39:23-40:6* | Relevance, Prejudicial | Overruled |
| *42:9-18* | Relevance, Prejudicial | Sustained |
| *44:18-45:3* | Relevance, Prejudicial | Overruled |
| *53:13-21* | Relevance, Prejudicial | Overruled |
| *71:25-72:21* | Hearsay; cumulative | Overruled (based on answer's primary reliance on statements of party opponent that are within the corporation's knowledge) |
| *73:4-8* | Unresponsive | Sustained |
| *82:1-7; 82:15-18* | Relevance, Prejudicial, Form | Overruled |
| *83:8-9* | Relevance | Sustained |
| *90:14-21* | Relevance, Prejudicial | Sustained |
| *94:20-95:9* | Relevance, Prejudicial | Overruled |
| *97:18-23* | Relevance, Prejudicial | Sustained |
| *99:3-16* | Contradicted | Overruled |
| *101:20-102:7* | Relevance, Prejudicial | Overruled |
| *114:3-6* | Relevance, Prejudicial | Sustained |

DEPOSITION OF INEZ DOMINGUEZ

| *Depo Lines* | *Original Objection(s)* | *Ruling* |
|---|---|---|
| *18:12-19* | Hearsay | Overruled (non-hearsay purpose/effect on listener) |
| *20:3-7* | Relevance, hearsay | Sustained |
| *23:7-14* | Form, hearsay, | Sustained |
| *25:16-25* | Relevance | Sustained (and cumulative) |
| *27:13-28:4* | Form, Relevance, Prejudicial | Sustained as to form |
| *29:4-21; 30:6-19* | Relevance | Sustained |